ORIGINAL

COVER SHEET

RECEIVED & FILED
JUN 17 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

WILLIAM D. HOOKER d/b/a GEORGIA BOWHUNTERS SUPPLY

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

03-1501C

Name of the attorney of record (See RCFC 83.1(c)): Berta E. Nichols

Firm Name: LAW OFFICE OF ROBBIE NICHOLS

Post Office Box: Post Office Box 7925

Street Address: 206 Carolina Building

City-State-Zip: Hilton Head Isl., SC 29938

Telephone & Facsimile Numbers: (843) 686-5884/Fax: (843)842-3933

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes (March 4, 2003)

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 114

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

• • •

Agency Identification Code: AGR

See attached sheet for three digit codes.

• • •

Amount Claimed: $ 220,400.00

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) ______

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.