IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1501C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including September 17, 2003, within which to file its response to the complaint. Our response is currently due on August 18, 2003. This is defendant's first request for an enlargement of time. Plaintiff's counsel stated that she does not oppose the motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of Agriculture, which is necessary to prepare a response to the complaint. See 28 U.S.C. § 520(b). The additional time requested is necessary to allow agency counsel sufficient time to complete the litigation report and to forward it to the Department of Justice.

For the foregoing reason, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30

days, to and including September 17, 2003, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd Hughes

TODD M. HUGHES
Assistant Director

s/ Nancy Kim

NANCY M. KIM
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7300

Attorneys for Defendant

August 15, 2003