# SOLICITATION, OFFER AND AWARD



1. This contract is a rated order under DPAS(15 CFR 350) RATING:

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION |
|---|---|---|
| 53-4660-8-04 | R8 36-98-01 | [ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) |

| 5. DATE ISSUED | 6. REQUISITION/PURCHASE REQ. NO. |
|---|---|
| September 9, 1997 | |

| 7. ISSUED BY CODE | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|
| USDA FOREST SERVICE - SRI<br>BLDG 760-G<br>1-MILE INSIDE AIKEN BARRICADE<br>AIKEN, SC 29802 | USDA FS-SAVANNAH RIVER INSTITUTE<br>P.O. BOX 710<br>NEW ELLENTON, SC 29809-0710 |

NOTE: In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 0 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Item 7, until 2:00 P.M. local time on 10/09/97. CAUTION-LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME: | B. TELEPHONE NO. (Include Area Code) |
|---|---|---|
| | Homer R. Gabard | (NO COLLECT CALLS) 803-725-0239 |

11. TABLE OF CONTENTS


| X | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHEDULE | |
| | A | SOLICITATION/CONTRACT FORM | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | |
| | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | |
| | D | PACKAGING AND MARKING | |
| | E | INSPECTION AND ACCEPTANCE | |
| | F | DELIVERIES OR PERFORMANCE | |
| | G | CONTRACT ADMINISTRATION DATA | |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| | I | CONTRACT CLAUSES | |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | J | LIST OF ATTACHMENTS | |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provision at 52.214-16, Minimum Bid Acceptance Period.

 3. Contract 53-4660-8-04

SOLICITATION, OFFER AND AWARD



12. In compliance with the above, the undersigned agrees, if this offer is accepted within 60 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | 0 CALENDAR DAYS |
|---|---|---|---|
| 0 % | 0 % | 0 % | 0 % |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: W D Hooker 9-27-97

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| No. 1 | Sep 19-1997 | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE | | FACILITY | |

Ga. Bowhunter Supply Co.
3623 Peach Orchard Rd
Augusta, GA 30906

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

William Danny Hooker

15B. TELEPHONE NO. (Include Area Code)

706-792-9422

15C. CHECK IF REMITTANCE ADDRESS IS [ ] DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

17. SIGNATURE: W. D. Hooker

18. OFFER DATE: 10-1-97

AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

~~01 Base Period~~

20. AMOUNT

~~Per Each Task Order~~

21. ACCOUNTING AND APPROPRIATION

~~Per Each Task Order~~

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM 8

24. ADMINISTERED BY (If other than Item 7) CODE | |

25. PAYMENT WILL BE MADE BY CODE | |

USDA FOREST SERVICE - SRFS
BLDG 760-G
1-MILE INSIDE AIKEN BARRICADE
AIKEN, SC 29802

26. NAME OF CONTRACTING OFFICER (Type or Print)

HOMER R. GABARD

27. UNITED STATES OF AMERICA

Homer R. Gabard

(Signature of Contracting Officer)

28. AWARD DATE

10/29/97

IMPORTANT - Award will be made on this Form or on Standard Form 26, or by other authorized official written notice.

EXCEPTION TO STANDARD FORM 33 (REV.4-85)

TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| SOLICITATION, OFFER AND AWARD. . . . . . . . . . . . . . . . . . . . . | | 1 |
| TABLE OF CONTENTS. . . . . . . . . . . . . . . . . . . . . . . . . . | | 3 |
| PART I - THE SCHEDULE . . . . . . . . . . . . . . . . . . . . . . . | | 8 |
| SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS . . . . . . . . . . | | 8 |
| B.1 | MINIMUM AND MAXIMUM CONTRACT AMOUNTS (AGAR 452.216-73). . . (FEB 1988) | 8 |
| SECTION C - DESCRIPTION/SPECIFICATION /WORK STATEMENT . . . . . . . . . . . . . . | | 10 |
| C.1 | GENERAL SPECIFICATIONS . . . . . . . . . . . . . . . . . . . | 10 |
| C.2 | TECHNICAL SPECIFICATIONS . . . . . . . . . . . . . . . . . . | 11 |
| C.3 | PAYMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
| SECTION D - PACKAGING AND MARKING . . . . . . . . . . . . . | | 19 |
| | [For this Solicitation, there are NO clauses in this Section] . . | 19 |
| SECTION E - INSPECTION AND ACCEPTANCE . . . . . . . . . . . . . . | | 20 |
| E.1 | CLAUSES INCORPORATED BY REFERENCE . . . . . . . . . . . . . . (FAR 52.252-2) (JUN 1988) | 20 |
| E.2 | INSPECTION OF SERVICES--FIXED-PRICE . . . . . . . . . . . . . (FAR 52.246-4) (AUG 1996) | 20 |
| SECTION F - DELIVERIES OR PERFORMANCE . . . . . . . . . . . . . . | | 22 |
| F.1 | CLAUSES INCORPORATED BY REFERENCE . . . . . . . . . . . . . . (FAR 52.252-2) (JUN 1988) | 22 |
| F.2 | PERIOD OF PERFORMANCE (AGAR 452.211-5) (FEB 1988) . . . . . | 22 |
| SECTION G - CONTRACT ADMINISTRATION DATA . . . . . . . . . . . . . | | 23 |
| SECTION H - SPECIAL CONTRACT REQUIREMENTS . . . . . . . . . . . . | | 24 |
| H.1 | POST AWARD CONFERENCE (AGAR 452.215-73) (NOV 1996). . . . . | 24 |
| H.2 | INSURANCE COVERAGE (AGAR 452.228-71) (NOV 1996) . . . . . . ALTERNATE I (NOV 1996) | 24 |
| H.3 | PERMITS AND RESPONSIBILITIES (FAR 52.236-7) . . . . . . . . . (NOV 1991) | 25 |
| H.4 | EMERGENCY RESPONSE (AGAR 452.236-77) (NOV 1996) . . . . . . | 25 |
| H.5 | KEY PERSONNEL (AGAR 452.237-74) (FEB 1988). . . . . . . . . | 25 |
| H.6 | COMPLIANCE WITH AREA REGULATIONS. . . . . . . . . . . . . . | 26 |
| H.7 | SAFETY AND HEALTH . . . . . . . . . . . . . . . . . . . . . | 27 |
| H.8 | QUARANTINE RESTRICTIONS . . . . . . . . . . . . . . . . . . | 29 |
| H.9 | REQUIRED INSURANCE. . . . . . . . . . . . . . . . . . . . . | 29 |
| H.10 | LOSS OF TIMBER SALE LOCK KEY OR LOCK OR SECURITY BADGES . . | 30 |
| H.11 | USE OF PREMISES (AGAR 452.236-72) (NOV 1996) . . . . . . . . | 30 |
| H.12 | ARCHAEOLOGICAL OR HISTORIC SITES (AGAR 452.236-73) (FEB. . . | 31 |
| H.13 | RESPONSIBILITIES OF THE CONTRACTOR (AGAR 4G52.236-807) . . . (JUL 1986) | 31 |
| H.14 | USE OF UNDOCUMENTED WORKERS. . . . . . . . . . . . . . . . . | 31 |
| H.15 | CRIMINAL LIABILITY. . . . . . . . . . . . . . . . . . . . . | 32 |
| H.16 | SITE ACCESS AUTHORIZATION FOR CONTRACTOR AND EMPLOYEES . . . | 32 |
| PART II - CONTRACT CLAUSES. . . . . . . . . . . . . . . . . . . . . | | 34 |

TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| SECTION I | - CONTRACT CLAUSES | 34 |
| I.1 | CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (JUN 1988) | 34 |
| I.2 | ANTI-KICKBACK PROCEDURES (FAR 52.203-7) (JUL 1995) | 35 |
| I.3 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (FAR 52.203-8) (JAN 1997) | 37 |
| I.4 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (FAR 52.203-12) (JAN 1990) - (DEVIATION) | 37 |
| I.5 | ORDERING (FAR 52.216-18) (OCT 1995) | 43 |
| I.6 | ORDER LIMITATIONS (FAR 52.216-19) (OCT 1995) | 44 |
| I.7 | INDEFINITE QUANTITY (FAR 52.216-22) (OCT 1995) | 44 |
| I.8 | OPTION TO EXTEND THE TERM OF THE CONTRACT (FAR 52.217-9) (MAR 1989) | 45 |
| I.9 | LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14) (DEC 1996) | 45 |
| I.10 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (FAR 52.222-4) (JUL 1995) | 46 |
| I.11 | SERVICE CONTRACT ACT OF 1965, AS AMENDED. (FAR 52.222-41) (MAY 1989) | 47 |
| I.12 | STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (FAR 52.222-42) (MAY 1989) | 55 |
| I.13 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) (FAR 52.222-43) (MAY 1989) | 55 |
| I.14 | DRUG-FREE WORKPLACE (FAR 52.223-6) (JAN 1997) | 57 |
| I.15 | EUROPEAN UNION SANCTION FOR SERVICES (FAR 52.225-19) (JAN 1996) | 59 |
| I.16 | RIGHTS TO PROPOSAL DATA (TECHNICAL) (FAR 52.227-23) (JUN 1987) | 59 |
| I.17 | EXTRAS (FAR 52.232-11) (APR 1984) | 59 |
| I.18 | AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (FAR 52.232-19) (APR 1984) | 59 |
| I.19 | ASSIGNMENT OF CLAIMS (FAR 52.232-23) (JAN 1986) | 59 |
| I.20 | PROMPT PAYMENT (FAR 52.232-25) (MAY 1997) | 60 |
| I.21 | DISPUTES (FAR 52.233-1) (OCT 1995) ALTERNATE I. (DEC 1991) | 65 |
| I.22 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (FAR 52.237-2) (APR 1984) | 67 |
| I.23 | CHANGES--FIXED-PRICE (FAR 52.243-1) (AUG 1987). ALTERNATE I (APR 1984) | 68 |
| I.24 | GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (FAR 52.245-4) (APR 1984) | 68 |
| I.25 | TERMINATION FOR CONVENIENCE OF THE. GOVERNMENT (SERVICES) (SHORT FORM) (FAR 52.249-4) (APR 1984) | 69 |
| I.26 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (FAR 52.249-8) (APR 1984) | 69 |
| I.27 | AUTHORIZED DEVIATIONS IN CLAUSES. (FAR 52.252-6) (APR 1984) | 71 |
| PART III | - LIST OF DOCUMENTS, EXHIBITS | 72 |

TABLE OF CONTENTS PAGE

AND OTHER ATTACHMENTS


SECTION J - LIST OF ATTACHMENTS. . . . . . . . . . . . . . . . . . . . 72

PART IV - REPRESENTATIONS AND INSTRUCTIONS . . . . . . . . . . . . . 73

SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS . . . . . . . . . . . 73

K.1 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION. . . . . . . . 73
(FAR 52.203-2) (APR 1985)

K.2 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO. . . . . 74
INFLUENCE CERTAIN FEDERAL TRANSACTIONS
(FAR 52.203-11) DEVIATION (APR 1991)

K.3 TAXPAYER IDENTIFICATION (FAR 52.204-3) (MAR 1994) . . . . . 75

K.4 CONTRACTOR IDENTIFICATION NUMBER--DATA UNIVERSAL. . . . . . 76
NUMBERING SYSTEM (DUNS) NUMBER (FAR 52.204-6)
(DEC 1996)

K.5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION,. . . . . . . . 77
PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS
(FAR 52.209-5) (MAR 1996)

K.6 TYPE OF BUSINESS ORGANIZATION (FAR 52.215-6). . . . . . . . . 78
(JUL 1987)

K.7 AUTHORIZED NEGOTIATORS (FAR 52.215-11) (APR 1984) . . . . . 78

K.8 SMALL BUSINESS PROGRAM REPRESENTATIONS. . . . . . . . . . . . 78
(FAR 52.219-1) (JAN 1997)

K.9 CERTIFICATION OF NONSEGREGATED FACILITIES . . . . . . . . . . 80
(FAR 52.222-21) (APR 1984)

K.10 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS . . . . . . . . . . 81
(FAR 52.222-22) (APR 1984)

K.11 AFFIRMATIVE ACTION COMPLIANCE . . . . . . . . . . . . . . . . 82
(FAR 52.222-25) (APR 1984)

K.12 CLEAN AIR AND WATER CERTIFICATION (FAR 52.223-1). . . . . . . 82
(APR 1984)

K.13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING . . . . . . 82
(FAR 52.223-13) (OCT 1996)

K.14 BUY AMERICAN CERTIFICATE. . . . . . . . . . . . . . . . . . . 83
(FAR 52.225-1) (DEC 1989)

SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS . . . . . . . . . . 84

L.1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE . . . . . 84
(FAR 52.252-1) (JUN 1988)

L.2 INQUIRIES (AGAR 452.204-70) (FEB 1988). . . . . . . . . . . . 84

L.3 SUBMISSION OF OFFERS (FAR 52.215-9) (MAR 1997). . . . . . . . 84

L.4 LATE SUBMISSIONS, MODIFICATIONS, AND. . . . . . . . . . . . . 85
WITHDRAWALS OF PROPOSALS (FAR 52.215-10) (MAY 1997)

L.5 RESTRICTION ON DISCLOSURE AND USE OF DATA . . . . . . . . . . 87
(FAR 52.215-12) (APR 1984)

L.6 PREPARATION OF OFFERS . . . . . . . . . . . . . . . . . . . . 87
(FAR 52.215-13) (APR 1984)

L.7 EXPLANATION TO PROSPECTIVE OFFERORS . . . . . . . . . . . . . 88
(FAR 52.215-14) (APR 1984)

L.8 CONTRACT AWARD (FAR 52.215-16) (OCT 1995) . . . . . . . . . . 88

L.9 INSTRUCTIONS FOR THE PREPARATION OF TECHNICAL AND . . . . . . 89
BUSINESS PROPOSALS (AGAR 452.215-71) (NOV 1996)

TABLE OF CONTENTS

| | | PAGE |
|---|---|---|
| L.10 | AMENDMENTS TO PROPOSALS (AGAR 452.215-72) (FEB 1988). . . . | 91 |
| L.11 | TYPE OF CONTRACT (FAR 52.216-1) (APR 1984). . . . . . . . . | 91 |
| L.12 | SINGLE OR MULTIPLE AWARDS (FAR 52.216-27) (OCT 1995). . . . | 91 |
| L.13 | SIZE STANDARD AND SIC CODE INFORMATION (AGAR 452.219-70). . (NOV 1996) | 92 |
| L.14 | SITE VISIT (FAR 52.237-1) (APR 1984). . . . . . . . . . . . | 92 |
| L.15 | PRE-BID/PRE-PROPOSAL CONFERENCE (AGAR 452.237-71) . . . . . (FEB 1988) | 92 |
| L.16 | SERVICE OF PROTEST (FAR 52.233-2) (AUG 1996). . . . . . . . | 93 |
| L.17 | AUTHORIZED DEVIATIONS IN PROVISIONS . . . . . . . . . . . . (FAR 52.252-5) (APR 1984) | 93 |
| L.18 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION. . . . OTHER THAN COST OR PRICING DATA (FAR 52.215-41) (JAN 1997) ALTERNATE IV (OCT 1995) | 93 |
| SECTION M - EVALUATION FACTORS FOR AWARD . . . . . . . . . . . . . . | | 96 |
| M.1 | EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT . . . . (AGAR 452.216-72) (FEB 1988) | 96 |
| M.2 | EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990) . . . . . . | 96 |
| M.3 | AWARD DETERMINATION. . . . . . . . . . . . . . . . . . . . . | 96 |
| M.4 | EVALUATION FACTORS . . . . . . . . . . . . . . . . . . . . . | 97 |

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

| Item No. | Supplies/Services | ESTIMATED Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|
| 01 | BASE PERIOD (12 MO) TRAP AND DISPATCH FERAL HOGS (ESTIMATED) | | | | |
| | Min quantity | 200 | EA | $ 55,00 | $ 11,000.00 |
| | Max quantity | 800 | EA | $ 55,00 | $ 44,000.00 |
| | | | | TOTAL BASE PERIOD | $ 55,000.00 |
| 01 | OPTION PERIOD 1 (12 MO) TRAP AND DISPATCH FERAL HOGS (ESTIMATED) | | | | |
| | Min quantity | 200 | EA | $ 55,00 | $ 11,000.00 |
| | Max quantity | 800 | EA | $ 55.00 | $ 44,000.00 |
| | | | | TOTAL OPTION PERIOD 1 | $ 55,000.00 |
| 01 | OPTION PERIOD 2 (12 MO) TRAP AND DISPATCH FERAL HOGS (ESTIMATED) | | | | |
| | Min quantity | 200 | EA | $ 55,00 | $ 11,000.00 |
| | Max quantity | 800 | EA | $ 55,00 | $ 44,000.00 |
| | | | | TOTAL OPTION PERIOD 2 | $ 55,000.00 |

B.1 MINIMUM AND MAXIMUM CONTRACT AMOUNTS (AGAR 452.216-73) (FEB 1988)

During the period specified in FAR clause 52.216-18, ORDERING, the Government shall place orders totaling a minimum of 200 EACH, but not in excess of 800 EACH.

NOTICE:

Savannah River Site is a restricted access Government facility and only United States citizens are authorized entry to the Site.

Contractor and all personnel using firearms on the contract must

possess either a S.C. Resident Hunting License or a S.C. Non-Resident Hunting License.

Contractor and personnel using firearms must not have any hunting violations either in S.C. or State of residence.

Contractor must show required hunting licenses to Contracting Officer prior to issuance of the Notice to Proceed or prior to any new employee being issued a Contraband Pass to bring firearm(s) on SRS.

# SECTION C - DESCRIPTION/SPECIFICATION /WORK STATEMENT

---

C.1 GENERAL SPECIFICATIONS

A. Scope of Contract - The contractor shall be required to implement an organized program to control the wild hog population on the Savannah River Site (SRS). This program will include trapping and the use of trained dogs. The intensity and duration of use of these two techniques shall be subject to the direction of the Contracting Officer. The Contractor shall supply all supplies, personnel, equipment (including safety equipment), supervision and transportation (with the exception of the traps) for this contract. The following Contractor-furnished equipment is required as a minimum:

*the only type that will be allowed to be used in the performance of the contract*

1. ~~The~~ firearm ~~shall~~ *shall* be a ~~single-shot~~ .22 caliber rim fire rifle.
2. The bait for the traps and bait stations.
3. Adequate transportation (pickup truck preferred)
4. Dogs trained to hunt hogs only.

Attempts to dispatch hogs will take place during the daylight hours. No hogs will be taken at night with spotlights.

Any injuries incurred by the contractor, contractor's employees, or SRS employees or visitors during interaction with hogs or any part of the contract is the responsiblilty of the contractor.

The period of this contract shall be a base period of 12 months with options to extend the contract in 12 month increments. The maximum contract time shall not extend beyond 36 months (3 years). the option to extend would be evaluated every 12 months and would occur only upon the mutual agreement of the government and the contractor (see FAR Clause 52.217-9, page 37). The bid amount per wild hog trapped and properly delivered to the SRFS in accordance with C.3-PAYMENT.

B. Description and Location - All areas are within the boundaries of the Savannah River Site, Aiken, Barnwell and Allendale counties, S.C. (see Vicinity Map in Section J).

C. Boundaries - The hog control activities are located within the established boundaries of the Savannah River

site.

D. Government-Furnished Property. The government will supply 25 traps and the supplies needed to maintain and modify the traps. These supplies could include lumber, plywood, wire, etc..

C.2 TECHNICAL SPECIFICATIONS

A. Trapping - The contractor shall trap and dispatch wild hogs from the designated areas at SRS during the contract period. To accomplish this, the Contractor shall perform the following tasks:

1. Trap during each seven day period throughout the term of the contract. The Contractor may leave traps set 24 hours per day seven days per week if the Contractor desires to do so. The number of traps to be used at a given time during the contract will be determined by the COR or Inspector(s).

2. Physically inspect each trap during each workday that traps are set. Hogs may be dispatched physically within the confines of the trap or removed live and dispatched within 1/4 mile of the trap. The hogs will not be transported live outside the 1/4 mile limit of the trap, unless for approved research purposes. All non-target animals trapped will be immediately released unharmed. Trapped hogs shall be dispatched using a 22 caliber rim fire rifle, a bow and arrow or other method approved by CO.

3. The contractor may modify the traps to specifications desired, with the approval of the COR or Contracting Officer.

4. The trapping locations will be determined by the Contracting Officer, COR, and/or Inspector(s).

5. The bait will consist of fermented corn or other bait if approved by COR. The contractor will supply all materials needed to make the fermented corn or other bait mixture.

6. At the end of the contract, the contractor shall return the traps to the SRFS in the same condition as received except for normal wear and tear. If, upon inspection of the traps by the SRFS, they are not found to be in the same condition, the contractor shall make those necessary repairs prior to final payment.

7. Shooting with firearms (.22 rifle or bow & arrow) will take place only if the contractor knows what is in the line of fire and where the projectile(s) will stop if the hog is hit or missed. If the contractor does not know with 100% certainty that a shot can be

made at no risk to site employees or other persons, then the shot will not be made.

B. Use of Dogs - Contractor will use trained dogs (dogs that silently trail and bay) to find and dispatch hogs. The contractor will supply the dogs. The use of dogs will be in accordance with the following specifications:

1. Dogs shall be used to locate and dispatch hogs during each 7 day period of the contract.

2. All dogs to be used must have current rabies vaccinations and a rabies certificate must be provided by the contractor.

3. All dogs will wear a collar showing the owner's name, address, and telephone number. Also the dogs will be assigned a number that will remain the same for the contract period. This number will be displayed on the dog. Dogs may have tatoo instead of painted numbers if contractor chooses.

4. No dogs will be used if they have a history of aggression toward people.

5. The dogs must be a "silent trailer". In other words the dogs will bark only when they have bayed or captured a hog.

6. The dogs must be exclusively wild hog trail dogs, wild hog bay dogs, and wild hog capture dogs. Dogs that hunt or are prone to hunt other wildlife species will not be used. The dogs should respond favorably to the handlers commands. Prior to the award of the contract, the contractor will be asked to field demonstrate their dogs' compliance with above criteria and their effectiveness for hunting hogs and handling (see Section M - Evaluation Factors).

7. Locations where hogs will be dispatched with the use of dogs will be determined by the COR or Inspector(s).

8. When hogs are located by dogs, the contractor will dispatch the hog immediately at that location. Caution will be used when approaching and dispatching the hog to avoid personal injury to the contractor. Safety is a top priority in this situation and if the hog cannot be dispatched in a safe manner to ensure the contractor's safety and any nearby person's safety, then the hog will not be dispatched. Any injuries incurred by the contractor, contractors employees, or any person during interaction with hogs or tracking or any

other activity is the responsiblilty of the contractor.

9. The death of dogs due to injury by hogs or other reasons is the responsibility of the contractor. Replacements for these dogs should be readily available so as not to delay the use of this technique during the contract. If dogs are lost on site, then the contractor has the responsibility for thoroughly searching for the dog and picking the dog up from persons who may find it. The government will not house the dog for the contractor.

10. Shooting with firearms (.22 rifle or bow & arrow) will take place only if the contractor knows what is in the line of fire and where the projectile(s) will stop if the hog is hit or missed. If the contractor does not know with 100% certainty that a shot can be made at no risk to site employees or other persons, then the shot will not be made.

D. Data Collection - Data will be collected to maintain population records, aid management efforts and research, and to document records for payments to the contractor. The contractor will be responsible for the collection of this data according to the following:

1. Deliver the whole carcass (not field stripped) to the SRFS workcenter cooler at the end of each workday in order to receive credit for payment. The contractor shall not remove any hogs alive or dead, from the SRS. Body parts shall not be removed from SRS unless specifically authorized by the CO, COR, and/or Inspectors. Each carcass will be tagged with a serial identification number on a metal tag (same number as on data sheet) prior to placement in the cooler.

2. Data to be collected includes weight, age, sex, reproductive condition (pregnant &/or lactating), fetal measurements, and locations/dates the animals were dispatched. Also note the time the carcass was placed in the cooler. Data will be recorded and collected by the contractor according to SRFS guidelines and at the direction of the Contracting Officer, COR, and/or Inspector(s). The contractor will cooperate with researchers' request for data and will collect and deliver the data upon notification by the the Contracting Officer, COR, and/or Inspector(s).

3. One 50 ml test tube of blood will be collected from each hog immediately after it has been killed.

These vials of blood wil be placed in a portable cooler and stored in the SRFS workcenter cooler at the end of each workday. All test tubes, storage racks and coolers will be provided by the SRFS. Failure to collect blood samples will evaluated by the COR and appropriate action will be taken.

4. Twice a week remove all hogs not designated for research studies from the SRFS cooler and deliver to designated landfill. Hogs may not remain in cooler for more than four days. Contractor will log in all hogs with the operator at time of delivery to designated landfill.

5. Research needs which develop during the course of the contract may result in the need for additional data collection. If such action is required by the SRFS, a modification to the contract will be negoiated.

6. After the removal of all hogs from the SRFS cooler, contractro shall clean the cooler using Government furnished water, bleach or disinfectant. Cooler shall be cleaned so that all blood, tissue, etc. from wild hog carcasses and otehr carcasses are removed from cooler. COR shall provide instructions on how coolers shall be cleaned to the contractor and or contractor's employees at the star of the contract. COR shall inspect the SRFS cooler periodically to ensure that the cooler is being cleaned properly.

E. Other Considerations

1. Register with the Contracting Officer, COR, or Inspector(s) and Security forces the vehicle or vehicles and firearms that all contractor personnel will use. The contractor shall provide the state license number, the make and color of each vehicle. No other vehicles will be allowed on site. The firearms identification number shall be registered with the SRS Security forces. Vehicles used by the contractor shall be subject to search by the SRFS and the SRS Security forces. The use of ATV's is limited to four-wheelers in pre-approved locations only. The make, model, and serial number of all firearms to be used shall be given to the C.O. or COR immediately upon notification of award of this contract so that a Contraband Pass may be requested from DOE.

2. The total number of contractor employees shall not exceed eight (including contractor). No more than five contractor employees (including contractor) shall be permitted to possess or use firearms on the SRS.

3. Notify the SRFS or Technical Support Center, TSC (EOC), when entering site and when leaving for the day.

4. Submit to monitoring by Westinghouse Health protection personnel after trapping in specified areas.

5. The contractor will choose two barricades by which to enter and leave the SRS during the contract period. The contractor will use these barricades upon entering or leaving the SRS for any reason (except emergencies) during the contract period. When leaving SRS, the same barricade will be used as was used to enter on that day. At this barricade, the contractor and all employees shall be required to sign in with SRS security personnel whenever entering and leaving the SRS. Perimeter gates or other barricades will not be utilized by the contractor during the contract period.

6. If mutually agreeable, Contractor may store equipment, bait or other supplies necessary to the completion of the contract at the SRFS workcenter. SRFS and DOE assume no responsibility for any of the vendor's equipment, supplies, or material stored at the workcenter, in transit or in use at a designated work site.

7. In areas scheduled to be utilized on the SRS Deer Hunts, hogs will not be taken for one week prior to the deer hunt. Also, ~~traps shall be removed from the hunt areas~~. Contractor will not hunt in these units on the days they are scheduled for SRS Deer Hunt.

[Handwritten margin note: Traps can remai[...] → in hunt areas bu[...] must be secure[...] closed and Contra[...] shall not bait tr[...] in hunt area(s) or o[...] week prior to scheduled hun[...]]

8. Taking of hogs and related activities will not be done within the Advanced Tactical Training Area (ATTA) or the Small Arms Training Area (SATA) until proper notification of Wackenhut.

9. The contractor may use boats to retrieve hog carcasses in wet areas as approved by the Contracting Officer, COR, or Inspector(s) but not in the Savannah River. Use of boats in the Savannah River and on adjacent DOE lands shall be confined to the retrieval of dogs only. Any entrance to and departure from water by boat shall be confined to points within the boundaries of the SRS.

10. Contractor may use tracked vehicles similar in size to a four wheeled ATV in pre-approved locations only. Tracked vehicles larger than a four wheeled ATV will not be permitted to be used. Information on make, model, etc. for all tracked vehicles must


USFS
W.D. Hooker
Contractor/Supervisor
Andy Cromer
Trapper
Goldman Eller
Dog Man
Mike Eller
Dog Man

## Introduction

The following details represents how Georgia Bowhunters Supply Company would organize and implement the following programs to control the wild hog population at the Savannah River Site. This technical proposal describes the aspects of the program to be conducted above and in addition to the specifications defined in the requirements of the Government (USFS) statement of work. All requirements from the Government (USFS) defined in this statement are to be considered and included in this technical proposal, irregardless of any specific mention in this document.

## Contract Objectives

Georgia Bowhunters Supply objectives of the proposed program, are to be conducted in a safe, professional manner. We are to remove a minimum of 200 and up to a maximum 800 wild hogs from the populations of these animals found on Savannah River Site in a safe and efficient manner as possible. Georgia Bowhunters Supply will work in a manner which is responsive to the needs of the Government (USFS). The products provided by this program will be dead wild hogs removed from Savannah River Site population and accurate data and blood samples collected from those animals removed during this program.

## General Background of Organization

Georgia Bowhunters Supply Company has held for the last 6 years trapping contracts for the Government (USFS). We have had no time lost due to injuries, or accidents due to unsafe acts. We have trapped over 51 different locations on the Savannah River Site. We have performed hog trapping for over 3 years (R8-36-94-08). The personnel that I have assembled for this bid have over 60 years of experience hunting wild hogs. See attached resumes of personnel. All have valid state drivers licenses and are U. S. citizens. We have as project equipment available to us for use in this contract, 27 Bay dogs and Trails dogs, 4 trucks, three with dog boxes, 4 ATVs with trailers, 3 boats with trailers, one motor home used as office only, and 3 trailers for transporting dead hogs. The Government Hog contracts that Georgia Bowhunters Supply Company have held R8-36-94-08 (RFP). All contracts were completed on time with no lost time due to injuries and at present contract for 97 has not lost time for injuries or unsafe conditions. Again details for personnel are attached to this technical proposal.

## Contingency Plan for Replacement Personnel

I know and have hunted with other hog hunters in the local Georgia and South Carolina vicinity. I can readily provide experienced replacement personnel for anyone who cannot continue to work the contract for whatever reason.

## Project Organization

The project personnel organization chart for this program is attached at the back of the technical proposal. The program will be organized and managed by myself, W. D. Hooker. The program will be staffed by Andy Cromer, Mr. Eller Sr. and Mike Eller. Decisions on the number and location of traps and bait piles will be determined by myself based on discussions with the Savannah River Forest Station and the project personnel. Daily locations to be hunted with dogs will be determined by a general agreement among the project personnel present at the time. All project personnel will work on all tasks in the proposed program. The approximate percentage of time that each individual will be available for this project is as follows: W. D. Hooker - a minimum of 5 days during every week during the contract, Andy Cromer - 3 days during every week of the contract, Mr. Eller, Sr., and Mike Eller 3 days during every week of the contract. There are no consultant and/or subcontract efforts associated with this technical proposal. All work required for the completion of this contract will be provided by the project personnel identified above.

**Proposal Task Technical Approac**

The proposed starting date would be immediately following the awarding of this contract to Georgia Bowhunters Supply. All project personnel are prepared to begin work on this proposed program immediately following the starting date. Both methods will be used during each 7 day period of the entire 12 months. These task technical approaches will be operated in a flexible manner such that any specific control/removal needs of the Savannah River Forest Station can be met as necessary and as soon as possible. Specific details on how the both tasks within this technical proposal will be accomplished are provided below.

**Trapping** -The use of the traps will begin immediatly after the contract is awarded to Georgia Bowhunters Supply. The traps will be modified before use. The modification will be the construction of wood drop doors rather than the metal doors provided. The use of wood drop doors was taught to me by John Reiner in 1994. The location of the traps will depend on either initial direction from Savannah River Forest Station or areas cf recent hog activity. The initial areas to be searched for activity will include Hog Barn, Leigh-Banana Road, Watergap, Robbins Station, L Lake, area below Wackenhut office, and the roads behind Forestry Headquarters. At least 25 traps will be used. When ideal locations are identified to set traps, the traps will be set up within 40 feet of a road so they will be accessible with a trailer. Corn, soured in water with lye, will be used as bait. Traps will be prebaited for 5 days before setting. A pegged trip bar, connected by a string through pulleys to the drop door. will be used for the trigger. All traps which are set will be checked the next morning. This will increase the chance of finding a hog feeding on the bait outside of the trap. Instead of shooting hogs found at bait lines, dogs will be used to catch hogs feeding on the bait. This will eliminate any problems caused by trying to shoot the hog. Any hogs caught in the traps will not be dispatched in the trap. The hog will be run into a trailer and relocated to be dispatched with either bow and arrow or 22 cal. rifle. A collecting permit will be requested from Mike Caudell to catch and dispatch any raccoons caught eating corn at the traps. A similar permit was used during 1995, 1996 and 1997. This will eliminate losing corn to raccoons. The proposed staff hours the project personnel will be allocated are: Andy Comer - 274 hours, W. D. Hooker - 600 hours, and Goldman Eller - 181 hours.

**Dogs** - The use of dogs will begin immediately after the contract is awarded to Georgia Bowhunters Supply. As stated in the section on General Background of Organization, our total of 97 dogs includes trail dogs, combined trail and bay dogs, and catch dogs. All of these dogs have been trained and used successfully to hunt hogs. Most of the hunting with dogs will begin in the late morning after the traps and bait piles are checked or in the late afternoon. However, dogs will be carried at all times in the event hogs are found unexpectedly. The dogs will be hunted out of trucks or on foot in the woods. When hunted out of the truck, all dogs will be carried in the dog box until a hog or a fresh sign is identified, or one trail dog may be released to walk in front of the truck to find fresh signs or wind of a hog. The roads hunted with dogs will initially be the same ones searched for trapping locations. As more hog signs are identified, dogs will be used in these areas. Hunting on foot with dogs will be done in areas of known hog activities. ATVs will be used for hunting in the woods and areas where access is limited. Hogs caught by the dogs will be killed by using hunting knives rather than guns, this will reduce the chance of injuring the trained dogs. The proposed staff hours that the project personnel will be allocated for this task are: W. D. Hooker - 440 hours, Andy Cromer - 350 hours, Mike Eller 616 - hours, and Goldman Eller - 441 hours.

# RESUME

Name: William D. Hooker Sr. Age: 43

Citizenship: USA SSN: 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

Address: 2603 Glenn Hills Dr.
Augusta, GA 30906

Education: High School Diploma 1971
6 1/2 years Augusta Technical School
"Q" Clearance at SRS

Training: Master Plumber # M007197 STATE GA.
3 years supervising Hog Trapping/Running Dogs on Contract R8-36-94-08 (RFP).

Skill/Experience in Wild Hog Control Techniques:

3 years of experiences watching other Hog contractors conduct hog hunting contracts at Savannah River Site S.C. for U.S.F.S. Have read numerous books on wild pigs, trapping tech., etc.

A. Trapping - under the guidance of John Riner I have learned to use the Root-Door as tool in trapping wild hogs prebait with sour corn. Savannah River Site 1993 and 1994.

B. Have 35 years of hunting experience.

C. Owner of GA. Bowhunter Supply Co. which has had 8 government contracts with no lost work days due to unsafe conditions, no unsafe act.

D. Certified Archery Instructor, State of Georgia.

E. Past Director of District #10 State Trapping Assoc. State of GA.

F. CPR Course - have taken 5 times at Local 150.

G. Completed 18 month course in Forestry & Conservation

H. Safety #1 priority

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

No past hunting violations in any state.

References available upon request

# RESUME

Name: Andy Cromer III

Age: 41

Citizenship: USA

SSN: 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

Address: 3726 Cemetary Road
Augusta, GA 30906

Education: High School Diploma 1973
2 years College / Brenton Fartier College
4 years Technical School / Augusta Tech.
18 years Journeyman Electrician
"Q" Clearance at SRS

Training: Master Electrician CIC # High Voltage EN007356
Low Voltage LVUOO0613

Skill/Experience in Wild Hog Control Techniques:

3 years of experience Trapping / Running Dogs Contract R8-36-94-08 (RFP)

3 years of experiences watching other Hog contractors conduct business at Savannah River Site S.C. for U.S.F.S.

A. Trapping - experienced with J. Riner in Root-Door Corral Traps - Prebaited and then baited with sour corn. Savannah River Site 1993. Also caught and dispatched hogs with Mr. Riner.

B. Actively hunted for 37 years been hunting unsupervised for 27 years actively trapped for 20 years. No safety related incidence. Presently working for GA. Bowhunter Supply Co. (trapping 6 years) Bow Instructor, Hunting Advisor, Coordinator.

C. CPR Course (Have taken twice Local 1579)

D. Safety is my #1 priority.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

No hunting violations in any state.

References available upon request

# RESUME

NAME: Goldman Edward Eller AGE: 70

CITIZENSHIP: USA SSN: 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

ADDRESS: 302 Malson Street
Jackson,SC 29831

EDUCATION: Graduate Hiwassee High School - 1945
Military Army 1945 - 1948
Air Force 1948 - 1950

OBJECTIVE: An opportunity to progress with the Forestry Department in Control and eliminating wild boar on the SRS. Safety is my #1 priority

SKILL/EXPERIENCE IN WILD HOG CONTROL TECHNIQUES:

Instructor in First Aid, C.P.C., Emergency Medical Technician, Ambulance Driver

Was on the Dupont Pistol team 12 years. Was on the Governor's top 20 Shooter for 8 years.

Hunted Deer, Bear and Wild Boar with dogs in the Great Smokey mountains in North Carolina 1940 to 1960.

Hunted wild hogs with dogs in South Carolina from 1960 to present.

Hunted wild hogs with dogs on the SRS with Fox Enterprises in 1991, 1992 and 1993, Palmetto Wildlife 1994. Also worked for GA Bowhunters for past Contract # R8-36-94-08. 95, 96, 97.

I have 7 years of setting up traps for wild hogs, catching, baiting and killing hogs with 12 Ga. Shotgun/22 Cal. Rifle.

I have had training in ageing, weighting and checking hogs for preganacy.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

Currently have valid 1997, 1998, SC Hunting License - YES

No past hunting violations

References available upon request