# RESUME

NAME: Michael Edward Eller

AGE: 40

CITIZENSHIP: USA

SSN: 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

ADDRESS: 204 Daniel Street
Jackson, SC 29831

EDUCATION: Jackson High School, Jackson SC
Attended Aiken Tech
2 years in Elector Mechanical Engineer

OBJECTIVE: An opportunity to progress with the Forestry Department in Control and eliminating wild hog on the SRS. Safety is my #1 priority

SKILL/EXPERIENCE IN WILD HOG CONTROL TECHNIQUES:

Hunted Deer & Bear in North Carolina and Canada

Hunted wild hog with dogs in South Carolina for the past 28 years.

Hunted and trapped wild hogs with dogs on the SRS for Fox Enterprises 1991-1992-1993, Weeks Farm near Spring Field, SC.

Palmetto Wildlife 1994 - have received training in weighing hogs and checking for pregnancy.

Trapped/Hunted hogs for GA Bowhunters Supply Co., 1995, 1996, 1997 contract # R8-36-94-08 (RFP).

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

Currently have valid 1997-1998 SC Hunting License - YES

No past hunting violations

References available upon request

**HUNTER SAFETY CERTIFICATE**

This is to certify that

HOOKER W. D.

has completed a course in Hunter Education as prescribed by Georgia Law.

Date of Issue Aug, 13 94

349

Instructor's Signature Instructor No.

GEORGIA DEPARTMENT OF NATURAL RESOURCES

Certification # 377702

**HUNTER SAFETY CERTIFICATE**

This is to certify that

John Andrew Cromer III

has completed a course in Hunter Education as prescribed by Georgia Law.

Date of Issue Aug. 13, 94

349

Instructor's Signature Instructor No.

GEORGIA DEPARTMENT OF NATURAL RESOURCES

Certification # 377701

be provided to the COR prior to teh contractor bringing the vehicle(s) on SRS. Tracked vehicles shall not be used in the Savannah River.

F. Protection of Improvements. The contractor shall take every precaution necessary to prevent damage to any improvement in the contract area such as roads, trails, ditches, fences, etc.

Roads and trails shall be kept free of logs, slash and debris. Any road or trail damage by the contractor's operation shall be promptly repaired by the contractor. Access guidelines will be provided by the COR.

G. Safety & Environment Requirements.

Contractor and all employees shall be required to attend an Environmental, Safety and Health Orientation at SRFS prior to starting work. The orientation will be no more than 2 hours long. Each new employee that the Contractor hires will be required to attend the above orientation prior to receiving a SRS access badge from SRFS.

The Contractor shall be required to comply with the Savannah River Forest Station's "Field Worker and Contractor Tracking System." This system aids in teh location of personnel in the case of an emergency, such as: severe weather, fire, personal injury, or other threats. The system will be explained at the Pre-Work Meeting.

1. The contractor shall provide and wear safety glasses with side shields when working in thick underbrush or where eyes are susceptible to injury from surrounding vegetation or flying debris.

2. The contractor shall have a First aid kit with each vehicle (including ATV's) in use on this contract.

3. Some form of communications (ie CB, 2-way radio, or cellular phone) must be provided for each crew for emergency notification.

4. Hardhats must be provided and worn at all times while working in wooded areas.

5. The contractor shall provide and use a metal "Safety Fuel Can" when dispensing gasoline into small engines (ie ATV's).

6. An operable "ABC" type fire extinguisher of at least 5 lbs. in size shall be located on each vehicle in use on this contract.

7. Employees operating seatbelt-equipped vehicles shall

wear the seatbelts at all times while vehicle is in motion.

8. All handtools (axes, shovels, etc..) used in the performance of this contract shall be in good working condition. Splintered, cracked or damaged handles and loose parts on any tool must be repaired or taken out of service. Hand tools with cutting edges must be properly guarded while not in use.

9. Any and all spills of petroleum products (ie gasoline, hydraulic fluid, motor oil, and antifreeze) must be contained and reported to the COR. The contractor will be responsible for cleanup and disposal. This will include, but is not limited to excavating all contaminated soils.

10. Any and all contractor generated debris must be cleaned up on a daily basis. This includes, but is not limited to empty petroleum product cans and/or drums.

11. Other personal protective equipment may be required for any other special equipment in use on this contract.

12. The contractor shall provide a "Written Bloodborne Pathogen and Hazard Communication Plan" prior to the start of work. The plan must include information on the hazards of the work, training, material safety data sheets for all hazardous chemicals in use, and documentation of training provided for each employee.

13. Contractor shall comply with all safety regulations governing the handling and storage of firearms and ammunition during the performance of this contract.

14. Persons handling firearms must provide documentation for attending and successfully completing a hunter safety course. They must demonstrate their ability to handle the firearms to be used on this contract.

15. Never permit loaded firearms in vehicles or boats in use on this contract. The safest firearm has an open action.

16. Never climb a tree or fence carrying a firearm with a loaded chamber. Before going over a fence, place the gun on the ground pointing away from you and others and leave chamber empty.

17. All firearms in use with this contract must be regularly maintained, with safety devices in perfect working ,orde

18. Consider trajectory and impact points before shooting.

19. Always treat firearms as if they are loaded. An unloaded firearm does not have ammunition in either the chamber or the magazine.

20. Do not shoot at any sound or movement in the brush and be absolutely sure no one is in your line of fire.

C.3 PAYMENT

Vendor will be paid a price per hog trapped and dispatched. Vendor is to provide a bid price per hog.

# SECTION D - PACKAGING AND MARKING

[For this Solicitation, there are NO clauses in this Section]

## SECTION E - INSPECTION AND ACCEPTANCE

E.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| CLAUSE NUMBER | DATE | TITLE |
|---|---|---|

None by reference

E.2 INSPECTION OF SERVICES--FIXED-PRICE (FAR 52.246-4) (AUG 1996)

(a) Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future

performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.

## SECTION F - DELIVERIES OR PERFORMANCE

F.1 CLAUSES INCORPORATED BY REFERENCE
(FAR 52.252-2) (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| CLAUSE NUMBER | DATE | TITLE |
|---|---|---|
| 52.247-55 | APR 1984 | F.O.B. POINT FOR DELIVERY OF GOVERNMENT-FURNISHED PROPERTY |

F.2 PERIOD OF PERFORMANCE (AGAR 452.211-5) (FEB 1988)

The period of performance of this contract is from Date of Contract Award through September 30, 2000.

## SECTION G - CONTRACT ADMINISTRATION DATA

THE FOLLOWING GOVERNMENT-FURNISHED PROPERTY SHALL BE PROVIDED:

1. 25 TRAPS AS REQUIRED
2. TRAP SUPPLIES AS REQUIRED^W

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

H.1 POST AWARD CONFERENCE (AGAR 452.215-73) (NOV 1996)

A post award conference with the successful offeror is required. It will be scheduled within 15 days after the date of contract award. The conference will be held at:

Savannah River Forest Station, Building 760-15G
1 mile inside the Aiken barricade
Aiken, South Carolina

H.2 INSURANCE COVERAGE (AGAR 452.228-71) (NOV 1996) ALTERNATE I (NOV 1996)

Pursuant to FAR clause 52.228-5, Insurance-Work on a Government Installation, the Contractor will be required to present evidence to show, as a minimum, the amounts of insurance coverage indicated below:

(a) Workers Compensation and Employer's Liability. The Contractor is required to comply with applicable Federal and State workers' compensation and occupational disease statutes. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a Contractor's commercial operations that it would not be practical to require this coverage. Employer's liability coverage of at least $100,000 shall be required, except in States with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers.

(b) General Liability.

(1) The Contractor shall have bodily injury liability coverage written on a comprehensive form of policy of at least $500,000 per occurrence.

(2) The Contractor shall have property damage liability insurance shall be required in the amount of 500,000 per occurrence.

(c) Automobile Liability. The Contractor shall have automobile liability insurance written on a comprehensive form of policy. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract. Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage or loss.

(d) Aircraft Public and Passenger Liability. When aircraft are used in connection with performing the contract, the Contractor shall have aircraft public and passenger liability insurance. Coverage shall be at least $200,000 per person and $500,000 per occurrence for bodily injury, other than passenger injury. Coverage for passenger injury shall be at least $200,000 multiplied by the number of seats or passengers, whichever is greater.

H.3 PERMITS AND RESPONSIBILITIES (FAR 52.236-7) (NOV 1991)

The Contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work. The Contractor shall also be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence. The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

H.4 EMERGENCY RESPONSE (AGAR 452.236-77) (NOV 1996)

(a) Contractor's Responsibility for Fire Fighting . (1) The Contractor, under the provisions of FAR clause 52.236-9, PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS, shall immediately extinguish all fires on the work site other than those fires in use as a part of the work. (2) The Contractor may be held liable for all damages and for all costs incurred by the Government for labor, subsistence, equipment, supplies, and transportation deemed necessary to control or suppress a fire set or caused by the Contractor or the Contractor's agents or employees.

(b) Contractor's Responsibility for Notification in Case of Fire. The Contractor shall immediately notify the Government of any fires sighted on or in the vicinity of the work site.

(c) Contractor's Responsibility for Responding to Emergencies. When directed by the Contracting Officer, the Contractor shall allow the Government to temporarily use employees and equipment from the work site for emergency work (anticipated to be restricted to fire fighting). An equitable adjustment for the temporary use of employees and equipment will be made under the CHANGES clause, FAR 52.243-4.

H.5 KEY PERSONNEL (AGAR 452.237-74) (FEB 1988)

(a) The Contractor shall assign to this contract the following key personnel:

Supervisor
Trapper/Hunter

(b) During the first ninety (90) days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph (c) below. After the initial 90-day period, the Contractor shall submit the information required by paragraph (c) to the Contracting Officer at least 15 days prior to making any permanent substitutions.

(c) The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes of key personnel.

H.6 COMPLIANCE WITH AREA REGULATIONS

The Contractor agrees to comply with all security and safety regulations and requirements of the Government. A short security questionnaire is required of the Contractor and all of his/her employees working on SRS. The Contractor shall be responsible for maintaining satisfactory standards of employee competency, conduct, and integrity, and shall be responsible for taking disciplinary action with respect to his/her employees as may be necessary. In the event the Contractor fails to remove any employee whose continued employment is deemed by the Government to be contrary to the public interest, the Government reserves the right to require the Contractor to remove the employee. The Contractor agrees to designate a representative who shall be authorized to receive on behalf of the Contractor any notices and instructions given by the Contracting Officer in regard to performance under this contract and to take such action thereon as is required by the terms of this contract.

The Contractor further agrees that only persons possessing a valid state driver's license will be permitted to operate motor vehicles engaged in the performance of this Contract upon the roads of the SRS. Failure to furnish evidence of such license for an employee driver, will result in such employee being denied access to the SRS. In addition, Contractor and all employee drivers shall comply with all applicable state laws regulating traffic on SRS.

NOTE: All personnel working on the SRS must be United States citizens.

## H.7 SAFETY AND HEALTH

The contractor shall take all reasonable precautions in the performance of the work under this contract to protect the safety and health of employees, subcontractors, and members of the public and shall comply with all applicable safety and health regulations and requirements of the Department of Energy, USDA Forest Service and OSHA, including reporting.

The contractor agrees to cooperate in making it possible for the Contracting Officer, Forest Service, and DOE personnel to safely and economically inspect activities under this contract and to conduct their official duties on the contract site and such other places on the SRS where the contractor, his/her employees, and subcontractors conduct operations under this contract. The Contracting Officer shall notify the contractor, in writing, of any noncompliance with the provisions of this clause and the corrective action to be taken. After receipt of such notice, the contractor shall immediately take such corrective action. In the event that the contractor fails to comply with said regulations or requirements, the Contracting Officer may, without prejudice to any other legal or contractual rights, issue an order stopping all or any part of the work; thereafter, a start order for resumption of the work may be issued at the discretion of the Contracting Officer. The contractor shall make no claim for an extension of time or for compensation of damage by reason of or in connection with such work stoppage.

In the absence of the Contracting Officer, the COR, or the inspector, any DOE or government employee has the authority to stop all or any part of the work being conducted by the contractor if it is determined that any unsafe condition is occurring that threatens life or limb. If such action is taken, the government employee must notify the Contracting Officer or COR immediately at 5-2441. If the COR or inspector is at the work site the government employee must promptly notify the COR or inspector of the action taken and the unsafe condition observed. Resulting formal contract action will be directed by the Contracting Officer.

The contractor further agrees that only persons possessing a valid state driver's license will be permitted to operate motor vehicles engaged in the performance of this contract upon the roads of the SRS. Failure to furnish evidence of such license for any employee-driver will result in such employee being denied access to the SRS. In addition, the contractor and all employee-drivers shall comply with all applicable state laws regulating traffic & condition of vehicles on SRS.

Operating supplies and maintenance responsibility: Contractor shall furnish all fuel, oil, grease and repairs. The Contractor will pay any other expense incidental to operation of equipment.

Protection of streams, lakes and reservoirs: The contractor shall take sufficient precautions to prevent pollutions of streams, lakes and reservoirs by fuels, oils and other chemicals, silt or other harmful materials. Contractor shall schedule and conduct contract in such a manner so as to avoid siltation of streams, lakes and reservoirs, and loss of embankment materials during high flow periods. All streams will be kept free of contractor-generated debris.

Erosion: The Contractor shall take every precaution necessary to prevent soil erosion on contract areas and access facilities including, but not limited to installing and/or maintaining drainage dips and water bars on roads and trails, outsloping and revegetation of areas disturbed by Contractor's operations.

Final clean-up: Before final acceptance all trash, rubbish, spills, and debris generated by Contractor's operation shall be removed from DOE land.

Area clean-up: Contractor shall be responsible for the housekeeping of Contractor's employees and any approved subcontractors working under this contract. Roads, right-of-ways, timber stands and general areas shall be kept free of disabled or abandoned vehicles and equipment, parts of vehicles or equipment, fuel, oil, beverage and lunch containers, and other debris resulting from Contractor's operations.

Contractor shall be responsible for the clean up of all spills of any amount of petroleum products (i.e. diesel, oil, and coolant). This includes excavation of contaminated soils.

Liabilities: Contractor shall assume responsibilities and be liable for all damages to persons or property incurred in or resulting from Contractor's negligence and/or willful acts in conducting the operations required under this contract, and Contractor shall hold the Government harmless for any damages to property and/or injury to persons which may arise or result from the operations required hereof.

Fire protection: The Contractor and all approved subcontractors under Contractor shall exercise due diligence, and take all reasonable and practicable action, both independently and in cooperation with the Government to prevent and suppress forest fires on the contract areas and vicinity. A minimum of one axe and one shovel will be available in the immediate vicinity of the work areas. Gasoline or diesel-powered equipment will be equipped with satisfactory mufflers or spark arrestors. Contractor will not be allowed to start any warming fires on the SRS and agrees to reimburse the Government for the cost of fire suppression incurred as the result of Contractor's negligence and/or willful acts. All operations on the SRS may be suspended by the Contracting Officer during periods of extreme fire danger as determined by the Savannah River Forest Station's Fire Department or when ongoing fires warrant such suspension. Such suspension shall be effected by written

notice to the Contractor except in cases of sudden emergency when such notice may be given verbally. In the event of such suspension, the Contractor agrees to remove all personnel and equipment immmediately as requested by the Contracting Officer. The Government shall not be liable for any damages or claims of any nature resulting from suspension.

H.8 QUARANTINE RESTRICTIONS

(a) The DOE Savannah River Site is infested with imported fire ants and is under quarantine; therefore, the Contractor shall comply with U.S. Department of Agriculture (USDA) and South Carolina Plant Pest Regulatory Service restrictions to prevent the spread of the fire ants until they can be eliminated.

(b) Quarantine restrictions apply to movement of articles that may carry fire ants; such as used soil-moving equipment, soil plants with roots, grass sod, and hay and straw except hay and straw used for bedding and packing. The restrictions are imposed on the movement of the regulated articles from an infested area to noninfested areas. Movement of the regulated articles within the infested areas is not restricted. Geographical areas under quarantine for imported fire ants are shown on an Attachment in section J.

Cleaning and processing procedures are required before moving restricted material to a non-infested area. Earth moving equipment shall be cleaned of all loose noncompacted soil before moving. Facilities are available for this cleaning at the Savannah River Site.

Restricted material shall contain a certification from the USDA Animal and Plant Inspection Service (APHIS) that the material is pest-free before moving from an infested to a non-infested area.

Additional information may be obtained from the Savannah River Forest Station, Telephone (803)725-2441, or the USDA, APHIS, PPQ, P.O. Box 21792, Columbia, SC 29221, Telephone (803)765-5901.

H.9 REQUIRED INSURANCE

In accordance with FAR 52.228-05 Insurance - Work on a Government Installation, the following information on required insurance levels is provided:

| | |
|---|---|
| Workmen's Compensation and Employer's Liability Insurance that provides coverage for employees working in the State of South Carolina | $100,000.00 |
| General Liability Insurance | |
| For Bodily Injury Liability | |
| Minimum per occurrence | $500,000.00 |
| Automobile Liability Insurance | |
| Minimum per person | $200,000.00 |

| | |
|---|---|
| Minimum per occurence for bodily injury | $500,000.00 |
| Minimum per occurrence for property damage | $ 20,000.00 |

H.10 LOSS OF TIMBER SALE LOCK KEY OR LOCK OR SECURITY BADGES

When necessary Forest Service personnel will place Timber Sale locks on exterior and/or interior gates for areas where contractor will be working. Contractor will be issued one or more keys for these Timber Sale locks to allow the contractor access to the areas. When a key(s) and/or locks are lost or misplaced, Department of Energy Security Regulations require the Forest Service to remove all current Timber Sale locks and replace these locks immediately.

If the contractor or contractor's employee(s) loses a Timber Sale key(s) and/or lock the loss shall be reported to the COR or Contracting Officer immediately. When the loss of the Timber Sale key(s) and/or lock is due to the contractor's or contractor's employee(s) fault or negligence, the contractor shall be charged the costs that the Government incurs in removing all current Timber Sale locks, placing new locks on all required gates, collecting all keys for the locks that are removed, and issuing keys for the new locks. This charge will be approximately $1,935.00 and will be deducted from any payments due the contractor including the final payment.

A security badge is issued to the contractor and each of the contractor's employees to allow them access to SRS. When a security badge is lost or misplaced the contractor or his/her representative shall report the loss to the COR or Contracting Officer immediately and obtain a replacement badge for the lost or misplaced badge. At the completion of the contract, all security badges must be returned to the Government. A deduction of $10 will be made on the Final Payment for each security badge that is not returned.

Final payments will not be processed until all Timber Sale keys and security badges are either returned to the Government or determined to be lost. When a Timber Sale key(s) and security badge(s) are determined to be lost prior to final payment, appropriate deductions will be made from the Final Payment for this contract.

H.11 USE OF PREMISES (AGAR 452.236-72) (NOV 1996)

(a) Before any camp, quarry, borrow pit, storage, detour, or bypass site, other than shown on the drawings, is opened or operated on USDA lands or lands administered by the USDA, the Contractor shall obtain written permission from the Contracting Officer. A camp is interpreted to include a campsite or trailer parking area of any employee working on the project for the Contractor.

(b) Unless excepted elsewhere in the contract, the Contractor shall: (i) provide and maintain sanitation facilities for the work

force at the site and (ii) dispose of solid waste in accordance with applicable Federal, State and local regulations.

H.12 ARCHAEOLOGICAL OR HISTORIC SITES (AGAR 452.236-73) (FEB 1988)

If a previously unidentified archaeological or historic site(s) is encountered, the Contractor shall discontinue work in the general area of the site(s) and notify the Contracting Officer immediately.

H.13 RESPONSIBILITIES OF THE CONTRACTOR (AGAR 4G52.236-807) (JUL 1986)

(a) The contractor shall protect all trails, ditches, fences and other improvements in the operating area. Roads and trails needed for fire protection or other purposes shall be kept free of logs, slash and debris. Any road or trail used by the contractor that is damaged by his operations shall be promptly restored by him to its original condition.

(b) The contractor shall use every precaution necessary to prevent damage to young growth and trees left standing.

H.14 USE OF UNDOCUMENTED WORKERS

The Immigration and Nationality Act as amended by the Immigration reform and Control Act (8 USC 1324a; 8 CFR 274a) makes it unlawful for an employer to hire unauthorized aliens (undocumented workers) and establishes the I-9 Form as the document to be used for employment eligibility verification.

The contractor is required to 1) have all employees complete and sign the I-9 Form to certify that they are eligible for employment; 2) examine documents presented by the employee and ensure the documents appear to be geniune and related to the individual; 3) record information about the documents on the form, and complete the certification portion of the form; 4) retain the form for three years, or one year past the end of employment of the individual, whichever is longer.

It is illegal to discriminate against any individual (other than a citizen of another county who is not authorized to work in the U.S.) in hiring, discharging, or recruiting because of that individual's national origin or citizenship status.

For further information on the requirements of the Act, contractors should contract the Employer and Labor Relations Officer of their local INS office.

H.15CRIMINAL LIABILITY

It is understood that disclosure of any classified information relating to the work or services ordered herunder to any person not entitled to receive it, or failure to safeguard any classified information that may come to the USFS or any person under the USFS's control in connection with work under this Agreement, may subject USFS, its agents, employees, or subcontractors to criminal liability under the laws of the United States. (See the Atomic Energy Act of 1954, as amended, 42 U.S.C. 2011 et seq.; 18 U.S.C. 793 and 794; and Executive Order 12356)

H.16 SITE ACCESS AUTHORIZATION FOR CONTRACTOR AND EMPLOYEES

Prior to badging of contractor and contractor's employee(s), contractor and all employees requiring access to the Savannah River Site in order to work on this contract shall be required to complete a questionnaire titled "Application for Site Access Authorization". Also, the contractor and all employees shall be fingerprinted. Contractor and employees shall receive a red site access badge after this process. However, a screening process will be performed and those individuals meeting the following conditions will be denied future access to SRS.

A. Those who are currently on probation or parole for a felony (as determined by the state where the conviction occurred).

B. Any applicant for employment at SRS who has received a positive drug screen.

C. Any employee who was assigned by his employer to work at the SRS and was fired for possession, trafficking or use of illegal drugs or for being under the influence of drugs while at SRS.

D. Any employee who has been fired or quit to avoid being fired from any employment for violation of a contractor or subcontractor policy on the use or abuse of illegal drugs.

E. Any employee who has been denied a DOE access authorization (security clearance) pursuant to the procedures of 10 CFR 710 administrative review.

F. Individuals who have been involuntarily terminated or have voluntarily terminated to avoid involuntary termination from any employment for theft of government property at the SRS or for a willful violation of contractor policies or security regulations which may jeopardize the security of site operations or the health and safety of other employees or the general public.

G. Any employee who has been fired or quit to avoid being fired from any employment at the SRS for theft of property.

Contractor or their representative shall be notified of employees that will be denied access to SRS and immediately upon notification, contractor shall remove the employee(s) from SRS and return the site access badge(s) to the Contracting Officer or COR. Contractor shall be responsible for replacing those employee(s) denied access to SRS and denial of access for contractor's employee(s) shall not be construed as a suitable excuse for nonperformance of the contract. If the contractor is denied access to SRS the contract may be terminated for default.

Failure of the contractor to promptly remove employee(s) denied access and surrender their site access badges to the C.O. or COR may result in termination for default.