## PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

## SECTION J - LIST OF ATTACHMENTS

### LIST OF ATTACHMENTS

Vicinity Map
Wage Rate Determination_No. 75-0208
Fire Ant Quarantine Map
Exhibit A, Sample Order


South Carolina
Savannah River
Columbia
Athens
Aiken
Charleston
Atlanta
Augusta
Savannah
River Site
Savannah
Georgia
Atlantic Ocean

ATTACHMENT B
Page 1 of 4

REGISTER OF WAGE DETERMINATIONS UNDER
THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

Alan L. Moss
Director

Division of
Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

Wage Determination No.: 75-0208
Revision No.: 12
Date of Last Revision: 11/29/1995

State(s): South Carolina

Area: SOUTH CAROLINA COUNTIES OF STATEWIDE.

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION | MINIMUM HOURLY WAGE |
| --- | --- |
| **Employed on contracts for Forestry and Logging services in the above locality:** | |
| Forestry Technician | $ 12.46 |
| Forestry Heavy Equipment Operator | $ 12.46 |
| Forestry Truckdriver (all types of trucks) | $ 11.72 |
| Tree Climber | $ 7.15 |
| Tree Planter | $ 7.15 |
| Tree Planter, Mechanical | $ 7.15 |

** Fringe Benefits Required For All Occupations Included In This Wage Determination **

HEALTH & WELFARE: $1.16 ~~$0.90~~ per hour or $36.00 per week or $156.00 per month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by