the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job

description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

FORESTRY TECHNICIAN

Forestry and range technicians apply general knowledge of the organization, its programs, and the characteristics of the local environment. They are specialists in specific forestry or range conservation subject-matter areas or techniques and practices. They use formulas and factors in estimating and inspecting a particular segment of work, according to standards provided by professionals. They perform any of the following basic kinds of forestry or range conservation support work, in varying combinations of duties:

- Administer a particular operation or area such as timber sales, recreation area, or research area that is a segment of a professional resource management or research programs, when such assignment requires use of practical knowledge and experience in planning and carrying out the work.

- Apply standard forestry and range conservation techniques and practices in suppporting professional programs and may modify standard practices when such modifications do not affect basic characteristics or relationships among

resource programs.

- Collect, consolidate, tentatively analyze, summarize, and report data within controls established by professional standards and research study plans or by resource management plans.

- Maintain contacts wi.. forest and range users, the public and contractors for purpose of factfinding, explanation, gaining cooperation, and inspecting and evaluating operations, using standards and guides established by professionals.

- Plan or perform fire prevention, presuppression, suppression, postsuppression, or related forest fire control work and fire management.

FORESTRY HEAVY EQUIPMENT OPERATOR

Operates heavy equipment such as bulldozer, grader, power shovel, backhoe, feller/buncher, skidder, jammer, yarder, high tower, tree peeler, or grapple loader. Equipment is used to build and maintain roads, move logs, pile brush, and prevent or fight fires. Operator may lubricate, fuel, adjust, and make emergency repairs to equipment.

For wage study purposes, heavy equipment operators are classified as follows:
Loader operator
Skidder operator
Other heavy equipment operator

FORESTRY TRUCKDRIVER

Drives a truck to transport logs, dirt, gravel, trash, brush, equipment, supplies, or personnel. May direct the work of laborers loading or unloading truck. May also load or unload truck without helpers, perform routine maintenance, or make minor mechancial repairs. Exclude owner operators, over-the-road drivers, and general freight haulers.

For wage study purposes, truckdrivers are classified by type and rated capacity of truck, as follows:

Light truck
(straight truck, under 1 1/2 tons,
usually 4 wheels)

Medium truck
(straight truck, 1 1/2 to 4 tons inclusive,
usually 6 wheels)

Heavy truck
(straight truck, over 4 tons,
usually 10 wheels

Tractor-trailer

Combination of sizes

Truckdrivers in positions with work characteristics as described should be reported under this type when the information neeed to classify them by type is not available or they are not assigned to a particular type of truck.

# Imported Fire Ant Quarantines




**Conditions of Movement**

Counties entirely colored are completely regulated; counties partially colored are partially regulated.

■ Regulated area

Restrictions are imposed on the movement of regulated articles as follows: From red areas into or through white areas.

**Consult your State or Federal plant protection inspector or your county agent for assistance regarding exact areas under regulation and requirements for moving regulated articles. For detailed information see 7 CFR 301.81 for quarantine and regulations.**

U.S. Department of Agriculture • Animal and Plant Health Inspection Service
Plant Protection and Quarantine Cooperating With Affected States

See reverse side for list of regulated articles.

Revised November 1993