**The Following Regulated Articles Require a Certificate or Permit for Movement:**

1. Soil, separately or with other things, except soil samples shipped to approved laboratories.* Potting soil is exempt, if commercially prepared, packaged, and shipped in original containers.

2. Plants with roots with soil attached, except houseplants maintained indoors and not for sale.

3. Grass sod.

4. Baled hay and straw that have been stored in contact with the soil.

5. Used soil-moving equipment.

6. Any other products, articles, or means of conveyance of any character whatsoever not covered by the above, when it is determined by an inspector that they present a hazard of spread of the pest and the person in possession thereof has been so notified.

**Information as to designated laboratories, facilities, gins, oil mills, and processing plants may be obtained from an inspector.*

United States Department of Agriculture
DELIVERY ORDER

AD838 - Vendor (APOS 7/90)

Order Number: 43-4660-4-0223 | Sub:

| Page | Contract Number | Order Date |
|---|---|---|
| 01 of 01 | 53-4660-3-19 | March 17, 1994 |

| Seller's Ident. No. | Form 1099 No | Taxpayer's Ident. No. |
|---|---|---|
| | | |

This Number must appear on all Invoices, Packages, and Papers Relating to this Order.

To: (Seller's Name and Address)

SHIP TO ->

Consignee:
USDA-FS Savannah River Forest Sta.
Bldg 760-G ATTN:
1 mile inside Aiken Barricade-SRS
Aiken SC 29802

| Line Item | Description | Quantity | Unit Issue | Unit Price | Amount |
|---|---|---|---|---|---|
| 01 | TRAP AND DISPATCH FERAL HOGS | 200 | EA | 10.00 | 2000.00 |
| | | | | TOTAL > | 2000.00 |

F. O. B. Point: Destination

Deliver to Consignee Address on or Before per contract

Ship Via

Discount Terms: Net 30 Days

Billing Address (DO NOT SHIP ORDER HERE)
(Ship to Consignee Address above)
USDA Forest Service
Savannah River Forest Station
P. O. Box 710
New Ellenton SC 29809-0710

BILLING INSTRUCTIONS: Do not submit bill in advance of shipment. Send invoice with our Order Number to Billing Address at left. Failure to show our Order Number will delay payment. If available, include your nine position DUNS number on each invoice. Freight charge over $100 requires bill of lading.

Issuing Office:
USDA Forest Service
Savannah River Forest Station
P. O. Box 710
New Ellenton SC 29809-0710

Ordered By: (Name and Title)
Homer R. Gabard Contracting Officer

Phone Number: (803) 725-2441

Authorized Signature:

7/18/9

S E L L E R ' S   O R I G I N A L

# SECTION M - EVALUATION FACTORS FOR AWARD

## M.1 EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT (AGAR 452.216-72) (FEB 1988)

To evaluate offers for award purposes, the Government will apply the offeror's proposed fixed-prices/rates to the estimated quantities included in the solicitation, and will add other direct costs if applicable.

## M.2 EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990)

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

## M.3 AWARD DETERMINATION

A. Award will be made to that offeror (1) whose proposal is technically acceptable and (2) whose technical/cost relationship is the most advantageous to the Government. While cost is secondary to technical, it will be a factor in the award decision. The critical factor in making any cost/technical trade-off is not the spread between the technical scores, but rather what is the significance of that difference. The significance of the spread in scores will be determined on the basis of what that difference might mean in terms of performance and what it would cost the Governement to take advantage of it. Award may not necessarily me made to that offeror submitting the lowest offer. Also, award may not necessarily be made for technical capabilities that would appear to exceed those needed for the successful performance of the work. The Government reserves the right to make cost/technical trade-offs that are in the best interest and to the advantage of the Government.

B. Proposals will be rated to determine those offerors which are within the competitive range, price and other factors considered. Proposals should be submitted initially on the most favorable terms which the offeror can make to the Government. The Government reserves the right to reject any or all proposals or to make award without conducting discussions. Discussions (oral or written) may be conducted as appropriate with all offerors considered to be within the competitive range. For the purpose of this solicitation, discussion shall not be considered to have been initiated where the Government requests additional information supplementing or clarifying a proposal without materially

changing it. Discussion shall be considered to be open negotiation with an offeror for the purpose of modifying or materially changing the proposal as submitted. Where discussions are held with one offeror within the competitive range, they will be held with all offerors within the competitive range.

M.4 EVALUATION FACTORS

Evaluation factors are shown in descending order of importance. Within each criteria subfactors are of equal importance.

A. Ability to perform in accordance with the specifications including demonstrated satisfactory experience in the two methods of wild hog control required by the solicitation.

1. Experience in using traps for wild hog control.
2. Experience in using dogs for wild hog control.
3. Sufficient trained dogs and other necessary equipment.
4. Sufficient trained and experienced employees.
5. History of satisfactory performance on contracts or projects similar in size and scope.

B. Ability to satisfactorily collect required hog biological data.

1. Experience in hog biological data collection.
2. Ability to determine correct age, sex, and reproductive condition of wild hogs.

C. Ability of dogs to locate, track, and catch/bay wild hogs.

1. Experience of dogs in locating, tracking, and catching/baying wild hogs.
2. Demonstrated ability of dogs to locate, track, and catch/bay wild hogs. After evaluation of offers, offerors determined to be in the competitive range may be required to bring at least two dogs to a location on SRS designated by the Contracting Officer and Technical Evaluation Board to evaluate the following:

a. Inclination and ability of dogs to locate hogs (scent)
b. Inclination and ability of dogs to track hogs
c. Inclination and ability of dogs to catch/bay (stop/hold) hogs
d. Inclination of dogs to avoid pursuit of other wildlife
e. Inclination of dogs to stay with handler and respond to commands.

D. Ability to maintain quality control over work in progress.

1. Ability to insure correct use of the two methods of wild hog control.
2. Ability to properly use personnel, dogs, and equipment including firearms.
3. History of quality work on contracts/projects similar in

size and scope.

E. Ability to perform within established timeframe.

1. Ability to recruit, train, and retain sufficient employees.
2. Ability to keep dogs and equipment operational during performance.
3. History of on-time performance on contracts/projects similar in size and scope.

F. Ability to meet other contract requirements.
1. Requirement for all personnel to be U.S. citizens.
2. Evidence of required insurance.
3. Ability of contractor and all employees to obtain proper S.C. Hunting License.
4. Demonstrated clean and safe hunting record.
5. Compliance with regulations governing contractor's business, including but not limited to minimum wage, overtime, worker's compensation, unemployment, safe working conditions.

M.5 PRICE PROPOSALS

A. Price considerations will be approximately equally as important as all technical considerations in the selection of an offer for award. Completeness of detail for proposed costs will be considered quite heavily in evaluation and analysis of offeror's price proposal.

B. Price proposals will be thoroughly reviewed by the Contracting Officer to ensure that all anticipated costs are accounted for, proposed costs are reasonable, and to gain an understanding of the offeror's estimating system. It may be necessary for the Contracting Officer to review supporting records to determine the reasonableness of proposed costs, and the reliability of the offeror's estimating system, especially in the case where there is not adequate competition for the contract.

STANDARD FORM 30

**AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| **AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT** | | 1.CONTRACT ID CODE | PAGE 1 of 1 PAGES |
| 2. AMENDMENT/MODIFICATION NO. 04 | 3. EFFECTIVE DATE 10/01/99 | 4.REQUISITION/PURCHASE REQ. # | 5. PROJECT # (If applic.) |
| 6. ISSUED BY USDA, FOREST SERVICE SAVANNAH RIVER INSTITUTE P.O. BOX 700 NEW ELLENTON, SC 29809-0700 | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
| 8.NAME & ADDRESS OF CONTRACTOR (No. street, county, state & zip code) GA BOWHUNTER SUPPLY CO. 5330 COLUMBIA ROAD GROVETOWN, GA 30813 | | 9A. AMENDMENT OF SOLICITATION NO. | 9B. DATED (SEE ITEM 11) _ August 9, 1999 |
| 10A.MODIFICATION OF CONTRACT 53-4660-8-04 | 10B.DATED(SEE ITEM 13) 10/29/97 | .CODE | FACILITY CODE |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[ ]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [ ] is extended, [] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (FAR 52.243-1) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14,PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a), FAR 52.217-9, AGAR Clause 452.217-8 |
| | D. OTHER (Specify type of modification and authority) Disclosure of the magnitude of construction projects. |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**CONTRACT IS EXTENDED TO OCTOBER 31, 1999, OR UNTIL A NEW CONTRACT IS AWARDED.**

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type/Print) W. D. Hocker owner | 15B. CONTRACTOR/OFFEROR (Person authorized to sign) [signature] | 15C. DATE SIGNED 9/4/99 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type/Print) HOMER R. GABARD, Contracting Officer | 16B. UNITED STATES OF AMERICA BY:(Contracting Officer) Homer R. Gabard | 16C. DATE SIGNED 9/7/99 |

STANDARD FORM 30

STANDARD FORM 30

**AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT**

1.CONTRACT ID CODE

PAGE 1 of 1 PAGES

2. AMENDMENT/MODIFICATION NO. 02

3. EFFECTIVE DATE 10/01/98

4.REQUISITION/PURCHASE REQ. #

5. PROJECT # (If applic.)

6. ISSUED BY
USDA, FOREST SERVICE
SAVANNAH RIVER INSTITUTE
P.O. BOX 700
NEW ELLENTON, SC 29809-0700

CODE

7. ADMINISTERED BY (If other than Item 6)

CODE

8.NAME & ADDRESS OF CONTRACTOR (No. street, county, state & zip code)
GA BOWHUNTER SUPPLY CO.
5330 COLUMBIA ROAD
GROVETOWN, GA 30813

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A.MODIFICATION OF CONTRACT/ ORDER NO. 53-4660-8-04

10B.DATED(SEE ITEM 13) 10/29/97

CODE

FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [] is extended, [] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14,PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.217-9, AGAR CLAUSE 452.217-8. |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE CONTRACT IS HEREBY RENEWED BY THE FOREST SERVICE FOR THE OPTION PERIOD I FOR THE PERIOD OCTOBER 1, 1998 TO SEPTEMBER 30, 1999.

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

| 15A. NAME AND TITLE OF SIGNER (Type/Print) | 15B. CONTRACTOR/OFFEROR (Person authorized to sign) | 15C. DATE SIGNED |
|---|---|---|
| W. P. Hooker | W. P. Hooker | 10-1-98 |
| **16A. NAME AND TITLE OF CONTRACTING OFFICER** (Type/Print) | **16B. UNITED STATES OF AMERICA** | **16C. DATE SIGNED** |
| HOMER R. GABARD, Contracting Officer | Homer R. Gabard<br>BY:(Contracting Officer) | 10/2/98 |

STANDARD FORM 30

| | | |
|---|---|---|
| AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT | 1.CONTRACT ID CODE | PAGE 1 of 2 PAGES |

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 01 | 3. EFFECTIVE DATE 08/06/98 | 4.REQUISITION/PURCHASE REQ. # | 5. PROJECT # (If applic.) |
| 6. ISSUED BY USDA, FOREST SERVICE SAVANNAH RIVER INSTITUTE P.O. BOX 700 NEW ELLENTON, SC 29809-0700 | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
| 8.NAME & ADDRESS OF CONTRACTOR (No. street, county, state & zip code) GA BOWHUNTER SUPPLY CO.. 5330 COLUMBIA ROAD GROVETOWN, GA 30813 | | 9A. AMENDMENT OF SOLICITATION NO. | 9B. DATED (SEE ITEM 11) |
| 10A.MODIFICATION OF CONTRACT/ ORDER NO. 53-4660-8-04 | 10B.DATED(SEE ITEM 13) 10/29/97 | .CODE | FACILITY CODE |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [] is extended. [] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15. and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14.PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a) FAR 43.102(a) |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Please refer to Page 7, Part I, Section B, and change the maximum quantity for the Base Period as shown on page 2 of this modification.

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type/Print) W.D. Hocker [signature] W. D. Hocker | 15B. CONTRACTOR/OFFEROR (Person authorized to sign) [signature] | 15C. DATE SIGNED 8-26-98 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type/Print) HOMER R. GABARD, Contracting Officer | 16B. UNITED STATES OF AMERICA [signature] BY:(Contracting Officer) | 16C. DATE SIGNED 9/1/98 |

STANDARD FORM 30

**USDA - FOREST SERVICE** PAGE 2 of 2

ATTACHMENT TO MODIFICATION OF CONTRACT, SF-30

| DATE | FOREST | PROJECT NAME: Wild Hog Control |
|---|---|---|
| 08/06/98 | SAVANNAH RIVER INSTITUTE | |

| MODIFICATION NUMBER | ORIGINAL CONTRACT AMOUNT | CONTRACT NUMBER |
|---|---|---|
| 01 | $44,000 (Base Period) | 53-4660-8-04 |

Describe each modification identified by item number, location, etc., and state its purpose. On a separate sheet for internal use, give justification and estimate where applicable.

**PROPOSED MODIFICATION** — AMOUNT OF INCREASE (+) OR DECREASE (-)

| ITEM NO. | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | TOTAL | AMOUNT OF INCREASE (+) OR DECREASE (-) |
|---|---|---|---|---|---|---|
| 01 | Base Period (12mon.) Trap and Dispatch feral hogs Maximum quantity | 1000 | EA | $55.00 | $55,000.00 | (+) $11,000.00 |

Purpose: Government requires the services provided by this contract to be performed year round and not be stopped when the contractor has killed the maximum quantity of hogs shown for the Base Period.

| | |
|---|---|
| **NET CHANGE THIS MODIFICATION** | + $11,000.00 |
| **CONTRACT AMOUNT PRIOR TO THIS MODIFICATION** | $44,000.00 |
| **NEW CONTRACT TOTAL** | $ 55,000.00 |

| CONTRACT TIME | DAYS INCREASED | DAYS DECREASED | NEW TOTAL CONTRACT TIME: |
|---|---|---|---|
| Requirements | | | |

| | SIGNATURE | TITLE | DATE |
|---|---|---|---|
| SUBMITTED | Frankie Brooks | COR | 8-21-98 |
| RECOMMENDED | Elizabeth LoMast | WF&B STAFF OFFICER | 8/21/98 |
| AVAILABLE FUNDS $11,000.00 MGT. CODE: 002845 | [signature] | B.O. | 8/21/98 |

United States
Department of
Agriculture
Forest Service

FOREST SERVICE CONTRACT
OMB CLEARANCE NUMBER 05050005

CONTRACT NO.

53-4660-8-04

---

PROJECT: WILD HOG CONTROL

---

LOCATION: SAVANNAH RIVER NATURAL RESOURCE MANAGEMENT AND RESEARCH INSTITUTE

---

CONTRACTOR: GA BOWHUNTER SUPPLY CO.
3623 PEACH ORCHARD ROAD
AUGUSTA, GA 30906

(706)792-9422

---

AWARDING OFFICE: USDA FOREST SERVICE
P.O. BOX 710
NEW ELLENTON, SC 29809