any amount of petroleum products (i.e. diesel, oil, and coolant). This includes excavation and proper disposal of contaminated soils.

Liabilities: Contractor shall assume responsibilities and be liable for all damages to persons or property incurred in or resulting from Contractor's negligence and/or willful acts in conducting the operations required under this contract, and Contractor shall hold the Government harmless for any damages to property and/or injury to persons which may arise or result from the operations required hereof.

Fire protection: The Contractor and all approved subcontractors under Contractor shall exercise due diligence, and take all reasonable and practicable action, both independently and in cooperation with the Government to prevent and suppress forest fires on the contract areas and vicinity. A minimum of one axe and one shovel will be available in the immediate vicinity of the work areas. Gasoline or diesel-powered equipment will be equipped with satisfactory mufflers or spark arrestors. Contractor will not be allowed to start any warming fires on the SRS and agrees to reimburse the Government for the cost of fire suppression incurred as the result of Contractor's negligence and/or willful acts. All operations on the SRS may be suspended by the Contracting Officer during periods of extreme fire danger as determined by the Savannah River Forest Station's Fire Department or when ongoing fires warrant such suspension. Such suspension shall be effected by written notice to the Contractor except in cases of sudden emergency when such notice may be given verbally. In the event of such suspension, the Contractor agrees to remove all personnel and equipment immmediately as requested by the Contracting Officer. The Government shall not be liable for any damages or claims of any nature resulting from suspension.

H.10 QUARANTINE RESTRICTIONS

(a) The DOE Savannah River Site is infested with imported fire ants and is under quarantine; therefore, the Contractor shall comply with U.S. Department of Agriculture (USDA) and South Carolina Plant Pest Regulatory Service restrictions to prevent the spread of the fire ants until they can be eliminated.

(b) Quarantine restrictions apply to movement of articles that may carry fire ants; such as used soil-moving equipment, soil plants with roots, grass sod, and hay and straw except hay and straw used for bedding and packing. The restrictions are imposed on the movement of the regulated articles from an infested area to noninfested areas. Movement of the regulated articles within the infested areas is not restricted. Geographical areas under quarantine for imported fire ants are shown on an Attachment in section J.

Cleaning and processing procedures are required before moving restricted material to a non-infested area. Earth moving equipment shall be cleaned of all loose noncompacted soil before moving. Facilities are available for this cleaning at the Savannah River

Site.

Restricted material shall contain a certification from the USDA Animal and Plant Inspection Service (APHIS) that the material is pest-free before moving from an infested to a non-infested area.

Additional information may be obtained from the Savannah River Forest Station, Telephone (803)725-2441, or the USDA, APHIS, PPQ, P.O. Box 21792, Columbia, SC 29221, Telephone (803)765-5901.

H.11 REQUIRED INSURANCE

In accordance with FAR 52.228-05 Insurance - Work on a Government Installation, the following information on required insurance levels is provided:

| | |
|---|---|
| Workmen's Compensation and Employer's Liability Insurance that provides coverage for employees working in the State of South Carolina | $100,000.00 |
| General Liability Insurance | |
| For Bodily Injury Liability Minimum per occurrence | $500,000.00 |
| Automobile Liability Insurance | |
| Minimum per person | $200,000.00 |
| Minimum per occurence for bodily injury | $500,000.00 |
| Minimum per occurrence for property damage | $ 20,000.00 |

H.12 LOSS OF TIMBER SALE LOCK KEY OR LOCK OR SECURITY BADGES

When necessary Forest Service personnel will place Timber Sale locks on exterior and/or interior gates for areas where contractor will be working. Contractor will be issued one or more keys for these Timber Sale locks to allow the contractor access to the areas. When a key(s) and/or locks are lost or misplaced, Department of Energy Security Regulations require the Forest Service to remove all current Timber Sale locks and replace these locks immediately.

If the contractor or contractor's employee(s) loses a Timber Sale key(s) and/or lock the loss shall be reported to the COR or Contracting Officer immediately. When the loss of the Timber Sale key(s) and/or lock is due to the contractor's or contractor's employee(s) fault or negligence, the contractor shall be charged the costs that the Government incurs in removing all current Timber Sale locks, placing new locks on all required gates, collecting all keys for the locks that are removed, and issuing keys for the new locks. This charge will be approximately $1,935.00 and will be deducted from any payments due the contractor including the final payment.

A security badge is issued to the contractor and each of the contractor's employees to allow them access to SRS. When a security

badge is lost or misplaced the contractor or his/her representative shall report the loss to the COR or Contracting Officer immediately and obtain a replacement badge for the lost or misplaced badge. At the completion of the contract, all security badges must be returned to the Government. A deduction of $10 will be made on the Final Payment for each security badge that is not returned.

Final payments will not be processed until all Timber Sale keys and security badges are either returned to the Government or determined to be lost. When a Timber Sale key(s) and security badge(s) are determined to be lost prior to final payment, appropriate deductions will be made from the Final Payment for this contract.

H.13 USE OF PREMISES (AGAR 452.236-72) (NOV 1996)

(a) Before any camp, quarry, borrow pit, storage, detour, or bypass site, otherthan shown on the drawings, is opened or operated on USDA lands or lands administered by the USDA, the Contractor shall obtain written permission through the Contracting Officer. A camp is interpreted to include a campsite or trailer parking area of any employee working on the project for the Contractor.

(b) Unless excepted elsewhere in the contract, the Contractor shall: (i) provide and maintain sanitation facilities for the work force at the site and (ii) dispose of solid waste in accordance with applicable Federal, State and local regulations.

H.14 ARCHAEOLOGICAL OR HISTORIC SITES (AGAR 452.236-73) (FEB 1988)

If a previously unidentified archaeological or historic site(s) is encountered, the Contractor shall discontinue work in the general area of the site(s) and notify the Contracting Officer immediately.

H.15 RESPONSIBILITIES OF THE CONTRACTOR (AGAR 4G52.236-807) (JUL 1986)

(a) The contractor shall protect all trails, ditches, fences and other improvements in the operating area. Roads and trails needed for fire protection or other purposes shall be kept free of logs, slash and debris. Any road or trail used by the contractor that is damaged by his operations shall be promptly restored by him to its original condition.

(b) The contractor shall use every precaution necessary to prevent damage to young growth and trees left standing.

H.16 USE OF UNDOCUMENTED WORKERS

The Immigration and Nationality Act as amended by the Immigation reform and Control Act (8 USC 1324a; 8 CFR 274a) makes it unlawful for an employer to hi unauthorized aliens (undocumented workers)

and establishes the I-9 Form as the document to be used for employment eligibility verification.

The contractor is required to 1) have all employees complete and sign the I-9 Form to certify that they are eligible for employment; 2) examine documents presented by the employee and ensure the documents appear to be geniune and related to the individual; 3) record information about the documents on the form, and complete the certification portion of the form; 4) retain the form for three years, or one year past the end of employment of the individual, whichever is longer.

It is illegal to discriminate against any individual (other than a citizen of another county who is not authorized to work in the U.S.) in hiring, discharging, or recruiting because of that individual's national origin or citizenship status.

For further information on the requirements of the Act, contractors should contract the Employer and Labor Relations Officer of their local INS office.

H.17CRIMINAL LIABILITY

It is understood that disclosure of any classified information relating to the work or services ordered herunder to any person not entitled to receive it, or failure to safeguard any classified information that may come to the USFS or any person under the USFS's control in connection with work under this Agreement, may subject USFS, its agents, employees, or subcontractors to criminal liability under the laws of the United States. (See the Atomic Energy Act of 1954, as amended, 42 U.S.C. 2011 et seq.; 18 U.S.C. 793 and 794; and Executive Order 12356)

H.18 SITE ACCESS AUTHORIZATION FOR CONTRACTOR AND EMPLOYEES

Prior to badging of contractor and contractor's employee(s), contractor and all employees requiring access to the Savannah River Site in order to work on this contract shall be required to complete a questionnaire titled "Application for Site Access Authorization". Also, the contractor and all employees shall be fingerprinted. Contractor and employees shall receive a red site access badge after this process. However, a screening process will be performed and those individuals meeting the following conditions will be denied future access to SRS.

A. Those who are currently on probation or parole for a felony (as determined by the state where the conviction occurred).

B. Any applicant for employment at SRS who has received a positive drug screen.