GENERAL SPECIFICATIONS

A. Scope of Contract
The contractor shall furnish all labor, materials, supervision, transportation, equipment, supplies (including safety), and safely perform all work necessary to remove beaver from problem areas and maintain open and free flowing culverts at the Savannah River Site (SRS). Problem areas include areas where beaver activity has resulted in severe flooding of timber, research sites, roads and railroads. The importance of beaver dams as a wetlands resource, particularly as an attractive habitat for waterfowl, is recognized by the Forest Service. Therefore, selective trapping will be conducted only in critical areas identified by the Savannah River Institute (SRI).

B. Description and Location
All areas are located within the boundaries of the Department of Energy's Savannah River Site near Aiken, SC in Aiken, Barnwell, and Allendale counties, South Carolina.

The contractor will choose 2 barricades to enter and leave the SRS during the contract period. The contractor will use only these barricades when entering and leaving the SRS. Perimeter gates or other barricades will not be utilized by the contractor during the contract period.

TECHNICAL SPECIFICATIONS

A. Beaver Trapping
The contractor must trap beaver from problem areas on-site during a twelve month period (from date of contract award to December 31, 1999) and during an additional 12 month period if the Government extends the term of the contract (1/01/2000 to 12/31/2000). The contractor will be on call during the year to trap beaver whenever problem sites are discovered. The contractor will only trap the areas designated by the Contracting Officer's Representative (COR), Inspector(s), or Contracting Officer (CO). The contractor may trap 24 hours a day, seven days a week.

**The contractor shall:**

1. Use Conibear #330 traps for trapping(recommended by South Carolina Department of Natural Resources (SCDNR)). These traps kill quickly, and are selective in the sense that they can be set in water. However, when the traps are placed in water, they must be readily identifiable to others. The contractor must not purposely trap any species other than beaver. The contractor will notify the COR, Inspector(s), or CO of otter, turtles, or other species trapped incidentally. When other animals are trapped the contractor shall follow the same procedures as stated below for beaver carcasses.

   Snares with .22 caliber weapons may be used in some locations, but only as directed by the COR or CO.

2. Tag each carcass prior to placing it in the SRI cooler. The tag shall show the date and location of capture as well as the date and time the carcass was placed in the cooler.

3. Deliver each whole beaver carcass (not field stripped) to the SRI work center cooler at the end of each workday in order to receive credit for payment. The contractor will not remove animals, dead or alive, from the SRS at any time.

4. Determine sex and weight of each beaver taken.

5. Enter the following information on the data sheet/map for each carcass: the date and location of capture, sex, weight, and the date and time the carcass was placed in the SRI cooler.

6. Twice per week remove all beaver carcasses, not designated for research, from the SRI cooler and deliver them to the designated landfill at the SRS where the carcasses will be logged in with the landfill operator.

7. Thoroughly clean the SRI cooler by removing all beaver and other animal body parts, fluids, associated odor when necessary, or as directed by the COR or CO. Depending on the types of chemicals used to clean the cooler, the contractor may be required to provide a hazardous communication plan with a listing of appropriate personal protective equipment. The contractor will provide this information as directed by the COR.

8. If requested by the COR, cooperate with researchers' requests for data and/or information.