usually 10 wheels

Tractor-trailer

Combination of sizes

Truckdrivers in positions with work characteristics as described should be reported under this type when the information needed to classify them by type is not available or they are not assigned to a particular type of truck.

EXAMPLE

United States Department of Agriculture
PURCHASE ORDER
(See back or attached)
AD838 - Vendor (APOS 6/94)

Order Number: 43-4660-8-0068 | Sub:

| Page | Contract Number | Order Date |
|---|---|---|
| 01 of 01 | | December 31, 1997 |

This Number must appear on all Invoices, Packages, and Papers Relating to this Order.

| Seller's Ident. No. | Form 1099 | Taxpayer's Ident. No. |
|---|---|---|
| | Yes | |

To: (Seller's Name and Address)
GA BOWHUNTER SUPPLY COMPANY
ATTN: W.D. HOOKER
5330 COLUMBIA ROAD
GROVETOWN GA 30813

SHIP TO ->

Consignee:
USDA-FS Savannah River Institute
Bldg 760-15G ATTN:
1 mile inside Aiken Barricade-SRS
Aiken SC 29802

| Line Item | Description | Quantity | Unit Issue | Unit Price | Amount |
|---|---|---|---|---|---|
| | THIS IS A REQUIREMENTS CONTRACT. WORK ORDERS WILL BE ISSUED ACCORDING TO THE SPECIFICATIONS. CONTRACT TIME IS 1/01/98 TO 12/31/98. | | | | |
| 01 | TRAP BEAVER IN ACCORDANCE WITH CONTRACT SPECIFICATIONS. QUANTITY IS ESTIMATED. | 500 | EA | 50.000 | 25000.00 |
| 02 | MAINTAIN CULVERT OUTLETS AND INLETS IN ACCORDANCE WITH CONTRACT SPECIFICATIONS. | 800 | HR | 20.000 | 16000.00 |

**CONTRACTOR WILL INDICATE ACCEPTANCE BY SIGNING BELOW**

W.D. Hooker 12-31-97

**SIGNATURE** **DATE**

**RETURN SIGNED BLUE COPY TO THE ADDRESS LISTED BELOW**

TOTAL > 41000.00

| F. O. B. Point | Deliver to Consignee Address on or Before |
|---|---|
| Destination | per contract |

| Ship Via | Discount Terms |
|---|---|
| | Net 30 Days |

Billing Address (DO NOT SHIP ORDER HERE)
(Ship to Consignee Address above)
USDA Forest Service
Savannah River Institute
P. O. Box 710
New Ellenton SC 29809-0710

BILLING INSTRUCTIONS: Do not submit bill in advance of shipment. Send invoice with our Order Number to Billing Address at left. Failure to show our Order Number will delay payment. If available, include your nine position DUNS number on each invoice. Freight charge over $100 requires bill of lading.

Issuing Office:
USDA Forest Service
Savannah River Institute
P. O. Box 710
New Ellenton SC 29809-0710

Ordered By: (Name and Title)
HOMER R. GABARD CONTRACTING OFFICER
Phone Number: (803) 725-0239
Authorized Signature: Homer R. Gabard 12/31

S E L L E R ' S O R I G I N A L

# SECTION M - EVALUATION FACTORS FOR AWARD

M.1 EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT (AGAR 452.216-72) (FEB 1988)

To evaluate offers for award purposes, the Government will apply the offeror's proposed fixed-prices/rates to the estimated quantities included in the solicitation, and will add other direct costs if applicable.

M.2 EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990)

Except when it is determined in accordance with FAR 17 206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

M.3 AWARD DETERMINATION

A. Award will be made to that offeror (1) whose proposal is technically acceptable and (2) whose technical/cost relationship is the most advantageous to the Government. While cost is secondary to technical, it will be a factor in the award decision. The critical factor in making any cost/technical trade-off is not the spread between the technical scores, but rather what is the significance of that difference. The significance of the spread in scores will be determined on the basis of what that difference might mean in terms of performance and what it would cost the Governement to take advantage of it. Award may not necessarily be made to that offeror submitting the lowest offer. Also, award may not necessarily be made for technical capabilities that would appear to exceed those needed for the successful performance of the work. The Government reserves the right to make cost/technical trade-offs that are in the best interest and to the advantage of the Government.

B. Proposals will be rated to determine those offerors which are within the competitive range, price and other factors considered. Proposals should be submitted initially on the most favorable terms which the offeror can make to the Government. The Government reserves the right to reject any or all proposals or to make award without conducting discussions. Discussions (oral or written) may be conducted as appropriate with all offerors considered to be within the competitive range. For the purpose of this solicitation, discussion shall not be considered to have been initiated where the Government requests additional information supplementing or clarifying a proposal without materially

changing it. Discussion shall be considered to be open negotiation with an offeror for the purpose of modifying or materially changing the proposal as submitted. Where discussions are held with one offeror within the competitive range, they will be held with all offerors within the competitive range.

M.4 EVALUATION FACTORS

Evaluation factors are shown in descending order of importance. Within each criteria subfactors are of equal importance.

A. Ability to perform in accordance with the specifications including demonstrated satisfactory experience in beaver trapping and maintaining culvert outlets and inlets as required by the solicitation.

1. Experience in trapping beavers using Conibear #330 traps.
2. Experience in maintaining culvert outlets and inlets as specified in the solicitation.
3. Experience in using snares and .22 caliber weapons to trap and kill beavers.
4. Sufficient vehicles and other necessary equipment.
5. Sufficient trained and experienced employes.
6. History of satisfactory performance on contracts or projects similar in size and scope.

B. Ability to satisfactorily collect required beaver biological data.

1. Experience in beaver biological data collection.
2. Ability to determine correct weight and sex of each beaver.

C. Ability to maintain quality control over work in progress.

1. Ability to insure correct use of the two methods of capturing and killing beaver.
2. Ability to properly use personnel and equipment including firearms.
3. History of quality work on contracts/projects similar in size and scope.

D. Ability to perform within established timeframe.

1. Ability to recruit, train, and retain sufficient employees.
2. Ability to keep equipment operational during performance.
3. History of on-time performance on contracts/projects similar in size and scope.

E. Ability to meet other contract requirements.
1. Requirement for all personnel to be U.S. citizens.
2. Evidence of required insurance.
3. Ability of contractor and all employees to obtain proper

S.C. permits/licenses.
4. No game law violations in Georgia, South Carolina, and/or state of residence.
5. Compliance with regulations governing contractor's business, including but not limited to minimum wage, overtime, worker's compensation, unemployment, safe working conditions.

M.5 PRICE PROPOSALS

A. Price considerations will be approximately equally as important as all technical considerations in the selection of an offer for award. Completeness of detail for proposed costs will be considered quite heavily in evaluation and analysis of offeror's price proposal.

B. Price proposals will be thoroughly reviewed by the Contracting Officer to ensure that all anticipated costs are accounted for, proposed costs are reasonable, and to gain an understanding of the offeror's estimating system. It may be necessary for the Contracting Officer to review supporting records to determine the reasonableness of proposed costs, and the reliability of the offeror's estimating system, especially in the case where there is not adequate competition for the contract.

United States
Department of
Agriculture
Forest Service

FORKEST SERVICE CONTRACT
OMB CLEARANCE NUMBER 05050005

CONTRACT NO.

53-4660-9-06

---

PROJECT: BEAVER TRAPPING AND MAINTENANCE OF CULVERT INLETS AND OUTLETS

---

LOCATION: SAVANNAH RIVER NATURAL RESOURCE MANAGEMENT AND RESEARCH INSTITUTE

---

CONTRACTOR: GA BOWHUNTER SUPPLY CO..
5330 COLUMBIA ROAD
GROVETOWN, GA 30813

(706)792-9422

---

AWARDING OFFICE: USDA FOREST SERVICE
P.O. BOX 700
NEW ELLENTON, SC 29809

177

# GEORGIA BOWHUNTERS SUPPLY COMPANY

# *ORGANIZATION CHART*

USDA FOREST SERVICE SRSFS

GEORGIA BOWHUNTER'S SUPPLY CO.

W.D. HOOKER
OWNER/SUPERVISOR

PROJECT PERSONNEL

ANDY CROMER

GOLDMAN KELLER

SRS Beaver Contract
Technical Proposal

## Introduction

The following details represent how Georgia Bowhunters Supply Company would organize and implement the following programs to control the Beaver population at the Savannah River Site. This technical proposal describes the aspects of the program to be conducted above and in addition to the specifications defined in the requirements of the Government (USFS) statement of work. All the requirements from the Government (USFS) defined in this statement requirements are to be considered and included in this technical proposal, irregardless of any specific mention in this document.

## Contract Objectives

Georgia Bowhunters Supply objectives of the proposed program, are to be conducted in a safe, professional manner. We are to remove a minimum of 700 beavers from the populations of these animals found on Savannah River Site in as safe and efficient a manner as possible. Georgia Bowhunters Supply will work in a manner which is responsive to the needs of the Government (USFS). The products provided by this program will be dead beavers removed from Savannah River Site population and accurate data collected from those animals removed during this program.

## Culvert Maintenance

Georgia Bowhunters shall assume responsibility for maintaining each culvert's inlet and outlet. Georgia Bowhunters will check the culverts when checking traps and snares, and will clean culverts as required by R8-36-99-05. Georgia Bowhunters has all approved safety equipment.

## General Background of Organization

Georgia Bowhunters Supply Company has held for the last 7 years trapping contracts for the Government (USFS). We have had no time lost due to injuries, or accidents due to unsafe acts. We have trapped over 54 different locations on the Savannah River Site. We have performed Beaver trapping for over 7 years. The personnel that I have assembled for this bid have over 30 years of experience trapping. See attached resumes of personnel. All have valid state drivers licenses and are U.S. citizens. We have as project equipment available to us for use in this contract, 2 trucks, 2 ATVs with trailers, 3 boats with trailers, one motor home used as office only. All contracts were completed on time with no lost time due to injuries and at present contract for 98 has no lost time injuries or unsafe conditions. Again details for personnel are attached to this technical proposal.

**Contingency Plan for Replacement Personnel**

I know and have trapped with other trappers in the local Georgia and South Carolina vicinity. I can readily provide experienced replacement personnel for anyone who cannot continue to work the contract for whatever reason.

**Project Organization**

The project personnel organization chart for this program is attached at the front of the technical proposal. The program will be organized and managed by myself, W.D. Hooker. The program will be staffed by Andy Cromer, Mr. Eller Sr. Decisions on the number and location of traps will be determined by myself based on discussions with the Savannah River Forest Station and the project personnel. Daily locations to be trapped will be determined by a general agreement among the project personnel present at the time. All project personnel will work on all tasks in the proposed program. The approximate percentage of time that each individual will be available for this project is as follows: W.D. Hooker - a minimum of 7 days during every week during the contract, Andy Cromer - 5 days during every week of the contract, Mr. Eller, Sr., as needed during every week of the contract. There are no consultant and/or subcontract efforts associated with this technical proposal. All work required for the completion of this contract will be provided by the project personnel identified above. Georgia Bowhunters has the names of other personnel that could be used if needed.

**Proposal Task Technical Approach**

The proposed starting date would be immediately following the awarding of this contract to Georgia Bowhunters Supply. All project personnel are prepared to begin work on this proposed program immediately following the starting date. Both methods will be used during each 7 day period of the entire 12 months. These task technical approaches will be operated in a flexible manner such that any specific control/removal needs of the Savannah River Forest Station can be met as necessary and as soon as possible. Specific details on how both tasks within this technical proposal will be accomplished are provided below.

Trapping - The uses of the traps will begin immediately after the contract is awarded to Georgia Bowhunters Supply. The trap and snares will be prepped before use. The location of the traps will depend on either initial direction from Savannah River Forest Station or areas of recent beaver activity. The initial areas to be searched for activity will include Hog Barn, Leigh-Banana Road, Watergap, Robbins Station. At least 36 traps will be used. When ideal locations are identified to set traps, the traps will be set up. Beaver caster will be use to bait the traps. All traps which are set will be checked the next morning. Any beaver caught by a snare will be dispatched with a 22 rifle.