# RESUME

Name: William D. Hooker SR. Age: 45

Citizenship: USA SSN: 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

Address: 5330 Columbia Road
Grovetown, GA 30813

Education: High School Diploma 1971
6 1/2 years Augusta Technical School
1 1/2 years School of Forestry and Wildlife Conservation

Training: Master Plumber #M007197 STATE GA.
7 years supervising/Beaver trapping for USFS Contracts 92,93,94,95,96,97,98
4 years supervising Hog Trapping/Running Dogs on Contract R8-36-94-08 (RFP).

Skill/Experience in Beaver Trapping Techniques:

A. Have 20 years of trapping experience.

B. Owner of Georgia Bowhunters Supply Co. which has had 9 government contracts with no lost work days due to unsafe conditions, no unsafe act.

C. Certified Archery Instructor, State of Georgia

D. Past Director of District #10 State Trapping Assoc. State of Georgia.

E. CPR Course-have taken 5 times.

F. Safety #1 priority.

Ability to Obtain Proper SC Trapping License/List of Hunting Violations:

No past hunting violations in any state.

References available upon request