


Site # 55 Behind C area

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

CONTRACT NUMBER: 53-4660-9-06

PROJECT: Beaver Control

NAME AND ADDRESS OF CONTRACTOR:
W. D. Hooker
GA. Bowhunters
5330 Columbia Rd
Grovetown GA. 30813

☒ WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

WORK ORDER or NOTICE NO: 7

DATE ISSUED: 5-27-99

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at following location
Map attached.

# 55 - Fourmile Creek Behind C Area

This work is included in the contract as referenced below:

SIGNATURE: Howard R. Gaby / Frankie Abbott

TITLE: C.O. / COR

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date ____________

Ga. Bowhunters Supply Co — Contractor

By D. Hooker

Title Owner



FS-6300-12(10/83)




Site # ~~5~~ 55 Behind C area

USDA - Forest Service FS-6300-6 (10/90)

| DESIGNATION OF CONTRACTING OFFICER'S REPRESENTATIVE (COR) (REF. FSM 6309.11 and FSH 6309.32) | CONTRACT NO. 53-4660-9-06 | FILE CODE 6320 |
|---|---|---|
| | UNIT Savannah River Natural Resource Management & Research Institute | |
| TO: Frankie Brooks | PROJECT Beaver Trapping/Culvert Maintenance | |
| | CONTRACTOR GA Bowhunter Supply Co. | |

This is your designation as Contracting Officer's Representative to administer the above contract. Your major duties and responsibilities are contained in the Handbook of Contract Administration. You are delegated full authority under the contact except for the following actions which are reserved for the Contracting Officer:

1. Issue a Notice to Proceed to the Contractor.
2. Approve Change Orders and Amendments.
3. Take action to terminate the contract for default or Government convenience.
4. Make contract adjustments under the Differing Site Conditions clause.
5. Grant extensions of contract time.
6. Approve Assignment of Claims.
7. Make final decisions under the Disputes clause.
8. Make final acceptance under the contract.
9. Make final decisions under the Suspension of Work clause.
10. Make equitable adjustments.
11. Authorize change in amount of Payment Retention.
12. Approve subcontractors.
13. Approve payments.
14. Approve use and possession prior to completion.
15. Enforce the warranty provisions.

| CONTRACTING OFFICER'S NAME (Print or Type) | SIGNATURE | DATE |
|---|---|---|
| HOMER R. GABARD | Homer R. Gabard | 1/22/99 |

CC: CONTRACTOR, FOREST, TECHNICAL AND DIVISION, CONTRACT FILES.

USDA - Forest Service

FS-6300-6 (10/90)

| DESIGNATION OF CONTRACTING OFFICER'S REPRESENTATIVE (COR) (REF. FSM 6309.11 and FSH 6309.32) | CONTRACT NO. 53-4660-9-06 | FILE CODE 6320 |
|---|---|---|
| | UNIT Savannah River Institute | |
| TO: TONA BERRET (In lieu of Frankie Brooks for period of 9/13/1999 to 9/25/1999 | PROJECT Beaver Trapping | |
| | CONTRACTOR GA Bowhunter Supply | |

This is your designation as Contracting Officer's Representative to administer the above contract. Your major duties and responsibilities are contained in the Handbook of Contract Administration. You are delegated full authority under tne contact except for the following actions which are reserved for the Contracting Officer:

1. Issue a Notice to Proceed to the Contractor.
2. Approve Change Orders and Amendments.
3. Take action to terminate the contract for default or Government convenience.
4. Make contract adjustments under the Differing Site Conditions clause.
5. Grant extensions of contract time.
6. Approve Assignment of Claims.
7. Make final decisions under the Disputes clause.
8. Make final acceptance under the contract.
9. Make final decisions under the Suspension of Work clause.
10. Make equitable adjustments.
11. Authorize change in amount of Payment Retention.
12. Approve subcontractors.
13. Approve payments.
14. Approve use and possession prior to completion.
15. Enforce the warranty provisions.

| CONTRACTING OFFICER'S NAME (Print or Type) | SIGNATURE | DATE |
|---|---|---|
| Homer R. Gabard | Homer R. Gabard | 9/2/99 |

CC: CONTRACTOR, FOREST, TECHNICAL AND DIVISION, CONTRACT FILES.

Received USFS-SR: 10/10/2000

Homer Gabard,
Contracting Officer

10-1-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning this contract that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my Wild Hog Contract from 1998 #53-4660-8-04.

On 10-10-00 I have got to be in court for Chapter 13 hearing due to DOE not knowing what the contractors WSRC and USFS(SRI) are doing on SRS and WSRC not knowing what the USFS work consist of and the USFS not having a clue what WSRC work consist of.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill vegetation on the powerlines right of ways and also the type chemicals that were used during the spraying of the clear cuts to kill the hard woods in those areas by the USFS and any Sub-Contractors that worked for the USFS (SRI)at the SRS from 10/30/97 till 10-31-99.

I am requesting a copy of the chemicals that the USFS or Sub-Contractors used to kill the vegetation in the pine plantations on the SRS.

I'm also enclosing a Request for Equitable Adjustment for contract 53-4660-9-04 option period#2. Attached is a bill requesting payment (reciept #26978) for performing work out scope of the contract, Intimidation and Discrimation by WSRC/WSI and being lied to by the Goverment,for Contract Number 53-4660-~~9~~-04.
8 WDH

William D. Hooker
William D. Hooker
Owner GBS

Notarized by Nellie Beasley
Notary Public, Richmond County, Georgia
My Commission Expires Mar. 3, 2001

26978

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 10/1/00 |
|---|---|---|

NAME William D. Harker

ADDRESS 5330 Columbia Road

CITY, STATE, ZIP Grovetown GA. 30813

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| | QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | Contract # | | |
| 3 | | 53-4660-8-04 | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | Request For Equitable | | |
| 7 | | | | |
| 8 | | Adjustment in The | | |
| 9 | | | | |
| 10 | | Sum of $1,000,000,000.00 | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | William D. Harker (signature) | | |
| 15 | | | | |
| 16 | | Notarized by Nellie Beasley | | |
| 17 | | Notary Public, Richmond County, Georgia | | |
| 18 | | My Commission Expires Mar. 3, 2001 | | |
| 19 | | | | |
| 20 | | | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

DC 5805

Received USFS-SR: 10/10/2000

10-1-00

Homer Gabard,
Contracting Officer

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contracts from 1992 till Dec 31-1999 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

On 10-10-00 I have got to be in court for Chapter 13 hearing due to DOE not knowing what the contractors are doing on SRS and WSRC not knowing what the USFS work consist of and the USFS not having a clue what WSRC work consist of.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS.

I'm also enclosing a Request for Equitable Adjustment for contract 53-4660-9-06. Attached is a bill requesting payment (reciept #26980) for Equitable Ajustment for performing work out scope for the USFS, and Intimidation and Discrimation by WSRC and DOE for Contract Number 53-4660-9-06.

William D. Hooker

William D. Hooker
Owner GBS

Notarized by Nellie Beasley
Notary Public, Richmond County, Georgia
My Commission Expires Mar. 3, 2001

26980

CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 10/1/00

NAME William D. Hooker

ADDRESS 5330 Columbia Road

CITY, STATE, ZIP Grovetown GA. 30813

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Contract # | | |
| | 53-4660-9-06 | | |
| | Request for Equitable | | |
| | Adjustment in the | | |
| | Sum of $1,000,000,000.00 | | |
| | William D. Hooker | | |
| | Notified by Nellie Beasley | | |
| | Notary Public, Richmond County, Georgia | | |
| | My Commission Expires Mar. 3, 2001 | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

| USDA - FOREST SERVICE<br>CONTRACT RELEASE<br>(Reference FSH 6309.11) | TO: HOMER R. GABARD<br>CONTRACTING OFFICER |
|---|---|
| CONTRACT NUMBER:<br>53-4660-9-06 | UNIT: SAVANNAH RIVER NATURAL RESOURCE<br>MANAGEMENT AND RESEARCH INSTITUTE |
| PROJECT :<br>BEAVER TRAPPING AND MAINTENANCE OF CULVERTS | |
| NAME AND ADDRESS OF CONTRACTOR | GA BOWHUNTER SUPPLY CO..<br>5330 COLUMBIA ROAD<br>GROVETOWN, GA 30813 |

In consideration of $216.00 the undersigned hereby releases the United States of America from any and all obligations arising under this contract and any modifications thereof except as reserved below.

Reservations: I WILLIAM DANNY HOOKER WILL NOT RELEASES THE UNITED STATES OF AMERICA FROM ANY AND ALL OBLIGATIONS ARISING UNDER THIS CONTRACT # 53-4660-9-06. I REQUEST EQUITABLE ADJUSTMENT FOR ALL WORK PERFORMED FROM THE START OF THIS CONTRACT TO THE END. I REQUEST THE UNITED STATES OF AMERICA COMPENSATE EACH PERSON THAT WORKED WITH GA. BOWHUNTERS SUPPLY CO. DURING THIS PERIOD OF TIME. I REQUEST THE UNITED STATES OF AMERICA PAY ME THE SUM OF $100,000,000.00 FOR THIS CONTRACT.

Date 9/29/00

Ga. Bowhunter Supply Co.
Contractor

By William D. Hooker SR

Title owner

FS 6300 -16 (10/90)

Donna E Almon
NOTARY
NOTARY PUBLIC, RICHMOND CTY
MY COMMISSION EXPIRES 9/22/02