Received USFS-SR: 10/27/2000

10-23-00

Homer Gabard,
Contracting Officer

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 1993 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS for 1993.

I'm also enclosing a Request for Equitable Adjustment for RFQ 36-93-08. Attached is a bill requesting payment reciept #18911 for Equitable Ajustment for performing work out scope for the USFS.

(PO 43-4660-3-0134 - Destroyed by NARA 1/95)

William D. Hooker

NOTARY

NOTARY PUBLIC RICHMOND CTY
MY COMMISSION EXPIRES 9/22/02

18911

# RECEIVING RECORD

RECEIVED FROM William D. Hooker Sr.

ADDRESS 5330 Columbia Road Grovetown GA

P.O. NO. OR RETURNED GOODS NO. | ~~FREIGHT BILL~~ NO. 30813

VIA | PREPAID | COLLECT | DATE / /

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | |
| 2 | | Request For Equitable |
| 3 | | Adjustment For |
| 4 | | RFQ 36-93-08 the |
| 5 | | sum of $10,000,000.00 |
| 6 | | |
| 7 | | |
| 8 | | William D. Hooker |
| 9 | | 10-23-00 |
| 10 | | |
| 11 | | |
| 12 | | Dianne E Almon |

REMARKS: CONDITION, ETC. NOTARY

NOTARY PUBLIC, RICHMOND CTY
MY COMMISSION EXPIRES 6/22/02

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

DC 5089

Received USFS-SR: 10/30/2000 [illegible]
[illegible]

10-26-00

Homer Gabard,
Contracting Officer

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 43-4660-9-0016 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS for 1998.

I'm also enclosing a Request for Equitable Adjustment for contract 43-4660-9-0016. Attached is a bill requesting payment (reciept #18916)for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES
AUGUST 21, 2004

18916

# RECEIVING RECORD

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Rd Grovetown GA 30813

| P.O. NO. OR RETURNED GOODS NO. | FREIGHT BILL NO. | | |
|---|---|---|---|
| VIA | PREPAID | COLLECT | DATE |

QUANTITY ITEM NO. DESCRIPTION

1 Contract - 43-4660-9-0016

2 REQUEST FOR EQUITABLE

3 ADJUSTMENT IN SUM

4 OF $ 10,000,000.00

5

6

7 W. D. Hooker

8

9

10

11

12

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

REMARKS: CONDITION, ETC. Darrell W. Byrd

MY COMMISSION EXPIRES AUGUST 21, 2004

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

LC 5089

Received USFS-SR: 10/30/2000

10-26-00

Homer Gabard,
Contracting Officer

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 53-4660-4-14 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I'm also enclosing a Request for Equitable Adjustment for contract 53-4660-4-14. Attached is a bill requesting payment (reciept #18917)for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker

William D. Hooker

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES AUGUST 21, 2004

18917

# RECEIVING RECORD

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Road Grovetown GA 30813

| P.O. NO. OR RETURNED GOODS NO. | FREIGHT BILL NO. | | |
|---|---|---|---|
| VIA | PREPAID | COLLECT | DATE / / |

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | Contract # 53-4660-4-14 |
| 2 | | Request for Equitable |
| 3 | | Adjustment in the Sum |
| 4 | | of $ 10,000,000.00 |
| 5 | | |
| 6 | | W.D. Hooker |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

REMARKS: CONDITION, ETC. [signature]

MY COMMISSION EXPIRES AUGUST 21, 2004

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

Received USFS-SR: 10/30/2000

10-26-00

Homer Gabard,
Contracting Officer

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 43-4660-5-0209 (1995) state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS for 1995.

I'm also enclosing a Request for Equitable Adjustment for contract 43-4660-5-0209. Attached is a bill requesting payment (reciept #18915) for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES AUGUST 21, 2004

18915

# RECEIVING RECORD

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Rd Grovetown GA

| P.O. NO. OR RETURNED GOODS NO. | FREIGHT BILL NO. | | |
|---|---|---|---|
| VIA | PREPAID | COLLECT | |

| | QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|---|
| 1 | Contract # | | 43-4660-5-0209 |
| 2 | | | Request for Equitable |
| 3 | | | Adjustment in sum |
| 4 | | | of $10,000,000.00 |
| 5 | | | |
| 6 | | | |
| 7 | | | W. D. Hooker |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | [signature] |

REMARKS: CONDITION, ETC.

MY COMMISSION EXPIRES AUGUST 21, 2004

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

DC 5089

Re: Oct 03 FS Ltr. 10/30/2000 thur

10-27-00

Homer Gabard,
Contracting Officer

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning this contract that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my Wild Hog Contract from 1994 #53-4660-4-0415.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill vegetation on the powerlines right of ways and also the type chemicals that were used during the spraying of the clear cuts to kill the hard woods in those areas by the USFS and any Sub-Contractors that worked for the USFS (SRI)at the SRS for the year 1994.

I am requesting a copy of the chemicals that the USFS or Sub-Contractors used to kill the vegetation in the pine plantations on the SRS during 1994.

I'm also enclosing a Request for Equitable Adjustment for contract 53-4660-4-0415. Attached is a bill requesting payment (reciept #18918) for performing work out scope of the contract.

William D. Hooker (should be 43-4667-4-0415)

William D. Hooker
Owner GBS

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES
AUGUST 21, 2004

18918

# RECEIVING RECORD

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Rd Grovetown GA 30813

P.O. NO. OR RETURNED GOODS NO.

FREIGHT BILL NO.

VIA

PREPAID | COLLECT | DATE / /

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | Contract # 53-4660-4-0415 |
| 2 | | |
| 3 | | |
| 4 | | Request for Equitable |
| 5 | | Adjustment in the sum |
| 6 | | of $10,000,000.00 |
| 7 | | W. D. H[illegible] |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

REMARKS: CONDITION, ETC. [signature]

MY COMMISSION EXPIRES AUGUST 21, 2004

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

Rec'd USFS S.R. 10/30/2000

woH

10-27-00

Homer Gabard,
Contracting Officer

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning this contract that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my Wild Hog Contract from 1997 #43-4660-8-0027.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill vegetation on the powerlines right of ways and also the type chemicals that were used during the spraying of the clear cuts to kill the hard woods in those areas by the USFS and any Sub-Contractors that worked for the USFS (SRI)at the SRS for the year 1997.

I am requesting a copy of the chemicals that the USFS or Sub-Contractors used to kill the vegetation in the pine plantations on the SRS during 1997.

I'm also enclosing a Request for Equitable Adjustment for contract 43-4660-8-0027. Attached is a bill requesting payment (reciept #18919) for performing work out scope of the contract.

William D. Hooker
Owner GBS

MY COMMISSION EXPIRES
AUGUST 21, 2004

DARRELL W. BYRD
NOTARY PUBLIC
RICHMOND CO. GEORGIA

18919

# RECEIVING RECORD

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Road Grovetown GA

P.O. NO. OR RETURNED GOODS NO. | ~~FREIGHT BILL NO.~~ 30813

VIA | PREPAID | COLLECT | DATE

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | Contract No 43-4460-8-0027 |
| 2 | | |
| 3 | | Request for Equitable |
| 4 | | adjustment in the |
| 5 | | sum of $10,100,000.00 |
| 6 | | |
| 7 | | W. D. Hooker |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

REMARKS: CONDITION, ETC.

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES AUGUST 21, 2004

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

4-01-2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

Re: Claim for Contract 53-4660-8-04

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurarely reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

This claim is filed for fraud and false that were stated on 6-30-1999 made on the attached letter dated 6-30-1999. Defamation of my business Ga. Bowhunters Supply Co., defamation of my name and injuring a person character and reputation.

I have included a receipt #18938 demanding payment minus $900.00 for those hog panels and gates to make hog traps out of per the contract # 53-4660-8-04. Reference attachments 1 through 10.

Thank You!

William Danny Hooker Sr.
William Danny Hooker Sr.

Notary Public

CARPII Q. EDENFIELD NOTARY PUBLIC RICHMOND COUNTY, GA EXP. ... 2002

4-01-2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

Re: Claim # 3 for Beaver Contract 53-4660-9-06 (Four Mile Branch)

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

Fraud and False Statements

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such, as snakes and uncertain footing do exist.

1.) Following beaver sites have toxicological hazards that are associated with trapping beaver at SRS. See attachment #1

Four Mile Branch is not a normal environment due to being contaminated by metals and radionuclides from ground plumes. DOE is trying to achieve an 80% risk reduction to human health and the environment at the stream. See attachment #2

Four-Mile Branch is not a normal environment due to being contaminated by Tritium being released at location FM6 on road A13. See attachment #3

2.) Four Mile Branch is not a normal environment due to Tritium being above the EPA Drinking Water Standards of 20,000 pci/l. See attachment #4 and recipt #18940.

Please Note:

Federal/State OSHA in Columbia South Carolina has no jurisdiction except for 400 D power house and the 3 rivers Land Fill Department of Energy is responsibilities for everything else.

DOE never checked on us from 2-10-92 through 12-31-1999 and DOE Orders 5400.5 was not used by USFS/SRI. From everything I have read Tritium is part ALARA. I and anyone else that enter the water on SRS have the right to know what was and still is in the water and sediment!

I William Danny Hooker Sr. demand payment of $100,000,000.00 dollars for exposing me to toxicological hazards associated with Four Mile Branch without the proper permits, protective clothing, or equipment being surveyed by Rad OPS as stated on Work Clearance Permit signed shift manager Tim L. McCormick on 2-22-1999 at 1200.

Thank You!

William D. Hooker

Notary Public

CAMPII O. EDENFIELD NOTARY PUBLIC RICHMOND COUNTY, GA EXP. AUG. 18, 2002

4-08-2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

Re: Claim for Contract 53-4660-9-06 (Presentation to NIOSH on 3-20-2000 by USFS/SRI)

I certify that the claim is made in made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

This claim is filed for fraud and false statements that were stated on 3-20-2000 and made on the attached graph titled beavers trapped in 1999. Defamation of my business Ga. Bowhunters Supply Co., defamation of my name and injuring a person character and reputation.

I have included a receipt #107626 showing that 11 beavers were destroyed for the month of ending 11-30-1999 and deducted form the over payment.

I am demanding payment of $99,999.99 see attached receipt #18928. Please reference attachments 1 and 2.

Thank You,

William D. Hooker Sr.

William Danny Hooker Sr.

Notary Public

CARROL G. EDENFIELD NOTARY PUBLIC EXP. Aug 16, 2002 RICHMOND COUNTY, GA

4-08-2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

04-10-02A09:45 RCVD

Re: Claim for Beaver Contract 53-4660-9-06

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

**Fraud and False Statements**

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such, as snakes and uncertain footing do exist.

I have also took the liberty to send to you a copy for USFS/SRI records some of the completed research with a letter signed by Notary Public Carprll O. Edenfield Exp. Aug. 16, 2002 and by me William D. Hooker Sr. dated 4-8-02 there is 20 attachment the word normal is used in OPS-RMT-900200 page 3 of 10.

I cannot and will not make anyone fill in the blanks this ends my researching effective today a copy will be sent to each beaver trapper. Have a good day and good luck. Some of these employees suggest I try using Senator Max Clelands Office so I have tried twice on their behalf his letter is also attached in Attachment # 14 dated April 13-2002. Re: Claim for Beaver Contract while working for Ga. Bowhunters Supply Co. on property owned by the Department of Energy.

I have also included a Claim for myself concerning the Fraud and False Statement made during the NIOSH Presentation on 3-20-2000. The Claim is included in this certified letter. Receipt # 18928 demanding payment with a copy of receipt 107626 attachment (2).

U.S.P.S.
SIN. CONF. NO
2301 0370 0000 3679 6010
SV

Thank You,

William D. Hooker Sr.
Date 04-08-02
Time 1400 hours

CC: Congressman Charlie Norwood's please add this to case #13033.

CARROLL O. EDENFIELD NOTARY PUBLIC Exp. Aug. 16, 2002 RICHMOND COUNTY, GA.

Notary Public

217

4-08-2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

Re: Claim is for Beaver Contract 53-4660-9-06. What I spent researching for the men that worked for Ga. Bowhunters Supply Co. Inc.

I certify that the claim is made in good faith that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

From 3-24-2000 through 4-08-2002 research was done by me and Mr. Cromer, I am charging a flat fee $252,450.00 for researching something that other contractors have done in the past ~~been paid for $475,000 what I demanding contract Radiological Assessments Corporation "setting the standards in environmental health"~~. word

Man Hours spent on researching hours 1600 from 3-24-2000 through 12-31- 2000
Man Hours spent on researching hours 2040 from 1-01-2001 through 12-31- 2001
Man Hours spent on researching hours 0510 from 1-01-2002 through 04-08- 2002

Total hours 4150 man hours @ Hookers Plumping Co. rate per hour 55.00 per man hour. Hooker's Plumbing Co. License No. M-007197.

I William Danny Hooker Sr. demand payment of $252,450.00 for research work. See attached receipt #18949 demanding payment.

Thank You,
William D. Hooker Sr.
William D. Hooker Sr.

Notary Public

CARPII O. EDENFIELD NOTARY PUBLIC EXP. AUG 16, 2002 RICHMOND COUNTY, GA

Hooker's Plumping Co
Routing Number / Check Account # 142058
061103975

04-23-02A10:51 RCVD

4-08-2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

Re: 1.) Claim is for Beaver Contract 53-4660-9-06
USFS/SRI presentation to NIOSH on 3-20-2000 showing Beaver Site 47 on Turner Branch.

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

I William D. Hooker demand payment $99,999.99 for false statement made and shown on 3-20-2000 to NIOSH. Receipt # 18929

Thank You,
William D. Hooker Sr.

William D. Hooker Sr.

notary public
Exp 8/6/05

4-08-2002

04-23-02A10:51 RC

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

Fraud and False Statements Beaver Contract for 1999 # 53-4660-9-06 during NIOSH visit on March 20,21,and 22 of the year 2000.

RE: SR2000-02-003 dated 10-30-2000 and Memorandum dated March 22-2000

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

1.) Beaver trapping started 2-10-1992 DOE should have included bioassay data on me for 1992, 1993 and 1994. Please note I worked for a Mr. Bill Barnes and he worked for Charles Nickels. The Bioassay for 1993 and 1994 had to be retaken. I was called in by Charles Nickels in 1994 and watch him open his day log and instruct me to retake bioassay. I personally called Bioassay employee and wanted know what was the problem was. Bioassay employee explained to me my uranium count was high for some reason and I explained I'm working in DWPF, which was a clean area at the time. Did not know about Tim's Branch and the tons of Uranium or Nickel 500 to 3000 times higher than a normal environment! Why didn't DOE go back to 1992, 1993, 1994 on bio assay samples? You have my permission to ask for the daily logs for both Mr. Bill Barnes and Charles Nickels both me are professionals and should have these daily logs filed.
2.) OPS-RMT-900200 I believe Bechtel Savannah River was the prime contractor at the time the results written by W.L. Mc. Dowell dated June 26-1990. So someone gave the author of SR2000-02-003 dated 10-30-2000 false statements.
3.) Memorandum does contain fraud and false statements NIOSH personnel could not properly evaluate Steed Pond on 3-21-2000 or 3-22-2000. Also DOE had MOU that was in place not allowing NIOSH to perform their duties per 42 C.F.R. 85 and 85a signed in 1996.

I William D. Hooker demand payment of $100,000,000.00 for the fraud and false statements made in these two (2) attachments by DOE-SR, Westinghouse Savannah River Company and Bechtel Savannah river personnel who conducted a review of data and procedures relevant to issue of potential radiological and chemical exposure. Please reference the Memorandum of Understanding between the U.S. Department of Energy and the U.S. Department of Health and Human Services