IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER<br>d/b/a GEORGE BOWHUNTERS<br>SUPPLY | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1501C<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Margaret McGhee as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Margaret McGhee
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: March 2, 2004

s/ Margaret McGhee
MARGARET McGHEE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 305-3634
Fax: (202) 514-8640

Notice of Filing

I hereby certify that on March 2, 2004, a copy of the foregoing notice of appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Margaret McGhee