IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1501C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including April 23, 2004, to file the joint status report required by the Court's order of February 25, 2004. The joint status report is currently due on April 2, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

The requested enlargement of time is necessary because this case was recently assigned to a new attorney who has not yet had an opportunity to familiarize herself with the case. As a result, we have not yet determined how we believe the case should proceed in light of the Court's decision of February 25, 2004. The requested enlargement of time will permit us to review the case, consult with agency counsel, and discuss with opposing counsel how the case should proceed.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which the parties may file their joint status report by 21 days, to and including April 23, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Margaret E. McGhee
MARGARET E. McGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8640

March 26, 2004

Attorneys for Defendant

Notice of Filing

I hereby certify that on March 26, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Margaret McGhee