IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WILLIAM D. HOOKER, d/b/a )
GEORGIA BOWHUNTERS SUPPLY, )
)
Plaintiff, )
) No. 03-1501C
v. ) (Judge Allegra)
)
THE UNITED STATES, )
)
Defendant. )

JOINT STATUS REPORT

Pursuant to the Court's order of February 25, 2004, the parties submit this joint status report indicating how the parties believe this case should proceed.

The parties respectfully request that further proceedings in this action be stayed pending a contracting officer's final decision regarding a claim submitted by plaintiff, William D. Hooker, d/b/a Georgia Bowhunters Supply, on April 10, 2004.

Mr. Hooker's April 10, 2004 claim seeks an equitable adjustment on Contract No. 534880-8-04 (the "hog contract"). The underlying facts relevant to Mr. Hooker's April 10 claim overlap with those relevant to the claims currently pending before this Court. Specifically, Mr. Hooker alleges that environmental contamination affected his ability to perform both the hog contract and Contract No. 53-4660-9-06, the beaver trapping and culvert cleaning contract at issue in this case. As a result, upon receiving a contracting officer's final decision, Mr. Hooker expects to seek to consolidate his claims into a single cause of action.[1]

Because a stay would conserve the judicial resources of the Court, as well as the resources of the parties, the parties respectfully request that the Court stay proceedings in this case pending a contracting officer's final decision.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

MARGARET E. McGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8640

Attorneys for Defendant
Dated: April 23, 2004

Berta E. (Robbie) Nichols
Post Office Box 7925
Hilton Head Isl., SC 29938
(843) 686-5884
Facsimile (843) 842-3933

Attorney for Plaintiff
Dated: April 23, 2004

Notice of Filing

I hereby certify that on April 23, 2004, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Berta E. (Robbie) Nichols