# In The United States Court of Federal Claims

No. 03-1501C

(Filed: May 21, 2004)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 23, 2004, the parties filed a joint status report in this case, indicating that on April 10, 2004, plaintiff had submitted a claim for equitable adjustment to the contracting officer for Contract No. 534880–8-04. Because the April 10 claim contains facts that may overlap with facts relevant to this matter, the court hereby **STAYS** further proceedings in this case pending a final decision on the April 10 claim by the contracting officer. The parties shall notify the court immediately upon learning of the contracting officer's determination.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge