IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1501C<br>(Judge Allegra) |

JOINT STATUS REPORT

Pursuant to the Court's order of May 21, 2004, the parties submit this joint status report to notify the Court that the contracting officer has rendered a final decision on Contract No. 534880-8-04 (the "hog contract").

On Friday, June 10, 2004, Margaret J. Yeaton, the contracting officer, rendered her final decision on Mr. Hooker's claim for an equitable adjustment on the hog contract. Mr. Hooker intends to file a complaint appealing the contracting officer's decision. As indicated in the parties' April 23, 2004 Joint Status Report, Mr. Hooker will seek to consolidate his claims under the hog contract with the currently pending claims on Contract No. 53-4660-9-06 (the "beaver contract"). The parties believe it would conserve the judicial resources of the Court, as well as the resources of the parties, to allow Mr. Hooker to file his complaint regarding the hog contract within 21 days of the filing of this Joint Status Report and to allow Defendant to file answers to both complaints forty-five (45) days thereafter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Lindsay E. Williams
LINDSAY E. WILLIAMS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8640

Attorneys for Defendant
Dated: June 16, 2004

Berta E. (Robbie) Nichols
Post Office Box 7925
Hilton Head Isl., SC 29938
Tel (843) 686-5884
Fax (843) 842-3933

Attorney for Plaintiff
Dated: June 16, 2004

Notice of Filing

I hereby certify that on June 16, 2004, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lindsay E. Williams