# In The United States Court of Federal Claims

No. 03-1501C

(Filed: July 23, 2004)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 23, 2004, the court issued an order consolidating this case with case number 04-1126, in which plaintiff filed its complaint on July 7, 2004. Consistent with the parties' views as expressed in their June 16, 2004, joint status report, on or before September 7, 2004, defendant shall respond both to plaintiff's complaint filed on July 7, 2004, as well as plaintiff's amended complaint filed in this case on March 7, 2004.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge