IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, D/B/A<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Nos. 03-1501, 04-1126<br>(Judge Allegra) |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A (II & III) of the Rules of the United States Court of Federal Claims ("RCFC") , counsel for plaintiff and defendant submit the following joint preliminary status report.

(a) Does the Court have jurisdiction over the action?

Plaintiff believes the Court has jurisdiction over the action. Defendant is currently unaware of any basis upon which to challenge the Court's jurisdiction.

(b) Should the case be consolidated with any other case and the reasons therefor?

At this time Case Nos. 03-1501 and 04-1126 have been consolidated. The parties do not believe any further consolidation is required.

(c) Should a trial of liability and damages be bifurcated and the reasons therefor?

Assuming the case proceeds to trial, the parties agree that the issues of liability and damages should be tried together.

(d) Should further proceedings in this case be deferred pending consideration of another case before this Court or any tribunal and the reasons therefor?

The parties agree that this case should not be deferred pending consideration of any other cases.

(e) In cases other than tax refund actions, will a remand or suspension be sought and the reasons therefor and the proposed duration?

Neither party seeks suspension or remand at this time.

(f) Will additional parties be joined?

Neither party intends to join additional parties at this time.

(g) Does either party intend to file a motion pursuant to RCFC 12(b), 12(c) or 56, and if so, a schedule for the intended filing?

Plaintiff does not intend to file a dispositive motion at this time. Defendant anticipates filing a Rule 12(b)(6) or 56 motion at the close of discovery or before.

(h) What are the relevant factual and legal issues?

As of the filing of this joint preliminary status report, the parties have identified the relevant, factual and legal issues as follows:

1. Whether the Government breached its contract with plaintiff.

2. Whether plaintiff is due money under the contract.

3. Whether there was a reformation of the contract.

4. Whether the Government acted in bad faith .

(i) What is the likelihood of settlement? Is alternate dispute resolution contemplated?

Plaintiff is willing to settle. Defendant does not believe settlement is likely at this time, but will, of course, consider any settlement opportunity that arises. Neither party is contemplating alternate

dispute resolution at this time.

(j) Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling?

As stated above, at the close of discovery or before, the defendant anticipates filing a dispositive motion. If a dispositive motion is not submitted, or if it is not completely dispositive of this action, the parties anticipate proceeding to trial. Because defendant anticipates filing a dispositive motion, an expedited trial schedule is precluded. In all other respects, plaintiff believes this case is appropriate for expedited scheduling.

(k) Are there special issues regarding electronic case management needs?

The parties are not currently aware of any special issues regarding electronic case management needs.

(l) Is there other information of which the Court should be aware at this time?

There is no information of which the Court should be aware at this time.

(m) Pursuant to Appendix A, ¶5, the parties submit the following proposed discovery plan:

Counsel for both parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The parties propose a discovery deadline of May 1, 2005.

Respectfully Submitted,

s/Berta M. Nichols
ROBBIE M. NICHOLS
206 Carolina Building
P.O. Box 7925
Hilton Head Island, SC 29938
Tel: (843) 686-5884
Fax: (843) 842-3933
Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/Lindsay E. Williams
LINDSAY E. WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
MARK SIMPSON
Office of General Counsel
Department of Agriculture
1718 Peachtree Rd., Ste 576
Atlanta, GA 30309-2409

LUCY KNOWLES
Savannah River Operations
Office
Department of Energy
P.O. Box A
Aiken, SC 29802

Dated: October 29, 2002