# In The United States Court of Federal Claims

No. 03-1501C

(Filed: November 8, 2004)

---

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A preliminary telephonic status conference will be held in this case on Tuesday, December 21, 2004, at 2:00 p.m. The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge