# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: December 22, 2004)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A preliminary telephonic status conference was held in this case on Tuesday, December 21, 2004. Participating in the conference were Berta Nichols, for plaintiff, and Lindsay Williams, for defendant. Following discussions the parties agreed that:

1. Defendant shall file its motion to dismiss on or before January 10, 2005. Subsequent briefing on that motion shall proceed in accordance with the Rules of the Court of Federal Claims.

2. Prior to filing its motion to dismiss, defendant shall consult with plaintiff to confirm that none of the issues to be raised in the motion to dismiss can be resolved by amendment of the complaint.

3. All future filings in these consolidated matters shall be filed under Case No. 03-1501C.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge