(b) Except as provided in the Act, all disputes arising under or related to this contract shall be resolved under this clause.

(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $50,000 is not a claim under the Act until certified as required by subparagraph (d)(2) below. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d) (1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

(2) (i) Contractors shall provide the certification specified in subparagraph (d)(2)(iii) of this clause when submitting any claim:

(A) Exceeding $100,000; or

(B) Regardless of the amount claimed, when using:

(1) Arbitration conducted pursuant to 5 U.S.C. 575-580; or

(2) Any other alternative means of dispute resolution (ADR) technique that the agency elects to handle in accordance with the Administrative Dispute Resolution Act (ADRA).

(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.

(iii) The certification shall state as follows:

"I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor."

(3) The certification may be executed by any person duly

authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in the Act.

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use ADR. If the Contractor refuses an offer for alternative disputes resolution, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the request. When using arbitration conducted pursuant to 5 U.S.C. 575-580, or when using any other ADR technique that the agency elects to handle in accordance with the ADRA, any claim, regardless of amount, shall be accompanied by the certification described in subparagraph (d)(2)(iii) of this clause, and executed in accordance with subparagraph (d)(3) of this clause.

(h) The Government shall pay interest on the amount found due and unpaid from (1) the date the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment. With regard to claims having defective certifications, as defined in (FAR) 48 CFR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under or relating to the contract, and comply with any decision of the Contracting Officer.

I.22 PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (FAR 52.237-2) (APR 1984)

The Contractor shall use reasonable care to avoid damaging existing buildings, equipment, and vegetation on the Government installation. If the Contractor's failure to use reasonable care causes damage to any of this property, the Contractor shall replace or repair the damage at no expense to the Government as the Contracting Officer directs. If the Contractor fails or refuses to make such repair or replacement, the Contractor shall be liable for the cost, which may be deducted from the contract price.

I.23 CHANGES--FIXED-PRICE (FAR 52.243-1) (AUG 1987)
ALTERNATE I (APR 1984)

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Description of services to be performed. (2) Time of performance (i.e., hours of the day, days of the week, etc.). (3) Place of performance of the services.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Contractor must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) If the Contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

I.24 GOVERNMENT-FURNISHED PROPERTY (SHORT FORM)
(FAR 52.245-4) (APR 1984)

(a) The Government shall deliver to the Contractor, at the time and locations stated in this contract, the Government-furnished property described in the Schedule or specifications. If that property, suitable for its intended use, is not delivered to the Contractor, the Contracting Officer shall equitably adjust affected provisions of this contract in accordance with the Changes clause when--

(1) The Contractor submits a timely written request for an equitable adjustment; and

(2) The facts warrant an equitable adjustment.

(b) Title to Government-furnished property shall remain in the Government. The Contractor shall use the Government-furnished property only in connection with this contract. The Contractor

shall maintain adequate property control records in accordance with sound industrial practice and will make such records available for Government inspection at all reasonable times, unless the clause at Federal Acquisition Regulation 52.245-1, Property Records, is included in this contract.

(c) Upon delivery of Government-furnished property to the Contractor, the Contractor assumes the risk and responsibility for its loss or damage, except--

(1) For reasonable wear and tear;

(2) To the extent property is consumed in performing this contract; or

(3) As otherwise provided for by the provisions of this contract.

(d) Upon completing this contract, the Contractor shall follow the instructions of the Contracting Officer regarding the disposition of all Government-furnished property not consumed in performing this contract or previously delivered to the Government. The Contractor shall prepare for shipment, deliver f.o.b. origin, or dispose of the Government property, as may be directed or authorized by the Contracting Officer. The net proceeds of any such disposal shall be credited to the contract price or shall be paid to the Government as directed by the Contracting Officer.

(e) If this contract is to be performed outside the United States of America, its territories, or possessions, the words "Government" and "Government-furnished" (wherever they appear in this clause) shall be construed as "United States Government" and "United States Government-furnished," respectively.

I.25 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) (FAR 52.249-4) (APR 1984)

The Contracting Officer, by written notice, may terminate this contract, in whole or in part, when it is in the Government's interest. If this contract is terminated, the Government shall be liable only for payment under the payment provisions of this contract for services rendered before the effective date of termination.

I.26 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (FAR 52.249-8) (APR 1984)

(a) (1) The Government may, subject to paragraphs (c) and (d) of this clause, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to--

(i) Deliver the supplies or to perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) of this clause; or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) of this clause).

(2) The Government's right to terminate this contract under subdivisions (a)(1)(ii) and (1)(iii) of this clause, may be exercised if the Contractor does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or services similar to those terminated, and the Contractor will be liable to the Government for any excess costs for those supplies or services. However, the Contractor shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather. In each instance the failure to perform must be beyond the control and without the fault or negligence of the Contractor.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

(e) If this contract is terminated for default, the Government may require the Contractor to transfer title and deliver to the Government, as directed by the Contracting Officer, any (1) completed supplies, and (2) partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights (collectively referred to as "manufacturing materials" in this clause) that the Contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the Government has an interest.

(f) The Government shall pay contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes clause. The Government may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the Government against loss because of outstanding liens or claims of former lien holders.

(g) If, after termination, it is determined that the Contractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(h) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

I.27 AUTHORIZED DEVIATIONS IN CLAUSES
(FAR 52.252-6) (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Department of Agriculture Acquisition Regulation (48 CFR Chapter 4) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

PART III - LIST OF DOCUMENTS, EXHIBITS
AND OTHER ATTACHMENTS

SECTION J - LIST OF ATTACHMENTS

LIST OF ATTACHMENTS

Vicinity Map
Wage Rate Determination_No. 75-0208
Fire Ant Quarantine Map
Exhibit A, Sample Order


South Carolina
Savannah River
Columbia
Athens
Aiken
Charleston
Atlanta
Augusta
Savannah
River Site
Savannah
Georgia
Atlantic Ocean

ATTACHMENT B
Page 1 of 4

REGISTER OF WAGE DETERMINATIONS UNDER
THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

Alan L. Moss
Director

Division of
Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

Wage Determination No.: 75-0208
Revision No.: 12
Date of Last Revision: 11/29/1995

State(s): South Carolina

Area: SOUTH CAROLINA COUNTIES OF STATEWIDE.

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION | MINIMUM HOURLY WAGE |
|---|---|
| **Employed on contracts for Forestry and Logging services in the above locality:** | |
| Forestry Technician | $ 12.46 |
| Forestry Heavy Equipment Operator | $ 12.46 |
| Forestry Truckdriver (all types of trucks) | $ 11.72 |
| Tree Climber | $ 7.15 |
| Tree Planter | $ 7.15 |
| Tree Planter, Mechanical | $ 7.15 |

** Fringe Benefits Required For All Occupations Included In This Wage Determination **

HEALTH & WELFARE: ~~$0.90~~ $1.16 HHZ per hour or $36.00 per week or $156.00 per month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by

the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job

description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

FORESTRY TECHNICIAN

Forestry and range technicians apply general knowledge of the organization, its programs, and the characteristics of the local environment. They are specialists in specific forestry or range conservation subject-matter areas or techniques and practices. They use formulas and factors in estimating and inspecting a particular segment of work, according to standards provided by professionals. They perform any of the following basic kinds of forestry or range conservation support work, in varying combinations of duties:

- Administer a particular operation or area such as timber sales, recreation area, or research area that is a segment of a professional resource management or research programs, when such assignment requires use of practical knowledge and experience in planning and carrying out the work.

- Apply standard forestry and range conservation techniques and practices in suppporting professional programs and may modify standard practices when such modifications
do not affect basic characteristics or relationships among

resource programs.

- Collect, consolidate, tentatively analyze, summarize, and report data within controls established by professional standards and research study plans or by resource management plans.

- Maintain contacts wi.. forest and range users, the public and contractors for purpose of factfinding, explanation, gaining cooperation, and inspecting and evaluating operations, using standards and guides established by professionals.

- Plan or perform fire prevention, presuppression, suppression, postsuppression, or related forest fire control work and fire management.

FORESTRY HEAVY EQUIPMENT OPERATOR

Operates heavy equipment such as bulldozer, grader, power shovel, backhoe, feller/buncher, skidder, jammer, yarder, high tower, tree peeler, or grapple loader. Equipment is used to build and maintain roads, move logs, pile brush, and prevent or fight fires. Operator may lubricate, fuel, adjust, and make emergency repairs to equipment.

For wage study purposes, heavy equipment operators are classified as follows:

Loader operator
Skidder operator
Other heavy equipment operator

FORESTRY TRUCKDRIVER

Drives a truck to transport logs, dirt, gravel, trash, brush, equipment, supplies, or personnel. May direct the work of laborers loading or unloading truck. May also load or unload truck without helpers, perform routine maintenance, or make minor mechancial repairs. Exclude owner operators, over-the-road drivers, and general freight haulers.

For wage study purposes, truckdrivers are classified by type and rated capacity of truck, as follows:

Light truck
(straight truck, under 1 1/2 tons, usually 4 wheels)

Medium truck
(straight truck, 1 1/2 to 4 tons inclusive, usually 6 wheels)

Heavy truck
(straight truck, over 4 tons, usually 10 wheels

Tractor-trailer

Combination of sizes

Truckdrivers in positions with work characteristics as described should be reported under this type when the information neeed to classify them by type is not available or they are not assigned to a particular type of truck.

# Imported Fire Ant Quarantines




**Conditions of Movement**

Counties entirely colored are completely regulated; counties partially colored are partially regulated.

■ Regulated area

Restrictions are imposed on the movement of regulated articles as follows: From red areas into or through white areas.

**Consult your State or Federal plant protection inspector or your county agent for assistance regarding exact areas under regulation and requirements for moving regulated articles. For detailed information see 7 CFR 301.81 for quarantine and regulations.**

U.S. Department of Agriculture • Animal and Plant Health Inspection Service
Plant Protection and Quarantine Cooperating With Affected States

See reverse side for list of regulated articles.

Revised November 1993

**The Following Regulated Articles Require a Certificate or Permit for Movement:**

1. Soil, separately or with other things, except soil samples shipped to approved laboratories.* Potting soil is exempt, if commercially prepared, packaged, and shipped in original containers.

2. Plants with roots with soil attached, except houseplants maintained indoors and not for sale.

3. Grass sod.

4. Baled hay and straw that have been stored in contact with the soil.

5. Used soil-moving equipment.

6. Any other products, articles, or means of conveyance of any character whatsoever not covered by the above, when it is determined by an inspector that they present a hazard of spread of the pest and the person in possession thereof has been so notified.

**Information as to designated laboratories, facilities, gins, oil mills, and processing plants may be obtained from an inspector.*

United States Department of Agriculture
DELIVERY ORDER

AD838 - Vendor (APOS 7/90)

Order Number: 43-4660-4-0223 | Sub:

| Page | Contract Number | Order Date | |
|---|---|---|---|
| 01 of 01 | 53-4660-3-19 | March 17, 1994 | This Number must appear on all Invoices, Packages, and Papers Relating to this Order. |
| Seller's Ident. No. | Form 1099<br>No | Taxpayer's Ident. No. | |

To: (Seller's Name and Address)

SHIP TO ->

Consignee:
USDA-FS Savannah River Forest Sta.
Bldg 760-G ATTN:
1 mile inside Aiken Barricade-SRS
Aiken SC 29802

| Line Item | Description | Quantity | Unit Issue | Unit Price | Amount |
|---|---|---|---|---|---|
| 01 | TRAP AND DISPATCH FERAL HOGS | 200 | EA | 10.00 | 2000.00 |
| | | | | TOTAL > | 2000.00 |

F. O. B. Point: Destination

Deliver to Consignee Address on or Before: per contract

Ship Via:

Discount Terms: Net 30 Days

Billing Address (DO NOT SHIP ORDER HERE)
(Ship to Consignee Address above)
USDA Forest Service
Savannah River Forest Station
P. O. Box 710
New Ellenton SC 29809-0710

BILLING INSTRUCTIONS: Do not submit bill in advance of shipment. Send invoice with our Order Number to Billing Address at left. Failure to show our Order Number will delay payment. If available, include your nine position DUNS number on each invoice. Freight charge over $100 requires bill of lading.

Issuing Office:
USDA Forest Service
Savannah River Forest Station
P. O. Box 710
New Ellenton SC 29809-0710

Ordered By: (Name and Title)
Homer R. Gabard Contracting Officer

Phone Number: (803) 725-2441

Authorized Signature:

SELLER'S ORIGINAL 7/18/94

## SECTION M - EVALUATION FACTORS FOR AWARD

M.1 EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT (AGAR 452.216-72) (FEB 1988)

To evaluate offers for award purposes, the Government will apply the offeror's proposed fixed-prices/rates to the estimated quantities included in the solicitation, and will add other direct costs if applicable.

M.2 EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990)

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

M.3 AWARD DETERMINATION

A. Award will be made to that offeror (1) whose proposal is technically acceptable and (2) whose technical/cost relationship is the most advantageous to the Government. While cost is secondary to technical, it will be a factor in the award decision. The critical factor in making any cost/technical trade-off is not the spread between the technical scores, but rather what is the significance of that difference. The significance of the spread in scores will be determined on the basis of what that difference might mean in terms of performance and what it would cost the Governement to take advantage of it. Award may not necessarily me made to that offeror submitting the lowest offer. Also, award may not necessarily be made for technical capabilities that would appear to exceed those needed for the successful performance of the work. The Government reserves the right to make cost/technical trade-offs that are in the best interest and to the advantage of the Government.

B. Proposals will be rated to determine those offerors which are within the competitive range, price and other factors considered. Proposals should be submitted initially on the most favorable terms which the offeror can make to the Government. The Government reserves the right to reject any or all proposals or to make award without conducting discussions. Discussions (oral or written) may be conducted as appropriate with all offerors considered to be within the competitive range. For the purpose of this solicitation, discussion shall not be considered to have been initiated where the Government requests additional information supplementing or clarifying a proposal without materially

changing it. Discussion shall be considered to be open negotiation with an offeror for the purpose of modifying or materially changing the proposal as submitted. Where discussions are held with one offeror within the competitive range, they will be held with all offerors within the competitive range.

M.4 EVALUATION FACTORS
Evaluation factors are shown in descending order of importance. Within each criteria subfactors are of equal importance.

A. Ability to perform in accordance with the specifications including demonstrated satisfactory experience in the two methods of wild hog control required by the solicitation.

1. Experience in using traps for wild hog control.
2. Experience in using dogs for wild hog control.
3. Sufficient trained dogs and other necessary equipment.
4. Sufficient trained and experienced employees.
5. History of satisfactory performance on contracts or projects similar in size and scope.

B. Ability to satisfactorily collect required hog biological data.

1. Experience in hog biological data collection.
2. Ability to determine correct age, sex, and reproductive condition of wild hogs.

C. Ability of dogs to locate, track, and catch/bay wild hogs.

1. Experience of dogs in locating, tracking, and catching/baying wild hogs.
2. Demonstrated ability of dogs to locate, track, and catch/bay wild hogs. After evaluation of offers, offerors determined to be in the competitive range may be required to bring at least two dogs to a location on SRS designated by the Contracting Officer and Technical Evaluation Board to evaluate the following:
a. Inclination and ability of dogs to locate hogs (scent)
b. Inclination and ability of dogs to track hogs
c. Inclination and ability of dogs to catch/bay (stop/hold) hogs
d. Inclination of dogs to avoid pursuit of other wildlife
e. Inclination of dogs to stay with handler and respond to commands.

D. Ability to maintain quality control over work in progress.

1. Ability to insure correct use of the two methods of wild hog control.
2. Ability to properly use personnel, dogs, and equipment including firearms.
3. History of quality work on contracts/projects similar in

size and scope.

E. Ability to perform within established timeframe.

1. Ability to recruit, train, and retain sufficient employees.
2. Ability to keep dogs and equipment operational during performance.
3. History of on-time performance on contracts/projects similar in size and scope.

F. Ability to meet other contract requirements.
1. Requirement for all personnel to be U.S. citizens.
2. Evidence of required insurance.
3. Ability of contractor and all employees to obtain proper S.C. Hunting License.
4. Demonstrated clean and safe hunting record.
5. Compliance with regulations governing contractor's business, including but not limited to minimum wage, overtime, worker's compensation, unemployment, safe working conditions.

M.5 PRICE PROPOSALS

A. Price considerations will be approximately equally as important as all technical considerations in the selection of an offer for award. Completeness of detail for proposed costs will be considered quite heavily in evaluation and analysis of offeror's price proposal.

B. Price proposals will be thoroughly reviewed by the Contracting Officer to ensure that all anticipated costs are accounted for, proposed costs are reasonable, and to gain an understanding of the offeror's estimating system. It may be necessary for the Contracting Officer to review supporting records to determine the reasonableness of proposed costs, and the reliability of the offeror's estimating system, especially in the case where there is not adequate competition for the contract.

STANDARD FORM 30

**AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT**

1.CONTRACT ID CODE

PAGE 1 of 1 PAGES

2. AMENDMENT/MODIFICATION NO. 04

3. EFFECTIVE DATE 10/01/99

4.REQUISITION/PURCHASE REQ. #

5. PROJECT # (If applic.)

6. ISSUED BY
USDA, FOREST SERVICE
SAVANNAH RIVER INSTITUTE
P.O. BOX 700
NEW ELLENTON, SC 29809-0700

CODE

7. ADMINISTERED BY (If other than Item 6)

CODE

8.NAME & ADDRESS OF CONTRACTOR (No. street, county, state & zip code)
GA BOWHUNTER SUPPLY CO.
5330 COLUMBIA ROAD
GROVETOWN, GA 30813

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11) August 9, 1999

10A.MODIFICATION OF CONTRACT 53-4660-8-04

10B.DATED(SEE ITEM 13) 10/29/97

CODE

FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[ ]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [ ] is extended, [] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (FAR 52.243-1) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14,PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a), FAR 52.217-9, AGAR Clause 452.217-8 |
| | D. OTHER (Specify type of modification and authority) Disclosure of the magnitude of construction projects. |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**CONTRACT IS EXTENDED TO OCTOBER 31, 1999, OR UNTIL A NEW CONTRACT IS AWARDED.**

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

15A. NAME AND TITLE OF SIGNER (Type/Print)
W. D. Hocker owner

15B. CONTRACTOR/OFFEROR (Person authorized to sign)
[signature]

15C. DATE SIGNED 9/4/99

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type/Print)
HOMER R. GABARD, Contracting Officer

16B. UNITED STATES OF AMERICA BY:(Contracting Officer)
[signature]

16C. DATE SIGNED 9/7/99

STANDARD FORM 30

STANDARD FORM 30

| | | |
|---|---|---|
| **AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT** | 1.CONTRACT ID CODE | PAGE 1 of 1 PAGES |

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 02 | 3. EFFECTIVE DATE 10/01/98 | 4.REQUISITION/PURCHASE REQ. # | 5. PROJECT # (If applic.) |

| | | | |
|---|---|---|---|
| 6. ISSUED BY<br>USDA, FOREST SERVICE<br>SAVANNAH RIVER INSTITUTE<br>P.O. BOX 700<br>NEW ELLENTON, SC 29809-0700 | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |

| | | |
|---|---|---|
| 8.NAME & ADDRESS OF CONTRACTOR (No. street. county. state & zip code)<br>GA BOWHUNTER SUPPLY CO.<br>5330 COLUMBIA ROAD<br>GROVETOWN, GA 30813 | 9A. AMENDMENT OF SOLICITATION NO. | 9B. DATED (SEE ITEM 11) |

| | | | |
|---|---|---|---|
| 10A.MODIFICATION OF CONTRACT/ ORDER NO. 53-4660-8-04 | 10B.DATED(SEE ITEM 13) 10/29/97 | .CODE | FACILITY CODE |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [] is extended, [] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15. and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14,PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.217-9. AGAR CLAUSE 452.217-8. |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [ ] is not. [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE CONTRACT IS HEREBY RENEWED BY THE FOREST SERVICE FOR THE OPTION PERIOD I FOR THE PERIOD OCTOBER 1, 1998 TO SEPTEMBER 30, 1999.

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type/Print)<br>W. P. Hooker | 15B. CONTRACTOR/OFFEROR (Person authorized to sign)<br>W. P. Hooker | 15C. DATE SIGNED<br>10-1-98 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type/Print)<br>HOMER R. GABARD, Contracting Officer | 16B. UNITED STATES OF AMERICA Homer R. Gabard<br>BY:(Contracting Officer) | 16C. DATE SIGNED<br>10/2/98 |

**AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT**

STANDARD FORM

| 1.CONTRACT ID CODE | PAGE 1 of 2 PAGES |
|---|---|
| | |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4.REQUISITION/PURCHASE REQ. # | 5. PROJECT # (If applic.) |
|---|---|---|---|
| 01 | 08/06/98 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| USDA, FOREST SERVICE<br>SAVANNAH RIVER INSTITUTE<br>P.O. BOX 700<br>NEW ELLENTON, SC 29809-0700 | | | |

| 8.NAME & ADDRESS OF CONTRACTOR (No. street, county, state & zip code) | 9A. AMENDMENT OF SOLICITATION NO. | 9B. DATED (SEE ITEM 11) |
|---|---|---|
| GA BOWHUNTER SUPPLY CO..<br>5330 COLUMBIA ROAD<br>GROVETOWN, GA 30813 | | |

| 10A.MODIFICATION OF CONTRACT/ ORDER NO. 53-4660-8-04 | 10B.DATED(SEE ITEM 13) | .CODE | FACILITY CODE |
|---|---|---|---|
| | 10/29/97 | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [] is extended. [] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14,PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a) FAR 43.102(a) |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Please refer to Page 7, Part I, Section B, and change the maximum quantity for the Base Period as shown on page 2 of this modification.

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

| 15A. NAME AND TITLE OF SIGNER (Type/Print) | 15B. CONTRACTOR/OFFEROR (Person authorized to sign) | 15C. DATE SIGNED |
|---|---|---|
| W. D. Hooker [signature] W. D. Hooker | [signature] | 8-26-98 |

| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type/Print) | 16B. UNITED STATES OF AMERICA BY:(Contracting Officer) | 16C. DATE SIGNED |
|---|---|---|
| HOMER R. GABARD, Contracting Officer | [signature] | 9/1/98 |

STANDARD FORM 30

| USDA - FOREST SERVICE | | | PAGE 2 of 2 |
|---|---|---|---|
| ATTACHMENT TO MODIFICATION OF CONTRACT, SF-30 | | | |
| DATE 08/06/98 | FOREST SAVANNAH RIVER INSTITUTE | | PROJECT NAME: Wild Hog Control |
| MODIFICATION NUMBER 01 | ORIGINAL CONTRACT AMOUNT $44,000 (Base Period) | | CONTRACT NUMBER 53-4660-8-04 |

Describe each modification identified by item number, location, etc., and state its purpose. On a separate sheet for internal use, give justification and estimate where applicable.

**PROPOSED MODIFICATION** — AMOUNT OF INCREASE (+) OR DECREASE (-)

| ITEM NO. | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | TOTAL | AMOUNT OF INCREASE (+) OR DECREASE (-) |
|---|---|---|---|---|---|---|
| 01 | Base Period (12mon.) Trap and Dispatch feral hogs Maximum quantity | 1000 | EA | $55.00 | $55,000.00 | (+) $11,000.00 |

Purpose: Government requires the services provided by this contract to be performed year round and not be stopped when the contractor has killed the maximum quantity of hogs shown for the Base Period.

| | |
|---|---|
| NET CHANGE THIS MODIFICATION | + $11,000.00 |
| CONTRACT AMOUNT PRIOR TO THIS MODIFICATION | $44,000.00 |
| NEW CONTRACT TOTAL | $ 55,000.00 |

| CONTRACT TIME Requirements | DAYS INCREASED | DAYS DECREASED | NEW TOTAL CONTRACT TIME: |
|---|---|---|---|
| SUBMITTED | SIGNATURE Frankie Brooks | TITLE COR | DATE 8-21-98 |
| RECOMMENDED | SIGNATURE Elizabeth LeMaster | TITLE WF&B STAFF OFFICER | DATE 8/21/98 |
| AVAILABLE FUNDS $11,000.00 MGT. CODE: 002845 | SIGNATURE [signature] | TITLE B.O. | DATE 8/21/98 |

United States
Department of
Agriculture
Forest Service

FOREST SERVICE CONTRACT
OMB CLEARANCE NUMBER 05050005

CONTRACT NO.

53-4660-8-04

---

PROJECT: WILD HOG CONTROL

---

LOCATION: SAVANNAH RIVER NATURAL RESOURCE MANAGEMENT AND RESEARCH INSTITUTE

---

CONTRACTOR: GA BOWHUNTER SUPPLY CO.
3623 PEACH ORCHARD ROAD
AUGUSTA, GA 30906

(706)792-9422

---

AWARDING OFFICE: USDA FOREST SERVICE
P.O. BOX 710
NEW ELLENTON, SC 29809

SOLICITATION, OFFER AND AWARD



1. This contract is a rated order under DPAS(15 CFR 350) RATING:

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION |
|---|---|---|
| 53-4660-9-06 | R8-36-99-05 | [ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) |

| 5. DATE ISSUED | 6. REQUISITION/PURCHASE REQ. NO. |
|---|---|
| 11/24/98 | |

| 7. ISSUED BY CODE | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|
| USDA FOREST SERVICE<br>1-MILE INSIDE AIKEN BARRICADE, SRS<br>BLDG. 760-15G<br>AIKEN, SC 29802 | USDA FOREST SERVICE<br>SAVANNAH RIVER INSTITUTE<br>P.O. BOX 700<br>NEW ELLENTON, SC 29809 |

NOTE: In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder".

SOLICITATION

9. Sealed offers in original and 0 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Item 7, until 4:00 P.M. local time on 12/23/98. CAUTION-LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME: HOMER R. GABARD | B. TELEPHONE NO. (Include Area Code) (NO COLLECT CALLS) (803)725-0239 |
|---|---|---|

C. EMAIL ADDRESS: hgabard/r8_savannahriver fs.fed.us

11. TABLE OF CONTENTS


| X | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHEDULE | |
| | A | SOLICITATION/CONTRACT FORM | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | |
| | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | |
| | D | PACKAGING AND MARKING | |
| | E | INSPECTION AND ACCEPTANCE | |
| | F | DELIVERIES OR PERFORMANCE | |
| | G | CONTRACT ADMINISTRATION DATA | |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| | I | CONTRACT CLAUSES | |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | J | LIST OF ATTACHMENTS | |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |


(William O. Hooker)

OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provision at 52.214-16, Minimum Bid Acceptance Period.

EXCEPTION TO STANDARD FORM 33 (REV.9-97) Prescribed by GSA FAR (48 CFR) 53.214(c)

 4. Contract 53-4660-9-06

SOLICITATION, OFFER AND AWARD



12. In compliance with the above, the undersigned agrees, if this offer is accepted within 60 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | 60 CALENDAR DAYS |
|---|---|---|---|
| 2 % | 0 % | 0 % | 0 % |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| ~~NA W.D.H. 12-11-98~~ | | No #1 | 12-15-98 |

W.D. Hooker

15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY

Ga. Rowhunter Supply Co
5330 Columbia Road
Grovetown Ga 30813

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

W. D. HOOKER

15B. TELEPHONE NO. (Include Area Code)

706-869-8226 Home
706-792-9422 office

15C. CHECK IF REMITTANCE ADDRESS IS [ ] DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

NA

17. SIGNATURE: William D. Hooker

18. OFFER DATE: 12-11-98

AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED All

20. AMOUNT ~~Per task order~~

21. ACCOUNTING AND APPROPRIATION ~~Per task order~~

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified)

ITEM 08

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE
USDA FOREST SERVICE - SRFS
BLDG 760-G
1-MILE INSIDE AIKEN BARRICADE
AIKEN, SC 29802

26. NAME OF CONTRACTING OFFICER (Type or Print)
HOMER R. GABARD

27. UNITED STATES OF AMERICA
Homer R. Gabard
(Signature of Contracting Officer)

28. AWARD DATE
1/22/1999

IMPORTANT - Award will be made on this Form or on Standard Form 26, or by other authorized official written notice.

EXCEPTION TO STANDARD FORM 33 (REV.9-97)

TABLE OF CONTENTS PAGE

SOLICITATION, OFFER AND AWARD. . . . . . . . . . . . . . . . . . . . . . . . 1

TABLE OF CONTENTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

PART I - THE SCHEDULE . . . . . . . . . . . . . . . . . . . . . . . . . 8

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS . . . . . . . . . . 8

SECTION C - DESCRIPTION/SPECIFICATION /WORK STATEMENT . . . . . . . . . . . . . . 10
C.1 STATEMENT OF WORK/SPECIFICATIONS (AGAR 452.211-3) (FEB 1988) . . . . . . 10

SECTION D - PACKAGING AND MARKING . . . . . . . . . . . . . 11
[For this Solicitation, there are NO clauses in this Section] . . 11

SECTION E - INSPECTION AND ACCEPTANCE . . . . . . . . . . . . . . 12
E.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998) . . . . . . . . . . . . . . 12
E.2 INSPECTION OF SERVICES--FIXED-PRICE (FAR 52.246-4) (AUG 1996) . . . . . . . . . . . . . 12

SECTION F - DELIVERIES OR PERFORMANCE . . . . . . . . . . . . . . 14
F.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998) . . . . . . . . . . . . . . 14
F.2 PERIOD OF PERFORMANCE (AGAR 452.211-5) (FEB 1988) . . . . . 14
F.3 STOP-WORK ORDER (FAR 52.242-15) (AUG 1989). . . . . . . . . . 14

SECTION G - CONTRACT ADMINISTRATION DATA . . . . . . . . . . . . . 16
[For this Solicitation, there are NO clauses in this Section] . . 16

SECTION H - SPECIAL CONTRACT REQUIREMENTS . . . . . . . . . . . 17
H.1 POST AWARD CONFERENCE (AGAR 452.215-73) (NOV 1996). . . . . 17
H.2 CONFIDENTIALITY OF INFORMATION (AGAR 452.224-70) (FEB 1988). . . . . . . 17
H.3 INSURANCE COVERAGE (AGAR 452.228-71) (NOV 1996) ALTERNATE I (NOV 1996) . . . . . . . 18
H.4 PERMITS AND RESPONSIBILITIES (FAR 52.236-7) (NOV 1991) . . . . . . . . . 19
H.5 EMERGENCY RESPONSE (AGAR 452.236-77) (NOV 1996) . . . . . . . 19
H.6 KEY PERSONNEL (AGAR 452.237-74) (FEB 1988). . . . . . . . . . 19
H.7 RESTRICTIONS AGAINST DISCLOSURE (AGAR 452.237-75) (FEB 1988) . . . . . 20
H.8 COMPLIANCE WITH AREA REGULATIONS. . . . . . . . . . . . . . 21
H.9 SAFETY AND HEALTH . . . . . . . . . . . . . . . . . . . . . . 21
H.10 QUARANTINE RESTRICTIONS . . . . . . . . . . . . . . . . . . . 23
H.11 REQUIRED INSURANCE. . . . . . . . . . . . . . . . . . . . . . 24
H.12 LOSS OF TIMBER SALE LOCK KEY OR LOCK OR SECURITY BADGES . . 24
H.13 USE OF PREMISES (AGAR 452.236-72) (NOV 1996) . . . . . . . . 25
H.14 ARCHAEOLOGICAL OR HISTORIC SITES (AGAR 452.236-73) (FEB. . . 25
H.15 RESPONSIBILITIES OF THE CONTRACTOR (AGAR 4G52.236-807) (JUL 1986) . . . 25
H.16 USE OF UNDOCUMENTED WORKERS. . . . . . . . . . . . . . . . . 25
H.17CRIMINAL LIABILI . . . . . . . . . . . . . 26

TABLE OF CONTENTS

PAGE

H.18 SITE ACCESS AUTHORIZATION FOR CONTRACTOR AND EMPLOYEES . . . 26

PART II - CONTRACT CLAUSES. . . . . . . . . . . . . . . . . . . . . . 28

SECTION I - CONTRACT CLAUSES . . . . . . . . . . . . . . . . . . 28

I.1 CLAUSES INCORPORATED BY REFERENCE . . . . . . . . . . . . . . 28
(FAR 52.252-2) (FEB 1998)

I.2 ANTI-KICKBACK PROCEDURES (FAR 52.203-7) (JUL 1995). . . . . . 29

I.3 CANCELLATION, RESCISSION, AND RECOVERY OF . . . . . . . . . . 31
FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (FAR 52.203-8)
(JAN 1997)

I.4 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN . . . . . . . . . 32
FEDERAL TRANSACTIONS (FAR 52.203-12)
(JUN 1997) - (DEVIATION)

I.5 ORDERING (FAR 52.216-18) (OCT 1995) . . . . . . . . . . . . . 37

I.6 ORDER LIMITATIONS (FAR 52.216-19) (OCT 1995). . . . . . . . . 38

I.7 REQUIREMENTS (FAR 52.216-21) (OCT 1995) . . . . . . . . . . . 38

I.8 OPTION TO EXTEND THE TERM OF THE CONTRACT . . . . . . . . . . 39
(FAR 52.217-9) (MAR 1989)

I.9 LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14) (DEC 1996). . 39

I.10 CONTRACT WORK HOURS AND SAFETY. . . . . . . . . . . . . . . 40
STANDARDS ACT--OVERTIME COMPENSATION
(FAR 52.222-4) (JUL 1995)

I.11 SERVICE CONTRACT ACT OF 1965, AS AMENDED. . . . . . . . . . . 41
(FAR 52.222-41) (MAY 1989)

I.12 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES . . . . . . . 49
(FAR 52.222-42) (MAY 1989)

I.13 FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT . . . . . . . . 50
ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND
OPTION CONTRACTS) (FAR 52.222-43) (MAY 1989)

I.14 DRUG-FREE WORKPLACE (FAR 52.223-6) (JAN 1997) . . . . . . . . 51

I.15 EUROPEAN UNION SANCTION FOR SERVICES (FAR 52.225-19). . . . . 53
(JAN 1996)

I.16 EXTRAS (FAR 52.232-11) (APR 1984) . . . . . . . . . . . . . . 53

I.17 AVAILABILITY OF FUNDS FOR THE NEXT FISCAL . . . . . . . . . . 53
YEAR (FAR 52.232-19) (APR 1984)

I.18 ASSIGNMENT OF CLAIMS (FAR 52.232-23) (JAN 1986) . . . . . . . 54

I.19 PROMPT PAYMENT (FAR 52.232-25) (JUN 1997) . . . . . . . . . . 54

I.20 DISPUTES (FAR 52.233-1) (OCT 1995) ALTERNATE I. . . . . . . . 60
(DEC 1991)

I.21 PROTECTION OF GOVERNMENT BUILDINGS, . . . . . . . . . . . . . 62
EQUIPMENT, AND VEGETATION
(FAR 52.237-2) (APR 1984)

I.22 CHANGES--FIXED-PRICE (FAR 52.243-1) (AUG 1987). . . . . . . . 62
ALTERNATE I (APR 1984)

I.23 SUBCONTRACTS FOR COMMERCIAL ITEMS AND . . . . . . . . . . . . 63
COMMERCIAL COMPONENTS (FAR 52.244-6) (APR 1998)

I.24 TERMINATION FOR CONVENIENCE OF THE. . . . . . . . . . . . . . 64
GOVERNMENT (SERVICES) (SHORT FORM)
(FAR 52.249-4) (APR 1984)

I.25 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE). . . . . . . . . . . 64
(FAR 52.249-8) (APR 1984)

I.26 AUTHORIZED DEVIATIONS IN CLAUSES. . . . . . . . . . . . . . . 65
(FAR 52.252-6) (APR 1984)

TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | | 66 |
| SECTION J - LIST OF ATTACHMENTS | | 66 |
| PART IV - REPRESENTATIONS AND INSTRUCTIONS | | 67 |
| SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | | 67 |
| K.1 | CERTIFICATE OF INDEPENDENT PRICE DETERMINATION. (FAR 52.203-2) (APR 1985) | 67 |
| K.2 | CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO. INFLUENCE CERTAIN FEDERAL TRANSACTIONS (FAR 52.203-11) DEVIATION (APR 1991) | 68 |
| K.3 | TAXPAYER IDENTIFICATION (FAR 52.204-3) (JUN 1997) | 69 |
| K.4 | CERTIFICATION REGARDING DEBARMENT, SUSPENSION,. PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (FAR 52.209-5) (MAR 1996) | 70 |
| K.5 | TYPE OF BUSINESS ORGANIZATION (FAR 52.215-4) (OCT 1997) | 71 |
| K.6 | SMALL BUSINESS PROGRAM REPRESENTATIONS. (FAR 52.219-1) (OCT 1998) | 72 |
| K.7 | CERTIFICATION OF NONSEGREGATED FACILITIES (FAR 52.222-21) (APR 1984) | 74 |
| K.8 | PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FAR 52.222-22) (APR 1984) | 74 |
| K.9 | AFFIRMATIVE ACTION COMPLIANCE (FAR 52.222-25) (APR 1984) | 75 |
| K.10 | CLEAN AIR AND WATER CERTIFICATION (FAR 52.223-1). (APR 1984) | 75 |
| K.11 | CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (FAR 52.223-13) (OCT 1996) | 75 |
| K.12 | BUY AMERICAN CERTIFICATE. (FAR 52.225-1) (DEC 1989) | 76 |
| SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | | 78 |
| L.1 | SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FAR 52.252-1) (FEB 1998) | 78 |
| L.2 | INQUIRIES (AGAR 452.204-70) (FEB 1988). | 78 |
| L.3 | INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION (FAR 52.215-1) (OCT 1997) | 78 |
| L.4 | TYPE OF CONTRACT (FAR 52.216-1) (APR 1984). | 84 |
| L.5 | SINGLE OR MULTIPLE AWARDS (FAR 52.216-27) (OCT 1995). | 84 |
| L.6 | SIZE STANDARD AND SIC CODE INFORMATION (AGAR 452.219-70). (NOV 1996) | 84 |
| L.7 | SITE VISIT (FAR 52.237-1) (APR 1984). | 84 |
| L.8 | PRE-BID/PRE-PROPOSAL CONFERENCE (AGAR 452.237-71) (FEB 1988) | 84 |
| L.9 | SERVICE OF PROTEST (FAR 52.233-2) (AUG 1996). | 85 |
| L.10 | AUTHORIZED DEVIATIONS IN PROVISIONS (FAR 52.252-5) (APR 1984) | 85 |
| L.11 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION. OTHER THAN COST OR PRICING DATA (FAR 52.215-20) (OCT 1997) ALTERNATE IV (OCT 1997) | 86 |

TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| SECTION M - EVALUATION FACTORS FOR AWARD . . . . . . . . . . . . . . | | 89 |
| M.1 | EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT . . . . (AGAR 452.216-72) (FEB 1988) | 89 |
| M.2 | EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990) . . . . . . . | 89 |
| M.3 | AWARD DETERMINATION. . . . . . . . . . . . . . . . . . . . . . . | 89 |
| M.4 | EVALUATION FACTORS . . . . . . . . . . . . . . . . . . . . . . . | 90 |

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

SCHEDULE OF ITEMS

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 01 | TRAP BEAVER IN ACCORDANCE WITH THE SPECIFICATIONS AND ATTACHMENTS | 700 | EA | 45.00 | 31,500 |
| 02 | MAINTAIN CULVERT OUTLETS AND INLETS IN ACCORDANCE WITH SPECIFICATIONS AND ATTACHMENTS | 1100 | HR | 18.00 | 19,800 |

TOTAL BASE PERIOD: $ 51,300

OPTION PERIOD I

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 01 | TRAP BEAVER IN ACCORDANCE WITH THE SPECIFICATIONS AND ATTACHMENTS | 700 | EA | 45.00 | 31,500 |
| 02 | MAINTAIN CULVERT OUTLETS AND INLETS IN ACCORDANCE WITH SPECIFICATIONS AND ATTACHMENTS | 1100 | HR | 18.00 | 19,800 |

TOTAL OPTION PERIOD I: $ 51,300

NOTICE: TOTAL BASE PERIOD AND OPTION PERIOD: $ 102,600.00

Savannah River Site is a restricted access Government facility and only United States citizens are authorized entry to the Site.

TASK ORDERS

This is a requirements contract for the period from date of contract award to December 31, 1999 for the base period; and

January 1, 2000 to December 31, 2000 for Option Period I. Individual task orders will be placed against this contract when services are required. Orders shall be verbal or in writing and all verbal orders shall be confirmed in writing. The Contractor shall have 72 hours after receipt of the verbal or written task order to start work. Each task order shall include maps showing where work is to be performed. See exhibit in Section J for an example of a task order. All written task orders shall be signed by the Contracting Officer, the SRI Contract Specialist or the SRI Purchasing Agent. Only the following individuals are authorized to place orders on this contract:
Contracting Officer, Homer R. Gabard
Contract Specialist, Christopher D. Banks
Purchasing Agent, Cindy Possee
COR, Frankie Brooks (verbal orders only)

Estimated quantities are intended as a good faith estimate of quantities to be ordered. However, the Government is not obligated to order any work to be performed under the resulting contract for either the base period or the option period. Reference FAR Clause 52.216-21 "Requirements".

# SECTION C - DESCRIPTION/SPECIFICATION /WORK STATEMENT

C.1 STATEMENT OF WORK/SPECIFICATIONS (AGAR 452.211-72) (FEB 1988)

The Contractor shall furnish the necessary personnel, material, equipment, services and facilities (except as otherwise specified), to perform the Statement of Work/Specifications referenced in Section J.

## SECTION D - PACKAGING AND MARKING

[For this Solicitation, there are NO clauses in this Section]

# SECTION E - INSPECTION AND ACCEPTANCE

E.1 CLAUSES INCORPORATED BY REFERENCE
(FAR 52.252-2) (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es)

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| CLAUSE NUMBER | DATE | TITLE |
|---|---|---|

None by reference

E.2 INSPECTION OF SERVICES--FIXED-PRICE
(FAR 52.246-4) (AUG 1996)

(a) Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract

requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.

## SECTION F - DELIVERIES OR PERFORMANCE

F.1 CLAUSES INCORPORATED BY REFERENCE
(FAR 52.252-2) (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es)

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| CLAUSE NUMBER | DATE | TITLE |
|---|---|---|
| 52.242-17 | APR 1984 | GOVERNMENT DELAY OF WORK |

F.2 PERIOD OF PERFORMANCE (AGAR 452.211-74 (FEB 1988)

The period of performance of this contract is from DATE OF CONTRACT AWARD TO 12/31/99 through OPTION PERIOD: 1/01/2000 TO 12/31/2000.

F.3 STOP-WORK ORDER (FAR 52.242-15) (AUG 1989)

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either--

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at

any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

# SECTION G - CONTRACT ADMINISTRATION DATA

[For this Solicitation, there are NO clauses in this Section]

# SECTION H - SPECIAL CONTRACT REQUIREMENTS

H.1 POST AWARD CONFERENCE (AGAR 452.215-73) (NOV 1996)

A post award conference with the successful offeror is required. It will be scheduled within 10 days after the date of contract award. The conference will be held at:

USDA FOREST SERVICE
1-MILE INSIDE AIKEN BARRICADE, SRS, BLDG. 760-15G
AIKEN, SC 29802

H.2 CONFIDENTIALITY OF INFORMATION (AGAR 452.224-70) (FEB 1988)

(a) Confidential information, as used in this clause, means--

(1) information or data of a personal nature, proprietary about an individual, or (2) information or data submitted by or pertaining to an organization.

(b) In addition to the types of confidential information described in (a)(1) and (2) above, information which might require special consideration with regard to the timing of its disclosure may derive from studies or research, during which public disclosure of primarily invalidated findings could create an erroneous conclusion which might threaten public health or safety if acted upon.

(c) The Contracting Officer and the Contractor may, by mutual consent, identify elsewhere in this contract specific information and/or categories of information which the Government will furnish to the Contractor or that the Contractor is expected to generate which is confidential. Similarly, the Contracting Officer and the Contractor may, by mutual consent, identify such confidential information from time to time during the performance of the contract. Failure to agree will be settled pursuant to the "Disputes" clause.

(d) If it is established that information to be utilized under this contract is subject to the Privacy Act, the Contractor will follow the rules and procedures of disclosure set forth in the Privacy Act of 1974, 5 U.S.C. 552a, and implementing regulations and policies, with respect to systems of records determined to be subject to the Privacy Act.

(e) Confidential information, as defined in (a)(1) and (2) above, shall not be disclosed without the prior written consent of the individual, institution or organization.

(f) Written adv[illegible] st 45 days will be provided to

the Contracting Officer of the Contractor's intent to release findings of studies or research, which have the possibility of adverse effects on the public or the Federal agency, as described in (b) above. If the Contracting Officer does not pose any objections in writing within the 45 day period, the Contractor may proceed with disclosure. Disagreements not resolved by the Contractor and Contracting Officer will be settled pursuant to the "Disputes" clause.

(g) Whenever the Contractor is uncertain with regard to the proper handling of material under the contract, or if the material in question is subject to the Privacy Act or is confidential information subject to the provisions of this clause, the Contractor shall obtain a written determination from the Contracting Officer prior to any release, disclosure, dissemination, or publication.

(h) The provisions of paragraph (e) of this clause shall not apply when the information is subject to conflicting or overlapping provisions in other Federal, State or local laws.

H.3 INSURANCE COVERAGE (AGAR 452.228-71) (NOV 1996)
ALTERNATE I (NOV 1996)

Pursuant to FAR clause 52.228-5, Insurance-Work on a Government Installation, the Contractor will be required to present evidence to show, as a minimum, the amounts of insurance coverage indicated below:

(a) Workers Compensation and Employer's Liability. The Contractor is required to comply with applicable Federal and State workers' compensation and occupational disease statutes. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a Contractor's commercial operations that it would not be practical to require this coverage. Employer's liability coverage of at least $100,000 shall be required, except in States with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers.

(b) General Liability.

(1) The Contractor shall have bodily injury liability coverage written on a comprehensive form of policy of at least $500,000 per occurrence.

(2) The Contractor shall have property damage liability insurance shall be required in the amount of 500,000 per occurrence.

(c) Automobile Liability. The Contractor shall have automobile liability insurance written on a comprehensive form of policy. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract. Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per

person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage or loss.

(d) Aircraft Public and Passenger Liability. When aircraft are used in connection with performing the contract, the Contractor shall have aircraft public and passenger liability insurance. Coverage shall be at least $200,000 per person and $500,000 per occurrence for bodily injury, other than passenger injury. Coverage for passenger injury shall be at least $200,000 multiplied by the number of seats or passengers, whichever is greater.

H.4 PERMITS AND RESPONSIBILITIES (FAR 52.236-7) (NOV 1991)

The Contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work. The Contractor shall also be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence. The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

H.5 EMERGENCY RESPONSE (AGAR 452.236-77) (NOV 1996)

(a) Contractor's Responsibility for Fire Fighting . (1) The Contractor, under the provisions of FAR clause 52.236-9, PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS, shall immediately extinguish all fires on the work site other than those fires in use as a part of the work. (2) The Contractor may be held liable for all damages and for all costs incurred by the Government for labor, subsistence, equipment, supplies, and transportation deemed necessary to control or suppress a fire set or caused by the Contractor or the Contractor's agents or employees.

(b) Contractor's Responsibility for Notification in Case of Fire. The Contractor shall immediately notify the Government of any fires sighted on or in the vicinity of the work site.

(c) Contractor's Responsibility for Responding to Emergencies. When directed by the Contracting Officer, the Contractor shall allow the Government to temporarily use employees and equipment from the work site for emergency work (anticipated to be restricted to fire fighting). An equitable adjustment for the temporary use of employees and equipment will be made under the CHANGES clause, FAR 52.243-4.

H.6 KEY PERSONNEL (AGAR 452.237-74) (FEB 1988)

(a) The Contractor shall assign to this contract the following key personnel:

SUPERVISOR
TRAPPERS
CULVERT MAINTENANCE PERSONNEL

(b) During the first ninety (90) days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph (c) below. After the initial 90-day period, the Contractor shall submit the information required by paragraph (c) to the Contracting Officer at least 15 days prior to making any permanent substitutions.

(c) The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes of key personnel.

H.7 RESTRICTIONS AGAINST DISCLOSURE (AGAR 452.237-75) (FEB 1988)

(a) The Contractor agrees, in the performance of this contract, to keep all information contained in source documents or other media furnished by the Government in the strictest confidence. The Contractor also agrees not to publish or otherwise divulge such information in whole or in part in any manner or form, or to authorize or permit others to do so, taking such reasonable measures as are necessary to restrict access to such information while in the Contractor's possession, to those employees needing such information to perform the work provided herein, i.e., on a "need to know" basis. The Contractor agrees to immediately notify in writing, the Contracting Officer, named herein, in the event that the Contractor determines or has reason to suspect a breach of this requirement.

(b) The Contractor agrees not to disclose any information concerning the work under this contract to any persons or individual unless prior written approval is obtained from the Contracting Officer. The Contractor agrees to insert the substance of this clause in any consultant agreement or subcontract hereunder.

H.8 COMPLIANCE WITH AREA REGULATIONS

The Contractor agrees to comply with all security and safety regulations and requirements of the Government. A short security questionnaire is required of the Contractor and all of his/her employees working on SRS. The Contractor shall be responsible for maintaining satisfactory standards of employee competency, conduct, and integrity, and shall be responsible for taking disciplinary action with respect to his/her employees as may be necessary. In the event the Contractor fails to remove any employee whose continued employment is deemed by the Government to be contrary to the public interest, the Government reserves the right to require the Contractor to remove the employee. The Contractor agrees to designate a representative who shall be authorized to receive on behalf of the Contractor any notices and instructions given by the Contracting Officer in regard to performance under this contract and to take such action thereon as is required by the terms of this contract.

The Contractor further agrees that only persons possessing a valid state driver's license will be permitted to operate motor vehicles engaged in the performance of this Contract upon the roads of the SRS. Failure to furnish evidence of such license for an employee driver, will result in such employee being denied access to the SRS. In addition, Contractor and all employee drivers shall comply with all applicable state laws regulating traffic on SRS.

NOTE: All personnel working on the SRS must be United States citizens.

H.9 SAFETY AND HEALTH

The contractor shall take all reasonable precautions in the performance of the work under this contract to protect the safety and health of employees, subcontractors, and members of the public and shall comply with all applicable safety and health regulations and requirements of the Department of Energy, OSHA, including reporting, and USDA Forest Service.

The contractor agrees to cooperate in making it possible for the Contracting Officer, Forest Service, and DOE personnel to safely and economically inspect activities under this contract and to conduct their official duties on the contract site and such other places on the SRS where the contractor, his/her employees, and subcontractors conduct operations under this contract. The Contracting Officer shall notify the contractor, in writing, of any noncompliance with the provisions of this clause and the corrective action to be taken. After receipt of such notice, the contractor shall immediately take such corrective action. In the event that the contractor fails to comply with said regulations or requirements, the Contracting Officer may, without prejudice to any other legal or contractual rights, issue an order stopping all or any part of the work; thereafter, a start order for resumption of the work may be issued at the discretion of ...ing Officer. The contractor shall

make no claim for an extension of time or for compensation of damage by reason of or in connection with such work stoppage.

In the absence of the Contracting Officer, the COR, or the inspector, any DOE or government employee has the authority to stop all or any part of the work being conducted by the contractor if it is determined that any unsafe condition is occurring that threatens life or limb. If such action is taken, the government employee must notify the Contracting Officer or COR immediately at 5-2441. If the COR or inspector is at the work site the government employee must promptly notify the COR or inspector of the action taken and the unsafe condition observed. Resulting formal contract action will be directed by the Contracting Officer.

The contractor further agrees that only persons possessing a valid state driver's license will be permitted to operate motor vehicles engaged in the performance of this contract upon the roads of the SRS. Failure to furnish evidence of such license for any employee-driver will result in such employee being denied access to the SRS. In addition, the contractor and all employee-drivers shall comply with all applicable state laws regulating traffic & condition of vehicles on SRS.

Operating supplies and maintenance responsibility: Contractor shall furnish all fuel, oil, grease and repairs. The Contractor will pay any other expense incidental to operation of equipment.

Protection of streams, lakes and reservoirs: The contractor shall take sufficient precautions to prevent pollutions of streams, lakes and reservoirs by fuels, oils and other chemicals, silt or other harmful materials. Contractor shall schedule and conduct contract in such a manner so as to avoid siltation of streams, lakes and reservoirs, and loss of embankment materials during high flow periods. All streams will be kept free of contractor-generated debris.

Erosion: The Contractor shall take every precaution necessary to prevent soil erosion on contract areas and access facilities including, but not limited to installing and/or maintaining drainage dips and water bars on roads and trails, outsloping and revegetation of areas disturbed by Contractor's operations.

Final clean-up: Before final acceptance all trash, rubbish, spills, and debris generated by Contractor's operation shall be removed from DOE land.

Area clean-up: Contractor shall be responsible for the housekeeping of Contractor's employees and any approved subcontractors working under this contract. Roads, right-of-ways, timber stands and general areas shall be kept free of disabled or abandoned vehicles and equipment, parts of vehicles or equipment, fuel, oil, beverage and lunch containers, and other debris resulting from Contractor's operations.

Contractor shall be responsible for the clean up of all spills of