office.

(ii) A receiving report or other Government documentation authorizing payment was processed, and there was no disagreement over quantity, quality, or Contractor compliance with any contract term or condition.

(iii) In the case of a final invoice for any balance of funds due the Contractor for supplies delivered or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(5) Computing penalty amount. The interest penalty shall be at the rate established by the Secretary of the Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) that is in effect on the day after the due date, except where the interest penalty is prescribed by other governmental authority (e.g., tariffs). This rate is referred to as the "Renegotiation Board Interest Rate," and it is published in the Federal Register semiannually on or about January 1 and July 1. The interest penalty shall accrue daily on the invoice principal payment amount approved by the Government until the payment date of such approved principal amount; and will be compounded in 30-day increments inclusive from the first day after the due date through the payment date. That is, interest accrued at the end of any 30-day period will be added to the approved invoice principal payment amount and will be subject to interest penalties if not paid in the succeeding 30-day period. If the designated billing office failed to notify the Contractor of a defective invoice within the periods prescribed in subparagraph (a)(3) of this clause, the due date on the corrected invoice will be adjusted by subtracting from such date the number of days taken beyond the prescribed notification of defects period. Any interest penalty owed the Contractor will be based on this adjusted due date. Adjustments will be made by the designated payment office for errors in calculating interest penalties.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance shall be deemed to have occurred constructively on the 7th day (unless otherwise specified in this contract) after the Contractor delivered the supplies or performed the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. In the event that actual acceptance occurs within the constructive acceptance period, the determination of an interest penalty shall be based on the actual date of acceptance. The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The following periods of time will not be included in the determination of an interest penalty:

(A) The period taken to notify the Contractor of defects

in invoices submitted to the Government, but this may not exceed 7 days (3 days for meat, meat food products, or fish; 5 days for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils).

(B) The period between the defects notice and resubmission of the corrected invoice by the Contractor.

(C) For incorrect electronic funds transfer (EFT) information, in accordance with the EFT clause of this contract.

(iii) Interest penalties will not continue to accrue after the filing of a claim for such penalties under the clause at 52.233-1, Disputes, or for more than 1 year. Interest penalties of less than $1 need not be paid.

(iv) Interest penalties are not required on payment delays due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance or on amounts temporarily withheld or retained in accordance with the terms of the contract. Claims involving disputes, and any interest that may be payable, will be resolved in accordance with the clause at 52.233-1, Disputes.

(6) Prompt payment discounts. An interest penalty also shall be paid automatically by the designated payment office, without request from the Contractor, if a discount for prompt payment is taken improperly. The interest penalty will be calculated as described in subparagraph (a)(5) of this clause on the amount of discount taken for the period beginning with the first day after the end of the discount period through the date when the Contractor is paid.

(7) Additional interest penalty.

(i) A penalty amount, calculated in accordance with paragraph (a)(7)(iii) of this clause, shall be paid in addition to the interest penalty amount if the Contractor--

(A) Is owed an interest penalty of $1 or more;

(B) Is not paid the interest penalty within 10 days after the date the invoice amount is paid; and

(C) Makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(7)(ii) of this clause, postmarked not later than 40 days after the invoice amount is paid.

(ii) (A) Contractors shall support written demands for additional penalty payments with the following data. No additional data shall be required. Contractors shall--

(1) Specifically assert that late payment interest is due under a specific i[illegible] and request payment of all overdue

late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest was due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) Demands must be postmarked on or before the 40th day after payment was made, except that--

(1) If the postmark is illegible or nonexistent, the demand must have been received and annotated with the date of receipt by the designated payment office on or before the 40th day after payment was made; or

(2) If the postmark is illegible or nonexistent and the designated payment office fails to make the required annotation, the demand's validity will be determined by the date the Contractor has placed on the demand; provided such date is no later than the 40th day after payment was made.

(iii)(A) The additional penalty shall be equal to 100 percent of any original late payment interest penalty, except--

(1) The additional penalty shall not exceed $5,000;

(2) The additional penalty shall never be less than $25; and

(3) No additional penalty is owed if the amount of the underlying interest penalty is less than $1.

(B) If the interest penalty ceases to accrue in accordance with the limits stated in paragraph (a)(5)(iii) of this clause, the amount of the additional penalty shall be calculated on the amount of interest penalty that would have accrued in the absence of these limits, subject to the overall limits on the additional penalty specified in paragraph (a)(7)(iii)(A) of this clause.

(C) For determining the maximum and minimum additional penalties, the test shall be the interest penalty due on each separate payment made for each separate contract. The maximum and minimum additional penalty shall not be based upon individual invoices unless the invoices are paid separately. Where payments are consolidated for disbursing purposes, the maximum and minimum additional penalty determination shall be made separately for each contract therein.

(D) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulation).

(b) Contract financing payments--

(1) Due dates for recurring financing payments. If this contract provides for contract financing, requests for payment shall be submitted to the designated billing office as specified in this contract or as directed by the Contracting Officer. Contract financing payments shall be made on the (insert day as prescribed by Agency head; if not prescribed, insert 30th day) day after receipt of a proper contract financing request by the designated billing office. In the event that an audit or other review of a specific financing request is required to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the due date specified.

(2) Due dates for other contract financing. For advance payments, loans, or other arrangements that do not involve recurring submissions of contract financing requests, payment shall be made in accordance with the corresponding contract terms or as directed by the Contracting Officer.

(3) Interest penalty not applicable. Contract financing payments shall not be assessed an interest penalty for payment delays.

(c) Fast payment procedure due dates. If this contract contains the clause at 52.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

I.20 DISPUTES (FAR 52.233-1) (OCT 1995) ALTERNATE I (DEC 1991)

(a) This contract is subject to the Contracts Disputes Act of 1978, as amended (41 U.S.C. 601-613).

(b) Except as provided in the Act, all disputes arising under or related to this contract shall be resolved under this clause.

(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $50,000 is not a claim under the Act until certified as required by subparagraph (d)(2) below. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d) (1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written

decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

(2) (i) Contractors shall provide the certification specified in subparagraph (d)(2)(iii) of this clause when submitting any claim:

(A) Exceeding $100,000; or

(B) Regardless of the amount claimed, when using:

(1) Arbitration conducted pursuant to 5 U.S.C. 575-580; or

(2) Any other alternative means of dispute resolution (ADR) technique that the agency elects to handle in accordance with the Administrative Dispute Resolution Act (ADRA).

(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.

(iii) The certification shall state as follows:

"I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor."

(3) The certification may be executed by any person duly authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in the Act.

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use ADR. If the Contractor refuses an offer for alternative disputes resolution, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the request. When using arbitration conducted pursuant to 5 U.S.C. 575-580, or when using any other ADR technique that the agency elects to handle in accordance with the ADRA, any claim, regardless of amount, shall be accompanied by the certification described in subparagraph (d)(2)(iii) of this clause, and executed in accordance with subparagraph (d)(3) of this clause.

(h) The Government shall pay interest on the amount found due and unpaid from (1) the date the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment. With regard to claims having defective certifications, as defined in (FAR) 48 CFR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under or relating to the contract, and comply with any decision of the Contracting Officer.

I.21 PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (FAR 52.237-2) (APR 1984)

The Contractor shall use reasonable care to avoid damaging existing buildings, equipment, and vegetation on the Government installation. If the Contractor's failure to use reasonable care causes damage to any of this property, the Contractor shall replace or repair the damage at no expense to the Government as the Contracting Officer directs. If the Contractor fails or refuses to make such repair or replacement, the Contractor shall be liable for the cost, which may be deducted from the contract price.

I.22 CHANGES--FIXED-PRICE (FAR 52.243-1) (AUG 1987) ALTERNATE I (APR 1984)

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Description of services to be performed. (2) Time of performance (i.e., hours of the day, days of the week, etc.). (3) Place of performance of the services.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Contractor must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a

proposal submitted before final payment of the contract.

(d) If the Contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

I.23 SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (FAR 52.244-6) (APR 1998)

(a) Definitions.

"Commercial item", as used in this clause, has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract", as used in this clause, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c) Notwithstanding any other clause of this contract, the Contractor is not required to include any FAR provision or clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices under Part 15, in a subcontract at any tier for commercial items or commercial components:

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212(a));

(3) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996).

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

I.24 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) (FAR 52.249-4) (APR 1984)

The Contracting Officer, by written notice, may terminate this contract, in whole or in part, when it is in the Government's interest. If this contract is terminated, the Government shall be liable only for payment under the payment provisions of this contract for services rendered before the effective date of termination.

I.25 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (FAR 52.249-8) (APR 1984)

(a) (1) The Government may, subject to paragraphs (c) and (d) of this clause, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to--

(i) Deliver the supplies or to perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) of this clause; or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) of this clause).

(2) The Government's right to terminate this contract under subdivisions (a)(1)(ii) and (1)(iii) of this clause, may be exercised if the Contractor does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or services similar to those terminated, and the Contractor will be liable to the Government for any excess costs for those supplies or services. However, the Contractor shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather. In each instance the failure to perform must be beyond the control and without the fault or negligence of the Contractor.

(d) If the failure to perform is caused by the default of a

subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

(e) If this contract is terminated for default, the Government may require the Contractor to transfer title and deliver to the Government, as directed by the Contracting Officer, any (1) completed supplies, and (2) partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights (collectively referred to as "manufacturing materials" in this clause) that the Contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the Government has an interest.

(f) The Government shall pay contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes clause. The Government may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the Government against loss because of outstanding liens or claims of former lien holders.

(g) If, after termination, it is determined that the Contractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(h) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

I.26 AUTHORIZED DEVIATIONS IN CLAUSES
(FAR 52.252-6) (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Department of Agriculture Acquisition Regulation (48 CFR Chapter 4) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

SECTION J - LIST OF ATTACHMENTS

LIST OF ATTACHMENTS

SPECIFICATIONS
VICINITY MAP
FIRE ANT MAP
WAGE DETERMINATION NO. 75-0208
TASK ORDER EXAMPLE

A. Scope of Contract
The contractor shall furnish all labor, materials, supervision, transportation, equipment, supplies (including safety) and safely perform all work necessary to remove beaver from problem areas and maintain open.and free flowir culverts at the Savannah River Site (SRS). Problem areas include areas where beaver activity has resulted in seve flooding of timber, research sites, roads and railroads. The importance of beaver dams as a wetlands resource, ticularly as an attractive habitat for waterfowl, is recognized by the Forest Service. Therefore, selective trapping be conducted only in critical areas identified by the Savannah River Institute (SRI).

B. Description and Location
All areas are located within the boundaries of the Department of Energy's Savannah River Site near Aiken, SC in Aiken, Barnwell, and Allendale counties, South Carolina.

The contractor will choose 2 barricades to enter and leave the SRS during the contract period. The contractor wi use only these barricades when entering and leaving the SRS. Perimeter gates or other barricades will not be utilized by the contractor during the contract period.

TECHNICAL SPECIFICATIONS

A. Beaver Trapping
The contractor must trap beaver from problem areas on-site during a twelve month period (from date of contrac award to December 31, 1999) and during an additional 12 month period if the Government extends the term of th contract (1/01/2000 to 12/31/2000). The contractor will be on call during the year to trap beaver whenever problem sites are discovered. The contractor will only trap the areas designated by the Contracting Officer's Represen tative (COR), Inspector(s), or Contracting Officer (CO). The contractor may trap 24 hours a day, seven days a week.

**The contractor shall:**

1. Use Conibear #330 traps for trapping(recommended by South Carolina Department of Natural Resources (SCDNR)). These traps kill quickly, and are selective in the sense that they can be set in water. However, when the traps are placed in water, they must be readily identifiable to others. The contractor must not purposely trap any species other than beaver. The contractor will notify the COR, Inspector(s), or CO of otter, turtles, or other species trapped incidentally. When other animals are trapped the contractor shall follow the same procedures as stated below for beaver carcasses.

   Snares with .22 caliber weapons may be used in some locations, but only as directed by the COR or CO.

2. Tag each carcass prior to placing it in the SRI cooler. The tag shall show the date and location of capture as we as the date and time the carcass was placed in the cooler.

3. Deliver each whole beaver carcass (not field stripped) to the SRI work center cooler at the end of each workda in order to receive credit for payment. The contractor will not remove animals, dead or alive, from the SRS at an time.

4. Determine sex and weight of each beaver taken.

5. Enter the following information on the data sheet/map for each carcass: the date and location of capture, sex, weight, and the date and time the carcass was placed in the SRI cooler.

6. Twice per week remove all beaver carcasses, not designated for research, from the SRI cooler and deliver them to the designated landfill at the SRS where the carcasses will be logged in with the landfill operator.

7. Thoroughly clean the SRI cooler by removing all beaver and other animal body parts, fluids, associated odor when necessary, or as directed by the COR or CO. Depending on the types of chemicals used to clean the cooler, the contractor may be required to provide a hazardous communication plan with a listing of appropriate personal protective equipment. The contractor will provide this information as directed by the COR.

8. If requested by the COR, cooperate with researchers' requests for data and/or information.

B. Culvert Maintenance

SRI engineering personnel will initially clean and open culverts blocked by beaver dams and debris. Initial cleaning shall remove dam and debris material to the bottom of the culvert. When possible, engineering personnel shall notify the COR of the date and time planned for cleaning the culvert(s), so the contractor can be present for the initial cleaning. If this is not possible, engineering personnel will notify the COR after completing the work, and the COR will inform the contractor of the location of the culvert(s).

1. The contractor shall have 72 hours from the time of the initial cleaning to assume responsibility for the culvert(s).

2. The contractor shall notify the COR or inspector(s) when he/she has begun cleaning the culvert(s). The contractor shall check the culvert(s) when checking traps or snares, and clean culverts as necessary.

3. The contractor shall assume responsibility for maintaining each culvert's inlet and outlet. Water shall flow through each culvert at the time beaver traps or snares are introducted into the area. The contractor shall continue to maintain the inlet and outlet of each culvert until beaver traps or snares are removed as directed by the COR.

C. Safety

Safety equipment the contractor shall be required to have and use is listed below. This list may not be all inclusive, and other equipment may be required as directed by SRI and DOE safety personnel and/or OSHA requirements. At least one safety inspection shall be conducted of the contractor's operations by SRI and/or DOE safety personnel to insure compliance with the OSHA regulations and safety requirements of this contract. All equipment shall be in proper working order.

1. First Aid Kits approved by a consulting physician.

2. A means of communication such as a CB radio, cellular phone, or 2-way radio shall be at site at all times where the contractor's personnel are working.

3. 8" lace-up boots with slip resistant soles for each employee.

4. Hard hat and eye protection for each employee.

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such as snakes and uncertain footing do exist.

INSPECTION AND ACCEPTANCE

A. Inspection

Inspection of work performance under this contract shall be made by the COR or Inspector (s) at such intervals as are necessary to insure compliance with the contract specifications and provisions.

The COR and Inspector(s) shall periodically inspect culverts the contractor is maintaining. Any culvert(s) found with restricted water flow due to beaver dam or debris that has been allowed to accumulate for more than 48 hours shall be removed at the contractor's expense.

B. Unsatisfactory Work

In the event any of the work does not meet the specifications, through the fault or negligence of the contractor, such work shall, upon request of the COR or CO, be made to conform to the specifications by the contractor at his/her expense. Cost of re-inspection by the Government will be charged to the contractor.

C. Payment

**Line item 1, Beaver Trapping:** The contractor will be paid a bounty per beaver trapped and delivered to the SRI.

**Line Item 2, Culvert Cleaning:** The COR and Inspector(s) shall know how many culverts the contractor is responsible for maintaining, and the approximate amount of time required to clean each culvert. The contractor shall be paid the hourly rate for time spent satisfactorily maintaining the inlet and outlet of the culverts so that water flows freely.

At the end of each month the contractor shall submit an invoice to the COR for the number of beaver trapped, and the total number of hours spent cleaning culverts.


SAVANNAH RIVER SITE
INSET OF 3/700 AREA
New Ellenton
Williston
Jackson
Snelling
Savannah River Forest Station
3/700 Area (See Inset)
Barricade 2
Barricade 4
Barricade 5
Gate 2
Pump House
TNX
PAR POND
Pond B
Pond C
Pond 5
L Lake
Barnwell County Industrial Park
AIKEN CO.
BARNWELL CO.
BURKE CO.
ALLENDALE CO.
SCREVEN CO.
SOUTH CAROLINA
GEORGIA
Vogtle Electric Generating Plant
CSX
Tinker Creek
Upper Three Runs
Fourmile
Pen Branch
Meyers Branch
Steel Creek
SAVANNAH RIVER
0 1 2 3 4 MILES
1 2 3 4 5 6 KILOMETERS
TO MILLHAVEN
94x00577.01.AIL


SAVANNAH RIVER SITE
AND ENVIRONS
0 1 2 3 4 5 6 7 8 9 10 MILES
0 1 2 3 4 5 6 7 8 9 10 KILOMETERS
94X00577.02.AIL
TO I-168 & SAVANNAH
AUGUSTA
North Augusta
Daniel Field
Bush Field
BOBBY JONES EXPRESSWAY
TOBACCO ROAD
FORT GORDON MILITARY RESERVATION
Grovetown
COLUMBIA CO
RICHMOND CO
EDGEFIELD CO
AIKEN CO
RICHMOND CO
BURKE CO
SOUTH CAROLINA
GEORGIA
Hephzibah
Waynesboro
SOUTHERN
Vogtle Electric Generating Plant
Beech Island
Jackson
Aiken
New Ellenton
3700 Area (See inset on reverse side)
SAVANNAH RIVER SITE
AIKEN CO
BARNWELL CO
SAVANNAH RIVER
Upper Three Runs
Steel Cr.
Par Pond
L-Lake
BURKE CO
SCREVEN CO
BARNWELL CO
ALLENDALE CO
AIKEN CO
ORANGEBURG CO
Kitchings Mill
Williston
Blackville
Barnwell
Allendale
Springfield
TO WALTERBORO & I-95

# Imported Fire Ant Quarantines




**Conditions of Movement**

Counties entirely colored are completely regulated; counties partially colored are partially regulated.

■ Regulated area

Restrictions are imposed on the movement of regulated articles as follows: From red areas into or through white areas.

Consult your State or Federal plant protection inspector or your county agent for assistance regarding exact areas under regulation and requirements for moving regulated articles. For detailed information see 7 CFR 301.81 for quarantine and regulations.

U.S. Department of Agriculture • Animal and Plant Health Inspection Service
Plant Protection and Quarantine Cooperating With Affected States

See reverse side for list of regulated articles.

Revised November 1983

## The Following Regulated Articles Require a Certificate or Permit for Movement:

1. Soil, separately or with other things, except soil samples shipped to approved laboratories.* Potting soil is exempt, if commercially prepared, packaged, and shipped in original containers.
2. Plants with roots with soil attached, except houseplants maintained indoors and not for sale.
3. Grass sod.
4. Baled hay and straw that have been stored in contact with the soil.
5. Used soil-moving equipment.
6. Any other products, articles, or means of conveyance of any character whatsoever not covered by the above, when it is determined by an inspector that they present a hazard of spread of the pest and the person in possession thereof has been so notified.

*Information as to designated laboratories, facilities, gins, oil mills, and processing plants may be obtained from an inspector

REGISTER OF WAGE DETERMINATION UNDER
THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

Division of Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
Washington, D.C. 20210

Wage Determination No.: 75-0208
Revision No.: 15
Date of Last Revision: 06/01/1998

State(s): South Carolina

Areas: South Carolina ALL COUNTIES

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| Employed on contracts for forestry and Logging services in the above locality: | |
| Forestry Technician | $ 12.46 |
| Forestry Heavy Equipment Operator | $ 12.46 |
| Forestry Truckdriver (all types of trucks) | $ 11.72 |
| Tree Climber | $ 7.15 |
| Tree Planter | $ 7.15 |
| Tree Planter, Mechanical | $ 7.15 |

** Fringe Benefits Required For All Occupations Included In This Wage Determination **

HEALTH & WELFARE: $1.39 per hour or $55.60 per week or $240.93 per month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Second Supplement, dated August 1995, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such

unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

FORESTRY TECHNICIAN

Forestry and range technicians apply general knowledge of the organization, its programs, and the characteristics of the local environment. They are specialists in specific forestry or range conservation subject-matter areas or techniques and practices. They use formulas and factors in estimating and inspecting a particular

segment of work, according to standards provided by professionals. They perform any of the following basic kinds of forestry or range conservation support work, in varying combinations of duties:

- Administer a particular operation or area such as timber sales, recreation area, or research area that is a segment of a professional resource management or research programs, when such assignment requires use of practical knowledge and experience in planning and carrying out the work.

- Apply standard forestry and range conservation techniques and practices in supporting professional programs and may modify standard practices when such modifications do not affect basic characteristics or relationships among resource programs.

- Collect, consolidate, tentatively analyze, summarize, and report data within controls established by professional standards and research study plans or by resource management plans.

- Maintain contacts with forest and range users, the public and contractors for purposes of factfinding, explanation, gaining cooperation, and inspecting and evaluating operations, using standards and guides established by professionals.

- Plan or perform fire prevention, presuppression, suppression, postsuppression, or related forest fire control work and fire management.

FORESTRY HEAVY EQUIPMENT OPERATOR

Operates heavy equipment such as bulldozer, grader, power shovel, backhoe, feller/buncher, skidder, jammer, yarder, high tower, tree peeler, or grapple loader. Equipment is used to build and maintain roads, move logs, pile brush, and prevent or fight fires. Operator may lubricate, fuel, adjust, and make emergency repairs to equipment.

For wage study purposes, heavy equipment operators are classified a follows:

Loader operator
Skidder operator
Other heavy equipment operator

FORESTRY TRUCKDRIVER

Drives a truck to transport logs, dirt, gravel, trash, brush, equipment, supplies, or personnel. May direct the work of laborers loading or unloading truck. May also load or unload truck without helpers, perform routine maintenance, or make minor mechanical repairs. Exclude owner operators, over-the-road drivers, and general freight haulers.

For wage study purposes, truckdrivers are classified by type and rated capacity of truck, as follows:

Light truck
(straight truck, under 1 1/2 tons, usually 4 wheels)

Medium truck
(straight truck, 1 1/2 to 4 tons inclusive, usually 6 wheels)

Heavy truck
(straight truck, over 4 tons,

usually 10 wheels

Tractor-trailer

Combination of sizes

Truckdrivers in positions with work characteristics as described should be reported under this type when the information needed to classify them by type is not available or they are not assigned to a particular type of truck.

EXAMPLE

United States Department of Agriculture
PURCHASE ORDER
(See back or attached)
AD838 - Vendor (APOS 6/94)

Order Number: 43-4660-8-0068

| Page | Contract Number | Order Date |
|---|---|---|
| 01 of 01 | | December 31, 1997 |

This Number must appear on Invoices, Packages, and Pap Relating to this Order.

| Seller's Ident. No. | Form 1099 | Taxpayer's Ident. No. |
|---|---|---|
| | Yes | |

To: (Seller's Name and Address)
GA BOWHUNTER SUPPLY COMPANY
ATTN: W.D. HOOKER
5330 COLUMBIA ROAD
GROVETOWN GA 30813

SHIP TO ->

Consignee:
USDA-FS Savannah River Institu
Bldg 760-15G ATTN:
1 mile inside Aiken Barricade-S
Aiken SC 29802

| Line Item | Description | Quantity | Unit Issue | Unit Price | Amo |
|---|---|---|---|---|---|
| | THIS IS A REQUIREMENTS CONTRACT. WORK ORDERS WILL BE ISSUED ACCORDING TO THE SPECIFICATIONS. CONTRACT TIME IS 1/01/98 TO 12/31/98. | | | | |
| 01 | TRAP BEAVER IN ACCORDANCE WITH CONTRACT SPECIFICATIONS. QUANTITY IS ESTIMATED. | 500 | EA | 50.000 | 25( |
| 02 | MAINTAIN CULVERT OUTLETS AND INLETS IN ACCORDANCE WITH CONTRACT SPECIFICATIONS. | 800 | HR | 20.000 | 16( |

**CONTRACTOR WILL INDICATE ACCEPTANCE BY SIGNING BELOW**

W.D. Hooker 12-31-97

**SIGNATURE** **DATE**

**RETURN SIGNED BLUE COPY TO THE ADDRESS LISTED BELOW**

F. O. B. Point: Destination

Deliver to Consignee Address on or Before per contract

TOTAL > 410(

Ship Via

Discount Terms: Net 30 Days

Billing Address (DO NOT SHIP ORDER HERE)
(Ship to Consignee Address above)
USDA Forest Service
Savannah River Institute
P. O. Box 710
New Ellenton SC 29809-0710

BILLING INSTRUCTIONS: Do not submit bill in advan of shipment. Send invoice with our Order Numbe Billing Address at left. Failure to show our Or Number will delay payment. If available, incluc your nine position DUNS number on each invoice. Freight charge over $100 requires bill of ladinc

Issuing Office:
USDA Forest Service
Savannah River Institute
P. O. Box 710
New Ellenton SC 29809-0710

Ordered By: (Name and Title)
HOMER R. GABARD CONTRACTING OFFICER
Phone Number: (803) 725-0239
Authorized Signature: Homer R. Gabard

S E L L E R ' S O R I G I N A L

12/3

# SECTION M - EVALUATION FACTORS FOR AWARD

M.1 EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT (AGAR 452.216-72) (FEB 1988)

To evaluate offers for award purposes, the Government will apply the offeror's proposed fixed-prices/rates to the estimated quantities included in the solicitation, and will add other direct costs if applicable.

M.2 EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990)

Except when it is determined in accordance with FAR 17 206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

M.3 AWARD DETERMINATION

A. Award will be made to that offeror (1) whose proposal is technically acceptable and (2) whose technical/cost relationship is the most advantageous to the Government. While cost is secondary to technical, it will be a factor in the award decision. The critical factor in making any cost/technical trade-off is not the spread between the technical scores, but rather what is the significance of that difference. The significance of the spread in scores will be determined on the basis of what that difference might mean in terms of performance and what it would cost the Governement to take advantage of it. Award may not necessarily be made to that offeror submitting the lowest offer. Also, award may not necessarily be made for technical capabilities that would appear to exceed those needed for the successful performance of the work. The Government reserves the right to make cost/technical trade-offs that are in the best interest and to the advantage of the Government.

B. Proposals will be rated to determine those offerors which are within the competitive range, price and other factors considered. Proposals should be submitted initially on the most favorable terms which the offeror can make to the Government. The Government reserves the right to reject any or all proposals or to make award without conducting discussions. Discussions (oral or written) may be conducted as appropriate with all offerors considered to be within the competitive range. For the purpose of this solicitation, discussion shall not be considered to have been initiated where the Government requests additional information supplementing or clarifying a proposal without materially

changing it. Discussion shall be considered to be open negotiation with an offeror for the purpose of modifying or materially changing the proposal as submitted. Where discussions are held with one offeror within the competitive range, they will be held with all offerors within the competitive range.

M.4 EVALUATION FACTORS

Evaluation factors are shown in descending order of importance. Within each criteria subfactors are of equal importance.

A. Ability to perform in accordance with the specifications including demonstrated satisfactory experience in beaver trapping and maintaining culvert outlets and inlets as required by the solicitation.

1. Experience in trapping beavers using Conibear #330 traps.
2. Experience in maintaining culvert outlets and inlets as specified in the solicitation.
3. Experience in using snares and .22 caliber weapons to trap and kill beavers.
4. Sufficient vehicles and other necessary equipment.
5. Sufficient trained and experienced employes.
6. History of satisfactory performance on contracts or projects similar in size and scope.

B. Ability to satisfactorily collect required beaver biological data.

1. Experience in beaver biological data collection.
2. Ability to determine correct weight and sex of each beaver.

C. Ability to maintain quality control over work in progress.

1. Ability to insure correct use of the two methods of capturing and killing beaver.
2. Ability to properly use personnel and equipment including firearms.
3. History of quality work on contracts/projects similar in size and scope.

D. Ability to perform within established timeframe.

1. Ability to recruit, train, and retain sufficient employees.
2. Ability to keep equipment operational during performance.
3. History of on-time performance on contracts/projects similar in size and scope.

E. Ability to meet other contract requirements.
1. Requirement for all personnel to be U.S. citizens.
2. Evidence of required insurance.
3. Ability of contractor and all employees to obtain proper

S.C. permits/licenses.
4. No game law violations in Georgia, South Carolina, and/or state of residence.
5. Compliance with regulations governing contractor's business, including but not limited to minimum wage, overtime, worker's compensation, unemployment, safe working conditions.

M.5 PRICE PROPOSALS

A. Price considerations will be approximately equally as important as all technical considerations in the selection of an offer for award. Completeness of detail for proposed costs will be considered quite heavily in evaluation and analysis of offeror's price proposal.

B. Price proposals will be thoroughly reviewed by the Contracting Officer to ensure that all anticipated costs are accounted for, proposed costs are reasonable, and to gain an understanding of the offeror's estimating system. It may be necessary for the Contracting Officer to review supporting records to determine the reasonableness of proposed costs, and the reliability of the offeror's estimating system, especially in the case where there is not adequate competition for the contract.

United States
Department of
Agriculture
Forest Service

FOREST SERVICE CONTRACT
OMB CLEARANCE NUMBER 05050005

CONTRACT NO.

53-4660-9-06

---

PROJECT: BEAVER TRAPPING AND MAINTENANCE OF CULVERT INLETS AND OUTLETS

---

LOCATION: SAVANNAH RIVER NATURAL RESOURCE MANAGEMENT AND RESEARCH INSTITUTE

---

CONTRACTOR: GA BOWHUNTER SUPPLY CO..
5330 COLUMBIA ROAD
GROVETOWN. GA 30813

(706)792-9422

---

AWARDING OFFICE: USDA FOREST SERVICE
P.O. BOX 700
NEW ELLENTON, SC 29809

# GEORGIA

AND MAINTENANCE

# GEORGIA BOWHUNTERS SUPPLY COMPANY

## *ORGANIZATION CHART*

USDA FOREST SERVICE SRSFS

GEORGIA BOWHUNTER'S SUPPLY CO.

W.D. HOOKER
OWNER/SUPERVISOR

PROJECT PERSONNEL

ANDY CROMER GOLDMAN KELLER

SRS Beaver Contract
Technical Proposal

## Introduction

The following details represent how Georgia Bowhunters Supply Company would organize and implement the following programs to control the Beaver population at the Savannah River Site. This technical proposal describes the aspects of the program to be conducted above and in addition to the specifications defined in the requirements of the Government (USFS) statement of work. All requirements from the Government (USFS) defined in this statement are to be considered and included in this technical proposal, irregardless of any specific mention in this document.

## Contract Objectives

Georgia Bowhunters Supply objectives of the proposed program, are to be conducted in a safe, professional manner. We are to remove a minimum of 700 beavers from the populations of these animals, found on Savannah River Site in as safe and efficient a manner as possible. Georgia Bowhunters Supply will work in a manner which is responsive to the needs of the Government (USFS). The products provided by this program will be dead beavers removed from Savannah River Site population and accurate data collected from those animals removed during this program.

## Culvert Maintenance

Georgia Bowhunters shall assume responsibility for maintaining each culvert's inlet and outlet. Georgia Bowhunters will check the culverts when checking traps and snares, and will clean culverts as required by R8-36-99-05. Georgia Bowhunters has all approved safety equipment.

## General Background of Organization

Georgia Bowhunters Supply Company has held for the last 7 years trapping contracts for the Government (USFS). We have had no time lost due to injuries, or accidents due to unsafe acts. We have trapped over 54 different locations on the Savannah River Site. We have performed Beaver trapping for over 7 years. The personnel that I have assembled for this bid have over 30 years of experience trapping. See attached resumes of personnel. All have valid state drivers licenses and are U.S. citizens. We have as project equipment available to us for use in this contract, 2 trucks, 2 ATVs with trailers, 3 boats with trailers, one motor home used as office only. All contracts were completed on time with no lost time due to injuries and at present contract for 98 has no lost time injuries or unsafe conditions. Again details for personnel are attached to this technical proposal.

RESUME

Name: William D. Hooker SR.

Age: 45

Citizenship: USA

SSN: 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

Address: 5330 Columbia Road
Grovetown, GA 30813

Education: High School Diploma 1971
6 1/2 years Augusta Technical School
1 1/2 years School of Forestry and Wildlife Conservation

Training: Master Plumber #M007197 STATE GA.
7 years supervising/Beaver trapping for USFS Contracts 92,93,94,95,96,97,98
4 years supervising Hog Trapping/Running Dogs on Contract R8-36-94-08 (RFP).

Skill/Experience in Beaver Trapping Techniques:

A. Have 20 years of trapping experience.

B. Owner of Georgia Bowhunters Supply Co. which has had 9 government contracts with no lost work days due to unsafe conditions, no unsafe act.

C. Certified Archery Instructor, State of Georgia

D. Past Director of District #10 State Trapping Assoc. State of Georgia.

E. CPR Course-have taken 5 times.

F. Safety #1 priority.

Ability to Obtain Proper SC Trapping License/List of Hunting Violations:

No past hunting violations in any state.

References available upon request

# RESUME

Name: Andy Cromer III | Age: 43

Citizenship: USA | SSN: 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

Address: 3726 Cemetery Road
Augusta, GA 30906

Education: High School Diploma 1973
2 years College / Brewton Parker College
4 years Technical School / Augusta Tech.
18 years Journeyman Electrician

Training: Master Electrician CIC # High Voltage EN007356
Low Voltage LVU00613

A. Skill/Experience in Wild Hog Control/Beaver trapping for Georgia Bowhunters Supply Co. Actively hunted for 37 years been hunting unsupervised for 27 years actively trapped for 20 years. No safety related incidence. Presently working for Georgia Bowhunters Supply Co. (trapping 8 years) Bow Instructor, Hunting Advisor, Coordinator.

B. Owner Southern Wildlife Management Co. Specializing in wild animal control, nuisance animal control contractor for Georgia.

C. 4 years of experience Trapping/Running Dogs Contract at USFS.

D. CPR Course (Have taken twice Local 1579)

E. Safety is my #1 priority.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

No hunting violations in any state.

References available upon request.

RESUME

Name: Goldman Edward Eller

Age: 70

Citizenship: USA

SSN: 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

Address: 302 Malson Street
Jackson,SC 29831

Education: Graduate Hiawassee High School - 1945
Military Army 1945 - 1948
Air Force 1948 - 1950

Objective: An opportunity to progress with the Forestry Department in Control and eliminating wild boar on the SRS. Safety is my #1 priority.

Skill/Experience in Wild Hog Control Techniques:

Instructor in First Aid, C.P.C., Emergency Medical Technician, Ambulance Driver

Was on the Dupont Pistol team 12 years. Was on the Governor's top 20 Shooter for 8 years.

Hunted Deer, Bear and Wild Boar with dogs in the Great Smokey mountains in North Carolina 1940 to 1960.

Hunted wild hogs with dogs in South Carolina from 1960 to present.

Hunted wild hogs with dogs on the SRS with Fox Enterprises in 1991, 1992 and 1993, Palmetto Wildlife 1994. Also worked for Georgia Bowhunters for past Contract #R8-36-94-08. 95,96,97,98.

I have 7 years of setting up traps for wild hogs, catching, baiting and killing hogs with 12 Ga. Shotgun/22 Cal. Rifle.

I have had training in ageing, weighting and checking hogs for pregnancy.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

Currently have valid 1997, 1998, SC Hunting License - YES

No past hunting violations

References available upon request

PURCHASE ORDER

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 1 OF 1 | 4660 | 53-4660-9-06 | 29-JAN-1999 | 22 | 36 | TT | 43-4660-9-0108 | |

| TYPE PURCHASE | P = PURCHASE ORDER<br>D = DELIVERY | BILLED VIA OPAC | VENDOR TYPE | FORM 1099 | TAXPAYER'S IDENT. NO. |
|---|---|---|---|---|---|
| D | | | | Y | 58-2135211 |

TO:
GA BOWHUNTER SUPPLY
5330 COLUMBIA ROAD

FFIS VID NUMBER
GROVETOWN GA US 30813
PHONE EXT
FAX EXT
EMAIL-ADDRESS

SHIP TO

CONSIGNEE
Forest Service - Savannah River Institute
1-mile inside Aiken Barricade, SRS

Aiken SC 29802
PHONE 803-725-0239 EXT
FAX 803-725-1807 EXT
BUILDING

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01 | | Item No. 01 Trap beaver in accordance with the specifications. | 2540 | 01 | 700.000 | EA | $45.0000 | $31,500.00 |
| 02 | | Item No. 02 Maintain culvert outlets and inlets in accordance with the specifications. | 2540 | 01 | 1,100.000 | HR | $18.0000 | $19,800.00 |

ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE CONTRACT AND ENCLOSED WORK ORDER.

CONTRACT TIME IS 2/01/99 TO 12/31/99.

FOB POINT: DESTINATION
DISCOUNT AND/OR NET PAYMENT TERMS: DAYS DAYS DAYS NET 30
TYPE COMMODITY PAYMENT CODE: 0
Sub-Total: $51,300.00
REQUIRED DELIVERY DATE: 12/31/1999
SHIP VIA
ESTIMATED FREIGHT
TOTAL: $51,300.00

ACCOUNTING CLASSIFICATION

| ACC LINE | A | B | C | D | E | DIST. % | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | | Override: | TT36 | | 002944 | 00 | $51,300.00 |

ISSUING OFFICE
Forest Service-Savannah River Institute
POB 700

New Ellenton SC 29809
PHONE EXT
FAX EXT
BUILDING
PRINTED BY

ORDERED BY ( NAME AND TITLE)
Homer Gabard
Contracting Officer
PHONE 803-725-0239 EXT
FAX 803-725-1807 EXT
AUTHORIZED SIGNATURE Homer R. Gabard

PTS VERSION(10/1998)

NFC/FILE COPY

01/29/1999

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

CONTRACT NUMBER: 53-4660-9-06

PROJECT: Beaver Trapping

NAME AND ADDRESS OF CONTRACTOR: Ga. Bowhunter Supply Co. W. D. Hooker 5330 Columbia Rd. Grovetown, Ga. 30813

☒ WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

| WORK ORDER or NOTICE NO: | DATE ISSUED |
|---|---|
| 1 | Feb. 1, 1999 |

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at sites 1 → 53 as directed by COR,

700 Beaver

1100 Hours Culvert Maintenance

This work is included in the contract as referenced below:

SIGNATURE: Frankie S Brooks; [signature]

TITLE: CO; COR

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date 1-27-99

Ga. Bowhunter Supply Co.
Contractor

By W. D. Hooker

Title Owner



FS-6300-12(10/83)