USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

| | |
|---|---|
| CONTRACT NUMBER: 53-4660-9-06 | |
| PROJECT: Beaver Trapping | |
| NAME AND ADDRESS OF CONTRACTOR: Ga. Bowhunter Supply Co. W. D. Hooker 5330 Columbia Rd. Grovetown, Ga. 30813 | |
| ☒ WORK ORDER | ☐ NOTICE OF NONCOMPLIANCE |
| WORK ORDER or NOTICE NO: 1 | DATE ISSUED: Feb. 1, 1999 |

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at sites 1 → 53 as directed by COR,

700 Beaver
1100 Hours Culvert Maintenance

This work is included in the contract as referenced below:

| SIGNATURE | TITLE |
|---|---|
| Homer R. Holland; Frankie S. Brooks | CO; COR |

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date 1-27-99

Ga. Bowhunter Supply Co.
Contractor

By W. D. Hooker

Title Owner



FS-6300-12(10/83)

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

CONTRACT NUMBER: 53-4660-9-06

PROJECT:

NAME AND ADDRESS OF CONTRACTOR:
W. D. Hecker
Ga. Bowhunters
5330 Columbia Rd
Grovetown, Ga. 30813

☒ WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

| WORK ORDER or NOTICE NO: | DATE ISSUED |
|---|---|
| #7 | 5-20-99 |

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap beaver at following location

Map attached.

#55

This work is included in the contract as referenced below:

| SIGNATURE | TITLE |
|---|---|
| Thomas R. Fabland | C.O. |
| Frank A. Brooks | COR |

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date ____________

W. D. Hecker
Contractor

By Ga Bowhunters

Title Owner



FS-6300-12(10/83)


Savannah River Forest Station
Compartment 39
Base Map
Primary Highway
Secondary Highway
Improved Road
Unimproved Road
Railroad
Powerline
Pipeline
SRS Boundary
Fence
Perennial Stream
Intermittent Stream
Compartment Boundary
Stand Boundary
Reservoir Lake or Pond
Carolina Bay
Non-Forest
Hwy 125
IP Rd
Site 55

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

CONTRACT NUMBER: 53-4660-~~43-4660-8-0068~~

PROJECT: Task Order 43-4660-9-0108 Beaver Control

NAME AND ADDRESS OF CONTRACTOR:
W. D. Hooker
Ga. Bowhunters
5330 Columbia Rd
Grovetown, Ga. 30813

☒ WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

| WORK ORDER or NOTICE NO: | DATE ISSUED |
|---|---|
| 6 | 4-21-99 |

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at this site!
Map attached.

Site # 54

This work is included in the contract as referenced below:

| SIGNATURE | TITLE |
|---|---|
| [signature] | C.O. |
| Frankie Brooks | COR |

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date 4-23-99

W. D. Hooker
Contractor

By Ga. Bowhunters

Title owner



FS-6300-12(10/83)


Savannah River Forest Station
Compartment 77
Base Map
Primary Highway
Secondary Highway
Improved Road
Unimproved Road
Railroad
Powerline
Pipeline
SRS Boundary
Fence
Perennial Stream
Intermittent Stream
Compartment Boundary
Stand Boundary
Reservoir, Lake or Pond
Carolina Bay
Non-Forest
Site #54
Compiled by: PSOMERS on JUN-25-1996.
0
1/2

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

CONTRACT NUMBER: 53-4660-9-06

PROJECT: Beaver Control

NAME AND ADDRESS OF CONTRACTOR:
W. D. Hooker
GA. Bowhunters
5330 Columbia Rd
Grovetown GA. 30813

☒ WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

| WORK ORDER or NOTICE NO: | DATE ISSUED |
|---|---|
| 7 | 5-27-99 |

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at following location
Map attached.

# 55 - Fourmile Creek Behind C Hera

This work is included in the contract as referenced below:

| SIGNATURE | TITLE |
|---|---|
| Howard Halbert | C.E. |
| Frankie Arnold | COR |

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date ______

Ga. Bowhunters Supply Co
Contractor

By D. [signature]

Title Owner



FS-6300-12(10/83)




Site # 55 Behind C area

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

CONTRACT NUMBER: 53-4660-9-06

PROJECT: Beaver Control

NAME AND ADDRESS OF CONTRACTOR:
W. D. Hooker
GA. Bowhunters
5330 Columbia Rd
Grovetown GA. 30813

☒ WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

| WORK ORDER or NOTICE NO: | DATE ISSUED |
|---|---|
| 7 | 5-27-99 |

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at following location
Map attached.

# 55 - Fourmile Creek Behind C [illegible]

This work is included in the contract as referenced below:

| SIGNATURE | TITLE |
|---|---|
| Homer R. Gabard | C.O. |
| Frankie [illegible] | COR |

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date ______________

Ga. Bowhunters Supply Co.
Contractor

By [signature]

Title [illegible]




Site # 55 Behind C area

FS-6300-6 (10/90)

| DESIGNATION OF CONTRACTING OFFICER'S REPRESENTATIVE (COR) (REF. FSM 6309.11 and FSH 6309.32) | CONTRACT NO. 53-4660-9-06 | FILE CODE 6320 |
|---|---|---|
| | UNIT Savannah River Natural Resource Management & Research Institute | |
| TO: Frankie Brooks | PROJECT Beaver Trapping/Culvert Maintenance | |
| | CONTRACTOR GA Bowhunter Supply Co. | |

This is your designation as Contracting Officer's Representative to administer the above contract. Your major duties and responsibilities are contained in the Handbook of Contract Administration. You are delegated full authority under the contact except for the following actions which are reserved for the Contracting Officer:

1. Issue a Notice to Proceed to the Contractor.
2. Approve Change Orders and Amendments.
3. Take action to terminate the contract for default or Government convenience.
4. Make contract adjustments under the Differing Site Conditions clause.
5. Grant extensions of contract time.
6. Approve Assignment of Claims.
7. Make final decisions under the Disputes clause.
8. Make final acceptance under the contract.
9. Make final decisions under the Suspension of Work clause.
10. Make equitable adjustments.
11. Authorize change in amount of Payment Retention.
12. Approve subcontractors.
13. Approve payments.
14. Approve use and possession prior to completion.
15. Enforce the warranty provisions.

| CONTRACTING OFFICER'S NAME (Print or Type) | SIGNATURE | DATE |
|---|---|---|
| HOMER R. GABARD | Homer R. Gabard | 1/22/99 |

CC: CONTRACTOR, FOREST, TECHNICAL AND DIVISION, CONTRACT FILES.

| DESIGNATION OF CONTRACTING OFFICER'S REPRESENTATIVE (COR) (REF. FSM 6309.11 and FSH 6309.32) | CONTRACT NO. 53-4660-9-06 | FILE CODE 6320 |
|---|---|---|
| TO: TONA BERRET (In lieu of Frankie Brooks for period of 9/13/1999 to 9/25/1999 | UNIT Savannah River Institute | |
| | PROJECT Beaver Trapping | |
| | CONTRACTOR GA Bowhunter Supply | |

This is your designation as Contracting Officer's Representative to administer the above contra Your major duties and responsibilities are contained in the Handbook of Contract Administratio You are delegated full authority under tne contact except for the following actions which are reserved for the Contracting Officer:

1. Issue a Notice to Proceed to the Contractor.
2. Approve Change Orders and Amendments.
3. Take action to terminate the contract for default or Government convenience.
4. Make contract adjustments under the Differing Site Conditions clause.
5. Grant extensions of contract time.
6. Approve Assignment of Claims.
7. Make final decisions under the Disputes clause.
8. Make final acceptance under the contract.
9. Make final decisions under the Suspension of Work clause.
10. Make equitable adjustments.
11. Authorize change in amount of Payment Retention.
12. Approve subcontractors.
13. Approve payments.
14. Approve use and possession prior to completion.
15. Enforce the warranty provisions.

| CONTRACTING OFFICER'S NAME (Print or Type) | SIGNATURE | DATE |
|---|---|---|
| Homer R. Gabard | Homer R. Gabard | 9/2/99 |

CC: CONTRACTOR, FOREST, TECHNICAL AND DIVISION, CONTRACT FILES.

Received USFS-SR: 10/10/200

Homer Gabard,
Contracting Officer

10-1-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning this contract that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my Wild Hog Contract from 1998 #53-4660-8-04.

On 10-10-00 I have got to be in court for Chapter 13 hearing due to DOE not knowing what the contractors WSRC and USFS(SRI) are doing on SRS and WSRC not knowing what the USFS work consist of and the USFS not having a clue what WSRC work consist of.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill vegetation on the powerlines right of ways and also the type chemicals that were used during the spraying of the clear cuts to kill the hard woods in those areas by the USFS and any Sub-Contractors that worked for the USFS (SRI)at the SRS from 10/30/97 till 10-31-99.

I am requesting a copy of the chemicals that the USFS or Sub-Contractors used to kill the vegetation in the pine plantations on the SRS.

I'm also enclosing a Request for Equitable Adjustment for contract 53-4660-9-04 option period#2. Attached is a bill requesting payment (reciept #26978) for performing work out scope of the contract, Intimidation and Discrimation by WSRC/WSI and being lied to by the Goverment,for Contract Number 53-4660-~~9~~-04.
8 WDH

William D. Hooker
William D. Hooker
Owner GBS

Notarized by Nellie Beasley
Notary Public, Richmond County, Georgia
My Commission Expires Mar. 3, 2001

26978

CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 10/1/00

NAME William D. Harker

ADDRESS 5330 Columbia Road

CITY, STATE, ZIP Grovetown GA 30813

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Contract # | | |
| | 53-4660-8-04 | | |
| | Request for Equitable | | |
| | Adjustment in the | | |
| | Sum of $1,000,000,000.00 | | |
| | William D. Harker | | |
| | Notarized by Nellie Beasley | | |
| | Notary Public, Richmond County, Georgia | | |
| | My Commission Expires Mar. 3, 2001 | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

DC 5805

Received USFS-SR: 10/10/20

Homer Gabard,
Contracting Officer

10-1-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contracts from 1992 till Dec 31-1999 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

On 10-10-00 I have got to be in court for Chapter 13 hearing due to DOE not knowing what the contractors are doing on SRS and WSRC not knowing what the USFS work consist of and the USFS not having a clue what WSRC work consist of.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS.

I'm also enclosing a Request for Equitable Adjustment for contract 53-4660-9-06. Attached is a bill requesting payment (reciept #26980) for Equitable Ajustment for performing work out scope for the USFS, and Intimidation and Discrimation by WSRC and DOE for Contract Number 53-4660-9-06.

William D. Hooker

William D. Hooker
Owner GBS

Notarized by Nellie Beasley
Notary Public, Richmond County, Georgia
My Commission Expires Mar. 3, 2001

26980

CUSTOMER'S ORDER NO. DEPARTMENT DATE 10/1/00

NAME William D. Hooker

ADDRESS 5330 Columbia Road

CITY, STATE, ZIP Grovetown GA. 30813

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

QUAN. DESCRIPTION PRICE AMOUNT

Contract #

53-4660-9-06

Request for Equitable Adjustment in the Sum of $1,000,000,000.00

William D. Hooker

Notified by Nellie Beasley

Notary Public, Richmond County, Georgia
My Commission Expires Mar. 3, 2001

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

DC 5805

| USDA - FOREST SERVICE<br>CONTRACT RELEASE<br>(Reference FSH 6309.11) | TO: HOMER R. GABARD<br>CONTRACTING OFFICER |
|---|---|
| CONTRACT NUMBER:<br>53-4660-9-06 | UNIT: SAVANNAH RIVER NATURAL RESOURCE MANAGEMENT AND RESEARCH INSTITUTE |
| PROJECT :<br>BEAVER TRAPPING AND MAINTENANCE OF CULVERTS | |
| NAME AND ADDRESS OF CONTRACTOR | GA BOWHUNTER SUPPLY CO..<br>5330 COLUMBIA ROAD<br>GROVETOWN, GA 30813 |

In consideration of $216.00 the undersigned hereby releases the United States of America from any and all obligations arising under this contract and any modifications thereof except as reserved below.

Reservations: I WILLIAM DANNY HOOKER WILL NOT RELEASES THE UNITED STATES OF AMERICA FROM ANY AND ALL OBLIGATIONS ARISING UNDER THIS CONTRACT # 53-4660-9-06. I REQUEST EQUITABLE ADJUSTMENT FOR ALL WORK PERFORMED FROM THE START OF THIS CONTRACT TO THE END. I REQUEST THE UNITED STATES OF AMERICA COMPENSATE EACH PERSON THAT WORKED WITH GA. BOWHUNTERS SUPPLY CO. DURING THIS PERIOD OF TIME. I REQUEST THE UNITED STATES OF AMERICA PAY ME THE SUM OF $100,000,000.00 FOR THIS CONTRACT.

Date 9/29/00

Ga. Bowhunter Supply Co.
Contractor

By William D. Hooker SR

Title owner

Donna E Almon
NOTARY
NOTARY PUBLIC, RICHMOND CTY
MY COMMISSION EXPIRES 9/22/02

FS 6300 -16 (10/90)

Received USFS-SR: 10/22/2000

Homer Gabard,
Contracting Officer

10-23-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 1993 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS for 1993.

I'm also enclosing a Request for Equitable Adjustment for RFQ 36-93-08. Attached is a bill requesting payment reciept #18911 for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker

(PO 43-4660-3-0134 - Destroyed by NARA 1/95)

NOTARY

NOTARY PUBLIC, RICHMOND CTY
MY COMMISSION EXPIRES 9/22/02

# RECEIVING RECORD

18911

RECEIVED FROM William D. Hooker Sr.

ADDRESS 5330 Columbia Road Grovetown GA 30813

P.O. NO. OR RETURNED GOODS NO.

FREIGHT BILL NO.

VIA

| PREPAID | COLLECT | DATE |
|---|---|---|
| | | |

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | Request For Equitable |
| 4 | | Adjustment For |
| 5 | | RFQ 36-93-08 the |
| 6 | | sum of $10,000,000.00 |
| 7 | | |
| 8 | | |
| 9 | | William D. Hooker |
| 10 | | 10-23-00 |
| 11 | | |
| 12 | | |

REMARKS: CONDITION, ETC. Dennis E Almon
NOTARY

NOTARY PUBLIC, RICHMOND CTY
MY COMMISSION EXPIRES 9/22/02

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

DC 5089

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

Received USFS-SC: 10/30/2000 [illegible]
W[illegible]

Homer Gabard,
Contracting Officer

10-26-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 43-4660-9-0016 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS for 1998.

I'm also enclosing a Request for Equitable Adjustment for contract 43-4660-9-0016. Attached is a bill requesting payment (reciept #18916)for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker

William D. Hooker

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES
AUGUST 21, 2004

# RECEIVING RECORD

18916

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Rd Grovetown GA 30813

P.O. NO. OR RETURNED GOODS NO.

FREIGHT BILL NO.

VIA

PREPAID COLLECT DATE

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | Contract 43-4660-9-0016 |
| 2 | | |
| 3 | | REQUEST FOR EQUITABLE |
| 4 | | ADJUSTMENT IN SUM |
| 5 | | OF $10,000,000.00 |
| 6 | | |
| 7 | | |
| 8 | | W. D. Hooker [signature] |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

REMARKS: CONDITION, ETC.

[signature]

MY COMMISSION EXPIRES
AUGUST 21, 2004

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

-C 5089

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

Rec.ed USFS-SR: 10/30/2000

Homer Gabard,
Contracting Officer

10-26-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 53-4660-4-14 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause deatn or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I'm also enclosing a Request for Equitable Adjustment for contract 53-4660-4-14. Attached is a bill requesting payment (reciept #18917)for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker

MY COMMISSION EXPIRES
AUGUST 21, 2004

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

# RECEIVING RECORD

18917

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Road Grovetown GA 30813

| P.O. NO. OR RETURNED GOODS NO. | FREIGHT BILL NO. | | |
|---|---|---|---|
| VIA | PREPAID | COLLECT | DATE |

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | |
| 2 | | Contract # 53-4660-4-14 |
| 3 | | Request for Equitable |
| 4 | | Adjustment in the Sum |
| 5 | | of $ 10,000,000.00 |
| 6 | | |
| 7 | | W.D.H. [signature] |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

REMARKS: CONDITION, ETC. [signature]

DARRELL W. BYRD ★ NOTARY PUBLIC ★ RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES AUGUST 21, 2004

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

Received USFS-SR: 10/30/2000

Homer Gabard,
Contracting Officer

10-26-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 43-4660-5-0209 (1995) state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS for 1995.

I'm also enclosing a Request for Equitable Adjustment for contract 43-4660-5-0209. Attached is a bill requesting payment (reciept #18915) for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES
AUGUST 21, 2004

# RECEIVING RECORD

18915

RECEIVED FROM: William D. Hicker

ADDRESS: 5330 Columbia Rd Grovetown GA

P.O. NO. OR RETURNED GOODS NO.

FREIGHT BILL NO.

VIA | PREPAID | COLLECT | DATE

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 Contract # | | 43-4660-5-0209 |
| 2 | | Request for Equitable |
| 3 | | Adjustment in sum |
| 4 | | of $10,000,000.00 |
| 5 | | |
| 6 | | |
| 7 | | W. D. Hock [signature] |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | [signature] |

REMARKS: CONDITION, ETC.

MY COMMISSION EXPIRES AUGUST 21, 2004

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

DC 5089

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

Rec ind USFS-SR: 10/30/2000

Homer Gabard,
Contracting Officer

10-27-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning this contract that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my Wild Hog Contract from 1994 #53-4660-4-0415.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill vegetation on the powerlines right of ways and also the type chemicals that were used during the spraying of the clear cuts to kill the hard woods in those areas by the USFS and any Sub-Contractors that worked for the USFS (SRI)at the SRS for the year 1994.

I am requesting a copy of the chemicals that the USFS or Sub-Contractors used to kill the vegetation in the pine plantations on the SRS during 1994.

I'm also enclosing a Request for Equitable Adjustment for contract 53-4660-4-0415. Attached is a bill requesting payment (reciept #18918) for performing work out scope of the contract.

William D. Hooker
William D. Hooker
Owner GBS

(Should be 43-4662-4-0415)

MY COMMISSION EXPIRES
AUGUST 21, 2004

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

# RECEIVING RECORD

18918

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Rd Grovetown GA 30813

| P.O. NO. OR RETURNED GOODS NO. | FREIGHT BILL NO. | | |
|---|---|---|---|
| VIA | PREPAID | COLLECT | DATE |

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | Contract # 53-4660-4-0415 |
| 2 | | |
| 3 | | |
| 4 | | Request for Equitable |
| 5 | | Adjustment in the sum |
| 6 | | of $ 10,000,000.00 |
| 7 | | |
| 8 | | W. D. H[illegible] |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

REMARKS: CONDITION, ETC.

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

[signature]

MY COMMISSION EXPIRES AUGUST 21, 2004

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

Re ived USFS-SR: 10/30/200

Homer Gabard,
Contracting Officer

10-27-00

woH

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning this contract that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my Wild Hog Contract from 1997 #43-4660-8-0027.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill vegetation on the powerlines right of ways and also the type chemicals that were used during the spraying of the clear cuts to kill the hard woods in those areas by the USFS and any Sub-Contractors that worked for the USFS (SRI)at the SRS for the year 1997.

I am requesting a copy of the chemicals that the USFS or Sub-Contractors used to kill the vegetation in the pine plantations on the SRS during 1997.

I'm also enclosing a Request for Equitable Adjustment for contract 43-4660-8-0027. Attached is a bill requesting payment (reciept #18919) for performing work out scope of the contract.

William D. Hooker

William D. Hooker
Owner GBS

MY COMMISSION EXPIRES
AUGUST 21, 2004

DARRELL W. BYRD
NOTARY
PUBLIC
RICHMOND CO., GEORGIA

# RECEIVING RECORD

18919

RECEIVED FROM William D. Hooker

ADDRESS 5330 Columbia Road Grovetown GA 30813

P.O. NO. OR RETURNED GOODS NO.

FREIGHT BILL NO.

VIA

| PREPAID | COLLECT | DATE |
|---|---|---|
| | | |

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | |
| 2 | | Contract # 43-4660-8-0027 |
| 3 | | |
| 4 | | Request for Equitable |
| 5 | | adjustment in the |
| 6 | | sum of $10,100,000.00 |
| 7 | | |
| 8 | | W. D. H[illegible] |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

REMARKS: CONDITION, ETC.

[signature]

MY COMMISSION EXPIRES
AUGUST 21, 2004

DARRELL W. BYRD
NOTARY
PUBLIC
RICHMOND CO., GEORGIA

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

DC 5069

BE SURE TO MAKE THIS RECORD
ACCURATE AND COMPLETE

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-01-2002

Re: Claim for Contract 53-4660-8-04

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

This claim is filed for fraud and false that were stated on 6-30-1999 made on the attached letter dated 6-30-1999. Defamation of my business Ga. Bowhunters Supply Co., defamation of my name and injuring a person character and reputation.

I have included a receipt #18938 demanding payment minus $900.00 for those hog panels and gates to make hog traps out of per the contract # 53-4660-8-04. Reference attachments 1 through 10.

Thank You!

William Danny Hooker Sr.

William Danny Hooker Sr.

Notary Public

CARPII O. EDENFIELD NOTARY PUBLIC RICHMOND COUNTY, GA 2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-01-2002

Re: Claim # 3 for Beaver Contract 53-4660-9-06 (Four Mile Branch)

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

Fraud and False Statements

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such, as snakes and uncertain footing do exist.

1.) Following beaver sites have toxicological hazards that are associated with trapping beaver at SRS. See attachment #1

Four Mile Branch is not a normal environment due to being contaminated by metals and radionuclides from ground plumes. DOE is trying to achieve an 80% risk reduction to human health and the environment at the stream. See attachment #2

Four-Mile Branch is not a normal environment due to being contaminated by Tritium being released at location FM6 on road A13. See attachment #3

2.) Four Mile Branch is not a normal environment due to Tritium being above the EPA Drinking Water Standards of 20,000 pci/l. See attachment #4 and recipt #18940.

Please Note:

Federal/State OSHA in Columbia South Carolina has no jurisdiction except for 400 D power house and the 3 rivers Land Fill Department of Energy is responsibilities for everything else.

DOE never checked on us from 2-10-92 through 12-31-1999 and DOE Orders 5400.5 was not used by USFS/SRI. From everything I have read Tritium is part ALARA. I and anyone else that enter the water on SRS have the right to know what was and still is in the water and sediment!

I William Danny Hooker Sr. demand payment of $100,000,000.00 dollars for exposing me to toxicological hazards associated with Four Mile Branch without the proper permits, protective clothing, or equipment being surveyed by Rad OPS as stated on Work Clearance Permit signed shift manager Tim L. McCormick on 2-22-1999 at 1200.

Thank You!

William D. Hooker

CAROL O. EDENFIELD
NOTARY PUBLIC
RICHMOND COUNTY, GA
EXP. AUG. 10, 2002

Notary Public

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-08-2002

Re: Claim for Contract 53-4660-9-06 (Presentation to NIOSH on 3-20-2000 by USFS/SRI)

I certify that the claim is made in made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

This claim is filed for fraud and false statements that were stated on 3-20-2000 and made on the attached graph titled beavers trapped in 1999. Defamation of my business Ga. Bowhunters Supply Co., defamation of my name and injuring a person character and reputation.

I have included a receipt #107626 showing that 11 beavers were destroyed for the month of ending 11-30-1999 and deducted form the over payment.

I am demanding payment of $99,999.99 see attached receipt #18928. Please reference attachments 1 and 2.

Thank You,

William D. Hooker Sr.

William Danny Hooker Sr.

Notary Public

CARRIE O. EDENFIELD NOTARY PUBLIC RICHMOND COUNTY, GA. EXP. Aug. 16, 2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-08-2002

04-10-02A09:45 RCVD

Re: Claim for Beaver Contract 53-4660-9-06

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

**Fraud and False Statements**

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such, as snakes and uncertain footing do exist.

I have also took the liberty to send to you a copy for USFS/SRI records some of the completed research with a letter signed by Notary Public Carprll O. Edenfield Exp. Aug. 16, 2002 and by me William D. Hooker Sr. dated 4-8-02 there is 20 attachment the word normal is used in OPS-RMT-900200 page 3 of 10.

I cannot and will not make anyone fill in the blanks this ends my researching effective today a copy will be sent to each beaver trapper. Have a good day and good luck. Some of these employees suggest I try using Senator Max Clelands Office so I have tried twice on their behalf his letter is also attached in Attachment # 14 dated April 13-2002. Re: Claim for Beaver Contract while working for Ga. Bowhunters Supply Co. on property owned by the Department of Energy.

I have also included a Claim for myself concerning the Fraud and False Statement made during the NIOSH Presentation on 3-20-2000. The Claim is included in this certified letter. Receipt # 18928 demanding payment with a copy of receipt 107626 attachment (2).

U.S.P.S.
SIG. CONF. NO
23 01 0370 0000 3679 6010

SV

Thank You,

William D. Hooker

William D. Hooker Sr.
Date 04-08-02
Time 1400 hours

CC: Congressman Charlie Norwood's please add this to case #13033.

CARROLL O. EDENFIELD NOTARY PUBLIC RICHMOND COUNTY, GA. EXP. Aug. 16, 2002

Notary Public

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-08-2002

Re: Claim is for Beaver Contract 53-4660-9-06. What I spent researching for the men that worked for Ga. Bowhunters Supply Co. Inc.

I certify that the claim is made in good faith that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

From 3-24-2000 through 4-08-2002 research was done by me and Mr. Cromer. I am charging a flat fee $252,450.00 for researching something that other contracts have done in the past ~~been paid for 475,000 what I demanding contract Radiological Assessments Corporation "setting the standards in environmental health"~~. WDH

Man Hours spent on researching hours 1600 from 3-24-2000 through 12-31- 2000
Man Hours spent on researching hours 2040 from 1-01-2001 through 12-31- 2001
Man Hours spent on researching hours 0510 from 1-01-2002 through 04-08- 2002

Total hours 4150 man hours @ Hookers Plumping Co. rate per hour 55.00 per man hour. Hooker's Plumbing Co. License No. M-007197.

I William Danny Hooker Sr. demand payment of $252,450.00 for research work. See attached receipt #18949 demanding payment.

Thank You,
William D. Hooker Sr.
William D. Hooker Sr.

Notary Public

CARPII O. EDENFIELD NOTARY PUBLIC EXP. AUG 16, 2002 RICHMOND COUNTY, GA

Routing Number / Check Hooker's Plumbing Co Account # 142058
06 1103975

04-23-02A10:51 RCVD

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-08-2002

Re: 1.) Claim is for Beaver Contract 53-4660-9-06
USFS/SRI presentation to NIOSH on 3-20-2000 showing Beaver Site 47 on Turner Branch.

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

I William D. Hooker demand payment $99,999.99 for false statement made and shown on 3-20-2000 to NIOSH. Receipt # 18929

Thank You,

William D. Hooker Sr.

William D. Hooker Sr.

Notary public
Exp 8/16/05

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-08-2002

04-23-02A10:51 RC

Fraud and False Statements Beaver Contract for 1999 # 53-4660-9-06 during NIOSH visit on March 20,21,and 22 of the year 2000.

RE: SR2000-02-003 dated 10-30-2000 and Memorandum dated March 22-2000

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

1.) Beaver trapping started 2-10-1992 DOE should have included bioassay data on me for 1992, 1993 and 1994. Please note I worked for a Mr. Bill Barnes and he worked for Charles Nickels. The Bioassay for 1993 and 1994 had to be retaken. I was called in by Charles Nickels in 1994 and watch him open his day log and instruct me to retake bioassay. I personally called Bioassay employee and wanted know what was the problem was. Bioassay employee explained to me my uranium count was high for some reason and I explained I'm working in DWPF, which was a clean area at the time. Did not know about Tim's Branch and the tons of Uranium or Nickel 500 to 3000 times higher than a normal environment! Why didn't DOE go back to 1992, 1993, 1994 on bio assay samples? You have my permission to ask for the daily logs for both Mr. Bill Barnes and Charles Nickels both me are professionals and should have these daily logs filed.
2.) OPS-RMT-900200 I believe Bechtel Savannah River was the prime contractor at the time the results written by W.L. Mc. Dowell dated June 26-1990. So someone gave the author of SR2000-02-003 dated 10-30-2000 false statements.
3.) Memorandum does contain fraud and false statements NIOSH personnel could not properly evaluate Steed Pond on 3-21-2000 or 3-22-2000. Also DOE had MOU that was in place not allowing NIOSH to perform their duties per 42 C.F.R. 85 and 85a signed in 1996.

I William D. Hooker demand payment of $100,000,000.00 for the fraud and false statements made in these two (2) attachments by DOE-SR, Westinghouse Savannah River Company and Bechtel Savannah river personnel who conducted a review of data and procedures relevant to issue of potential radiological and chemical exposure. Please reference the Memorandum of Understanding between the U.S. Department of Energy and the U.S. Department of Health and Human Services

signed by Mr. Bill Richardson on March 30,2000 and Donna Shalala on September 18, 2000 effective 2001. See receipt #18923.

Thank You,

William D. Hooker Sr.

wsod
~~26~~ 25 wsod
4-~~08~~-2002

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

04-26-02P01:26 RCVD

Re: Claim for all contracts that I have held from 2-10-1992 through 12-31-1999 that I was issued government radio's. This claim is for charging government issued radio's at my person resident and rental fee for using my outlet.

I certify that the claim is made in made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

From 2-10-1999 issued 1st radio through 12-31-1999 turned in to USFS.
2920 days or 70,080 hours that a government radio was being charges at my personal resident with electric I paid for!

Please Note:

United States Forest Service would not even allow me to put 5 pounds of air in tire that was loaded with feral swine that came from hazardous waste sites at the USFS cooler that had been load with dead hogs prior to contract being ending in 1999 due to government needing to change the language in the contract. Others were present and these bidders followed me along with a USFS Inspector to see where the dead animals were dumped year 1999.

I have included a receipt #~~18932~~ #18924 wsod for charging the USFS/SRI for at least one of the 5 radio's issued to me. Charge $1.00 day for charging the radio battery and also include a charge for using my outlet at my home to pug in the governments charger so it will charge the battery of $33.25 cents per day rental fee.

I demand payment of $99,999.99.

Thank You,

William D. Hooker Sr.
William Danny Hooker Sr.

CARPII O. EDENFIELD NOTARY PUBLIC EXP. Aug 16, 2002 RICHMOND COUNTY, GA.

Notary Public

United States Department of Agriculture | Forest Service | Savannah River | P.O. Box 700 New Ellenton, SC 29809

**File Code:** 6320
**Route To:**
**Date:** July 29, 2002

**Subject:** Requests for Equitable Adjustment for Wild Hog Control and Beaver Control Contracts

**To:** William D. Hooker
5330 Columbia Road
Grovetown, GA 30813

RECEIVED AUG 1 2002 OGC

CERTIFIED – RETURN RECEIPT REQUESTED

This letter is in response to eight Requests for Equitable Adjustment received from you that are dated between October 1, 2000, and October 27, 2000 and an additional seven dated between April 1 and April 15, 2002. A summary of the Requests for Equitable Adjustment is shown below:

| Contract or Solicitation No. | Description | Amount Requested |
|---|---|---|
| 36-93-08 | | |
| 43-4660-3-0134 | Beaver Control | $ 10,000,000.00 |
| 53-4660-4-14 | Wild Hog Control | $ 10,000,000.00 |
| 53-4660-4-0415(no such Contract No.) | | |
| *43-4660-4-0415 (correct number) | Wild Hog Control | $ 10,000,000.00 |
| *43-4660-5-0209 | Wild Hog Control | $ 10,000,000.00 |
| 53-4660-8-04 | Wild Hog Control | $1,000,000,000.00 |
| **43-4660-8-0027 | Wild Hog Control | $ 10,000,000.00 |
| 53-4660-9-06 | Beaver Control/ Culvert Maintenance | $1,000,000,000.00 |
| **43-4660-9-0016 | Wild Hog Control | $ 10,000,000.00 |
| All contracts 1992-1999 | Wild Hog/Beaver Control | $ 99,999.99 |
| 53-4660-9-06 | Beaver Control/ Culvert Maintenance | $ 100,000,000.00 |
| 53-4660-9-06 | Beaver Control/ Culvert Maintenance | $ 99,999.99 |
| 53-4660-9-06 | Beaver Control/ Culvert Maintenance | $ 252,450.00 |
| 53-4660-9-06 | Beaver Control/ Culvert Maintenance | $ 99,999.99 |
| 53-4660-9-06 | Beaver Control/ Culvert Maintenance | $ 100,000,000.00 |
| 53-4660-9-06 | Beaver Control/ Culvert Maintenance | $ 9,999,100.00 |

* These are Task Orders for Contract 53-4660-4-14.
** These are Task Orders for Contract 53-4660-8-04.





Printed on Recycled Paper

Z. Co Decision

Since four of your Requests for Equitable Adjustment are for task orders issued for contracts for which you have also submitted Requests for Equitable Adjustment, I will not consider those four Requests.

All of the remaining contracts were awarded to your company, GA Bowhunters Supply, as a result of competitive negotiation procedures with the exception of small purchase contract 43-4660-3-0134 which was awarded to your company as a result of small purchase competitive procedures.

Although it is not entirely clear as to the basis for your Requests for Equitable Adjustment, it appears that the Requests for Equitable Adjustment are submitted because you claim exposure to toxic chemicals while performing work on the four contracts. Your Request for Equitable Adjustment for Contract 53-4660-8-04 also alleges that you were required to work outside the scope of that contract although you do not give details of what work you performed on this contract that you consider to be outside the scope of the contract.

You state in your Requests for Equitable Adjustment that there was a provision in most if not all of these contracts that stated "Safety – No toxocological hazards are associated with trapping beavers at SRS; however, normal environmental and physical hazards, such as, snakes and uncertain footing do exist".

For the Requests for Equitable Adjustment submitted in October, 2000, it appears that you are alleging a Breach of Contract by the Government in that you believe that you were in fact exposed to toxocological chemicals during the performance of the contracts. However, in a report (copy enclosed) addressed to you dated December 27, 2000, from the National Institute for Occupational Safety and Health, NIOSH, it is stated that "based on the available environmental data and our medical findings, we conclude that beaver and pig trapping at SRS has not been associated with harmful exposure to radioactive or toxic environmental contaminants."

Both you and some of your former employees who worked on the contracts participated in the NIOSH investigation.

The findings of the NIOSH investigation substantiates the contract provision that "no toxicological hazards are associated with trapping beavers at SRS."

All areas that you were directed to enter through task orders issued for the above listed contracts were safe and SRS procedures for entry to the areas were followed. You voluntarily trapped beaver at four sites in Four Mile Branch with possible contaminents after being told by the COR and Inspector that you could refuse to trap those four sites. A work clearance permit was issued for these four sites and you and your personnel were monitored by Site Health Protection personnel before entering the sites each time and upon leaving the sites each time. In fact you were allowed to use snares at these four sites so you would not have had to enter the water at these four sites. To my knowledge Health Protection personnel never found any contamination of you, your employees, or any equipment or personal protective equipment when you were trapping these sites. You were never directed by the Contracting Officer, the COR, nor any of the Inspectors for the Beaver Control contracts to go to and trap in Steed Pond.

There was no breach of contract by the Government because as stated in the NIOSH report neither you nor your employees encountered harmful exposure to radioactive or toxic environmental contaminents while working on the beaver and hog control contracts.

Regarding your Request for Equitable Adjustment for electricity and rental of an electrical outlet at your residence to charge a Government furnished hand held radio, the radio and charger were provided to you by the Forest Service for your convenience. All of the contracts required you to have a means of communication with you at all times when you were working on the contracts at SRS. By providing the radio and charger the Forest Service made it possible for you to meet this contractual requirement at no charge to you. Also, by providing both the radio and the charger to you, you did not have to go to the Forest Service Dispatch office to obtain a hand held radio each day and to return the radio prior to leaving SRS each day that you worked on the contracts. The Government did not receive any benefit from allowing you to keep a hand held radio and charger while working on the contracts. In fact you were the only party who benefited from allowing you to keep a hand held radio and charger, therefore you would not be entitled to any compensation for keeping the radio charged.

Regarding your Request for Equitable Adjustment for fraud and false statements that you allege were made in DOE letter dated October 30, 2000, signed by Dianne Saylor, and a memorandum dated March 22, 2000, from Dianne Saylor reference the NIOSH Site Visit, fraud was not committed and false statements were not made in either document. Your Request for Equitable Adjustment discusses Bioassay information for you prior to 1995 not being discussed in the letter dated October 30, 2000. The letter makes no representation concerning Bioassay data for you prior to 1995 or after 2000. It is not clear what you consider to be fraudulent or false about the March 22, 2000, memorandum. This memorandum appears to summarize events during the NIOSH Site Visit, March 20-22, 2000. A Memorandum of Understanding (MOU) cannot limit an agency's requirements to conduct investigations, etc. under certain statutory guidelines. Both of these documents concern a complaint that you had filed through the DOE Employee Concern Program and would not be considered contractual matters because the Employee Concern complaint is outside the scope of your contracts with the Forest Service. Also, some of the Employee Concern issues involved your employment with Westinghouse Savannah River which is clearly outside the scope of your contracts with the Forest Service.

Regarding your Request for Equitable Adjustment for a false statement made at a presentation to NIOSH on March 20, there is not sufficient information provided by you to understand what statement(s) made during the presentation that you consider false.

Your Request for Equitable Adjustment for your time and Mr.Cromer's time and preparing the Requests for Equitable Adjustment is denied in its entirety because time spent preparing Requests for Equitable Adjustment is normally not compensable.

Concerning your Request for Equitable Adjustment for fraud and false statements because of the contract language that states "no toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such as snakes and uncertain footing", as stated previously in this letter the NIOSH investigation substantiates this statement in the contract. Therefore, fraud was not committed by any Forest Service personnel and false statements were not made by any Forest Service personnel. Also, in the same Request for Equitable Adjustment you state that a false statement was made and fraud was committed during

the presentation to NIOSH on March 20, 2000, in that a bar graph showed that no beaver were trapped in November, 1999, and you have submitted a copy of an invoice for eleven beaver that you submitted to the Forest Service on/or about November 30, 1999. There was no intentional misrepresentation made with this bar graph, but a mistake was made either in the data provided for the bar graph or in the preparation of the bar graph. This mistake did not impact the NIOSH investigation in any way and the correct information is available in the contract file. Again, fraud was not committed by any Forest Service personnel and false statements were not made by any Forest Service personnel.

Your Request for Equitable Adjustment concerning toxocological hazards in Four-Mile Branch and alleged fraud and false statements in contract 53-4660-9-06 due to the statement in the contract concerning no toxocological hazards is not substantiated by the NIOSH investigation. Again the NIOSH investigation substantiates the contract statement concerning no toxocological hazards , so fraud was not committed by any Forest Service personnel and false statement(s) were not made by any Forest Service personnel.

Once again your allegations of fraud, false statements, and defamation of your company due to a June 30, 1999, letter signed by me and discussed in a meeting on June 30, 1999, when the letter was given to you are not substantiated by the facts stated in the letter nor by an investigation conducted by Wackenhut Services, Inc. The Wackenhut investigator cleared you of any involvement in the situations discussed in the letter and your contract 53-4660-8-04 for Wild Hog Control was not terminated. The letter was distributed to you, Wackenhut, Beth LeMaster, Frankie Brooks, and Bill Jarvis and was not released to the public or anyone other than those named. The letter does not contain any false statements and fraud was not committed by me with the issuance of the letter. Your company's reputation was not defamed in any way.

Therefore, it is the decision of the Contracting Officer that William D. Hooker has no valid claim against any of the four contracts. Mr. Hooker's Requests for Equitable Adjustment (claim) are denied in their entirety.

This is the final decision of the Contracting Officer. This decision may be appealed to the Board of Contract Appeals, Room 2912, South Building, U.S. Department of Agriculture, Washington, DC 20013. If you decide to make such an appeal you must mail or otherwise furnish written notice thereof to the Board of Contract Appeals within ninety (90) days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended should reference this decision and identify the contracts by number. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the U.S. Court of Claims within twelve (12) months of the date you receive this decision.

If you appeal to the Board of Contract Appeals, you may solely at your election proceed under the Board's small claims procedure for claims of $10,000 or less or its accelerated procedures for claims of $50,000 or less.

Homer R. Gabard

HOMER R. GABARD
Contracting Officer

Enclosure (1)

Cc: Mark Simpson, USDA, OGC
Mel Booker, R8,P&P
Dave Wilson, Forest Manager
Lucy Knowles, DOE
Tony Towns, DOE