# In The United States Court of Federal Claims

No. 03-1501C

(Filed: May 17, 2005)

---

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

An oral argument on defendant's motion to dismiss will be held in this case on Friday, July 29, 2005, at 2:00 p.m (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge