# In The United States Court of Federal Claims

No. 03-1501C

(Filed: July 26, 2005)

---

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

The oral argument on defendant's motion to dismiss previously scheduled for 2:00 p.m. on Friday, July 29, 2005, at the National Courts Building, 717 Madison Pl. NW, Washington, DC 20005, will instead take place at 1:00 p.m. on that day. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge