IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Nos. 03-1501C and 04-1126C<br>(Judge Allegra) |

JOINT STATUS REPORT

Pursuant to the Court's order given from the bench during the July 29, 2005 oral argument on defendant's partial motion to dismiss, the parties submit this joint status report to notify the Court of their proposed discovery plan. The parties propose the following schedule:

| | |
|---|---|
| Close of fact discovery | December 15, 2005 |
| Plaintiff's expert report | January 20, 2006 |
| Defendant's expert report | February 20, 2006 |
| Expert depositions | March 20, 2006 |
| Trial | Not before April 1, 2006 |

Defendant anticipates filing a motion for summary judgment after the close of discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/Berta E. Nichols
BERTA E. NICHOLS
Post Office Box 7925
Hilton Head Isl., SC 29938
Tel (843) 686-5884
Fax (843) 842-3933

Attorney for Plaintiff
Dated: August 15, 2005

s/ Lindsay E. Williams
LINDSAY E. WILLIAMS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-7995
Fax. (202) 514-8624

Attorneys for Defendant
Dated: August 15, 2005