# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: October 3, 2005)

---

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 15, 2005, the parties filed a joint status report setting forth a proposed discovery schedule with the court. This motion is hereby **GRANTED**. Accordingly,

1. On or before December 15, 2005, fact discovery will close.

2. On or before January 20, 2006, plaintiff shall file an its expert witness report.

3. On or before February 20, 2006, defendant shall file its expert witness report.

4. On or before March 20, 2006, any expert witness depositions shall take place.

5. On March 31, 2006, expert discovery will close.

6. On or before April 15, 2006, the parties shall file a joint status report with the court indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge