IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Nos. 03-1501C, 04-1126C<br>(Judge Allegra) |

JOINT MOTION FOR AN
ENLARGEMENT OF TIME WITHIN WHICH TO CONDUCT DISCOVERY

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a 30-day enlargement of time, to and including January 16, 2005, within which to conduct fact discovery in this case. Pursuant to this Court's order of October 3, 2005, fact discovery is scheduled to end December 15, 2005. This is the parties' first request for an enlargement of time for this purpose.

The Government received plaintiff's discovery requests October 17, 2005. Plaintiff received defendant's requests on October 31, 2005. The parties have agreed to provide discovery responses no later than December 5, 2005. Additionally, the parties intend to conduct depositions the week of December 5-9, 2005. Thus, the additional time is necessary to allow sufficient time for the parties to review discovery responses, as well as deposition testimony to determine how best to proceed in this case.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion for an enlargement of time.

Respectfully submitted,

s/Berta E. Nichols
BERTA E. NICHOLS
P.O. Box 7925
Hilton Head Island, SC 29938
Phone: (843) 686-5884
Fax: (843) 842-3933

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Phone: (202) 353-7995
Fax: (202) 514-8624

November 23, 2005

Counsel for Defendant