# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: November 28, 2005)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 23, 2005, the parties filed a joint motion for an enlargement of time within which to conduct discovery. This motion is hereby **GRANTED**. Accordingly,

1. On or before January 17, 2006, fact discovery will close.

2. On or before February 21, 2006, plaintiff shall file its expert witness report.

3. On or before March 22, 2006, defendant shall file its expert witness report.

4. On or before April 21, 2006, any expert witness depositions shall take place.

5. On May 1, 2006, expert discovery will close.

6. On or before May 15, 2006, the parties shall file a joint status report with the court indicating how this case should proceed. This report shall contain a proposed schedule for the filing of dispositive motions, if appropriate, or alternatively, a proposed schedule of pre-trial filings pursuant to Appendix A of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge