IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER,d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff<br>Vs<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1501C, 04-1126<br>Judge Allegra |

**RESPONSE TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO CONDUCT DISCOVERY**

Now comes Plaintiff, through his undersigned attorney, and responds to Defendant's motion as follows:

Plaintiff does not oppose a thirty day enlargement of time, thus allowing the parties to fully respond to their separate discovery requests. Defendant has held open its deposition of the Plaintiff and it appears this deposition could be accomplished in thirty days, rather than sixty days as requested.

Respectfully submitted,

s/Berta E. (Robbie) Nichols
Law Office of Robbie M. Nichols
206 Carolina Bldg., P.O. Box 7925
Hilton Head Isl., South Carolina 29938
(843) 686-5884
Attorney for Plaintiff

January 30, 2005