# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: February 2, 2006)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 13, 2006, defendant filed a motion for an enlargement of time within which to conduct discovery. Plaintiff filed its response on January 30, 2006. This motion is hereby **GRANTED**. Accordingly,

1. On or before March 30, 2006, all fact discovery shall be completed.

2. On or before April 27, 2006, plaintiff shall file its expert witness report.

3. On or before May 25, 2006, defendant shall file its expert witness report.

4. On or before June 22, 2006, all expert witness depositions shall be completed.

5. On July 6, 2006, all expert discovery shall be completed.

6. On or before July 20, 2006, the parties shall file a joint status report with the court indicating how this case should proceed. This report shall contain a proposed schedule for the filing of dispositive motions, if appropriate, or alternatively, a proposed schedule of pre-trial filings pursuant to Appendix A of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge