# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: February 22, 2006)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic hearing on defendant's motion to compel discovery will be held on Tuesday, February 28, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled hearing time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge