# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: February 28, 2006)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 20, 2006, defendant filed a motion to compel discovery. On February 6, 2006, plaintiff filed its response to that motion, and on February 15, 2006, defendant filed its reply to that response.

On February 28, 2006, the court held a hearing on defendant's motion to compel discovery. Participating for plaintiff was Berta Nicols; participating for defendant was Lindsay Williams. Based upon the discussions that took place during the argument:

1. On or before March 10, 2006, plaintiff shall propound a revised version of its Interrogatory No. 20, regarding "contaminated areas."

2. On or before April 7, 2006, written discovery shall be completed. Specifically, plaintiff shall provide specific and complete responses to Defendant's Interrogatories Nos. 7, 8, 9, 14, 15, 20, 26, 27, 28, 29, 30. Defendant shall respond to plaintiff's Interrogatory No. 11 and 12 (regarding the wild hog control policy), plaintiff's revised Interrogatory No. 20, and provide to plaintiff photographs taken on the December 8 site visit of the Savannah River Site.

3. On or before May 5, 2006, all fact discovery, inclusive of depositions, shall be completed.

4. On or before June 2, 2006, defendant shall file its expert witness report.

5. On or before June 30, 2006, plaintiff shall file its expert witness report (if necessary).

6. On or before July 28, 2006, all expert witness depositions shall be completed.

7. On August 11, 2006, all expert discovery shall be completed.

8. Prior to August 25, 2006, the parties shall have at least one discussion regarding settlement of this matter.

9. On or before August 25, 2006, the parties shall file a joint status report indicating how this case should proceed. This report shall contain a proposed schedule for the filing of dispositive motions, if appropriate, or alternatively, a proposed schedule of pre-trial filings pursuant to Appendix A of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge