IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WILLIAM D. HOOKER, d/b/a, GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 03-1501C, 04-1126C (Judge Allegra)

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE FACT DEPOSITIONS**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of 87 days, from May 5, 2006, through and including July 31, 2006, for the parties to complete fact depositions in this case. This is our third request for an enlargement of time related to discovery. The deadline to complete fact discovery in this case has been extended a total of 141 days. Plaintiff's counsel does not oppose this motion.

Pursuant to this Court's February 28, 2006 order resulting from our motion to compel, the Court directed that all written discovery was to be completed by April 7, 2006 and that all fact discovery, including depositions, was to be completed by May 5, 2006. Based upon plaintiff's April 5, 2006 supplemental responses to our first set of interrogatories and requests for production of documents, the Government intends to conduct additional depositions and/or complete depositions previously

begun.[1] It is our understanding that plaintiff may wish to conduct additional depositions as well.

Additional time is needed to complete the depositions. This case recently was reassigned to undersigned counsel of record for the Government. Counsel needs time to become familiar with the relevant facts and legal issues and to prepare for depositions, which will require travel to Georgia or South Carolina.

In addition, counsel is responsible for the following cases, among others, that will require his attention in the coming weeks: (1) Stone v. Department of Veterans Affairs, Fed. Cir. No. 06-7069 (Government's brief due May 12, 2006); (2) Lee v. United States, CIT No. 05-191 (initial disclosures due May 15, 2006); (3) Doe v. United States, Fed. Cl. No. 04-370C (Government's response to plaintiff's motion for leave to file amended complaint due May 18, 2006); (4) John Snow, Inc. v. United States, Fed. Cl. No. 06-97C (response to complaint due June 6, 2006); (5) Oak Environmental Consultants, Inc. v. United States, Fed. Cl. No. 06-113C (response to complaint due June 21, 2006); (5) China Processed Food Import & Export Co. v. United States, CIT No. 04-503 (Government's supplemental response brief due July 19, 2006). Counsel is responsible for numerous other matters as well.

---

[1] The Government has requested that plaintiff provide certifications for its recently-served supplemental interrogatory responses. Plaintiff has agreed to do so and the Government has agreed to provide certifications as well, to the extent necessary.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant the Government an enlargement of time, through and including July 31, 2006, for the parties to complete fact depositions.[2]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Todd M. Hughes*

TODD M. HUGHES
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

April 27, 2006

---

[2] This Court's February 28, 2006 order contains a number of other deadlines. Defendant's counsel intends to discuss those deadlines, along with how this case should proceed, with plaintiff's counsel, in the coming weeks. For instance, the Government has raised the possibility of deferring the hiring experts until after dispositive motions, if any, are filed. The Government likely will be filing an additional motion regarding the other deadlines within the next few weeks.

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 27th day of April 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE FACT DEPOSITIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder