# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: May 1, 2006)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 27, 2006, defendant filed an unopposed motion for enlargement of time to complete fact depositions. The motion is hereby **GRANTED** in part**, DENIED,** in part. Accordingly, the court adopts the following revised schedule:

1. On or before June 5, 2006, all fact discovery, inclusive of depositions, shall be completed. **No further enlargements of time will be granted as to this deadline.**

2. On or before July 5, 2006, defendant shall file its expert witness report.

3. On or before July 31, 2006, plaintiff shall file its expert witness report (if necessary).

4. On or before September 11, 2006, all expert witness depositions shall be completed.

5. On September 11, 2006, all expert discovery shall be completed.

6. Prior to September 25, 2006, the parties shall have at least one discussion regarding settlement of this matter.

7. On or before September 25, 2006, the parties shall file a joint status report indicating how this case should proceed. This report shall contain a proposed schedule for the filing of dispositive motions, if appropriate, or alternatively, a

proposed schedule of pre-trial filings pursuant to Appendix A of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge