IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a, GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiffs, | ) | Nos. 03-1501C, 04-1126C |
| v. | ) | |
| THE UNITED STATES, | ) | (Judge Allegra) |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR A STAY OF EXPERT DISCOVERY**

Pursuant to Rule 26(a)(2)(C) of the Rules of the United States Court of Federal Claims, the defendant respectfully requests that the Court stay the deadlines for filing expert witness reports and for the completion of expert discovery pending the filing and resolution of dispositive motions. The plaintiff has no objection to this motion. The defendant is currently working upon a dispositive motion which it intends to file on or before August 23, 2006.

Pursuant to this Court's order of May 1, 2006, the Court instructed the defendant to file its expert witness report on or before July 5, 2006. Plaintiff's expert witness report, if necessary, is due on or before July 31, 2006. The Court also ordered that expert discovery be completed on or before September 11, 2006. The Court further instructed the parties to file a joint status report containing a proposed schedule for the filing of dispositive motions on or before September 25, 2006.

The parties have completed all fact discovery. The government believes that some or all of the claims in this case can be resolved by dispositive motion without the need to retain independent experts. The parties agree that a stay of expert reports and expert discovery is the most efficient manner in which to proceed.

Resolution of plaintiffs' claims through dispositive motions obviate the need for the parties to retain and depose expert witnesses. Further, even if the motions resolve only some of the claims, this likely would reduce the scope of any expert testimony. Thus, staying the deadlines to file expert witness reports and complete related expert discovery may reduce the overall costs and the length of this litigation. Specifically, the parties may avoid paying a retainer to experts that they ultimately do not need and the parties also may avoid the substantial costs associated with expert discovery.

**CONCLUSION**

Accordingly, the defendant respectfully requests that the Court stay the deadlines for the filing expert reports and the completion of expert discovery until after the resolution of dispositive motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Todd M. Hughes*

TODD M. HUGHES
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

June 23, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 23rd day of June 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR A STAY OF EXPERT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder