IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a, GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 03-1501C, 04-1126C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of 34 days, from July 28, 2006, through and including August 31, 2006, for the Government to file its motion for summary judgment, including its response to plaintiff's anticipated summary judgment motion. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that she does not oppose this motion.

Pursuant to RCFC 7.2(e), where a party files a cross-motion, it must be included in the same document as the party's response to the original motion. It was the intention of the Government to file its motion for summary judgment on or before July 28, 2006. However, in preparing the Government's motion, undersigned counsel of record realized that a brief enlargement of time (six days) was needed. In a telephone conference earlier this week to discuss the proposed enlargement, plaintiff's counsel indicated that she intended to file a summary judgment motion upon behalf

of plaintiff by July 28, 2006. Unfortunately, it had been the Government's erroneous assumption that plaintiff would not be filing such motion.

The Government's request for an enlargement of time will enable it to include its dispositive motion in the same document as its opposition to plaintiff's motion. This is consistent with the RCFC 7.2(e) and the most efficient way to proceed. Specifically, if the Government were to file its dispositive motion now, and its response to plaintiff's motion on August 28, 2006 (when it would be due, assuming plaintiff files its dispositive motion on July 28), the Government likely would have to file a separate reply. Further, plaintiff might also have to file a separate reply. Therefore, the Government respectfully requests an enlargement of time of 34 days, through and including August 31, 2006, to file its dispositive motion, including its response to plaintiff's anticipated motion.

In the alternative, if the Court should decide that the manner suggested above is not the best way to proceed, the Government respectfully requests leave to file its dispositive motion on or before August 3, 2006, and that it also be granted leave <u>not</u> to include its response to plaintiff's motion in the same document, as required by RCFC 7.2(e). We have worked diligently upon our dispositive motion, and have prepared drafts of our brief and related filings. However, counsel for the Government still must make further revisions, submit the motion

for internal review, make any further changes that may be required as a result, and prepare the motion and supporting papers for electronic filing. In addition, counsel is responsible for other matters that have required his attention or will require his attention, including, Nguyen v. United States, CIT No. 06-138 (Government's motion to dismiss expected to be filed July 28, 2006). Therefore, if the Court does not permit us to file a consolidated cross-motion and opposition, as described above, we would still require a brief enlargement of time to file our summary judgment motion.

## CONCLUSION

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant the Government an enlargement of time, through and including August 31, 2006, for the Government to file its cross-motion for summary judgment, including its response to plaintiff's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Todd M. Hughes*

TODD M. HUGHES
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

July 27, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 27th day of July 2006, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder