IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WILLIAM D. HOOKER,d/b/a )
GEORGIA BOWHUNTERS SUPPLY, )
)
Plaintiff )
Vs ) No. 03-1501C, 04-1126
) Judge Allegra
THE UNITED STATES, )
)
Defendant. )
)

LIST OF ATTACHMENTS

1. Exhibit A: Contract No. 53-4660-8-04 Wild Hog Control
2. Exhibit B: Deposition of William D. Hooker taken December 8, 2005
3. Exhibit C: Contract No. 53-4660-9-06 Beaver Trapping and Maintenance of Culvert Inlets and Outlets
4. Exhibit D: Purchase Order for Beaver Contract No. 53-4660-9-06
5. Exhibit E: Deposition of Frankie Brooks
6. Exhibit F: Deposition of William D. Hooker taken June 2, 2006
7. Exhibit G: Deposition of Homer Gabard
8. Exhibit H: Deposition of John Andrew (Andy) Cromer III
9. Exhibit I: Work Clearance Permit
10. Exhibit J: Contract Daily Diaries of Frankie Brooks, dated 5/21/99 and 5/27/99
11. Exhibit K: Westinghouse Savannah River Company document dated 2/23/98 entitled "RWI or RWII"
12. Exhibit L: Letter from Lawrence F. Mazzuckelli, Department of Health and Human Services, to William D. Hooker (The NIOSH Report)
13. Exhibit M: Deposition of Margaret Yeaton
14. Exhibit N: List of Beaver Trapping Sites with Notations as to Whether Site had Radiological Posting
15. Exhibit O: Document G-0994 List of Beavers Trapped in 1999 (Defs. Exh. 6, June 2, 2006 depositions)
16. Exhibit P: Deposition of David Sanders
17. Exhibit Q: Lists of Beaver Trapped by Month and Site Trapped for 1999
18. Exhibit R: Weather records for July, August, September, October, 1999
19. Exhibit S: Summary of Call signed by Homer Gabard
20. Exhibit T: Letter to William D. Hooker from Homer Gabard dated June 30, 1999
21. Exhibit U: Letters from Goldman Eller to Dave Wilson; from Goldman Eller to Homer Gabard; and from Michael Eller to Homer Gabard
22. Exhibit V: Resume of James Reid Boylston, IV with note dated 8/26/99 from Homer Gabard
23. Exhibit W: Amendment of Solicitation for RFP 369909
24. Exhibit X: Letter from Homer Gabard to W. D. Hooker dated November 24, 1999

25. Exhibit Y: Letter from W. D. Hooker to Homer Gabard dated 2/2/00
26. Exhibit Z: Response to Request for Equitable Adjustment, Contract #53-4660-9-04
27. Exhibit AA: Specifications for RFQ EAZ-33-03-2012-RFQ