# EXHIBIT D

## Purchase Order for Beaver Contract No. 53-4660-9-06

FOR AGENCY USE ONLY

UNITED STATES DEPARTMENT OF AGRICULTURE
PURCHASE ORDER

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 1 OF 1 | 4660 | 53-4660-9-06 | 29-JAN-1999 | 22 | 36 | TT | 43-4660-9-0108 | |

| TYPE PURCHASE | P = PURCHASE ORDER D = DELIVERY | BILLED VIA OPAC | VENDOR TYPE | FORM 1099 | TAXPAYER'S IDENT. NO. |
|---|---|---|---|---|---|
| D | | | | Y | 58-2135211 |

TO:
GA BOWHUNTER SUPPLY
5330 COLUMBIA ROAD

FFIS VID NUMBER
GROVETOWN GA US 30813
PHONE EXT
FAX EXT
EMAIL-ADDRESS

SHIP TO

CONSIGNEE
Forest Service - Savannah River Institute
1-mile inside Aiken Barricade, SRS
Aiken SC 29802
PHONE 803-725-0239 EXT
FAX 803-725-1807 EXT
BUILDING

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01 | | Item No. 01 Trap beaver in accordance with the specifications. | 2540 | 01 | 700.000 | EA | $45.0000 | $31,500.00 |
| 02 | | Item No. 02 Maintain culvert outlets and inlets in accordance with the specifications. | 2540 | 01 | 1,100.000 | HR | $18.0000 | $19,800.00 |

ALL WORK SHALL BE DONE IN ACCORDANCE WITH THE CONTRACT AND ENCLOSED WORK ORDER.

CONTRACT TIME IS 2/01/99 TO 12/31/99.

| FOB POINT | DISCOUNT AND/OR NET PAYMENT TERMS (DAYS / DAYS / DAYS) | NET | TYPE COMMODITY PAYMENT CODE | |
|---|---|---|---|---|
| DESTINATION | | 30 | O | Sub-TotaL $51,300.00 |
| REQUIRED DELIVERY DATE: 12/31/1999 | SHIP VIA | | ESTIMATED FREIGHT | TOTAL $51,300.00 |

ACCOUNTING CLASSIFICATION

| ACC LINE | A | B | C | D | E | DIST. % | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | | Override: | TT36 | | 002944 | 00 | $51,300.00 |

ISSUING OFFICE
Forest Service-Savannah River Institute
POB 700

New Ellenton SC 29809
PHONE EXT
FAX EXT
BUILDING
PRINTED BY

ORDERED BY ( NAME AND TITLE)
Homer Gabard
Contracting Officer
PHONE 803-725-0239 EXT
FAX 803-725-1807 EXT
AUTHORIZED SIGNATURE Homer R Gabard

PTS VERSION(10/1998)

NFC/FILE COPY

01/29/1999

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

CONTRACT NUMBER: 53-4660-9-06

PROJECT: Beaver Trapping

NAME AND ADDRESS OF CONTRACTOR: Ga. Bowhunter Supply Co. W. D. Hooker, 5330 Columbia Rd. Grovetown, Ga. 30813

☒ WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

WORK ORDER or NOTICE NO: 1

DATE ISSUED: Feb. 1, 1999

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at sites 1 → 53 as directed by COR,

700 Beaver
1100 Hours Culvert Maintenance

This work is included in the contract as referenced below:

SIGNATURE: Homer R. Hubbard / Frankie S. Brooks

TITLE: C.O. / COR

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ____ COPIES SIGNED IN THE SPACE BELOW:

Date 1-27-99

Ga. Bowhunter Supply Co.
Contractor

By W. D. Hooker

Title Owner

FS-6300-12(10/83)

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

CONTRACT NUMBER: 53-4660-9-06 ~~43-4660-8-0068~~

PROJECT: Task Order 43-4660-9-0108 Beaver Control

NAME AND ADDRESS OF CONTRACTOR:
W. D. Hooker
Ga. Bowhunters
5330 Columbia Rd
Grovetown, Ga. 30813

☒ WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

| WORK ORDER or NOTICE NO: | DATE ISSUED |
|---|---|
| 6 | 4-21-99 |

☒ You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at this site:
Map attached.

Site # 54

This work is included in the contract as referenced below:

SIGNATURE: Howard R. Gelard[?] / Frankie Brooks

TITLE: C.O. / COR

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date 4-23-99

W. D. Hooker
Contractor

By Ga. Bowhunters

Title owner

FS-6300-12(10/83)


Savannah River Forest Station
Compartment 77
Base Map
SRS Boundary
Fence
Intermittent Stream
Compartment Boundary
Reservoir, Lake or Pond
Carolina Bay
Non-Forest
Site #54