# EXHIBIT H

## Deposition of John Andrew (Andy) Cromer III

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NOS. 03-1501C, 04-1126 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

\- - - - -

**DEPOSITION OF JOHN ANDREW CROMER, III**

taken by Counsel for the Defendant

before Alice D. Boni, Certified Court Reporter

at the offices of Department of Energy

151 Corporate Parkway, Aiken, South Carolina

on Thursday, the 8th day of December 2005

commencing at 8:40 a.m.

\- - - - -

**ALICE D. BONI, COURT REPORTER**
Post Office Box 2474
Aiken, South Carolina 29802-2474
(803) 648-9434

Q. Okay, tell me the ones you have seen. You've seen soil contamination --

A. Radiation area, I want to say I've seen one of them. High radiation, very high radiation area. I don't remember it being like that, I just remember it being a magenta sign and a yellow magenta fence. That's what I remember. Airborne radioactivity area --

Q. Do those signs mean anything to you?

A. Yes, a danger point. You need to read it. You need to call HP if you've got to do anything that's messing with these. That's right. That's what RAD worker trains you to do.

Q. So you would have known when you were on the Site hunting and trapping if you came across one of those signs, you needed to call somebody?

A. I was the one that saw the signs at Site 19 when I drove up there five years after getting in the thing and it was eat up with barricades and signs. I'm the one that went back to Frankie and told her of that stuff. She didn't know. Again, DOE hadn't told -- hadn't notified Forestry. Yeah, I understand exactly what you're talking about.

Q. Okay. All right, I'm sensing this, and I know this is going to happen. I know this is really emotional for both --

there and the sign wasn't there?
A. It could have been a month before that. I mean it's -- we could trap anywhere.
Q. I'm sorry?
A. We trapped anywhere that we had the right to be; we'd go there at any time.
Q. Right.
A. We didn't have to have Frankie say, "You need to go back in there." Once we had the 50-something sites, we could go back in there any time. We could go ride by there and go right back in there.
Q. Okay. But what I'm saying is that when you drove by and you saw the sign, it had been about a month that you had not been in that site?
A. Yes.
Q. So, to you, that meant they had put the sign up within the last month?
A. I would say so, yes.
Q. And do you remember what the sign said?
A. It was soil contamination.
Q. Okay. All right. And so you went to Frankie and you said, "Frankie, you know, they've got it barricaded. What's going on?" And she said don't go back in there --
A. Yes, ma'am.

that at that point where Site 19 is and approximately four below it; two above it, itself, and three to four below it that goes right on down into Steed Pond.

Q. Down to Steed Pond; okay. And where is Steed Pond on the --

A. It is downstream from Site 19.

Q. Did you ever go down to Steed Pond?

A. Regularly. When I was trapping that area, yes.

Q. Did you ask permission to go to Steed Pond?

A. Certainly.

Q. And we're not talking Steed Pond Road, we're talking actually the pond?

A. The pond, yes.

Q. Did you ever see a posting at Steed Pond that said don't trap?

A. Not until -- at the time of seeing the signs at Site 19.

Q. That's the first time you ever knew there was a problem trapping at Steed Pond?

A. Yes.

Q. Okay. Let's go back. You also said 25, 53 and 49, which is HP-52 and Four Mile Creek along Four road; is that right?

A. Yes.

Q. Those are other areas that you saw

Gabard, Frankie Brooks, I think Tony Baray was there, is that very first meeting, and we'd actually won the contract and we went in there and Danny and I, both, were Rad worker II trained at the time.

Q. Okay, can you tell me which contract this is, what year?

A. It's the very first one. So it'd be --

Q. '91?

A. Yeah, '91. Okay, he and I, since we were RAD worker trained, we understood the thing about water, how you -- immediately, you got a drip out there, you call HP; okay, that's water and we're fixing to go get in water because we're beaver trappers now, we won this contract.

Q. Right.

A. The main thing that we asked was, you know, "What about the water? What about the water?" You know, "Is there any precautions that we need? Are we going to have HP?" "No. Don't -- just don't drink it. After Frankie Brooks calls you, you have 72 hours without a written work order that you need to go ahead and get in there and trap them beavers. Everything has been looked after. Frankie Brooks has done everything that needs to be done."

Q. So you just trusted her?

A. About the bad faith issues and the contracts that went on after us that we should be possibly getting the money from, or he should be possibly getting the money from, yes.
Q. Okay. All right, well, let's talk about that. Were you involved with the domestic hog incident at all?
A. Just talking to me about it.
Q. Talking to who?
A. Danny. Danny would discuss things with me.
Q. But you don't have any personal knowledge other than that?
A. No. I mean I knew -- I knew every day what -- you know, something -- he'd let me know what was going on.
Q. What did you think was going on with that? What did you think happened?
A. I think it all tied in to the WCPs on Road Four and Four Mile, plus HP-52 and Hooker going in there and telling Homer, "It's not per my contract," which it wasn't. And I think everything -- it's kind of off of that general problem.
Q. So you think that the Forest Service perceived you and Mr. Hooker to be such a threat that they would try to remove you from the property permanently?
A. I really don't know why they did it that way.

Q. Well, I mean --

A. I don't think we were a threat, I think that maybe somebody made a mistake, they were wrong, they were negligent. And why would they do that to the company? I don't know, but that's what I assume, yes.

Q. Are you aware of -- and just talking about the domestic hogs, I mean are you aware of why the Forest Service thought that they weren't wild hogs?

A. Said they looked like domestic pigs.

Q. Are you aware of the differences between domestic hogs and wild hogs?

A. Yes. I would say yes.

Q. Okay, could you tell me?

A. A domestic pig is one in a pen in a farmer's yard and a wild hog is one that's on Savannah River Plant, per se.

Q. Okay, well, I want to ask you the differences, I guess. I mean are you aware of the biological differences between --

A. No. No. Looks like a hog, take him down.

Q. Okay. Would you think -- well, no. Since you weren't involved in it, I'll leave it there. Were you involved in the two Ellers being removed from the Site?

A. No, ma'am.

Q. Were you a part of the Wackenhut investigation

A. The contract started out, they only give us, like, five or six sets of sites to begin with. It was a gradual thing, building up the amount of sites. We just didn't start out with 53.

Q. And did you ever get to 53?

A. I think we did.

Q. And after that, was there a sudden dropoff in sites that you recall?

A. Yeah. Yeah.

Q. And why do you think -- when was that, rather, I should say first?

A. '99 sometime, I think.

Q. Winter, summer, spring, fall?

A. I'm thinking around summer.

Q. Do you recall why that happened?

A. Only thing we could figure is that -- again, some of the coverup type stuff, trying to get us out of there, trying to -- if we would, just get ticked off and leave or whatever.

Q. So do you remember that there was a drought that year?

A. No, I do not.

Q. So as far as you were concerned, there were still beaver to be trapped?

A. Oh, yes, ma'am.

**BY MS. NICHOLS:**

Q. Mr. Cromer, when you trapped beaver and hunted hogs and trapped hogs on the Savannah River Site, did any of that work involve disturbing the soil?

A. Yes, ma'am.

Q. How was that? Did you get your hands in the soil?

A. Well, we was in the creeks and one of the best -- one of the best productive sets that you can do as a beaver trapper is make a caster file set, and it involves picking the mud up off of the bottom -- mud and sediment off of the bottom and place it up on the bank because that's a natural thing that a beaver does and you mimic that and you put lure on it and it draws the beaver -- draws the next beaver right in there, yes.

Q. Thank you. And during the time that you were trapping beaver and hunting hogs on the Savannah River Site, were you ever monitored by HP?

A. No, ma'am.

Q. Okay.

**[DEPOSITION ADJOURNED AT 10:29 A.M.]**