# EXHIBIT I

## Work Clearance Permit

Don This w it s Tim.

OSR 2-... (Rev 6-1-96)

# Work Clearance Permit

"WCP Must Be Reviewed (Section 4) and Authorized (Section 5) Prior to Start of Work"

**Section 1 - Job Description** (Initiator completes blocks 1A, 1B, 1C 1D, 1E, 1G, and Shift Manager completes block 1F)

1A. WCP Initiator (Name, Signature, Job Title, Phone/Pager)
TIM L. MCCORMICK, Tim L. McCormick MANAGER, 557-4756/18627

| | |
|---|---|
| 1B. Equipment/Component Identification<br>FOUR MILE CREEK BRIDGE | 1E. MWB No./Work Package No./Procedure No. |
| 1C Location<br>FOUR MILE CREEK AND ROAD 4 | 1F. Authorized Duration 2/22/99 1200 (Date/Time) to 3/22/99 1500 (Date/Time) |
| 1D. L/T Plan No.<br>N/A | Extended To ______ (Date/Time/Initials) ______ (Date/Time/Initials) |

1G. Describe The Work To Be Performed On The Permit

ENTER FOUR MILE CREEK NEAR ROAD 4 BRIDGE TO INSTALL BEAVER TRAPS.

NOTE; PERSON ENTERING CREEK IS RAD II QUALIFIED AND A SUBCONTRACTOR TO SAVANNAH RIVER INSTITUTE

AFTER ENTERING CREEK RAD CON OPS. WILL SURVEY PROTECTIVE EQUIPMENT, WADERS, GLOVES, ECT.

(Standby Person Required + personal flotation Device)

(Use water can to Rinse off waders + bag plastic for RCO survey)

**Section 2 - Hazards Screen** (To be completed by Initiator. Check activities involved in job. A numerical listing of potentially applicable Safety Requirements/Compensatory Measures to be evaluated in Section 3 are provided in the brackets. Reviewers may add items).

| | Hazard | References 8Q | Other Manuals |
|---|---|---|---|
| Common Hazards | Hazardous Energy [1, 2, 3, 4, 5, 7, 8, 9, 10, 21, 33, 60, 63 65] | 32 | 18Q, 2S |
| | Electrical [1, 2, 15, 16, 17, 18, 19, 20 21, 25, 29, 33, 40, 63 65]<br>Power Source Fully De-energized, Job and Proximity<br>Job De-energized, Voltage in Proximity<br>Working on Energized Equipment | 25 | 18Q |
| | Proximity (Railroad, Plant Roadway Clearances) [1, 25, 33, 39, 44, 65] | 34 | |
| | System Access (e.g., Initial Line Break, Process Vent, Alteration)[1,6,7,8, 9,10,11 12,13,14 15 33 44 50,62,63,65]<br>Pressurized Material—Type ______ Pipe Diameter ______ Temp ______<br>Compressible Material ______ psi Noncompressible Material ______ psi<br>Hazardous Material Nonhazardous Material Radiological Concern | 36 | 4Q, IH-302,105 |
| | Confined Space [1, 2, 7, 8, 9, 10, 33, 54, 55, 60, 63, 65]<br>Confined Space Entry Permit (OSR 20-15) No. ______<br>Confined Space Hazard Evaluation (OSR 20-170) No. ______ | 33 | 4Q, IH-105 |
| | Welding, Cutting, Grinding, Open Flame [1, 2, 7, 8, 9, 33 44, 54, 55, 56, 60,63, 65]<br>Hot Work Permit No. ______ | 12 | 2Q, 5.4, 4Q, IH-105 |
| | Elevated Work [1,15, 26, 27, 28, 29, 30, 33, 35, 63, 65]<br>Scaffold Ladder (Type) ______ Other ______ | 10, 16, 61, 63 | |
| | Weather Conditions [1, 31, 32, 33, 34, 35, 36, 38, 65]<br>Visibility Rain Freezing/Icing Conditions Heat/Sun Wind | | |
| | Wall and Floor Penetrations (Fire Safety Review Checklist, OSR 20-168) [1, 15, 18, 19, 33, 39 40, 65] | 12 | SRS Eng. Std |
| | Oper of Equip Near Overhead Power Lines [1 2,15, 16 17, 18, 19, 20, 21, 22, 23, 24, 25 33 35 39 44, 63, 65] | 10 | 18Q, TM-90-7 |
| | Laser Activities [1, 33, 37, 44,63, 65] | | 4Q, IH-601 |
| | Hazardous Material [1 33, 35, 44, 45, 46, 47, 48, 49, 50 51 52 53, 57 58, 59, 60 61, 62 63 65]<br>Asbestos Mercury Radiological Paint/Solvent OSR 20-163)<br>Carcinogen Cryogenic Flammables (OSR 20-158) Other ______<br>Lead Benzene Combustibles (OSR 20-169) | 12, 61 | 1S, 2Q, 3Q, 4Q, 5Q 20Q |
| Impairments | Authorization Basis (AB) -Tech Spec, Oper Safety Reqd, Tech Safety Reqd [1, 41, 42, 64] | | 2Q, 5.6, Facility Spec |
| | Emergency Systems (Fire Safety Review Checklist, OSR 20-168) [1, 48, 64]<br>PA/Safety Alarm System Fire Detection and Alarm System (nonAB) Egress Path<br>Emergency Lights Standby Diesel/Power Supply (nonAB) Alarms<br>Eyewash/Safety Shower Fire Suppression System (nonAB) Fire Water | 12, 52 | 2Q, 5.6 |
| | Service Systems [1, 64]<br>HVAC Domestic Water<br>Steam Demineralized Water<br>Air System (Breathing, Instrument)<br>Cooling Water<br>Power Supply | 12, 37 | 2Q, 5.6, E7 |

# Work Clearance Permit (Contd)

| Section 4 - Review Signatures for items noted in Section 1, 2 and 3 (Shift Manager enter NA when review is not required) | | |
|---|---|---|
| Shift Manager/Date (Required) C S Fanning 2-22-99 | Mechanical Maintenance/Date N/A | E&I/Date N/A |
| Work Group Supervisor/Date (Required) [signature] | WSRC or BSRI Safety/Date [signature] | N/A L2 Mgr Operating Department/Date N/A |
| Utilities Service Group (Power)/Date N/A ☒ | Fire Protection Coordinator/Date N/A | Security/Date N/A |
| Engineering/Technical/Date N/A ☒ | IH/Date (Reqd for Nonradiological Respiratory Protection) N/A [signature] 2/22/99 | RC&HP/Date [signature] 2/22/99 N/A |
| Rigging/Cranes/Date N/A ☒ | Subcontract Technical Representative/Date N/A | Subcontractor/Date N/A |
| EPD/Date N/A ☒ | HVAC Coordinator/Date N/A | Construction/Date N/A |
| Other (WSI, etc.)/Date | Other/Date | Other/Date |
| Other/Date | Other/Date | Other/Date |

| Section 5 — Work Clearance Authorization Signatures (indicate items in Section 1, 2 and 3 are understood and will be complied with during the job.) | | | | | |
|---|---|---|---|---|---|
| Shift Manager C S Fanning | | | | Date 2-23-99 | Shift 35 |
| Work Group Supervisor W. D. Hook | Date 2-25-99 | Shift A | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Operations Control Room Notified Prior to Start of Work Yes No N/A | | | | | |

**Section 6 — Worker Acceptance Signatures** - All personnel working on this WCP shall read this permit, initial, print their name and department below after receiving a supervisor pre-job briefing if they concur that the safety requirements/compensatory measures are understood and will be complied with during the job.

| Initials/Printed Name/Department | Initials/Printed Name/Department | Initials/Printed Name/Department | Initials/Printed Name/Department |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |