# EXHIBIT J

## Contract Daily Diaries of Frankie Brooks, dated 5/21/99 and 5/27/99

USDA-Forest Service
**CONTRACT DAILY DIARY**
(Reference FSH 6309.11)

1. FOREST
**SRI**

2. CONTRACT NO.
**53-4660-9-06**

3. PROJECT
**BEAVER CONTROL**

| 7. DAY 5-21 | 8. DAY OF WEEK Friday | 9. TIME ARRIVED | 10. TIME DEPARTED | 11. |
|---|---|---|---|---|

| 12. TEMPERATURE | 13. GROUND CONDITION | 14. CONTRACT TIME | 15. DAYS USED | 16. COMPLETION |
|---|---|---|---|---|

| 17. TIME USED (%) | 18. WORK COMPLETED (%) | 19. WORK ON SCHEDULE ❑ YES ❑ NO | 20. CONTRACTOR'S WORK - (X Appropriate Box) ❑ Acceptable ❑ Unacceptable - Explain in narrative |
|---|---|---|---|

| 21. CHANGE ORDERS/AMENDMENTS ISSUED | 22. WORK ORDERS ISSUED (Include SUSPEND/RESUME |
|---|---|

23. MATERIALS FURNISHED TO JOB SITE (Furnished by: G-Govt.; C-Cont.; S-Subcont.)

24. LIST EQUIPMENT ON SITE (Furnished by: G-Govt.; C-Cont.; S-Subcont.)

| Type | Contract Item Number and Location of Use | Hours Used |
|---|---|---|

25. LIST CONTRACT PAYMENTS, REPORTS, CORRESPONDENCE, ETC.

Prep | Submit

Hooker is to start trapping beaver at 4 sites on 4-mile creek today. the areas are considered contaminated. He is to use snares only so he won't have to get in the water. My contact is Patricia Knapp, (2-6515). The dams will not be removed by Hooker, (Brenda Alahoe-52564) is to have the dams removed by hp personnel.

26. WORKERS ON SITE Number 3

Prime | Sub

27. GOVERNMENT PROVIDED SERVICES ADEQUATELY AND TIMELY
❑ YES ❑ NO-Explain in narrative

| 29. SIGNATURE Frankie Brooks | 30. TITLE COR | 31. ADDTL SPACE NEEDED ❑ (continued on 6300-21) |
|---|---|---|

Hrez
5/25/99

Distribution: Original - CO (weekly), copies: COR, SO, PROJ ENG
Previous editions of this form are obsolete

FS-6300-20 (12/85)

| | |
|---|---|
| USDA-Forest Service<br>**CONTRACT DAILY DIARY**<br>(Reference FSH 6309.11) | 1. FOREST<br>**SRI**<br>2. CONTRACT NO.<br>**53-4660-9-06** |
| 3. PROJECT<br>**BEAVER CONTROL** | |

| 7. DAY 5-26 | 8. DAY OF WEEK Wednesday | 9. TIME ARRIVED | 10. TIME DEPARTED | 11. |
|---|---|---|---|---|

| 12. TEMPERATURE | 13. GROUND CONDITION | 14. CONTRACT TIME | 15. DAYS USED | 16. COMPLETION |
|---|---|---|---|---|

| 17. TIME USED (%) | 18. WORK COMPLETED (%) | 19. WORK ON SCHEDULE ❑ YES ❑ NO | 20. CONTRACTOR'S WORK - (X Appropriate Box) ❑ Acceptable ❑ Unacceptable - Explain in narrative |
|---|---|---|---|

| 21. CHANGE ORDERS/AMENDMENTS ISSUED | 22. WORK ORDERS ISSUED (Include SUSPEND/RESUME |
|---|---|

| 23. MATERIALS FURNISHED TO JOB SITE (Furnished by: G-Govt.; C-Cont.; S-Subcont.) | 24. LIST EQUIPMENT ON SITE (Furnished by: G-Govt.; C-Cont.; S-Subcont.) Type / Contract Item Number and Location of Use / Hours Used |
|---|---|

| 25. LIST CONTRACT PAYMENTS, REPORTS, CORRESPONDENCE, ETC. | Prep | Submit | 26. WORKERS ON SITE Number 3 | Prime | Sub |
|---|---|---|---|---|---|
| Talked to W.D.Hooker this morning concerning beaver trapping in 4-mile creek at the 4 sites that are being requested for us to trap. Hooker was told that he could use snares in these areas instead of conibear #330's, to keep him out of the water. I asked him how many traps he had set, he said "one", that he was trying to "pacify the requestors". I told him that he either had to trap to rid these areas of beaver or say he was not going to trap at all. Hooker stated that he did not bid this contract to do rad-worker work, that they get paid at a higher rate. I told him that he could not change the price in the middle of a contract. He said he would trap these areas. He would trap with conibears and to set up these areas next week. We were planning to do this on Monday, but that is a holiday, so it will have to be Tuesday. I went to central shops today to get the permits, they are being processed now. Hooker does not have to clear the dams, this will be done by HP. | | | | | |

27. GOVERNMENT PROVIDED SERVICES ADEQUATELY AND TIMELY
❑ YES ❑ NO-Explain in narrative

Frankie [signature] COR 5-27-99 [initials] 5/27/9[illegible]

istribution: Original - CO (weekly), copies: COR, SO, PROJ ENG
evious editions of this form are obsolete

FS-6300-20 (12/85)