# EXHIBIT K

**Westinghouse Savannah River Company document dated 2/23/98 entitled "RWI or RWII"**

# •••• RW I or RW II ? ••••

| AREAS (Unescorted entry) | Radiological Worker I | Radiological Worker II |
|---|---|---|
| Entry into Radiological Buffer Areas (RBA) | YES | YES |
| Entry into Radiation Areas (RA) or RMAs | YES | YES |
| Entry into High or Very High Radiation Areas (HRA or VHRA) | NO | YES |
| Entry into Contamination Areas and High Contamination Areas (CA or HCA) | NO | YES |
| Entry into Soil Contamination Areas (to perform work that disturbs the soil) (SCA) | NO* | YES |
| Entry into Airborne Radioactivity Areas (ARA) | NO | YES** |

* No radiological controls or training are required to enter unless work that disturbs the soil is involved.

** Requires respiratory protection qualification.

**RW I DOES NOT qualify you for unescorted entry into:**

- Any area that requires anti-contamination protective clothing
- HRA or VHRA (Cannot enter VHRA even with an escort.
- CA (Special authorization is not required for escorted access into certain CAs.)
- HCA
- ARA
- Any work involving contaminated materials

If the RW I requires entry into the above areas or if the job requires work in any of the areas mentioned, the worker must either **be Radiological Worker II trained or receive special authorization.**

Check with your supervisor and/or Chapters 3 and 6 of the WSRC Manual 5Q, Radiological Control, if you're still not sure.


Copyright 1997 Westinghouse Savannah River Company

*DEFINE an Underground Radioactive Material Area (URMA) and a Soil Contamination Area (SCA).*

*IDENTIFY the minimum requirements for entering, working in and exiting an URMA and a Soil Contamination Area.*

**Definition of an URMA**

An URMA is an area that is established to indicate areas that may contain underground radioactive items.




Examples of underground items include pipelines, covered ponds, covered ditches, catch tanks, and inactive burial grounds.

At SRS, this area is free of detectable radiation and contamination on the ground surface.

**Minimum requirements for entering, working in and exiting an URMA**

✔ URMAs may be posted outside RBAs. These areas may be entered without radiological controls.

✔ URMAs may be posted inside RBAs. Workers entering an URMA inside an RBA must meet all the RBA requirements.

✔ Special instructions may be posted on the URMA sign. Examples include "Consult with Radiological Control Organization Before Digging" or "Subsurface Contamination Exists."




**Definition of an SCA**

A SCA is an area where surface or subsurface contamination levels exceed specified limits.

**Minimum requirements for entering, working in and exiting an SCA**

✔ An SCA may be located outside an RBA. These areas may be entered without radiological controls.

✔ RW II training is REQUIRED to perform work that disturbs the soil in this area.

✔ Special instructions may be posted on the SCA sign. Examples include "Consult with Radiological Control Organization Before Digging" or "Subsurface Contamination Exists."



EXHIBIT

## *Introduction*



*Review the radiological postings on this page. Place a "✓" next tc postings you must enter for your job. Use the chart on the next pag if you are a RW I or RW II.*

