# EXHIBIT N

## List of Beaver Trapping Sites with Notations as to Whether Site had Radiological Posting or Not

11/21/2005 15:04 FAX 557 4486 GEN COUNSEL
11/21/2005 14:27 FAX 803 7254667 OEA ☑002 ☑002
11/15/2005 13:32 8037251807 US FOREST SERVICE SR PAGE 02

Posted OR NOT Between 1992-2001

BEAVER TRAPPING SITES------------------------------FY 2000 TRAPPING

SITE NUMBERS AND LOCATIONS

(1) NON-RAD [redacted] — LAST Page

(2) NON RAD [redacted] — Last Page

SITE 3--BUSH BRABUM RD.----Non-Rad Site----S7-E1

SITE 4--WILLIAMS RD.----Non-Rad Site----S2-W4

(5) NON RAD. [redacted] Last Page

SITE 6--PARKS CHURCH RD.----Non-Rad Site----S4-W4

SITE 7--BANNANA RD. -------CULVERTS----NON-RAD----S4-W4--N2-E2

SITE 8--FIRE POND----RD.F----NON-RAD----N2-E2

SITE 9--POWER LINE FROM K REACTOR----PEN BRANCH----NON RAD----S3-W2

SITE 10--ROAD B PAST RAILROAD YARD TOWARD PAR POND----NON RAD----S2-E6

SITE 11--FIRE POND #1---RD. PAST Z AREA----NON-RAD.----N3-E1

SITE 12--MEYERS MILL--------SREL SET ASIDE----NON RAD----S5-E2

SITE 13--ROAD H----NON RAD----N1-E4

SITE 14--MILL CREEK--------SET ASIDE----NON RAD----N6-E2

SITE 15--HWY 278 NEAR BARRICADE #3----NON RAD----N8-E8

(16) [redacted] NON RAD----S5-W5 Last Page

SITE 17--NORTH BY-PASS AT RAILROAD----NON RAD----S2-W7

SITE 18--K TO L WATERLINE----NON RAD----S3-W1

SITE 19--STEED POND-----NO TRAPPING----Posted 1997----N4-W6 SCA — custodian of real-time sites

SITE 20--TNX----NON RAD----S3-W7

SITE 21--CYPRESS BRIDGE RD.----NON RAD----S9-E1

SITE 22--FOUR MILE DELTA--CONTACT MIKE REED SREL----Low levels Not posted----S6-W7

Black & white Sign "Process H2O" "Keep out" or "Hot Keep out"

Jerry Pettis (RAD Analysis Document)

Shannan Lucero

Per our Rad Con Manager - David Sanders 952-7409

" our Safety Manager - Larry TheBo 952-8730

SITE 23--ROBBINS STATION------ Non-Rad Area ------S7-W2

SITE 24--400-D POWERHOUSE---DAVID COLE-- Non-Rad Area ------S4-W7

SITE 25--H.P. MONITOR STATION #52------ Posted - RCA Postings Prior to 1992 ------N2-W1

SITE 26--MILL CREEK OFF NAVY SITE RD.------ Non-Rad Area ------N5-E3

SITE 27--WOODWARD ROAD AT MILL CREEK------ Non-Rad Area ------N2-E3

SITE 28--STEEL CREEK BAY---BOBBY KENNEMER------ Non-Rad ------ ~~3 Near E Gate~~ S6-E1

SITE 29--INDIAN GRAVE BRANCH------ Posted Process $H_2O$ - Keep-out ------S3-W3

SITE 30--FOURMILE BRANCH BELOW H AREA ON POWERLINE------N2-W2 SCA

(31) [redacted] Non-RAD Last Page

SITE 32--WHERE INDIAN GRAVE AND K CANAL MEET------ Posted Process $H_2O$ - Keep out ------S3-W3

SITE 33--WATER GAP--JUST BEFORE ROCK RD.------ Non-Rad Area ------S8-W2

SITE 34--NO LONGER TRAPPING SITE

SITE 35--C AREA OUTFALL------ Posted (Process signs) ------W3-S1

SITE 36--P AREA OUTFALL------ Posted (SCA) Process Signs Prior to '92 ------E3-S2 SCA

SITE 37--PEN BRANCH DELTA------ Non-Rad Area ------S7-W4

SITE 38--MEMORIAL BEACH RD.------ Non-Rad Area ------N8-E2

SITE 39--ROAD C--BETWEEN LANDFILL AND ROAD ------ Non-Rad Area ------N3-W4

SITE 40--ACROSS FROM H-AREA---HP #52------ Posted - old RCA Prior to 1992 ------W1-N2

SITE 41--PATTERSON MILL ROAD AT CREEK------CULVERT------ Non-Rad Area ------E8-S4

(32) [redacted] Non-RAD ------S2-E1 Last Page

SITE 43--3-700 AREA------BEHIND MOTOR POOL------ Posted in 1993 ------N6-W6 CERCLA

SITE 44--4 MILE CREEK AT RD.C--CULVERT #603-48G------ ? ------N2-W3 Sign at Road Contam. Stream

SITE 45--H AREA------ Process Postings - Non Rad ? ~~At Burial Gr~~ ------N3-W1 "Keep-out"

SITE 46--ROAD C--BEFORE THREE RUNS CREEK------ Non-Rad Area ------N3-W4

11/21/2005 15:05 FAX 557 4486 GEN COUNSEL 004
11/21/2005 14:28 FAX 803 7254657 OEA 004
11/15/2005 13:32 8037251807 US FOREST SERVICE SR PAGE 04

SCA

SITE 47--COMPT. 16---------TIMMS BRANCH---------------- Posted 1993 ----N4-W5

SITE 48--COMPT 1----CRACKERNECK ROAD CULVERT AND POND-- Non RAD ---------N1-W10

SITE 49--ROAD C AT FOURMILE---------- Not RAD Posted ----------N2-W2

(50) ☆ SITE 50--CHIPS RD.----------- 12-20-99 ---- Non RAD ---------N4-W3 Last Page

SITE 51--ATTA RANGE Non RAD

SITE 52--GAP STUDY ?

SITE 53--RD. 4 NEAR ROAD C (LAST BRIDGE BEFORE ROAD C) Posted 1993

SCA

☆ - 12-20-99

11/21/2005 15:05 FAX 557 4486 GEN COUNSEL 005
11/21/2005 14:28 FAX 803 7254657 OEA 005

SITE 1 -- BEHIND SUB STATION (2G) OFF RD F ------N5-W1
SITE 2 -- LEIGH RD ------S3-W4
SITE 5 - OLD DUNBATON RD. AT TRESSLE 9SREL SET ASIDE)---S5-E3
SITE 16--RISHER POND ROAD--CULVERTS -----S5-W5
SITE 31 -- BEAVER BAFFLER SITE--LAURA WEEKS RD.---N7-E9
SITE 42-- YOUMAN RD. ---S2-E1
SITE 50 -- CHIPS RD ----N1-W3