# EXHIBIT O

## Document G-0994 List of Beavers Trapped in 1999 (Defs. Exh. 6, June 2, 2006 depositions)

**1999**

| | SITE NUMBER AND N. .E | # TRAPPED |
|---|---|---|
| 1 | RD. F SUBSTATION 504-2G | 11 |
| 2 | LEIGH RD. | 10 |
| 3 | BUSH BRABHAM RD. | 3 |
| 4 | WILLIAMS RD. | 4 |
| 5 | OLD DUNBARTON RD. | 7 |
| 6 | PARKS CHURCH RD. | 1 |
| 7 | BANANA RD. CULVERTS | 11 |
| 8 | FIRE POND RD. F PAST E | 3 |
| 9 | POWERLINE FROM K-REACTOR | 1 |
| 10 | RD. B PAST RR YARD TOWARD PAR POND | 2 |
| 11 | FIRE POND PAST Z-AREA | 0 |
| 12 | MEYERS MILL SETASIDE | 4 |
| 13 | ROAD H | 0 |
| 14 | MILL CREEK SETASIDE | 12 |
| 15 | HWY 278-TINKER CREEK NEAR KENNEDY POND | 0 |
| 16 | RISHER POND RD. CULVERTS | 2 |
| 17 | 400 AREA N-BYPASS AT RAILROAD | 1 |
| 18 | K TO L WATERLINE | 3 |
| 19 | STEED POND RD. | 2 |
| 20 | TNX CULVERTS | 28 |
| 21 | CYPRESS BRIDGE RD. | 6 |
| 22 | FOUR MILE DELTA | 3 |
| 23 | ROBBINS STATION | 19 |
| 24 | 400-D POWERHOUSE | 17 |
| 25 | HP MONITOR STATION #52 | 4 |
| 26 | MILL CREEK OFF NAVYSITE RD. | 8 |
| 27 | WOODWARD RD. AT MILL CREEK | 1 |
| 28 | STEEL CREEK BAY | 1 |
| 29 | INDIAN GRAVE BRANCH | 6 |
| 30 | 4-MILE BRANCH BELOW H-AREA ON POWERLINE | 3 |
| 31 | BEAVER BAFFLER SITE | 5 |
| 32 | WHERE INDIAN GRAVE AND K-CANAL MEET | 0 |
| 33 | WATER GAP AT ROCK RD. CULVERTS | 10 |
| 34 | RD. F FIRE POND | 0 |
| 35 | C-AREA OUTFALL | 1 |
| 36 | P-AREA OUTFALL | 2 |
| 37 | PEN BRANCH DELTA | 24 |
| 38 | MEMORIAL BEACH RD. CULVERT | 5 |
| 39 | RD. C-BETWEEN RD. C AND LANDFILL | 2 |
| 41 | PATTERSON MILL RD. AT CREEK CULVERT | 2 |
| 42 | YOUMAN RD. | 9 |
| 43 | 3/700 AREA BEHIND MOTOR POOL | 7 |
| 44 | 4-MILE CREEK AT RD. C CULVERT 603-48G | 2 |
| 45 | H-AREA | 2 |
| 47 | DEER KILL RD. CULVERT - TIMMS BRANCH | 6 |
| 48 | CRACKERNECK RD. AND CULVERT AT POND | 0 |
| 49 | RD. C AT FOURMILE | 0 |
| 50 | CHIPS RD. | 3 |
| 51 | ATTA RANGE | 8 |
| 52 | GAP STUDY | 3 |
| 53 | RD. 4 NEAR RD. C | 2 |
| 54 | BEHIND C-AREA AT 4M-A7-196C | 0 |
| 55 | WATER LINE FROM K AREA | 0 |
| 56 | CULVERT ON IP ROAD | 0 |
| Beaver Listed without Site Number | | 0 |
| | TOTAL | 266 |

G-0994