# EXHIBIT Q

## Lists of Beaver Trapped by Month and Site Trapped for 1999

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NOS. 03-1501C, 04-1126 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

- - - - -

**DEPOSITION OF DAVID SANDERS**

taken by Counsel for the Plaintiff

before Alice D. Boni, Certified Court Reporter

at the offices of Department of Energy

151 Corporate Parkway, Aiken, South Carolina

on Thursday, the 1st day of June 2006

commencing at 2:05 p.m.

- - - - -

A. I have been at Westinghouse for -- since 1992. I'm currently the RAD-CON manager for soil and groundwater. In '92, I was -- I came up through the ranks as a RAD-CON inspector. In '95, I was promoted to first-line supervisor, went to the tank farms; pretty much worked all the facilities on Site except tritium and SRNL. Prior to that, I worked at Chem Nuclear in Barnwell.

Q. In Barnwell?

A. Yes. And that's pretty much my Site experience.

Q. Okay. Tell me what your job entails and what a RAD-CON manager is because I don't --

A. Well, a quick summary is my job is to protect personnel from radiation contamination. That's pretty much it in a nutshell. I prescribe whatever protective equipment, or whatever type of monitoring needs to be prescribed to conduct work activities at SRS.

Q. Give me an example of what -- just tell me a little bit more about what your -- what are your -- I see your responsibilities are to protect personnel and you said recommend protection and -- or make sure that protection happens. Do you do this just for Westinghouse, or for everyone on the Site?

A. For everyone on Site.

Q. Okay, I was just digging to find out what the CON meant in that title.

A. It's -- I --

Q. It's radiological something.

A. My personal opinion is the CON OPS came from -- it's more Navy terminology, and we have a lot of Navy folks in the complex, and --

Q. Okay.

A. That's where it came from.

Q. Okay. So is it true that your responsibility is for the entire Site?

A. Yes.

Q. And that would include postings and signage and --

A. Yes.

Q. -- and stuff like that? Could you just tell me a little bit about the kinds of areas, or the kinds of signage that you put up?

A. Most of the signs that we have, you have the standard radiation symbol, the yellow signs with magenta background. We have them for the various hazards, whether the hazard is from radiation contamination and the different levels, different concentration levels. So it's a variation of the same signage.

Q. Right. And the orange balls are?

A. Hazardous sites.
Q. Hazardous in what way? Describe what the hazard would be.
A. From a RAD protection standpoint, I typically don't deal with the orange balls, so I don't know.
Q. Okay. Who is responsible for the signage on the Site?
A. More specifically, RAD signage, or --
Q. Yeah, RAD signage. I'm sorry, I didn't mean street signs or anything like that.
A. Right. We are, RAD-CON.
Q. Okay. And how is that determined and how do you determine where you're going to place --
A. That is determined through doing proper surveys, through historical knowledge. It's a variation, or a combination of things that would -- that would dictate whether or not we place signage in an area.
Q. Well, the soil contamination area sign, why would that be placed in an area? Have you done soil samples, or what?
A. It could be, like I said, a combination of either us performing soil samples or historical knowledge.
Q. And by historical knowledge, you mean you know what had -- there was a release? Is that what causes

Q. Okay. And what would be their function if they were --
A. Their function would be to monitor for personnel, which would be to make sure they're not spreading contamination; if they're working with contamination, to make sure they're not spreading contamination and to make sure they're not exceeding any dose levels. That's their function.
Q. How would they know whether they were exceeding their levels? Do they all wear a dosimeter?
A. They all have monitoring instrumentation.
Q. What kind of monitoring instrumentation?
A. They have contamination monitors and radiation dose rate instruments when they survey.
Q. What kinds of other jobs outside would your inspectors be involved with?
A. Other than RAD protection, none.
Q. No, I mean what -- you're saying that they're providing RAD protection. I offered you the example of tree cutting or brush cutting within a radiological area. What other sort -- just give me an example of something that they do.
A. Most of my group is involved in remediating waste sites.
Q. And remediation how?

A. Remediating if -- if we have concentration levels in the soil, or whatever we're remediating, they would survey for the personnel to remove that soil, place it into containers, or whatever we decide to -- however we decide to disposition the material. They would provide coverage for that.

Q. Oh, okay. So you actually do remove some soil?

A. Sure.

Q. I'd like to ask you about this first. I show you what is going to be marked as Plaintiff's Exhibit Number 1 , and I think you had a hand in creating that since your name is on the bottom.

[**COURT REPORTER'S NOTE:** Exhibit later changed, by agreement of counsel, to Plaintiff's Exhibit 10]

**MR. SCHROEDER:** Is that just one copy, or is that several copies there?

**MS. NICHOLS:** That is one copy of that document, and I have more. I think it came in one, two, three -- should be four pages. Would you please mark this for identification?

**[PLAINTIFF'S EXHIBIT 10 IS MARKED FOR IDENTIFICATION]**

Q. [Ms. Nichols] Okay, and are you familiar with this document?

A. Yes.

Q. Your name's at the bottom. Okay. We had

Q. Right. Right. With anything?
A. Right.
Q. With anything.
A. Right.
Q. Is it possible that there could be areas on the Site that have never been surveyed and, therefore, are not posted that could be contaminated?
**MR. SCHROEDER:** Objection to form. Calls for speculation.
Q. [Ms. Nichols] You can answer.
A. There are places that are potentially above levels that have residual contamination on them that we haven't identified. When you speak in terms of contamination, it may not -- has a different meaning to me as far as contamination.
Q. Well, that brings up a point. When we're talking about contamination, what determines? Is it a high level of tritium that causes -- that would cause you to identify a site as contaminated?
A. We look at all the radionuclides and we have concentrations for all of them that would prescribe when an area would be considered contaminated. As far as -- what I have done, all the outfall areas from all the facilities, streams, creeks, I have reviewed the data that has been pulled in most of these and we have --

Now, those concentration levels are determined by an individual staying in that location, wherever those concentrations are, for 2,000 hours. Very conservative. And that's how we establish an SCA.

I just wanted to make sure you understood we establish SCAs for exposure. It gives us an opportunity to understand what the individual is doing and to determine whether we need to monitor. In other words, whether we need to put a TLD on the person versus contamination requires us to put them in protective equipment.

Q. Thank you. And I do understand that.
A. Okay. Well, I wanted to make sure that you --
Q. Sure. As long as you brought it up, what is required of a -- as far as protection of a worker who is working in an SCA in work that disturbs the soil?
A. Nothing. There's no requirement unless you exceed 10 CFR 835, Appendix D, which is for contamination levels.
Q. I don't have it with me, but would it surprise you that Westinghouse has a --
A. Now, we, RAD-CON, can prescribe protective equipment. And that's based on whatever knowledge they have of the area for working in a SCA. If they choose to do so, they have that authority. And that's in 5-Q as

disturbs the soil, it was discretionary as to whether -- as to what your -- okay, I'm going to ask you to look at what was entered as Plaintiff's Exhibit Number 3 in the last round of depositions. And I believe this is a publication by Westinghouse, and you probably actually wrote this.

**MR. SCHROEDER:** Is there another page here to that exhibit?

**MS. NICHOLS:** Yes.

Q. [Ms. Nichols] Are you familiar with this document?

A. This document appears to be RAD-worker -- out of a RAD-worker training document. It does not appear to be a document that governs RAD-CON, or directs RAD-CON activities or protocols.

I also believe that RAD-worker training has a clause in it that it may be that conditions in -- within the facility may be different than what we teach in RAD-worker training due to the fact that these are not the governing documents that dictate how we perform our work.

Currently, for -- RAD-worker training is not required to enter into a soil contamination area. I believe it no longer says to perform work that disturbs soil. I believe the correct terminology is excavating in a SCA, or where a person could receive over 100 millirem.

connection, and I can't speak to why the language may be different, or maybe the language was the same. I can't speak to that. I don't have -- I don't have anything to compare it to.

Q. Okay. All right, fine. And we're not marking that because it's already been put in, so that's fine. Let's go back to the list of posted areas that you provided to us. And I think we'd gotten through -- site 35 and 36 were process signs. You said 36 was also posted as SCA. Site 40 is marked as posted. Would you agree that site 40 would be the same site as -- we talked about HP 52 somewhere, did we not?

A. 25.

Q. 25? So are sites 25 and 40 the same, or are they just close in proximity?

A. I don't know. I think they're close in proximity.

Q. Okay. And so the same answer would apply to 40 as 25? It says old RCA prior --

A. Old RCA sign prior to 1992.

Q. Prior to 1992. Site 43, behind the motor pool, what is that posted as?

A. That is posted as a RCRA CERCLA site.

Q. Tell me what that means.

A. I don't know.

Q. You don't know what CERCLA is?
A. That's not inside of RAD-CON business. That is regulatory business. They do business totally different than RAD protection.
Q. Okay, site 44, Four Mile Creek at Road C. What is that posted as?
A. Four Mile Creek at Road C --
Q. Site 44.
A. There is no RAD posting at that site to the best of my knowledge. Over to the side, I have a note over here, "Sign at the road, contaminated stream, keep out," not a RAD sign.
Q. Okay, who would have put that sign there?
A. I don't know.
Q. It would not have been your department?
A. [Indicates negatively].
Q. What would be your opinion if it said "Contaminated stream, keep out"?
A. What would be my opinion?
Q. Yeah.
A. I would keep out.
Q. What would be your opinion as to what contamination was in there?
**MR. SCHROEDER:** Objection. Calls for speculation.

work in a SCA, it is up to RAD-CON's discretion whether or not they require some type of PPE monitoring or whatever. As I said before, if you're RAD-2 trained, you can wear RAD PPE. That was the requirement for putting RAD-2. It can either be above the contamination area levels, as I said in Table 2-2, Appendix D, or at RAD-CON's discretion. RAD-CON may have had a reason to believe that whatever activity that they were doing here needed some type of PPE, I'm not sure.

Q. Okay. Can I see it just one minute? Did your office, or did your department monitor any of the beaver trappers ever?

A. I'm not sure. I can tell you the current beaver trapper is not being monitored.

Q. The current beaver trapper, would that be Jim Seigler?

A. No.

Q. Someone else doing the trapping?

A. I'm not sure of the individual's name, but that name doesn't ring a bell. But to my knowledge, we're not requiring any monitoring of the individual that's currently doing it.

Q. Were the beaver trappers ever monitored?

A. I'm not sure. I can say that Mr. Hooker was monitored most of the time by TLD, by whole body counts,

from '92 to '99. I can say that.

Q. Well, because --

A. His exposure --

Q. -- he works for Westinghouse.

A. His exposure was monitored. Yes.

Q. Because he worked for Westinghouse?

A. Sure.

Q. But it had nothing to do with his contracting?

A. Sure. Sure, but he was monitored.

Q. Were the rest of his employees monitored?

A. I'm not sure.

Q. So your testimony is that the current beaver trapper, whoever that may be, is not monitored?

A. To the best of my knowledge, he is not monitored.

Q. Are the hog contractors monitored?

A. To the best of my knowledge, no.

Q. Okay, I'm going to show you what will be marked as Plaintiff's whatever. Well, it's going to be --

**[OFF THE RECORD]**

**MR. SCHROEDER:** So, we'll remark Plaintiff's Exhibit 1 from today --

**MS. NICHOLS:** From today would be 10.

**MR. SCHROEDER:** Okay.

**MS. NICHOLS:** And this one, which would

Q. Um-hum [yes].
A. No.
Q. Or this information?
A. The surveys are required, but not this document here, is not required. This is how we keep track of what's required by the Regulation to go and update and maintain these areas.
Q. And what determines what location is going to get on this list?
A. Anytime an area is established, it'll go onto this list.
Q. Are they listed here in order of importance, or contamination, or is it --
A. It appears to be alphabetical.
Q. Alphabetical? Okay. I don't think we talked about Steed Pond when we were talking about trapping areas, but can you tell me what the contamination -- is it -- it's all soil contamination at Steed Pond. Is that within the pond, or around the pond?
A. We have six areas that are contamination areas that have boundaries around them on the dry pond. Not in the stream, not at the beaver site location.
Q. Has the beaver site location ever been posted?
A. The beaver site location is posted as a SCA. Matter of fact, it was posted in 1997.

that a lot of the contaminated soil is removed.

A. If it is -- it goes back to these regulatory guides to figure out whether it becomes a waste unit. If it becomes a waste unit, they do whatever they do. Then it becomes remediated if it's at whatever risk level required for these guys.

But the isotope of concern in Steed Pond is depleted uranium. The six CAs that we have currently posted, we could very easily go out there right now and de-post them because they're not required per 835 and 5- Q. Because we understand what the isotope of concern is now. We took a conservative approach because we didn't understand at the time that the isotope we were dealing with was uranium. So, we really -- sometime in the future, it will not be a CA anymore based on the isotope of depleted uranium. The values are a lot less conservative for uranium versus plutonium.

Q. Are they?

A. Yes.

Q. I thought they lasted forever.

A. They do, but I guess -- no, I'm not going to guess.

Q. I'm not going to take you through all this because we've talked a lot -- about this a lot, but are these -- on this list that you have created, are these

Posted OR NOT Between 1992-2001

BEAVER TRAPPING SITES----------------------------------------FY-~~50~~ 2000 ~~[illegible]~~ TRAPPING

SITE NUMBERS AND LOCATIONS

(1) [redacted] Non-RAD — LAST Page

(2) [redacted] Non RAD — Last Page

SITE 3--BUSH BRABUM RD.------Non-Rad Site------S7-E1

SITE 4--WILLIAMS RD.------Non-Rad Site------S2-W4

(5) [redacted] Non RAD — Last Page

SITE 6--PARKS CHURCH RD.------Non-Rad Site------S4-W4

SITE 7--BANNANA RD. -------CULVERTS------Non-RAD------S4-W4--N2-E2

SITE 8--FIRE POND----RD.F------Non-RAD------N2-E2

SITE 9--POWER LINE FROM K REACTOR-----PEN BRANCH---Non RAD---S3-W2

SITE 10--ROAD B PAST RAILROAD YARD TOWARD PAR POND---Non RAD---S2-E6

SITE 11--FIRE POND #1---RD. PAST Z AREA------Non-RAD.------N3-E1

SITE 12--MEYERS MILL--------SREL SET ASIDE------Non RAD------S5-E2

SITE 13--ROAD H------Non RAD------N1-E4

SITE 14--MILL CREEK--------SET ASIDE------Non RAD------N6-E2

SITE 15--HWY 278 NEAR BARRICADE #3------Non RAD------N8-E8

(16) [redacted] Non-RAD------S5-W5 Last Page

SITE 17--NORTH BY-PASS AT RAILROAD------Non RAD------S2-W7

SITE 18--K TO L WATERLINE------Non RAD------S3-W1

SITE 19--STEED POND------NO TRAPPING------Posted 1997------N4-W6

SITE 20--TNX------Non RAD------S3-W7

SITE 21--CYPRESS BRIDGE RD.------Non RAD------S9-E1

SITE 22--FOUR MILE DELTA--CONTACT MIKE REED SREL------Low------S6-W7

Low Levels Not Posted

Black & white Sign "Process H2O" "Keep away" or Hot "Keep out"

outside of reactor sites

Jerry Pettis
Shannon Lucero
(RAD Analysis Document)

Per our Rad Con Manager - David Sanders 952-7409
+ our Safety Manager - Larry The Bo 952-8730
NON RAD SITES GOT NO POSTINGS - NOT REQ'D.

EXHIBIT P-10 6/1/06 Sanders
PENGAD 800-631-6989

SITE 23--ROBBINS STATION--------NON-RAD AREA--------S7-W2

SITE 24--400-D POWERHOUSE---DAVID COLE--NON-RAD AREA--------S4-W7

SITE 25--H.P. MONITOR STATION #52--------POSTED - RCA Postings prior to 1992--------N2-W1

SITE 26--MILL CREEK OFF NAVY SITE RD.--------NON-RAD AREA--------N5-E3

SITE 27--WOODWARD ROAD AT MILL CREEK--------NON-RAD AREA--------N2-E3

SITE 28--STEEL CREEK BAY---BOBBY KENNEMER--------NON-RAD--------~~? NEAR L LAKE~~ S6-E1

SITE 29--INDIAN GRAVE BRANCH--------Posted Process $H_2O$ - Keep-out--------S3-W3

SITE 30--FOURMILE BRANCH BELOW H AREA ON POWERLINE--------~~Posted~~ ?--------N2-W2

(31) SITE 31--BEAVER BAFFLER SITE---LAURA WEEKS RD--------NON-RAD--------N7-E9 Last Page

SITE 32--WHERE INDIAN GRAVE AND K CANAL MEET--------Posted Process $H_2O$ - Keep out--------S3-W3

SITE 33--WATER GAP--JUST BEFORE ROCK RD.--------NON-RAD AREA--------S8-W2

SITE 34--NO LONGER TRAPPING SITE

SITE 35--C AREA OUTFALL--------Posted (Process signs)--------W3-S1

SITE 36--P AREA OUTFALL--------Posted (SCA) Process Signs prior to '92--------E3-S2

SITE 37--PEN BRANCH DELTA--------NON-RAD AREA--------S7-W4

SITE 38--MEMORIAL BEACH RD.--------NON-RAD AREA--------N8-E2

SITE 39--ROAD C--BETWEEN LANDFILL AND ROAD--------NON-RAD AREA--------N3-W4

SITE 40--ACROSS FROM H-AREA---HP #52--------Posted - old RCA Prior to 1992--------W1-N2

SITE 41--PATTERSON MILL ROAD AT CREEK--------CULVERT--NON-RAD AREA--------E8-S4

(32) SITE 42--YOUMAN RD--------NON-RAD--------S2-E1 Last Page

SITE 43--3-700 AREA--------BEHIND MOTOR POOL--------POSTED IN 1993--------N6-W6

SITE 44--4 MILE CREEK AT RD.C--CULVERT #603-48G--------?--------N2-W3 Sign at Road Contam. Stream "Keep-out"

SITE 45--H AREA--------Process Postings - NON RAD ? ~~AT BEHIND DAM~~--------N3-W1

SITE 46--ROAD C--BEFORE THREE RUNS CREEK--------NON-RAD AREA--------N3-W4

SITE 47--COMPT. 16--------TIMMS BRANCH----- Posted 1993 ----N4-W5

SITE 48--COMPT 1----CRACKERNECK ROAD CULVERT AND POND--- Non RAD ----N1-W10

SITE 49--ROAD C AT FOURMILE---- Not RAD Posted ----N2-W2

(50) * ~~SITE 50--CHIPS RD.~~ ---- 12-20-99 ---- Non RAD ----N1-W3 Last Page

SITE 51--ATTA RANGE Non RAD

SITE 52--GAP STUDY ?

SITE 53--RD. 4 NEAR ROAD C (LAST BRIDGE BEFORE ROAD C) Posted 1993

* - 12-20-99

SITE 1 -- BEHIND SUB STATION (2G) OFF RD F ------N5-W1
SITE 2 -- LEIGH RD ------S3-W4
SITE 5 - OLD DUNBATON RD. AT TRESSLE 9SREL SET ASIDE)---S5-E3
SITE 16--RISHER POND ROAD--CULVERTS -----S5-W5
SITE 31 -- BEAVER BAFFLER SITE--LAURA WEEKS RD.---N7-E9
SITE 42-- YOUMAN RD. ---S2-E1
SITE 50 -- CHIPS RD ----N1-W3