# EXHIBIT R

## Weather records for July, August, September, October,1999




# History for Augusta Bush, Georgia

## on Thursday, July 1, 1999

**Jump to data by:**

Date: July 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | **Monthly** | Custom | Trip Planner | Next Month »

**Summary**

| | | | | |
|---|---|---|---|---|
| **Temperature** | **Max** | **Avg** | **Min** | |
| Max Temperature | 104 °F / 40 °C | 92 °F / 33 °C | 71 °F / 21 °C | |
| Mean Temperature | 90 °F / 32 °C | 81 °F / 27 °C | 68 °F / 20 °C | |
| Min Temperature | 78 °F / 25 °C | 70 °F / 21 °C | 64 °F / 17 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 0 | 0 | 0 | 0 |
| Cooling Degree Days (base 65) | 24 | 16 | 2 | 498 |
| Growing Degree Days (base 50) | 40 | 31 | 18 | 963 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 82 °F / 27 °C | 72 °F / 22 °C | 57 °F / 13 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.45 in / 3.7 cm | 0.12 in / 0.3 cm | 0.00 in / 0.0 cm | 3.68 in / 9.35 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 24 mph / 39 km/h | 2 mph / 4 km/h | 0 mph / 0 km/h | |
| Gust Wind | 32 mph / 52 km/h | 20 mph / 33 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.28 in / 1025 hPa | 30.04 in / 1017 hPa | 29.75 in / 1007 hPa | |










Print this calendar

« Previous Month « 1998 **July 1999** 2000 » Next Month »

| **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
|---|---|---|---|---|---|---|
| | | | | 1<br>**Actual:** 89 \| 70<br>Precip: 1.00<br>**Average:** 91 \| 69<br>Precip: 0.26 | 2<br>**Actual:** 88 \| 69<br>Precip: 0.01<br>**Average:** 90 \| 68<br>Precip: 0.10 | 3<br>**Actual:** 90 \| 68<br>Precip: 0.00<br>**Average:** 91 \| 68<br>Precip: 0.21 |

**4**
Actual: 91 | 68
Precip: 0.00
Average: 92 | 69
Precip: 0.14

**5**
Actual: 95 | 70
Precip: 0.00
Average: 91 | 69
Precip: 0.09

**6**
Actual: 93 | 71
Precip: 0.10
Average: 90 | 69
Precip: 0.09

**7**
Actual: 89 | 70
Precip: 0.17
Average: 91 | 68
Precip: 0.09

**8**
Actual: 91 | 70
Precip: 0.00
Average: 92 | 68
Precip: 0.10

**9**
Actual: 93 | 70
Precip: 0.00
Average: 92 | 69
Precip: 0.06

**10**
Actual: 93 | 73
Precip: 0.00
Average: 94 | 70
Precip: 0.07

**11**
Actual: 90 | 72
Precip: 1.45
Average: 94 | 71
Precip: 0.12

**12**
Actual: 82 | 68
Precip: 0.79
Average: 93 | 71
Precip: 0.19

**13**
Actual: 71 | 64
Precip: 0.09
Average: 93 | 70
Precip: 0.05

**14**
Actual: 79 | 66
Precip: 0.00
Average: 92 | 70
Precip: 0.10

**15**
Actual: 88 | 69
Precip: 0.00
Average: 92 | 70
Precip: 0.18

**16**
Actual: 88 | 69
Precip: 0.06
Average: 92 | 70
Precip: 0.20

**17**
Actual: 86 | 68
Precip: 0.00
Average: 91 | 70
Precip: 0.13

**18**
Actual: 90 | 72
Precip: 0.00
Average: 91 | 69
Precip: 0.08

**19**
Actual: 90 | 68
Precip: 0.00
Average: 92 | 69
Precip: 0.12

**20**
Actual: 93 | 69
Precip: 0.01
Average: 93 | 69
Precip: 0.10

**21**
Actual: 96 | 72
Precip: 0.00
Average: 94 | 70
Precip: 0.15

**22**
Actual: 104 | 75
Precip: 0.00
Average: 92 | 70
Precip: 0.31

**23**
Actual: 90 | 78
Precip: 0.00
Average: 92 | 70
Precip: 0.15

**24**
Actual: 96 | 77
Precip: 0.00
Average: 92 | 70
Precip: 0.19

**25**
Actual: 96 | 72
Precip: 0.00
Average: 92 | 71
Precip: 0.16

**26**
Actual: 100 | 68
Precip: 0.00
Average: 92 | 71
Precip: 0.18

**27**
Actual: 98 | 68
Precip: 0.00
Average: 92 | 71
Precip: 0.05

**28**
Actual: 98 | 71
Precip: 0.00
Average: 92 | 71
Precip: 0.09

**29**
Actual: 99 | 72
Precip: 0.00
Average: 92 | 71
Precip: 0.12

**30**
Actual: 102 | 73
Precip: 0.00
Average: 91 | 70
Precip: 0.16

**31**
Actual: 100 | 71
Precip: 0.00
Average: 91 | 69
Precip: 0.20

**Month Precipitation** - Actual month total: Average month total: **4.24**

**Calendar Key**

Sunny Clear · Mostly Cloudy Partly Sunny · Partly Cloudy Mostly Sunny · Cloudy · Rain · Snow
Flurries · Hail Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown




« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| July | | | | | | | | | | | | | | | | | | | | |
| 1 | 89 | 79 | 70 | 73 | 70 | 69 | 100 | 87 | 61 | 30.12 | 30.04 | 29.99 | - | 8 | 1 | 24 | 5 | 32 | 1.00 | Rain |
| 2 | 88 | 78 | 69 | 73 | 69 | 69 | 100 | 86 | 53 | 30.19 | 30.12 | 30.09 | - | 7 | 1 | 9 | 1 | - | 0.01 | |
| 3 | 90 | 80 | 68 | 74 | 70 | 68 | 100 | 80 | 52 | 30.25 | 30.19 | 30.15 | - | 9 | 1 | 13 | 3 | - | 0.00 | |
| 4 | 91 | 79 | 68 | 75 | 71 | 68 | 100 | 86 | 52 | 30.28 | 30.22 | 30.15 | - | 8 | 1 | 8 | 0 | - | 0.00 | |
| 5 | 95 | 82 | 70 | 76 | 72 | 70 | 100 | 78 | 47 | 30.19 | 30.17 | 30.04 | - | 8 | 1 | 7 | 4 | - | 0.00 | |
| 6 | 93 | 83 | 71 | 79 | 74 | 69 | 100 | 87 | 56 | 30.06 | 30.04 | 29.98 | - | 7 | 3 | 9 | 2 | 17 | 0.10 | Rain , Thunderstorm |
| 7 | 89 | 80 | 70 | 75 | 71 | 70 | 100 | 86 | 55 | 30.07 | 30.02 | 29.96 | - | 8 | 2 | 9 | 3 | - | 0.17 | Rain |
| 8 | 91 | 81 | 70 | 76 | 72 | 70 | 100 | 80 | 53 | 30.07 | 30.01 | 29.99 | - | 9 | 2 | 10 | 5 | - | 0.00 | |
| 9 | 93 | 81 | 70 | 73 | 72 | 67 | 100 | 75 | 44 | 30.14 | 30.09 | 30.04 | - | 8 | 2 | 14 | 0 | 18 | 0.00 | |
| 10 | 93 | 82 | 73 | 74 | 70 | 69 | 91 | 70 | 47 | 30.10 | 30.06 | 29.98 | - | 10 | 10 | 13 | 7 | 20 | 0.00 | |
| 11 | 90 | 80 | 72 | 75 | 72 | 71 | 100 | 84 | 57 | 30.09 | 30.03 | 30.00 | - | 6 | 0 | 14 | 3 | 26 | 1.45 | Fog , Rain , Thunderstorm |
| 12 | 82 | 76 | 68 | 74 | 72 | 70 | 100 | 94 | 74 | 30.08 | 30.08 | 30.00 | - | 7 | 1 | 14 | 2 | - | 0.79 | Rain |
| 13 | 71 | 68 | 64 | 70 | 68 | 63 | 100 | 98 | 81 | 30.13 | 30.05 | 30.03 | - | 6 | 2 | 12 | 10 | - | 0.09 | Rain |
| 14 | 79 | 72 | 66 | 72 | 66 | 64 | 100 | 91 | 74 | 30.17 | 30.13 | 30.09 | - | 8 | 5 | 8 | 2 | - | 0.00 | Rain |
| 15 | 88 | 78 | 69 | 75 | 70 | 68 | 100 | 81 | 53 | 30.19 | 30.16 | 30.11 | - | 8 | 2 | 8 | 2 | - | 0.00 | Rain |
| 16 | 88 | 80 | 69 | 75 | 71 | 70 | 100 | 87 | 57 | 30.21 | 30.16 | 30.14 | - | 8 | 4 | 13 | 1 | - | 0.06 | Rain , Thunderstorm |
| 17 | 86 | 76 | 68 | 75 | 69 | 68 | 100 | 92 | 63 | 30.24 | 30.20 | 30.14 | - | 5 | 0 | 9 | 2 | - | 0.00 | Fog , Rain |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 90 | 80 | 72 | 74 | 71 | 69 | 97 | 83 | 59 | 30.23 | 30.20 | 30.14 | - | 10 | 8 | 10 | 2 | - | 0.00 | Thunderstorm |
| 19 | 90 | 79 | 68 | 75 | 70 | 68 | 100 | 84 | 51 | 30.18 | 30.17 | 30.07 | - | 8 | 2 | 10 | 0 | - | 0.00 | |
| 20 | 93 | 81 | 69 | 75 | 71 | 68 | 100 | 76 | 50 | 30.12 | 30.09 | 30.01 | - | 6 | 3 | 9 | 0 | - | 0.01 | |
| 21 | 96 | 84 | 72 | 77 | 74 | 70 | 100 | 78 | 46 | 30.11 | 30.06 | 30.01 | - | 6 | 1 | 8 | 3 | - | 0.00 | |
| 22 | 104 | 90 | 75 | 78 | 73 | 73 | 94 | 80 | 41 | 30.07 | 30.04 | 29.98 | - | 6 | 3 | 9 | 0 | - | 0.00 | |
| 23 | 90 | 84 | 78 | 79 | 78 | 73 | 89 | 81 | 65 | 30.02 | 30.02 | 29.89 | - | 3 | 0 | 10 | 0 | - | 0.00 | |
| 24 | 96 | 87 | 77 | 79 | 78 | 70 | 93 | 74 | 51 | 29.97 | 29.94 | 29.83 | - | 6 | 1 | 17 | 4 | 18 | 0.00 | |
| 25 | 96 | 84 | 72 | 78 | 73 | 71 | 100 | 78 | 46 | 29.96 | 29.94 | 29.88 | - | 6 | 2 | 8 | 2 | - | 0.00 | |
| 26 | 100 | 84 | 68 | 75 | 70 | 57 | 100 | 75 | 24 | 29.95 | 29.93 | 29.86 | - | 6 | 0 | 13 | 2 | - | 0.00 | Fog |
| 27 | 98 | 83 | 68 | 76 | 69 | 67 | 93 | 68 | 39 | 29.98 | 29.94 | 29.90 | - | 8 | 4 | 8 | 0 | - | 0.00 | |
| 28 | 98 | 84 | 71 | 77 | 73 | 71 | 100 | 78 | 43 | 30.00 | 29.95 | 29.88 | - | 4 | 0 | 7 | 2 | - | 0.00 | Fog |
| 29 | 99 | 84 | 72 | 76 | 71 | 70 | 97 | 69 | 43 | 29.91 | 29.86 | 29.76 | - | 8 | 3 | 14 | 4 | 20 | 0.00 | Rain , Thunderstorm |
| 30 | 102 | 88 | 73 | 76 | 75 | 68 | 100 | 77 | 33 | 29.86 | 29.80 | 29.75 | - | 6 | 1 | 9 | 3 | - | 0.00 | |
| 31 | 100 | 86 | 71 | 82 | 72 | 71 | 100 | 77 | 45 | 29.88 | 29.83 | 29.79 | - | 7 | 4 | 8 | 2 | - | 0.00 | |

Copyright © 2006 The Weather Underground, Inc.

INTRODUCING **AOL HIGH SPEED*** YOU DESERVE A BETTER HIGH-SPEED INTERNET.
GET IT NOW
AOL
*Powered by DSL or cable. Not available in all areas.

# History for Augusta Bush, Georgia
## on Sunday, August 1, 1999

**Jump to data by:**

Date: August 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | **Monthly** | Custom | Trip Planner | Next Month »

**Summary**

| **Temperature** | **Max** | **Avg** | **Min** | |
|---|---|---|---|---|
| Max Temperature | 107 °F / 41 °C | 96 °F / 35 °C | 84 °F / 28 °C | |
| Mean Temperature | 90 °F / 32 °C | 83 °F / 28 °C | 70 °F / 21 °C | |
| Min Temperature | 75 °F / 23 °C | 70 °F / 21 °C | 55 °F / 12 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 0 | 0 | 0 | 0 |
| Cooling Degree Days (base 65) | 24 | 18 | 6 | 545 |
| Growing Degree Days (base 50) | 40 | 33 | 20 | 1014 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 79 °F / 26 °C | 70 °F / 21 °C | 48 °F / 8 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.09 in / 2.8 cm | 0.11 in / 0.2 cm | 0.00 in / 0.0 cm | 2.19 in / 5.56 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 22 mph / 35 km/h | 3 mph / 5 km/h | 0 mph / 0 km/h | |
| Gust Wind | 29 mph / 47 km/h | 19 mph / 30 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.18 in / 1022 hPa | 29.93 in / 1013 hPa | 29.74 in / 1007 hPa | |










Print this calendar

« Previous Month « 1998 **August 1999** 2000 » Next Month »

| **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| **Actual:** 107 \| 72 | **Actual:** 97 \| 73 | **Actual:** 95 \| 70 | **Actual:** 93 \| 64 | **Actual:** 96 \| 63 | **Actual:** 98 \| 68 | **Actual:** 99 \| 70 |
| Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 |
| **Average:** 91 \| 69 | **Average:** 91 \| 70 | **Average:** 90 \| 70 | **Average:** 90 \| 69 | **Average:** 91 \| 69 | **Average:** 90 \| 70 | **Average:** 90 \| 70 |
| Precip: 0.32 | Precip: 0.27 | Precip: 0.12 | Precip: 0.19 | Precip: 0.15 | Precip: 0.19 | Precip: 0.09 |

| Day | | | | | | |
|---|---|---|---|---|---|---|
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Actual: 102 \| 73 | Actual: 98 \| 72 | Actual: 100 \| 69 | Actual: 102 \| 73 | Actual: 102 \| 71 | Actual: 102 \| 69 | Actual: 102 \| 75 |
| Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 |
| Average: 91 \| 70 | Average: 91 \| 70 | Average: 91 \| 70 | Average: 89 \| 69 | Average: 89 \| 69 | Average: 88 \| 68 | Average: 88 \| 68 |
| Precip: 0.10 | Precip: 0.06 | Precip: 0.17 | Precip: 0.31 | Precip: 0.24 | Precip: 0.11 | Precip: 0.08 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| Actual: 96 \| 72 | Actual: 96 \| 73 | Actual: 100 \| 72 | Actual: 102 \| 70 | Actual: 99 \| 72 | Actual: 91 \| 69 | Actual: 93 \| 66 |
| Precip: 0.00 | Precip: 0.49 | Precip: 0.00 | Precip: 0.00 | Precip: 0.15 | Precip: 1.09 | Precip: 0.00 |
| Average: 90 \| 68 | Average: 90 \| 69 | Average: 90 \| 69 | Average: 91 \| 69 | Average: 91 \| 69 | Average: 91 \| 69 | Average: 90 \| 69 |
| Precip: 0.14 | Precip: 0.16 | Precip: 0.08 | Precip: 0.06 | Precip: 0.13 | Precip: 0.13 | Precip: 0.07 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| Actual: 91 \| 68 | Actual: 91 \| 69 | Actual: 86 \| 72 | Actual: 89 \| 69 | Actual: 93 \| 72 | Actual: 93 \| 69 | Actual: 91 \| 69 |
| Precip: 0.00 | Precip: 0.45 | Precip: 0.01 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 |
| Average: 89 \| 68 | Average: 90 \| 68 | Average: 90 \| 68 | Average: 90 \| 68 | Average: 90 \| 68 | Average: 90 \| 68 | Average: 90 \| 68 |
| Precip: 0.15 | Precip: 0.11 | Precip: 0.11 | Precip: 0.21 | Precip: 0.12 | Precip: 0.06 | Precip: 0.07 |
| 29 | 30 | 31 | | | | |
| Actual: 91 \| 73 | Actual: 90 \| 70 | Actual: 84 \| 55 | | | | |
| Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | | | | |
| Average: 89 \| 67 | Average: 89 \| 66 | Average: 88 \| 67 | | | | |
| Precip: 0.07 | Precip: 0.12 | Precip: 0.21 | | | | |

**Month Precipitation** - Actual month total: Average month total: **4.40** 2.19

**Calendar Key**

Sunny Clear · Mostly Cloudy Partly Sunny · Partly Cloudy Mostly Sunny · Cloudy · Rain · Snow · Hail Flurries · Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown

| | | |
|---|---|---|
| Actual: | 90 \| 58 | |
| Precip: | 0.00 | |
| Average: | 71 \| 53 | |
| Precip: | 0.03 | -60 -30 0 30 60 90 120 |

Data Category, Condition, High Temp., Lo Temp., Precip. (in inches), Daily Avg. Temp., Temps in °F

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| August | | | | | | | | | | | | | | | | | | | | |
| 1 | 107 | 90 | 72 | 78 | 71 | 56 | 96 | 62 | 19 | 29.91 | 29.86 | 29.82 | - | 8 | 4 | 9 | 3 | - | 0.00 | |
| 2 | 97 | 86 | 73 | 74 | 68 | 63 | 94 | 62 | 35 | 29.96 | 29.91 | 29.84 | - | 9 | 6 | 12 | 2 | - | 0.00 | |
| 3 | 95 | 83 | 70 | 72 | 68 | 63 | 93 | 62 | 37 | 30.03 | 29.99 | 29.93 | - | 9 | 7 | 9 | 1 | - | 0.00 | |
| 4 | 93 | 80 | 64 | 70 | 65 | 61 | 93 | 66 | 34 | 29.98 | 29.94 | 29.85 | - | 9 | 5 | 10 | 0 | 16 | 0.00 | |
| 5 | 96 | 80 | 63 | 71 | 63 | 62 | 100 | 71 | 33 | 29.91 | 29.89 | 29.82 | - | 7 | 1 | 9 | 0 | - | 0.00 | |
| 6 | 98 | 82 | 68 | 75 | 70 | 68 | 100 | 74 | 43 | 29.96 | 29.91 | 29.88 | - | 7 | 2 | 9 | 3 | - | 0.00 | |
| 7 | 99 | 84 | 70 | 78 | 73 | 63 | 100 | 74 | 31 | 30.01 | 29.96 | 29.92 | - | 6 | 1 | 12 | 3 | - | 0.00 | |
| 8 | 102 | 88 | 73 | 76 | 70 | 60 | 97 | 65 | 27 | 29.98 | 29.92 | 29.82 | - | 7 | 5 | 22 | 5 | 29 | 0.00 | |
| 9 | 98 | 85 | 72 | 72 | 70 | 67 | 87 | 64 | 38 | 29.86 | 29.83 | 29.74 | - | 9 | 6 | 9 | 3 | - | 0.00 | |
| 10 | 100 | 84 | 69 | 73 | 72 | 63 | 96 | 67 | 29 | 29.86 | 29.80 | 29.77 | - | 7 | 1 | 12 | 3 | 17 | 0.00 | |
| 11 | 102 | 86 | 73 | 76 | 72 | 63 | 100 | 63 | 30 | 29.89 | 29.84 | 29.80 | - | 7 | 2 | 13 | 4 | - | 0.00 | |
| 12 | 102 | 87 | 71 | 72 | 68 | 61 | 87 | 59 | 27 | 29.93 | 29.88 | 29.83 | - | 8 | 6 | 9 | 3 | - | 0.00 | |
| 13 | 102 | 87 | 69 | 77 | 70 | 63 | 93 | 63 | 29 | 29.93 | 29.89 | 29.82 | - | 6 | 2 | 12 | 0 | - | 0.00 | |
| 14 | 102 | 88 | 75 | 79 | 77 | 68 | 100 | 76 | 40 | 29.88 | 29.84 | 29.74 | - | 6 | 2 | 18 | 3 | - | 0.00 | |
| 15 | 96 | 84 | 72 | 75 | 71 | 70 | 97 | 74 | 46 | 30.06 | 29.93 | 29.86 | - | 8 | 5 | 16 | 6 | - | 0.00 | Rain , Thunderstorm |
| 16 | 96 | 84 | 73 | 77 | 74 | 72 | 100 | 87 | 47 | 30.18 | 30.08 | 30.07 | - | 6 | 1 | 10 | 3 | - | 0.49 | Rain , Thunderstorm |
| 17 | 100 | 86 | 72 | 75 | 74 | 67 | 100 | 77 | 36 | 30.14 | 30.07 | 29.94 | - | 7 | 2 | 10 | 1 | - | 0.00 | |
| 18 | 102 | 86 | 70 | 74 | 71 | 60 | 100 | 65 | 28 | 29.96 | 29.90 | 29.79 | - | 8 | 2 | 9 | 4 | - | 0.00 | |

Case 1:03-cv-01501-RHH Document 54-21 Filed 07/28/2006 Page 7 of 13

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 99 | 84 | 72 | 76 | 72 | 70 | 100 | 78 | 41 | 29.96 | 29.86 | 29.84 | - | 5 | 2 | 15 | 3 | - | 0.15 | Rain , Thunderstorm |
| 20 | 91 | 78 | 69 | 77 | 70 | 62 | 96 | 79 | 56 | 30.00 | 29.96 | 29.88 | - | 8 | 2 | 21 | 12 | 25 | 1.09 | Rain , Thunderstorm |
| 21 | 93 | 78 | 66 | 75 | 66 | 65 | 96 | 76 | 47 | 29.98 | 29.94 | 29.89 | - | 9 | 5 | 9 | 2 | - | 0.00 | |
| 22 | 91 | 80 | 68 | 73 | 70 | 66 | 97 | 73 | 42 | 30.01 | 29.96 | 29.91 | - | 6 | 2 | 10 | 0 | - | 0.00 | |
| 23 | 91 | 80 | 69 | 74 | 70 | 68 | 97 | 81 | 52 | 30.02 | 30.00 | 29.92 | - | 6 | 1 | 13 | 2 | - | 0.45 | Rain , Thunderstorm |
| 24 | 86 | 79 | 72 | 75 | 72 | 71 | 100 | 88 | 63 | 29.99 | 29.95 | 29.89 | - | 7 | 2 | 13 | 0 | 20 | 0.01 | Rain |
| 25 | 89 | 78 | 69 | 76 | 73 | 70 | 100 | 85 | 63 | 29.97 | 29.94 | 29.85 | - | 7 | 0 | 9 | 4 | - | 0.00 | |
| 26 | 93 | 82 | 72 | 75 | 73 | 66 | 97 | 75 | 50 | 29.92 | 29.88 | 29.81 | - | 10 | 9 | 15 | 6 | 20 | 0.00 | Rain , Thunderstorm |
| 27 | 93 | 81 | 69 | 73 | 70 | 64 | 100 | 72 | 39 | 29.92 | 29.87 | 29.84 | - | 8 | 2 | 8 | 0 | - | 0.00 | Thunderstorm |
| 28 | 91 | 80 | 69 | 75 | 72 | 69 | 100 | 86 | 50 | 29.96 | 29.90 | 29.85 | - | 4 | 0 | 12 | 0 | - | 0.00 | Fog |
| 29 | 91 | 82 | 73 | 74 | 72 | 66 | 94 | 72 | 50 | 29.89 | 29.86 | 29.77 | - | 8 | 5 | 15 | 3 | 18 | 0.00 | |
| 30 | 90 | 82 | 70 | 66 | 62 | 50 | 69 | 52 | 36 | 30.06 | 29.90 | 29.77 | - | 9 | 8 | 17 | 8 | - | 0.00 | |
| 31 | 84 | 70 | 55 | 58 | 50 | 48 | 96 | 57 | 33 | 30.17 | 30.13 | 30.06 | - | 10 | 10 | 9 | 6 | 17 | 0.00 | |

Copyright © 2006 The Weather Underground, Inc.

With constant updates
The Wall Street Journal Online
is more than JUST the *Journal* online!
Click here to start
your free trial now.
WSJ.com THE WALL STREET JOURNAL ONLINE

# History for Augusta Bush, Georgia
## on Wednesday, September 1, 1999

**Jump to data by:**

Date: September 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | **Monthly** | Custom | Trip Planner | Next Month »

| Summary | | | | |
|---|---|---|---|---|
| **Temperature** | **Max** | **Avg** | **Min** | |
| Max Temperature | 100 °F / 37 °C | 86 °F / 29 °C | 70 °F / 21 °C | |
| Mean Temperature | 84 °F / 28 °C | 73 °F / 22 °C | 62 °F / 16 °C | |
| Min Temperature | 73 °F / 22 °C | 59 °F / 14 °C | 42 °F / 5 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 2 | 0 | 0 | 5 |
| Cooling Degree Days (base 65) | 19 | 8 | 0 | 234 |
| Growing Degree Days (base 50) | 34 | 23 | 12 | 676 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 76 °F / 24 °C | 60 °F / 15 °C | 41 °F / 5 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.27 in / 3.2 cm | 0.17 in / 0.4 cm | 0.00 in / 0.0 cm | 4.57 in / 11.61 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 30 mph / 48 km/h | 3 mph / 5 km/h | 0 mph / 0 km/h | |
| Gust Wind | 38 mph / 61 km/h | 22 mph / 35 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.17 in / 1022 hPa | 29.95 in / 1014 hPa | 29.55 in / 1001 hPa | |










Print this calendar

« Previous Month « 1998 **September 1999** 2000 » Next Month »

| **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
|---|---|---|---|---|---|---|
| | | | 1<br>**Actual:** 90 \| 51<br>Precip: 0.00<br>**Average:** 88 \| 67<br>Precip: 0.17 | 2<br>**Actual:** 96 \| 54<br>Precip: 0.00<br>**Average:** 88 \| 67<br>Precip: 0.07 | 3<br>**Actual:** 93 \| 62<br>Precip: 0.00<br>**Average:** 88 \| 67<br>Precip: 0.45 | 4<br>**Actual:** 96 \| 59<br>Precip: 0.00<br>**Average:** 87 \| 67<br>Precip: 0.20 |

Case 1:03-cv-01501-RHH Document 54-21 Filed 07/28/2006 Page 9 of 13

| Day | Actual | Precip | Average | Precip |
|---|---|---|---|---|
| 5 | 99 \| 62 | 0.00 | 86 \| 66 | 0.11 |
| 6 | 100 \| 66 | 0.00 | 87 \| 65 | 0.13 |
| 7 | 96 \| 64 | 0.01 | 87 \| 65 | 0.03 |
| 8 | 93 \| 66 | 0.00 | 88 \| 65 | 0.03 |
| 9 | 91 \| 66 | 0.36 | 87 \| 65 | 0.16 |
| 10 | 90 \| 64 | 0.00 | 87 \| 65 | 0.06 |
| 11 | 90 \| 61 | 0.00 | 87 \| 64 | 0.01 |
| 12 | 88 \| 55 | 0.00 | 87 \| 63 | 0.06 |
| 13 | 87 \| 55 | 0.00 | 86 \| 62 | 0.09 |
| 14 | 90 \| 57 | 0.00 | 86 \| 62 | 0.11 |
| 15 | 79 \| 73 | 0.00 | 88 \| 62 | 0.03 |
| 16 | 88 \| 55 | 0.00 | 86 \| 63 | 0.04 |
| 17 | 84 \| 48 | 0.00 | 85 \| 63 | 0.20 |
| 18 | 82 \| 53 | 0.00 | 84 \| 64 | 0.10 |
| 19 | 79 \| 57 | 0.06 | 86 \| 63 | 0.10 |
| 20 | 70 \| 63 | 0.82 | 86 \| 64 | 0.21 |
| 21 | 79 \| 64 | 0.09 | 86 \| 63 | 0.14 |
| 22 | 75 \| 50 | 0.00 | 85 \| 61 | 0.09 |
| 23 | 77 \| 42 | 0.00 | 84 \| 59 | 0.01 |
| 24 | 81 \| 45 | 0.00 | 82 \| 58 | 0.08 |
| 25 | 82 \| 52 | 0.00 | 82 \| 59 | 0.19 |
| 26 | 84 \| 55 | 0.79 | 82 \| 59 | 0.09 |
| 27 | 77 \| 70 | 1.27 | 82 \| 60 | 0.06 |
| 28 | 82 \| 71 | 1.02 | 81 \| 59 | 0.17 |
| 29 | 84 \| 72 | 0.15 | 81 \| 59 | 0.06 |
| 30 | 75 \| 50 | 0.00 | 79 \| 58 | 0.07 |

**Month Precipitation** - Actual month total: Average month total: 3.32 4.57

**Calendar Key**

Sunny Clear · Mostly Sunny Partly Cloudy · Partly Sunny Mostly Cloudy · Cloudy · Rain · Snow · Flurries · Hail · Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown




« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| **September** | | | | | | | | | | | | | | | | | | | | |
| 1 | 90 | 70 | 51 | 57 | 53 | 48 | 97 | 62 | 25 | 30.15 | 30.08 | 29.99 | - | 10 | 10 | 9 | 2 | - | 0.00 | |
| 2 | 96 | 74 | 54 | 61 | 55 | 53 | 100 | 66 | 29 | 30.07 | 30.00 | 29.89 | - | 10 | 6 | 9 | 0 | - | 0.00 | |
| 3 | 93 | 78 | 62 | 63 | 60 | 54 | 87 | 59 | 28 | 29.99 | 29.94 | 29.86 | - | 10 | 7 | 14 | 2 | - | 0.00 | |
| 4 | 96 | 78 | 59 | 65 | 59 | 55 | 81 | 59 | 26 | 29.97 | 29.90 | 29.81 | - | 10 | 10 | 17 | 2 | 22 | 0.00 | |
| 5 | 99 | 81 | 62 | 66 | 60 | 52 | 93 | 56 | 21 | 29.84 | 29.80 | 29.73 | - | 10 | 10 | 17 | 4 | 25 | 0.00 | |
| 6 | 100 | 84 | 66 | 68 | 62 | 54 | 93 | 54 | 22 | 29.82 | 29.79 | 29.73 | - | 9 | 6 | 15 | 6 | 23 | 0.00 | |
| 7 | 96 | 80 | 64 | 76 | 67 | 63 | 96 | 72 | 43 | 29.88 | 29.83 | 29.78 | - | 9 | 4 | 13 | 2 | - | 0.01 | Rain , Thunderstorm |
| 8 | 93 | 80 | 66 | 72 | 68 | 65 | 100 | 82 | 39 | 29.90 | 29.83 | 29.77 | - | 6 | 0 | 9 | 2 | - | 0.00 | Fog |
| 9 | 91 | 78 | 66 | 73 | 71 | 66 | 100 | 89 | 46 | 29.86 | 29.84 | 29.70 | - | 4 | 0 | 18 | 2 | 29 | 0.36 | Fog , Rain , Thunderstorm |
| 10 | 90 | 77 | 64 | 69 | 67 | 60 | 100 | 76 | 39 | 29.91 | 29.82 | 29.79 | - | 7 | 2 | 9 | 5 | - | 0.00 | |
| 11 | 90 | 76 | 61 | 64 | 60 | 52 | 97 | 69 | 29 | 30.07 | 29.97 | 29.90 | - | 9 | 5 | 9 | 0 | - | 0.00 | |
| 12 | 88 | 72 | 55 | 63 | 57 | 51 | 97 | 75 | 29 | 30.16 | 30.10 | 30.06 | - | 9 | 7 | 9 | 0 | - | 0.00 | |
| 13 | 87 | 70 | 55 | 60 | 58 | 54 | 100 | 73 | 33 | 30.14 | 30.09 | 29.99 | - | 8 | 1 | 13 | 0 | 16 | 0.00 | |
| 14 | 90 | 74 | 57 | 69 | 60 | 55 | 96 | 71 | 45 | 30.01 | 29.96 | 29.85 | - | 9 | 6 | 13 | 2 | 18 | 0.00 | |
| 15 | 79 | 76 | 73 | 70 | 69 | 60 | 88 | 77 | 60 | 29.87 | 29.72 | 29.55 | - | 10 | 9 | 30 | 10 | 38 | 0.00 | Rain |
| 16 | 88 | 73 | 55 | 59 | 47 | 41 | 75 | 40 | 20 | 29.97 | 29.78 | 29.58 | - | 10 | 10 | 20 | 16 | 26 | 0.00 | |
| 17 | 84 | 67 | 48 | 58 | 47 | 46 | 90 | 59 | 31 | 30.13 | 30.06 | 29.98 | - | 10 | 10 | 16 | 3 | 20 | 0.00 | |
| 18 | 82 | 68 | 53 | 64 | 55 | 53 | 100 | 74 | 38 | 30.14 | 30.09 | 30.02 | - | 8 | 3 | 10 | 0 | - | 0.00 | |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 79 | 68 | 57 | 67 | 61 | 59 | 97 | 82 | 54 | 30.10 | 30.06 | 30.04 | - | 9 | 4 | 10 | 0 | - | 0.06 | Rain |
| 20 | 70 | 66 | 63 | 67 | 62 | 61 | 100 | 97 | 88 | 30.05 | 30.01 | 29.89 | - | 5 | 1 | 10 | 2 | - | 0.82 | Rain |
| 21 | 79 | 71 | 64 | 67 | 66 | 61 | 100 | 92 | 66 | 29.89 | 29.85 | 29.69 | - | 7 | 3 | 13 | 4 | - | 0.09 | Rain |
| 22 | 75 | 62 | 50 | 60 | 50 | 41 | 93 | 64 | 30 | 29.98 | 29.83 | 29.76 | - | 10 | 10 | 17 | 15 | 23 | 0.00 | |
| 23 | 77 | 64 | 42 | 54 | 48 | 42 | 100 | 59 | 30 | 30.09 | 30.03 | 29.98 | - | 10 | 8 | 8 | 3 | - | 0.00 | |
| 24 | 81 | 62 | 45 | 61 | 49 | 45 | 100 | 84 | 35 | 30.05 | 30.04 | 29.94 | - | 7 | 0 | 8 | 0 | - | 0.00 | Fog |
| 25 | 82 | 68 | 52 | 67 | 57 | 54 | 100 | 83 | 47 | 30.07 | 30.00 | 29.99 | - | 8 | 2 | 9 | 0 | - | 0.00 | |
| 26 | 84 | 70 | 55 | 72 | 60 | 55 | 100 | 91 | 60 | 30.13 | 30.05 | 30.04 | - | 4 | 0 | 17 | 0 | 26 | 0.79 | Fog , Rain , Thunderstorm |
| 27 | 77 | 73 | 70 | 73 | 72 | 69 | 100 | 100 | 87 | 30.16 | 30.12 | 30.08 | - | 7 | 1 | 10 | 3 | - | 1.27 | Rain |
| 28 | 82 | 76 | 71 | 74 | 72 | 71 | 100 | 94 | 74 | 30.17 | 30.15 | 30.09 | - | 8 | 1 | 12 | 4 | - | 1.02 | Rain |
| 29 | 84 | 76 | 72 | 75 | 73 | 69 | 100 | 90 | 72 | 30.11 | 30.01 | 29.87 | - | 9 | 2 | 12 | 4 | - | 0.15 | Rain |
| 30 | 75 | 64 | 50 | 69 | 51 | 42 | 93 | 65 | 32 | 30.04 | 29.96 | 29.86 | - | 10 | 10 | 14 | 8 | 18 | 0.00 | |

Copyright © 2006 The Weather Underground, Inc.




# History for Augusta Bush, Georgia

## on Friday, October 1, 1999

**Jump to data by:**

Date: October 1 1999 Airport Code: Go

Latest visited Airport Codes:KAGS

« Previous Month | Daily | Weekly | **Monthly** | Custom | Trip Planner | Next Month »

**Summary**

| **Temperature** | **Max** | **Avg** | **Min** | |
|---|---|---|---|---|
| Max Temperature | **86** °F / **30** °C | **75** °F / **23** °C | **63** °F / **17** °C | |
| Mean Temperature | **74** °F / **23** °C | **63** °F / **17** °C | **48** °F / **8** °C | |
| Min Temperature | **68** °F / **20** °C | **51** °F / **10** °C | **30** °F / **-1** °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | **18** | **4** | **0** | **116** |
| Cooling Degree Days (base 65) | **10** | **2** | **0** | **61** |
| Growing Degree Days (base 50) | **24** | **13** | **0** | **416** |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | **71** °F / **21** °C | **54** °F / **12** °C | **30** °F / **-1** °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | **1.35** in / **3.4** cm | **0.11** in / **0.2** cm | **0.00** in / **0.0** cm | **2.74** in / **6.98** cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | **21** mph / **34** km/h | **3** mph / **5** km/h | **0** mph / **0** km/h | |
| Gust Wind | **28** mph / **45** km/h | **20** mph / **32** km/h | **17** mph / **27** km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | **30.37** in / **1028** hPa | **30.11** in / **1020** hPa | **29.64** in / **1004** hPa | |










Print this calendar

« Previous Month « 1998 **October 1999** 2000 » Next Month »

| **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
|---|---|---|---|---|---|---|
| | | | | | 1<br>**Actual:** **77** \| **46**<br>Precip: **0.00** | 2<br>**Actual:** **81** \| **46**<br>Precip: **0.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Average: 81 \| 56<br>Precip: 0.14 | Average: 81 \| 55<br>Precip: 0.12 |
| 3<br>Actual: 86 \| 60<br>Precip: 0.00<br>Average: 81 \| 54<br>Precip: 0.12 | 4<br>Actual: 72 \| 60<br>Precip: 1.35<br>Average: 81 \| 54<br>Precip: 0.07 | 5<br>Actual: 75 \| 61<br>Precip: 0.00<br>Average: 82 \| 53<br>Precip: 0.03 | 6<br>Actual: 75 \| 52<br>Precip: 0.00<br>Average: 80 \| 52<br>Precip: 0.03 | 7<br>Actual: 77 \| 46<br>Precip: 0.01<br>Average: 79 \| 54<br>Precip: 0.02 | 8<br>Actual: 80 \| 51<br>Precip: 0.00<br>Average: 77 \| 53<br>Precip: 0.19 | 9<br>Actual: 84 \| 60<br>Precip: 0.00<br>Average: 79 \| 52<br>Precip: 0.10 |
| 10<br>Actual: 81 \| 68<br>Precip: 0.00<br>Average: 77 \| 52<br>Precip: 0.22 | 11<br>Actual: 81 \| 68<br>Precip: 0.01<br>Average: 77 \| 52<br>Precip: 0.13 | 12<br>Actual: 70 \| 64<br>Precip: 1.23<br>Average: 78 \| 51<br>Precip: 0.18 | 13<br>Actual: 70 \| 62<br>Precip: 0.05<br>Average: 78 \| 51<br>Precip: 0.10 | 14<br>Actual: 79 \| 59<br>Precip: 0.00<br>Average: 79 \| 50<br>Precip: 0.00 | 15<br>Actual: 75 \| 57<br>Precip: 0.00<br>Average: 79 \| 50<br>Precip: 0.06 | 16<br>Actual: 80 \| 61<br>Precip: 0.00<br>Average: 78 \| 50<br>Precip: 0.02 |
| 17<br>Actual: 78 \| 61<br>Precip: 0.00<br>Average: 77 \| 51<br>Precip: 0.09 | 18<br>Actual: 80 \| 54<br>Precip: 0.00<br>Average: 76 \| 49<br>Precip: 0.06 | 19<br>Actual: 73 \| 57<br>Precip: 0.01<br>Average: 75 \| 48<br>Precip: 0.07 | 20<br>Actual: 64 \| 59<br>Precip: 0.05<br>Average: 74 \| 47<br>Precip: 0.12 | 21<br>Actual: 69 \| 44<br>Precip: 0.00<br>Average: 75 \| 47<br>Precip: 0.05 | 22<br>Actual: 75 \| 39<br>Precip: 0.00<br>Average: 74 \| 47<br>Precip: 0.11 | 23<br>Actual: 64 \| 43<br>Precip: 0.00<br>Average: 74 \| 47<br>Precip: 0.10 |
| 24<br>Actual: 63 \| 32<br>Precip: 0.00<br>Average: 74 \| 48<br>Precip: 0.06 | 25<br>Actual: 66 \| 30<br>Precip: 0.00<br>Average: 73 \| 49<br>Precip: 0.11 | 26<br>Actual: 71 \| 34<br>Precip: 0.00<br>Average: 74 \| 48<br>Precip: 0.06 | 27<br>Actual: 77 \| 36<br>Precip: 0.00<br>Average: 74 \| 46<br>Precip: 0.04 | 28<br>Actual: 73 \| 39<br>Precip: 0.00<br>Average: 74 \| 46<br>Precip: 0.02 | 29<br>Actual: 75 \| 37<br>Precip: 0.00<br>Average: 72 \| 46<br>Precip: 0.04 | 30<br>Actual: 77 \| 46<br>Precip: 0.02<br>Average: 72 \| 48<br>Precip: 0.12 |
| 31<br>Actual: 79 \| 53<br>Precip: 0.01<br>Average: 72 \| 48<br>Precip: 0.13 | | | | | | |

2.75

**Month Precipitation** - Actual month total: Average month total: 2.71

**Calendar Key**

Sunny Clear · Mostly Cloudy Partly Sunny · Partly Cloudy Mostly Sunny · Cloudy · Rain · Snow · Flurries · Hail Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown

| | | |
|---|---|---|
| Actual: | 90 \| 58 | Data Category / Condition / High Temp. / Lo Temp. |
| Precip: | 0.00 | Precip. (in inches) |
| Average: | 71 \| 53 | Daily Avg. Temp. |
| Precip: | 0.03 | Temps in °F: -60 -30 0 30 60 90 120 |

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| October | | | | | | | | | | | | | | | | | | | | |
| 1 | 77 | 60 | 46 | 58 | 48 | 46 | 100 | 77 | 36 | 30.12 | 30.06 | 30.04 | - | 9 | 2 | 9 | 0 | - | 0.00 | |
| 2 | 81 | 64 | 46 | 68 | 58 | 47 | 100 | 82 | 54 | 30.19 | 30.13 | 30.11 | - | 8 | 2 | 9 | 0 | - | 0.00 | |
| 3 | 86 | 72 | 60 | 69 | 64 | 59 | 100 | 88 | 41 | 30.26 | 30.19 | 30.12 | - | 5 | 0 | 7 | 0 | - | 0.00 | Fog |
| 4 | 72 | 66 | 60 | 70 | 66 | 60 | 100 | 99 | 83 | 30.17 | 30.17 | 30.03 | - | 3 | 0 | 14 | 3 | 22 | 1.35 | Fog , Rain |
| 5 | 75 | 68 | 61 | 65 | 61 | 60 | 100 | 91 | 64 | 30.08 | 30.05 | 29.98 | - | 7 | 0 | 10 | 0 | - | 0.00 | Fog |
| 6 | 75 | 65 | 52 | 60 | 59 | 53 | 100 | 89 | 46 | 30.20 | 30.07 | 30.07 | - | 4 | 0 | 8 | 0 | - | 0.00 | Fog |
| 7 | 77 | 62 | 46 | 57 | 53 | 47 | 100 | 89 | 40 | 30.30 | 30.19 | 30.18 | - | 4 | 0 | 14 | 0 | 17 | 0.01 | Fog , Rain |
| 8 | 80 | 66 | 51 | 63 | 56 | 49 | 96 | 74 | 52 | 30.32 | 30.29 | 30.22 | - | 10 | 9 | 13 | 0 | - | 0.00 | |
| 9 | 84 | 72 | 60 | 67 | 64 | 62 | 97 | 71 | 51 | 30.23 | 30.18 | 30.11 | - | 10 | 6 | 12 | 4 | - | 0.00 | |

Case 1:03-cv-01501-RHH Document 54-21 Filed 07/28/2006 Page 13 of 13

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 81 | 74 | 68 | 71 | 66 | 64 | 96 | 83 | 60 | 30.14 | 30.09 | 30.01 | - | 10 | 8 | 13 | 4 | - | 0.00 | Rain |
| 11 | 81 | 74 | 68 | 70 | 69 | 66 | 100 | 83 | 61 | 30.10 | 30.03 | 30.01 | - | 10 | 9 | 8 | 3 | - | 0.01 | Rain |
| 12 | 70 | 67 | 64 | 68 | 64 | 63 | 100 | 91 | 84 | 30.19 | 30.12 | 30.11 | - | 5 | 1 | 16 | 4 | - | 1.23 | Rain |
| 13 | 70 | 66 | 62 | 64 | 61 | 61 | 100 | 93 | 78 | 30.17 | 30.15 | 30.01 | - | 5 | 2 | 9 | 6 | - | 0.05 | Rain |
| 14 | 79 | 69 | 59 | 65 | 61 | 59 | 100 | 85 | 60 | 30.08 | 30.00 | 29.96 | - | 5 | 3 | 10 | 3 | - | 0.00 | |
| 15 | 75 | 66 | 57 | 63 | 58 | 51 | 94 | 76 | 50 | 30.17 | 30.09 | 30.07 | - | 9 | 5 | 13 | 0 | 18 | 0.00 | |
| 16 | 80 | 71 | 61 | 64 | 55 | 53 | 80 | 68 | 52 | 30.10 | 30.00 | 29.89 | - | 10 | 10 | 14 | 8 | 21 | 0.00 | |
| 17 | 78 | 72 | 61 | 67 | 64 | 63 | 93 | 79 | 66 | 29.88 | 29.75 | 29.64 | - | 10 | 10 | 21 | 13 | 28 | 0.00 | |
| 18 | 80 | 67 | 54 | 65 | 58 | 54 | 100 | 83 | 50 | 30.08 | 29.90 | 29.74 | - | 7 | 0 | 8 | 1 | - | 0.00 | Fog |
| 19 | 73 | 66 | 57 | 63 | 56 | 54 | 93 | 77 | 66 | 30.19 | 30.13 | 30.09 | - | 10 | 6 | 9 | 5 | - | 0.01 | Rain |
| 20 | 64 | 62 | 59 | 62 | 62 | 57 | 100 | 95 | 88 | 30.16 | 30.12 | 30.07 | - | 5 | 0 | 10 | 6 | - | 0.05 | Rain |
| 21 | 69 | 58 | 44 | 57 | 52 | 45 | 96 | 78 | 45 | 30.15 | 30.11 | 30.01 | - | 10 | 8 | 14 | 10 | - | 0.00 | |
| 22 | 75 | 57 | 39 | 50 | 42 | 39 | 100 | 69 | 32 | 30.01 | 29.85 | 29.70 | - | 9 | 2 | 13 | 0 | 20 | 0.00 | |
| 23 | 64 | 55 | 43 | 48 | 38 | 31 | 77 | 47 | 29 | 30.02 | 29.85 | 29.73 | - | 10 | 10 | 18 | 10 | 21 | 0.00 | |
| 24 | 63 | 48 | 32 | 41 | 34 | 30 | 97 | 63 | 34 | 30.22 | 30.13 | 30.03 | - | 10 | 10 | 12 | 4 | - | 0.00 | |
| 25 | 66 | 48 | 30 | 44 | 35 | 31 | 100 | 77 | 34 | 30.36 | 30.30 | 30.23 | - | 9 | 2 | 7 | 0 | - | 0.00 | |
| 26 | 71 | 52 | 34 | 50 | 38 | 34 | 100 | 90 | 33 | 30.30 | 30.28 | 30.14 | - | 4 | 0 | 10 | 1 | - | 0.00 | Fog |
| 27 | 77 | 56 | 36 | 53 | 42 | 36 | 100 | 84 | 29 | 30.25 | 30.16 | 30.14 | - | 5 | 0 | 10 | 0 | - | 0.00 | Fog |
| 28 | 73 | 57 | 39 | 54 | 45 | 40 | 100 | 82 | 35 | 30.37 | 30.27 | 30.25 | - | 7 | 0 | 7 | 0 | - | 0.00 | Fog |
| 29 | 75 | 56 | 37 | 58 | 45 | 38 | 100 | 79 | 33 | 30.36 | 30.33 | 30.26 | - | 7 | 2 | 7 | 0 | - | 0.00 | |
| 30 | 77 | 60 | 46 | 66 | 56 | 46 | 100 | 87 | 55 | 30.34 | 30.31 | 30.28 | - | 5 | 0 | 13 | 2 | - | 0.02 | Fog , Rain |
| 31 | 79 | 66 | 53 | 64 | 56 | 53 | 100 | 86 | 52 | 30.34 | 30.28 | 30.19 | - | 5 | 0 | 10 | 0 | - | 0.01 | Fog |

Copyright © 2006The Weather Underground, Inc.