# EXHIBIT S

## Summary of Call signed by Homer Gabard

[redacted]

CONVERSATION WITH [redacted]

SUMMARY OF CALL

Mr. Hooker called me and said that he had heard that I [illegible] with him. In fact, I had tried to call him on Wednesday [illegible]

Told Mr. Hooker that I needed to ask him about the Time Sheets turned in with the invoice dated 11/3/99 for the month of October, 1999. Time Sheets are to record time spent cleaning culverts. For October I have two sets of the time sheets; one set shows 45.5 Hrs. and the other set shows 20 hrs. and the invoice shows 19 hrs. - Asked Mr. ~~[illegible]~~ which set of time sheets is the correct set for October and should the hours on the invoice be 19 Hrs. or 20 hrs. Mr. Hooker said that the correct set of time sheets is for 20 hrs. I shredded the Time sheets with 45.5 hrs.

Then I asked Mr. Hooker why he only caught one beaver in September and none in October. Mr. Hooker responded that he had concentrated on the Wild Hog Control contract during those two months and that he could not afford to hire someone to help on the Beaver contract. I reminded Mr. Hooker that he is responsible for performing satisfactorily on both contracts and that he cannot decide not to work on one contract and neglect the other one. Mr. Hooker then asked why the Beaver contract was reduced to one site after the two Ellers were removed from the Wild Hog contract. Then he got 3 sites and now he has 6 sites. Mr. Hooker said he is now back to beaver trapping. Mr. Hooker said that the number of culverts he cleans was also reduced from about 40 or so down to a few. Wants to know why because he says some culverts are ~~[illegible]~~ blocked again.

SIGNATURE: [signature]

Reminded Mr. Hooker that the only culverts he is to clean are the culverts which he is trapping.

9:00 A.M. - called Frankie Brooks & left a voice mail for return call.