# EXHIBIT T

## Letter to William D. Hooker from Homer Gabard dated June 30, 1999

Attachment 5

United States Department of Agriculture | Forest Service | Savannah River Natural Resource Management and Research Institute | P.O. Box 700 New Ellenton SC 29809

**File Code:** 6320
**Route To:**

**Date:** June 30, 1999

**Subject:** Contract 53-4660-8-04, Wild Hog Control

**To:** William D. Hooker, Sr.
GA Bowhunter Supply Co.
5330 Columbia Road
Grovetown, GA 30813

Contract 53-4660-8-04 was awarded to GA Bowhunter Supply Co. on October 29, 1997, as a result of competitive negotiated procurement procedures.

The contract has a base year and two option years and the contract was modified effective October 1, 1998, to exercise the option and extend the contract to September 30, 1999 (Option Period I).

There have been some actions taken during the performance of this contract that have not been proper or in compliance with the contract and some of the actions could be considered to be illegal.

These actions place you in default on this contract and are listed below:

1. Fetal pigs that were not born have been removed from sows, placed in the SRI cooler, and entered on the SRFS Wild Hog Data Table in an attempt to receive payment for these fetal pigs. Frankie Brooks, COR, refused to pay you for these fetal pigs.

2. Thirty-one (31) domestic pigs have been brought to the SRI cooler and entered on the SRFS Wild Hog Data Table in an attempt to receive payment for these domestic pigs. According to our records you have received payment for 24 of the domestic pigs on your invoice no. 107602 submitted on May 31, for the month of May. Seven of the domestic pigs were brought to the cooler and entered on the Data Table during June for which you have not yet invoiced.

3. Hogs and/or pigs have been brought to the SRI cooler, entered on the Data Table, and then removed from the cooler and taken to the SRS landfill without the COR or one of the Inspectors verifying that the hogs/pigs were in the cooler and the COR or Inspector initialing the Data Table. Frankie Brooks, COR, refused to pay you for these hogs/pigs.

4. Hogs have been left in the woods until they begin to rot and then brought to the SRI cooler.

5. Recently, two hogs were entered on the Data Table without the hogs being brought to the SRI cooler as required by the contract. Frankie Brooks, COR, has told you that we will not pay for these two hogs.

6. Although to our knowledge this has not occurred we are also concerned about hogs and/or pigs being brought back to the SRI cooler after being removed from the cooler and entered on the Data Table again so that payment would be made for the same animal twice. This is a concern because the SRS landfill apparently does not require you or your employees to sign in at the landfill as was required in the past.

As a result of an inquiry conducted by myself and other SRI personnel and a limited investigation conducted by Wackenhut Services, Inc. (WSI), it is my opinion that you were not and are not personally involved in the above listed actions, but that two of your employees, Goldman E. Eller and Michael E. Eller, were and are involved in the above listed actions.

Because of my conclusion that you were not and are not involved in the above listed inappropriate/illegal actions taken by two of your employees I will not terminate this contract for default at this time even though you are accountable and responsible for the actions of your employees when performing a Federal Government contract.

Let this letter serve as notice to you that if inappropriate and/or illegal actions are taken on this contract in the future that the contract will be terminated for default immediately.

The following actions are taken by me immediately to insure that performance on contract 53-4660-8-04 once again becomes appropriate and/or legal and remains appropriate and/or legal:

1. Both Goldman E. Eller and Michael E. Eller are barred from working on this contract or any other contract with the Forest Service at the Savannah River Site forever.

2. Neither Goldman E. Eller or Michael E. Eller will be issued Site Access Badges by the Forest Service and WSI may pursue placing both individuals on the list of personnel to be denied access badges by all entities at SRS.

3. You and your employees working on this contract and contract 53-4660-9-06, Beaver Control, will enter and leave SRS through Barricade 2 (Aiken Barricade) **<u>only</u>**. You and your employees will have your vehicles searched each time you enter and leave SRS through Barricade 2.

4. All hogs, pigs, or beavers placed in the SRI cooler will be marked in some manner by the COR or an inspector and the Data Table will be initialed by the COR or Inspector. Initially the animals will be marked with spray paint. The COR or an inspector will also issue a receipt to you or your employee each time hogs, pigs and/or beavers are placed in the SRI cooler. You will not receive payment for any animals removed from the cooler prior to the COR or Inspector doing these tasks. The receipts must be attached to your invoice each month or the invoice will be returned to you without being processed.

5. The COR and/or an inspector will inventory all Government property issued to you or your employees annually, prior to the Government exercising the right to extend the contract for any option period.

6. The amount of $1,320 will be deducted from your invoice for June for the 24 domestic pigs that have been paid for or from subsequent invoices if the amount of the June invoice is insufficient.

7. You will not receive payment for any hogs, pigs, or beavers not brought to the SRI cooler at the end of each work day as required by the contract.

8. You will not receive payment for any hogs, pigs, or beavers that are logged on the Data Tables without the carcass being placed in the SRI cooler..

9. Starting immediately personnel working on the Wild Hog control contract or Beaver Control contract will tell the SRI Dispatcher the Timber compartment number that they are in and will

call the SRI Dispatcher on the radio with their new location each time they move from one timber compartment to another timber compartment. Personnel will no longer give their location as "General Site" when contacting the SRI dispatcher.

You shall take the following actions:

1. Insure the Site Access Badges issued to Goldman Eller and/or Michael Eller by the Forest Service are turned in to me prior to leaving this meeting.

2. Return all Government property issued to Goldman Eller or Michael Eller to me no later than July 2, 1999. This includes two way radios, chargers, contraband passes, property passes, timber lock key, and any other Government property issued to either Mr. Eller. You will be charged for any Government property that is not returned in satisfactory condition or that is not returned.

3. Obtain the locations of all hog traps from Mr. Eller, verify that the traps are at the locations, and then accompany Frankie Brooks, COR, to all the traps so that she can account for all 25 traps. You will be charged for any traps or parts of traps that are missing or not in satisfactory condition.

4. All traps must be left open and set so that an animal cannot trip the door to any of the traps until you are ready to continue performance on the contract.

You have 15 calendar days from today to have suitable personnel replace both Mr. Ellers so that satisfactory performance can resume on the contract.

You shall submit resumes for the replacement personnel to me prior to the personnel starting work and person(s) with the dogs will be required to perform a demonstration with the dogs for SRI and other SRS personnel. This demonstration will be evaluated and the person(s) with the dogs will not be allowed to work on the contract unless approved by me.

Failure to have suitable personnel and dogs available to continue performance on the contract at the end of the ~~10~~ 15 days calendar days may result in the Government terminating the contract for default under the terms and conditions of Federal Acquisition clause 52.249-8, Default (Fixed Price Supply and Service) on page 69 of the contract.

This letter is also notice to you that the Government will not extend the contract for Option Period II (October 1, 1999 to September 30, 2000), due to the necessity to make some changes in the contract language.

We hope that you will submit an offer for the new solicitation.

Please call me at (803)725-0239 if you have questions.

Homer R Gabard

HOMER R. GABARD
Contracting Officer

cc: Frankie Brooks, COR
Beth LeMaster, Asst. Manager for WF&B
Bill Jarvis, Inspector

Tona Berret, Inspector
Dr. Jack Maher, SRTC
Jim Clark, WSI

I acknowledge receipt of this letter on the date shown below.

Contractor's signature

2/1/99
Date