# EXHIBIT U

## Letters from Goldman Eller to Dave Wilson; from Goldman Eller to Homer Gabard; and from Michael Eller to Homer Gabard

**Attachment 30**

5-26-97

Mr. Dave Wilson

The attached letter was Sent to Mr. Gabard in regards to charges he has against me. Goldman Eller the ex. Hog trapper.

Mr. Gabard would not send me a letter explaining the charges, So I went by best of my knowledge of the meeting he held to explain the charges.

all the hogs killed on the SRP and logged in were Killed on the plant.

Mr. Gabard accused me of Fraud. and refuses to pay Mr. Hooker for Hogs killed on the plant. (between 40 and 60)

I asked Mr. Gabard to lift the ban, on us, which he has Forever, hunting hog with a Contractor on SRP.

I hope this can be resolved. I am Sorry to go this far with this incident.

Thank you for your time and consideration.

Goldman Eller
302 Molson St
Jackson, SC 29831

Phone 471-3655

To: Mr. Homer Gabard Aug. 9, 1999.

I will try to explain why I made no comment at the meeting where I was barred from the Savannah River Plant Forest Service hog Control, and answer the charges to the best of my knowledge.

The rumor I received was Mr. Gabard was to have me arrested for Fraud, and if so. I would make the proper Statement at the proper time to the proper People.

I also heard that a helicopter Searched my property.

All the people attending the meeting heard me being accused of Fraud and bringing hog on the plant.

We have never brought hog on the plant, all hog that have been logged in and put in the cooler have been killed on the SRP.

When we find pigs with dogs we hit them in the head with a Club or Stick, or catch them by their back feet and hit their head against a tree. This is the only way to Kill them. They are logged in as dog Kill.

Mr. Jack Meyer ask me Somtime ago that he wanted to Check all the pigs we could bring in regardless of how bad of condition they were in, Therefore when I found pigs that were killed the day before I logged them in and put them in the cooler.

The dogs have caught Sows in their beds and they Start having pigs. We have been pulling Sows out of the woods and they have dropped Pigs.

Four hogs were killed in the Swamp and two were left and two were pulled out to the hog barn Road and left

tied to the 4 wheeler overnight, the next morning they were decomposed so badely we could not bring them in. The two were logged in and noted on log sheet, left at hog Barn Road.

when mr. meyer ask me to bring in all the pigs we could find, I brought in 4 fully developed pigs taken out of a sow on the deer hunts last November and logged them in.

I had used several bushell of corn around my traps, baiting several hog that were killed by the deer hunters.

I cannot find in the contract where it specifies that a hog must be big or little old or young.

I usually check traps monday morning before I dump hogs and if I get a hog I log it in and load all hogs up and take them to the ~~to~~ Dump so I can wash out the cooler.

There have been at least 40 or 50 hog left in the Swamp, across water, brier patches and mud that you cannot get out.

Mr. Hooker States that you are not Going to Pay us for all the hog we killed in June. All of these hog were killed legally on the SRP. and You owe us for these.

We spend a lot of time and expense going to the swamp, brier patches, mud + water, dog food, vet supplies, Gas + Etc. Trying to find hog.

Mr. Gabard I hope you will reconsider your harsh punishment and lift the ban on Mike Eller and Goldman Eller from hunting hog on the SRP. You have us banned forever. For what Reason!

Please Reply

CC: M. Bracy
F. Brooks
J. Meyer
B. Jarriis
D. Hooker

Thank you.
Goldman Eller
302 Malson St.
Jackson, S.C.
29831

Attachment 31

①

MR Homer Gabard

This is A Letter in Regard To hunting hog on SRP. I was in shock when my Father came over and ask for my badge. He said we could not hunt anymore. mr. Homer I have done nothing to get barred From hunting on the hog contract. I have hunted for mR. Fox, Mr. Reiner, The guy From Indiana and mr. Hooker. ALL of Them Thought I did an excellent job. I Thought That I have done a very SAFe and productive Job For The U.S. ForesT Service We have never gotten hurt or done anything wrong that is To my knowledge. I work 4-10 hour days as a mechanic. And on Fridays, Saturday and a lot of Sundays I hunt hard in the mud, briars and Rough Terrain To Safely catch and kill hogs For Forestry. I have never Taken a hog off SRP or brought hogs on SRP, I Love hog hunting To much to do something stupid like that. I have over 30 hog dogs That I Take care of just about like I do for my Son, I have a 15 year old Son That Loves To hunt. my hopes were That Someday we could hunt Together at SRS Like me & my Daddy does. my Daddy

(2)

brought me up hunting when I was young And I Am Trying To do The Same with mine. maybe it will Keep him off The streets And doing something The American way in stead of The way A lot of young men wind up. MR Homer please Let us hunt Again. This has been on my mind since This happened. The only Thing That I Know That I done was Leave 2 big hogs on side of hog barn Road. The Reason That was I came out Late of swamp. I Left Them There Till The next day in very hot weather. I hunted The next day And at The end of the 2nd day I came To carry Them To The cooleR And maggots were boiling out of Them. So I Left Them There And logged Them in on The hog sheet. In closing Please ReconsideR And Let us have our badges back. The Time me & my Daddy have Together hunting is what I will Remeber when he is gone, And he ant getting Any youngeR.

Please Think this over For I have done nothing.

If we need To do something different oR change something Just Tell us

(3)

dont Kick us out Please,
I Know you have a contract to manage correctly and I Respect you for that. But I think some bad information got going some how.

I ask you again please think about this. I have 22 years service at SRS. I would never do anything to mess that up. (Hogs or no Hogs)

Thanks for Reading This
Michael E. Eller

Michael Eller
204 Daniel ST
Jackson SC 29831
803-471-2394