# EXHIBIT V

**Resume of James Reid Boylston, IV with note dated 8/26/99 from Homer Gabard**

**Attachment 19**

**JAMES REID BOYLSTON, IV**
**296 GALILEE ROAD**
**BARNWELL, SOUTH CAROLINA 29812**
**(803)259-9085 or (803)259-6565**

**EDUCATION:**

- Barnwell High School-Graduation Date: 1990
- University of South Carolina-Graduation Date: 1995
- BS - Political Science

**EXPERIENCE:**

W.S.V. Construction
Aiken, South Carolina
Sales Production Manager
(1/99 - 7/99)

Robert O. Collins Company
Barnwell, South Carolina
Grounds Keeper and Equipment Operator
(1/98 - 12/98)

Reid's Inc.
Barnwell, South Carolina
Produce Manager, Scanning Coordinator, Debt Collector
(Returned checks, past due accounts)
(6/96 - 3/98)

Food Max/Piggly Wiggly Southern
Aiken, South Carolina
Produce Manager
(3/95 - 6/96)

Robert O. Collins Company
Barnwell, South Carolina
Farm Labor
(5/94 - 3/95)

**REFERENCES:** Available upon request.

8/24/99 - Told Mr. Hooker to hire Mr. Boylston, but that he will have to pay him the wages shown in the contract.
[illegible signature]