# EXHIBIT W

## Amendment of Solicitation for RFP 369909

# SOLICITATION, OFFER AND AWARD

1. This contract is a rated order under DPAS (15 CFR 700) RATING:

| | |
|---|---|
| 2. CONTRACT NO. | 3. SOLICITATION NO.<br>R8-36-99-[illegible] |
| 4. TYPE OF SOLICITATION<br>[ ] SEALED BID (IFB) | [X] NEGOTIATED (RFP) |
| 5. DATE ISSUED<br>8 30 99 | 6. REQUISITION/PURCHASE NO. |
| 7. ISSUED BY CODE: 4660<br>USDA Forest Service<br>1-mile inside Aiken barricade, SR<br>Bldg. 760-15G<br>Aiken SC 29802 | 8. ADDRESS OFFER TO (If other than Item 7)<br>USDA Forest Service<br>Savannah River Institute<br>P.O. Box 700<br>New Ellenton, SC 29809 |

NOTE: In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 0 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in , until 3:00 p.m. local time on 9 29 1999.

CAUTION--LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| | |
|---|---|
| 10. FOR INFORMATION CALL: A. NAME: Homer E. Gabard | B. TELEPHONE NO. (Include Area Code) (NO COLLECT CALLS)<br>803-725-[illegible] |
| C. E-MAIL ADDRESS<br>hgabard r8_savannahriver@fs.fed.us | |

EXCEPTION TO STANDARD FORM 33 (REV.9-97) — Prescribed by GSA FAR (48 CFR 53.214(c))

SOLICITATION, OFFER AND AWARD

11. TABLE OF CONTENTS


| (X) | SEC | DESCRIPTION | PAGE (S) |
|---|---|---|---|
| | | PART I - THE SCHEDULE | |
| | A | SOLICITATION CONTRACT FORM | |
| | B | SUPPLIES OR SERVICES AND PRICES COSTS | |
| | C | DESCRIPTION SPECIFICATIONS WORK STATEMENT | |
| | D | PACKAGING AND MARKING | |
| | E | INSPECTION AND ACCEPTANCE | |
| | F | DELIVERIES OR PERFORMANCE | |
| | G | CONTRACT ADMINISTRATION DATA | |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| | I | CONTRACT CLAUSES | |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | J | LIST OF ATTACHMENTS | |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |


OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provision at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within 60 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | ___ CALENDAR DAYS |
|---|---|---|---|
| 0 % | 0 % | 0 % | 0 % |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| No. 01 | 9-4-99 | | |
| | | | |
| | | | |

William P. Hothem
9-4-99

EXCEPTION TO STANDARD FORM 33 REV. 9-97

SOLICITATION, OFFER AND AWARD -

15A. NAME AND ADDRESS OF OFFEROR CODE ______ FACILITY ______

W.D. Hooker
5330 Columbia Road
Grovetown, GA 30813

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN Type or Print

W.D. Hooker

15B. TELEPHONE NO. Include Area Code

706-869-8226

17. SIGNATURE

W.D. Hooker Sr.

15C. [ ] CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

18. OFFER DATE

9-15-99

AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

[ ] 10 U.S.C. 2304(c) [ ] 41 U.S.C. 253(c)

23. SUBMIT INVOICES TO ADDRESS SHOWN IN --> ITEM Block [illegible]
1 Copies unless otherwise specified

24. ADMINISTERED BY (If other than Item 7) CODE ______

USDA Forest Service
1-mile inside Aiken Barricade SRS
Bldg. 760-15G
Aiken SC 29802

25. PAYMENT WILL BE MADE BY CODE ______

USDA Forest Service
Savannah River Institute
P.O. Box 700
New Ellenton SC 29809

26. NAME OF CONTRACTING OFFICER Type or Print

27. UNITED STATE OF AMERICA Signature of Contracting Officer

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

EXCEPTION TO STANDARD FORM 33

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICES COSTS

B.1 SCHEDULE OF ITEMS$0B

| BID ITEM | DESCRIPTION | EST. QTY | PAY UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| BASE PERIOD (12 months) | | | | | |
| 01 | Trap and Dispatch Feral Hogs (Estimated) | | | | |
| | Min Quantity | 200 | EACH | $ 60 | $ 12000 |
| | Max Quantity | 800 | EACH | $ 60 | $ 48000 |
| 02 | Trap and Dispatch Piglets (25% of 01 or no more than $15.00) | | | | |
| | Min Quantity | 200 | EACH | $ 15 | $ 3000 |
| | Max Quantity | 800 | EACH | $ 15 | $ 12000 |
| | TOTAL PRICE FOR BASE PERIOD $ 75000 | | | | |
| OPTION PERIOD 1 (12 months) | | | | | |
| 01 | Trap and Dispatch Feral Hogs (Estimated) | | | | |
| | Min Quantity | 200 | EACH | $ 60 | $ 12000 |
| | Max Quantity | 800 | EACH | $ 60 | $ 48000 |
| 02 | Trap and Dispatch Piglets (25% of 01 or no more than $15.00) | | | | |
| | Min Quantity | 200 | EACH | $ 15 | $ 3000 |
| | Max Quantity | 800 | EACH | $ 15 | $ 12000 |
| | TOTAL PRICE FOR OPTION PERIOD 1 $ 75000 | | | | |
| OPTION PERIOD 2 (12 months) | | | | | |
| 01 | Trap and Dispatch Feral Hogs (Estimated) | | | | |
| | Min Quantity | 200 | EACH | $ 60 | $ 12000 |
| | Max Quantity | 800 | EACH | $ 60 | $ 48000 |
| 02 | Trap and Dispatch Piglets (25% of 01 or no more than $15.00) | | | | |
| | Min Quantity | 200 | EACH | $ 15 | $ 3000 |
| | Max Quantity | 800 | EACH | $ 15 | $ 12000 |

B.1 (Continued)

TOTAL PRICE FOR OPTION PERIOD 2 $ 75,000

TOTAL PRICE FOR ALL ITEMS ALL OPTIONS $ 225,000

B.2 AGAR 452.216-73 MINIMUM AND MAXIMUM CONTRACT AMOUNTS (FEB 1988)

During the period specified in FAR clause 52.216-18, ORDERING, the Government shall place orders totaling a minimum of 200 each, but not in excess of 1600 each.

NOTICE:

Savannah River Site is a restricted access Government facility and only United States citizens are authorized entry to the Site.

Contractor and all personnel using firearms on the contract must possess either a South Carolina Resident Hunting License or a South Carolina Non-Resident Hunting License.

Contractor and personnel using firearms must not have any hunting violations either in South Carolina or state of residence.

Contractor must show required hunting licenses to Contracting Officer prior to issuance of the Notice to Proceed or prior to any new employee being issued a contraband pass to bring firearm s on SRS.

TASK ORDERS

This is an Indefinite Delivery, Indefinite Quantity contract for the period from date of contract award to September 30, 2000, for the base period; October 1, 2000, to September 30, 2001, for Option Period 1; and October 1, 2001, to September 30, 2002, for Option Period 2. Individual task orders will be placed against this contract when services are required. Orders shall be verbal or in writing and all verbal orders shall be confirmed in writing. The Contractor shall have 72 hours after receipt of the verbal or written task order to start work (see Section J for an example of a task order). All written task orders shall be signed by the Contracting Officer, the SRI Contract Specialist, or the SRI Purchasing Agent. The Contracting Officer's Representative is only authorized to place verbal orders.

Estimated quantities are intended as a good faith estimate of quantities to be ordered. However, the Government is only obligated to order the minimum quantities shown for each item for the base period and the options periods if the Government exercises the options for the option periods.

INITIAL PROPOSAL

STANDARD FORM 3

**AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT**

1.CONTRACT ID CODE | PAGE 1 of 1 PAGES

2. AMENDMENT MODIFICATION NO. 01 | 3. EFFECTIVE DATE 9 01 99 | 4.REQUISITION PURCHASE REQ. = | 5. PROJECT = (If applic.)

6. ISSUED BY CODE
USDA. FOREST SERVICE
SAVANNAH RIVER INSTITUTE
P.O. BOX 700
NEW ELLENTON, SC 29809-0700

7. ADMINISTERED BY (If other than Item 6) CODE

8.NAME & ADDRESS OF CONTRACTOR (No. street, county, state & zip code)

**PROSPECTIVE OFFERORS**

9A. AMENDMENT OF SOLICITATION NO. RFP R8-36-99-09

9B. DATED (SEE ITEM 11) 8 30 99

10A.MODIFICATION OF CONTRACT | 10B.DATED(SEE ITEM 13) .CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[X]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [ ] is extended. [X] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted: or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS ORDERS. IT MODIFIES THE CONTRACT ORDER NO. AS DESCRIBED IN ITEM 14.

___ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (FAR 52.243-1) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

___ B. THE ABOVE NUMBERED CONTRACT ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14.PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

___ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a), FAR 52.217-9, AGAR Clause 452.217-8

D. OTHER (Specify type of modification and authority) Disclosure of the magnitude of construction projects.

**E. IMPORTANT:** Contractor [ ] is not. [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT MODIFICATION (Organized by UCF section headings, including solicitation contract subject matter where feasible.)

**PLEASE REMOVE PAGE 6 AND INSERT THE ENCLOSED PAGE 6. THE CHANGE IS IN PARAGRAPH C.1. A. 1 AND IS UNDERLINED.**

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

15A. NAME AND TITLE OF SIGNER (Type Print)
W. D. Hoke

15B. CONTRACTOR OFFEROR (Person authorized to sign) W.D. Hoke

15C. DATE SIGNED 9/4/99

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type Print)
HOMER R. GABARD. Contracting Officer

16B. UNITED STATES OF AMERICA BY:(Contracting Officer) Homer R Gabard

16C. DATE SIGNED 9/3/99

STANDARD FORM 30

**Attachment 35**

Homer Garbard
USFS Contracting Officer

Per your letter dated 11-24-99 it states that I may modify my proposal in any way that I wish when submitting my BAFO.

I have lowered my bid by $25,757.25 or $77,271.75 dollars for the contract. The following changes are listed below.
This is average price of $53.19 hog for 800 hogs and $8.36 per piglet 800 piglets.

Hogs (1 thru 360) we will dispatch for 117.00 each.

Hogs (361 thru 800) we will dispatch for $1.00 each.

Piglets (1 thru 440) we will dispatch for $15.00 each.

Piglets (441 thru 800) we will dispatch for $.25 each.

These figures are based on 52 weeks and a 5 year average of hogs to piglets that my Ga. Bowhunters Dispatched. See attached copy of 5 year average and a example of cost under total compliance to RFP-R8-36-99-09. Also attached is a example of cost per work day for two days 11/29/99 and 11/30/99. (Dog demonstration)

3964 manhours @ 8.59 per manhour-----------$34,050.76
Insurance on two trucks----------------------$2150.00
Lib. Insurance-----------------------------$1500.00
Gas-----------------------------------------$3100.00
Dog food------------------------------------$1000.00
Shells---------------------------------------$200.00
Corn----------------------------------------$1200.00
Labor Burdun--------------------------------$4900.00
Profit---------------------------------------$501.00
Vet Bills------------------------------------$640.99

Total price for base period--------------- $49,242.75

Please except this change in my business proposal. It is very hard to just say price per minium hogs 200,and 800 maxium hogs on a contract that now includes a $15.00 max on 800 piglets. Per my records a piglet could weigh as much as 55 pounds. Thats a lot of wieght to drag out of the swamp for a max price of $15.00 per head.

This will be my bid for option period 1 and 2 also.

Sincerely,
W. D. Hooker
W. D. Hooker
Owner

Subject:Best And Final Offer (BAFO)
RFP R8-36-99-09

To: Homer Garbard
USFS Contracting Offer

You nor I know what number of hogs/piglets will be dispatched on any given day or a total for the month. We do know that there is a total amount of time spent per month per man. Gas for truck,insurance,and as always unexpected cost. This example is to show why I have got to increase my cost per hog over 6 months old. Just suppose the two hogs dispatched on 11-30-99 were piglets. I would be in the hole even deeper.

Example of cost per day.

| | | |
|---|---|---|
| 11-29-99 | 2 men 2.5 manhours @ 8.59 each = | $42.95 |
| | Gas per day | $20.00 |
| | Insurance Trucks | $ 5.48 |
| | Lib. Insurance | $ 3.28 |
| | Unexpected cost (Inj. Catch Dog) (See attached vet bill) | $299.50 |
| | Total spent | $371.21 |
| | Dispatched one hog @ | - $55.00 |
| | Total profit for day | -$316.21 |
| 11-30-99 | 1 man 5 manhours @ $8.59 = | $42.95 |
| | 1 man 10 manhours @$8.59 = | $85.90 |
| | Insurance on truck | $5.48 |
| | Lib. Insurance | $3.28 |
| | Gas per day | $20.00 |
| | Total spent | $157.61 |
| | Dispatched two hogs | -$110.00 |
| | Total profit for day | -$47.61 |

For 2 days work company made/lost -$363.84