# EXHIBIT X

## Letter from Homer Gabard to W. D. Hooker dated November 24 , 1999

**Attachment 34**

United States Department of Agriculture

Forest Service

Savannah River Natural Resource Management and Research Institute

P.O. Box 700
New Ellenton SC 29809

**File Code:** 6320
**Route To:**

**Date:** November 24, 1999

**Subject:** Extension of Offer Acceptance Period and Request for Best and Final Offers(BAFOS)
RFP R8-36-99-09, Wild Hog Control

**To:** W.D. Hooker
5330 Columbia Road
Grovetown, GA 30813

Your offer received for the above cited Request for Proposals will expire on November 27, 1999.

However, due to some requirements that have not been completed by the Government, the Government will not be able to award a contract by November 27.

Therefore, we are requesting that you extend your offer acceptance period an additional 60 calendar days.

We will make every effort to award a contract in less than 60 calendar days, but we are requesting the 60 calendar days extension of your offer acceptance period in case it is needed.

In order to extend your offer acceptance period you need to respond in writing with a letter that is signed by a person who is authorized to legally bind your company.

Responses may be faxed to me at 803-725-1807 if the original, signed response is mailed to me.

If you do not respond to this letter in writing by 4:30 p.m., November 27, 1999, your offer for the above cited RFP will expire and will no longer be considered for award of the resulting contract.

Also, per our telephone conversation today your Best and Final Offer (BAFO) for the above cited RFP must be received by me no later than 4:30 P.M., December 8, 1999.

As a minimum, your BAFO should address the deficiencies of your proposal that were discussed with you today. However, you may modify your proposal in any way that you wish when submitting your BAFO. Your BAFO should be in two separate parts consisting of any modifications to your technical proposal as one part and any modification to your price/business proposal as the other part.

We have you or one of the other three Dog Handlers named in your proposal scheduled to be at our office at 8:00 A.M., each day starting Monday, November 29, through Thursday, December 2, 1999, with at least two dogs that would be used to perform work on the contract if the contract is awarded to you. The Dog handler may also have one person with them to assist with the dog demonstration. Please phone me at (803)725-0239 if you have any questions.

HOMER R. GABARD
Contracting Officer