# EXHIBIT Y

## Letter from W. D. Hooker to Homer Gabard dated 2/2/00

**Attachment 36**

Attention: Homer Gabard 02/02/00

The USFS (SRI) has my permission to extend my bid for the Wild Hog contract for 60 days.

W. D. Hooker

W.D. Hooker