IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a, GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 03-1501C, 04-1126C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of six days, from August 31, 2006, through and including September 6, 2006, for the Government to file its motion for summary judgment, including its response to plaintiff's summary judgment motion. We previously have been granted an enlargement of time of 34 days for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

This action involves two contracts, two complaints and numerous legal issues. The Government has continued to work diligently working upon its cross-motion and supporting papers. We have prepared drafts of our memorandum of law and other filings that will accompany our cross-motion, however, additional work still needs to be done with respect to those documents. We also are in the process of drafting our response to plaintiff's proposed findings of uncontroverted fact.

Further, prior to filing the cross-motion, undersigned counsel of record must submit it for internal review. Following review, we will need to insert any additional changes that may be required, prepare the required tables, and otherwise prepare the cross-motion for electronic filing. The proposed enlargement of time will enable us to file a cross-motion that thoroughly address the issues relevant to this case, including those raised in plaintiff's motion for summary judgment.

In addition, undersigned counsel or record is responsible for numerous matters that have required his attention recent weeks, including Friedman v. United States, Fed. Cl. No. 05-1355 (motion to dismiss filed August 17, 2006). We did not file this motion sooner because we did not know that an enlargement of time would be necessary until August 29, 2006.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant the Government an enlargement of time, through and including September 6, 2006, to file its cross-motion for summary judgment, including its response to plaintiff's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Todd M. Hughes*

TODD M. HUGHES
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 30, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 30th day of August 2006, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder