IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a, GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 03-1501C, 04-1126C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of one day, from September 6, 2006, through and including September 7, 2006, for the Government to file its motion for summary judgment, including its response to plaintiff's summary judgment motion. We previously have been granted enlargements of time totaling 40 days for this purpose. Undersigned counsel attempted to obtain the consent of plaintiff's counsel prior to filing this motion, but was unable to reach her.

This action involves two contracts, two complaints and numerous legal issues. The Government has worked diligently upon its cross-motion and supporting papers, has prepared the required documents, and is in the process of making the final changes so that they can be electronically filed. The documents to be filed include our combined response to plaintiff's summary judgment motion and our cross-motion for summary judgment; our proposed

findings of uncontroverted fact; our response to plaintiff's proposed findings of uncontroverted fact; three declarations and a lengthy appendix.

Preparing the documents for electronic filing has taken longer than expected. There were delays obtaining certain appendix documents from agency counsel, who are in South Carolina. This delayed finalizing the brief and other filings. There was also a delay in preparing the tables of authority and table of contents for the brief, and we have experienced formatting problems concerning the brief. An enlargement of time is required to enable undersigned counsel of record to ensure that required appendix cites are included in our filings, to ensure that the appendix is complete, and to provide additional time needed to format and download the documents to the Court's electronic filing system.

We apologize for not filing this motion sooner. However, until the evening of September 6, 2006, we believed that we would be able to file the cross-motion and related submissions by the deadline. At that time, it became evident that an additional day was required to properly complete the documents for filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Todd M. Hughes*
*by Steven J. Gillingham*

TODD M. HUGHES
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 6, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 6th day of September 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder