# EXHIBIT 1

## SUMMARY OF NONRADIOLOGICAL ENVIRONMENTAL SURVEILLANCE SAMPLING, 1992 - 2000

# SUMMARY OF NONRADIOLOGICAL ENVIRONMENTAL SURVEILLANCE SAMPLING. 1992-2000

| LOCATION | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|
| U3R-1A | X | X | X | X | X | X | X | X | X |
| U3R-4 | X[1] | X[1] | X[1] | X[1] | X[1] | X | X | X | X |
| TC-1/ KPR | | | | | X | X | X | X | X |
| TB-5 | X[1] | X[1] | X[1] | X[1] | X[1] | X | X | X | X |
| Crouch Branch | X[2] | X[2] | X[2] | X[2] | X[2] | | | | |
| McQueen Branch | X[2] | X[2] | X[2] | X[2] | X[2] | | | | |
| Beaver Dam Creek | | | | | X | X | X | X | X |
| FM-2 | | | | | X | X | X | X | X |
| FM-2B | | | | | X | X | X | X | X |
| FM-A7 | X[1] | X[1] | X[1] | X[1] | X[1] | | | | |
| FM-6 | X | X | X | X | X | X | X | X | X |
| PB-3 | X | X | X | X | X | X | X | X | X |
| SC-4 | X[1] | X[1] | X[1] | X[1] | X[1] | X | X | X | X |
| L3R-2 | X | X | X | X | X | X | X | X | X |
| RM-160 | X | X | X | X | X | X | X | X | X |
| RM-150.4 | X | X | X | X | X | X | X | X | X |
| RM 140 | | | | | X | X | X | X | X |
| RM-120 | X | X | X | X | X | X | X | X | X |
| 681-5G | X[3] | X[3] | X[3] | X[3] | X[3] | | | | |
| PAR Pond Pumphouse | | | | X[4] | | | | | |

- Water quality measurements and analyses performed monthly, metals analysis performed quarterly at all sampled locations from 1992–3Q 1996
- Water quality and metals measurements and analyses performed monthly, pesticides and herbicides analysis performed quarterly at all locations from 4Q 1996–2000

[1]Co-sampled with SCDHEC, pesticides, herbicides, and VOA performed monthly on these locations, 1992 – 1996
[2]Only temperature, pH, DO, conductivity, TSS, and turbidity analyzed at these locations
[3]Co-sampled with GDNR, June and December, analyzed for pesticides and herbicides
[4]Analyzed for pesticides and herbicides