Nos. 03-1501C & 04-1126
(Judge Allegra)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WILLIAM J. HOOKER, d/b/a
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S APPENDIX

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W
Washington, D.C. 20530
Tele: (202) 353-7961
Attorneys for Defendant

September 7, 2006

# TABLE OF CONTENTS TO DEFENDANT'S APPENDIX

**DOCUMENT** **PAGE**


Complaint, Case No. 03-1501C, Filed: June 17, 2003 ........ ...................... **A1**

First Amended Complaint, Case No. 03-1501C, Filed: March 17, 2004 ........... **A9**

Complaint and Cover Sheet, Case No. 04-1126C, Filed: July 7, 2004............ **A14**

Plaintiff's Supplemental Interrogatories, dated April 5, 2006 ...................... **A23**

Georgia Bowhunter's Wild Hog Technical Proposal (Redacted).................... **A41**

Wild Hog Contract Number 53-4660-8-04, date issued: September 9, 1997 ...... **A47**

Wild Hog Contract Number 53-4660-8-04, Modification No. 4, Effective date: October, 1, 1999 .................................................... ........... **A65**

George Bowhunters Supply Company Technical Proposal for R8-36-99-05 (RFP) (Redacted)................................................................. **A66**

Beaver Invoice, dated October 1, 1999 ................................................... **A73**

Beaver Contract Number 53-4660-9-06 ................................................ **A74**

Work Order and Notice of Noncompliance, Beaver Trapping, dated January 27, 1999 ............................................................................ **A88**

Hog Data Sheet – January 1999 – November 1999 .................................... **A89**

Beaver Trapping Sites – FY 92, FY 97-99 ................................................ **A128**

Beaver Control Sheets, 1999 ............................................................ **A130**

Work Clearance Permit, dated February 22, 1999 ...................................... **A147**

Letter to Frankie Brooks from W.D. Hooker, dated May 6, 1999 .................... **A150**

Contracting Officer's letter, dated June 30, 1999, re: Contract 53-4660-8-04, Wild Hog Control ..................................................................... **A151**

Wackenhut Security Incorporated-Savannah River Site Investigations Report, dated July 6, 1999 .................................................... **A154**

Savannah River Site's Monthly Precipitation for 1970 – 2000 ........................ A156

Beaver Invoice, dated October 1, 1999 ........................................................ A159

Beaver Invoice, dated November 3, 1999 ........................................................ A161

Record of Phone Conversation, Contrtacting Officer and William Hooker, dated November 12, 1999 ........................................................ A162

Beaver Trapping, FY 2000 ........................................................ A163

Employee Concern No. SR20000-02-003, dated October 30, 2000, re: Alleged Exposure to Hazardous Substances on Beaver Contract ........................................................ A166

National Institute for Occupational Safety and Health Investigation Report, dated December 27, 2000 ........................................................ A169

Request for Equitable Adjustment, dated October 23, 2000........................... A178

Request for Equitable Adjustment, dated October 26, 2000........................... A180

Request for Equitable Adjustment, dated October 26, 2000 ........................... A182

Claim for Beaver Contract 53-4660-9-06 (Four Mile Branch) (Attachments Omitted) ........................................................ A184

Letter from William D. Hooker, Sr., to Homer Gabard, re: Claim for Beaver Contract 53-4660-9-06, dated April 8, 2002 (Attachments Omitted) ......... A189

Letter from William D. Hooker, Sr., to Homer Gabard, re: Claim for Beaver Contract while working for GA. Bowhunters Supply Co. on property owned by the Department of Energy), dated April 8, 2002 ......... A193

Contracting Officer's letter, dated July 29, 2002, re: Requests for Equitable Adjustment for Wild Hog Control and Beaver Control Contracts ........... A195

Letter from William D. Hooker, Sr., to Homer Gabard, re: Request for Equitable Adjustment (Claim for Contract #53-5660-9-04) dated, April 7, 2004 ........................................................ A199

Contracting Officer's letter, dated June 10, 2004, re: Request Equitable Adjustment, Contract #53-4660-0-04 ........................................................ A201

Deposition of Frankie R. Brooks, dated December 7, 2005 ........................... A204

Deposition of Homer R. Gabard, dated December 7, 2005 .................................... **A219**

Deposition of Margaret Yeaton, dated December 7, 2005 .............................. **A242**

Deposition of John A. Cromer, III, dated December 8, 2005 ......................... **A245**

Deposition of David Sanders, dated June 2, 2006 ........................................ **A282**

Deposition of William D. Hooker, dated June 2, 2006 ................................ **A286**

Deposition of William D. Hooker, dated December 8, 2005 ......................... **A295**

Incident Report, dated September 27, 1995, re: Miscellaneous/Fishing Without Consent (9011) (Redacted)........................................**A308**

Request for Controlled Articles for William D. Hooker (renewal) and Mark David Lubert (renewal) dated October 29, 1999, signed by Marvin Bracy, USDA Forest Service (Redacted) ............................... **A315**

Memorandum, dated February 14, 2000, from Homer R. Gabard, Contracting Officer, to William D. Hooker, Subject: Contract 53-4660-8-04, Wild Hog Control, with two attachments: (1) USDA-Forest Service Contract Daily Diary, DAY: January 5, 2000, signed by Frankie Brooks and (2) Final Invoice Number 107624, for $165.00 for three hogs ....................**A317**

Local newspaper articles on the 1999 Drought Weather Conditions dated: January 6, 1999 (Aiken, SC) January 22, 1999 (Trenton, SC), March 11, 1999 (Augusta, GA), May 6, 1999 (Athens, GA) June 4, 1999 (Athens, GA) June 8, 1999 (Augusta, GA) June 12, 1999 (Augusta, GA ............................ **A321**

Savannah River Site Map ........................................................................ **A340**

Hog Monitoring Report.......................................................................... **A343**

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 7th day of September 2006, a copy of the foregoing "DEFENDANT'S APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder