IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER,d/b/a<br>GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff | ) | |
| Vs | ) | No. 03-1501C, 04-1126<br>Judge Allegra |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

TO: LINDSAY WILLIAMS, ESQ., ATTORNEY FOR DEFENDANT

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to RCFC 33 and 34, plaintiff, through his undersigned counsel, responds as follows to the defendant's requests.

INTERROGATORY NO. 1:

Identify each individual who participated in preparing any of the responses to these interrogatories, including, but not limited to, drafting, discussing, commenting upon, or supplying information for use in any of the responses. For each individual, identify which interrogatory response or portion of a response with which the individual was involved, and describe the extent and nature of his or her involvement, including the basis for the individual's participation –e.g. personal knowledge of an event in question, or review of documents in connection with the individual's duties in his or her employment by plaintiff.

**RESPONSE:**

**William D. Hooker prepared responses from personal knowledge of all events in question assisted by Robbie M. Nichols, his counsel.**

INTERROGATORY NO. 2:

INTERROGATORY NO. 12:

Describe in detail the factual and legal basis for your contention, contained in paragraph 17 of the complaint, that the contracting officer "lost" the paperwork for Hooker's contraband pass, which prevented plaintiff from performing under the contract during this time and provide the names, addresses, current employers and phone numbers of all persons who witnessed or have knowledge related to this contention, identify all documents that substantiate this contention, and produce all documents that relate in any way to this interrogatory.

**RESPONSE: There is conflicting information regarding this contention; plaintiff cannot respond to this interrogatory at present. Plaintiff will supplement this response as soon as further information becomes available.**

**Supplementary Response: Plaintiff has abandoned this claim on the record of the Motion Hearing of February 28, 2006.**

INTERROGATORY NO. 13:

Describe in detail the factual and legal basis for your contention, contained in paragraph 18 of the complaint, that the Government's alleged loss of plaintiff's contraband pass constituted a breach of the contract and that plaintiff should be compensated for his lost income during this breach, and identify all persons who prepared, assisted, reviewed, or commented upon the information contained in this response, identify all documents that substantiate the information contained in this response, and produce all records that relate in any way to this interrogatory.

**RESPONSE: Please see supplemental response to Interrogatory No. 12.**

**had an incomplete understanding of the beaver trapping process." The Forest Service and Westinghouse had a responsibility to communicate with each other, but apparently there was no communication. Since the NIOSH report, USFS has made changes in subsequent contracts to ensure that contractors are not working in soil contamination areas.**

INTERROGATORY NO. 29:

Describe in detail the factual and legal basis for your contention, contained in paragraph 21 of the amended complaint, that Government required additional training and equipment because of contamination, and identify all persons who prepared, assisted, reviewed, or commented upon the information contained in this response, identify all documents that substantiate the information contained in this response, and produce all records that relate in any way to this interrogatory.

**RESPONSE: Reference is made to QHRG1200/0300.H0010 (Effective date: 2-23-98) Copyright 1997 Westinghouse Savannah River Company. Titled RWI or RWII? Entry into Soil Contamination Areas (to perform work that disturbs the soil)(SCA) requires Radiological Worker II training. Further, the Work Clearance Permit required waders and gloves and a standby person, and required the worker to rinse the waders and place them on plastic for RCO survey.**

INTERROGATORY NO. 30:

Explain in detail the legal and factual basis for your contention, contained in paragraphs A, B and C, that you are entitled to $80,000, a sum to compensate you for the

Government's alleged bad faith in refusing to renegotiate the Beaver Contract, and punitive damages, and identify all witnesses and documents that support your contention.

RESPONSE:

**The beaver contract (53-4660-9-06) states that no toxicological hazards are associated with trapping beaver on the SRS. Hooker trapped in areas which were posted as SCA's (Soil Contamination Areas). Westinghouse's guidelines require a worker to be Rad-2 qualified for any work that disturbs the soil in SCA's. This information was not communicated to Hooker until he was required to work under a Work Clearance Permit in February, 1999. Hooker was Rad-2 qualified but his employees were not. Hooker requested that USFS renegotiate the contract and this request was refused. (Deposition of Homer Gabard and Contract Daily Diary of Frankie Brooks). Thereafter, the beaver trapping sites were reduced from 53 to 1. Thereafter he was allowed to trap 6 sites and culvert cleaning was nearly stopped. Hooker questioned Homer Gabard in November, 1999 why the beaver trapping sites were reduced. (Summary of Call). According to his notes, Gabard apparently did not provide an answer. Yet at deposition, both Gabard and Frankie Brooks testified that the beaver trapping sites were reduced after July 1 because of drought. In reviewing the rainfall records from July, August, September and October of 1999 , it appears that there was less than normal rainfall in July, but normal or above for the following months. Since there was no drought, Gabard and Brooks have failed to provide a legitimate explanation for their actions. Hooker remembers that he repeatedly asked Gabard "I want to know what is in every stream". Hooker believes that the beaver contract was curtailed to punish him for his questions and**

**to get rid of him. Hooker further believes that this breach of the contract was in bad faith, as was the failure to renew the option.**

## REQUESTS FOR PRODUCTION

1. All documents required to be identified in response to defendant's first set of interrogatories.

**RESPONSE: These are attached.**

2. All documents prepared by plaintiff that relate to, refer to, discuss, or describe plaintiff's claims in its amended complaint.

**RESPONSE: These are attached.**

3. All correspondence and other documents exchanged between plaintiff and the United States relating to the claims alleged by plaintiff in its complaint and amended complaint.

**RESPONSE: These are attached.**

4. All the files maintained by plaintiff at its office for these contracts, including correspondence, diaries or notes kept by persons on the job, quotes or bids, payrolls and/or invoices of subcontractors, scheduling information, lists of personnel on the job on any given day, week or month, bills and or statements for equipment rental or purchase, and miscellaneous materials purchased.

**RESPONSE: No documents of this type are in the possession of the plaintiff**

5. All files maintained by your subcontractors/suppliers/equipment suppliers at their own offices for these contracts, including correspondence, diaries or notes kept by persons on the job, quotes or bids, payrolls and/or invoices of subcontractors,

scheduling information, lists of personnel on the job on any given day, week or month, bills and or statements for equipment rental or purchase, and miscellaneous materials purchased.

**RESPONSE: No documents of this type are in the possession of plaintiff.**

6. All documents that relate in any way to these contracts, including, but not limited to: correspondence, modifications, delivery orders, payment vouchers, subcontracts and modifications, subcontract files, subcontract correspondence, subcontract claims and claim files, invoices, bills, meeting minutes, notes, drafts, electronic mail messages, facsimile messages, memoranda, purchase orders, budgets, production schedules and plans, production reports, inspections, reinspections, production items available for inspection or delivery, quality control reports and notes, budgets, and profit and loss computations and reports.

**RESPONSE: These are attached.**

7. All proposal or bid documents pertaining to the award of the contracts, including, but not limited to: the proposals or bids, bid/proposal work sheets, contract bid/proposal analyses, memoranda, reports, meeting minutes, notes, drafts and correspondence.

**RESPONSE: Plaintiff is unable to locate these documents; they should be in the defendants files**

8. All documents that relate in any way to communications between the Forest Service and plaintiff about these contracts, or plaintiff's bids or proposals for the contracts, including notes, drafts, correspondence, electronic mail messages, facsimile messages, show cause notices, responses to show cause notices, termination for

default notices, responses to termination for default notices, inspection reports and notes, delivery schedules and/or progress reports, production reports, and communications with the defendant's representatives and/or contracting officers.

**RESPONSE: These are attached.**

9. All internal memoranda, correspondence, or other documents prepared by or for the plaintiff, or its subcontractors, for use in scheduling, monitoring, reviewing or in any other manner relating to the contracts and/or subcontracts.

**RESPONSE: No documents of this type are in the possession of the plaintiff.**

10. All documents that contain the financial data pertaining to the contracts, including but not limited to:

(a) Job cost accounting records;

(b) "In-house" financial records and audits pertaining to job costs;

(c) Independent audit records;

(d) Budgets and cost estimate reports;

(e) Financial statements.

**RESPONSE: No documents of this type are in the possession of the plaintiff.**

11. All logs, diaries, labor reports, production reports, production scheduling reports, or other documents reflecting the effort or work or planned work by the plaintiff or its subcontractors in the performance of the contract or subcontract, including reports, logs, notes tracking the activity and/or progress under the contracts and subcontracts.

**RESPONSE: No documents of this type are in the possession of the plaintiff.**

12. All reports or studies produced by any expert or outside consultant for the benefit of the plaintiff, or its subcontractors, or otherwise utilized by it or any person pertaining to the contracts and subcontracts.

**RESPONSE: No documents of this type are in the possession of the plaintiff.**

13. All test reports, analyses, evaluations, design, configuration reviews, specifications, drawings and/or memoranda relating in any way to the construction under the contracts and subcontracts.

**RESPONSE: No documents of this type are in the possession of plaintiff.**

14. All delivery records, test results, production schedules, inspections, quality control records, audits, or documents relating in any way to the contracts and subcontracts.

**RESPONSE: No documents of this type are in the possession of plaintiff.**

15. A copy of each contract plaintiff has been awarded with the United States Government.

**RESPONSE: These will be provided.**

16. All documents which you have previously relied or intend to rely upon to establish proof of any claims or damages as alleged in your complaint.

**RESPONSE: These are attached.**

Respectfully submitted,

Berta E. (Robbie) Nichols
Attorney for Plaintiff
Post Office Box 7925
Hilton Head Isl., South Carolina 29938



Find Your Old School Here
- City -
- State -
Search

# History for Augusta Bush, Georgia
## on Thursday, July 1, 1999

Jump to data by:

Date: July 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | **Monthly** | Custom | Trip Planner | Next Month »

Summary

| Temperature | Max | Avg | Min | |
|---|---|---|---|---|
| Max Temperature | 104 °F / 40 °C | 92 °F / 33 °C | 71 °F / 21 °C | |
| Mean Temperature | 90 °F / 32 °C | 81 °F / 27 °C | 68 °F / 20 °C | |
| Min Temperature | 78 °F / 25 °C | 70 °F / 21 °C | 64 °F / 17 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 0 | 0 | 0 | 0 |
| Cooling Degree Days (base 65) | 24 | 16 | 2 | 498 |
| Growing Degree Days (base 50) | 40 | 31 | 18 | 963 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 82 °F / 27 °C | 72 °F / 22 °C | 57 °F / 13 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.45 in / 3.7 cm | 0.12 in / 0.3 cm | 0.00 in / 0.0 cm | 3.68 in / 9.35 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 24 mph / 39 km/h | 2 mph / 4 km/h | 0 mph / 0 km/h | |
| Gust Wind | 32 mph / 52 km/h | 20 mph / 33 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.28 in / 1025 hPa | 30.04 in / 1017 hPa | 29.75 in / 1007 hPa | |










Print this calendar

« Previous Month « 1998 July 1999 2000 » Next Month »

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1<br>Actual: 89 \| 70<br>Precip: 1.00<br>Average: 91 \| 69<br>Precip: 0.26 | 2<br>Actual: 88 \| 69<br>Precip: 0.01<br>Average: 90 \| 68<br>Precip: 0.10 | 3<br>Actual: 90 \| 68<br>Precip: 0.00<br>Average: 91 \| 68<br>Precip: 0.21 |

A30

| Day | Actual | Precip | Average | Precip |
|---|---|---|---|---|
| 4 | 91 \| 68 | 0.00 | 92 \| 69 | 0.14 |
| 5 | 95 \| 70 | 0.00 | 91 \| 69 | 0.09 |
| 6 | 93 \| 71 | 0.10 | 90 \| 69 | 0.09 |
| 7 | 89 \| 70 | 0.17 | 91 \| 68 | 0.09 |
| 8 | 91 \| 70 | 0.00 | 92 \| 68 | 0.10 |
| 9 | 93 \| 70 | 0.00 | 92 \| 69 | 0.06 |
| 10 | 93 \| 73 | 0.00 | 94 \| 70 | 0.07 |
| 11 | 90 \| 72 | 1.45 | 94 \| 71 | 0.12 |
| 12 | 82 \| 68 | 0.79 | 93 \| 71 | 0.19 |
| 13 | 71 \| 64 | 0.09 | 93 \| 70 | 0.05 |
| 14 | 79 \| 66 | 0.00 | 92 \| 70 | 0.10 |
| 15 | 88 \| 69 | 0.00 | 92 \| 70 | 0.18 |
| 16 | 88 \| 69 | 0.06 | 92 \| 70 | 0.20 |
| 17 | 86 \| 68 | 0.00 | 91 \| 70 | 0.13 |
| 18 | 90 \| 72 | 0.00 | 91 \| 69 | 0.08 |
| 19 | 90 \| 68 | 0.00 | 92 \| 69 | 0.12 |
| 20 | 93 \| 69 | 0.01 | 93 \| 69 | 0.10 |
| 21 | 96 \| 72 | 0.00 | 94 \| 70 | 0.15 |
| 22 | 104 \| 75 | 0.00 | 92 \| 70 | 0.31 |
| 23 | 90 \| 78 | 0.00 | 92 \| 70 | 0.15 |
| 24 | 96 \| 77 | 0.00 | 92 \| 70 | 0.19 |
| 25 | 96 \| 72 | 0.00 | 92 \| 71 | 0.16 |
| 26 | 100 \| 68 | 0.00 | 92 \| 71 | 0.18 |
| 27 | 98 \| 68 | 0.00 | 92 \| 71 | 0.05 |
| 28 | 98 \| 71 | 0.00 | 92 \| 71 | 0.09 |
| 29 | 99 \| 72 | 0.00 | 92 \| 71 | 0.12 |
| 30 | 102 \| 73 | 0.00 | 91 \| 70 | 0.16 |
| 31 | 100 \| 71 | 0.00 | 91 \| 69 | 0.20 |

Month Precipitation - Actual month total: Average month total: 4.24

Calendar Key

Sunny Clear · Mostly Sunny Partly Cloudy · Partly Sunny Mostly Cloudy · Cloudy · Rain · Snow

Flurries · Hail · Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown

Actual: 90 | 58 · Precip: 0.00 · Average: 71 | 53 · Precip: 0.03 — Data Category, Condition, High Temp., Lo Temp., Precip. (in inches), Daily Avg. Temp., Temps in °F; -60 -30 0 30 60 90 120

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| July | | | | | | | | | | | | | | | | | | | | |
| 1 | 89 | 79 | 70 | 73 | 70 | 69 | 100 | 87 | 61 | 30.12 | 30.04 | 29.99 | - | 8 | 1 | 24 | 5 | 32 | 1.00 | Rain |
| 2 | 88 | 78 | 69 | 73 | 69 | 69 | 100 | 86 | 53 | 30.19 | 30.12 | 30.09 | - | 7 | 1 | 9 | 1 | - | 0.01 | |
| 3 | 90 | 80 | 68 | 74 | 70 | 68 | 100 | 80 | 52 | 30.25 | 30.19 | 30.15 | - | 9 | 1 | 13 | 3 | - | 0.00 | |
| 4 | 91 | 79 | 68 | 75 | 71 | 68 | 100 | 86 | 52 | 30.28 | 30.22 | 30.15 | - | 8 | 1 | 8 | 0 | - | 0.00 | |
| 5 | 95 | 82 | 70 | 76 | 72 | 70 | 100 | 78 | 47 | 30.19 | 30.17 | 30.04 | - | 8 | 1 | 7 | 4 | - | 0.00 | |
| 6 | 93 | 83 | 71 | 79 | 74 | 69 | 100 | 87 | 56 | 30.06 | 30.04 | 29.98 | - | 7 | 3 | 9 | 2 | 17 | 0.10 | Rain , Thunderstorm |
| 7 | 89 | 80 | 70 | 75 | 71 | 70 | 100 | 86 | 55 | 30.07 | 30.02 | 29.96 | - | 8 | 2 | 9 | 3 | - | 0.17 | Rain |
| 8 | 91 | 81 | 70 | 76 | 72 | 70 | 100 | 80 | 53 | 30.07 | 30.01 | 29.99 | - | 9 | 2 | 10 | 5 | - | 0.00 | |
| 9 | 93 | 81 | 70 | 73 | 72 | 67 | 100 | 75 | 44 | 30.14 | 30.09 | 30.04 | - | 8 | 2 | 14 | 0 | 18 | 0.00 | |
| 10 | 93 | 82 | 73 | 74 | 70 | 69 | 91 | 70 | 47 | 30.10 | 30.06 | 29.98 | - | 10 | 10 | 13 | 7 | 20 | 0.00 | |
| 11 | 90 | 80 | 72 | 75 | 72 | 71 | 100 | 84 | 57 | 30.09 | 30.03 | 30.00 | - | 6 | 0 | 14 | 3 | 26 | 1.45 | Fog , Rain , Thunderstorm |
| 12 | 82 | 76 | 68 | 74 | 72 | 70 | 100 | 94 | 74 | 30.08 | 30.08 | 30.00 | - | 7 | 1 | 14 | 2 | - | 0.79 | Rain |
| 13 | 71 | 68 | 64 | 70 | 68 | 63 | 100 | 98 | 81 | 30.13 | 30.05 | 30.03 | - | 6 | 2 | 12 | 10 | - | 0.09 | Rain |
| 14 | 79 | 72 | 66 | 72 | 66 | 64 | 100 | 91 | 74 | 30.17 | 30.13 | 30.09 | - | 8 | 5 | 8 | 2 | - | 0.00 | Rain |
| 15 | 88 | 78 | 69 | 75 | 70 | 68 | 100 | 81 | 53 | 30.19 | 30.16 | 30.11 | - | 8 | 2 | 8 | 2 | - | 0.00 | Rain |
| 16 | 88 | 80 | 69 | 75 | 71 | 70 | 100 | 87 | 57 | 30.21 | 30.16 | 30.14 | - | 8 | 4 | 13 | 1 | - | 0.06 | Rain , Thunderstorm |
| 17 | 86 | 76 | 68 | 75 | 69 | 68 | 100 | 92 | 63 | 30.24 | 30.20 | 30.14 | - | 5 | 0 | 9 | 2 | - | 0.00 | Fog , Rain |

A31

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 90 | 80 | 72 | 74 | 71 | 69 | 97 | 83 | 59 | 30.23 | 30.20 | 30.14 - | 10 | 8 | 10 | 2 | - | 0.00 | Thunderstorm |
| 19 | 90 | 79 | 68 | 75 | 70 | 68 | 100 | 84 | 51 | 30.18 | 30.17 | 30.07 - | 8 | 2 | 10 | 0 | - | 0.00 | |
| 20 | 93 | 81 | 69 | 75 | 71 | 68 | 100 | 76 | 50 | 30.12 | 30.09 | 30.01 - | 6 | 3 | 9 | 0 | - | 0.01 | |
| 21 | 96 | 84 | 72 | 77 | 74 | 70 | 100 | 78 | 46 | 30.11 | 30.06 | 30.01 - | 6 | 1 | 8 | 3 | - | 0.00 | |
| 22 | 104 | 90 | 75 | 78 | 73 | 73 | 94 | 80 | 41 | 30.07 | 30.04 | 29.98 - | 6 | 3 | 9 | 0 | - | 0.00 | |
| 23 | 90 | 84 | 78 | 79 | 78 | 73 | 89 | 81 | 65 | 30.02 | 30.02 | 29.89 - | 3 | 0 | 10 | 0 | - | 0.00 | |
| 24 | 96 | 87 | 77 | 79 | 78 | 70 | 93 | 74 | 51 | 29.97 | 29.94 | 29.83 - | 6 | 1 | 17 | 4 | 18 | 0.00 | |
| 25 | 96 | 84 | 72 | 78 | 73 | 71 | 100 | 78 | 46 | 29.96 | 29.94 | 29.88 - | 6 | 2 | 8 | 2 | - | 0.00 | |
| 26 | 100 | 84 | 68 | 75 | 70 | 57 | 100 | 75 | 24 | 29.95 | 29.93 | 29.86 - | 6 | 0 | 13 | 2 | - | 0.00 | Fog |
| 27 | 98 | 83 | 68 | 76 | 69 | 67 | 93 | 68 | 39 | 29.98 | 29.94 | 29.90 - | 8 | 4 | 8 | 0 | - | 0.00 | |
| 28 | 98 | 84 | 71 | 77 | 73 | 71 | 100 | 78 | 43 | 30.00 | 29.95 | 29.88 - | 4 | 0 | 7 | 2 | - | 0.00 | Fog |
| 29 | 99 | 84 | 72 | 76 | 71 | 70 | 97 | 69 | 43 | 29.91 | 29.86 | 29.76 - | 8 | 3 | 14 | 4 | 20 | 0.00 | Rain , Thunderstorm |
| 30 | 102 | 88 | 73 | 76 | 75 | 68 | 100 | 77 | 33 | 29.86 | 29.80 | 29.75 - | 6 | 1 | 9 | 3 | - | 0.00 | |
| 31 | 100 | 86 | 71 | 82 | 72 | 71 | 100 | 77 | 45 | 29.88 | 29.83 | 29.79 - | 7 | 4 | 8 | 2 | - | 0.00 | |

Copyright © 2006 The Weather Underground, Inc.




# History for Augusta Bush, Georgia
## on Sunday, August 1, 1999

Jump to data by:

Date: August 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | Monthly | Custom | Trip Planner | Next Month »

Summary

| Temperature | Max | Avg | Min | |
|---|---|---|---|---|
| Max Temperature | 107 °F / 41 °C | 96 °F / 35 °C | 84 °F / 28 °C | |
| Mean Temperature | 90 °F / 32 °C | 83 °F / 28 °C | 70 °F / 21 °C | |
| Min Temperature | 75 °F / 23 °C | 70 °F / 21 °C | 55 °F / 12 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 0 | 0 | 0 | 0 |
| Cooling Degree Days (base 65) | 24 | 18 | 6 | 545 |
| Growing Degree Days (base 50) | 40 | 33 | 20 | 1014 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 79 °F / 26 °C | 70 °F / 21 °C | 48 °F / 8 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.09 in / 2.8 cm | 0.11 in / 0.2 cm | 0.00 in / 0.0 cm | 2.19 in / 5.56 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 22 mph / 35 km/h | 3 mph / 5 km/h | 0 mph / 0 km/h | |
| Gust Wind | 29 mph / 47 km/h | 19 mph / 30 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.18 in / 1022 hPa | 29.93 in / 1013 hPa | 29.74 in / 1007 hPa | |










Print this calendar

« Previous Month « 1998 **August 1999** 2000 » Next Month »

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1<br>Actual: 107 \| 72<br>Precip: 0.00<br>Average: 91 \| 69<br>Precip: 0.32 | 2<br>Actual: 97 \| 73<br>Precip: 0.00<br>Average: 91 \| 70<br>Precip: 0.27 | 3<br>Actual: 95 \| 70<br>Precip: 0.00<br>Average: 90 \| 70<br>Precip: 0.12 | 4<br>Actual: 93 \| 64<br>Precip: 0.00<br>Average: 90 \| 69<br>Precip: 0.19 | 5<br>Actual: 96 \| 63<br>Precip: 0.00<br>Average: 91 \| 69<br>Precip: 0.15 | 6<br>Actual: 98 \| 68<br>Precip: 0.00<br>Average: 90 \| 70<br>Precip: 0.19 | 7<br>Actual: 99 \| 70<br>Precip: 0.00<br>Average: 90 \| 70<br>Precip: 0.09 |

A33

| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|
| Actual: 102 \| 73<br>Precip: 0.00<br>Average: 91 \| 70<br>Precip: 0.10 | Actual: 98 \| 72<br>Precip: 0.00<br>Average: 91 \| 70<br>Precip: 0.06 | Actual: 100 \| 69<br>Precip: 0.00<br>Average: 91 \| 70<br>Precip: 0.17 | Actual: 102 \| 73<br>Precip: 0.00<br>Average: 89 \| 69<br>Precip: 0.31 | Actual: 102 \| 71<br>Precip: 0.00<br>Average: 89 \| 69<br>Precip: 0.24 | Actual: 102 \| 69<br>Precip: 0.00<br>Average: 88 \| 68<br>Precip: 0.11 | Actual: 102 \| 75<br>Precip: 0.00<br>Average: 88 \| 68<br>Precip: 0.08 |
| **15** | **16** | **17** | **18** | **19** | **20** | **21** |
| Actual: 96 \| 72<br>Precip: 0.00<br>Average: 90 \| 68<br>Precip: 0.14 | Actual: 96 \| 73<br>Precip: 0.49<br>Average: 90 \| 69<br>Precip: 0.16 | Actual: 100 \| 72<br>Precip: 0.00<br>Average: 90 \| 69<br>Precip: 0.08 | Actual: 102 \| 70<br>Precip: 0.00<br>Average: 91 \| 69<br>Precip: 0.06 | Actual: 99 \| 72<br>Precip: 0.15<br>Average: 91 \| 69<br>Precip: 0.13 | Actual: 91 \| 69<br>Precip: 1.09<br>Average: 91 \| 69<br>Precip: 0.13 | Actual: 93 \| 66<br>Precip: 0.00<br>Average: 90 \| 69<br>Precip: 0.07 |
| **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| Actual: 91 \| 68<br>Precip: 0.00<br>Average: 89 \| 68<br>Precip: 0.15 | Actual: 91 \| 69<br>Precip: 0.45<br>Average: 90 \| 68<br>Precip: 0.11 | Actual: 86 \| 72<br>Precip: 0.01<br>Average: 90 \| 68<br>Precip: 0.11 | Actual: 89 \| 69<br>Precip: 0.00<br>Average: 90 \| 68<br>Precip: 0.21 | Actual: 93 \| 72<br>Precip: 0.00<br>Average: 90 \| 68<br>Precip: 0.12 | Actual: 93 \| 69<br>Precip: 0.00<br>Average: 90 \| 68<br>Precip: 0.06 | Actual: 91 \| 69<br>Precip: 0.00<br>Average: 90 \| 68<br>Precip: 0.07 |
| **29** | **30** | **31** | | | | |
| Actual: 91 \| 73<br>Precip: 0.00<br>Average: 89 \| 67<br>Precip: 0.07 | Actual: 90 \| 70<br>Precip: 0.00<br>Average: 89 \| 66<br>Precip: 0.12 | Actual: 84 \| 55<br>Precip: 0.00<br>Average: 88 \| 67<br>Precip: 0.21 | | | | |

Month Precipitation - Actual month total: Average month total: 4.40 2.19

Calendar Key

Sunny Clear; Mostly Cloudy Partly Sunny; Partly Cloudy Mostly Sunny; Cloudy; Rain; Snow; Hail Flurries; Thunderstorms; Hazy Fog; Sleet; '?' denotes 'chance of'; Unknown

Data Category, Condition, High Temp., Lo Temp., Precip. (in inches), Daily Avg. Temp., Temps in °F

Actual: 90 | 58
Precip: 0.00
Average: 71 | 53
Precip: 0.03

-60 -30 0 30 60 90 120

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| August | | | | | | | | | | | | | | | | | | | | |
| 1 | 107 | 90 | 72 | 78 | 71 | 56 | 96 | 62 | 19 | 29.91 | 29.86 | 29.82 | - | 8 | 4 | 9 | 3 | - | 0.00 | |
| 2 | 97 | 86 | 73 | 74 | 68 | 63 | 94 | 62 | 35 | 29.96 | 29.91 | 29.84 | - | 9 | 6 | 12 | 2 | - | 0.00 | |
| 3 | 95 | 83 | 70 | 72 | 68 | 63 | 93 | 62 | 37 | 30.03 | 29.99 | 29.93 | - | 9 | 7 | 9 | 1 | - | 0.00 | |
| 4 | 93 | 80 | 64 | 70 | 65 | 61 | 93 | 66 | 34 | 29.98 | 29.94 | 29.85 | - | 9 | 5 | 10 | 0 | 16 | 0.00 | |
| 5 | 96 | 80 | 63 | 71 | 63 | 62 | 100 | 71 | 33 | 29.91 | 29.89 | 29.82 | - | 7 | 1 | 9 | 0 | - | 0.00 | |
| 6 | 98 | 82 | 68 | 75 | 70 | 68 | 100 | 74 | 43 | 29.96 | 29.91 | 29.88 | - | 7 | 2 | 9 | 3 | - | 0.00 | |
| 7 | 99 | 84 | 70 | 78 | 73 | 63 | 100 | 74 | 31 | 30.01 | 29.96 | 29.92 | - | 6 | 1 | 12 | 3 | - | 0.00 | |
| 8 | 102 | 88 | 73 | 76 | 70 | 60 | 97 | 65 | 27 | 29.98 | 29.92 | 29.82 | - | 7 | 5 | 22 | 5 | 29 | 0.00 | |
| 9 | 98 | 85 | 72 | 72 | 70 | 67 | 87 | 64 | 38 | 29.86 | 29.83 | 29.74 | - | 9 | 6 | 9 | 3 | - | 0.00 | |
| 10 | 100 | 84 | 69 | 73 | 72 | 63 | 96 | 67 | 29 | 29.86 | 29.80 | 29.77 | - | 7 | 1 | 12 | 3 | 17 | 0.00 | |
| 11 | 102 | 86 | 73 | 76 | 72 | 63 | 100 | 63 | 30 | 29.89 | 29.84 | 29.80 | - | 7 | 2 | 13 | 4 | - | 0.00 | |
| 12 | 102 | 87 | 71 | 72 | 68 | 61 | 87 | 59 | 27 | 29.93 | 29.88 | 29.83 | - | 8 | 6 | 9 | 3 | - | 0.00 | |
| 13 | 102 | 87 | 69 | 77 | 70 | 63 | 93 | 63 | 29 | 29.93 | 29.89 | 29.82 | - | 6 | 2 | 12 | 0 | - | 0.00 | |
| 14 | 102 | 88 | 75 | 79 | 77 | 68 | 100 | 76 | 40 | 29.88 | 29.84 | 29.74 | - | 6 | 2 | 18 | 3 | - | 0.00 | |
| 15 | 96 | 84 | 72 | 75 | 71 | 70 | 97 | 74 | 46 | 30.06 | 29.93 | 29.86 | - | 8 | 5 | 16 | 6 | - | 0.00 | Rain , Thunderstorm |
| 16 | 96 | 84 | 73 | 77 | 74 | 72 | 100 | 87 | 47 | 30.18 | 30.08 | 30.07 | - | 6 | 1 | 10 | 3 | - | 0.49 | Rain , Thunderstorm |
| 17 | 100 | 86 | 72 | 75 | 74 | 67 | 100 | 77 | 36 | 30.14 | 30.07 | 29.94 | - | 7 | 2 | 10 | 1 | - | 0.00 | |
| 18 | 102 | 86 | 70 | 74 | 71 | 60 | 100 | 65 | 28 | 29.96 | 29.90 | 29.79 | - | 8 | 2 | 9 | 4 | - | 0.00 | |

With constant updates
The Wall Street Journal Online
is more than JUST the *Journal* online!
Click here to start
your free trial now.
WSJ.com THE WALL STREET JOURNAL ONLINE

# History for Augusta Bush, Georgia

## on Wednesday, September 1, 1999

Jump to data by:

Date: September 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | Monthly | Custom | Trip Planner | Next Month »

Summary

| Temperature | Max | Avg | Min | |
|---|---|---|---|---|
| Max Temperature | 100 °F / 37 °C | 86 °F / 29 °C | 70 °F / 21 °C | |
| Mean Temperature | 84 °F / 28 °C | 73 °F / 22 °C | 62 °F / 16 °C | |
| Min Temperature | 73 °F / 22 °C | 59 °F / 14 °C | 42 °F / 5 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 2 | 0 | 0 | 5 |
| Cooling Degree Days (base 65) | 19 | 8 | 0 | 234 |
| Growing Degree Days (base 50) | 34 | 23 | 12 | 676 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 76 °F / 24 °C | 60 °F / 15 °C | 41 °F / 5 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.27 in / 3.2 cm | 0.17 in / 0.4 cm | 0.00 in / 0.0 cm | 4.57 in / 11.61 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 30 mph / 48 km/h | 3 mph / 5 km/h | 0 mph / 0 km/h | |
| Gust Wind | 38 mph / 61 km/h | 22 mph / 35 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.17 in / 1022 hPa | 29.95 in / 1014 hPa | 29.55 in / 1001 hPa | |










Print this calendar

« Previous Month « 1998 September 1999 2000 » Next Month »

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1<br>Actual: 90 \| 51<br>Precip: 0.00<br>Average: 88 \| 67<br>Precip: 0.17 | 2<br>Actual: 96 \| 54<br>Precip: 0.00<br>Average: 88 \| 67<br>Precip: 0.07 | 3<br>Actual: 93 \| 62<br>Precip: 0.00<br>Average: 88 \| 67<br>Precip: 0.45 | 4<br>Actual: 96 \| 59<br>Precip: 0.00<br>Average: 87 \| 67<br>Precip: 0.20 |

| Day | Actual | Precip | Average | Precip |
|---|---|---|---|---|
| 5 | 99 \| 62 | 0.00 | 86 \| 66 | 0.11 |
| 6 | 100 \| 66 | 0.00 | 87 \| 65 | 0.13 |
| 7 | 96 \| 64 | 0.01 | 87 \| 65 | 0.03 |
| 8 | 93 \| 66 | 0.00 | 88 \| 65 | 0.03 |
| 9 | 91 \| 66 | 0.36 | 87 \| 65 | 0.16 |
| 10 | 90 \| 64 | 0.00 | 87 \| 65 | 0.06 |
| 11 | 90 \| 61 | 0.00 | 87 \| 64 | 0.01 |
| 12 | 88 \| 55 | 0.00 | 87 \| 63 | 0.06 |
| 13 | 87 \| 55 | 0.00 | 86 \| 62 | 0.09 |
| 14 | 90 \| 57 | 0.00 | 86 \| 62 | 0.11 |
| 15 | 79 \| 73 | 0.00 | 88 \| 62 | 0.03 |
| 16 | 88 \| 55 | 0.00 | 86 \| 63 | 0.04 |
| 17 | 84 \| 48 | 0.00 | 85 \| 63 | 0.20 |
| 18 | 82 \| 53 | 0.00 | 84 \| 64 | 0.10 |
| 19 | 79 \| 57 | 0.06 | 86 \| 63 | 0.10 |
| 20 | 70 \| 63 | 0.82 | 86 \| 64 | 0.21 |
| 21 | 79 \| 64 | 0.09 | 86 \| 63 | 0.14 |
| 22 | 75 \| 50 | 0.00 | 85 \| 61 | 0.09 |
| 23 | 77 \| 42 | 0.00 | 84 \| 59 | 0.01 |
| 24 | 81 \| 45 | 0.00 | 82 \| 58 | 0.08 |
| 25 | 82 \| 52 | 0.00 | 82 \| 59 | 0.19 |
| 26 | 84 \| 55 | 0.79 | 82 \| 59 | 0.09 |
| 27 | 77 \| 70 | 1.27 | 82 \| 60 | 0.06 |
| 28 | 82 \| 71 | 1.02 | 81 \| 59 | 0.17 |
| 29 | 84 \| 72 | 0.15 | 81 \| 59 | 0.06 |
| 30 | 75 \| 50 | 0.00 | 79 \| 58 | 0.07 |

Month Precipitation - Actual month total: Average month total: 3.32 4.57

Calendar Key

Sunny Clear · Mostly Cloudy Partly Sunny · Partly Cloudy Mostly Sunny · Cloudy · Rain · Snow · Hail Flurries · Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown

Actual: 90 | 58 Precip: 0.00 Average: 71 | 53 Precip: 0.03 — Data Category, Condition, High Temp., Lo Temp., Precip. (in inches), Daily Avg. Temp., Temps in °F, -60 -30 0 30 60 90 120

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) high | avg | low | Dew Point (°F) high | avg | low | Humidity (%) high | avg | low | Sea Level Pressure (in) high | avg | low | Visibility (mi) high | avg | low | Wind (mph) high | avg | Gust Speed (mph) high | Precipitation (in) sum | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| September | | | | | | | | | | | | | | | | | | | | |
| 1 | 90 | 70 | 51 | 57 | 53 | 48 | 97 | 62 | 25 | 30.15 | 30.08 | 29.99 | - | 10 | 10 | 9 | 2 | - | 0.00 | |
| 2 | 96 | 74 | 54 | 61 | 55 | 53 | 100 | 66 | 29 | 30.07 | 30.00 | 29.89 | - | 10 | 6 | 9 | 0 | - | 0.00 | |
| 3 | 93 | 78 | 62 | 63 | 60 | 54 | 87 | 59 | 28 | 29.99 | 29.94 | 29.86 | - | 10 | 7 | 14 | 2 | - | 0.00 | |
| 4 | 96 | 78 | 59 | 65 | 59 | 55 | 81 | 59 | 26 | 29.97 | 29.90 | 29.81 | - | 10 | 10 | 17 | 2 | 22 | 0.00 | |
| 5 | 99 | 81 | 62 | 66 | 60 | 52 | 93 | 56 | 21 | 29.84 | 29.80 | 29.73 | - | 10 | 10 | 17 | 4 | 25 | 0.00 | |
| 6 | 100 | 84 | 66 | 68 | 62 | 54 | 93 | 54 | 22 | 29.82 | 29.79 | 29.73 | - | 9 | 6 | 15 | 6 | 23 | 0.00 | |
| 7 | 96 | 80 | 64 | 76 | 67 | 63 | 96 | 72 | 43 | 29.88 | 29.83 | 29.78 | - | 9 | 4 | 13 | 2 | - | 0.01 | Rain , Thunderstorm |
| 8 | 93 | 80 | 66 | 72 | 68 | 65 | 100 | 82 | 39 | 29.90 | 29.83 | 29.77 | - | 6 | 0 | 9 | 2 | - | 0.00 | Fog |
| 9 | 91 | 78 | 66 | 73 | 71 | 66 | 100 | 89 | 46 | 29.86 | 29.84 | 29.70 | - | 4 | 0 | 18 | 2 | 29 | 0.36 | Fog , Rain , Thunderstorm |
| 10 | 90 | 77 | 64 | 69 | 67 | 60 | 100 | 76 | 39 | 29.91 | 29.82 | 29.79 | - | 7 | 2 | 9 | 5 | - | 0.00 | |
| 11 | 90 | 76 | 61 | 64 | 60 | 52 | 97 | 69 | 29 | 30.07 | 29.97 | 29.90 | - | 9 | 5 | 9 | 0 | - | 0.00 | |
| 12 | 88 | 72 | 55 | 63 | 57 | 51 | 97 | 75 | 29 | 30.16 | 30.10 | 30.06 | - | 9 | 7 | 9 | 0 | - | 0.00 | |
| 13 | 87 | 70 | 55 | 60 | 58 | 54 | 100 | 73 | 33 | 30.14 | 30.09 | 29.99 | - | 8 | 1 | 13 | 0 | 16 | 0.00 | |
| 14 | 90 | 74 | 57 | 69 | 60 | 55 | 96 | 71 | 45 | 30.01 | 29.96 | 29.85 | - | 9 | 6 | 13 | 2 | 18 | 0.00 | |
| 15 | 79 | 76 | 73 | 70 | 69 | 60 | 88 | 77 | 60 | 29.87 | 29.72 | 29.55 | - | 10 | 9 | 30 | 10 | 38 | 0.00 | Rain |
| 16 | 88 | 73 | 55 | 59 | 47 | 41 | 75 | 40 | 20 | 29.97 | 29.78 | 29.58 | - | 10 | 10 | 20 | 16 | 26 | 0.00 | |
| 17 | 84 | 67 | 48 | 58 | 47 | 46 | 90 | 59 | 31 | 30.13 | 30.06 | 29.98 | - | 10 | 10 | 16 | 3 | 20 | 0.00 | |
| 18 | 82 | 68 | 53 | 64 | 55 | 53 | 100 | 74 | 38 | 30.14 | 30.09 | 30.02 | - | 8 | 3 | 10 | 0 | - | 0.00 | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 99 | 84 | 72 | 76 | 72 | 70 | 100 | 78 | 41 | 29.96 | 29.86 | 29.84 | - | 5 | 2 | 15 | 3 | - | 0.15 | Rain , Thunderstorm |
| 20 | 91 | 78 | 69 | 77 | 70 | 62 | 96 | 79 | 56 | 30.00 | 29.96 | 29.88 | - | 8 | 2 | 21 | 12 | 25 | 1.09 | Rain , Thunderstorm |
| 21 | 93 | 78 | 66 | 75 | 66 | 65 | 96 | 76 | 47 | 29.98 | 29.94 | 29.89 | - | 9 | 5 | 9 | 2 | - | 0.00 | |
| 22 | 91 | 80 | 68 | 73 | 70 | 66 | 97 | 73 | 42 | 30.01 | 29.96 | 29.91 | - | 6 | 2 | 10 | 0 | - | 0.00 | |
| 23 | 91 | 80 | 69 | 74 | 70 | 68 | 97 | 81 | 52 | 30.02 | 30.00 | 29.92 | - | 6 | 1 | 13 | 2 | - | 0.45 | Rain , Thunderstorm |
| 24 | 86 | 79 | 72 | 75 | 72 | 71 | 100 | 88 | 63 | 29.99 | 29.95 | 29.89 | - | 7 | 2 | 13 | 0 | 20 | 0.01 | Rain |
| 25 | 89 | 78 | 69 | 76 | 73 | 70 | 100 | 85 | 63 | 29.97 | 29.94 | 29.85 | - | 7 | 0 | 9 | 4 | - | 0.00 | |
| 26 | 93 | 82 | 72 | 75 | 73 | 66 | 97 | 75 | 50 | 29.92 | 29.88 | 29.81 | - | 10 | 9 | 15 | 6 | 20 | 0.00 | Rain , Thunderstorm |
| 27 | 93 | 81 | 69 | 73 | 70 | 64 | 100 | 72 | 39 | 29.92 | 29.87 | 29.84 | - | 8 | 2 | 8 | 0 | - | 0.00 | Thunderstorm |
| 28 | 91 | 80 | 69 | 75 | 72 | 69 | 100 | 86 | 50 | 29.96 | 29.90 | 29.85 | - | 4 | 0 | 12 | 0 | - | 0.00 | Fog |
| 29 | 91 | 82 | 73 | 74 | 72 | 66 | 94 | 72 | 50 | 29.89 | 29.86 | 29.77 | - | 8 | 5 | 15 | 3 | 18 | 0.00 | |
| 30 | 90 | 82 | 70 | 66 | 62 | 50 | 69 | 52 | 36 | 30.06 | 29.90 | 29.77 | - | 9 | 8 | 17 | 8 | - | 0.00 | |
| 31 | 84 | 70 | 55 | 58 | 50 | 48 | 96 | 57 | 33 | 30.17 | 30.13 | 30.06 | - | 10 | 10 | 9 | 6 | 17 | 0.00 | |

Copyright © 2006 The Weather Underground, Inc.

A37




# History for Augusta Bush, Georgia
## on Friday, October 1, 1999

Jump to data by:

Date: October 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | Monthly | Custom | Trip Planner | Next Month »

Summary

| | | | | |
|---|---|---|---|---|
| **Temperature** | **Max** | **Avg** | **Min** | |
| Max Temperature | 86 °F / 30 °C | 75 °F / 23 °C | 63 °F / 17 °C | |
| Mean Temperature | 74 °F / 23 °C | 63 °F / 17 °C | 48 °F / 8 °C | |
| Min Temperature | 68 °F / 20 °C | 51 °F / 10 °C | 30 °F / -1 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 18 | 4 | 0 | 116 |
| Cooling Degree Days (base 65) | 10 | 2 | 0 | 61 |
| Growing Degree Days (base 50) | 24 | 13 | 0 | 416 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 71 °F / 21 °C | 54 °F / 12 °C | 30 °F / -1 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.35 in / 3.4 cm | 0.11 in / 0.2 cm | 0.00 in / 0.0 cm | 2.74 in / 6.98 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 21 mph / 34 km/h | 3 mph / 5 km/h | 0 mph / 0 km/h | |
| Gust Wind | 28 mph / 45 km/h | 20 mph / 32 km/h | 17 mph / 27 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.37 in / 1028 hPa | 30.11 in / 1020 hPa | 29.64 in / 1004 hPa | |










Print this calendar

« Previous Month « 1998 **October 1999** 2000 » Next Month »

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1<br>Actual: 77 \| 46<br>Precip: 0.00 | 2<br>Actual: 81 \| 46<br>Precip: 0.00 |

Average: 81 | 56 Precip: 0.14

Average: 81 | 55 Precip: 0.12

| Day | Actual | Precip | Average | Precip |
|---|---|---|---|---|
| 3 | 86 \| 60 | 0.00 | 81 \| 54 | 0.12 |
| 4 | 72 \| 60 | 1.35 | 81 \| 54 | 0.07 |
| 5 | 75 \| 61 | 0.00 | 82 \| 53 | 0.03 |
| 6 | 75 \| 52 | 0.00 | 80 \| 52 | 0.03 |
| 7 | 77 \| 46 | 0.01 | 79 \| 54 | 0.02 |
| 8 | 80 \| 51 | 0.00 | 77 \| 53 | 0.19 |
| 9 | 84 \| 60 | 0.00 | 79 \| 52 | 0.10 |
| 10 | 81 \| 68 | 0.00 | 77 \| 52 | 0.22 |
| 11 | 81 \| 68 | 0.01 | 77 \| 52 | 0.13 |
| 12 | 70 \| 64 | 1.23 | 78 \| 51 | 0.18 |
| 13 | 70 \| 62 | 0.05 | 78 \| 51 | 0.10 |
| 14 | 79 \| 59 | 0.00 | 79 \| 50 | 0.00 |
| 15 | 75 \| 57 | 0.00 | 79 \| 50 | 0.06 |
| 16 | 80 \| 61 | 0.00 | 78 \| 50 | 0.02 |
| 17 | 78 \| 61 | 0.00 | 77 \| 51 | 0.09 |
| 18 | 80 \| 54 | 0.00 | 76 \| 49 | 0.06 |
| 19 | 73 \| 57 | 0.01 | 75 \| 48 | 0.07 |
| 20 | 64 \| 59 | 0.05 | 74 \| 47 | 0.12 |
| 21 | 69 \| 44 | 0.00 | 75 \| 47 | 0.05 |
| 22 | 75 \| 39 | 0.00 | 74 \| 47 | 0.11 |
| 23 | 64 \| 43 | 0.00 | 74 \| 47 | 0.10 |
| 24 | 63 \| 32 | 0.00 | 74 \| 48 | 0.06 |
| 25 | 66 \| 30 | 0.00 | 73 \| 49 | 0.11 |
| 26 | 71 \| 34 | 0.00 | 74 \| 48 | 0.06 |
| 27 | 77 \| 36 | 0.00 | 74 \| 46 | 0.04 |
| 28 | 73 \| 39 | 0.00 | 74 \| 46 | 0.02 |
| 29 | 75 \| 37 | 0.00 | 72 \| 46 | 0.04 |
| 30 | 77 \| 46 | 0.02 | 72 \| 48 | 0.12 |
| 31 | 79 \| 53 | 0.01 | 72 \| 48 | 0.13 |

2.75

**Month Precipitation** - Actual month total: Average month total: 2.71

**Calendar Key**

Sunny Clear · Mostly Cloudy Partly Sunny · Partly Cloudy Mostly Sunny · Cloudy · Rain · Snow

Flurries · Hail · Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown

Data Category · Condition · High Temp. · Lo Temp. · Precip. (in inches) · Daily Avg. Temp. · Temps in °F

Actual: 90 | 58
Precip: 0.00
Average: 71 | 53
Precip: 0.03

-60 -30 0 30 60 90 120

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| October | | | | | | | | | | | | | | | | | | | | |
| 1 | 77 | 60 | 46 | 58 | 48 | 46 | 100 | 77 | 36 | 30.12 | 30.06 | 30.04 | - | 9 | 2 | 9 | 0 | - | 0.00 | |
| 2 | 81 | 64 | 46 | 68 | 58 | 47 | 100 | 82 | 54 | 30.19 | 30.13 | 30.11 | - | 8 | 2 | 9 | 0 | - | 0.00 | |
| 3 | 86 | 72 | 60 | 69 | 64 | 59 | 100 | 88 | 41 | 30.26 | 30.19 | 30.12 | - | 5 | 0 | 7 | 0 | - | 0.00 | Fog |
| 4 | 72 | 66 | 60 | 70 | 66 | 60 | 100 | 99 | 83 | 30.17 | 30.17 | 30.03 | - | 3 | 0 | 14 | 3 | 22 | 1.35 | Fog , Rain |
| 5 | 75 | 68 | 61 | 65 | 61 | 60 | 100 | 91 | 64 | 30.08 | 30.05 | 29.98 | - | 7 | 0 | 10 | 0 | - | 0.00 | Fog |
| 6 | 75 | 65 | 52 | 60 | 59 | 53 | 100 | 89 | 46 | 30.20 | 30.07 | 30.07 | - | 4 | 0 | 8 | 0 | - | 0.00 | Fog |
| 7 | 77 | 62 | 46 | 57 | 53 | 47 | 100 | 89 | 40 | 30.30 | 30.19 | 30.18 | - | 4 | 0 | 14 | 0 | 17 | 0.01 | Fog , Rain |
| 8 | 80 | 66 | 51 | 63 | 56 | 49 | 96 | 74 | 52 | 30.32 | 30.29 | 30.22 | - | 10 | 9 | 13 | 0 | - | 0.00 | |
| 9 | 84 | 72 | 60 | 67 | 64 | 62 | 97 | 71 | 51 | 30.23 | 30.18 | 30.11 | - | 10 | 6 | 12 | 4 | - | 0.00 | |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 81 | 74 | 68 | 71 | 66 | 64 | 96 | 83 | 60 | 30.14 | 30.09 | 30.01 | - | 10 | 8 | 13 | 4 | - | 0.00 | Rain |
| 11 | 81 | 74 | 68 | 70 | 69 | 66 | 100 | 83 | 61 | 30.10 | 30.03 | 30.01 | - | 10 | 9 | 8 | 3 | - | 0.01 | Rain |
| 12 | 70 | 67 | 64 | 68 | 64 | 63 | 100 | 91 | 84 | 30.19 | 30.12 | 30.11 | - | 5 | 1 | 16 | 4 | - | 1.23 | Rain |
| 13 | 70 | 66 | 62 | 64 | 61 | 61 | 100 | 93 | 78 | 30.17 | 30.15 | 30.01 | - | 5 | 2 | 9 | 6 | - | 0.05 | Rain |
| 14 | 79 | 69 | 59 | 65 | 61 | 59 | 100 | 85 | 60 | 30.08 | 30.00 | 29.96 | - | 5 | 3 | 10 | 3 | - | 0.00 | |
| 15 | 75 | 66 | 57 | 63 | 58 | 51 | 94 | 76 | 50 | 30.17 | 30.09 | 30.07 | - | 9 | 5 | 13 | 0 | 18 | 0.00 | |
| 16 | 80 | 71 | 61 | 64 | 55 | 53 | 80 | 68 | 52 | 30.10 | 30.00 | 29.89 | - | 10 | 10 | 14 | 8 | 21 | 0.00 | |
| 17 | 78 | 72 | 61 | 67 | 64 | 63 | 93 | 79 | 66 | 29.88 | 29.75 | 29.64 | - | 10 | 10 | 21 | 13 | 28 | 0.00 | |
| 18 | 80 | 67 | 54 | 65 | 58 | 54 | 100 | 83 | 50 | 30.08 | 29.90 | 29.74 | - | 7 | 0 | 8 | 1 | - | 0.00 | Fog |
| 19 | 73 | 66 | 57 | 63 | 56 | 54 | 93 | 77 | 66 | 30.19 | 30.13 | 30.09 | - | 10 | 6 | 9 | 5 | - | 0.01 | Rain |
| 20 | 64 | 62 | 59 | 62 | 62 | 57 | 100 | 95 | 88 | 30.16 | 30.12 | 30.07 | - | 5 | 0 | 10 | 6 | - | 0.05 | Rain |
| 21 | 69 | 58 | 44 | 57 | 52 | 45 | 96 | 78 | 45 | 30.15 | 30.11 | 30.01 | - | 10 | 8 | 14 | 10 | - | 0.00 | |
| 22 | 75 | 57 | 39 | 50 | 42 | 39 | 100 | 69 | 32 | 30.01 | 29.85 | 29.70 | - | 9 | 2 | 13 | 0 | 20 | 0.00 | |
| 23 | 64 | 55 | 43 | 48 | 38 | 31 | 77 | 47 | 29 | 30.02 | 29.85 | 29.73 | - | 10 | 10 | 18 | 10 | 21 | 0.00 | |
| 24 | 63 | 48 | 32 | 41 | 34 | 30 | 97 | 63 | 34 | 30.22 | 30.13 | 30.03 | - | 10 | 10 | 12 | 4 | - | 0.00 | |
| 25 | 66 | 48 | 30 | 44 | 35 | 31 | 100 | 77 | 34 | 30.36 | 30.30 | 30.23 | - | 9 | 2 | 7 | 0 | - | 0.00 | |
| 26 | 71 | 52 | 34 | 50 | 38 | 34 | 100 | 90 | 33 | 30.30 | 30.28 | 30.14 | - | 4 | 0 | 10 | 1 | - | 0.00 | Fog |
| 27 | 77 | 56 | 36 | 53 | 42 | 36 | 100 | 84 | 29 | 30.25 | 30.16 | 30.14 | - | 5 | 0 | 10 | 0 | - | 0.00 | Fog |
| 28 | 73 | 57 | 39 | 54 | 45 | 40 | 100 | 82 | 35 | 30.37 | 30.27 | 30.25 | - | 7 | 0 | 7 | 0 | - | 0.00 | Fog |
| 29 | 75 | 56 | 37 | 58 | 45 | 38 | 100 | 79 | 33 | 30.36 | 30.33 | 30.26 | - | 7 | 2 | 7 | 0 | - | 0.00 | |
| 30 | 77 | 60 | 46 | 66 | 56 | 46 | 100 | 87 | 55 | 30.34 | 30.31 | 30.28 | - | 5 | 0 | 13 | 2 | - | 0.02 | Fog , Rain |
| 31 | 79 | 66 | 53 | 64 | 56 | 53 | 100 | 86 | 52 | 30.34 | 30.28 | 30.19 | - | 5 | 0 | 10 | 0 | - | 0.01 | Fog |

Copyright © 2006The Weather Underground, Inc.