SOLICITATION, OFFER AND AWARD



1. This contract is a rated order under DPAS(15 CFR 350) RATING:

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION |
|---|---|---|
| 53-4660-8-04 | R8 36-98-01 | [ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) |

| 5. DATE ISSUED | 6. REQUISITION/PURCHASE REQ. NO. |
|---|---|
| September 9, 1997 | |

| 7. ISSUED BY CODE | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|
| USDA FOREST SERVICE - SRI<br>BLDG 760-G<br>1-MILE INSIDE AIKEN BARRICADE<br>AIKEN, SC 29802 | USDA FS-SAVANNAH RIVER INSTITUTE<br>P.O. BOX 710<br>NEW ELLENTON, SC 29809-0710 |

NOTE: In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder".

SOLICITATION

9. Sealed offers in original and 0 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Item 7, until 2:00 P.M. local time on 10/09/97. CAUTION-LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME: Homer R. Gabard | B. TELEPHONE NO. (Include Area Code) (NO COLLECT CALLS) 803-725-0239 |
|---|---|---|

11. TABLE OF CONTENTS


| X | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHEDULE | |
| | A | SOLICITATION/CONTRACT FORM | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | |
| | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | |
| | D | PACKAGING AND MARKING | |
| | E | INSPECTION AND ACCEPTANCE | |
| | F | DELIVERIES OR PERFORMANCE | |
| | G | CONTRACT ADMINISTRATION DATA | |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| | I | CONTRACT CLAUSES | |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | J | LIST OF ATTACHMENTS | |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |


OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provision at 52.214-16, Minimum Bid Acceptance Period.

1 3. Contract 53-4660-8-04

SOLICITATION, OFFER AND AWARD



12. In compliance with the above, the undersigned agrees, if this offer is accepted within 60 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | 0 CALENDAR DAYS |
|---|---|---|---|
| 0 % | 0 % | 0 % | 0 % |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: WDHooker 9-27-97

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| NO. 1 | Sep 19-1997 | | |

15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY |

Ga. Bowhunter Supply Co.
3623 Peach Orchard Rd
Augusta, GA 30906

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

William Danny Hooker

15B. TELEPHONE NO. (Include Area Code)

706-792-9422

15C. CHECK IF REMITTANCE ADDRESS IS [ ] DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

17. SIGNATURE: W. D. Hooker

18. OFFER DATE: 10-1-97

AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED: 01 Base Period

20. AMOUNT: Per Each Task Order

21. ACCOUNTING AND APPROPRIATION: Per Each Task Order

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM 8

24. ADMINISTERED BY (If other than Item 7) | CODE |

25. PAYMENT WILL BE MADE BY | CODE |
USDA FOREST SERVICE - SRFS
BLDG 760-G
1-MILE INSIDE AIKEN BARRICADE
AIKEN, SC 29802

26. NAME OF CONTRACTING OFFICER (Type or Print)
HOMER R. GABARD

27. UNITED STATES OF AMERICA
Homer R. Gabard
(Signature of Contracting Officer)

28. AWARD DATE
10/29/97

IMPORTANT - Award will be made on this Form or on Standard Form 26, or by other authorized official written notice.

EXCEPTION TO STANDARD FORM 33 (REV.4-85)

TABLE OF CONTENTS PAGE


SOLICITATION, OFFER AND AWARD. . . . . . . . . . . . . . . . . . . . . . 1

TABLE OF CONTENTS. . . . . . . . . . . . . . . . . . . . . . . . . . 3

PART I - THE SCHEDULE . . . . . . . . . . . . . . . . . . . . . . . 8

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS . . . . . . . . . . 8
B.1 MINIMUM AND MAXIMUM CONTRACT AMOUNTS (AGAR 452.216-73) (FEB 1988) . . . 8

SECTION C - DESCRIPTION/SPECIFICATION /WORK STATEMENT . . . . . . . . . . . . . . 10
C.1 GENERAL SPECIFICATIONS . . . . . . . . . . . . . . . . . . . 10
C.2 TECHNICAL SPECIFICATIONS . . . . . . . . . . . . . . . . . . 11
C.3 PAYMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . 18

SECTION D - PACKAGING AND MARKING . . . . . . . . . . . . . . 19
[For this Solicitation, there are NO clauses in this Section] . . 19

SECTION E - INSPECTION AND ACCEPTANCE . . . . . . . . . . . . . . 20
E.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (JUN 1988) . . . . . . . . . . . . 20
E.2 INSPECTION OF SERVICES--FIXED-PRICE (FAR 52.246-4) (AUG 1996) . . . . . . . . . . . . 20

SECTION F - DELIVERIES OR PERFORMANCE . . . . . . . . . . . . . . 22
F.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (JUN 1988) . . . . . . . . . . . . 22
F.2 PERIOD OF PERFORMANCE (AGAR 452.211-5) (FEB 1988) . . . . . . 22

SECTION G - CONTRACT ADMINISTRATION DATA . . . . . . . . . . . . . 23

SECTION H - SPECIAL CONTRACT REQUIREMENTS . . . . . . . . . . . 24
H.1 POST AWARD CONFERENCE (AGAR 452.215-73) (NOV 1996) . . . . . . 24
H.2 INSURANCE COVERAGE (AGAR 452.228-71) (NOV 1996) ALTERNATE I (NOV 1996) . . . . . . . 24
H.3 PERMITS AND RESPONSIBILITIES (FAR 52.236-7) (NOV 1991) . . . . . . . . . 25
H.4 EMERGENCY RESPONSE (AGAR 452.236-77) (NOV 1996) . . . . . . . 25
H.5 KEY PERSONNEL (AGAR 452.237-74) (FEB 1988). . . . . . . . . . 25
H.6 COMPLIANCE WITH AREA REGULATIONS. . . . . . . . . . . . . . . 26
H.7 SAFETY AND HEALTH . . . . . . . . . . . . . . . . . . . . . . 27
H.8 QUARANTINE RESTRICTIONS . . . . . . . . . . . . . . . . . . . 29
H.9 REQUIRED INSURANCE. . . . . . . . . . . . . . . . . . . . . . 29
H.10 LOSS OF TIMBER SALE LOCK KEY OR LOCK OR SECURITY BADGES . . 30
H.11 USE OF PREMISES (AGAR 452.236-72) (NOV 1996) . . . . . . . . . 30
H.12 ARCHAEOLOGICAL OR HISTORIC SITES (AGAR 452.236-73) (FEB. . . 31
H.13 RESPONSIBILITIES OF THE CONTRACTOR (AGAR 4G52.236-807) (JUL 1986) . . . 31
H.14 USE OF UNDOCUMENTED WORKERS. . . . . . . . . . . . . . . . . . 31
H.15CRIMINAL LIABILITY. . . . . . . . . . . . . . . . . . . . . . 32
H.16 SITE ACCESS AUTHORIZATION FOR CONTRACTOR AND EMPLOYEES . . . 32

PART II - CONTRACT CLAUSES. . . . . . . . . . . . . . . . . . . . . . 34

TABLE OF CONTENTS PAGE


| | | |
|---|---|---|
| SECTION I - CONTRACT CLAUSES | | 34 |
| I.1 | CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (JUN 1988) | 34 |
| I.2 | ANTI-KICKBACK PROCEDURES (FAR 52.203-7) (JUL 1995) | 35 |
| I.3 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (FAR 52.203-8) (JAN 1997) | 37 |
| I.4 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (FAR 52.203-12) (JAN 1990) - (DEVIATION) | 37 |
| I.5 | ORDERING (FAR 52.216-18) (OCT 1995) | 43 |
| I.6 | ORDER LIMITATIONS (FAR 52.216-19) (OCT 1995) | 44 |
| I.7 | INDEFINITE QUANTITY (FAR 52.216-22) (OCT 1995) | 44 |
| I.8 | OPTION TO EXTEND THE TERM OF THE CONTRACT (FAR 52.217-9) (MAR 1989) | 45 |
| I.9 | LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14) (DEC 1996) | 45 |
| I.10 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (FAR 52.222-4) (JUL 1995) | 46 |
| I.11 | SERVICE CONTRACT ACT OF 1965, AS AMENDED. (FAR 52.222-41) (MAY 1989) | 47 |
| I.12 | STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (FAR 52.222-42) (MAY 1989) | 55 |
| I.13 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) (FAR 52.222-43) (MAY 1989) | 55 |
| I.14 | DRUG-FREE WORKPLACE (FAR 52.223-6) (JAN 1997) | 57 |
| I.15 | EUROPEAN UNION SANCTION FOR SERVICES (FAR 52.225-19) (JAN 1996) | 59 |
| I.16 | RIGHTS TO PROPOSAL DATA (TECHNICAL) (FAR 52.227-23) (JUN 1987) | 59 |
| I.17 | EXTRAS (FAR 52.232-11) (APR 1984) | 59 |
| I.18 | AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (FAR 52.232-19) (APR 1984) | 59 |
| I.19 | ASSIGNMENT OF CLAIMS (FAR 52.232-23) (JAN 1986) | 59 |
| I.20 | PROMPT PAYMENT (FAR 52.232-25) (MAY 1997) | 60 |
| I.21 | DISPUTES (FAR 52.233-1) (OCT 1995) ALTERNATE I. (DEC 1991) | 65 |
| I.22 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (FAR 52.237-2) (APR 1984) | 67 |
| I.23 | CHANGES--FIXED-PRICE (FAR 52.243-1) (AUG 1987). ALTERNATE I (APR 1984) | 68 |
| I.24 | GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (FAR 52.245-4) (APR 1984) | 68 |
| I.25 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) (FAR 52.249-4) (APR 1984) | 69 |
| I.26 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (FAR 52.249-8) (APR 1984) | 69 |
| I.27 | AUTHORIZED DEVIATIONS IN CLAUSES. (FAR 52.252-6) (APR 1984) | 71 |
| PART III - LIST OF DOCUMENTS, EXHIBITS | | 72 |

TABLE OF CONTENTS PAGE

AND OTHER ATTACHMENTS

SECTION J - LIST OF ATTACHMENTS. . . . . . . . . . . . . . . . . . . . . 72

PART IV - REPRESENTATIONS AND INSTRUCTIONS . . . . . . . . . . . . . . 73

SECTION K - REPRESENTATIONS, CERTIFICATIONS AND . . . . . . . . . . . . 73
OTHER STATEMENTS OF OFFERORS

K.1 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION. . . . . . . . 73
(FAR 52.203-2) (APR 1985)

K.2 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO. . . . . 74
INFLUENCE CERTAIN FEDERAL TRANSACTIONS
(FAR 52.203-11) DEVIATION (APR 1991)

K.3 TAXPAYER IDENTIFICATION (FAR 52.204-3) (MAR 1994) . . . . . . 75

K.4 CONTRACTOR IDENTIFICATION NUMBER--DATA UNIVERSAL. . . . . . 76
NUMBERING SYSTEM (DUNS) NUMBER (FAR 52.204-6)
(DEC 1996)

K.5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION,. . . . . . . . 77
PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS
(FAR 52.209-5) (MAR 1996)

K.6 TYPE OF BUSINESS ORGANIZATION (FAR 52.215-6). . . . . . . . . 78
(JUL 1987)

K.7 AUTHORIZED NEGOTIATORS (FAR 52.215-11) (APR 1984) . . . . . 78

K.8 SMALL BUSINESS PROGRAM REPRESENTATIONS. . . . . . . . . . . . 78
(FAR 52.219-1) (JAN 1997)

K.9 CERTIFICATION OF NONSEGREGATED FACILITIES . . . . . . . . . . 80
(FAR 52.222-21) (APR 1984)

K.10 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS . . . . . . . . . . 81
(FAR 52.222-22) (APR 1984)

K.11 AFFIRMATIVE ACTION COMPLIANCE . . . . . . . . . . . . . . . . . 82
(FAR 52.222-25) (APR 1984)

K.12 CLEAN AIR AND WATER CERTIFICATION (FAR 52.223-1). . . . . . . 82
(APR 1984)

K.13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING . . . . . . 82
(FAR 52.223-13) (OCT 1996)

K.14 BUY AMERICAN CERTIFICATE. . . . . . . . . . . . . . . . . . . . 83
(FAR 52.225-1) (DEC 1989)

SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES . . . . . . . . . . 84
TO OFFERORS

L.1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE . . . . . . 84
(FAR 52.252-1) (JUN 1988)

L.2 INQUIRIES (AGAR 452.204-70) (FEB 1988). . . . . . . . . . . . 84

L.3 SUBMISSION OF OFFERS (FAR 52.215-9) (MAR 1997). . . . . . . . 84

L.4 LATE SUBMISSIONS, MODIFICATIONS, AND. . . . . . . . . . . . . 85
WITHDRAWALS OF PROPOSALS (FAR 52.215-10) (MAY 1997)

L.5 RESTRICTION ON DISCLOSURE AND USE OF DATA . . . . . . . . . . 87
(FAR 52.215-12) (APR 1984)

L.6 PREPARATION OF OFFERS . . . . . . . . . . . . . . . . . . . . . 87
(FAR 52.215-13) (APR 1984)

L.7 EXPLANATION TO PROSPECTIVE OFFERORS . . . . . . . . . . . . . 88
(FAR 52.215-14) (APR 1984)

L.8 CONTRACT AWARD (FAR 52.215-16) (OCT 1995) . . . . . . . . . . 88

L.9 INSTRUCTIONS FOR THE PREPARATION OF TECHNICAL AND . . . . . 89
BUSINESS PROPOSALS (AGAR 452.215-71) (NOV 1996)

TABLE OF CONTENTS

PAGE


| | | |
|---|---|---|
| L.10 | AMENDMENTS TO PROPOSALS (AGAR 452.215-72) (FEB 1988) . . . . | 91 |
| L.11 | TYPE OF CONTRACT (FAR 52.216-1) (APR 1984) . . . . . . . . . . | 91 |
| L.12 | SINGLE OR MULTIPLE AWARDS (FAR 52.216-27) (OCT 1995) . . . . | 91 |
| L.13 | SIZE STANDARD AND SIC CODE INFORMATION (AGAR 452.219-70) . . (NOV 1996) | 92 |
| L.14 | SITE VISIT (FAR 52.237-1) (APR 1984) . . . . . . . . . . . . . | 92 |
| L.15 | PRE-BID/PRE-PROPOSAL CONFERENCE (AGAR 452.237-71) . . . . . (FEB 1988) | 92 |
| L.16 | SERVICE OF PROTEST (FAR 52.233-2) (AUG 1996) . . . . . . . . . | 93 |
| L.17 | AUTHORIZED DEVIATIONS IN PROVISIONS . . . . . . . . . . . . . . (FAR 52.252-5) (APR 1984) | 93 |
| L.18 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION . . . . OTHER THAN COST OR PRICING DATA (FAR 52.215-41) (JAN 1997) ALTERNATE IV (OCT 1995) | 93 |
| SECTION M - EVALUATION FACTORS FOR AWARD . . . . . . . . . . . . . . . | | 96 |
| M.1 | EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT . . . . (AGAR 452.216-72) (FEB 1988) | 96 |
| M.2 | EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990) . . . . . . . | 96 |
| M.3 | AWARD DETERMINATION. . . . . . . . . . . . . . . . . . . . . . . | 96 |
| M.4 | EVALUATION FACTORS . . . . . . . . . . . . . . . . . . . . . . . | 97 |

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

| Item No. | Supplies/Services | ESTIMATED Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|
| 01 | BASE PERIOD (12 MO) TRAP AND DISPATCH FERAL HOGS (ESTIMATED) | | | | |
| | Min quantity | 200 | EA | $ 55.00 | $ 11,000.00 |
| | Max quantity | 800 | EA | $ 55.00 | $ 44,000.00 |
| | | | TOTAL BASE PERIOD | | $ 55,000.00 |
| 01 | OPTION PERIOD 1 (12 MO) TRAP AND DISPATCH FERAL HOGS (ESTIMATED) | | | | |
| | Min quantity | 200 | EA | $ 55.00 | $ 11,000.00 |
| | Max quantity | 800 | EA | $ 55.00 | $ 44,000.00 |
| | | | TOTAL OPTION PERIOD 1 | | $ 55,000.00 |
| 01 | OPTION PERIOD 2 (12 MO) TRAP AND DISPATCH FERAL HOGS (ESTIMATED) | | | | |
| | Min quantity | 200 | EA | $ 55.00 | $ 11,000.00 |
| | Max quantity | 800 | EA | $ 55.00 | $ 44,000.00 |
| | | | TOTAL OPTION PERIOD 2 | | $ 55,000.00 |

B.1 MINIMUM AND MAXIMUM CONTRACT AMOUNTS (AGAR 452.216-73) (FEB 1988)

During the period specified in FAR clause 52.216-18, ORDERING, the Government shall place orders totaling a minimum of 200 EACH, but not in excess of 800 EACH.

NOTICE:

Savannah River Site is a restricted access Government facility and only United States citizens are authorized entry to the Site.

Contractor and all personnel using firearms on the contract must

possess either a S.C. Resident Hunting License or a S.C. Non-Resident Hunting License.

Contractor and personnel using firearms must not have any hunting violations either in S.C. or State of residence.

Contractor must show required hunting licenses to Contracting Officer prior to issuance of the Notice to Proceed or prior to any new employee being issued a Contraband Pass to bring firearm(s) on SRS.

## SECTION C - DESCRIPTION/SPECIFICATION /WORK STATEMENT

---

### C.1 GENERAL SPECIFICATIONS

A. Scope of Contract - The contractor shall be required to implement an organized program to control the wild hog population on the Savannah River Site (SRS). This program will include trapping and the use of trained dogs. The intensity and duration of use of these two techniques shall be subject to the direction of the Contracting Officer. The Contractor shall supply all supplies, personnel, equipment (including safety equipment), supervision and transportation (with the exception of the traps) for this contract. The following Contractor-furnished equipment is required as a minimum:

the only type of firearm that will be allowed to be used in the performance of the contract

1. ~~The~~ firearm ~~shall~~ shall be a ~~single shot~~ .22 caliber rim fire rifle.
2. The bait for the traps and bait stations.
3. Adequate transportation (pickup truck preferred)
4. Dogs trained to hunt hogs only.

Attempts to dispatch hogs will take place during the daylight hours. No hogs will be taken at night with spotlights.

Any injuries incurred by the contractor, contractor's employees, or SRS employees or visitors during interaction with hogs or any part of the contract is the responsiblilty of the contractor.

The period of this contract shall be a base period of 12 months with options to extend the contract in 12 month increments. The maximum contract time shall not extend beyond 36 months (3 years). the option to extend would be evaluated every 12 months and would occur only upon the mutual agreement of the government and the contractor (see FAR Clause 52.217-9, page 37). The bid amount per wild hog trapped and properly delivered to the SRFS in accordance with C.3-PAYMENT.

B. Description and Location - All areas are within the boundaries of the Savannah River Site, Aiken, Barnwell and Allendale counties, S.C. (see Vicinity Map in Section J).

C. Boundaries - The hog control activities are located within the established boundaries of the Savannah River

site.

D. Government-Furnished Property. The government will supply 25 traps and the supplies needed to maintain and modify the traps. These supplies could include lumber, plywood, wire, etc..

C.2 TECHNICAL SPECIFICATIONS

A. Trapping - The contractor shall trap and dispatch wild hogs from the designated areas at SRS during the contract period. To accomplish this, the Contractor shall perform the following tasks:

1. Trap during each seven day period throughout the term of the contract. The Contractor may leave traps set 24 hours per day seven days per week if the Contractor desires to do so. The number of traps to be used at a given time during the contract will be determined by the COR or Inspector(s).

2. Physically inspect each trap during each workday that traps are set. Hogs may be dispatched physically within the confines of the trap or removed live and dispatched within 1/4 mile of the trap. The hogs will not be transported live outside the 1/4 mile limit of the trap, unless for approved research purposes. All non-target animals trapped will be immediately released unharmed. Trapped hogs shall be dispatched using a 22 caliber rim fire rifle, a bow and arrow or other method approved by CO.

3. The contractor may modify the traps to specifications desired, with the approval of the COR or Contracting Officer.

4. The trapping locations will be determined by the Contracting Officer, COR, and/or Inspector(s).

5. The bait will consist of fermented corn or other bait if approved by COR. The contractor will supply all materials needed to make the fermented corn or other bait mixture.

6. At the end of the contract, the contractor shall return the traps to the SRFS in the same condition as received except for normal wear and tear. If, upon inspection of the traps by the SRFS, they are not found to be in the same condition, the contractor shall make those necessary repairs prior to final payment.

7. Shooting with firearms (.22 rifle or bow & arrow) will take place only if the contractor knows what is in the line of fire and where the projectile(s) will stop if the hog is hit or missed. If the contractor does not know with 100% certainty that a shot can be

made at no risk to site employees or other persons, then the shot will not be made.

B. Use of Dogs - Contractor will use trained dogs (dogs that silently trail and bay) to find and dispatch hogs. The contractor will supply the dogs. The use of dogs will be in accordance with the following specifications:

1. Dogs shall be used to locate and dispatch hogs during each 7 day period of the contract.

2. All dogs to be used must have current rabies vaccinations and a rabies certificate must be provided by the contractor.

3. All dogs will wear a collar showing the owner's name, address, and telephone number. Also the dogs will be assigned a number that will remain the same for the contract period. This number will be displayed on the dog. Dogs may have tatoo instead of painted numbers if contractor chooses.

4. No dogs will be used if they have a history of aggression toward people.

5. The dogs must be a "silent trailer". In other words the dogs will bark only when they have bayed or captured a hog.

6. The dogs must be exclusively wild hog trail dogs, wild hog bay dogs, and wild hog capture dogs. Dogs that hunt or are prone to hunt other wildlife species will not be used. The dogs should respond favorably to the handlers commands. Prior to the award of the contract, the contractor will be asked to field demonstrate their dogs' compliance with above criteria and their effectiveness for hunting hogs and handling (see Section M - Evaluation Factors).

7. Locations where hogs will be dispatched with the use of dogs will be determined by the COR or Inspector(s).

8. When hogs are located by dogs, the contractor will dispatch the hog immediately at that location. Caution will be used when approaching and dispatching the hog to avoid personal injury to the contractor. Safety is a top priority in this situation and if the hog cannot be dispatched in a safe manner to ensure the contractor's safety and any nearby person's safety, then the hog will not be dispatched. Any injuries incurred by the contractor, contractors employees, or any person during interaction with hogs or tracking or any

other activity is the responsiblilty of the contractor.

9. The death of dogs due to injury by hogs or other reasons is the responsibility of the contractor. Replacements for these dogs should be readily available so as not to delay the use of this technique during the contract. If dogs are lost on site, then the contractor has the responsibility for thoroughly searching for the dog and picking the dog up from persons who may find it. The government will not house the dog for the contractor.

10. Shooting with firearms (.22 rifle or bow & arrow) will take place only if the contractor knows what is in the line of fire and where the projectile(s) will stop if the hog is hit or missed. If the contractor does not know with 100% certainty that a shot can be made at no risk to site employees or other persons, then the shot will not be made.

D. Data Collection - Data will be collected to maintain population records, aid management efforts and research, and to document records for payments to the contractor. The contractor will be responsible for the collection of this data according to the following:

1. Deliver the whole carcass (not field stripped) to the SRFS workcenter cooler at the end of each workday in order to receive credit for payment. The contractor shall not remove any hogs alive or dead, from the SRS. Body parts shall not be removed from SRS unless specifically authorized by the CO, COR, and/or Inspectors. Each carcass will be tagged with a serial identification number on a metal tag (same number as on data sheet) prior to placement in the cooler.

2. Data to be collected includes weight, age, sex, reproductive condition (pregnant &/or lactating), fetal measurements, and locations/dates the animals were dispatched. Also note the time the carcass was placed in the cooler. Data will be recorded and collected by the contractor according to SRFS guidelines and at the direction of the Contracting Officer, COR, and/or Inspector(s). The contractor will cooperate with researchers' request for data and will collect and deliver the data upon notification by the the Contracting Officer, COR, and/or Inspector(s).

3. One 50 ml test tube of blood will be collected from each hog immediately after it has been killed.

These vials of blood wil be placed in a portable cooler and stored in the SRFS workcenter cooler at the end of each workday. All test tubes, storage racks and coolers will be provided by the SRFS. Failure to collect blood samples will evaluated by the COR and appropriate action will be taken.

4. Twice a week remove all hogs not designated for research studies from the SRFS cooler and deliver to designated landfill. Hogs may not remain in cooler for more than four days. Contractor will log in all hogs with the operator at time of delivery to designated landfill.

5. Research needs which develop during the course of the contract may result in the need for additional data collection. If such action is required by the SRFS, a modification to the contract will be negoiated.

6. After the removal of all hogs from the SRFS cooler, contractro shall clean the cooler using Government furnished water, bleach or disinfectant. Cooler shall be cleaned so that all blood, tissue, etc. from wild hog carcasses and otehr carcasses are removed from cooler. COR shall provide instructions on how coolers shall be cleaned to the contractor and or contractor's employees at the star of the contract. COR shall inspect the SRFS cooler periodically to ensure that the cooler is being cleaned properly.

E. Other Considerations

1. Register with the Contracting Officer, COR, or Inspector(s) and Security forces the vehicle or vehicles and firearms that all contractor personnel will use. The contractor shall provide the state license number, the make and color of each vehicle. No other vehicles will be allowed on site. The firearms identification number shall be registered with the SRS Security forces. Vehicles used by the contractor shall be subject to search by the SRFS and the SRS Security forces. The use of ATV's is limited to four-wheelers in pre-approved locations only. The make, model, and serial number of all firearms to be used shall be given to the C.O. or COR immediately upon notification of award of this contract so that a Contraband Pass may be requested from DOE.

2. The total number of contractor employees shall not exceed eight (including contractor). No more than five contractor employees (including contractor) shall be permitted to possess or use firearms on the SRS.

3. Notify the SRFS or Technical Support Center, TSC (EOC), when entering site and when leaving for the day.

4. Submit to monitoring by Westinghouse Health protection personnel after trapping in specified areas.

5. The contractor will choose two barricades by which to enter and leave the SRS during the contract period. The contractor will use these barricades upon entering or leaving the SRS for any reason (except emergencies) during the contract period. When leaving SRS, the same barricade will be used as was used to enter on that day. At this barricade, the contractor and all employees shall be required to sign in with SRS security personnel whenever entering and leaving the SRS. Perimeter gates or other barricades will not be utilized by the contractor during the contract period.

6. If mutually agreeable, Contractor may store equipment, bait or other supplies necessary to the completion of the contract at the SRFS workcenter. SRFS and DOE assume no responsibility for any of the vendor's equipment, supplies, or material stored at the workcenter, in transit or in use at a designated work site.

7. In areas scheduled to be utilized on the SRS Deer Hunts, hogs will not be taken for one week prior to the deer hunt. Also, ~~traps shall be removed from the hunt areas~~. Contractor will not hunt in these units on the days they are scheduled for SRS Deer Hunt. → Traps can remain in hunt areas but must be secured closed and Contractor shall not bait the traps in hunt area for a week prior to scheduled hunt.

8. Taking of hogs and related activities will not be done within the Advanced Tactical Training Area (ATTA) or the Small Arms Training Area (SATA) until proper notification of Wackenhut.

9. The contractor may use boats to retrieve hog carcasses in wet areas as approved by the Contracting Officer, COR, or Inspector(s) but not in the Savannah River. Use of boats in the Savannah River and on adjacent DOE lands shall be confined to the retrieval of dogs only. Any entrance to and departure from water by boat shall be confined to points within the boundaries of the SRS.

10. Contractor may use tracked vehicles similar in size to a four wheeled ATV in pre-approved locations only. Tracked vehicles larger than a four wheeled ATV will not be permitted to be used. Information on make, model, etc. for all tracked vehicles must

be provided to the COR prior to teh contractor bringing the vehicle(s) on SRS. Tracked vehicles shall not be used in the Savannah River.

F. Protection of Improvements. The contractor shall take every precaution necessary to prevent damage to any improvement in the contract area such as roads, trails, ditches, fences, etc.

Roads and trails shall be kept free of logs, slash and debris. Any road or trail damage by the contractor's operation shall be promptly repaired by the contractor. Access guidelines will be provided by the COR.

G. Safety & Environment Requirements.

Contractor and all employees shall be required to attend an Environmental, Safety and Health Orientation at SRFS prior to starting work. The orientation will be no more than 2 hours long. Each new employee that the Contractor hires will be required to attend the above orientation prior to receiving a SRS access badge from SRFS.

The Contractor shall be required to comply with the Savannah River Forest Station's "Field Worker and Contractor Tracking System." This system aids in teh location of personnel in the case of an emergency, such as: severe weather, fire, personal injury, or other threats. The system will be explained at the Pre-Work Meeting.

1. The contractor shall provide and wear safety glasses with side shields when working in thick underbrush or where eyes are susceptible to injury from surrounding vegetation or flying debris.

2. The contractor shall have a First aid kit with each vehicle (including ATV's) in use on this contract.

3. Some form of communications (ie CB, 2-way radio, or cellular phone) must be provided for each crew for emergency notification.

4. Hardhats must be provided and worn at all times while working in wooded areas.

5. The contractor shall provide and use a metal "Safety Fuel Can" when dispensing gasoline into small engines (ie ATV's).

6. An operable "ABC" type fire extinguisher of at least 5 lbs. in size shall be located on each vehicle in use on this contract.

7. Employees operating seatbelt-equipped vehicles shall

wear the seatbelts at all times while vehicle is in motion.

8. All handtools (axes, shovels, etc..) used in the performance of this contract shall be in good working condition. Splintered, cracked or damaged handles and loose parts on any tool must be repaired or taken out of service. Hand tools with cutting edges must be properly guarded while not in use.

9. Any and all spills of petroleum products (ie gasoline, hydraulic fluid, motor oil, and antifreeze) must be contained and reported to the COR. The contractor will be responsible for cleanup and disposal. This will include, but is not limited to excavating all contaminated soils.

10. Any and all contractor generated debris must be cleaned up on a daily basis. This includes, but is not limited to empty petroleum product cans and/or drums.

11. Other personal protective equipment may be required for any other special equipment in use on this contract.

12. The contractor shall provide a "Written Bloodborne Pathogen and Hazard Communication Plan" prior to the start of work. The plan must include information on the hazards of the work, training, material safety data sheets for all hazardous chemicals in use, and documentation of training provided for each employee.

13. Contractor shall comply with all safety regulations governing the handling and storage of firearms and ammunition during the performance of this contract.

14. Persons handling firearms must provide documentation for attending and successfully completing a hunter safety course. They must demonstrate their ability to handle the firearms to be used on this contract.

15. Never permit loaded firearms in vehicles or boats in use on this contract. The safest firearm has an open action.

16. Never climb a tree or fence carrying a firearm with a loaded chamber. Before going over a fence, place the gun on the ground pointing away from you and others and leave chamber empty.

17. All firearms in use with this contract must be regularly maintained, with safety devices in perfect working orde

SECTION E - INSPECTION AND ACCEPTANCE

E.1 CLAUSES INCORPORATED BY REFERENCE
(FAR 52.252-2) (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| CLAUSE NUMBER | DATE | TITLE |
|---|---|---|

None by reference

E.2 INSPECTION OF SERVICES--FIXED-PRICE
(FAR 52.246-4) (AUG 1996)

(a) Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future

performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.

(b) During the first ninety (90) days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph (c) below. After the initial 90-day period, the Contractor shall submit the information required by paragraph (c) to the Contracting Officer at least 15 days prior to making any permanent substitutions.

(c) The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes of key personnel.

H.6 COMPLIANCE WITH AREA REGULATIONS

The Contractor agrees to comply with all security and safety regulations and requirements of the Government. A short security questionnaire is required of the Contractor and all of his/her employees working on SRS. The Contractor shall be responsible for maintaining satisfactory standards of employee competency, conduct, and integrity, and shall be responsible for taking disciplinary action with respect to his/her employees as may be necessary. In the event the Contractor fails to remove any employee whose continued employment is deemed by the Government to be contrary to the public interest, the Government reserves the right to require the Contractor to remove the employee. The Contractor agrees to designate a representative who shall be authorized to receive on behalf of the Contractor any notices and instructions given by the Contracting Officer in regard to performance under this contract and to take such action thereon as is required by the terms of this contract.

The Contractor further agrees that only persons possessing a valid state driver's license will be permitted to operate motor vehicles engaged in the performance of this Contract upon the roads of the SRS. Failure to furnish evidence of such license for an employee driver, will result in such employee being denied access to the SRS. In addition, Contractor and all employee drivers shall comply with all applicable state laws regulating traffic on SRS.

H.15CRIMINAL LIABILITY

It is understood that disclosure of any classified information relating to the work or services ordered herunder to any person not entitled to receive it, or failure to safeguard any classified information that may come to the USFS or any person under the USFS's control in connection with work under this Agreement, may subject USFS, its agents, employees, or subcontractors to criminal liability under the laws of the United States. (See the Atomic Energy Act of 1954, as amended, 42 U.S.C. 2011 et seq.; 18 U.S.C. 793 and 794; and Executive Order 12356)

H.16 SITE ACCESS AUTHORIZATION FOR CONTRACTOR AND EMPLOYEES

Prior to badging of contractor and contractor's employee(s), contractor and all employees requiring access to the Savannah River Site in order to work on this contract shall be required to complete a questionnaire titled "Application for Site Access Authorization". Also, the contractor and all employees shall be fingerprinted. Contractor and employees shall receive a red site access badge after this process. However, a screening process will be performed and those individuals meeting the following conditions will be denied future access to SRS.

A. Those who are currently on probation or parole for a felony (as determined by the state where the conviction occurred).

B. Any applicant for employment at SRS who has received a positive drug screen.

C. Any employee who was assigned by his employer to work at the SRS and was fired for possession, trafficking or use of illegal drugs or for being under the influence of drugs while at SRS.

D. Any employee who has been fired or quit to avoid being fired from any employment for violation of a contractor or subcontractor policy on the use or abuse of illegal drugs.

E. Any employee who has been denied a DOE access authorization (security clearance) pursuant to the procedures of 10 CFR 710 administrative review.

F. Individuals who have been involuntarily terminated or have voluntarily terminated to avoid involuntary termination from any employment for theft of government property at the SRS or for a willful violation of contractor policies or security regulations which may jeopardize the security of site operations or the health and safety of other employees or the general public.

G. Any employee who has been fired or quit to avoid being fired from any employment at the SRS for theft of property.

Contractor or their representative shall be notified of employees that will be denied access to SRS and immediately upon notification, contractor shall remove the employee(s) from SRS and return the site access badge(s) to the Contracting Officer or COR. Contractor shall be responsible for replacing those employee(s) denied access to SRS and denial of access for contractor's employee(s) shall not be construed as a suitable excuse for nonperformance of the contract. If the contractor is denied access to SRS the contract may be terminated for default.

Failure of the contractor to promptly remove employee(s) denied access and surrender their site access badges to the C.O. or COR may result in termination for default.

I.6 ORDER LIMITATIONS (FAR 52.216-19) (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than 200 each , the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor--

(1) Any order for a single item in excess of 800 each;

(2) Any order for a combination of items in excess of 800 each; or

(3) A series of orders from the same ordering office within 1 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 5 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

I.7 INDEFINITE QUANTITY (FAR 52.216-22) (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract

and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after September 30, 2000.

I.8 OPTION TO EXTEND THE TERM OF THE CONTRACT (FAR 52.217-9) (MAR 1989)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 days; provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 36 months_or 3 years .

I.9 LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14) (DEC 1996)

(a) This clause does not apply to the unrestricted portion of a partial set-aside.

(b) By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in performance of the contract in the case of a contract for--

(1) Services (except construction). At least 50 percent of the cost of contract performance incurred for personnel shall be expended for employees of the concern.

(2) Supplies (other than procurement from a nonmanufacturer of such supplies). The concern shall perform work for at least 50 percent of the cost of manufacturing the supplies, not including the cost of materials.

(3) General construction. The concern will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees.

(4) Construction by special trade contractors. The concern will perform at least 25 percent of the cost of the contract, not including the cost of materials, with its own employees.