STANDARD FORM 30

| AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT | | 1.CONTRACT ID CODE | PAGE 1 of 1 PAGES |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 04 | 3. EFFECTIVE DATE 10/01/99 | 4.REQUISITION/PURCHASE REQ. # | 5. PROJECT # (If applic.) |
| 6. ISSUED BY USDA, FOREST SERVICE SAVANNAH RIVER INSTITUTE P.O. BOX 700 NEW ELLENTON, SC 29809-0700 | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
| 8.NAME & ADDRESS OF CONTRACTOR (No. street, county, state & zip code) GA BOWHUNTER SUPPLY CO. 5330 COLUMBIA ROAD GROVETOWN, GA 30813 | | 9A. AMENDMENT OF SOLICITATION NO. | 9B. DATED (SEE ITEM 11) August 9, 1999 |
| 10A.MODIFICATION OF CONTRACT 53-4660-8-04 | 10B.DATED(SEE ITEM 13) 10/29/97 | .CODE | FACILITY CODE |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[ ]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [ ] is extended, [] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (FAR 52.243-1) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14,PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a), FAR 52.217-9, AGAR Clause 452.217-8 |
| | D. OTHER (Specify type of modification and authority) Disclosure of the magnitude of construction projects. |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**CONTRACT IS EXTENDED TO OCTOBER 31, 1999, OR UNTIL A NEW CONTRACT IS AWARDED.**

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

| 15A. NAME AND TITLE OF SIGNER (Type/Print) | 15B. CONTRACTOR/OFFEROR (Person authorized to sign) | 15C. DATE SIGNED |
|---|---|---|
| J. D. Hocker owner | [signature] | 9/4/99 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type/Print) HOMER R. GABARD, Contracting Officer | 16B. UNITED STATES OF AMERICA BY:(Contracting Officer) [signature] | 16C. DATE SIGNED 9/7/99 |

STANDARD FORM 30