# GEORGIA BOWHUNTERS SUPPLY COMPANY

[illegible]

[illegible]

[illegible] AND MAINTENANCE
[illegible]S AND OUTLETS

G-0587

# GEORGIA BOWHUNTERS SUPPLY COMPANY

## *ORGANIZATION CHART*

USDA FOREST SERVICE SRSFS

GEORGIA BOWHUNTER'S SUPPLY CO.

W.D. HOOKER
OWNER/SUPERVISOR

PROJECT PERSONNEL

ANDY CROMER

GOLDMAN HELLER

G-0588

SRS Beaver Contract
Technical Proposal

## Introduction

The following details represent how Georgia Bowhunters Supply Company would organize and implement the following programs to control the Beaver population at the Savannah River Site. This technical proposal describes the aspects of the program to be conducted above and in addition to the specifications defined in the requirements of the Government (USFS) statement of work. All requirements from the Government (USFS) defined in this statement are to be considered and included in this technical proposal, irregardless of any specific mention in this document.

## Contract Objectives

Georgia Bowhunters Supply objectives of the proposed program, are to be conducted in a safe, professional manner. We are to remove a minimum of 700 beavers from the populations of these animals found on Savannah River Site in as safe and efficient a manner as possible. Georgia Bowhunters Supply will work in a manner which is responsive to the needs of the Government (USFS). The products provided by this program will be dead beavers removed from Savannah River Site population and accurate data collected from those animals removed during this program.

## Culvert Maintenance

Georgia Bowhunters shall assume responsibility for maintaining each culvert's inlet and outlet. Georgia Bowhunters will check the culverts when checking traps and snares, and will clean culverts as required by R8-36-99-05. Georgia Bowhunters has all approved safety equipment.

## General Background of Organization

Georgia Bowhunters Supply Company has held for the last 7 years trapping contracts for the Government (USFS). We have had no time lost due to injuries, or accidents due to unsafe acts. We have trapped over 54 different locations on the Savannah River Site. We have performed Beaver trapping for over 7 years. The personnel that I have assembled for this bid have over 30 years of experience trapping. See attached resumes of personnel. All have valid state drivers licenses and are U.S. citizens. We have as project equipment available to us for use in this contract, 2 trucks, 2 ATVs with trailers, 3 boats with trailers, one motor home used as office only. All contracts were completed on time with no lost time due to injuries and at present contract for 98 has no lost time injuries or unsafe conditions. Again details for personnel are attached to this technical proposal.

G-0589

**Contingency Plan for Replacement Personnel**

I know and have trapped with other trappers in the local Georgia and South Carolina vicinity. I can readily provide experienced replacement personnel for anyone who cannot continue to work the contract for whatever reason.

**Project Organization**

The project personnel organization chart for this program is attached at the front of the technical proposal. The program will be organized and managed by myself, W.D. Hooker. The program will be staffed by Andy Cromer, Mr. Eller Sr. Decisions on the number and location of traps will be determined by myself based on discussions with the Savannah River Forest Station and the project personnel. Daily locations to be trapped will be determined by a general agreement among the project personnel present at the time. All project personnel will work on all tasks in the proposed program. The approximate percentage of time that each individual will be available for this project is as follows: W.D. Hooker - a minimum of 7 days during every week during the contract, Andy Cromer - 5 days during every week of the contract, Mr. Eller, Sr., as needed during every week of the contract. There are no consultant and/or subcontract efforts associated with this technical proposal. All work required for the completion of this contract will be provided by the project personnel identified above. Georgia Bowhunters has the names of other personnel that could be used if needed.

**Proposal Task Technical Approach**

The proposed starting date would be immediately following the awarding of this contract to Georgia Bowhunters Supply. All project personnel are prepared to begin work on this proposed program immediately following the starting date. Both methods will be used during each 7 day period of the entire 12 months. These task technical approaches will be operated in a flexible manner such that any specific control/removal needs of the Savannah River Forest Station can be met as necessary and as soon as possible. Specific details on how both tasks within this technical proposal will be accomplished are provided below.

Trapping - The uses of the traps will begin immediately after the contract is awarded to Georgia Bowhunters Supply. The trap and snares will be prepped before use. The location of the traps will depend on either initial direction from Savannah River Forest Station or areas of recent beaver activity. The initial areas to be searched for activity will include Hog Barn, Leigh-Banana Road, Watergap, Robbins Station. At least 36 traps will be used. When ideal locations are identified to set traps, the traps will be set up. Beaver caster will be use to bait the traps. All traps which are set will be checked the next morning. Any beaver caught by a snare will be dispatched with a 22 rifle.

# RESUME

Name: William D. Hooker SR. Age: 45

Citizenship: USA SSN: Redacted

Address: 5330 Columbia Road
Grovetown, GA 30813

Education: High School Diploma 1971
6 1/2 years Augusta Technical School
1 1/2 years School of Forestry and Wildlife Conservation

Training: Master Plumber #M007197 STATE GA.
7 years supervising/Beaver trapping for USFS Contracts 92,93,94,95,96,97,98
4 years supervising Hog Trapping/Running Dogs on Contract R8-36-94-08 (RFP).

Skill/Experience in Beaver Trapping Techniques:

A. Have 20 years of trapping experience.

B. Owner of Georgia Bowhunters Supply Co. which has had 9 government contracts with no lost work days due to unsafe conditions, no unsafe act.

C. Certified Archery Instructor, State of Georgia

D. Past Director of District #10 State Trapping Assoc. State of Georgia.

E. CPR Course-have taken 5 times.

F. Safety #1 priority.

Ability to Obtain Proper SC Trapping License/List of Hunting Violations:

No past hunting violations in any state.

References available upon request

RESUME

Name: Andy Cromer III Age: 43

Citizenship: USA SSN: Redacted

Address: 3726 Cemetery Road
Augusta, GA 30906

Education: High School Diploma 1973
2 years College / Brewton Parker College
4 years Technical School / Augusta Tech.
18 years Journeyman Electrician

Training: Master Electrician CIC # High Voltage EN007356
Low Voltage LVU00613

A. Skill/Experience in Wild Hog Control/Beaver trapping for Georgia Bowhunters Supply Co. Actively hunted for 37 years been hunting unsupervised for 27 years actively trapped for 20 years. No safety related incidence. Presently working for Georgia Bowhunters Supply Co. (trapping 8 years) Bow Instructor, Hunting Advisor, Coordinator.

B. Owner Southern Wildlife Management Co. Specializing in wild animal control, nuisance animal control contractor for Georgia.

C. 4 years of experience Trapping/Running Dogs Contract at USFS.

D. CPR Course (Have taken twice Local 1579)

E. Safety is my #1 priority.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

No hunting violations in any state.

References available upon request.

G-0592

RESUME

Name: Goldman Edward Eller Age: 70

Citizenship: USA SSN: Redacted

Address: 302 Malson Street
Jackson, SC 29831

Education: Graduate Hiawassee High School - 1945
Military Army 1945 - 1948
Air Force 1948 - 1950

Objective: An opportunity to progress with the Forestry Department in Control and eliminating wild boar on the SRS. Safety is my #1 priority.

Skill/Experience in Wild Hog Control Techniques:

Instructor in First Aid, C.P.C., Emergency Medical Technician, Ambulance Driver

Was on the Dupont Pistol team 12 years. Was on the Governor's top 20 Shooter for 8 years.

Hunted Deer, Bear and Wild Boar with dogs in the Great Smokey mountains in North Carolina 1940 to 1960.

Hunted wild hogs with dogs in South Carolina from 1960 to present.

Hunted wild hogs with dogs on the SRS with Fox Enterprises in 1991, 1992 and 1993, Palmetto Wildlife 1994. Also worked for Georgia Bowhunters for past Contract #R8-36-94-08. 95,96,97,98.

I have 7 years of setting up traps for wild hogs, catching, baiting and killing hogs with 12 Ga. Shotgun/22 Cal. Rifle.

I have had training in ageing, weighting and checking hogs for pregnancy.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

Currently have valid 1997, 1998, SC Hunting License - YES

No past hunting violations

References available upon request

G-0593