Sept 107617

CUSTOMER'S ORDER NO. 43-4660-9-0108
DEPARTMENT
DATE 10-1-99

NAME W. D. Hooker

ADDRESS 5330 Columbia Road

CITY, STATE, ZIP Grovetown GA 30813

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Beaver | | 45 00 |
| ~~41~~ 36 | Culverts | | ~~738 00~~ 648 00 |
| | Total | | ~~783.00~~ 693 00 |
| | * Balance Due Government from previous invoice W D Hooker | | -2295 00 |
| | Current Balance Due Government | | $1,602 00 |

Work Completed Accepted
Frankie D Burke 11-8-99

Remit to:
GA Bowhunter Supply
5330 Columbia Road
VID 582135211 A
Grovetown, GA 30813

RECEIVED BY COVER

G-0576