SOLICITATION, OFFER AND AWARD



1. This contract is a rated order under DPAS(15 CFR 350) RATING:

| | | |
|---|---|---|
| 2. CONTRACT NO.<br>53-4660-9-06 | 3. SOLICITATION NO.<br>R8-36-99-05 | 4. TYPE OF SOLICITATION<br>[ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) |

| | |
|---|---|
| 5. DATE ISSUED 11/24/98 | 6. REQUISITION/PURCHASE REQ. NO. |
| 7. ISSUED BY CODE<br>USDA FOREST SERVICE<br>1-MILE INSIDE AIKEN BARRICADE, SRS<br>BLDG. 760-15G<br>AIKEN, SC 29802 | 8. ADDRESS OFFER TO (If other than Item 7)<br>USDA FOREST SERVICE<br>SAVANNAH RIVER INSTITUTE<br>P.O. BOX 700<br>NEW ELLENTON, SC 29809 |

NOTE: In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder".

SOLICITATION

9. Sealed offers in original and 0 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Item 7, until 4:00 P.M. local time on 12/23/98. CAUTION-LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| | | |
|---|---|---|
| 10. FOR INFORMATION CALL: | A. NAME: HOMER R. GABARD | B. TELEPHONE NO. (Include Area Code) (NO COLLECT CALLS) (803)725-0239 |

C. EMAIL ADDRESS: hgabard/r8_savannahriver fs.fed.us

11. TABLE OF CONTENTS


| X | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHE"ULE | |
| | A | SOLICITATION/CONTRACT FORM | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | |
| | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | |
| | D | PACKAGING AND MARKING | |
| | E | INSPECTION AND ACCEPTANCE | |
| | F | DELIVERIES OR PERFORMANCE | |
| | G | CONTRACT ADMINISTRATION DATA | |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| | I | CONTRACT CLAUSES | |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | J | LIST OF ATTACHMENTS | |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |


G-0594

William D. Hooks

OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provision at 52.214-16, Minimum Bid Acceptance Period.

EXCEPTION TO STANDARD FORM 33 (REV.9-97) Prescribed by GSA FAR (48 CFR) 53.214(c)

SOLICITATION, OFFER AND AWARD



12. In compliance with the above, the undersigned agrees, if this offer is accepted within 60 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | 60 CALENDAR DAYS |
|---|---|---|---|
| 2 % | 0 % | 0 % | 0 % |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| NA W.D.H. | 12-11-98 | NO #1 | 12-15-98 W.D.H. |

15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY
Ga. Rowhunter Supply Co
5330 Columbia Road
Grovetown GA 30813

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
W. D. Hooker

15B. TELEPHONE NO. (Include Area Code)
706-869-8226 Home
706-792-9422 office

15C. CHECK IF REMITTANCE ADDRESS IS [ ] DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE NA

17. SIGNATURE: William D. Hooker

18. OFFER DATE: 12-11-98

AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED
All

20. AMOUNT
Per task order

21. ACCOUNTING AND APPROPRIATION
Per task order

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM
08

24. ADMINISTERED BY CODE
(If other than Item 7)

25. PAYMENT WILL BE MADE BY CODE
USDA FOREST SERVICE - SRFS
BLDG 760-G
1-MILE INSIDE AIKEN BARRICADE
AIKEN, SC 29802

26. NAME OF CONTRACTING OFFICER (Type or Print)
HOMER R. GABARD

27. UNITED STATES OF AMERICA
Homer R. Gabard
(Signature of Contracting Officer)

28. AWARD DATE
1/22/1999

IMPORTANT - Award will be made on this Form or on Standard Form 26, or by other authorized official written notice.

EXCEPTION TO STANDARD FORM 33 (REV.9-97)

G-0595

TABLE OF CONTENTS


PAGE

SOLICITATION, OFFER AND AWARD. . . . . . . . . . . . . . . . . . . . . 1

TABLE OF CONTENTS. . . . . . . . . . . . . . . . . . . . . . . . . . 3

PART I - THE SCHEDULE . . . . . . . . . . . . . . . . . . . . . . . 8

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS . . . . . . . . . . . 8

SECTION C - DESCRIPTION/SPECIFICATION /WORK STATEMENT . . . . . . . . . . . . . . 10
C.1 STATEMENT OF WORK/SPECIFICATIONS (AGAR 452.211-3) (FEB 1988) . . . . . 10

SECTION D - PACKAGING AND MARKING . . . . . . . . . . . . . 11
[For this Solicitation, there are NO clauses in this Section] . . 11

SECTION E - INSPECTION AND ACCEPTANCE . . . . . . . . . . . . . 12
E.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998) . . . . . . . . . . . . . 12
E.2 INSPECTION OF SERVICES--FIXED-PRICE (FAR 52.246-4) (AUG 1996) . . . . . . . . . . . . 12

SECTION F - DELIVERIES OR PERFORMANCE . . . . . . . . . . . . . 14
F.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998) . . . . . . . . . . . . . 14
F.2 PERIOD OF PERFORMANCE (AGAR 452.211-5) (FEB 1988) . . . . . 14
F.3 STOP-WORK ORDER (FAR 52.242-15) (AUG 1989). . . . . . . . . . 14

SECTION G - CONTRACT ADMINISTRATION DATA . . . . . . . . . . . . 16
[For this Solicitation, there are NO clauses in this Section] . . 16

SECTION H - SPECIAL CONTRACT REQUIREMENTS . . . . . . . . . . . . 17
H.1 POST AWARD CONFERENCE (AGAR 452.215-73) (NOV 1996). . . . . 17
H.2 CONFIDENTIALITY OF INFORMATION (AGAR 452.224-70) (FEB 1988) . . . . . . 17
H.3 INSURANCE COVERAGE (AGAR 452.228-71) (NOV 1996) ALTERNATE I (NOV 1996) . . . . . . 18
H.4 PERMITS AND RESPONSIBILITIES (FAR 52.236-7) (NOV 1991) . . . . . . . . 19
H.5 EMERGENCY RESPONSE (AGAR 452.236-77) (NOV 1996) . . . . . . 19
H.6 KEY PERSONNEL (AGAR 452.237-74) (FEB 1988). . . . . . . . . 19
H.7 RESTRICTIONS AGAINST DISCLOSURE (AGAR 452.237-75) (FEB 1988) . . . . . 20
H.8 COMPLIANCE WITH AREA REGULATIONS. . . . . . . . . . . . . . . 21
H.9 SAFETY AND HEALTH . . . . . . . . . . . . . . . . . . . . . . 21
H.10 QUARANTINE RESTRICTIONS . . . . . . . . . . . . . . . . . . . 23
H.11 REQUIRED INSURANCE. . . . . . . . . . . . . . . . . . . . . . 24
H.12 LOSS OF TIMBER SALE LOCK KEY OR LOCK OR SECURITY BADGES . . 24
H.13 USE OF PREMISES (AGAR 452.236-72) (NOV 1996) . . . . . . . . 25
H.14 ARCHAEOLOGICAL OR HISTORIC SITES (AGAR 452.236-73) (FEB. . . 25
H.15 RESPONSIBILITIES OF THE CONTRACTOR (AGAR 4G52.236-807) (JUL 1986) . . . 25
H.16 USE OF UNDOCUMENTED WORKERS. . . . 25
H.17CRIMINAL LIABILITY. . . . . . . . . 26


G-0596

TABLE OF CONTENTS PAGE


| | | |
|---|---|---|
| H.18 | SITE ACCESS AUTHORIZATION FOR CONTRACTOR AND EMPLOYEES . . . | 26 |
| PART II | - CONTRACT CLAUSES. . . . . . . . . . . . . . . . . . . . . . . | 28 |
| SECTION I | - CONTRACT CLAUSES . . . . . . . . . . . . . . . . . . . | 28 |
| I.1 | CLAUSES INCORPORATED BY REFERENCE . . . . . . . . . . . . . (FAR 52.252-2) (FEB 1998) | 28 |
| I.2 | ANTI-KICKBACK PROCEDURES (FAR 52.203-7) (JUL 1995). . . . . | 29 |
| I.3 | CANCELLATION, RESCISSION, AND RECOVERY OF . . . . . . . . . FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (FAR 52.203-8) (JAN 1997) | 31 |
| I.4 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN . . . . . . . . FEDERAL TRANSACTIONS (FAR 52.203-12) (JUN 1997) - (DEVIATION) | 32 |
| I.5 | ORDERING (FAR 52.216-18) (OCT 1995) . . . . . . . . . . . . | 37 |
| I.6 | ORDER LIMITATIONS (FAR 52.216-19) (OCT 1995). . . . . . . . | 38 |
| I.7 | REQUIREMENTS (FAR 52.216-21) (OCT 1995) . . . . . . . . . . | 38 |
| I.8 | OPTION TO EXTEND THE TERM OF THE CONTRACT . . . . . . . . . (FAR 52.217-9) (MAR 1989) | 39 |
| I.9 | LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14) (DEC 1996). . | 39 |
| I.10 | CONTRACT WORK HOURS AND SAFETY. . . . . . . . . . . . . . . STANDARDS ACT--OVERTIME COMPENSATION (FAR 52.222-4) (JUL 1995) | 40 |
| I.11 | SERVICE CONTRACT ACT OF 1965, AS AMENDED. . . . . . . . . . (FAR 52.222-41) (MAY 1989) | 41 |
| I.12 | STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES . . . . . . (FAR 52.222-42) (MAY 1989) | 49 |
| I.13 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT . . . . . . . ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) (FAR 52.222-43) (MAY 1989) | 50 |
| I.14 | DRUG-FREE WORKPLACE (FAR 52.223-6) (JAN 1997) . . . . . . . | 51 |
| I.15 | EUROPEAN UNION SANCTION FOR SERVICES (FAR 52.225-19). . . . (JAN 1996) | 53 |
| I.16 | EXTRAS (FAR 52.232-11) (APR 1984) . . . . . . . . . . . . . | 53 |
| I.17 | AVAILABILITY OF FUNDS FOR THE NEXT FISCAL . . . . . . . . . YEAR (FAR 52.232-19) (APR 1984) | 53 |
| I.18 | ASSIGNMENT OF CLAIMS (FAR 52.232-23) (JAN 1986) . . . . . . | 54 |
| I.19 | PROMPT PAYMENT (FAR 52.232-25) (JUN 1997) . . . . . . . . . | 54 |
| I.20 | DISPUTES (FAR 52.233-1) (OCT 1995) ALTERNATE I. . . . . . . (DEC 1991) | 60 |
| I.21 | PROTECTION OF GOVERNMENT BUILDINGS, . . . . . . . . . . . . EQUIPMENT, AND VEGETATION (FAR 52.237-2) (APR 1984) | 62 |
| I.22 | CHANGES--FIXED-PRICE (FAR 52.243-1) (AUG 1987). . . . . . . ALTERNATE I (APR 1984) | 62 |
| I.23 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND . . . . . . . . . . . COMMERCIAL COMPONENTS (FAR 52.244-6) (APR 1998) | 63 |
| I.24 | TERMINATION FOR CONVENIENCE OF THE. . . . . . . . . . . . . GOVERNMENT (SERVICES) (SHORT FORM) (FAR 52.249-4) (APR 1984) | 64 |
| I.25 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE). . . . . . . . . . (FAR 52.249-8) (APR 1984) | 64 |
| I.26 | AUTHORIZED DEVIATIONS IN CLAUSES. . . . . . (FAR 52.252-6) (APR 1984) | 65 |


G-0597

TABLE OF CONTENTS

PAGE

PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS . . . . . . . . . . . . . . . . 66

SECTION J - LIST OF ATTACHMENTS. . . . . . . . . . . . . . . . . . . . . 66

PART IV - REPRESENTATIONS AND INSTRUCTIONS . . . . . . . . . . . . . 67

SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS . . . . . . . . . . . 67

K.1 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION. . . . . . . 67
(FAR 52.203-2) (APR 1985)

K.2 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO. . . . . 68
INFLUENCE CERTAIN FEDERAL TRANSACTIONS
(FAR 52.203-11) DEVIATION (APR 1991)

K.3 TAXPAYER IDENTIFICATION (FAR 52.204-3) (JUN 1997) . . . . . 69

K.4 CERTIFICATION REGARDING DEBARMENT, SUSPENSION,. . . . . . . 70
PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS
(FAR 52.209-5) (MAR 1996)

K.5 TYPE OF BUSINESS ORGANIZATION (FAR 52.215-4) (OCT 1997) . . 71

K.6 SMALL BUSINESS PROGRAM REPRESENTATIONS. . . . . . . . . . . 72
(FAR 52.219-1) (OCT 1998)

K.7 CERTIFICATION OF NONSEGREGATED FACILITIES . . . . . . . . . 74
(FAR 52.222-21) (APR 1984)

K.8 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS . . . . . . . . . 74
(FAR 52.222-22) (APR 1984)

K.9 AFFIRMATIVE ACTION COMPLIANCE . . . . . . . . . . . . . . . 75
(FAR 52.222-25) (APR 1984)

K.10 CLEAN AIR AND WATER CERTIFICATION (FAR 52.223-1). . . . . . 75
(APR 1984)

K.11 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING . . . . . 75
(FAR 52.223-13) (OCT 1996)

K.12 BUY AMERICAN CERTIFICATE. . . . . . . . . . . . . . . . . . 76
(FAR 52.225-1) (DEC 1989)

SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS . . . . . . . . . . 78

L.1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE . . . . . 78
(FAR 52.252-1) (FEB 1998)

L.2 INQUIRIES (AGAR 452.204-70) (FEB 1988). . . . . . . . . . . 78

L.3 INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION . . . . . 78
(FAR 52.215-1) (OCT 1997)

L.4 TYPE OF CONTRACT (FAR 52.216-1) (APR 1984). . . . . . . . . 84

L.5 SINGLE OR MULTIPLE AWARDS (FAR 52.216-27) (OCT 1995). . . . 84

L.6 SIZE STANDARD AND SIC CODE INFORMATION (AGAR 452.219-70). . 84
(NOV 1996)

L.7 SITE VISIT (FAR 52.237-1) (APR 1984). . . . . . . . . . . . 84

L.8 PRE-BID/PRE-PROPOSAL CONFERENCE (AGAR 452.237-71) . . . . . 84
(FEB 1988)

L.9 SERVICE OF PROTEST (FAR 52.233-2) (AUG 1996). . . . . . . . 85

L.10 AUTHORIZED DEVIATIONS IN PROVISIONS . . . . . . . . . . . . 85
(FAR 52.252-5) (APR 1984)

L.11 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION. . . . 86
OTHER THAN COST OR PRICING DATA (FAR 52.215-20)
(OCT 1997) ALTERNATE IV (OCT 1997)

G-0598

TABLE OF CONTENTS

| | PAGE |
|---|---|
| SECTION M - EVALUATION FACTORS FOR AWARD . . . . . . . . . . . . . . . | 89 |
| M.1 EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT . . . . (AGAR 452.216-72) (FEB 1988) | 89 |
| M.2 EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990) . . . . . . . | 89 |
| M.3 AWARD DETERMINATION. . . . . . . . . . . . . . . . . . . . . . . | 89 |
| M.4 EVALUATION FACTORS . . . . . . . . . . . . . . . . . . . . . . . | 90 |

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

SCHEDULE OF ITEMS

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 01 | TRAP BEAVER IN ACCORDANCE WITH THE SPECIFICATIONS AND ATTACHMENTS | 700 | EA | 45.00 | 31,500 |
| 02 | MAINTAIN CULVERT OUTLETS AND INLETS IN ACCORDANCE WITH SPECIFICATIONS AND ATTACHMENTS | 1100 | HR | 18.00 | 19,800 |

TOTAL BASE PERIOD: $ 51,300 [illegible]

OPTION PERIOD I

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 01 | TRAP BEAVER IN ACCORDANCE WITH THE SPECIFICATIONS AND ATTACHMENTS | 700 | EA | 45.00 | 31,500 |
| 02 | MAINTAIN CULVERT OUTLETS AND INLETS IN ACCORDANCE WITH SPECIFICATIONS AND ATTACHMENTS | 1100 | HR | 18.00 | 19,800 |

TOTAL OPTION PERIOD I: $ 51,300

TOTAL BASE PERIOD AND OPTION PERIOD: $ 102,600.00 [illegible]

NOTICE:

Savannah River Site is a restricted access Government facility and only United States citizens are authorized entry to the Site.

TASK ORDERS

G-0600

This is a requirements contract for the period from date of contract award to December 31, 1999 for the base period; and

January 1, 2000 to December 31, 2000 for Option Period I. Individual task orders will be placed against this contract when services are required. Orders shall be verbal or in writing and all verbal orders shall be confirmed in writing. The Contractor shall have 72 hours after receipt of the verbal or written task order to start work. Each task order shall include maps showing where work is to be performed. See exhibit in Section J for an example of a task order. All written task orders shall be signed by the Contracting Officer, the SRI Contract Specialist or the SRI Purchasing Agent. Only the following individuals are authorized to place orders on this contract:
Contracting Officer, Homer R. Gabard
Contract Specialist, Christopher D. Banks
Purchasing Agent, Cindy Possee
COR, Frankie Brooks (verbal orders only)

Estimated quantities are intended as a good faith estimate of quantities to be ordered. However, the Government is not obligated to order any work to be performed under the resulting contract for either the base period or the option period. Reference FAR Clause 52.216-21 "Requirements".

GENERAL SPECIFICATIONS

A. Scope of Contract
The contractor shall furnish all labor, materials, supervision, transportation, equipment, supplies (including safety), and safely perform all work necessary to remove beaver from problem areas and maintain open and free flowing culverts at the Savannah River Site (SRS). Problem areas include areas where beaver activity has resulted in severe flooding of timber, research sites, roads and railroads. The importance of beaver dams as a wetlands resource, particularly as an attractive habitat for waterfowl, is recognized by the Forest Service. Therefore, selective trapping will be conducted only in critical areas identified by the Savannah River Institute (SRI).

B. Description and Location
All areas are located within the boundaries of the Department of Energy's Savannah River Site near Aiken, SC in Aiken, Barnwell, and Allendale counties, South Carolina.

The contractor will choose 2 barricades to enter and leave the SRS during the contract period. The contractor will use only these barricades when entering and leaving the SRS. Perimeter gates or other barricades will not be utilized by the contractor during the contract period.

TECHNICAL SPECIFICATIONS

A. Beaver Trapping
The contractor must trap beaver from problem areas on-site during a twelve month period (from date of contract award to December 31, 1999) and during an additional 12 month period if the Government extends the term of the contract (1/01/2000 to 12/31/2000). The contractor will be on call during the year to trap beaver whenever problem sites are discovered. The contractor will only trap the areas designated by the Contracting Officer's Representative (COR), Inspector(s), or Contracting Officer (CO). The contractor may trap 24 hours a day, seven days a week.

**The contractor shall:**

1. Use Conibear #330 traps for trapping(recommended by South Carolina Department of Natural Resources (SCDNR)). These traps kill quickly, and are selective in the sense that they can be set in water. However, when the traps are placed in water, they must be readily identifiable to others. The contractor must not purposely trap any species other than beaver. The contractor will notify the COR, Inspector(s), or CO of otter, turtles, or other species trapped incidentally. When other animals are trapped the contractor shall follow the same procedures as stated below for beaver carcasses.

   Snares with .22 caliber weapons may be used in some locations, but only as directed by the COR or CO.

2. Tag each carcass prior to placing it in the SRI cooler. The tag shall show the date and location of capture as well as the date and time the carcass was placed in the cooler.

3. Deliver each whole beaver carcass (not field stripped) to the SRI work center cooler at the end of each workday in order to receive credit for payment. The contractor will not remove animals, dead or alive, from the SRS at any time.

4. Determine sex and weight of each beaver taken.

G-0605

5. Enter the following information on the data sheet/map for each carcass: the date and location of capture, sex, weight, and the date and time the carcass was placed in the SRI cooler.

6. Twice per week remove all beaver carcasses, not designated for research, from the SRI cooler and deliver them to the designated landfill at the SRS where the carcasses will be logged in with the landfill operator.

7. Thoroughly clean the SRI cooler by removing all beaver and other animal body parts, fluids, associated odor when necessary, or as directed by the COR or CO. Depending on the types of chemicals used to clean the cooler, the contractor may be required to provide a hazardous communication plan with a listing of appropriate personal protective equipment. The contractor will provide this information as directed by the COR.

8. If requested by the COR, cooperate with researchers' requests for data and/or information.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

I.6 ORDER LIMITATIONS (FAR 52.216-19) (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $100, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor--

(1) Any order for a single item in excess of 700 EA OR 1100 HR;

(2) Any order for a combination of items in excess of 700 EA AND 1100 HR; or

(3) A series of orders from the same ordering office within 3 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 3 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

I.7 REQUIREMENTS (FAR 52.216-21) (OCT 1995)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by

orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 1 MONTH.

I.8 OPTION TO EXTEND THE TERM OF THE CONTRACT
(FAR 52.217-9) (MAR 1989)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 DAYS; provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 2 CALENDAR YEARS.

I.9 LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14) (DEC 1996)

(a) This clause does not apply to the unrestricted portion of a partial set-aside.

(b) By submission of an offer and execution of a contract, the

## PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

## SECTION J - LIST OF ATTACHMENTS

### LIST OF ATTACHMENTS

SPECIFICATIONS
VICINITY MAP
FIRE ANT MAP
WAGE DETERMINATION NO. 75-0208
TASK ORDER EXAMPLE

GENERAL SPECIFICATIONS

A. Scope of Contract

The contractor shall furnish all labor, materials, supervision, transportation, equipment, supplies (including safety), and safely perform all work necessary to remove beaver from problem areas and maintain open and free flowin culverts at the Savannah River Site (SRS). Problem areas include areas where beaver activity has resulted in sever flooding of timber, research sites, roads and railroads. The importance of beaver dams as a wetlands resource, p ticularly as an attractive habitat for waterfowl, is recognized by the Forest Service. Therefore, selective trapping be conducted only in critical areas identified by the Savannah River Institute (SRI).

B. Description and Location

All areas are located within the boundaries of the Department of Energy's Savannah River Site near Aiken, SC in Aiken, Barnwell, and Allendale counties, South Carolina.

The contractor will choose 2 barricades to enter and leave the SRS during the contract period. The contractor will use only these barricades when entering and leaving the SRS. Perimeter gates or other barricades will not be utilized by the contractor during the contract period.

TECHNICAL SPECIFICATIONS

A. Beaver Trapping

The contractor must trap beaver from problem areas on-site during a twelve month period (from date of contract award to December 31, 1999) and during an additional 12 month period if the Government extends the term of the contract (1/01/2000 to 12/31/2000). The contractor will be on call during the year to trap beaver whenever problem sites are discovered. The contractor will only trap the areas designated by the Contracting Officer's Representative (COR), Inspector(s), or Contracting Officer (CO). The contractor may trap 24 hours a day, seven days a week.

**The contractor shall:**

1. Use Conibear #330 traps for trapping(recommended by South Carolina Department of Natural Resources (SCDNR)). These traps kill quickly, and are selective in the sense that they can be set in water. However, when the traps are placed in water, they must be readily identifiable to others. The contractor must not purposely trap any species other than beaver. The contractor will notify the COR, Inspector(s), or CO of otter, turtles, or other species trapped incidentally. When other animals are trapped the contractor shall follow the same procedures as stated below for beaver carcasses.

   Snares with .22 caliber weapons may be used in some locations, but only as directed by the COR or CO.

2. Tag each carcass prior to placing it in the SRI cooler. The tag shall show the date and location of capture as wel as the date and time the carcass was placed in the cooler.

3. Deliver each whole beaver carcass (not field stripped) to the SRI work center cooler at the end of each workday in order to receive credit for payment. The contractor will not remove animals, dead or alive, from the SRS at any time.

4. Determine sex and weight of each beaver taken.

5. Enter the following information on the data sheet/map for each carcass: the date and location of capture, sex, weight, and the date and time the carcass was placed in the SRI cooler.

6. Twice per week remove all beaver carcasses, not designated for research, from the SRI cooler and deliver them to the designated landfill at the SRS where the carcasses will be logged in with the landfill operator.

7. Thoroughly clean the SRI cooler by removing all beaver and other animal body parts, fluids, associated odor when necessary, or as directed by the COR or CO. Depending on the types of chemicals used to clean the cooler, the contractor may be required to provide a hazardous communication plan with a listing of appropriate personal protective equipment. The contractor will provide this information as directed by the COR.

8. If requested by the COR, cooperate with researchers' requests for data and/or information.

B. Culvert Maintenance

SRI engineering personnel will initially clean and open culverts blocked by beaver dams and debris. Initial cleaning shall remove dam and debris material to the bottom of the culvert. When possible, engineering personnel shall notify the COR of the date and time planned for cleaning the culvert(s), so the contractor can be present for the initial cleaning. If this is not possible, engineering personnel will notify the COR after completing the work, and the COR will inform the contractor of the location of the culvert(s).

1. The contractor shall have 72 hours from the time of the initial cleaning to assume responsibility for the culvert(s).

2. The contractor shall notify the COR or inspector(s) when he/she has begun cleaning the culvert(s). The contractor shall check the culvert(s) when checking traps or snares, and clean culverts as necessary.

3. The contractor shall assume responsibility for maintaining each culvert's inlet and outlet. Water shall flow through each culvert at the time beaver traps or snares are introducted into the area. The contractor shall continue to maintain the inlet and outlet of each culvert until beaver traps or snares are removed as directed by the COR.

C. Safety

Safety equipment the contractor shall be required to have and use is listed below. This list may not be all inclusive, and other equipment may be required as directed by SRI and DOE safety personnel and/or OSHA requirements. At least one safety inspection shall be conducted of the contractor's operations by SRI and/or DOE safety personnel to insure compliance with the OSHA regulations and safety requirements of this contract. All equipment shall be in proper working order.

1. First Aid Kits approved by a consulting physician.

2. A means of communication such as a CB radio, cellular phone, or 2-way radio shall be at site at all times where the contractor's personnel are working.

3. 8" lace-up boots with slip resistant soles for each employee.

4. Hard hat and eye protection for each employee.

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such as snakes and uncertain footing do exist.

INSPECTION AND ACCEPTANCE

A. Inspection

Inspection of work performance under this contract shall be made by the COR or Inspector (s) at such intervals as are necessary to insure compliance with the contract specifications and provisions.

The COR and Inspector(s) shall periodically inspect culverts the contractor is maintaining. Any culvert(s) found with restricted water flow due to beaver dam or debris that has been allowed to accumulate for more than 48 hours shall be removed at the contractor's expense.

B. Unsatisfactory Work

In the event any of the work does not meet the specifications, through the fault or negligence of the contractor, such work shall, upon request of the COR or CO, be made to conform to the specifications by the contractor at his/her expense. Cost of re-inspection by the Government will be charged to the contractor.

C. Payment

**Line item 1, Beaver Trapping:** The contractor will be paid a bounty per beaver trapped and delivered to the SRI.

**Line Item 2, Culvert Cleaning:** The COR and Inspector(s) shall know how many culverts the contractor is responsible for maintaining, and the approximate amount of time required to clean each culvert. The contractor shall be paid the hourly rate for time spent satisfactorily maintaining the inlet and outlet of the culverts so that water flows freely.

At the end of each month the contractor shall submit an invoice to the COR for the number of beaver trapped, and the total number of hours spent cleaning culverts.