GOVERNMENT PRINTING OFFICE 1989-246-570/00763

USDA - FOREST SERVICE

# WORK ORDER AND NOTICE OF NONCOMPLIANCE

(Reference FSH 6309.11)

| | |
|---|---|
| CONTRACT NUMBER: | 53-4660-9-06 |
| PROJECT: | Beaver Trapping |
| NAME AND ADDRESS OF CONTRACTOR: | Ga. Bowhunter Supply Co.<br>W. D. Hooker<br>5330 Columbia Rd.<br>Grovetown, Ga. 30813 |

[X] WORK ORDER ☐ NOTICE OF NONCOMPLIANCE

| WORK ORDER or NOTICE NO: | DATE ISSUED |
|---|---|
| 1 | Feb. 1, 1999 |

[X] You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at sites 1 → 53 as directed by COR,

700 Beaver
1100 Hours Culvert Maintenance

This work is included in the contract as referenced below:

| SIGNATURE | TITLE |
|---|---|
| Homer R. Hubbard<br>Frankie S. Brooks | C.O.<br>COR |

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date 1-27-99

Ga. Bowhunter Supply co.
Contractor

By W. D. Hooker

Title Owner

G-0561

FS-6300-12(10/83)