Jan - 1999

ised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HE 1202 | 1-29-99 | 42 | M | A | 169 | | | | | Dog | 1-29-99 |
| HE 1203 | 1-29-99 | 14 | M | S | 119 | | | | | Dog | 1-29-99 |
| HE 1204 | 1-29-99 | 14 | F | J | 41 | | | | | Dog | 1-29-99 |
| HE 1205 | 1-29-99 | 14 | M | S | 99 | | | | | Dog | 2-1-99 |
| HE 1206 | 1-29-99 | 14 | M | A | 155 | | | | | Dog | 2-1-99 |
| HE 1207 | 1-29-99 | 14 | F | S | 89 | | | | | Dog | 2-1-99 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Jan / Feb

G-2024

ised 10/21/92

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 1187 | 1-23-99 | 16 | m | A | 214 | | | | | Dog | 1-23-99 |
| GE 1188 | 1-23-99 | 16 | m | S | 162 | | | | | Dog | 1-23-99 |
| GE 1189 | 1-23-99 | [illegible] | F | P | 14 | | | | | Dog | 1-23-99 |
| GE 1180 | 1-[illegible]-99 | 16 | m | P | 16 | | | | | Dog | 1-23-99 |
| GE [illegible]91 | 1-23-99 | 16 | m | S | 58 | | | | | Dog | 1-25-99 |
| GE 1192 | 1-23-99 | 16 | F | A | 123 | No | | | Yes | Dog | 1-25-99 |
| GE 1193 | 1-23-99 | 16 | m | P | 18 | | | | | Dog | 1-25-99 |
| GE 1194 | 1-23-99 | 16 | F | P | 16 | | | | | Dog | 1-25-99 |
| GE 1195 | 1-23-99 | 16 | F | P | 11 | | | | | Dog | 1-25-99 |
| GE 1196 | 1-25-99 | 16 | m | P | 1 | | | | | Dog | 1-25-99 |
| GE 1197 | 1-25-99 | 16 | m | P | 1 | | | | | Dog | 1-25-99 |
| GE 1198 | 1-25-99 | 16 | m | P | 1 | | | | | Dog | 1-25-99 |
| GE 1199 | 1-25-99 | 16 | F | P | 1 | | | | | Dog | 1-25-99 |
| GE 1200 | 1-28-99 | 42 | m | A | 161 | | | | | Dog | 1-28-99 |
| GE 1201 | 1-28-99 | 42 | m | S | 135 | | | | | Dog | 1-28-99 |

G-2025

isad 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FE 1172 | 1-20-99 | 16 | m | A | 187 | | | | | Ocy | 1-21-98 |
| FE 1173 | 1-20-99 | 16 | m | S | 142 | | | | | Ocy | 1-21-98 |
| FE 1174 | 1-20-99 | 16 | P | F | 3 | | | | | Ocy | 1-21-98 |
| FE 1175 | 1-21-97 | 20 | m | Y | 105 | | | | | Ocy | 1-25-99 |
| FE 1176 | 1-21-99 | 20 | F | J | 82 | yes | 5 | 3" | no | Ocy | 1-25-99 |
| FE 1177 | 1-22-99 | 37 | M | P | 12 | | | | | Ocy | 1-25-99 |
| FE 1178 | 1-22-99 | 37 | F | P | 2 | | | | | Ocy | 1-25-99 |
| FE 1179 | 1-22-99 | 37 | m | P | 2 | | | | | Ocy | 1-25-99 |
| FE 1180 | 1-22-99 | 37 | m | P | 2 | | | | | Ocy | 1-25-99 |
| FE 1181 | 1-22-99 | 37 | F | P | 2 | | | | | Ocy | 1-25-99 |
| FE 1182 | 1-22-99 | 37 | m | P | 2 | | | | | Ocy | 1-25-99 |
| FE 1183 | 1-22-99 | 37 | m | P | 2 | | | | | Ocy | 1-25-99 |
| FE 1184 | 1-22-99 | 37 | F | P | 2 | | | | | Ocy | 1-22-99 |
| FE 1185 | 1-22-99 | 37 | F | P | 2 | | | | | Ocy | 1-22-99 |
| FE 1186 | 1-22-99 | 37 | m | P | 2 | | | | | Ocy | 1-22-99 |

G-2026

vised 10/21/92

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number ____,

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1157 | 1-17-99 | 27 | M | Y | 70 | | | | | Dog | 1-18-99 |
| 1158 | 1-17-99 | 27 | F | A | 140 | | | | | Dog | 1-18-99 |
| 1159 | 1-17-99 | 27 | M | P | 8 | | | | | Dog | 1-18-99 |
| 1160 | 1-17-99 | 27 | M | P | 10 | | | | | Dog | 1-18-99 |
| 1161 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |
| 1162 | 1-17-99 | 27 | F | S | 120 | | | | | Dog | 1-18-99 |
| 1163 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |
| 1164 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1165 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1166 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1167 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |
| 1168 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |
| 1169 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1170 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1171 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |

G-2027

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JE 1142 | 1-15-99 | 34 | M | A | 235 | | | | | Dog | 1-15-99 |
| JE 1143 | 1-15-99 | 34 | F | [illegible] | 62 | | | | | Dog | 1-18-99 |
| JE 1144 | 1-15-99 | 34 | F | P | 2 | | | | | Dog | 1-18-99 |
| JE 1145 | 1-15-99 | 34 | F | P | 2 | | | | | Dog | 1-18-99 |
| JE 1146 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-99 |
| JE 1147 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-99 |
| JE 1148 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-99 |
| JE 1149 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-98 |
| JE 1150 | 1-15-99 | 34 | F | P | 2 | | | | | Dog | 1-18-99 |
| JE 1151 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-99 |
| JE 1152 | 1-16-99 | 44 | M | S | 118 | | | | | Dog | 1-18-98 |
| JE 1153 | 1-16-99 | 44 | M | S | 126 | | | | | Dog | 1-18-99 |
| 1154 | 1-17-99 | 27 | M | P | 10 | | | | | Dog | 1-18-99 |
| 1155 | 1-17-99 | 27 | F | P | 12 | | | | | Dog | 1-18-99 |
| 1156 | 1-17-99 | 27 | M | P | 18 | | | | | Dog | 1-18-99 |

G-2028

vised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127 | 1-11-99 | 27 | M | P | 10 | | | | | Trap | 1-11-99 |
| 1128 | 1-11-99 | 27 | M | P | 15 | | | | | Trap | 1-11-99 |
| 1129 | 1-11-99 | 27 | F | P | 30 | | | | | Trap | 1-11-99 |
| 1130 | 1-11-99 | 27 | F | P | 15 | | | | | Trap | 1-11-99 |
| 1131 | 1-13-99 | 33 | M | P | 1 | | | | | Dog | 1-13-99 |
| 1132 | 1-13-99 | 33 | M | P | 1 | | | | | Dog | 1-13-99 |
| 1133 | 1-14-99 | 30 | M | A | 187 | | | | | Dog | 1-14-99 |
| 1134 | 1-14-99 | 36 | M | J | 30 | | | | | Dog | 1-14-99 |
| 1135 | 1-14-99 | 27 | M | P | 3 | | | | | Dog | 1-14-99 |
| 1136 | 1-14-99 | 27 | F | P | 3 | | | | | Dog | 1-14-99 |
| 1137 | 1-14-99 | 27 | F | P | 3 | | | | | Dog | 1-14-99 |
| 1138 | 1-14-99 | 27 | F | J | 30 | | | | | Dog | 1-14-99 |
| 1139 | 1-14-99 | 27 | M | J | 35 | | | | | Dog | 44-99 |
| 1140 | 1-14-99 | 27 | M | P | 3 | | | | | Dog | 1-14-99 |
| 1141 | 1-14-99 | 27 | F | J | 30 | | | | | Dog | 1-14-99 |

G-2029

.ised 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 1112 | 1-4-99 | 27 | F | P | 2 | | | | | Dog | 1-4-99 |
| GE 1113 | 1-4-99 | 27 | m | P | 2 | | | | | Dog | 1-4-99 |
| 1114 | 1-5-99 | 27 | M | P | 20 | | | | | Trap | 1-5-98 |
| 1115 | 1-5-99 | 27 | F | P | 30 | | | | | Trap | 1-5-98 |
| 1116 | 1-5-99 | 27 | M | P | 10 | | | | | Trap | 1-5-98 |
| 1117 | 1-5-99 | 27 | F | P | 14 | | | | | Trap | 1-5-98 |
| 1118 | 1-5-99 | 27 | m | P | 8 | | | | | Trap | 1-5-98 |
| 1119 | 1-5-99 | 27 | F | P | 8 | | | | | Trap | 1-5-99 |
| GE 1120 | 1-7-98 | 48 | M | A | 185 | | | | | Dog | 1-11-99 |
| GE 1121 | 1-7-98 | 41 | F | A | 178 | Y | 8 | 7" | NO | Dog | 1-11-99 |
| DE 1122 | 1-8-99 | 20 | F | A | 183 | Y | 7 | 5" | no | DoG | 1-8-99 |
| DE 1123 | 1-8-99 | 20 | F | A | 209 | NO | | | no | DoG | 1-8-99 |
| DE 1124 | 1-8-99 | 20 | m | A | 197 | | | | | DoG | 1-8-99 |
| DE 1125 | 1-11-99 | 20 | M | A | 245 | | | | | Dog | 1-11-99 |
| 1126 | 1-11-99 | 27 | F | P | 20 | | | | | Trap? | 1-11-99 |

G-2030

JAN 1999

visad 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 1097 | 1-1-99 | 30 | F | Y | 105 | | | | no | Dog | 1-4-99 |
| GE 1098 | 1-1-99 | 30 | m | P | 1 | | | | | Dog | |
| GE 1099 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1100 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1101 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1102 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1103 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1104 | 1-3-99 | 20 | m | A | 194 | | | | | DoG | |
| GE 1105 | 1-4-99 | 27 | F | A | 203 | no | | | no | Dog | |
| GE 1106 | 1-4-99 | 27 | F | P | 2 | | | | | Dog | |
| GE 1107 | 1-4-99 | 27 | F | P | 2 | | | | | Dog | |
| GE 1108 | 1-4-99 | 27 | F | P | 2 | | | | | Dog | |
| GE 1109 | 1-4-99 | 27 | m | P | 2 | | | | | Dog | |
| GE 1110 | 1-4-99 | 27 | m | P | 2 | | | | | Dog | |
| GE 1111 | 1-4-99 | 27 | m | P | 2 | | | | | Dog | 1-4-99 |

G-2031

Feb. 1999

vised 10/21/92

## SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SE 388 | 2-18-99 | 27 | M | P | 1 | | | | | Dog | 2-19-99 |
| SE 389 | 2-18-99 | 27 | F | P | 1 | | | | | Dog | 2-19-99 |
| SE 390 | 2-18-99 | 27 | F | P | 1 | | | | | Dog | 2-19-99 |
| SE 391 | 2-18-99 | 27 | F | P | 1 | | | | | Dog | 2-19-99 |
| SE 392 | 2-20-99 | 30 | F | S | 195 | NO | | | NO | Dog | 2-22-99 |
| SE 393 | 2-21-99 | 20 | F | P | 52 | NO | | | NO | DOG | 2-22-99 |
| SE 394 | 2-28-99 | 44 | M | A | 273 | | | | | DOG | 2-28-99 |
| SE 395 | 2-28-99 | 44 | F | A | 191 | NO | | | NO | DOG | 2-28-99 |
| SE 396 | 3-1-99 | 44 | M | S | 174 | | | | | DOG | |
| SE 397 | 3-1-99 | 44 | F | P | 11 | | | | | DOG | |
| SE 398 | 3-1-99 | 44 | F | P | 7 | | | | | DOG | |
| SE 399 | 3-1-99 | 44 | F | | 189 | | | | | DOG | |

G-2032

...d 10/21/92

# STFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID ...mber | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HE 1253 | 2-11-99 | 13 | m | P | 2 | | | | | Dog | 2-12-99 |
| HE 1254 | 2-11-99 | 13 | F | P | 2 | | | | | Dog | 2-12-99 |
| HE 1255 | 2-11-99 | 13 | F | P | 2 | | | | | Dog | 2-12-99 |
| HE 1256 | 2-11-99 | 13 | m | A | 206 | | | | | TRAP | 2-12-99 |
| HE 1257 | 2-11-99 | 16 | m | A | 241 | | | | | DOG | 2-12-99 |
| HE 1258 | 2-11-99 | 16 | m | S | 189 | | | | | DOG | 2-12-99 |
| HE 1259 | 2-11-99 | 16 | m | S | 136 | | | | | DOG | 2-12-99 |
| HE 1260 | 2-12-99 | 48 | m | A | 217 | | | | | DOG | 2-16-99 |
| HE 1261 | 2-15-99 | 16 | F | P | 38 | | | | | Dog | 2-16-99 |
| HE 1262 | 2-15-99 | 16 | F | J | 53 | | | | | Dog | 2-16-99 |
| HE 383 | 2-16-99 | 9 | F | A | 177 | yes | 8 | 5" | | Dog | 2-16-99 |
| HE 384 | 2-16-99 | 9 | F | P | 23 | | | | | Dog | 2-16-99 |
| HE 385 | 2-18-99 | 27 | F | S | 159 | NO | | | yes | Dog | 2-19-99 |
| HE 386 | 2-18-99 | 27 | m | P | 22 | | | | | Dog | 2-19-99 |
| HE 387 | 2-18-99 | 27 | m | P | 1 | | | | | Dog | 2-19-99 |

G-2033

Revised 10/21/92

# SRES WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98E 1238 | 2-8-99 | 14 | F | J | 91 | | | | | Trap | 2-8-99 |
| 98E 1239 | 2-8-99 | 14 | m | J | 92 | | | | | Trap | 2-8-99 |
| 98E 1240 | 2-9-99 | 16 | m | A | 173 | | | | | Trap | 2-11-99 |
| 98E 1241 | 2-9-99 | 16 | m | J | 65 | | | | | Trap | 2-11-99 |
| 98E 1242 | 2-11-99 | 9 | m | A | 204 | | | | | Dog | 2-11-99 |
| 98E 1243 | 2-11-99 | 9 | m | S | 141 | | | | | Dog | 2-11-99 |
| 98E 1244 | 2-11-99 | 9 | F | P | 18 | | | | | Dog | 2-11-99 |
| 98E 1245 | 2-11-99 | 13 | F | P | 1 | | | | | Dog | 2-12-99 |
| 98E 1246 | 2-13-99 | 13 | F | P | 1 | | | | | Dog | 2-12-99 |
| 98E 1247 | 2-13-99 | 13 | F | P | 1 | | | | | Dog | 2-12-99 |
| 98E 1248 | 2-13-99 | 13 | F | P | 1 | | | | | Dog | 2-12-99 |
| 98E 1249 | 2-13-99 | 13 | m | P | 1 | | | | | Dog | 2-12-99 |
| 98E 1250 | 2-13-99 | 13 | m | P | 1 | | | | | Dog | 2-12-99 |
| 98E 1251 | 2-13-99 | 13 | m | P | 2 | | | | | Dog | 2-12-99 |
| 98E 1252 | 2-13-99 | 13 | m | P | 2 | | | | | Dog | 2-12-99 |

G-2034