Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SE 343 1223 | 2-5-99 | 30 | M | A | 206 | | | | | Dog | 2-5-99 |
| SE 344 1224 | 2-5-99 | 30 | M | S | 137 | | | | | Dog | 2-5-99 |
| SE 345 1225 | 2-5-99 | 20 | F | S | 92 | | | | | Dog | 2-6-99 |
| SE 346 1226 | 2-5-99 | 20 | F | P | 8 | | | | | Dog | 2-6-99 |
| SE 347 1227 | 2-5-99 | 20 | F | P | 10 | | | | | Dog | 2-6-99 |
| SE 348 1228 | 2-6-99 | 16 | M | P | 12 | | | | | Trap | 2-6-99 |
| SE 349 1229 | 2-6-99 | 16 | M | P | 12 | | | | | Trap | 2-6-99 |
| SE 350 1230 | 2-6-99 | 16 | F | P | 11 | | | | | Trap | 2-6-99 |
| SE 351 1231 | 2-6-99 | 16 | M | P | 13 | | | | | Trap | 2-6-99 |
| SE 352 1232 | 2-6-99 | 48 | M | A | 219 | | | | | DoG | 2-6-99 |
| SE 353 1233 | 2-6-99 | 48 | M | A | 174 | | | | | DoG | 2-6-99 |
| SE 354 1234 | 2-6-99 | 48 | M | A | 193 | | | | | DoG | 2-6-99 |
| SE 355 1235 | 2-6-99 | 48 | F | S | 112 | NO | | | NO | DoG | 2-6-99 |
| SE 356 1236 | 2-7-[illegible]9 | 44 | M | A | 231 | | | | | Dog | 2-8-98 |
| SE 357 1237 | 2-8-99 | 14 | M | S | 116 | | | | | Trap | 2-8-99 |

Revised 10/21/92 Feb 99

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 328 9E 1208 | 2-1-99 | 42 | M | P | 8 | | | | | Trap | 2-1-99 |
| 329 9E 1209 | 2-1-99 | 42 | F | P | 8 | | | | | Trap | 2-1-99 |
| 330 9E 1210 | 2-1-99 | 42 | M | P | 9 | | | | | Trap | 2-1-99 |
| 331 9E 12-11 | 2-1-99 | 42 | M | P | 9 | | | | | Trap | 2-1-99 |
| 332 9E 1212 | 2-1-99 | 42 | F | P | 8 | | | | | Trap | 2-1-99 |
| 333 9E 1213 | 2-1-99 | 42 | F | P | 7 | | | | | Trap | 2-1-99 |
| 334 9E 1214 | 2-1-99 | 42 | F | P | 8 | | | | | Trap | 2-1-99 |
| 335 1215 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 336 1-14 | 2-3-99 | 27 | F | P | 3 | | | | | Dog | 2-3-99 |
| 337 1217 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 338 1218 | 2-3-99 | 27 | F | P | 3 | | | | | Dog | 2-3-99 |
| 339 1219 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 340 1220 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 341 1221 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 342 1222 | 2-3-99 | 27 | F | P | 3 | | | | | Dog | 2-3-99 |

G-2036

Revised 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 458 | 3-22-99 | 44 | M | A | 204 | | | | | Clay | FB |
| GE 459 | 3-25-99 | 27 | M | J | 69 | | | | | Dog | FB |
| GE 460 | 3-25-99 | 27 | M | Y | 79 | | | | | Dog | FB |
| GE 461 | 3-27-99 | 36 | F | A | 163 | no | | | Yes | DOG | |
| GE 462 | 3-29-99 | 42 | M | S | 146 | | | | | Trap | FB |
| GE 463 | 3-29-99 | 42 | M | Y | 96 | | | | | Trap | FB |
| GE 464 | 3-29-99 | 42 | F | P | 45 | | | | | Trap | FB |
| GE 465 | 3-29-99 | 42 | F | P | 39 | | | | | Trap | FB |
| GE 466 | 3-31-99 | 42 | M | P | 28 | | | | | Dog | FB |
| GE 467 | 3-31-99 | 42 | F | P | 27 | | | | | Dog | FB |

G-2037

evised 10/21/92

# SITES WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YE 443 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | FB |
| YE 444 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| YE 445 | 3-1999 | 48 | m | P | 1 | | | | | Dog | |
| YE 446 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | |
| YE 447 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| YE 448 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | |
| YE 449 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | |
| YE 450 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | |
| YE 451 | 3-19-99 | 48 | F | S | 161 | | | | | Dog | FB |
| YE 452 | 3-22-99 | 16 | m | J | 65 | | | | | Trap | |
| YE 453 | 3-22-99 | 16 | F | J | 70 | | | | | Trap | |
| YE 454 | 3-22-99 | 16 | m | J | 60 | | | | | Trap | |
| YE 455 | 3-22-99 | 16 | m | J | 69 | | | | | Trap | |
| YE 456 | 3-22-99 | 44 | M | A | 212 | | | | | Dog | |
| YE 457 | 3-22-99 | 44 | F | S | 145 | | | | | Dog | |

G-2038

·id 10/21/92

# SHHS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9E 428 | 3-12-99 | 44 | F | P | 1 | | | | | Dog | FB |
| 9E 429 | 3-12-99 | 44 | M | P | 1 | | | | | Dog | |
| 9E 430 | 3-12-99 | 44 | M | P | 1 | | | | | Dog | |
| 9E 431 | 3-12-99 | 44 | M | P | 1 | | | | | Dog | |
| 9E 432 | 3-12-99 | 44 | M | P | 1 | | | | | Dog | |
| 9E 433 | 3-13-99 | 48 | M | J | 109 | | | | | DOG | |
| 9E 434 | 3-13-99 | 48 | F | P | 43 | | | | | DOG | |
| 9E 435 | 3-19-99 | 48 | F | A | 194 | No | | | yes | Dog | FB |
| 9E 436 | 3-19-99 | 48 | M | J | 47 | | | | | Dog | FB |
| 9E 437 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| 9E 438 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| 9E 439 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| 9E 440 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| 9E 441 | 3-19-99 | 48 | M | P | 1 | | | | | Dog | |
| 9E 442 | 3-19-99 | 48 | M | P | 1 | | | | | Dog | |

G-2039

Revised 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BE 413 | 3-5-99 | 44 | M | P | 1 | | [illegible] Cannot [illegible] | [illegible] | [illegible] | Dog | FB |
| BE 414 | 3-5-99 | 44 | M | P | 1 | | These 5 | [illegible] Fetus | [illegible] | Dog | FB |
| BE 415 | 3-5-99 | 44 | M | P | 1 | | | | | Dog | FB |
| BE 416 | 3-5-99 | 44 | F | P | 1 | | | | | Dog | FB |
| BE 417 | 3-5-99 | 44 | M | P | 1 | | | | | Dog | FB |
| BE 418 | 3-5-99 | 44 | F | P | 1 | | | | | Dog | FB |
| BE 419 | 3-5-99 | 44 | F | P | 1 | | | | | Dog | FB |
| BE 420 | 3-5-99 | 44 | M | P | 1 | | | | | Dog | FB |
| BE 421 | 3-5-99 | 44 | M | P | 1 | | | | | Dog | FB |
| BE 422 | 3-6-99 | 44 | F | P | 6 | | | | | Dog | FB |
| BE 423 | 3-6-99 | 44 | F | P | 5 | | | | | Dog | FB |
| BE 424 | 3-12-99 | 44 | M | A | 196 | | | | | Dog | FB |
| BE 425 | 3-12-99 | 44 | F | A | 186 | | | | | Dog | FB |
| BE 426 | 3-12-99 | 44 | M | Y | 88 | | | | | Dog | FB |
| BE 427 | 3-12-99 | 44 | F | P | 1 | | | | | Dog | FB |

G-2040

...al 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~GE~~ 398 | 3-1-99 | 42 | m | A | 299 | | | | | Dog | FD? |
| GE 399 | 3-2-99 | 38 | M | A | 202 | | | | | Dog | FD |
| GE ~~400~~ | 3-3-99 | 38 | F | S | 133 | | | | | Dog | FD |
| GE ~~401~~ | 3-3-99 | 38 | F | P | 1 | | | | | Dog | FD |
| GE 402 | 3-3-99 | 38 | F | P | 1 | | | | | Dog | FD |
| GE 403 | 3-3-99 | 38 | F | P | 1 | | | | | Dog | FD |
| GE 404 | 3-3-99 | 38 | M | P | 1 | | | | | Dog | FD |
| GE 405 | 3-3-99 | 38 | M | P | 1 | | | | | Dog | FD |
| GE 406 | 3-3-99 | 38 | M | P | 1 | | | | | Dog | FD |
| GE 407 | 3-5-99 | 44 | M | ~~A~~ P | 16 | | | | | Dog | |
| GE 408 | 3-5-99 | 44 | M | ~~A~~ P | 16 | | | | | Dog | |
| GE 409 | 3-5-99 | 44 | F | ~~A~~ S | 117 | | | | | Dog | |
| GE 410 | 3-5-99 | 44 | F | S | 131 | | | | | Dog | |
| GE 411 | 3-5-99 | 44 | F | P | 1 | | | | | Dog | |
| GE 412 | 3-5-99 | 44 | M | P | 1 | | | | | Dog | |

G-2041

April

Revised 10/21/92

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9r 543 | 4-26-99 | 42 | m | P | 26 | | | | | Trap | FB |
| 9E 544 | 4-26-99 | 42 | m | | 28 | | | | | Trap | FB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2042

Revised 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9E 528 | 4-23-99 | 5 | M | P | 31 | | | | | Dog | FB |
| 9E 529 | 4-23-99 | 5 | M | P | 7 | | | | | Dog | |
| 9E 530 | 4-23-99 | 5 | F | P | 21 | | | | | Dog | |
| 9E 531 | 4-23-99 | 5 | M | P | 23 | | | | | Dog | |
| 9E 532 | 4-23-99 | 5 | F | P | 28 | | | | | Dog | |
| 9E 533 | 4-23-99 | 5 | F | P | 13 | | | | | Dog | |
| 9E 534 | 4-23-99 | 5 | F | P | 1 | | | | | Dog | |
| 9E 535 | 4-23-99 | 5 | F | P | 1 | | | | | Dog | |
| 9E 536 | 4-23-99 | 5 | M | P | 1 | | | | | Dog | |
| 9E 537 | 4-23-99 | 5 | M | P | 1 | | | | | Dog | |
| 9E 538 | 4-23-99 | 5 | M | P | 1 | | | | | Dog | |
| 9E 539 | 4-23-99 | 5 | F | P | 1 | | | | | Dog | |
| 9E 540 | 4-23-99 | 5 | F | P | 16 | | | | | Dog | |
| 9E 541 | 4-23-99 | 5 | M | P | 1 | | | | | Dog | |
| 9E 542 | 4-23-99 | 5 | F | P | 1 | | | | | Dog | FB |

G-2043

Revised 10/21/92

# SHFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-13 | 4-18-99 | 16 | F | P | 22 | | | | | Trap | 6-22-99 FB |
| 514 | 4-18-99 | 16 | F | P | 22 | | | | | Trap | B |
| 515 | 4-18-99 | 16 | F | P | 24 | | | | | Trap | B |
| 516 | 4-20-99 | 16 | F | P | 20 | | | | | Trap | |
| 517 | 4-20-99 | 16 | F | P | 15 | | | | | Trap | |
| 518 | 4-20-99 | 18 | M | P | 2 | | | | | Dog | |
| 519 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| 520 | 4-20-99 | 18 | M | P | 2 | | | | | Dog | |
| 521 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| 522 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| 523 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| 524 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| 525 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| 526 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | FB 6-22-99 |
| 527 | 4-23-99 | 18 | F | P | 26 | | | | | Dog | FB |

G-2044

Revised 10/21/02

# STHS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 498 | 4-16-99 | 29 | m | P | 1 | | | | | Dog | [illegible] |
| 499 | 4-17-99 | 27 | F | P | 20 | | | | | TRAP | |
| 500 | 4-17-99 | 27 | F | P | 17 | | | | | TRAP | |
| 501 | 4-17-99 | 27 | F | P | 18 | | | | | TRAP | |
| 502 | 4-17-99 | 27 | F | P | 18 | | | | | TRAP | |
| 503 | 4-17-99 | 27 | F | P | 19 | | | | | TRAP | |
| 504 | 4-17-99 | 27 | M | P | 45 | | | | | TRAP | |
| 505 | 4-17-99 | 27 | M | P | 43 | | | | | TRAP | |
| 506 | 4-17-99 | 27 | M | P | 10 | | | | | TRAP | |
| 507 | 4-11-99 | 27 | M | P | 18 | | | | | TRAP | |
| 508 | 4-17-99 | 27 | M | P | 17 | | | | | TRAP | |
| 509 | 4-17-99 | 27 | M | P | 15 | | | | | TRAP | |
| 510 | 4-17-99 | 27 | M | A | 176 | | | | | Trap | |
| | 4-17-99 | 27 | M | Y | 135 | | | | | Trap | [illegible] |
| | 4-18-99 | 16 | m | P | 24 | | | | | Trap | [illegible] |

G-2045

Revised 10/21/92

# STIFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YE 483 | 4-12-99 | 42 | M | P | 22 | | | | | Trap | i B 4-12-99 |
| YE 484 | 4-12-99 | 42 | M | P | 21 | | | | | Trap | B 4-12-99 |
| YE 485 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | FB 4-16-99 |
| YE 486 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | FB 4-16-99 |
| YE 487 | 4-16-99 | 29 | F | S | 122 | no | | | yes | Dog | FB |
| YE 488 | 4-16-99 | 29 | F | S | 127 | no | | | yes | Dog | |
| YE 489 | 4-16-99 | 29 | F | P | 2 | | | | | Dog | |
| YE 490 | 4-16-99 | 29 | F | P | 2 | | | | | Dog | |
| YE 491 | 4-16-99 | 29 | F | P | 1 | | | | | Dog | |
| YE 492 | 4-16-99 | 29 | F | P | 1 | | | | | Dog | |
| YE 493 | 4-16-99 | 29 | F | P | 1 | | | | | Dog | |
| YE 494 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | |
| YE 495 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | |
| YE 496 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | |
| YE 497 | 4-16-99 | 29 | M | P | 1 | | | | | Dog | |

G-2046

vised 10/21/92 APRIL 1999

SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9E 468 | 4-1-99 | 15 | F | P | 35 | | | | | Gun | [illegible] |
| 9E 469 | 4-1-99 | 15 | m | J | 84 | | | | | Gun | |
| 9E 470 | 4-1-99 | 15 | F | P | 29 | | | | | Gun | |
| 9E 471 | 4-2-99 | 17 | M | A | 149 | | | | | DOG | |
| 9E 472 | 4-2-99 | 17 | F | S | 94 | No | | | Yes | DOG | [illegible] |
| 9E 473 | 4-9-99 | 17 | F | P | 1 | | | | | Dog | 4-12-99 |
| 9E 474 | 4-9-99 | 17 | m | P | 1 | | | | | Dog | |
| 9E 475 | 4-9-99 | 17 | m | P | 1 | | | | | Dog | |
| 9E 476 | 4-9-99 | 17 | m | P | 1 | | | | | Dog | |
| 9E 477 | 4-9-99 | 17 | m | P | 1 | | | | | Dog | |
| 9E 478 | 4-9-99 | 17 | F | P | 1 | | | | | Dog | |
| 9E 479 | 4-10-99 | 18 | M | J | 99 | | | | | Dog | [illegible] |
| 9E 480 | 4-10-99 | 18 | F | Y | 85 | NO | | | yes | Dog | |
| 9E 481 | 4-10-99 | 18 | M | Y | 84 | | | | | Dog | |
| 9E 482 | 4-10-99 | 18 | m | Y | 94 | | | | | Dog | 4-12-95 [illegible] |

G-2047

Revised 10/21/92

May 1999

SHES WILD HOG DATA SHEET
1992-1993 Contract Period

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Killed | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ȜE 545 | 5-7-99 | 48 | M | A | 244 | | | | | Davy | FB |
| ȜE 546 | 5-7-99 | 48 | F | P | — | | | | | | |
| ȜE 547 | 5-7-99 | 48 | M | P | — | | | | | | |
| ȜE 548 | 5-7-99 | 48 | F | P | — | | | | | | |
| ȜE 549 | 5-7-99 | 48 | F | P | — | | | | | | |
| ȜE 550 | 5-7-99 | 48 | M | P | — | | | | | | |
| ȜE 551 | 5-7-99 | 48 | M | P | — | | | | | | |
| ȜE 552 | 5-7-99 | 48 | F | P | — | | | | | | |
| ȜE 553 | 5-7-99 | 48 | F | P | — | | | | | | |
| ȜE 554 | 5-7-99 | 48 | F | P | — | | | | | Davy | FB |
| ȜE 555 | 5-11-99 | 30 | M | A | 130 | | | | | [illegible] | FB |
| ȜE 556 | 5-11-99 | 30 | M | P | 30 | | | | | Davy | FB |
| ȜE 557 | 5-14-99 | 50 | F | P | — | | | | | Davy | |
| ȜE 558 | 5-14-99 | 50 | F | P | — | | | | | Davy | |
| ȜE 559 | 5-14-99 | 50 | M | P | — | | | | | Davy | |

G-2048

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number 3

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98E 560 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | FB |
| 98E 561 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | |
| 98E 562 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | |
| 98E 563 | 5-14-99 | 50 | M | P | 1 | | | | | Dog | |
| 98E 564 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | |
| 98E 565 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | FB |
| 98E 566 | 5-14-99 | 50 | M | P | 32 | | | | | Dog | TB |
| 98E 567 | 5-21-99 | 20 | F | P | 9 | | | | | Trap | TB |
| 98E 568 | 5-21-99 | 20 | M | P | 8 | | | | | Trap | |
| 98E 569 | 5-21-99 | 20 | F | P | 8 | | | | | Trap | |
| 98E 570 | 5-21-99 | 20 | M | P | 13 | | | | | Trap | |
| 98E 571 | 5-21-99 | 20 | M | P | 14 | | | | | Trap | |
| 98E 572 | 5-21-99 | 20 | M | P | 8 | | | | | Trap | |
| 98E 573 | 5-21-99 | 20 | M | P | 14 | | | | | Trap | |
| 98E 574 | 5-21-99 | 20 | M | P | 10 | | | | | Trap | TB |

G-2049

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ME 75 | 5-21-99 | 20 | F | P | 10 | | | | | Trap | TB |
| ME 576 | 5-21-99 | 20 | M | P | 6 | | | | | Trap | |
| ME 577 | 5-22-99 | 44 | F | P | 4 | | | | | Dog | |
| ME 578 | 5-22-99 | 44 | m | P | 6 | | | | | Dog | |
| ME 579 | 5-22-99 | 44 | m | P | 13 | | | | | Dog | |
| ME 580 | 5-22-99 | 44 | m | P | 10 | | | | | Dog | |
| ME 581 | 5-22-99 | 44 | m | P | 8 | | | | | Dog | |
| ME 582 | 5-22-99 | 44 | F | P | 10 | | | | | Dog | |
| ME 583 | 5-22-99 | 36 | m | P | 1 | | | | | Dog | |
| ME 584 | 5-22-99 | 36 | m | P | 1 | | | | | Dog | |
| ME 585 | 5-22-99 | 36 | F | P | 2 | | | | | Dog | |
| ME 586 | 5-22-99 | 36 | F | P | 1 | | | | | Dog | TB |
| ME 587 | 5-27-99 | 20 | m | P | 10 | | | | | Dog | FB |
| ME 588 | 5-27-99 | 20 | M | P | 6 | | | | | Dog | |
| 579 | 5-27-99 | 20 | M | P | 7 | | | | | Dog | |

G-2050

Revised 10/21/92

# STIFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9E 590 | 5-22-99 | 20 | M | P | 8 | | | | | Dog | FB |
| 9E 591 | 5-28-99 | 14 | F | P | 5 | | | | | Dog | |
| 9E 592 | 5-28-99 | 14 | F | P | 4 | | | | | Dog | |
| 9E 593 | 5-28-99 | 14 | F | P | 9 | | | | | Dog | |
| 9E 594 | 5-28-95 | 14 | M | P | 11 | | | | | Dog | FB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2051

[illegible]

# SHES WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YE 595 | 6-2-99 | 32 | F | P | 6 | | | | | Dog | FB 6-4-99 |
| YE 596 | 6-2-99 | 32 | F | P | 10 | [illegible] | [illegible] | | | Dog | 6-4-99 |
| YE 597 | 6-2-99 | 32 | M | P | 7 | | [illegible] | | | Dog | 6-4-99 |
| YE 598 | 6-2-99 | 32 | F | P | 12 | | | | | Dog | 6-4-99 |
| YE 599 | 6-4-99 | 44 | F | P | 1 | | | | | Dog | |
| YE 600 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| YE 601 | 6-4-99 | 44 | F | P | 1 | | | | | Dog | |
| YE 602 | 6-4-99 | 44 | F | P | 1 | | | | | Dog | |
| YE 603 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| YE 604 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| YE 605 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| YE 606 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| YE 607 | 6-4-99 | 44 | F | P | 1 | | | | | Dog | FB |
| YE 608 | 6-5-99 | 44 | M | A | 187 | 1 | | | [illegible] | DOG | ON hog BARN ROAD ROTTEN |
| YE 609 | 6-5-99 | 44 | M | A | 208 | 1 | | | | DOG | |

G-2052

Rev. 10/21/92

# SHPS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 610 | 6-6-99 | 44 | M | J | 81 | | | | | DoG | |
| 611 | 6-6-99 | 44 | M | P | 18 | | | | | DoG | |
| 612 | 6-6-99 | 44 | F | P | 8 | | | | | DoG | |
| 613 | 6-6-99 | 44 | F | P | 7 | | | | | DoG | |
| 614 | 6-6-99 | 44 | M | P | 14 | | | | | DoG | |
| 615 | 6-6-99 | 44 | M | J | 45 | | | | | DoG | |
| 616 | 6-6-99 | 44 | F | J | 88 | | | | | DoG | |
| 617 | 6-18-99 | 44 | M | A | 228 | | | | | DoG | |
| 618 | 6-18-99 | 44 | M | P | 63 | | | | | DoG | |
| 619 | 6-18-99 | 44 | F | P | 53 | | | | | DoG | |
| 620 | 6-18-99 | 44 | F | P | 39 | | | | | DoG | |
| 621 | 6-19-99 | 44 | M | A | 278 | | | | | DoG | |
| 622 | 6-19-99 | 44 | M | A | 243 | | | | | TRAP | F14 |
| 623 | 6-25-99 | 44 | M | P | 8 | | | | | Dog | |
| 624 | 6-25-99 | 44 | M | P | 16 | | | | | Dog | |

Rev'd 10/21/92

# SHES WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98 625 | 6-25-99 | 44 | M | J | 57 | | | | | Dog | (13) [illegible] |
| 98 626 | 6-25-99 | 44 | M | J | 60 | | | | | Dog | |
| 98 627 | 6-25-99 | 44 | F | A | 181 | | | | NO | Dog | |
| 98 628 | 6-25-99 | 44 | M | P | 1 | | | | | Dog | |
| 98 629 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| 98 630 | 6-25-99 | 44 | M | P | 1 | | | | | Dog | |
| 98 631 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| 98 632 | 6-25-99 | 44 | M | P | 1 | | | | | Dog | |
| 98 633 | 6-25-99 | 44 | M | P | 1 | | | | | Dog | |
| 98 634 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| 98 635 | 6-25-99 | 44 | M | P | 1 | | | | | Dog | |
| 98 636 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| 98 637 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| 98 638 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| 98 639 | 6-25-99 | 44 | M | P | 1 | | | | | Dog | FB [illegible] |

G-2054

Rvsd 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SE ·0 | 6-25-99 | ·44 | F | P | 1 | | | | | Dog | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

July 99

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7-1-99 | 48 | F | P | 9 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | P | 8 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | P | 6 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | P | 8 | | | | | Trap | WD |
| | 7-1-99 | 48 | F | A | 86 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | J | 48 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | Y | 85 | | | | | Trap | WD |
| | 7-1-99 | 48 | F | A | 140 | | | | No | Trap | WD |
| | 7-9-99 | 45 | | | | | | | | out side Trap | Shot LOST |
| | 7-9-99 | 45 | | | | | | | | " | Shot Lost |
| | 7-9-99 | 45 | | | | | | | | " | Shot LOST |
| | 7-9-99 | 45 | | | | | | | | " | Shot LOST |
| | 7-9-99 | 45 | M | Y | 80 | | | | | TRAP | FB |
| | 7-9-99 | 45 | M | Y | 80 | | | | | Trap | FB |
| | 7-9-99 | 45 | M | Y | 80 | | | | | Trap | FB |

G-2056

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

July 99

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 641 | 7-9-99 | 45 | M | Y | 80 | | | | | Trap | FB |
| 642 | 7-9-99 | 45 | M | Y | 120 | | | | | Trap | FB |
| 643 | 7-9-99 | 45 | M | Y | 80 | | | | | Trap | FB |
| 644 | 7-9-99 | 45 | F | Y | 70 | | | | YES | Trap | FB |
| 645 | 7-13-99 | 45 | F | A | 120 | | | | | TRAP | FB |
| 646 | 7-13-99 | 45 | F | ? | 10 | | | | | TRAP | FB |
| 647 | 7-13-99 | 16 | M | A | 115 | | | | | TRAP | FB |
| 648 | 7-20-99 | 16 | M | A | 100 | | | | | Dog | FB |
| 649 | 7/20/99 | 45 | M | A | 160 | | | | | TRAP | FB |
| 650 | 7/30/99 | 44 | M | A | 140 | | | | | Dog | FB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2057

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

August. 99

Page Number 1

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant | | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes or No | No. of Fetuses | | | | |
| 651 | 8-5-99 | 44 | m | P | 22 | | | | | TRAP | FB |
| 652 | | | m | P | 22 | | | | | | |
| 653 | | | M | P | 20 | | | | | | |
| 654 | | | m | P | 20 | | | | | | |
| 655 | | | m | P | 18 | | | | | | |
| 656 | | | m | P | 15 ✓ | | | | | | |
| 657 | | | F | P | 23 ✓ | — | — | | | | |
| 658 | | | F | P | 22 ✓ | — | — | | | | |
| 659 | | | F | P | 18 ✓ | — | — | | | | |
| 660 | | | F | P | 15 ✓ | — | — | | | | |
| 661 | | | F | P | 15 ✓ | — | — | | | | |
| 662 | | | F | P | 10 ✓ | — | — | | | TRAP | |
| 663 | 8-7-99 | 45 | M | J | 70 | — | — | | | TRAP | |
| 664 | 8-7-99 | 45 | m | J | 80 | — | — | | | TRAP | |
| 665 | 8-7-99 | 45 | m | J | 80 | — | — | | | TRAP | FB |

G-2058

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

August

Page Number 2

Show new man How

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 666 | 8-16-99 | 62 | F | J | 70 | — | — | | | Dog | |
| 667 | 8-20-99 | 62 | m | J | 70 | — | — | | | Dog | |
| 668 | 8-28-99 | 62 | | P | 20 | — | — | | | TRAP | |
| 669 | | 62 | | P | 20 | — | — | | | | |
| 670 | | 62 | | P | 20 | — | — | | | | |
| 671 | | 45 | | J | 40 | — | — | | | | |
| 672 | | | | J | 35 | — | — | | | | |
| 673 | | | | J | 40 | — | — | | | | |
| 674 | | | F | A | 160 | ? Y | | 5 male 2 female 9? | | | |
| 675 | | | M | A | 200 | — | — | | | | |
| 676 | / | / | M | A | 200 | — | — | | | / | |
| 677 | | | | | | | | | | | |
| 678 | | | | | | | | | | | |
| 679 | | | | | | | | | | | |
| 680 | | | | | | | | | | | |

FB FB FB FB

G-2059

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

Sept. 99

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 677 | 9/8/99 | 45 | F | J | 50 | Y | | 5-F 9.5" 4-m | No | Dog | FB |
| 678 | 9/8/99 | 45 | F | J | 55 | Y | | 8 M 4/4 F 6.75" | NO | Dog | FB |
| 679 | 9/8/99 | 35 | m | J | 85 | N | — | — | — | Dog | FB |
| 680 | 9/8/99 | 75 | m | J | 35 | N | | | — | Dog | FB |
| 681 | 9/8/99 | 75 | m | J | 35 | N | | | — | Dog | FB |
| 682 | 9/8/99 | 75 | | A | 140 | | | | Y | Dog | FB |
| 683 | 9/10/99 | 45 | m | A | 325 | | | | | TRAP | TB |
| Jim — 674 | 9/11/99 | " | F | J | 100 | Y | 3 | [illegible] | | BG Dog | TB |
| 685 | 9/12/99 | 57 | m | A | 300 | — | — | — | — | TRAP | TB |
| 686 | 9/19/99 | 57 | M | J | 90 | | | | | TRAP | TB |
| 687 | 9/19/99 | 57 | F | J | 85 | ~~Y~~ No | — | — | N | TRAP | TB |
| 688 | 9/9/99 | 57 | F | J | 90 | ~~Y~~ No | — | — | N | TRAP | TB |
| 689 | 9/23/99 | 57 | m | J | 60 | — | — | — | — | Dog | FB |
| 690 | 9/27/99 | 57 | F | J | 45 | | | | | TRAP | FB |
| 691 | 9/27/99 | 57 | M | J | 35 | | | | | TRAP | FB |

G-2060

Dept - 44

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 692 | 9/27/99 | 57 | M | J | 58 | | | | | TRAP | FB |
| 693 | 9/29/99 | 57 | F | P | 12 | — | — | — | — | Dog | FB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2061

October - 44

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant | | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes or No | No. of Fetuses | | | | |
| 694 | 10/12/99 | 47 | m | J | 100 | | | | | TRAP | FAB |
| 695 | 10/21/99 | 47 | m | J | 70 | | | | | Dog | FAB |
| 696 | | 47 | m | J | 70 | | | | | | FAB |
| 697 | | 47 | m | J | 70 | | | | | | FAB |
| 698 | | 47 | m | J | 70 | | | | | | FAB |
| 699 | 10/21/99 | 47 | F | A | 300 | | | | | | FAB |
| 700 | 10/22/99 | 47 | m | A | 140 | | | | | Dog | FAB |
| 701 | 10/25/99 | 47 | m | A | 160 | | | | | TRAP | FAB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Still in woods could handle by myself

In Ribbin

G-2062

Nov - 1999

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant | | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes or No | No. of Fetuses | | | | |
| | 11-29-99 | | | | EST 240 | | | | | Dog FDB | LEFT IN WOODS 11-29 |
| | 11-30-99 | | | | 100 | Y | | | | Dog FDB | 11/30 |
| | 11-3099 | | | | 100 | Y | | | | Dog FDB | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2063

A127-a