# BEAVER TRAPPING SITES FY-92--FY-97 - 98 - 99

| SITE NUMBER AND LOCATION | GRID |
|---|---|
| SITE 1--BEHIND SUB-STATION (2G) OFF ROAD F | N5-W1 |
| SITE 2--LEIGH ROAD | S3-W4 |
| SITE 3--BUSH BRABUM ROAD (TURTLE STUDY AREA) | S7-E1 |
| SITE 4--WILLIAMS ROAD | S2-W4 |
| SITE 5--OLD DUNBARTON ROAD AT TRESSLE (SREL SET ASIDE) | S5-E3 |
| SITE 6--PARKS CHURCH ROAD | S4-W4 |
| SITE 7--BANNANA ROAD (CULVERTS ALONG POWERLING) | S4-W4-N2-E2 |
| SITE 8--FIRE POND ROAD F | N2-E2 |
| SITE 9--POWER LINE FROM K-REACTOR (PEN BRANCH) | S3-W2 |
| SITE 10--ROAD B PAST RAILROAD YARD TOWARD PAR POND | S2=E6 |
| SITE 11--FIRE POND #1 ROAD F PAST Z AREA | N3-E1 |
| SITE 12--MEYERS MILL (SREL SET ASIDE) | S5-E2 |
| SITE 13--ROAD H | N1-E4 |
| SITE 14--MILL CREEK SET ASIDE | N6-E2 |
| SITE 15--HWY 278 NEAR BARRICADE 3 | N8-E8 |
| SITE 16--RISHER POND ROAD (CULVERTS ALONG POWERLINE) | S5-W5 |
| SITE 17--NORTH BY-PASS AT RAILROAD | S2-W7 |
| SITE 18--K TO L WATERLINE | S3-W1 |
| SITE 19--BEAVER POND ON STEED POND ROAD | N4-W6 |
| SITE 20--TNX | S3-W7 |
| SITE 21-- CYPRESS BRIDGE ROAD | S9-E1 |
| SITE 22--FOUR MILE DELTA--CONTACT MIKE REED (SREL) | S6-W7 |
| SITE 23--ROBBINS STATION | S7-W2 |

G-0530

| | |
|---|---|
| SITE 24--400-D POWERHOUSE--(DAVID COLE) | S4-W7 |
| SITE 25-- H.P. MONITOR STATION #52 | N2-W1 |
| SITE 26--MILL CREEK OFF NAVY SITE ROAD | N5-E3 |
| SITE 27--WOODWARD ROAD AT MILL CREEK | N2-E3 |
| SITE 28--STEEL CREEK BAY (BOBBY KENNEMER)(TRAP AT CULVERT ONLY) | S6-E1 |
| SITE 29--INDIAN GRAVE BRANCH---K-OUTFALL | S3-W3 |
| SITE 30--FOURMILE BRANCH BELOW H AREA ON POWERLINE | N2-W2 |
| SITE 31--POND ON PROPERTY LINE EAST OF LAURA WEEKS ROAD | N7-E9 |
| SITE 32--WHERE INDIAN GRAVE AND K-CANAL MEET | S3-W3 |
| SITE 33--WATER GAP -- JUST BEFORE ROCK ROAD | S8-W2 |
| SITE 35--C AREA OUTFALL | W3-S1 |
| SITE 36--P AREA OUTFALL | E3-S2 |
| SITE 37-- PEN BRANCH DELTA | S7-W4 |
| SITE 38--MEMORIAL BEACH ROAD | N8-E2 |
| SITE 39--ROAD C--BETWEEN LANDFILL AND BRIDGE | N3-W4 |
| SITE 40--ACROSS FROM H-AREA (HP-52) | W1-N2 |
| SITE 41--PATTERSON MILL ROAD AT CREEK (CULVERT) | E8-S4 |
| SITE 42--YOUMAN RD. | S2-E1 |
| SITE 43--3-700 AREA BEHIND MOTOR POOL AREA | N6-W6 |
| SITE 44--4 MILE CREEK AT RD. C CULVERT # 603-48G | N2-W3 |
| SITE 45--H-AREA | N3-W1 |
| SITE 46--ROAD C--BEFORE THREE RUNS CREEK | N3-W4 |
| SITE 47--COMPT. 16 TIMMS BRANCH | N4-W5 |
| SITE 48--COMPT.1 CRACKERNECK ROAD CULVERT AND POND | N1-W10 |
| SITE 49--ROAD C AT FOURMILE | N2-W2 |
| Site 50-- CHIPS Rd. | N1-W3 |
| Site 51- Atta Range | |
| Site 52- GAP Study | |
| Site 53 - Rd 4 - near "C" Hwy. | |

G-0531