[illegible] Jan - 1999

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | [illegible] |
|---|---|---|---|---|---|
| 696 | 20-99 | M | 40 | 7 | ✓ |
| 697 | 20-99 | F | 40 | 2 | ✓ |
| 698 | 20-99 | M | 40 | 2 | ✓ |
| 699 | 20-99 | M | 50 | 12 | ✓ |
| 700 | 20-99 | F | 40 | 43 | ✓ |
| 701 | 21-99 | F | 18 | 37 | ✓ |
| 702 | 21-99 | M | 38 | 37 | ✓ |
| 703 | 21-99 | F | 40 | 37 | ✓ |
| 704 | 21-99 | F | 40 | 37 | ✓ |
| 705 | 21-99 | F | 40 | 37 | ✓ |
| 706 | 21-99 | M | 35 | 24 | ✓ |
| 707 | 21-99 | F | 40 | 24 | ✓ |
| 708 | 21-99 | F | 40 | 24 | ✓ |
| 709 | 21-99 | M | 45 | 24 | ✓ |
| 710 | 22-99 | M | 2 | 24 | ✓ Dumped |
| 711 | 22-99 | M | 2 | 24 | ✓ |
| 712 | 22-99 | M | 2 | 24 | ✓ |
| 713 | 22-99 | M | 2 | 24 | ✓ |
| 714 | 22-99 | F | 50 | 24 | ✓ |
| 715 | 22-99 | F | 50 | 20 | ✓ |
| 716 | 22-99 | M | 40 | 30 | ✓ |
| 717 | 22-99 | F | 40 | 30 | ✓ |
| 718 | 22-99 | F | 20 | 42 | ✓ |
| 719 | 22-99 | F | 20 | 42 | ✓ |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED HP |
|---|---|---|---|---|---|
| 720 | 23-99 | M | 20 | 52 | ✓ |
| 721 | 23-99 | F | 14 | 52 | ✓ |
| 722 | 24-99 | M | 14 | 52 | ✓ |
| 723 | 24-99 | F | 51 | 51 | ✓ |
| 724 | 24-99 | M | 40 | 51 | ✓ |
| 725 | 25-99 | F | 2 | 51 | ✓ |
| 726 | 25-99 | F | 2 | 51 | ✓ |
| 727 | 26-99 | F | 2 | 51 | ✓ |
| 728 | 27-99 | F | 2 | 51 | ✓ |
| 729 | 27-99 | M | 14 | 45 | ✓ |
| 730 | 28-99 | F | 20 | 44 | ✓ |
| 731 | 28-99 | F | 30 | 47 | ✓ |
| 732 | 29-99 | M | 35 | 47 | ✓ |
| 733 | 29-99 | F | 20 | 47 | ✓ |
| 734 | 30-99 | F | 35 | 47 | ✓ |
| 735 | 30-99 | M | 60 | 47 | ✓ |
| 736 | 31-99 | F | 45 | 44 | ✓ |
| 737 | 31-99 | F | 20 | 45 | ✓ |
| 738 | 31-99 | M | 15 | 47 | ✓ |

Jan. 1999

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 1 | 2-1-99 | M | 20 | 20 | ✓ Davenport 2-8-99 |
| 2 | 2-1-99 | F | 30 | 20 | ✓ |
| 3 | 2-2-99 | M | 35 | 14 | ✓ |
| 4 | 2-2-99 | M | 20 | 19 | ✓ |
| 5 | 2-2-99 | F | 25 | 26 | ✓ |
| 6 | 2-2-99 | M | 14 | 33 | ✓ |
| 7 | 2-2-99 | F | 14 | 20 | ✓ |
| 8 | 2-3-99 | M | 35 | 39 | ✓ |
| 9 | 2-3-99 | M | 30 | 38 | ✓ |
| 10 | 2-4-99 | F | 35 | 38 | ✓ |
| 11 | 2-4-99 | M | 30 | 29 | ✓ |
| 12 | 2-4-99 | F | 25 | 29 | ✓ |
| 13 | 2-4-99 | F | 40 | 37 | ✓ |
| 14 | 2-5-99 | M | 40 | 37 | ✓ |
| 15 | 2-5-99 | F | 7 | 37 | ✓ |
| 16 | 2-5-99 | M | 7 | 37 | ✓ |
| 17 | 2-5-99 | F | 7 | 37 | ✓ |
| 18 | 2-5-99 | F | 7 | 37 | ✓ |
| 19 | 2-6-99 | M | 35 | 21 | ✓ |
| 20 | 2-6-99 | F | 35 | 19 | ✓ |
| 21 | 2-6-99 | F | 20 | 20 | ✓ |
| 22 | 2-7-99 | M | 50 | 33 | ✓ |
| 23 | 2-7-99 | M | 45 | 33 | ✓ |
| 24 | 2-7-99 | F | 50 | 33 | ✓ |

| BEAVER NO. | DATE | SEX | WEIGHT | SIZE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 25 | 2-7-99 | m | 4 | 33 | Dewayne 2-8-99 |
| 26 | 2-7-99 | F | 4 | 33 | ✓ |
| 27 | 2-7-99 | m | 4 | 33 | ✓ |
| 28 | 2-7-99 | F | 4 | 33 | ✓ |
| 29 | 2-8-99 | F | 26 | 37 | ✓ |
| 30 | 2-9-99 | F | 30 | 37 | ✓ |
| 31 | 2-9-99 | m | 20 | 37 | ✓ |
| 32 | 2-9-99 | F | 14 | 37 | ✓ |
| 33 | 2-10-99 | m | 14 | 37 | ✓ |
| 34 | 2-10-99 | m | 20 | 37 | ✓ |
| 35 | 2-11-99 | m | 23 | 37 | FB |
| [illegible] | [illegible] | [illegible] | [illegible] | 1 | FB |
| [illegible] | [illegible] | [illegible] | [illegible] | 2 | TB |
| 38 | 2-1[illegible]-99 | F | 25 | 14 | TB |
| 39 | 2-26-99 | m | 31 | 53 | FB |
| 40 | 2-26-99 | F | 15 | 53 | FB |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 41 | [illegible] | m | [illegible] | 14 | ✓ [illegible] |
| 42 | [illegible] | [illegible] | [illegible] | 14 | ✓ [illegible] |
| 43 | [illegible] | m | [illegible] | 14 | ✓ [illegible] |
| 44 | 3-3-99 | m | 15 | 20 | |
| 45 | 3-3-99 | F | 30 | 20 | |
| 46 | 3-4-99 | m | 30 | 20 | |
| 47 | 3-4-99 | m | 35 | 20 | |
| 48 | 3-5-99 | F | 25 | 20 | |
| 49 | 3-5-99 | M | 50 | 37 | |
| 50 | 3-5-99 | F | 20 | 37 | |
| 51 | 3-5-99 | m | 25 | 22 | |
| 52 | 3-6-99 | F | 35 | 22 | |
| 53 | 3-6-99 | F | 40 | 23 | |
| 54 | 3-6-99 | F | 40 | 23 | |
| 55 | 3-6-99 | m | 20 | 37 | |
| 56 | 3-7-99 | m | 45 | 23 | |
| 57 | 3-7-99 | m | 50 | 14 | |
| 58 | 3-7-99 | F | 20 | 14 | |
| 59 | 3-8-99 | F | 30 | 22 | |
| 60 | 3-8-99 | m | 25 | 24 | |
| 61 | 3-8-99 | F | 2 | 24 | |
| 62 | 3-9-99 | F | 2 | 24 | |
| 63 | 3-9-99 | F | 2 | 24 | |
| 64 | 3-10-99 | F | 2 | 24 | [illegible] |

[illegible]

| BEAVER NO. | DATE | SEX | WEIGHT | SIZE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 65 | 3-11-99 | M | 60 | 24 | [illegible] |
| 66 | 3-12-99 | F | 40 | 20 | |
| 67 | 3-13-99 | M | 50 | 20 | |
| 68 | 3-13-99 | F | 20 | 1 | |
| 69 | 3-14-99 | M | 25 | 1 | |
| 70 | 3-14-99 | F | 60 | 30 | |
| 71 | 3-15-99 | F | 30 | 25 | |
| 72 | 3-16-99 | F | 20 | 20 | |
| 73 | 3-17-99 | M | 35 | 20 | |
| 74 | 3-18-99 | M | 20 | 42 | |
| 75 | 3-19-99 | F | 35 | 3 | |
| 76 | 3-20-99 | M | 40 | 3 | |
| 77 | 3-21-99 | F | 50 | 7 | |
| 78 | 3-22-99 | M | 25 | 20 | |
| 79 | 3-23-99 | F | 14 | 7 | |
| 80 | 3-23-99 | F | 60 | 41 | |
| 81 | 3-24-99 | F | 35 | 43 | |
| 82 | 3-25-99 | M | 40 | 4 | [illegible] |
| 83 | 3-26-99 | F | 20 | 2 | [illegible] |

paid 1st

April 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 84 | 4-1-99 | M | 40 | 2 | FK |
| 85 | 4-1-99 | M | 35 | 1 | |
| 86 | 4-3-99 | F | 40 | 50 | |
| 87 | 4-4-99 | m | 35 | 41 | |
| 88 | 4-4-99 | F | 40 | 43 | |
| 89 | 4-5-99 | M | 40 | 42 | |
| 90 | 4-5-99 | F | 25 | 1 | |
| 91 | 4-5-99 | m | 40 | 7 | |
| 92 | 4-6-99 | m | 40 | 2 | |
| 93 | 4-6-99 | F | 25 | 9 | |
| 94 | 4-7-99 | m | 20 | 20 | |
| 95 | 4-7-99 | F | 15 | 20 | |
| 96 | 4-8-99 | m | 15 | 20 | |
| 97 | 4-8-99 | F | 30 | 20 | |
| 98 | 4-8-99 | F | 35 | 20 | |
| 99 | 4-9-99 | m | 35 | 20 | |
| 100 | 4-9-99 | M | 30 | 37 | |
| 101 | 4-10-99 | m | 35 | 29 | |
| 102 | 4-10-99 | m | 40 | 29 | |
| 103 | 4-10-99 | m | 40 | 37 | |
| 104 | 4-11-99 | F | 25 | 37 | |
| 105 | 4-11-99 | m | 20 | 23 | |
| 106 | 4-11-99 | F | 20 | 23 | FB |
| 107 | 4-20-99 | m | 40 | 7 | [illegible] |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 108 | 4-20-99 | F | 95 | 7 | [illegible] |
| 109 | 5-3-99 | m | 30 | 12 | |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 109b | 5-1-99 | M | 30 | 1 | |
| 110 | 5-1-99 | F | 25 | 12 | |
| 111 | 5-2-99 | M | 30 | 5 | |
| 112 | 5-2-99 | F | 35 | 14 | |
| 113 | 5-3-99 | M | 17 | 7 | |
| 114 | 5-3-99 | F | 17 | 12 | |
| 115 | 5-4-99 | M | 17 | 1 | |
| 116 | 5-4-99 | F | 14 | 16 | |
| 117 | 5-4-99 | F | 35 | 17 | |
| 118 | 5-5-99 | M | 40 | 8 | |
| 119 | 5-5-99 | M | 20 | 20 | |
| 120 | 5-6-99 | F | 10 | 20 | |
| 121 | 5-6-99 | F | 8 | 10 | |
| 122 | 5-7-99 | M | 7 | 21 | |
| 123 | 5-8-99 | M | 25 | 23 | |
| 124 | 5-8-99 | F | 30 | 2 | |
| 125 | 5-9-99 | M | 40 | 14 | |
| 126 | 5-9-99 | F | 25 | 24 | |
| 127 | 5-10-99 | F | 26 | 23 | |
| 128 | 5-10-99 | M | 30 | 7 | |
| 129 | 5-11-99 | M | 35 | 43 | |
| 130 | 5-11-99 | M | 40 | 20 | |
| 131 | 5-12-99 | F | 20 | 4 | |
| 132 | 5-12-99 | M | 10 | 20 | |

May 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 133 | 5-13-99 | M | 25 | 42 | |
| 134 | 5-14-99 | F | 30 | 51 | |
| 135 | 5-14-99 | M | 35 | 2 | |
| 136 | 5-15-99 | M | 30 | 42 | |
| 137 | 5-16-99 | F | 40 | 51 | |
| 138 | 5-16-99 | F | 20 | 1 | |
| 139 | 5-17-99 | M | 50 | 43 | |
| 140 | 5-18-99 | F | 20 | 39 | |
| 141 | 5-18-99 | M | 20 | 28 | |
| 142 | 5-19-99 | F | 14 | 38 | |
| 143 | 5-20-99 | F | 30 | 3 | |
| 144 | 5-21-99 | F | 7 | 21 | |
| 145 | 5-21-99 | M | 17 | 23 | |
| 146 | 5-22-99 | M | 27 | 27 | |
| 147 | 5-23-99 | F | 18 | 2 | |
| 148 | 5-24-99 | F | 30 | 24 | |
| 149 | 5-25-99 | M | 40 | 8 | |
| 150 | 5-26-99 | M | 25 | 38 | |
| 151 | 5-27-99 | F | 30 | 23 | |
| 152 | 5-28-99 | F | 40 | 7 | |
| 153 | 5-28-99 | F | 25 | 31 | |
| 154 | 5-29-99 | F | 20 | 5 | |
| 155 | 5-30-99 | F | 20 | 5 | |
| 156 | 5-30-99 | M | 28 | 4 | |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 157 | 5-31-99 | m | 35 | 14 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

June 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 158 | 6-1-99 | M | 25 | 1 | |
| 159 | 6-1-99 | F | 30 | 20 | |
| 160 | 6-2-99 | M | 35 | 2 | |
| 161 | 6-2-99 | F | 28 | 8 | |
| 162 | 6-3-99 | F | 35 | 25 | |
| 163 | 6-3-99 | F | 25 | 29 | |
| 164 | 6-3-99 | M | 30 | 25 | |
| 165 | 6-3-99 | M | 25 | 25 | |
| 166 | 6-3-99 | F | 30 | 38 | |
| 167 | 6-4-99 | M | 28 | 36 | |
| 168 | 6-5-99 | F | 30 | 5 | |
| 169 | 6-5-99 | M | 35 | 42 | |
| 170 | 6-6-99 | M | 35 | 29 | |
| 171 | 6-6-99 | M | 40 | 36 | |
| 172 | 6-7-99 | F | 45 | 5 | |
| 173 | 6-7-99 | F | 25 | 42 | |
| 174 | 6-8-99 | F | 19 | 42 | |
| 175 | 6-9-99 | F | 35 | 35 | |
| 176 | 6-10-99 | M | 26 | 43 | |
| 177 | 6-10-99 | [illegible] | 30 | 33 | |
| 178 | 6-11-99 | F | 20 | 7 | |
| 179 | 6-12-99 | M | 28 | 31 | |
| 180 | 6-12-99 | F | 30 | 43 | |
| 181 | 6-13-99 | [illegible] | 40 | 33 | |

BEAVER CONTROL [illegible] 11

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 182 | 6-14-99 | F | 40 | 26 | |
| 183 | 6-15-99 | M | 40 | 26 | |
| 184 | 6-16-99 | [illegible] | 7 | 26 | |
| 185 | 6-16-99 | F | 7 | 26 | |
| 186 | 6-16-99 | M | 7 | 26 | |
| 187 | 6-17-99 | F | 7 | 26 | |
| 188 | 6-17-99 | F | 25 | 21 | |
| 189 | 6-[illegible] | M | 30 | 21 | |
| 190 | 6-18-99 | M | 21 | 21 | |
| 191 | 6-19-99 | M | 15 | 20 | |
| 192 | 6-19-99 | F | 14 | 20 | |
| 193 | 6-20-99 | M | 30 | 14 | |
| 194 | 6-20-99 | F | 40 | 14 | |
| 195 | 6-21-99 | F | 60 | 18 | |
| 196 | 6-21-99 | M | 45 | 7 | |
| 197 | 6-22-99 | F | 20 | 18 | |
| 198 | 6-22-99 | [illegible] | 20 | 18 | |
| 199 | 6-23-99 | M | 35 | 10 | |
| 200 | 6-24-99 | [illegible] | 40 | 5 | |
| 201 | 6-24-99 | [illegible] | 20 | 5 | |
| 202 | 6-25-99 | [illegible] | 10 | 4 | |
| 203 | 6-25-99 | [illegible] | 14 | 6 | |
| 204 | 6-26-99 | [illegible] | 20 | 23 | |
| 205 | 6-26-99 | [illegible] | 35 | 23 | |

BEAVER CONTROL FY- 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED HP |
|---|---|---|---|---|---|
| 206 | 6-27-99 | M | 35 | 16 | |
| 207 | 6-28-99 | F | 20 | 26 | |
| 208 | 6-29-99 | M | 35 | 1 | |
| 209 | 6-29-99 | F | 7 | 23 | |
| 210 | 6-30-99 | F | 7 | 23 | |
| 211 | 6-30-99 | F | 7 | 23 | |
| 212 | 6-30-99 | F | 7 | 23 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

August 99

| | BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY [redacted] |
|---|---|---|---|---|---|---|
| X | 213 | 8-1-99 | F | 35 LBS | 1 | FB |
| | 214 | 8-3-99 | m | 50 | 23 | FB |
| | 215 | 8-12-99 | F | 30 LBS | 23 | FB |
| | 216 | 8-15-99 | F | 30 | 23 | FB |
| [illegible] | 217 | 8-16-99 | — | — | Baffle [illegible] | FB |
| | 218 | 8-16-99 | m | 20 | Baffle | FB |

Sept-99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 219 | 9/2/99 | m | 35 | Beaver Baffle | FB |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 230 | 12/8/99 | M | 20 | ROBBIN STATION | PART. EATEN BOBCAT FB |
| 231 | 12/25/99 | M | 20 | chips | FB |
| 232 | 12/25/99 | M | 30 | Chips | FB |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |