5-6-99

Frankie,

I'm very sorry that I haven't gave the USFS contracts (Beaver/ Culvert cleaning) my full attention. I have been on vacation for the last couple of days, and haven't performed very much trapping / culvert cleaning for the latter part of April or the first week of May. My family and I have had some family problems concern the school shooting in Coloroado.

If engineering has any problem areas that need additional attention please give me a list and I will correct the problem areas ASAP. My beeper # is 16798 and phone numbers are 869-8226 home and Office is 863-0220.

Thanks,

N.D. [signature]

USDA Forest Service

FS-6300-20 (12/85)

**CONTRACT DAILY DIARY**
(Reference FSH 6309.11)

1. FOREST: SRI

2. CONTRACT NO.: 43-4660-9-0016

3. PROJECT: HOG CONTROL

4. CONTRACTOR: W.D. HOOKER

5. CONTRACTOR'S REPRESENTATIVE ON SITE: GOLDMAN ELLER FRANKIE BROOKS

6. GOVERNMENT OFFICIALS ON SITE:

| | | | | |
|---|---|---|---|---|
| 7. DATE 12-17-98 | 8. DAY OF WEEK | 9. TIME ARRIVED | 10. TIME DEPARTED | 11. WEATHER |
| 12. TEMPERATURE *Min.* *Max.* | 13. GROUND COND. | 14. CONTRACT TIME | 15. DAYS USED | 16. COMPLETION DATE |
| 17. TIME USED (%) | 18. WORK COMPLETED (%) | 19. WORK ON SCHEDULE Yes X[ ] No [ ] | 20. CONTRACTOR'S WORK Acceptable [ ] Unacceptable | |

21. CHANGE ORDERS / AMENDMENTS ISSUED

22. WORK ORDERS ISSUED (Include SUSPEND/RESUME)

23. MATERIALS FURNISHED TO JOB SITE (Furnished by: G-Govt; C-Cont; S-Subcont)

24. LIST EQUIPMENT ON SITE (Furnished by: G-Govt; C-Cont; S-Subcont)

| Type | Control Item Number and Location of Use | Hours Used |
|---|---|---|
| | | |

25. LIST CONTRACT PAYMENTS, REPORTS, CORRESPONDENCE, ETC.

| Item | Prep. | Submit |
|---|---|---|
| | | |

26. WORKERS ON SITE

| Classification | Number Prime | Sub. |
|---|---|---|
| | | |

27. GOVERNMENT PROVIDED SERVICE ADEQUATELY AND TIMELY Yes [ ] No - Explain in Narrative

28. NARRATIVE REPORT:

G-0323

BETH GOT A REPORT THAT GOLD... ..N ELLER BROUGHT PIGS TO THE CO ...R THAT HE DID NOT KILL. BETH, BILL, DON, AND MYSELF DISCUSSED A MEETING WITH HOOKER AND ELLER. BILL ASKED ME TO CONTACT HOOKER . I DID , HE DIDN'T KNOW ANYTHING ABOUT THIS AND WAS VERY UPSET WHEN I TOLD HIM.HE CALLED ELLER IMMEDIATELY THEN ELLER CALLED ME. HE STATED THAT HE WAS AT THE DEER HUNT CHECK STATION WHEN A PREGNANT SOW WAS BEING CUT OPEN. THE PIGLETS WERE READY TO BE BORN. HE STATED HE TOLD THEM TO PUT THE PIGS ASIDE AND HE WOULD BRING THEM BACK HERE AND LET JACK MAYER MEASURE THEM.( JACK IS STILL MEASURING HOGS). I TOLD HIM THAT HE WAS NOT SUPOSE TO LOG THEM IN AND WOULD NOT BE PAID FOR THE 6 PIGS. WE ARE PLANNING A MEETING FOR THE FIRST WEEK IN JANUARY.

| 29. SIGNATURE: | 30. TITLE 12-17-98 | 31. ADDTL. SPACE NEEDED [ ] (continued on 6300-21) |
|---|---|---|
| Frankie D. Brooks | E-E Col | |

G-0324