
SRS Monthly Precipitation
Precipitation (inches)
0
1
2
3
4
5
6
7
8
9
10
11
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
1970-1999 Monthly Avg
1999

SRS Annual Precipitation 1970-1999




SRS Annual Precipitation 1970-2000
Precipitation (inches)
30
35
40
45
50
55
60
65
70
1970
1972
1974
1976
1978
1980
1982
1984
1986
1988
1990
1992
1994
1996
1998
2000
30-yr Avg: 51.1"