Sept 107617

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE |
|---|---|---|
| 43-4660-9-0108 | | 10-1-99 |

NAME: W. D. Hock

ADDRESS: 5330 Columbia Road

CITY, STATE, ZIP: Grovetown GA 30813

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Beaver | | 45 00 |
| ~~41~~ 36 | Culverts | | ~~738 00~~ 648 00 |
| | Total | | ~~783.00~~ |
| | * Balance Due Government from Previous Invoice W D Hock | | 693 00 |
| | | | -2295 00 |
| | Current Balance Due Government | | $1,602 00 |

Work Completed Accepted
Frankie S Burke 11-8-99

Remit to:
GA Bowhunter Supply
5330 Columbia Road
VID 582135211 A
Grovetown, GA 30813

RECEIVED BY (over)

G-0576

* Over payment of $3,933 was made to GA Bowhunters Supply by NFC in July, 1999. Refer to letter dated July 20, 1999.

[signature]

G-0577