OCT 107621

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE |
|---|---|---|
| 43-4660-9-0108 | | 11-3-99 |

NAME W. D. Hooker

ADDRESS 5330 Columbia Road

CITY, STATE, ZIP Grovetown GA 30813

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 0 | Beavers | | |
| 20 ~~74~~ | Culverts Cleaning | | 360.00 ~~342.00~~ |
| | * Balance due Government from previous invoice No. 107617 | | -1602.00 |
| | Current Balance Due Government | | $1,242.00 |

* Overpayment of $3933 was made to GA Bowhunters Supply by NFC in July, 1999. Refer to letter dated July 20, 1999.

W. D. Hooker

Work Completed & Accepted
Frankie Brooks 11-8-99

Remit to:
GA Bowhunter Supply
5330 Columbia Road
VID 582135211 A
Grovetown, GA 30813

RECEIVED BY

G-0574

A161