United States Department of Agriculture | Forest Service | Savannah River Natural Resource Management and Research Institute | P.O. Box 700 New Ellenton SC 29809

**File Code:** 6320
**Route To:**

**Date:** November 29, 1999

**Subject:** Contract 53-4660-9-06, Beaver Trapping and Maintenance of Culverts

**To:** William D. Hooker
GA Bowhunter Supply Co.
5330 Columbia Road
Grovetown, GA 30813

This letter is to notify you that the Government will not extend the term of the above cited contract at the end of the Base Period. Therefore, the above cited contract will expire on December 31, 1999.

Due to an overpayment of $3,933 that was erroneously made to you by the Government in July, 1999 you currently owe the Government $1,242.00. Please refer to our letter dated July 20, 1999.

Deductions will be made from your invoices for November and December, but if your invoices are not enough to deduct the total of $1,242, a Bill for Collection will be issued to you for the amount still owed; and you will be expected to pay the Government that amount prior to the contract being closed.

If you have any questions, please call me at (803) 725-0239.

HOMER R. GABARD
Contracting Officer

cc: Frankie Brooks, COR
Beth LeMaster, Asst. Mgr. for WF&B

G-0970