Beaver Trapping
FY - 2000

Jim
Segar

| No. | Beaver | Site # | Date | ✓ monitored By HP |
|---|---|---|---|---|
| 1 | 1 | 41 - Patterson Mill | 1-20-2000 | ✓ |
| 2 | 1 | 41 - " " | 1-20-2000 | ✓ |
| 3 | 1 | 1 - Sub Station | 1-25-2000 | ✓ |
| 4 | 1 | 1 - " " | 1-25-2000 | ✓ |
| 5 | 1 | 17 - North By Pass | 2-6-2000 | ✓ |
| 6 | 1 | 1 - Substation | 2-6-2000 | end of Permit for Jan |
| 7 | 1 | 31 Beaver Baffler | 2-9-2000 | turned in for Permit (6)(7) |
| 8 | 1 | 2 - Leigh Rd | 2-12-2000 | ✓ |
| 9 | 1 | 31 - Beaver Baffler | 2-13-2000 | ✓ |
| 10 | 1 | 31 Beaver Baffler | 2-19-2000 | ✓ |
| 11 | 1 | 42 - Youmans Rd | 2-22-2000 | ✓ |
| 12 | 1 | 42 Youman Rd | 2-27-2000 | ✓ |
| MARCH 13 | 1 | 2 Leigh Rd | 3-2-2000 | ✓ |
| 14 | 1 | 51 Atta Range | 3-13-2000 | ✓ |
| 15 | 1 | 51 Atta Range | 3-13-2000 | ✓ New Permit |
| 16 17 | 2 | 53 Rd 4 at 4 mile SHOT | 3-14-2000 Jim + Robbie | left in water |
| 18 | 1 | 51 Atta Range | 3-19-2000 | ✓ |
| 19 | 1 | 7 Banana Rd | 3-19-2000 | ✓ |
| 20 | 1 | 53 Rd 4 at four Mile SHOT | 3-21-2000 Jim + Robbie | left in water |
| APRIL 21 | 1 | 42 Youman Rd | 4-3-2000 | ✓ |
| 22 | 1 | ~~[illegible]~~ 52 Robbins Station | 4-26-2000 | 1 otter |
| MAY 23 | 1 | 42 Youman Rd | 5-13-2000 | ✓ |
| 24 | 1 | 50 Chips Rd | 5-14-2000 | ✓ |
| JUNE | | | | |

# BEAVER TRAPPING

## 2000

| | NO BEAVER | Site # | DATE | [redacted] |
|---|---|---|---|---|
| [illegible] | 1 | 50 | 6-9-2000 | Doesn't Have to be Monitored |
| [illegible] | 1 | 36 Leigh Rd | 10-28-2000 | |
| 27 | 1 | E & 4 (25) | 11-4-2000 | Monitored (HP) (Good) |
| 30 | 1 | Leigh Rd (36 | 11-11-2000 | not monitored HP |
| 31 | 1 | Kennedy Pond (15 | 12-3-2000 | not Monitored |
| 32 | 1 | Kennedy Pond (15 | 12-2-2000 | Not Monitored |
| [illegible] | 1 | Leigh Rd (2 | 12-10-2000 | not monitored |
| [illegible] | 1 | Youman Rd (42 | 12/10/00 | Trap |
| 35 | 1 | Leigh Rd (2 | 12/11/00 | Trap |
| 36 | 1 | Rd 4 near C (53 | 12/14/00 | Gun |
| 37 | 1 | Rd 4 " near C (53 | 12/14/00 | Gun |
| 38 | 1 | Rd 4 near C (53 | 12/14/00 | Gun |
| 39 | 1 | Robbins St. (23 | 12/17/00 | ~~Gun~~ |
| 40 | 1 | Robbins Station (23 | 12/17/00 | Trap |
| 41 | 1 | Robbins Station (23 | 12/19/00 | Trap |
| 42 | 1 | Robbins Station (23 | 12/20/00 | Trap |
| 43 | 1 | Fire Pond Rd F (8 | 12/21/00 | Trap |
| 44 | 1 | Rd 4 near C (53 | 12/21/00 | Gun |

Bobcat Trapping
Jim Segar

| # Bobcat | Amount | Site # | Date | Monitoring |
|---|---|---|---|---|
| 1 | 1 | 8 Banana Rd | 1/11/01 | Gun |
| 2 | 1 | 8 Banana Rd. | 1/18/01 | Gun |
| 3 | 1 | 5 Dunbarton Rd | 1/28/01 | Gun |
| 4 | 1 | 18 K-To L waterline | 1-31-01 | Trap |
| 5 | 1 | 18 K To L waterline | 1-31-01 | OTHER Trap |
| 6 | 1 | 42 Youman Rd. | 2-1-01 | Trap |
| 7 | 1 | 53 Rd 4 near C | 3-6-01 | Gun |
| 8 | 1 | North By Pass 17 | 3-17-01 | trap |
| 9 | 1 | K-Area entrance 58 | 3-17-01 | trap |
| 10 | 1 | North By Pass 17 | 3-20-01 | trap |
| 11 | 1 | Meyers Mill 12 | 3-23-01 | trap |
| 12 | 1 | K area entrance 58 | 3-23-01 | trap |
| 13 | 1 | Steel Pond 19 | 3-27-01 | Gun |
| 14 | 1 | North Hickson Mill ~~35~~ 57 | 4-14-01 | trap |
| 15 | 1 | North Hickson Mill ~~35~~ 57 | 4-15-01 | trap |
| 16 | 1 | Rd 4 near C 53 | 4-19-01 | Gun |
| 17 | 1 | North Hickson Mill 57 | 4-20-01 | trap |
| 18 | 1 | North By Pass 17 | 4-26-01 | trap |
| 19 | | ~~[illegible]~~ 42 | 10-11-01 | |
| 20 | | ~~[illegible]~~ 35 | 10-16-01 | |
| 21 | | ~~[illegible]~~ 35 | 10-19-01 | |
| 22 | | Dunbarton 5 | 11-7-01 | |
| 23 | | Youman Rd 42 | 11-14-01 | |
| 24 | 1 | Leigh Rd. 2 | 10-24-01 | |
| 25 | 1 | Leigh Rd 2 | 12-5-01 | |
| 26 | 1 | Dunbarton Rd - 5 | 12-5-01 | |
| 27 | 1 | 42 | 12-10-01 | |
| 28 | 1 | 35 | 12-31-01 | |