W E Hooker

Larry Ellott,
CDC

00/06/00

In the past Beaver Contracts (1992 - 1999) that I have performed worked under for SRI state that there is no toxicological hazards associated with beaver trapping at SRS. I found that not to be the case on March 1999 when I trapped beavers at site #25 (HP Station #52) for SRI. See CO for the list of hazards chemicals that have been dumped/released into that stream from the process areas over a period of years. These chemicals have settled in the mud or sediment per the report I have been reading. Myself and other trappers have had our hands in working in with out any regards being take to our health. See the enclosed picture of the sediment in the trapper's hand.

I believe some of the other 52 sites unknowing to me have also exposed us to unknown chemical or contamination hazard. All these sites may not have chemicals in the mud/sediment or been posted as Soil Contamination Area. I cannot tell you which ones are clean and which ones are not. Hopefully DOE/SRI can tell you. See photo labeled M-Area Hazardous Waste Site. This is shown as Site #43 3-700 Area behind motor pool on my list of places to trap. I would like to know what chemicals hazards we have been exsposed to and is there any health hazards associated with these chemicals.

I am requesting a list of the hazardous chemicals that may or may not have been dumped/released into these 53 different sites that myself and my employees have worked in without the proper type of safety equipment since February 10-1992 to July 21-99.

I am requesting that the DOE/SRI provide medical evaluation for all employee's we were exposed to hazards chemicals and contamination that are in the mud or sediment that we worked in prior to July 21-99

In September of 1999 I requested from the CDC a copy of the 1400 page report titled The Savannah River Site Dose Reconstruction Project Phase II. See chapter 12.1 for some idea of what is in Steed Pond. We trapped this site for years without knowing we could be in endangering ourselves.

It is now posted as a Soil Contamination Areas. There's a posting every 50' and is now barricade off. We trapped this area for years without any posting ever being up or barricade off. I would like to know what we been exposed to in this area?

See attached pictures labeled Steed Pond.

No personal protection of any kind other than specified by the contract. The equipment we used has not ever being checked by Radcon, no WCPS were ever issued stating safety requirements or the chemicals that have been dumped into the water to later settle in the mud or sediment where we made our sets as documented in the CDC report. We used our bare hands to reach down and get a big pile of mud to make our castor sets. Castor that's the only thing the SRI allowed us to have off these beavers was the beaver castor and it was to be used to attract beavers. We used it to make castor mounds sets the same way the beavers do with the mud or sediments from the bottom of the creeks, basins, pond, ditches.

A163A

We may or may not have been exposed/contaminated over the years who would know?

What is correct path forward now?

Our tools, trucks, homes may or may not have been contaminated over the years who knows?

Myself and the worker's maybe have chemicals in their systems again who knows?

What about chemical that are insoluble (MSDS Sheets) with water in these sites but that settles in the mud or sediment as mentioned in chapter 12.1 that we have had our bare hands in over the years.

These chemicals could enter our bodies thru absorption through our skin due to us not knowing to have to wear gloves on up to our arm pits. This is what I was required to wear by Radcon when trapping site #25 (HP station 52) in March of 1999. Mine you that this stream is at the most 2' wide and about one foot deep with out beaver activity. But there is (3) 36" culverts located at this site and all of them have been stopped up at times. With mud and sediment from that stream bed. All this mud and sediment just goes down stream to next trapping site.

* I do feel that there is health concerns that need to be addressed due to SRI neglecting to contact the proper departments at SRS and finding out what's in each trapping site prior to sending trappers into these sites from February 1992 to July-21-1999.

* I do feel that it is the responabilty of the DOE/SRI to fined out if these workers need to have any testing performed for the different types chemicals that may be in there systems.

* I do feel that it is the responabilty of the DOE/SRI to pay for any damages to these workers because the SRI neglecting to contact the proper departments at SRS prior to letting us work these 53 sites for the last 7 years.

Theres just to many studies concerning SRS ground water, surface water and the environment going on to just say we don't know. Somebody knows whats in these 53 sites we have been working in for the last 7 years. And I am asking you to find out what is in the 53 sites and if it is harmful to myself and the workers I have allowed to work in these site over a 7 years period with out wearing the proper safety equipment.

I have enclosed a copy of the statement that is in all my contracts stating that there is no toxicological hazards associated with beaver trapping at SRS. Also a few picture's on the trapper's making a set using the mud /sediment.

These are my concerns and request and I would like to have these concerns answered ASAP. The Contracting Officer is Homer Garbard his phone work number is 1-803-725-0239. My home number is 1-706-869-8226.

Sincerely,

W. D. Hooker

W. D. Hooker