OCT 3 0 2000

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Dear

SUBJECT: Employee Concern No. SR2000-02-003, Alleged Exposure to Hazardous Substances on Beaver Contract

This letter is in response to your concern regarding possible exposure to hazardous substances as a result of work on your subcontract with the United States Forest Service, Savannah River (USFS-SR). An investigation into your allegations was conducted by this office. Upon completion, the report of investigation was reviewed by representatives of the Department of Energy (DOE) Savannah River Operations Office (SR), Assistant Manager for Health, Safety, and Technical Support and the Assistant Manager for Environment, Science, and Technology.

The investigation into this concern involved DOE-SR, USFS-SR, Westinghouse Savannah River Company (WSRC), and Bechtel Savannah River, Incorporated (BSRI) personnel, who conducted a review of data and procedures relevant to the issue of potential radiological and chemical exposure, as well as the process used by the USFS-SR to identify potential hazards and ensure safe working conditions for its subcontractors. Your allegations could not be substantiated.

In the 1980's, the issuance of dosimeters to remote workers with access to the general site, including site waste streams and pathways, was discontinued, based on a review that showed null or extremely small doses to this group of employees. Since monitoring is not required if the dose from external sources is not likely to exceed 100 mrem in a year, it is appropriate to conclude that beaver/hog trappers were not likely to receive dose from this exposure pathway.

Whole body count and in vitro bioassay data on you from 1995-2000 indicate no intake of radionuclides, e.g., gamma emitters, plutonium, strontium, and uranium. The most feasible exposure pathway for internal dose to beaver/hog trappers is absorption of tritium through the skin. An analysis by WSRC of potential dose resulted in a dose estimate of <70 mrem per year, which is below the value requiring a bioassay program for occupational workers in accordance with Title 10, Code of Federal Regulations, Part 835. It is, therefore, not likely that the beaver/hog trappers received internal dose.

G-1271

Based on the review of the radiological survey data and results of the electronic review of environmental monitoring data in relation to the 53 beaver trapping sites and general areas in which hog trapping was known to take place, it is not likely that the beaver/hog trapping activities resulted in the spread of contamination to the beaver/hog trappers or the equipment used in these activities.

This investigation, therefore, supports the WSRC conclusions regarding radiological exposure that:

- There is no likely potential for external or internal dose to the beaver/hog trappers due to the beaver/hog trapping operations.
- There is no likely potential for the spread of contamination due to the beaver/hog trapping operations in excess of transferable contamination levels used for uncontrolled release.

Using an evaluation process known as "benchmarking," designed to determine the impact to human health from chemical or radiological contaminants, WSRC conducted a search from available data records, looking for "exceedances" of the benchmark concentration level in the water or sediment. Although that data review identified individual exceedances in (1) inorganic metals, specifically lead and cadmium, in Steel Creek surface water and (2) lead, PCBs, pesticides, and benzopyrene in D Area/TNX soils and sediment, the evaluation of all the data points results in a conclusion that contaminants at these low concentrations would not increase the likelihood of adverse health effects.

In addition, WSRC conducted an analysis to determine the actual exposure duration for the typical trapping location. Using these calculations for actual exposure duration compared to the benchmarking duration, WSRC concluded that the risk to the beaver/hog trappers was lower than that for the acceptable risk used in the benchmarking process. WSRC also determined that, based on OSHA standards, there are no requirements that industrial hygiene would place on employees that would currently enter and perform similar tasks in these locations.

This investigation, therefore, supports the WSRC conclusions regarding chemical exposure that:

- There is no likely increased risk in the potential for health effects to the beaver/hog trappers involved in trapping operations.
- There is no likely increased risk of health effects from any of the exposures to chemical contaminates in the sediment and/or water of the site streams.

In addition, an evaluation was conducted of the process used by USFS-SR to identify hazards and ensure safe working conditions for subcontractors. A process does, in fact, exist for USFS-SR personnel to (1) respond to a "customer" request for trapping at a specific site, (2) identify the potential hazards through the Site Use Permit process, and (3) ensure worker safety through the issuance and implementation of a WCP.

This office will, therefore, consider this matter closed. Thank you for identifying an area of concern at the Savannah River Site. Any questions you have regarding your concern may be directed to me at (803) 725-3745.

Sincerely,

Dianne F. Saylor

Dianne F. Saylor
Employee Concerns Specialist

ECO:DFS:dfs

bcc:
Roger Rollins, SD
Clyde Terrell, RPD
Ben Gould, EQMD
Beth LeMaster, USFS-SR
ECO Rdg File
Mgr's Rdg File
SR2000-02-003

G-1273