Received USFS-SR: 10/22/2000 [illegible]
[illegible]

Homer Gabard, 10-23-00
Contracting Officer

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 1993 state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS for 1993.

I'm also enclosing a Request for Equitable Adjustment for RFQ 36-93-08. Attached is a bill requesting payment reciept #18911 for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker (signature)

William D. Hooker

(PO 43-4660-3-0134 - [illegible] by NARA 1/95)

Donna E Almon (signature)
NOTARY
NOTARY PUBLIC RICHMOND CTY
MY COMMISSION EXPIRES 9/22/02

G-2398

18911

# RECEIVING RECORD

| | | | | |
|---|---|---|---|---|
| RECEIVED FROM William D. Hooker Sr. | | | | |
| ADDRESS 5330 Columbia Road Grovetown GA | | | | |
| P.O. NO. OR RETURNED GOODS NO. | FREIGHT BILL NO. 30813 | | | |
| VIA | PREPAID | COLLECT | DATE / / | |

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | |
| 2 | | Request For Equitable |
| 3 | | Adjustment For |
| 4 | | RFQ 36-93-08 the |
| 5 | | sum of $10,000,000.00 |
| 6 | | |
| 7 | | |
| 8 | | William D. Hooker |
| 9 | | 10-23-00 |
| 10 | | |
| 11 | | |
| 12 | | Donna E Almon |

REMARKS: CONDITION, ETC. NOTARY

NOTARY PUBLIC, RICHMOND CTY
MY COMMISSION EXPIRES 0/22/02

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

DC 5089

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

G-2399