Received USFS-SR: 10/30/2000

Homer Gabard,
Contracting Officer

10-26-00

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract for which the contractor believes the Government is liable; and that I am duly authorised to certify the claim on behalf of the Contractor."

The United States Goverment,has lied to me as a contractor concerning the beaver contracts that I have held while DBA Ga. Bowhunters Supply for the USFS at the SRS my beaver contract 43-4660-5-0209 (1995) state " Safety- No toxicoloical hazards are associated with trapping beavers at SRS: however, normal environmental and physical hazards, such as snakes and uncertain footing do exist".

The United States Goverment is spending Billions of Dollars on cleaning up the SRS due to toxic chemicals that were dumped in the streams and ponds we trapped.

The Code of Federal Regulations (Labor 29 parts 1900 to 1910.999 revised as of July 1,1997 section 1910.120 page 73 item (3)). States "Hazard identification". All suspected conditions that may pose inhalation or skin absorption that are immediately dangerous to life or health (IDLH), or other conditions that may cause death or serious harm, shall be identified during the preliminary survey and evaluated during the detailed survey. Examples of such hazards included, but are not limited to confined space entry, potentially explosive or flammable situation, visible vapor clouds, or areas where biological indicators such as dead animals or vegetation are located.

I am requesting a copy of the chemicals that were used to kill the vegetation on the power lines right of ways on the SRS for 1995.

I'm also enclosing a Request for Equitable Adjustment for contract 43-4660-5-0209. Attached is a bill requesting payment (reciept #18915) for Equitable Ajustment for performing work out scope for the USFS.

William D. Hooker

DARRELL W. BYRD NOTARY PUBLIC RICHMOND CO., GEORGIA

MY COMMISSION EXPIRES
AUGUST 21, 2004

G-2400

# RECEIVING RECORD

18915

RECEIVED FROM William D. Hocker

ADDRESS 5330 Columbia RD Grovetown GA

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 Contract # | | 43-4660-5-0209 |
| 2 | | Request for Equitable |
| 3 | | Adjustment in Sum |
| 4 | | of $ 10,000,000.00 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

REMARKS: CONDITION, ETC.

MY COMMISSION EXPIRES
AUGUST 21, 2004

DARRELL W. BYRD
NOTARY PUBLIC
RICHMOND CO., GEORGIA

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

DC 5089

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

G-2401