Received USDA, FSSR: 04/02/2002

Homer Gossard
Copy/original

# Claim for
# Beaver Contract 53-4660-9-06
# (Four Mile Branch )

G-2352

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-01-2002

Re: Claim # 3 for Beaver Contract 53-4660-9-06 (Four Mile Branch)

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

Fraud and False Statements

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such, as snakes and uncertain footing do exist.

1.) Following beaver sites have toxicological hazards that are associated with trapping beaver at SRS. See attachment #1

Four Mile Branch is not a normal environment due to being contaminated by metals and radionuclides from ground plumes. DOE is trying to achieve an 80% risk reduction to human health and the environment at the stream. See attachment #2

Four-Mile Branch is not a normal environment due to being contaminated by Tritium being released at location FM6 on road A13. See attachment #3

2.) Four Mile Branch is not a normal environment due to Tritium being above the EPA Drinking Water Standards of 20,000 pci/l. See attachment #4 and recipt #18940.

Please Note:

Federal/State OSHA in Columbia South Carolina has no jurisdiction except for 400 D power house and the 3 rivers Land Fill Department of Energy is responsibilities for everything else.

DOE never checked on us from 2-10-92 through 12-31-1999 and DOE Orders 5400.5 was not used by USFS/SRI. From everything I have read Tritium is part ALARA. I and anyone else that enter the water on SRS have the right to know what was and still is in the water and sediment!

G-2353

I William Danny Hooker Sr. demand payment of $100,000,000.00 dollars for exposing me to toxicological hazards associated with Four Mile Branch without the proper permits, protective clothing, or equipment being surveyed by Rad OPS as stated on Work Clearance Permit signed shift manager Tim L. McCormick on 2-22-1999 at 1200.

Thank You!

William D. Hooker

CARPII O. EDENFIELD NOTARY PUBLIC RICHMOND COUNTY, GA

Notary Public

G-2354

18940

# RECEIVING RECORD

RECEIVED FROM William O. Hooker Sr

ADDRESS 5330 Columbia Road Grovetown Ga 30813

P.O. NO. OR RETURNED GOODS NO. | FREIGHT BILL NO.

VIA | PREPAID | COLLECT | DATE / /

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | |
| 2 | | Contract 53-4660-9-06 |
| 3 | | Four Mile Branch |
| 4 | | |
| 5 | | Claim # 2 FOR |
| 6 | | |
| 7 | | $ 100,000,000.00 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

REMARKS: CONDITION, ETC.

G-2356

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

DC 5089

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE