Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-08-2002

04-10-02A 9:45 RCVD

Re: Claim for Beaver Contract 53-4660-9-06

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor:

**Fraud and False Statements**

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such, as snakes and uncertain footing do exist.

I have also took the liberty to send to you a copy for USFS/SRI records some of the completed research with a letter signed by Notary Public Carprll O. Edenfield Exp. Aug. 16, 2002 and by me William D. Hooker Sr. dated 4-8-02 there is 20 attachment the word normal is used in OPS-RMT-900200 page 3 of 10.

I cannot and will not make anyone fill in the blanks this ends my researching effective today a copy will be sent to each beaver trapper. Have a good day and good luck. Some of these employees suggest I try using Senator Max Clelands Office so I have tried twice on their behalf his letter is also attached in Attachment # 14 dated April 13-2002. Re: Claim for Beaver Contract while working for Ga. Bowhunters Supply Co. on property owned by the Department of Energy.

I have also included a Claim for myself concerning the Fraud and False Statement made during the NIOSH Presentation on 3-20-2000. The Claim is included in this certified letter. Receipt # 18928 demanding payment with a copy of receipt 107626 attachment (2).

U.S.P.S.
SIG. CONF. NO
23 01 0370 0000 3679 6010

Thank You,

William D. Hooker Sr.
Date 04-08-02
Time 1400 hours

CC: Congressman Charlie Norwood's please add this to case #13033.

CARROLL O. EDENFIELD NOTARY PUBLIC Exp. Aug. 16, 2002 RICHMOND COUNTY, GA.

Notary Public

G-2144

Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

4-08-2002

Re: Claim for Contract 53-4660-9-06 (Presentation to NIOSH on 3-20-2000 by USFS/SRI)

I certify that the claim is made in made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

This claim is filed for fraud and false statements that were stated on 3-20-2000 and made on the attached graph titled beavers trapped in 1999. Defamation of my business Ga. Bowhunters Supply Co., defamation of my name and injuring a person character and reputation.

I have included a receipt #107626 showing that 11 beavers were destroyed for the month of ending 11-30-1999 and deducted form the over payment.

I am demanding payment of $99,999.99 see attached receipt #18928. Please reference attachments 1 and 2.

Thank You,

William D. Hooker Sr.

William Danny Hooker Sr.

Notary Public

CARRIE O. EDENFIELD
NOTARY PUBLIC
Exp. Aug 16, 2002
RICHMOND COUNTY, GA.

G-2145

| | |
|---|---|
| [illegible] | [illegible] |
| CASH T | [illegible]70 |
| CHANGE | .00 |

**** U.S. POSTAL SERVICE ****

| | |
|---|---|
| GROVETOWN, GA | 30813 |
| [illegible] | 48.00 |
| SANDY | # 06 |
| [illegible]-09-02 | 10:11:11 |

CUSTOMER RECEIPT

| | |
|---|---|
| 10% POST VAL IMP | 5.70 |
| TOTAL | 5.70 |
| CASH T | 5.70 |
| CHANGE | .00 |

*** THANK YOU ***

**G-2147**

Reciept 18928

# RECEIVING RECORD

RECEIVED FROM
William D. Hooker Sr

ADDRESS
5330 Columbia Road Grovetown GA.

| P.O. NO. OR RETURNED GOODS NO. | ~~FREIGHT BILL NO.~~ 30813 | | |
|---|---|---|---|
| VIA | PREPAID | COLLECT | DATE / / |

| QUANTITY | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1 | | Claim For |
| 2 | | Beaver Contract |
| 3 | | 53-4660-9-06 |
| 4 | | |
| 5 | | Fraud and False Statment |
| 6 | | During Prentations |
| 7 | | to NIOSH Date 3-26-2002 |
| 8 | | |
| 9 | Balance Due | $ ~~100,000.00~~ now |
| 10 | | 99,999.99 |
| 11 | | |
| 12 | | William D. Hooker Sr |

REMARKS: CONDITION, ETC.

G-2148

| NO. OF PKGS. | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

DC 5089

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE