Mr. Homer Gabard
Contracting Officer
USFS/SRI
P.O. Box 700
New Ellenton SC 29809

04-10-02A09:45 RCVD

Re: Claim for Beaver Contract while working for Ga. Bowhunters Supply Co. on property owned by the Department of Energy.

Example (Four Mile Branch).

I certify that the claim is made in good faith: that the supporting data are accurate and complete to the best of my knowledge and belief: that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable: and that I am duly authorized to certify on behalf of the contractor.

Fraud and False Statements

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such, as snakes and uncertain footing do exist.

1.) Following beaver sites have toxicological hazards that are associated with trapping beaver at SRS. See attachment #1

2.) Four Mile Branch is not a normal environment due to being contaminated by metals and radionuclides from ground plumes. DOE is trying to achieve an 80% risk reduction to human health and the environment at the stream. See attachment #2

3.) Four-Mile Branch is not a normal environment due to being contaminated by Tritium being released at location FM6 on road A13. See attachment #3

4.) Four Mile Branch is not a normal environment due to Tritium being above the EPA Drinking Water Standards of 20,000 pci/l. See attachment #4.

5.) Four Mile Branch is not a normal environment due to Tritium low ph and toxic Chemical that have been release over the history of SRS.

DOE never checked on me at anytime while working in any stream and have I attend any training other than how to trap a beaver using (mud or sediment in these trapping sites) making a castor pile set per Mr. Hooker instruction. From all the paper work I have been shown by the owner I had the right to know what I was in the surface water and sediment on Savannah River Site while working for Ga. Bowhunter Supply Co.

G-2153

who was awarded government contracts through USFS/SRI at the Savannah River Site in the counties of Aiken, Barnwell, Allendale South Carolina.

I demand payment of $ dollars for exposing me to toxicological hazards associated with Four Mile Branch and any other stream, Pond, Ditch, Carolina Bay, Reactor Canals, Branch, Creek while beaver trapping for the United States Forest Service/SRI without the proper permits, training, or personal protection being used at anytime while I was in the surface water making castor mound sets for beavers not even my equipment was surveyed by Rad OPS as stated on Work Clearance Permit signed by shift manager Tim L. McCormick on 2-22-1999 at 1200 and Mr. Hooker on 3-25-1999.

Thank You,

Print your full name ____________________

Your Signature ________________________

Date __/__/__

Reference attachment 5 through 10 submitted by owner.

Owner William O. Hook Sr

Date 4/8/02

Seal of Notary Public

CARPII O. EDENFIELD NOTARY PUBLIC EXP. Aug 16, 2002 RICHMOND COUNTY, GA

G-2154