Mr. Homer Gabard
Contracting Officer
USFS SRI
Post Office Box 700
New Ellenton, SC 29809

**REQUEST FOR EQUITABLE ADJUSTMENT**
Claim for Contract #53-5660-9-04

This claim is filed for adjustment of the Hog Contract 53-4660-8-04 awarded October 29, 1997 as modified October 1, 1999, with Georgia Bowhunters Supply Co. and William D. Hooker ("Hooker"). This claim is made for option period 2 ; from October 1, 1999 through October 1, 2000.

1. The Contracting Officer wrongly withheld payment from contractor's invoices for hogs brought to the cooler under the contract, claiming they were "domestic". These hogs were dispatched while on the SRS property, running wild, and were within the definition of wild hogs under the contract. Contracting Officer further deducted payment for these hogs from Hooker's invoices, and refused to pay for hogs itemized in subsequent invoices.

2. On June 30, 1999; the Contracting Officer presented Hooker with a letter stating that Hooker's two employees, Michael E. Eller and Goldman E. Eller, were barred from working on the contract or any other contract at the Savannah River Site forever.[1] Having approved the resumes of these two employees, there was no authority under the contract to bar them. As a consequence of losing these two employees, who owned dogs, Hooker was unable to perform under the contract and was then required to purchase dogs and other equipment to complete the contract, as well as hire new employees. Further, the Contracting Officer gave Hooker only fifteen days to comply with this directive, which was unreasonable under the circumstances and impossible to perform; effectively shutting down Hooker's performance under the contract.

3. The Contracting Officer lost the resume of Hooker's new employee; and "lost" Hooker's paperwork for a contraband pass for a period of six weeks in 1999; thereby preventing Hooker from hunting hogs on the SRS property as he had no gun permit. Thereafter, the Contracting Officer required Hooker to demonstrate hog killing, using only a pocketknife. In the process, one of Hooker's dogs was badly injured and required medical treatment at additional cost to Hooker.

4. Hooker was wrongfully charged for traps and equipment claimed missing or damaged by the Contracting Officer. As there was never a prior inventory taken

[1] This same Michael Eller, barred forever from the SRS, was a successful bidder in a subsequent hog contract with the USFS in November, 2003.

of these traps, it is believed that any deduction for damaged or missing traps was wrongful.

5. Georgia Bowhunters' employees hunted the entire SRS property; and at no time were they warned about contaminated areas. Prior to the disciplinary actions taken by the Contracting Officer on June 30, 1999, Hooker and his employees became aware that they had been working in contaminated areas such as Par Pond and requested more money for the contract. The Contracting Officer refused to discuss any adjustment and instead instituted the previously stated actions against Hooker and his employees.

6. Prior to the contract option period beginning October 1, 1999; Hooker was told that new contract language would be added to the contract. The current contract was extended approximately while the new contract was completed. When Hooker presented a bid for the new contract, there was no response. To date, Hooker has never received a response to this bid.

Having stated a claim for equitable adjustment of Contract #53-5660-8-04, Georgia Bowhunters d/b/a William D. Hooker, requests an adjustment in the contract in the amount of $90,000.00, representing loss of the option period, wrongfully withheld payments, and damages resulting from the barring of his employees; purchase and upkeep of dogs, equipment purchases and wrongful deductions.

I am requesting that the Contracting Officer render a decision within 60 days pursuant to Section I.21(d)(3)(e) of the contract.

William D. Hooker

William D. Hooker

Date: April 7, 2004