FOR OFFICIAL USE ONLY

AGENCY I.D. SCO 021000

# INCIDENT REPORT

950723LE

CASE NUM. 950723LE

NCIC INQ. ENTD.

## EVENT

| INCIDENT TYPE | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED |
|---|---|---|---|---|
| 1. MISCELLANEOUS/ FISHING WITHOUT CONSENT(9011) | ☒ YES ☐ NO | ☐ YES ☒ NO | 16 | |
| 2. | ☐ YES ☒ NO | ☐ YES ☒ NO | | |
| 3. | ☐ YES ☒ NO | ☐ YES ☒ NO | | |

TYPE VICTIM: ☐ Individual ☐ Business ☐ Financial Inst. ☒ Government ☐ Relig. Orgn. ☐ Soc./Public ☐ Other ☐ Unknown ☐ Police Off

INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER): BARRICADE 6 EXIT LANE — ZIP CODE: 29802 — WEAPON TYPE: 99

| INCIDENT DATE | 24 HR. CLOCK | TO DATE | 24 HR. CLOCK | DISP. DATE | DISP. TIME | TIME ARRIVED | DEPART TIME | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|
| 09/27/95 | 1942 | | | 09/27/95 | 1942 | 2019 | 2207 | GPS |

| COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT #1 | #2 | #3 | RESIDENT | RACE | SEX | AGE | ETH. | DAYTIME PHONE | EVENING PHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| DOCTOR, CHARLES P | ST | | | S | B | M | 39 | N | H 803-952-7623 B 803-952-7623 | H 803-952-7623 B 803-952-7623 |

ADDRESS: P O BOX W — CITY: AIKEN — STATE: SC — ZIP CODE: 29802 — LOCATION NO.:

## VICTIM #1

| VICTIM'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT #1 | #2 | #3 | RESIDENT | RACE | SEX | AGE | ETH. | DAYTIME PHONE | EVENING PHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| DOE/SRS, | ST | | | | | | | | H B | H B |

HEIGHT: WEIGHT: HAIR: EYES: FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC.:

ADDRESS: P.O. Box A — CITY: Aiken — STATE: SC — ZIP CODE: 29802 — LOCATION NO.:

VISIBLE INJURY (VICT. 1) ☐ YES ☒ NO EXPLAIN -- COMPLAINT OF ANY NON-VISIBLE INJURIES: ☐ YES ☒ NO

VICTIM (NO. 1) USING: ALCOHOL: ☐ YES ☒ NO ☐ UNK DRUGS: ☐ YES ☒ NO ☐ UNK TYPE:

TWO-MAN VEH. ☐ ONE-MAN VEH. ☐ DETECTIVE/SPL ASMT. ☐ OTHER ☐ ALONE ☐ ASSISTED ☒ *J-This Jurisdiction, S-State, O-Out of State, U Unknown

## SUBJECT #1

☒ SUSPECT ☐ RUNAWAY ☐ WANTED ☐ WARRANT ☐ ARREST ☐ JAIL ☐ SUMMONS

| NAME (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | ETH. | DATE OF BIRTH | HGT. | WGT. | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| HOOKER, WILLIAM D | W | M | 41 | N | 11/17/53 | 6'2 | 250 | GRY | BRN |

FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC.: GLASSES AND FULL BEARD SSN# redacted

ADDRESS: 2226 BOYKIN RD. — CITY: AUGUSTA — STATE: GA — ZIP CODE: 30906 — LOCATION NO.:

SUBJECT (NO. 1) USING: ALCOHOL: ☒ N ☐ Y ☐ UNK DRUGS: ☒ N ☐ Y TYPE: ☐ UNK — ARRESTED NEAR OFFENSE SCENE ☐ Y ☒ N ☐ UNK TOTAL # ARRESTED — DATE/TIME OF OFFENSE: 09/27/95 1942 — DATE/TIME OF ARREST:

## NARRATIVE

ON THE ABOVE DATE AND TIME, SPO DOCTOR WAS CONDUCTING AN EXIT RANDOM AT BARRICADE 6, WHEN HE STOPPED A BLACK FORD PICKUP (GA #QF98888). DURING THE COURSE OF THE INSPECTION HE FOUND A LARGE COOLER OF FRESH FISH IN THE BACK OF THE TRUCK. THE LEDC WAS NOTIFIED AND SGT. SCOTT AND OFFICER BECK WAS DISPATCHED. SGT. SCOTT AND OFFICER BECK MET WITH THE SUBJECTS, MR HOOKER (GA BOW HUNTERS #TR119189) AND MR FLANDERS (GA BOW HUNTERS #TR120359). FURTHER INVESTIGATION REVEALED THAT THE FISH WERE CAUGHT FROM "L" LAKE. MR HOOKER STATED THAT THE FISH WERE GOING TO BE USED TO BAIT HOG TRAPS ON SITE. THIRTY-EIGHT LARGE MOUTH BLACK BASS WERE CONFISCATED AND A CHAIN OF CUSTODY WAS ISSUED. MR. HOOKER AND MR. FLANDERS WERE ALLOWED TO EXIT SITE, AND INFORMED TO REPORT TO SGT. G. HANKINS OF WSI INVESTIGATIONS ON THE MORNING OF 09-28-95 AT BUILDING 703-1B, FOR FURTHER INVESTIGATION. WSRC HP WAS DISPATCHED FROM 100-K AREA. HP PERSONNEL CHECKED THE FISH FOR CONTAMINATION. HP REPORTED THE FISH WERE CLEAR OF ANY CONTAMINATION. THE FISH WERE STORED IN THE LEDC FREEZER FOR SAFEKEEPING.

JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY: — JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY:

## PROPERTY

| TYPE (GROUP) | FISH | | | | | | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| DAMAGED | | | | | | | |
| BURNED | | | | | | | |
| RECOVERED | | | | | | | |
| SEIZED | $300.00 | | | | | | $300.00 |

## ADMIN.

SUBJECT IDENTIFIED ☒ YES ☐ NO — SUBJECT LOCATED ☒ YES ☐ NO — ☒ ACTIVE ☐ UNFOUNDED ☐ ADM. CLOSED — ☐ ARRESTED UNDER 18 ☐ ARRESTED 18 AND OVER — ☐ EX-CLEAR UNDER 18 ☐ EX-CLEAR 18 AND OVER

REASON FOR EXCEPTIONAL CLEARANCE: 1. ☐ OFFENDER DEATH 2. ☐ NO PROSECUTION 3. ☐ EXTRADITION DENIED 4. ☐ VICTIM DECLINES COOPERATION 5. ☐ JUVENILE-NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| BECK CALVIN CB | 09/27/95 | 5541 | SCOTT LENORDO LS | 09/27/95 | 3444 |

A308

FOLLOW-UP INVESTIGATION ☒ YES ☐ NO — OFFICER: SGT. HANKINS

WO-0302 Form # 6?1 - LE

FOR OFFICIAL USE ONLY

AGENCY I.D. SC0 021000

# SUPPLEMENTAL INCIDENT REPORT

950723LE

CASE NUM 950723LE

NCIC INQ. ENTD.

☐ ORIGINAL REPORT ☒ SUPPLEMENTAL REPORT ☐ ADDITIONAL VICTIMS ☐ ADDITIONAL STOLEN PROPERTY

☒ MODIFIES ORIGINAL ☒ CASE STATUS CHANGE ☐ ADDITIONAL OFFENDERS ☐ ADDITIONAL RECOVERED PROPERTY

PAGE 1 of 1 PAGES.

VICTIM/SUBJ. ID

☐ COMPLAINANT ☐ VICTIM # ☐ SUBJECT # ☐ RUNAWAY ☐ WANTED ☐ WARRANT ☐ ARREST ☐ JAIL ☐ SUMMONS ☐

NAME (LAST, FIRST, MIDDLE) | VICTIM RELATIONSHIP TO SUBJECT #1 ST #2 #3 | RESIDENT U | RACE | SEX | AGE | D.O.B. | ETH.

HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC.

ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. | DAY PHONE H B | EVENING PHONE H B

☐ VICTIM NO.___: EXPLAIN: VISIBLE INJURY: ☐ N ☐ Y | COMPLAINT OF NON-VISIBLE INJURIES: ☒ NO ☐ YES | VICTIM USING: ALCOHOL: ☐ N ☐ Y ☒ U DRUGS: ☐ N ☐ Y TYPE: ☒ U | ☐ TWO-MAN VEH. ☐ ONE-MAN VEH. ☐ DET/SPLASMT. ☐ OTHER ☐ ALONE ☒ ASST'D

☐ SUBJECT NO.___: USING: ALCOHOL: ☒ N ☐ Y DRUGS: ☐ N ☐ Y TYPE: ☒ UNK

VICTIM/SUBJ. ID

☐ COMPLAINANT ☐ VICTIM # ☐ SUBJECT # ☐ RUNAWAY ☐ WANTED ☐ WARRANT ☐ ARREST ☐ JAIL ☐ SUMMONS ☐

NAME (LAST, FIRST, MIDDLE) | VICTIM RELATIONSHIP TO SUBJECT #1 #2 #3 | RESIDENT U | RACE | SEX | AGE | D.O.B. | ETH.

HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC.

ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. | DAY PHONE H B | EVENING PHONE H B

☐ VICTIM NO.___: EXPLAIN: VISIBLE INJURY: ☐ N ☐ Y | COMPLAINT OF NON-VISIBLE INJURIES: ☒ NO ☐ YES | VICTIM USING: ALCOHOL: ☐ N ☐ Y ☒ U DRUGS: ☐ N ☐ Y TYPE: ☒ U | ☐ TWO-MAN VEH. ☐ ONE-MAN VEH. ☐ DET/SPLASMT. ☐ OTHER ☐ ALONE ☒ ASST'D

☐ SUBJECT NO.___: USING: ALCOHOL: ☒ N ☐ Y DRUGS: ☐ N ☐ Y TYPE: ☒ UNK

NARRATIVE

On 09-28-95, at approximately, 0900 hours, WSI-SRS Investigators met with Mr. Hooker and Mr. Flanders at building 703-1B. Investigators Clark and Hankins advised Mr. Hooker and Mr. Flanders of their Miranda Rights Warning prior to each interview. Mr. Hooker and Mr. Flanders provided written statements concerning the fish found in Mr. Hooker's pickup on 09-27-95, during the random vehicle inspection at Barricade 6.

On 09-28-95, at approximately 1345 hours, Game Warden M. Pritchard of the South Carolina Department of Natural Resources issued a citation to Mr. Hooker for "Fishing without permission on lands of others" (SC Code: 50-1-90). The bond was set at $188.00. Mr. Hooker paid the bond and was allowed to return to work. Mr. Flanders was not charged in this case. The court date was set on 10-10-95. The fish will be maintained as evidence, pending any further judicial process of this case.

JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY: WSI-SRS

JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY: WSI-SRS

VEH./GUN/ETC.

STATUS: ☐ STOLEN ☐ RECOVERED ☐ FOUND ☐ TOWED ☐ SUSPECT ☐ VICTIM

TYPE: ☐ VEHICLE ☐ GUN ☐ BOAT ☐ LICENSE PLATE ☐ SECURITIES/BONDS, STOCKS ☐ ARTICLE

VIN AND/OR LICENSE NO. | BOAT HULL NO. AND/OR REG NO.

SERIAL AND/OR OWNER APPLIED NUMBER | STATE

YEAR OF REGISTRATION | YEAR OF EXPIRATION | YEAR | MAKE | TYPE

MODEL | STYLE | COLOR | BRAND NAME | CALIBER

NIC NO. | DENOMINATION | ISSUER | SECURITIES DATE

MISCELLANEOUS

PROPERTY

| TYPE (GROUP) | | | | | | | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| DAMAGED | | | | | | | |
| BURNED | | | | | | | |
| RECOVERED | | | | | | | |
| SEIZED | | | | | | | |

ADMIN.

SUBJECT IDENTIFIED ☒ YES ☐ NO | SUBJECT LOCATED ☒ YES ☐ NO | ☐ ACTIVE ☐ UNFOUNDED | ☐ ADM. CLOSED | ☐ ARRESTED UNDER 18 ☒ ARRESTED 18 AND OVER | ☐ EX-CLEAR UNDER 18 ☐ EX-CLEAR 18 AND OVER

REASON FOR EXCEPTIONAL CLEARANCE: 1. ☐ OFFENDER DEATH 2. ☐ NO PROSECUTION 3. ☐ EXTRADITION DENIED 4. ☐ VICTIM DECLINES COOPERATION 5. ☐ JUVENILE-NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| CLARK, JIMMY G [signature] | 09/29/95 | 4449 | HARTER, WOODROW M [signature] | 09/29/95 | 8636 |
| HANKINS, GLEN A [signature] | 09/29/95 | 7345 | FOLLOW-UP INVESTIGATION ☐ YES ☒ NO OFFICER | | |

A309

AGENCY I.D. SCO 021000

# SUPPLEMENTAL INCIDENT REPORT

950723LE

CASE NUM 950723LE

NCIC INQ. ENTD.

☒ ORIGINAL REPORT ☐ SUPPLEMENTAL REPORT ☐ ADDITIONAL VICTIMS ☒ ADDITIONAL STOLEN PROPERTY PAGE 1 of 1 PAGES.

☐ MODIFIES ORIGINAL ☐ CASE STATUS CHANGE ☐ ADDITIONAL OFFENDERS ☐ ADDITIONAL RECOVERED PROPERTY

**VICTIM/SUBJ. ID**

☐ COMPLAINANT ☐ VICTIM #02 ☒ SUBJECT # ☐ RUNAWAY ☐ WANTED ☐ WARRANT ☐ ARREST ☐ JAIL ☐ SUMMONS ☐

| NAME (LAST, FIRST, MIDDLE) | VICTIM RELATIONSHIP TO SUBJECT #1 | #2 | #3 | RESIDENT | RACE | SEX | AGE | D.O.B. | ETH. |
|---|---|---|---|---|---|---|---|---|---|
| FLANDERS, CHARLES D | ST | | | O | W | M | 44 | 05-05-51 | N |

| HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. |
|---|---|---|---|---|
| 601 | 230 | BRO | BRO | GLASSES SSN# redacted |

| ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. | DAY PHONE | EVENING PHONE |
|---|---|---|---|---|---|---|
| 2151 SILVERDALE RD. | AUGUSTA | GA | 30906 | | H706-790-4604 B705-793-0104 | H706-793-0104 B706-790-4604 |

☐ VICTIM NO.___: EXPLAIN: VISIBLE INJURY: ☐ N ☐ Y COMPLAINT OF NON-VISIBLE INJURIES: ☒ NO ☐ YES VICTIM USING: ALCOHOL: ☐ N ☐ Y ☒ U DRUGS: ☐ N ☐ Y TYPE: ☒ U ☐ TWO-MAN VEH. ☐ ONE-MAN VEH. ☐ DET/SPLASMT. ☐ OTHER ☐ ALONE ☒ ASST'D

☐ SUBJECT NO.___: USING: ALCOHOL: ☒ N ☐ Y DRUGS: ☐ N ☐ Y TYPE: ☒ UNK

**VICTIM/SUBJ. ID**

☐ COMPLAINANT ☐ VICTIM # ☐ SUBJECT # ☐ RUNAWAY ☐ WANTED ☐ WARRANT ☐ ARREST ☐ JAIL ☐ SUMMONS ☐

| NAME (LAST, FIRST, MIDDLE) | VICTIM RELATIONSHIP TO SUBJECT #1 | #2 | #3 | RESIDENT | RACE | SEX | AGE | D.O.B. | ETH. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | U | | | | | |

| HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. |
|---|---|---|---|---|
| | | | | |

| ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. | DAY PHONE | EVENING PHONE |
|---|---|---|---|---|---|---|
| | | | | | H B | H B |

☐ VICTIM NO.___: EXPLAIN: VISIBLE INJURY: ☐ N ☐ Y COMPLAINT OF NON-VISIBLE INJURIES: ☒ NO ☐ YES VICTIM USING: ALCOHOL: ☐ N ☐ Y ☒ U DRUGS: ☐ N ☐ Y TYPE: ☒ U ☐ TWO-MAN VEH. ☐ ONE-MAN VEH. ☐ DET/SPLASMT. ☐ OTHER ☐ ALONE ☒ ASST'D

☐ SUBJECT NO.___: USING: ALCOHOL: ☒ N ☐ Y DRUGS: ☐ N ☐ Y TYPE: ☒ UNK

**NARRATIVE**

JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY

JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY

**VEH./GUN/ETC.**

STATUS: ☐ STOLEN ☐ RECOVERED ☐ FOUND ☐ TOWED ☐ SUSPECT ☐ VICTIM

TYPE: ☐ VEHICLE ☐ GUN ☐ BOAT ☐ LICENSE PLATE ☐ SECURITIES/BONDS, STOCKS ☐ ARTICLE

VIN AND/OR LICENSE NO. | BOAT HULL NO. AND/OR REG NO.

SERIAL AND/OR OWNER APPLIED NUMBER | STATE

YEAR OF REGISTRATION | YEAR OF EXPIRATION | YEAR | MAKE | TYPE

MODEL | STYLE | COLOR | BRAND NAME | CALIBER

NIC NO. | DENOMINATION | ISSUER | SECURITIES DATE

MISCELLANEOUS

**PROPERTY**

| TYPE (GROUP) | FISH | | | | | | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| DAMAGED | | | | | | | |
| BURNED | | | | | | | |
| RECOVERED | | | | | | | |
| SEIZED | $300.00 | | | | | | $300.00 |

**ADMIN.**

SUBJECT IDENTIFIED ☒ YES ☐ NO | SUBJECT LOCATED ☒ YES ☐ NO | ☒ ACTIVE ☐ UNFOUNDED | ☐ ADM. CLOSED | ☐ ARRESTED UNDER 18 ☐ ARRESTED 18 AND OVER | ☐ EX-CLEAR UNDER 18 ☐ EX-CLEAR 18 AND OVER

REASON FOR EXCEPTIONAL CLEARANCE 1. ☐ OFFENDER DEATH 2. ☐ NO PROSECUTION 3. ☐ EXTRADITION DENIED 4. ☒ VICTIM DECLINES COOPERATION 5. ☐ JUVENILE-NO CUSTODY

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| BECK, CALVIN | 09/28/95 | 5541 | SCOTT, LENORDO | 09/28/95 | 3444 |

FOLLOW-UP INVESTIGATION ☒ YES ☐ NO OFFICER SGT. G. HANKINS

A310

**AD[illegible]TIONAL INFORMATION WORKSH[illegible]**

**ACCIDENT/INCIDENT NUMBER:** 950723LE **DATE:** 09-27-95

| | |
|---|---|
| **~~UNIT~~/INDIVIDUAL #** | **UNIT/INDIVIDUAL #** |
| **INVOLVEMENT:** | **INVOLVEMENT:** |
| **NAME:** Hooker, William Denny | **NAME:** FLANDERS, Charles Douglas |
| **ADDRESS:** 2226 Boykin Rd. | **ADDRESS:** 2151 Silverdale Rd. |
| **CITY:** Augusta **STATE:** GA. | **CITY:** Augusta **STATE:** GA. |
| **ZIP:** 30906 **COUNTY:** Richmond | **ZIP:** 30906 **COUNTY:** Richmond |
| **SS:** redacted | **SS:** redacted |
| **DL#:** 254903629 **CLASS:** **ST:** GA | **DL#:** 258891753 **CLASS:** **ST:** GA. |
| **PAYROLL#:** NA **AREA:** GPS | **PAYROLL#:** NA **AREA:** GPS |
| **EMPLOYER:** GA. Bowhunters (USFS) | **EMPLOYER:** GA. BOWHUNTERS |
| **BADGE:** TR 119189 **CLEARANCE:** TR. | **BADGE:** TR 120359 **CLEARANCE:** TR |
| **WORK PHONE:** (706) 792-6422 | **WORK PHONE:** (706) 790-4604 |
| **HOME PHONE:** (706) 793-0104 | **HOME PHONE:** (706) 793-0104 |
| **DOB:** 11-17-53 **RACE:** W **SEX:** M | **DOB:** 05-06-51 **RACE:** W **SEX:** M |
| **HT:** 6'2" **WT:** 230 **HAIR:** Gry **EYES:** Brn | **HT:** 6'1" **WT:** 230 **HAIR:** Brn **EYES:** Brn. |
| **VEH MAKE:** Ford | **VEH MAKE:** Ford |
| **YEAR:** 94 **COLOR:** BLACK | **YEAR:** 94 **COLOR:** BLACK |
| **TAG#:** QF 98888 **YR:** 95 **STATE:** GA | **TAG#:** QF 98888 **YR:** 95 **STATE:** GA |
| **VIN#:** 2FTEF14HXRCA22801 | **VIN#:** 2FTEF14HXRCA22801 |

**RESTRAINT SYSTEMS**

| | |
|---|---|
| ~~**RESTRAINT SYSTEMS UNIT #**~~ | ~~**RESTRAINT SYSTEM UNIT #**~~ |
| ~~**LAP BELT ONLY:**~~ | ~~**LAP BELT ONLY**~~ |
| ~~**LAP BELT/SHOULDER HARNESS:**~~ | ~~**LAP BELT/SHOULDER HARNESS:**~~ |
| ~~**AIR BAG AVAIL:** **DEPLOYED:**~~ | ~~**AIR BAG AVAIL:** **DEPLOYED**~~ |
| ~~**RESTRAINT SYSTEMS USED:**~~ | ~~**RESTRAINT SYSTEMS USED:**~~ |
| **ISSUED FR-10 TO UNITS NUMBER:** | **PHOTOGRAPHS: YES** ✓ **NO** **NO. SUBM.** |
| | **STATEMENTS: YES** ✓ **NO** **NO. SUBM.** 2 |

**ANIMAL IMPACT INFORMATION**

**ANIMAL LOCATED: YES** ____ **NO** ____ **ANIMAL KILLED: YES** ____ **NO** ____

**PICKED UP BY:**

**ADDITIONAL INFORMATION OR NOTES**

Charles P Doctor
PR# WSI 8446
Badge# 4047451

38 BLACK LARGE MOUTH BASS
caught in L Lake

HP From 100K
Jane Miller
Laura Holcombe redacted WSRC

Charles Douglas FLANDERS
TR 120 359
2151 Silverdale Rd.
Augusta GA 30906
DL + SSN# redacted
05-06-51
6'1" 230 lbs

**WSI-SRS Form 536 (01-19-95)**

WACKENHUT SERVICES, INCORPORATED

SAVANNAH RIVER SITE

LAW ENFORCEMENT SECTION

# PROPERTY AND CHAIN OF CUSTODY RECEIPT

☐ PROPERTY OF DECEASED ☐ CONTRABAND ☐ FOUND PROPERTY 78

☑ EVIDENCE ☐ LABORATORY EVIDENCE ☐ STOLEN - RECOVERED

| 2. CASE NO. | 79. DATE-TIME RECORDED | 75. | | INVENTORY NO. |
|---|---|---|---|---|
| 950723 LE | 09-27-95 1942 hrs. | | | |

77. ADDRESS WHERE PROPERTY IMPOUNDED (Give exact location where property was located).
Cooler in back of 94 Ford PK. (GA# QF98888) exit lane Barricade ~~7~~ 6 JGG (Rd 6)

| 16. DISCOVERED BY (Name) | ADDRESS | PHONE NO. |
|---|---|---|
| C P DOCTOR | PO BOX W Aiken SC | 952-7623 |

| 49. OWNER'S NAME | ADDRESS | PHONE NO. |
|---|---|---|
| W. Hooker | 2226 Boykin Rd. Augusta GA | 706-793-0104 |

| 80. ITEM | 81. QUANTITY | 82. DESCRIPTION |
|---|---|---|
| 1 | 38 | LARGE MOUTH BLACK ~~BL~~ BASS JGG |

LAST ITEM

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

83. SIGNATURE (X) W. Hooker

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty.

IMPOUNDING OFFICER (X) Ray Beck

| 84. RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|---|---|---|
| J. G. Clark | EVIDENCE SAFEKEEPING | 09-28-95, 0830 HRS |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| | | |

(1) WHITE - PROPERTY (2) GREEN - OWNER'S COPY (3) CANARY - INVENTORY BOOK (4) PINK - CASE FILE (5) GOLDENROD - OFFICER'S COPY

CONTINUED ON REVERSE

WSI-SRS 219 (11/89)

A312

# WACKENHUT SERVICES, INCORPORATED

## SAVANNAH RIVER PLANT

## LAW ENFORCEMENT SECTION

WHO Was Involved
Were Witnesses
WHAT HAPPENED — Sequence of Action
WHEN DID IT OCCUR — Shift, Time
Did it Occur — Precisely As Possible
WHERE Were Persons Involved — Before and After
Were Witnesses — Before and After
WHY DID IT OCCUR — Facts, Not Opinion
HOW DID IT OCCUR — Facts, Not Opinion

## STATEMENT

PAGE NO. 1 OF 1 PAGES

DATE 09-27, 19 95

CASE OF: # 950723 CE

THE UNDERSIGNED ______ (NAME) WHO LIVES AT 2603 Glenn Hills (HOME ADDRESS)

AND IS EMPLOYED BY Ga. Bowhunter AS trapper (Hog & Beaver)

STATES THAT:

I use fish for luring hogs to bait stations. I put about 8 to 12 fish at these bait stations. I was in route to 400 Area to put out bait and check beaver wolf traps that I have out. I caught these fish at L lake. about 800 HRS.

END

I HEREBY CERTIFY THAT I HAVE READ THE ABOVE STATEMENT (THAT THE ABOVE STATEMENT WAS READ AND EXPLAINED TO ME AND THAT I THOROUGHLY UNDERSTAND THE SAME) THAT IT IS TRUE AND CORRECT AND THAT IT WAS MADE VOLUNTARILY. I CAN READ AND WRITE THE ENGLISH LANGUAGE.

J Scott (WITNESS) SIGNED W. P. Hotte Jr

______ (WITNESS)



WSI/SR Form 216 (2-6-84)

WAC...NHUT SERVICES, INCORPORATED

SAVANNAH RIVER PLANT

LAW ENFORCEMENT SECTION

WHO Was Involved / Were Witnesses
WHAT HAPPENED — Sequence of Action
WHEN DID IT OCCUR — Shift, Time / Did It Occur — Precisely As Possible
WHERE Were Persons Involved — Before and After / Were Witnesses — Before and After
WHY DID IT OCCUR — Facts, Not Opinion
HOW DID IT OCCUR — Facts, Not Opinion

# STATEMENT

PAGE NO. 1 OF 1 PAGES

DATE 9-27-95, 19 95

CASE OF: ____

THE UNDERSIGNED Charles D. Flanders (NAME) WHO LIVES AT 2151 Silverdale Rd, Augusta, GA (HOME ADDRESS)

AND IS EMPLOYED BY G.A. Boshunton AS Trapper (Beaver)

STATES THAT: This afternoon I dropped Hooker off @ L-Lake to catch Hog Bait, I went to several Beaver Ponds to set Traps when I finished putting them out I went back & picked up Hooker & he put Fish for Hogs in his cooler it was about 7[00] @ this time and he told me that he would put Fish in traps in the morning that its was late, we left and was stopped at check Point.

NOTHING FOLLOWS

I HEREBY CERTIFY THAT I HAVE READ THE ABOVE STATEMENT (THAT THE ABOVE STATEMENT WAS READ AND EXPLAINED TO ME AND THAT I THOROUGHLY UNDERSTAND THE SAME) THAT IT IS TRUE AND CORRECT AND THAT IT WAS MADE VOLUNTARILY. I CAN READ AND WRITE THE ENGLISH LANGUAGE.

[signature] (WITNESS) SIGNED Charles D. Flanders

(WITNESS)



WSI/SR Form 216 (2-6-84)