10/06/99 TUE 14:00 FAX 180372-5581 ISD 002

SR 61 (Rev 6-17-98)
SRIP 400 Chapter 473.1

U.S. Department of Energy
Savannah River Operations Office

# Request for Controlled Articles

Name: William D. Hooker (renewal)

Social Security No.: redacted

Current Clearance:

Employed By: GA Bowhunter Supply

Requested Dates Not To Exceed One Year: 11/01/99 to 12/31/99

List of Controlled Articles (firearms require description and serial number).

Browning 22 cal. rifle SN#11167PY146 Ruger Model 10-22 rifle SN#237-24176
Marlin 22 Cal. rifle SN#06433291 Marlin 22 cal. rifle SN#06448537
Marlin 22 cal. rifle SN#07646399 Hatchet (1) Ax (1) Knives
Bush ax (1) Machete(1) knife 6" long (1) Ammunition 22 cal.
Black widow recurve bow w/arrows and attachments; Mountaineer Compound Bow

Purpose for which items are to be used (cellular telephones are restricted from being included on controlled article passes without an exception approved by the Director, Internal Security Division and justification from your division director).

For use on Forest Service wild hog control contract 53-4660-8-04 on SRS

Controlled articles will include all buildings and areas for which bearer is authorized access unless specific restrictions are mandated.

General areas and off site.

Signature of Requester: ~~DAVID W. WILSON, Institute Manager~~

Organization: USDA FOREST SERVICE

Date: 10/29/99

Note Contractors are to submit this request to the DOE Division/Office administering their contract.

Signature of DOE Supervisor or COTR | Date

Director Internal Security | Date

When Pass Is Completed, Notify | Phone

G-1915

SR 81 (Rev 6-17-98)
SRIP 400 Chapter 473.1

# U.S. Department of Energy
## Savannah River Operations Office
## Request for Controlled Articles

| Name | Social Security No. | Current Clearance |
|---|---|---|
| Mark David Lubert (renewal) | redacted | |

Employed By
GA Bowhunter Supply

Requested Dates Not To Exceed One Year
11/01/99 to 12/31/99

List of Controlled Articles (firearms require description and serial number).
Remington Nylon 77 22 cal. SN#2174208
PSE Recurve Bow with arrows and attachments
Bush ax(1) Machete (1) Hatchet (1) Ax (1)
Knife 6" long (1) Knives Ammunition 22 cal.

Purpose for which items are to be used (cellular telephones are restricted from being included on controlled article passes without an exception approved by the Director, Internal Security Division and justification from your division director).

~~For use on Forest Service wild hog control contract 53-4660-8-04 on SRS~~

Controlled articles will include all buildings and areas for which bearer is authorized access unless specific restrictions are mandated.

General areas and off site.

| Signature of Requester | Organization | Date |
|---|---|---|
| ~~DAVID W. WILSON, Institute Manager~~ [signature] | USDA FOREST SERVICE | 10/29/99 |

Note Contractors are to submit this request to the DOE Division/Office administering their contract.

| Signature of DOE Supervisor or COTR | Date |
|---|---|
| | |

| Director Internal Security | Date |
|---|---|
| | |

| When Pass Is Completed, Notify | Phone |
|---|---|
| | |

G-1916