United States Department of Agriculture | Forest Service | Savannah River Natural Resource Management and Research Institute | P.O. Box 700 New Ellenton SC 29809

**File Code:** 6320
**Route To:**

**Date:** February 14, 2000

**Subject:** Contract 53-4660-8-04, Wild Hog Control

**To:** William D. Hooker
GA Bowhunter Supply Co.
5330 Columbia Road
Grovetown, GA 30813

CERTIFIED - RETURN RECEIPT REQUESTED

Your final invoice number 107624 for $165.00 for three hogs trapped in accordance with the above referenced contract will not be processed for payment at this time because according to the enclosed Daily Diary there were six panels and two gates missing from the twenty-five Government provided hog traps that you used while working on this contract.

In accordance with Federal Acquisition Regulation clause 52.245-4, Government Furnished Property (Short Form) on page 68 of the contract, the Contractor assumes the risk and responsibility for the loss, damage, or destruction of Government furnished property.

Therefore, you may replace the six panels and the two gates or the Government may replace the six panels and two gates that are missing.

If you decide to replace the six panels and two gates, you will need to obtain the Government's design and specifications so that the replacement panels and gates are of the same quality and material and are compatible with the existing panels and gates.

If the Government replaces the six panels and two gates you will have to pay the Government the actual costs the Government incurs for the fabrication of the panels and gates.

In this situation the $165.00 that we owe you would be deducted from the costs of the panels and gates, and you would be required to pay the remaining balance to the Government.

The last time we had hog traps fabricated was in 1989 and at that time the price per trap was $378.50.

Within ten days of receipt of this letter please inform me in writing if you will replace the panels and gates and if so when the panels and gates will be delivered to the Forest Service.

Upon receipt and acceptance of the panels and gates from you we will process your final invoice for payment.

If I have not received your response within ten days of receipt of this letter, we will proceed with having the six panels and two gates fabricated and will inform you of the amount you owe the Government after deducting the $165.00.

G-1894

Please respond to this letter so that we can resolve the situation concerning the missing panels and gates and close this contract.

If you have any questions, please call me at (803) 725-0239.

HOMER R. GABARD
Contracting Officer

cc: Frankie Brooks, COR
Beth LeMaster, Asst. Institute Manager

G-1899

| USDA-Forest Service **CONTRACT DAILY DIARY** (Reference FSH 6309.11) | 1. FOREST **SRI** |
|---|---|
| | 2. CONTRACT NO. **43-4660-9-0108 --------43-4660-9-0016** |

3. PROJECT
Beaver Control Hog Control

| 7. DAY 1-5-2000 | 8. DAY OF WEEK Wednesday | 9. TIME ARRIVED | 10. TIME DEPARTED | 11. |
|---|---|---|---|---|

| 12. TEMPERATURE | 13. GROUND CONDITION | 14. CONTRACT TIME | 15. DAYS USED | 16. COMPLETION |
|---|---|---|---|---|

| 17. TIME USED (%) | 18. WORK COMPLETED (%) | 19. WORK ON SCHEDULE ❑ YES ❑ NO | 20. CONTRACTOR'S WORK - (X Appropriate Box) ❑ Acceptable ❑ Unacceptable - Explain in narrative |
|---|---|---|---|

| 21. CHANGE ORDERS/AMENDMENTS ISSUED | 22. WORK ORDERS ISSUED (Include SUSPEND/RESUME |
|---|---|

| 23. MATERIALS FURNISHED TO JOB SITE (Furnished by: G-Govt.; C-Cont.; S-Subcont.) | | 24. LIST EQUIPMENT ON SITE (Furnished by: G-Govt.; C-Cont.; S-Subcont.) Type | Contract Item Number and Location of Use | Hours Used | |
|---|---|---|---|---|---|
| | | | | | |

| 25. LIST CONTRACT PAYMENTS, REPORTS, CORRESPONDENCE, ETC. | Prep | Submit | 26. WORKERS ON SITE Number 3 | Prime | Sub |
|---|---|---|---|---|---|
| | | | | | |

27. GOVERNMENT PROVIDED SERVICES ADEQUATELY AND TIMELY
❑ YES ❑ NO-Explain in narrative

W.D.Hooker has turned in 3 badges, 3 radios , 3 chargers, 3 timberlock keys. There are 6 panels and 2 gates missing of the hog traps. This is all the government property he had assigned to him.
I gave the final invoices for payment to Barbara. He cleaned the cooler after dumping the beaver.

| 29. SIGNATURE *Frankie Brooks* | 30. TITLE COR | 31. ADDTL SPACE NEEDED ❑ (continued on 6300-21) |
|---|---|---|

G-2005

Original - CO (weekly), copies: COR, SO, PROJ ENG
...ns of this form are obsolete

FS-6300-20 (12/85)

W. D. Hooker 11/30/99
5330 Columbia Road
Grovetown GA. 30813

| | | |
|---|---|---|
| 3 Hogs | 55.00 ea. | 165.00 |

W. D. Hooker

Work Completed & Accepted
Frankie Brooks

G-1900