


THE AUGUSTA CHRONICLE
@ugusta

Metro

METRO SPORTS FEATURES BUSINESS SCI-TECH

HOME/NEWS
Home
Weather
Sports
Opinion
Obituaries
Special Sections
Forums
Archive
Search
Front Page
Subscription Services
@ugusta Help

CITY GUIDE
City Guide
Classifieds
Employment
Coupons
Autos
Real Estate
Yellow Pages
Maps
Directions

ENTERTAINMENT
Applause
Dining
Movies
Travel
Television
Lottery
Horoscopes

INTERACTIVE
Net Music
Quick Cooking
Remote
Your Health
Fitness Files
JobSmart
Food & Recipes
Newspapers in Education

# Many farmers fear another harsh year

*Palmetto State farmers still optimistic*

*Web posted January 6, 1999*

By Chasiti Kirkland
*South Carolina Bureau*



Carl Brown Jr., of Aiken, looks over a soil sample collected from one of his cotton fields in preparation for the upcoming growing season.
*RON COCKERILLE/STAFF*

AIKEN -- As temperatures lingered in the mid-20s Tuesday, a bundled-up Carl Brown Jr. was out in his cotton fields, probing 6 inches of earth for lime, phosphate and potash levels.

About 125 miles from where he stood, Farm Bureau Federation President David Winkles told farmers in North Charleston what many already knew: Things could only get better this year. He sowed the same seed of hope in Florence, Columbia and Anderson.

But Mr. Brown and others like him aren't banking on what well-paid white collar executives are forecasting. They realize that no one can predict what the weather will bring.

It's what Mr. Winkles didn't say that makes farmers fear even harder times this year. Still shaken from last year's poor harvests, they suffered through one of the worst droughts in a decade. High crop yields in other parts of the country pushed prices in the Southeast to record lows. Washington bureaucrats threatened to tighten regulations. Slow exports hurt, too, because farmers couldn't move their crops to traditional foreign markets. A national tobacco settlement reduced the amount of tobacco sold.

``The ag economy took a nosedive," Mr. Winkles said.

A321

SPECIAL INTEREST
Xtreme
Citizen Activist
Augusta Golf
Augusta Magazine
Business Chronicle

SERVICES
F.A.Q.
Advertise
Chronicle Staff
Chronicle Jobs
Internet Service

THE WIRE

LOTTO Georgia DAILY NUMBERS

Even so, farmers try to remain optimistic, he said.

But what farmer doesn't?

``A farmer has to either keep on going or you quit," Mr. Brown said.``And I can't quit."

It's foolish to think that the picture being painted is a rosy one, warned Mr. Brown, whose family has earned a living off the land since before the Civil War. He notes that the Asian economy just can't afford to buy what South Carolina's farmers are producing. Commodities are at an all-time low. And hog farmers are going belly-up, once again price takers instead of price makers.

``Historically, commodities run in cycles, and at the current rate they've hit rock bottom, so there's no place to go but up," Mr. Winkles said. ``Most of the time it's like playing the stock market. Generally when prices plummet, they usually tend to rebound."

Market hogs are bringing about 10 cents per pound -- the lowest price in 40 years. Not so long ago, hogs sold for 55 cents a pound. But there were 14,000 hog growers in the Palmetto State then, compared to 2,500 now.

Just to break even -- words that make farmers cringe -- hogs must bring more than three times the going rate now.

Mr. Winkles also didn't say that South Carolina climatologists predict another extended drought, but the picture will be more clear in February.

But Mr. Brown isn't shaken -- yet.

``Those weathermen can't predict what's going to happen two days in advance, much less for an extended length of time," he said. ``Of course the climatologists warned us of a drought last year, and we didn't believe them."

Looking ahead to this year, Mr. Winkles pledged to monitor the effects of urban sprawl. Throughout this decade, South Carolina's rich, green fields have increasingly yielded to the grayness of concrete and asphalt as commercial development exceeded proper land use standards.

``State law requires each county to have its own land-use plan finished by the spring, but if it's not done properly and without input from the agricultural community, farmers will be forced out of business," Mr. Winkles said.

In 1988, there were 26,000 farms in South Carolina. Now there are

fewer than 22,000.

EMAIL STORY TO A FRIEND EMAIL SECTION EDITOR EMAIL OPINION EDITOR

[Past Articles]

---

2002 News Stories

Search

All Contents ©Copyright *The Augusta Chronicle*
Comments or questions? Contact the webmasters.

MORRIS COMMUNICATIONS CORPORATION






Metro
THE AUGUSTA CHRONICLE @ugusta





# Drought thins seedling crop

*Web posted January 22, 1999*

By Dave Morantz
Associated Press

TRENTON, S.C. -- Steve Cantrell's minivan idles along row after row of raised topsoil beds containing millions of tree seedlings, each poking about a foot high, making the beds stretch like strips of plush green carpet to the horizon.

As he drives along, however, the supervisor of the state-run Taylor Forest Tree Nursery near Trenton notes where the beds are marred by splotches of brown dirt.

Last winter it was floods. This summer and fall it was the drought. The result is dead pine seedlings, just as a strong economy and soaring timber prices have landowners demanding more young trees to plant on their cleared land.

Mr. Cantrell says he gets calls daily from landowners wanting seedlings. Spindly loblolly pine seedlings cost $36 per thousand; hardy white and longleaf pine seedlings cost twice that much. Most years he can fill orders, even from those who wait until the last minute.

This time, he said, ``It may be one of those years that landowners may have to wait unfortunately until next year."

They are landowners like J.M. Pendarvis, who spent more than $50,000 to prepare about 220 acres near Edgefield for planting this year.

``I'm not holding out too much hope," he said in December. ``If we don't get the seedlings, we'll lose all these acres."

Mr. Pendarvis owns about 2,500 acres around Edgefield and Estill.

A324

SPECIAL INTEREST
Xtreme
Citizen Activist
Augusta Golf
Augusta Magazine
Business Chronicle

SERVICES
F.A.Q.
Advertise
Chronicle Staff
Chronicle Jobs
Internet Service

THE WIRE

LOTTO Georgia DAILY NUMBERS

After calling state nurseries and timber companies across the Southeast for more than a month, he finally was able to find seedlings Tuesday. He had to travel to Statesboro, Ga., to pick them up.

``We get some rain, and we get them in the ground pretty soon, we should just squeak by," he said Tuesday.

Clearing each acre costs about $200. Mr. Pendarvis says that if he didn't find the seedlings, he would have lost about $55 an acre, $12,000 overall, by fertilizing land that would have gone unused.

``I don't think the Forestry Commission did anything wrong. They're crying the blues, too," he said. ``You can't blame them for the weather."

The U.S. Agriculture Department says about 5,000 acres of nonindustrial, private forest land in South Carolina need replanting at a cost of about $625,000.

Those who own such land can sell the timber but can't make forest-related products like furniture or paper.

It takes a loblolly pine about 35 years to fully mature, while white and longleaf pines take a few years longer to be ready for harvest.

The seedling supply has been tight for the past few years, as a strong economy has increased demand for timber, said Guy SanFratello, who retired in December as head of the Forestry Commission division that includes its tree nurseries.

The prices of timber also surprises Ray Moody, Mr. SanFratello's replacement. The cost of 1,000 board feet of timber, an industry standard, averaged $291 this past year, down from $337 the year before but still up from $274 five years ago.

Still, Mr. SanFratello can't remember the combination of demand and weather creating a seedling shortage this severe in his 30 years in the business.

The shortage also will keep some landowners from getting state and federal subsidies that can run to 40 percent of the cost of planting. Almost 300 South Carolina landowners get the subsidies covering about 16,000 acres, said Pete Bischoff, a senior staff forester at the Forestry Commission.

Mr. Cantrell wanted to produce 28 million seedlings this season: 21 million loblolly pines and the rest white pines. He expects to be about 5 million seedlings short, or about 9,000 acres' worth.

**A325**

About five years ago, the Forestry Commission consolidated four state nurseries into the one that Mr. Cantrell oversees near Trenton. He said that puts the seedling operation at an increased risk of bad weather. His nursery lost 5 million seedlings this fall in a microburst of wind.

Forestry consultant Kent Parris said he approached timber companies like Bowater, International Paper and Union Camp for about 500 acres of seedlings for his clients, but those companies were struggling to plant their own lands.

At International Forest Company in Odenville, Ala., President R. Wayne Bell said his company's 120 million seedlings were booked four months ago, earlier than ever before.

EMAIL STORY TO A FRIEND
EMAIL SECTION EDITOR
EMAIL OPINION EDITOR

[Past Articles]

2002 News Stories
Search

All Contents ©Copyright *The Augusta Chronicle*
Comments or questions? Contact the webmasters.

MORRIS COMMUNICATIONS CORPORATION

A326






# Farmers receive extension to apply for drought relief funds

*Government sets new application deadline of April 9 to sign up for assistance related to drought*

*Web posted March 11, 1999*

By Alisa DeMao
*Staff Writer*

The federal government has extended its deadline for farmers to sign up for drought disaster funds -- a move that ultimately will delay billions of dollars in relief money from making its way onto failing farms.

In making the announcement, U.S. Agriculture Secretary Dan Glickman said officials want to make sure all farmers have a chance to participate in the program, designed to aid those who suffered losses from the searing heat last year. The deadline for applications for the $2 billion crop-loss program, accepted at area Farm Service Agency offices, has been extended from this Friday to April 9.

The deadline for a similar pasture program, designed for livestock farmers, has been extended indefinitely.

About 50 farmers in Burke County have already applied for the crop-loss program, said Thomas R. Bryan, Farm Service Agency executive director forthe county. Four applications have been turned in for the program in McDuffie County, but 80 more have applied for the pasture program there, county extension agent Frank Watson said.

``They needed the money by now," Burke County extension agent Richard McDaniel said. ``It will do some good when it comes, but it's going to be too late to really have the effect it should have. We've still got a number of farmers whose financing for this year is

not resolved, and that disaster money might have swayed the loan process -- if they'd had it in hand."

In the Augusta-Aiken area, where many crops were plowed under as a total loss last year, officials have estimated counties lost millions of agricultural dollars because of the drought and a soft commodities market in Asia.

Because relief payments will be pro-rated, based on the number of applications, farmers don't even know how much money they will receive.

**Alisa DeMao can be reached at (706) 823-3223 or ademao@augustachronicle.com.**

EMAIL STORY TO A FRIEND
EMAIL SECTION EDITOR
EMAIL OPINION EDITOR

**[Past Articles]**

2002 News Stories
Search

All Contents ©Copyright *The Augusta Chronicle*
Comments or questions? Contact the webmasters.

MORRIS COMMUNICATIONS CORPORATION

A328

Sci-Tech
THE AUGUSTA CHRONICLE @ugusta

METRO SPORTS FEATURES BUSINESS SCI-TECH

HOME/NEWS
Home
Weather
Sports
Opinion
Obituaries
Special Sections
Forums
Archive
Search
Front Page
Subscription Services
@ugusta Help

CITY GUIDE
City Guide
Classifieds
Employment
Coupons
Autos
Real Estate
Yellow Pages
Maps
Directions

ENTERTAINMENT
Applause
Dining
Movies
Travel
Television
Lottery
Horoscopes

INTERACTIVE
Net Music
Quick Cooking
Remote
Your Health
Fitness Files
JobSmart
Food & Recipes
Newspapers in Education

SPECIAL INTEREST
Xtreme
Citizen Activist
Augusta Golf

# Experts: Drought is serious

*Web posted May 6, 1999*

By Lee Shearer
*Morris News Service*

ATHENS, Ga. -- A drought that has gripped the state for 12 months continues, threatening to become one of the worst of the century, say weather and agricultural experts.

Rainfall levels over the past year in much of the state are at a low seen only twice in the past century, state climatologist David Stooksbury said Tuesday at a media drought briefing organized by the University of Georgia Cooperative Extension Service.

Last year's drought was a disaster for Georgia farmers, but this year could be even worse, said the agricultural experts.

``It hasn't done a lot of damage at this point, but if it continues, it could be devastating. Farmers are hurting very badly (after last year's drought)," said Bob Isaac, associate dean of the University of Georgia College of Agriculture and Environmental Sciences.

Much of the state was declared an agricultural disaster area after last year's drought, but one thing kept the summer of 1998 from being much worse -- an unusually wet winter and spring before it. The heavy rainfall replenished soil moisture levels, lakes and underground aquifers in the state, Mr. Stooksbury said.

But this year, the drought continued through the winter, he said.

``This is a different situation than we had last summer, a very different situation," he said. ``This year we're going into the growing year with minimal soil moisture."

Since May 1998, many areas of the state are five to 15 inches below normal in rainfall, according to Mr. Stooksbury.

Besides the threat to farmers, the dry weather is also posing a growing threat to Georgia forests -- and to firefighters.

In March and April 1998, some 1,300 forest and brush fires burned 6,000 acres throughout the state, said Fred Allen, director of the

Augusta Magazine
Business Chronicle

SERVICES
F.A.Q.
Advertise
Chronicle Staff
Chronicle Jobs
Internet Service

THE WIRE

Georgia Forestry Commission. In those same two months this year, 3,700 fires have burned 26,000 acres, he said.

Dry conditions may be setting the stage for even worse fire conditions, for two reasons, he said. One is simply that vegetation dries out during a drought, which provides more fuel for fires. Besides that, the dry conditions are forcing officials to cut back on permits for ``prescribed burns," when farmers or foresters burn off underbrush.

Fires are a ``very needed part of the Southern ecosystem," he said -- some trees need the heat in order to release their seeds. Without the prescribed burns, forest fires, when they do occur, are even worse because the accumulated undergrowth provides additional fuel and allows fires to burn hotter and faster.

Last week's rains helped dampen the fires plaguing the southern part of the state, but on Sunday another large fire was reported -- 125 acres in Echols County on the Florida border.

``What little rain we had didn't last," Mr. Allen said.

Meanwhile, a fire in the Okefenokee Swamp National Wildlife Refuge continues to burn. Fire is a natural part of the ecological cycle in the Okefenokee, Mr. Allen said, but firefighters are afraid the blaze could escape the park's boundaries into the vast tracts of private timberland that surround it.

``It's like a hurricane sitting out in the middle of the ocean" is how Mr. Allen described the Okefenokee blaze -- because no one knows which way it's going to turn.

The drought poses no immediate threat to the state's municipal water supplies, which come mainly from rivers and from federal reservoirs, said Napoleon Caldwell of the state Environmental Protection Division's Water Protection Branch.

But state officials are keeping an anxious eye on the underground aquifers that farmers in south and middle Georgia rely on for irrigation water during dry summer months, Mr. Caldwell said.

Farmers pumped an estimated 1.2 billion to 1.6 billion gallons a day last summer for irrigation -- about twice as much as it takes to supply all the cities of north Georgia, he said. That south Georgia irrigation water comes mainly from the vast Floridan aquifer, an underground reservoir that is normally ``recharged" by winter rains. But there were no winter rains to recharge the aquifers after last summer's heavy withdrawals, Mr. Caldwell said.

Floridan aquifer water levels in some heavily agricultural regions of

A330

south Georgia have declined steadily in the past one to two decades, according to U.S. Geological Service records.

EMAIL STORY TO A FRIEND EMAIL SECTION EDITOR EMAIL OPINION EDITOR

[Past Articles]

2002 News Stories

Search

All Contents ©Copyright *The Augusta Chronicle*
Comments or questions? Contact the webmasters.

MORRIS COMMUNICATIONS CORPORATION






HOME/NEWS
Home
Weather
Sports
Opinion
Obituaries
Special Sections
Forums
Archive
Search
Front Page
Subscription Services
@ugusta Help

CITY GUIDE
City Guide
Classifieds
Employment
Coupons
Autos
Real Estate
Yellow Pages
Maps
Directions

ENTERTAINMENT
Applause
Dining
Movies
Travel
Television
Lottery
Horoscopes

INTERACTIVE
Net Music
Quick Cooking
Remote
Your Health
Fitness Files
JobSmart
Food & Recipes
Newspapers in Education

# Drought beginning to affect farms, wildlife

*Across Georgia, cities are getting less rainfall in what looks to be one of driest springs on record*

*Web posted June 4, 1999*

By Lee Shearer
*Morris News Service*

ATHENS, Ga. -- Georgia's continuing drought threatens to become one of the worst, after one of the driest Mays in history.

For the most part, municipal water supplies are still adequate, but the drought is already having an impact on farmers and wildlife, say those working with it.

``If this hot, dry weather continues, we're in trouble,'' said Kerry Harrison, a hydrologist and irrigation specialist with the University of Georgia's Cooperative Extension Service in Tifton.

Macon got 20 percent of its normal May rainfall; Athens and Augusta got less than a third; and Columbus got barely a third. Of the state's major cities, only Atlanta got above-average rainfall -- by 0.13-inch, said Georgia state climatologist David Stooksbury.

Mr. Stooksbury said rainfall in Georgia this spring was the lowest since 1925 -- the driest spring on record.

Showers such as those that moved through parts of the state Wednesday night do little to help, he said.

At Radium Springs near Albany in south Georgia, where one of the state's last wild populations of striped bass live, water normally flows from underground at 90 million gallons per day -- a natural up-welling of cold, clear water fed from the vast, deep Floridan aquifer below.

After 13 months of below-normal rainfall, its flow is down to 2.5

A332

SPECIAL INTEREST
Xtreme
Citizen Activist
Augusta Golf
Augusta Magazine
Business Chronicle

SERVICES
F.A.Q.
Advertise
Chronicle Staff
Chronicle Jobs
Internet Service

THE WIRE

LOTTO Georgia DAILY NUMBERS

million gallons a day, said University of Georgia hydrologist Todd Rasmussen.

Radium Springs, as well as similar springs that provide critical habitat and feed other south Georgia rivers, could stop flowing -- and could reverse their flow, polluting the aquifers, said Jim Hook, a Cooperative Extension water and agriculture expert based in Tifton.

Nearby, at a U.S. Geological Survey monitoring station on the Flint River at Newton, the flow was down to 1,730 cubic feet per second Wednesday -- compared to an average flow of 4,500 cfs. In May, Flint River flows on some days were lower than ever before recorded, Mr. Hook said.

In the southeast corner of the state, a fire in the Okefenokee Swamp and north Florida grew to an estimated 64,000 acres Wednesday.

This is the second straight year fires have blackened the national wildlife refuge, but this fire is about a month earlier than last year's blaze, and is four times as large, according to Georgia Forestry Commission records.

In northeast and central Georgia, the water situation is not so bad, said Nick Nicholson, a Georgia Department of Natural Resources wildlife biologist based in Appalachee.

The drought is having an impact on wildlife in the area, Mr. Nicholson said. Because there are fewer insects for songbirds and other nesting birds to feed their fledglings, fewer are surviving.

``There's a much lower survival rate of nestlings because of the drought,'' he said.

The drought's pressure on wildlife will soon show up in another way in Clarke and Oconee counties, he said. Deer, who normally browse in the cool of the morning and at twilight, will be abroad in the daylight, and showing up in irrigated fields and gardens, where they can find something moist and green to eat.

Things could bounce back quickly, said one scientist.

``Right now everything is OK. All the springs are flowing. It's early, and this system responds fairly quickly to showers,'' said Matt Thomas, a DNR fisheries biologist based in Albany.

But meanwhile, wells are running dry in some places in south and middle Georgia.

EMAIL STORY TO A FRIEND EMAIL SECTION EDITOR EMAIL OPINION EDITOR

[Past Articles]

2002 News Stories

Search

All Contents ©Copyright *The Augusta Chronicle*
Comments or questions? Contact the webmasters.

MORRIS COMMUNICATIONS CORPORATION






# Metro

THE AUGUSTA CHRONICLE
@ugusta

METRO SPORTS FEATURES BUSINESS SCI-TECH

HOME/NEWS

Home
Weather
Sports
Opinion
Obituaries
Special Sections
Forums
Archive
Search
Front Page
Subscription Services
@ugusta Help

CITY GUIDE

City Guide
Classifieds
Employment
Coupons
Autos
Real Estate
Yellow Pages
Maps
Directions

ENTERTAINMENT

Applause
Dining
Movies
Travel
Television
Lottery
Horoscopes

INTERACTIVE

Net Music
Quick Cooking
Remote
Your Health
Fitness Files
JobSmart
Food & Recipes
Newspapers in Education

## Corps prepares for drought

*Web posted June 8, 1999*

By Robert Pavey
*Staff Writer*




Click on image to view larger version.
*DAVID ARBANAS/STAFF*

Water levels were receding Monday along Thurmond Lake's 1,200-mile shoreline, prompting the Army Corps of Engineers to begin preparations to shift into drought management mode.

Closer to home, as temperatures inched to 92 degrees by lunchtime, Augusta Utilities Director Max Hicks was cautiously optimistic about the progress of work to improve Richmond County water supplies.

``Right now the levels in the city reservoir are steady," Mr. Hicks said. ``We're holding them wherever we want them, and that's good."

The reservoir off Highland Avenue is replenished from water piped from Augusta Canal a few miles away. Its pool level was 28 feet Monday, 2 feet shy of being completely full.

The canal water serves only a portion of the city -- mainly residents on the Hill and in west Augusta, Mr. Hicks said. Deep wells that tap subterranean reserves called aquifers are used to supply south Richmond County.

Despite problems in the past few days with meeting demand in some south Richmond County neighborhoods, the towering storage tanks used to deliver water pumped from those wells were refilling promptly.

SPECIAL INTEREST
Xtreme
Citizen Activist
Augusta Golf
Augusta Magazine
Business Chronicle

SERVICES
F.A.Q.
Advertise
Chronicle Staff
Chronicle Jobs
Internet Service

THE WIRE

LOTTO Georgia DAILY NUMBERS

``The tanks are performing as we expected, and the levels are good," Mr. Hicks said. ``But we need several days of data to make sure we're going to be OK."

Mr. Hicks said efforts to bring on line a new well with a capacity of 1 million gallons per day are progressing ahead of schedule.

``This is the old Kimberly-Clark well drilled in south Richmond County as an industrial site," he said. ``We thought it would take 60 days; now we think it will be up in 30 days."

With little hope of significant rainfall in the foreseeable future, the Corps of Engineers was preparing to enter drought management mode, said spokesman Jim Parker.

Thurmond Lake's pool level Monday was 326.6 feet above sea level, or more than 3 feet below normal summer pool. When the level reaches 326 feet, the Corps will activate its Drought Contingency Plan.

``At 326, we activate Level One, which is public information about drought management activities," he said. Advisories also are issued for boating hazards related to previously submerged obstacles.

The Corps has reduced hydropower generation from Thurmond Dam from the average of 5,500 cubic feet per second to about 4,500 cubic feet per second.

The Southeastern Power Administration, an arm of the U.S. Energy Department that markets electricity produced by Corps dams, has been purchasing electricity from other sources to meet its clients' needs, enabling the Corps to conserve water in its Savannah River reservoirs.

If water levels continue to fall, more drastic drought management strategies, including further reductions in hydropower generation, could be implemented, Mr. Parker said.

For the month of May, inflow to Thurmond Lake was 60 percent below normal, setting the stage for what could be another long, dry summer, Mr. Parker said.

**Robert Pavey covers environmental issues for *The Augusta Chronicle.* He can be reached at (706) 868-1222, Ext. 119, or rpavey@augustachronicle.com.**

EMAIL STORY TO A FRIEND EMAIL SECTION EDITOR EMAIL OPINION EDITOR

A336

[Past Articles]

2002 News Stories

Search

All Contents ©Copyright *The Augusta Chronicle*
Comments or questions? Contact the webmasters.

MORRIS COMMUNICATIONS CORPORATION




THE AUGUSTA CHRONICLE
@ugusta

# Metro





## Steady showers needed

*Consistent rain is necessary for undoing damage caused by extended dry spell*

*Web posted June 12, 1999*

By Melissa Hall
*Columbia County Bureau*

The sign in front of Augusta Express Car Wash on Washington Road says it all: ``Does washing your car make it rain? Then please come on in."

``Normally rain in the car wash business is a dirty word, but we have to have a little bit of rain to get the cars dirty," said Sandy Beaver, general manager of Augusta Express Car Wash.

And he's not the only one needing a little rain.

``If we just started having good rains a couple of times a week it would really ease the load that's put on the water system," said Max Hicks, Augusta utilities director. ``If we could get a rain every other day, most people would water very little."

With some parts of Augusta under an outdoor watering ban and many other areas on odd-even outdoor watering restrictions, officials say it will take several days of good steady rain to make up for the 7.27-inch deficit.

Late afternoon showers Friday brought little relief -- only 0.04 inches of rain, according to the National Weather Service at Bush Field airport.

``We need a rain pattern," said Billy Clayton, Columbia County water superintendent. ``We didn't get to where we are at today from a short-term weather pattern and we won't get out of where we are at today with a short-term weather pattern."

SPECIAL INTEREST
Xtreme
Citizen Activist
Augusta Golf
Augusta Magazine
Business Chronicle

SERVICES
F.A.Q.
Advertise
Chronicle Staff
Chronicle Jobs
Internet Service

THE WIRE

Columbia County Extension Agent Charles Phillips has been counseling area homeowners and farmers as they deal with the area's second year of drought.

``Anything would help right now," Mr. Phillips said. ``But to get the ground moisture levels back up, we need at least 9 or 10 inches. But an inch a week right now wouldn't hurt a bit."

Grovetown farmer Jim Steed knows this all too well.

His 100 acres of corn are stunted by lack of rain. At harvest, he will cut the corn, stalks and all, as feed for his 225 dairy cows. Small stalks mean more feed to buy.

``The damage has been done, but it could be worse if we don't get any rain," Mr. Steed said. ``It would take a couple of inches at least, preferably three, and that would do a world of good. But it would still have to keep coming."

**Melissa Hall can be reached at (706) 868-1222, Ext. 113 or melhall@augustachronicle.com.**

***Staff Writer Jason B. Smith contributed to this article.***

EMAIL STORY TO A FRIEND
EMAIL SECTION EDITOR
EMAIL OPINION EDITOR

**[Past Articles]**

2002 News Stories
Search

All Contents ©Copyright *The Augusta Chronicle*
Comments or questions? Contact the webmasters.

MORRIS COMMUNICATIONS CORPORATION