
SAVANNAH RIVER SITE
TO AIKEN
New Ellenton
Williston
TO AUGUSTA
Barricade 2
Savannah River Forest Station
Tinker Creek
AIKEN CO.
BARNWELL CO.
Barricade 3
3/700 Area (See Inset)
Jackson
Barricade 1
Tims Branch
Three Runs
M Line
F Line
Z Line
C Line
K Line
L Line
Main Line
Pond B
Pond C
Pond 5
Pump House
PAR POND
Barnwell County Industrial Park
TO BARNWELL
Salkehatchie River
Rosemary Cr.
Barricade 4
Snelling
CSX
Gate 2
Upper Three Runs
Pump House
TNX
AIKEN CO.
BURKE CO.
Fourmile Branch
Pen Branch
L Lake
Meyers Branch
Lower Three Runs
BARNWELL CO.
ALLENDALE CO.
Vogtle Electric Generating Plant
Daniels Br.
Beaverdam Cr.
Telfair Pond
SOUTH CAROLINA
GEORGIA
Steel Creek
Barricade 5
SAVANNAH RIVER
Sweetwater Creek
BURKE CO.
SCREVEN CO.
TO ALLENDALE
TO MILLHAVEN
INSET OF 3/700 AREA
0 1 2 3 4 MILES
1 2 3 4 5 6 KILOMETERS
A340
94x00577.01.AIL


SAVANNAH RIVER SITE AND ENVIRONS
0 1 2 3 4 5 6 7 8 9 10 KILOMETERS
0 1 2 3 4 5 6 7 8 9 10 MILES
94X00577.02.AIL
SAVANNAH RIVER SITE
AUGUSTA
North Augusta
Aiken
Waynesboro
Hephzibah
Grovetown
Jackson
New Ellenton
Beech Island
Williston
Barnwell
Blackville
Allendale
Springfield
Kitchings Mill
Savannah River Research Campus
SREL Conference Center
3/700 Area (See inset on reverse side)
Vogtle Electric Generating Plant
Daniel Field
Bush Field
FORT GORDON MILITARY RESERVATION
TOBACCO ROAD
BOBBY JONES EXPRESSWAY
SOUTH CAROLINA
GEORGIA
SAVANNAH RIVER
Par Pond
L Lake
Steel Cr.
Upper Three Runs
JEFFERSON CO
BURKE CO
COLUMBIA CO
RICHMOND CO
EDGEFIELD CO
AIKEN CO
MC CORMICK CO.
BARNWELL CO.
ALLENDALE CO.
SCREVEN CO.
ORANGEBURG CO.
CSX
SOUTHERN
TO ATLANTA
TO I-20 & COLUMBIA
TO I-16 & SAVANNAH
TO WALTERBORO & I-95
A341