Nos. 03-1501C & 04-1126
(Judge Allegra)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

WILLIAM J. HOOKER, d/b/a
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S APPENDIX (PART II)

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W
Washington, D.C. 20530
Tele: (202) 353-7961
Attorneys for Defendant

September 7, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 7th day of September 2006, a copy of the foregoing "DEFENDANT'S APPENDIX (PART II)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder