1. Notify the COR/Inspector immediately upon dispatching of wild hog(s) after which the contractor will bring the wild hog(s) to a specific intermediate location for verification by the COR/Inspector. In addition to, or in lieu of (rarely) whole wild hog verification, the COR/Inspector may require delivery of specified body parts (of dispatched wild hogs) at the end of each work day.

2. Collect specified data, including weight, age, sex, fetal count, and locations and dates the animals were dispatched. Data will be recorded and collected at the direction of the CO or COR. The contractor will cooperate with researcher requests for data and will collect and deliver the data upon notification by the CO or COR.

3. Research needs which develop during the course of the contract may result in the need for additional data collection. If such action is required by the USFS-SR, a modification to the contract will be negotiated.

C. <u>Other Considerations</u>

1. The Contractor will register with the CO or COR and SRS security forces the vehicle or vehicles, firearms, and other contraband equipment contractor personnel will use. The contractor will provide the state license number, the make, and color of each vehicle. No other vehicles will be allowed on site. The serial number of all firearms to be used will be registered with the SRS Security forces. Vehicles used by the contractor will be subject to search by USFS-SR personnel and the SRS Security forces. The make, model, and serial number of all firearms to be used as well as other contraband equipment shall be given to the CO or COR immediately upon notification of award of this contract so that a Contraband Pass may be requested from DOE.

2. The total number of contractor employees will not exceed four (including contractor).

3. When entering the Site the contractor (or contractor employees) shall report immediately to the USFS - SR, from which point they will be accompanied by the CO, COR, or Inspector to the work area. If for any reason the CO, COR, or Inspector leaves or is not present in the work area, the contractor (or contractor employees) shall notify USFS - SR Dispatch of their location at all times, when changing locations, and when leaving for the day.

4. The Contractor/employees shall not enter or operate in Radiological Control Areas (RCA) and may be required to submit to monitoring by Westinghouse Health Protection personnel.

5. If mutually agreeable, Contractor may store equipment or other supplies necessary to the completion of the contract at the USFS - SR workcenter. USFS - SR and DOE assume no responsibility for any of the contractor's equipment,