# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: September 8, 2006)

---

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On September 7, 2006, defendant electronically filed two notices regarding defendant's opposition to plaintiff's motion for summary judgement and defendant's cross motion for summary judgement. Section I, ¶ 4 of General Order No. 42A states that, "[c]ounsel shall endeavor to limit the total number of Adobe PDF files constituting an ECF filing." In the court's view, Part I of defendant's appendix does not comply with this provision. Accordingly,

1. That document is hereby striken; and

2. On or before October 15, 2006, defendant shall refile this document.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge