IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER,d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff<br>Vs<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1501C, 04-1126<br>Judge Allegra |

TO: LINDSAY WILLIAMS, ESQ., ATTORNEY FOR DEFENDANT

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to RCFC 33 and 34, plaintiff, through his undersigned counsel, responds as follows to the defendant's requests.

INTERROGATORY NO. 1:

Identify each individual who participated in preparing any of the responses to these interrogatories, including, but not limited to, drafting, discussing, commenting upon, or supplying information for use in any of the responses. For each individual, identify which interrogatory response or portion of a response with which the individual was involved, and describe the extent and nature of his or her involvement, including the basis for the individual's participation –e.g. personal knowledge of an event in question, or review of documents in connection with the individual's duties in his or her employment by plaintiff.

**RESPONSE:**

**William D. Hooker prepared responses from personal knowledge of all events in question assisted by Robbie M. Nichols, his counsel.**

INTERROGATORY NO. 2:

INTERROGATORY NO. 12:

Describe in detail the factual and legal basis for your contention, contained in paragraph 17 of the complaint, that the contracting officer "lost" the paperwork for Hooker's contraband pass, which prevented plaintiff from performing under the contract during this time and provide the names, addresses, current employers and phone numbers of all persons who witnessed or have knowledge related to this contention, identify all documents that substantiate this contention, and produce all documents that relate in any way to this interrogatory.

**RESPONSE: There is conflicting information regarding this contention; plaintiff cannot respond to this interrogatory at present. Plaintiff will supplement this response as soon as further information becomes available.**

**Supplementary Response: Plaintiff has abandoned this claim on the record of the Motion Hearing of February 28, 2006.**

INTERROGATORY NO. 13:

Describe in detail the factual and legal basis for your contention, contained in paragraph 18 of the complaint, that the Government's alleged loss of plaintiff's contraband pass constituted a breach of the contract and that plaintiff should be compensated for his lost income during this breach, and identify all persons who prepared, assisted, reviewed, or commented upon the information contained in this response, identify all documents that substantiate the information contained in this response, and produce all records that relate in any way to this interrogatory.

**RESPONSE: Please see supplemental response to Interrogatory No. 12.**

**had an incomplete understanding of the beaver trapping process." The Forest Service and Westinghouse had a responsibility to communicate with each other, but apparently there was no communication. Since the NIOSH report, USFS has made changes in subsequent contracts to ensure that contractors are not working in soil contamination areas.**

INTERROGATORY NO. 29:

Describe in detail the factual and legal basis for your contention, contained in paragraph 21 of the amended complaint, that Government required additional training and equipment because of contamination, and identify all persons who prepared, assisted, reviewed, or commented upon the information contained in this response, identify all documents that substantiate the information contained in this response, and produce all records that relate in any way to this interrogatory.

**RESPONSE: Reference is made to QHRG1200/0300.H0010 (Effective date: 2-23-98) Copyright 1997 Westinghouse Savannah River Company. Titled RWI or RWII? Entry into Soil Contamination Areas (to perform work that disturbs the soil)(SCA) requires Radiological Worker II training. Further, the Work Clearance Permit required waders and gloves and a standby person, and required the worker to rinse the waders and place them on plastic for RCO survey.**

INTERROGATORY NO. 30:

Explain in detail the legal and factual basis for your contention, contained in paragraphs A, B and C, that you are entitled to $80,000, a sum to compensate you for the

Government's alleged bad faith in refusing to renegotiate the Beaver Contract, and punitive damages, and identify all witnesses and documents that support your contention.

RESPONSE:

**The beaver contract (53-4660-9-06) states that no toxicological hazards are associated with trapping beaver on the SRS. Hooker trapped in areas which were posted as SCA's (Soil Contamination Areas). Westinghouse's guidelines require a worker to be Rad-2 qualified for any work that disturbs the soil in SCA's. This information was not communicated to Hooker until he was required to work under a Work Clearance Permit in February, 1999. Hooker was Rad-2 qualified but his employees were not. Hooker requested that USFS renegotiate the contract and this request was refused. (Deposition of Homer Gabard and Contract Daily Diary of Frankie Brooks). Thereafter, the beaver trapping sites were reduced from 53 to 1. Thereafter he was allowed to trap 6 sites and culvert cleaning was nearly stopped. Hooker questioned Homer Gabard in November, 1999 why the beaver trapping sites were reduced. (Summary of Call). According to his notes, Gabard apparently did not provide an answer. Yet at deposition, both Gabard and Frankie Brooks testified that the beaver trapping sites were reduced after July 1 because of drought. In reviewing the rainfall records from July, August, September and October of 1999 , it appears that there was less than normal rainfall in July, but normal or above for the following months. Since there was no drought, Gabard and Brooks have failed to provide a legitimate explanation for their actions. Hooker remembers that he repeatedly asked Gabard "I want to know what is in every stream". Hooker believes that the beaver contract was curtailed to punish him for his questions and**

**to get rid of him. Hooker further believes that this breach of the contract was in bad faith, as was the failure to renew the option.**

## REQUESTS FOR PRODUCTION

1. All documents required to be identified in response to defendant's first set of interrogatories.

**RESPONSE: These are attached.**

2. All documents prepared by plaintiff that relate to, refer to, discuss, or describe plaintiff's claims in its amended complaint.

**RESPONSE: These are attached.**

3. All correspondence and other documents exchanged between plaintiff and the United States relating to the claims alleged by plaintiff in its complaint and amended complaint.

**RESPONSE: These are attached.**

4. All the files maintained by plaintiff at its office for these contracts, including correspondence, diaries or notes kept by persons on the job, quotes or bids, payrolls and/or invoices of subcontractors, scheduling information, lists of personnel on the job on any given day, week or month, bills and or statements for equipment rental or purchase, and miscellaneous materials purchased.

**RESPONSE: No documents of this type are in the possession of the plaintiff**

5. All files maintained by your subcontractors/suppliers/equipment suppliers at their own offices for these contracts, including correspondence, diaries or notes kept by persons on the job, quotes or bids, payrolls and/or invoices of subcontractors,

scheduling information, lists of personnel on the job on any given day, week or month, bills and or statements for equipment rental or purchase, and miscellaneous materials purchased.

**RESPONSE: No documents of this type are in the possession of plaintiff.**

6. All documents that relate in any way to these contracts, including, but not limited to: correspondence, modifications, delivery orders, payment vouchers, subcontracts and modifications, subcontract files, subcontract correspondence, subcontract claims and claim files, invoices, bills, meeting minutes, notes, drafts, electronic mail messages, facsimile messages, memoranda, purchase orders, budgets, production schedules and plans, production reports, inspections, reinspections, production items available for inspection or delivery, quality control reports and notes, budgets, and profit and loss computations and reports.

**RESPONSE: These are attached.**

7. All proposal or bid documents pertaining to the award of the contracts, including, but not limited to: the proposals or bids, bid/proposal work sheets, contract bid/proposal analyses, memoranda, reports, meeting minutes, notes, drafts and correspondence.

**RESPONSE: Plaintiff is unable to locate these documents; they should be in the defendants files**

8. All documents that relate in any way to communications between the Forest Service and plaintiff about these contracts, or plaintiff's bids or proposals for the contracts, including notes, drafts, correspondence, electronic mail messages, facsimile messages, show cause notices, responses to show cause notices, termination for

default notices, responses to termination for default notices, inspection reports and notes, delivery schedules and/or progress reports, production reports, and communications with the defendant's representatives and/or contracting officers.

**RESPONSE: These are attached.**

9. All internal memoranda, correspondence, or other documents prepared by or for the plaintiff, or its subcontractors, for use in scheduling, monitoring, reviewing or in any other manner relating to the contracts and/or subcontracts.

**RESPONSE: No documents of this type are in the possession of the plaintiff.**

10. All documents that contain the financial data pertaining to the contracts, including but not limited to:

(a) Job cost accounting records;

(b) "In-house" financial records and audits pertaining to job costs;

(c) Independent audit records;

(d) Budgets and cost estimate reports;

(e) Financial statements.

**RESPONSE: No documents of this type are in the possession of the plaintiff.**

11. All logs, diaries, labor reports, production reports, production scheduling reports, or other documents reflecting the effort or work or planned work by the plaintiff or its subcontractors in the performance of the contract or subcontract, including reports, logs, notes tracking the activity and/or progress under the contracts and subcontracts.

**RESPONSE: No documents of this type are in the possession of the plaintiff.**

12. All reports or studies produced by any expert or outside consultant for the benefit of the plaintiff, or its subcontractors, or otherwise utilized by it or any person pertaining to the contracts and subcontracts.

**RESPONSE: No documents of this type are in the possession of the plaintiff.**

13. All test reports, analyses, evaluations, design, configuration reviews, specifications, drawings and/or memoranda relating in any way to the construction under the contracts and subcontracts.

**RESPONSE: No documents of this type are in the possession of plaintiff.**

14. All delivery records, test results, production schedules, inspections, quality control records, audits, or documents relating in any way to the contracts and subcontracts.

**RESPONSE: No documents of this type are in the possession of plaintiff.**

15. A copy of each contract plaintiff has been awarded with the United States Government.

**RESPONSE: These will be provided.**

16. All documents which you have previously relied or intend to rely upon to establish proof of any claims or damages as alleged in your complaint.

**RESPONSE: These are attached.**

Respectfully submitted,

Berta E. (Robbie) Nichols
Attorney for Plaintiff
Post Office Box 7925
Hilton Head Isl., South Carolina 29938


SHE MARRIED HIM??!!
AND THEY'VE GOT 7 KIDS??
classmates·com

Find Your Old School Here
- City -
- State -
Search

# History for Augusta Bush, Georgia

## on Thursday, July 1, 1999

Jump to data by:

Date: July 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | **Monthly** | Custom | Trip Planner | Next Month »

Summary

| | | | | |
|---|---|---|---|---|
| **Temperature** | **Max** | **Avg** | **Min** | |
| Max Temperature | 104 °F / 40 °C | 92 °F / 33 °C | 71 °F / 21 °C | |
| Mean Temperature | 90 °F / 32 °C | 81 °F / 27 °C | 68 °F / 20 °C | |
| Min Temperature | 78 °F / 25 °C | 70 °F / 21 °C | 64 °F / 17 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 0 | 0 | 0 | 0 |
| Cooling Degree Days (base 65) | 24 | 16 | 2 | 498 |
| Growing Degree Days (base 50) | 40 | 31 | 18 | 963 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 82 °F / 27 °C | 72 °F / 22 °C | 57 °F / 13 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.45 in / 3.7 cm | 0.12 in / 0.3 cm | 0.00 in / 0.0 cm | 3.68 in / 9.35 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 24 mph / 39 km/h | 2 mph / 4 km/h | 0 mph / 0 km/h | |
| Gust Wind | 32 mph / 52 km/h | 20 mph / 33 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.28 in / 1025 hPa | 30.04 in / 1017 hPa | 29.75 in / 1007 hPa | |










Print this calendar

« Previous Month « 1998 **July 1999** 2000 » Next Month »

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1<br>Actual: 89 \| 70<br>Precip: 1.00<br>Average: 91 \| 69<br>Precip: 0.26 | 2<br>Actual: 88 \| 69<br>Precip: 0.01<br>Average: 90 \| 68<br>Precip: 0.10 | 3<br>Actual: 90 \| 68<br>Precip: 0.00<br>Average: 91 \| 68<br>Precip: 0.21 |

| Day | Actual | Precip | Average | Precip |
|---|---|---|---|---|
| 4 | 91 \| 68 | 0.00 | 92 \| 69 | 0.14 |
| 5 | 95 \| 70 | 0.00 | 91 \| 69 | 0.09 |
| 6 | 93 \| 71 | 0.10 | 90 \| 69 | 0.09 |
| 7 | 89 \| 70 | 0.17 | 91 \| 68 | 0.09 |
| 8 | 91 \| 70 | 0.00 | 92 \| 68 | 0.10 |
| 9 | 93 \| 70 | 0.00 | 92 \| 69 | 0.06 |
| 10 | 93 \| 73 | 0.00 | 94 \| 70 | 0.07 |
| 11 | 90 \| 72 | 1.45 | 94 \| 71 | 0.12 |
| 12 | 82 \| 68 | 0.79 | 93 \| 71 | 0.19 |
| 13 | 71 \| 64 | 0.09 | 93 \| 70 | 0.05 |
| 14 | 79 \| 66 | 0.00 | 92 \| 70 | 0.10 |
| 15 | 88 \| 69 | 0.00 | 92 \| 70 | 0.18 |
| 16 | 88 \| 69 | 0.06 | 92 \| 70 | 0.20 |
| 17 | 86 \| 68 | 0.00 | 91 \| 70 | 0.13 |
| 18 | 90 \| 72 | 0.00 | 91 \| 69 | 0.08 |
| 19 | 90 \| 68 | 0.00 | 92 \| 69 | 0.12 |
| 20 | 93 \| 69 | 0.01 | 93 \| 69 | 0.10 |
| 21 | 96 \| 72 | 0.00 | 94 \| 70 | 0.15 |
| 22 | 104 \| 75 | 0.00 | 92 \| 70 | 0.31 |
| 23 | 90 \| 78 | 0.00 | 92 \| 70 | 0.15 |
| 24 | 96 \| 77 | 0.00 | 92 \| 70 | 0.19 |
| 25 | 96 \| 72 | 0.00 | 92 \| 71 | 0.16 |
| 26 | 100 \| 68 | 0.00 | 92 \| 71 | 0.18 |
| 27 | 98 \| 68 | 0.00 | 92 \| 71 | 0.05 |
| 28 | 98 \| 71 | 0.00 | 92 \| 71 | 0.09 |
| 29 | 99 \| 72 | 0.00 | 92 \| 71 | 0.12 |
| 30 | 102 \| 73 | 0.00 | 91 \| 70 | 0.16 |
| 31 | 100 \| 71 | 0.00 | 91 \| 69 | 0.20 |

Month Precipitation - Actual month total: Average month total: 4.24

Calendar Key

Sunny Clear · Mostly Cloudy Partly Sunny · Partly Cloudy Mostly Sunny · Cloudy · Rain · Snow

Flurries · Hail · Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown

Actual: 90 | 58 — Data Category, Condition, High Temp., Lo Temp.
Precip: 0.00 — Precip. (in inches)
Average: 71 | 53 — Daily Avg. Temp.
Precip: 0.03 — Temps in °F
-60 -30 0 30 60 90 120

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| July | | | | | | | | | | | | | | | | | | | | |
| 1 | 89 | 79 | 70 | 73 | 70 | 69 | 100 | 87 | 61 | 30.12 | 30.04 | 29.99 | - | 8 | 1 | 24 | 5 | 32 | 1.00 | Rain |
| 2 | 88 | 78 | 69 | 73 | 69 | 69 | 100 | 86 | 53 | 30.19 | 30.12 | 30.09 | - | 7 | 1 | 9 | 1 | - | 0.01 | |
| 3 | 90 | 80 | 68 | 74 | 70 | 68 | 100 | 80 | 52 | 30.25 | 30.19 | 30.15 | - | 9 | 1 | 13 | 3 | - | 0.00 | |
| 4 | 91 | 79 | 68 | 75 | 71 | 68 | 100 | 86 | 52 | 30.28 | 30.22 | 30.15 | - | 8 | 1 | 8 | 0 | - | 0.00 | |
| 5 | 95 | 82 | 70 | 76 | 72 | 70 | 100 | 78 | 47 | 30.19 | 30.17 | 30.04 | - | 8 | 1 | 7 | 4 | - | 0.00 | |
| 6 | 93 | 83 | 71 | 79 | 74 | 69 | 100 | 87 | 56 | 30.06 | 30.04 | 29.98 | - | 7 | 3 | 9 | 2 | 17 | 0.10 | Rain , Thunderstorm |
| 7 | 89 | 80 | 70 | 75 | 71 | 70 | 100 | 86 | 55 | 30.07 | 30.02 | 29.96 | - | 8 | 2 | 9 | 3 | - | 0.17 | Rain |
| 8 | 91 | 81 | 70 | 76 | 72 | 70 | 100 | 80 | 53 | 30.07 | 30.01 | 29.99 | - | 9 | 2 | 10 | 5 | - | 0.00 | |
| 9 | 93 | 81 | 70 | 73 | 72 | 67 | 100 | 75 | 44 | 30.14 | 30.09 | 30.04 | - | 8 | 2 | 14 | 0 | 18 | 0.00 | |
| 10 | 93 | 82 | 73 | 74 | 70 | 69 | 91 | 70 | 47 | 30.10 | 30.06 | 29.98 | - | 10 | 10 | 13 | 7 | 20 | 0.00 | |
| 11 | 90 | 80 | 72 | 75 | 72 | 71 | 100 | 84 | 57 | 30.09 | 30.03 | 30.00 | - | 6 | 0 | 14 | 3 | 26 | 1.45 | Fog , Rain , Thunderstorm |
| 12 | 82 | 76 | 68 | 74 | 72 | 70 | 100 | 94 | 74 | 30.08 | 30.08 | 30.00 | - | 7 | 1 | 14 | 2 | - | 0.79 | Rain |
| 13 | 71 | 68 | 64 | 70 | 68 | 63 | 100 | 98 | 81 | 30.13 | 30.05 | 30.03 | - | 6 | 2 | 12 | 10 | - | 0.09 | Rain |
| 14 | 79 | 72 | 66 | 72 | 66 | 64 | 100 | 91 | 74 | 30.17 | 30.13 | 30.09 | - | 8 | 5 | 8 | 2 | - | 0.00 | Rain |
| 15 | 88 | 78 | 69 | 75 | 70 | 68 | 100 | 81 | 53 | 30.19 | 30.16 | 30.11 | - | 8 | 2 | 8 | 2 | - | 0.00 | Rain |
| 16 | 88 | 80 | 69 | 75 | 71 | 70 | 100 | 87 | 57 | 30.21 | 30.16 | 30.14 | - | 8 | 4 | 13 | 1 | - | 0.06 | Rain , Thunderstorm |
| 17 | 86 | 76 | 68 | 75 | 69 | 68 | 100 | 92 | 63 | 30.24 | 30.20 | 30.14 | - | 5 | 0 | 9 | 2 | - | 0.00 | Fog , Rain |

A31

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 90 | 80 | 72 | 74 | 71 | 69 | 97 | 83 | 59 | 30.23 | 30.20 | 30.14 | - | 10 | 8 | 10 | 2 | - | 0.00 | Thunderstorm |
| 19 | 90 | 79 | 68 | 75 | 70 | 68 | 100 | 84 | 51 | 30.18 | 30.17 | 30.07 | - | 8 | 2 | 10 | 0 | - | 0.00 | |
| 20 | 93 | 81 | 69 | 75 | 71 | 68 | 100 | 76 | 50 | 30.12 | 30.09 | 30.01 | - | 6 | 3 | 9 | 0 | - | 0.01 | |
| 21 | 96 | 84 | 72 | 77 | 74 | 70 | 100 | 78 | 46 | 30.11 | 30.06 | 30.01 | - | 6 | 1 | 8 | 3 | - | 0.00 | |
| 22 | 104 | 90 | 75 | 78 | 73 | 73 | 94 | 80 | 41 | 30.07 | 30.04 | 29.98 | - | 6 | 3 | 9 | 0 | - | 0.00 | |
| 23 | 90 | 84 | 78 | 79 | 78 | 73 | 89 | 81 | 65 | 30.02 | 30.02 | 29.89 | - | 3 | 0 | 10 | 0 | - | 0.00 | |
| 24 | 96 | 87 | 77 | 79 | 78 | 70 | 93 | 74 | 51 | 29.97 | 29.94 | 29.83 | - | 6 | 1 | 17 | 4 | 18 | 0.00 | |
| 25 | 96 | 84 | 72 | 78 | 73 | 71 | 100 | 78 | 46 | 29.96 | 29.94 | 29.88 | - | 6 | 2 | 8 | 2 | - | 0.00 | |
| 26 | 100 | 84 | 68 | 75 | 70 | 57 | 100 | 75 | 24 | 29.95 | 29.93 | 29.86 | - | 6 | 0 | 13 | 2 | - | 0.00 | Fog |
| 27 | 98 | 83 | 68 | 76 | 69 | 67 | 93 | 68 | 39 | 29.98 | 29.94 | 29.90 | - | 8 | 4 | 8 | 0 | - | 0.00 | |
| 28 | 98 | 84 | 71 | 77 | 73 | 71 | 100 | 78 | 43 | 30.00 | 29.95 | 29.88 | - | 4 | 0 | 7 | 2 | - | 0.00 | Fog |
| 29 | 99 | 84 | 72 | 76 | 71 | 70 | 97 | 69 | 43 | 29.91 | 29.86 | 29.76 | - | 8 | 3 | 14 | 4 | 20 | 0.00 | Rain , Thunderstorm |
| 30 | 102 | 88 | 73 | 76 | 75 | 68 | 100 | 77 | 33 | 29.86 | 29.80 | 29.75 | - | 6 | 1 | 9 | 3 | - | 0.00 | |
| 31 | 100 | 86 | 71 | 82 | 72 | 71 | 100 | 77 | 45 | 29.88 | 29.83 | 29.79 | - | 7 | 4 | 8 | 2 | - | 0.00 | |

Copyright © 2006 The Weather Underground, Inc.

INTRODUCING AOL HIGH SPEED* YOU DESERVE A BETTER HIGH-SPEED INTERNET.
GET IT NOW
AOL
*Powered by DSL or cable. Not available in all areas.

# History for Augusta Bush, Georgia
## on Sunday, August 1, 1999

Jump to data by:

Date: August 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | Monthly | Custom | Trip Planner | Next Month »

Summary

| | | | | |
|---|---|---|---|---|
| **Temperature** | Max | Avg | Min | |
| Max Temperature | 107 °F / 41 °C | 96 °F / 35 °C | 84 °F / 28 °C | |
| Mean Temperature | 90 °F / 32 °C | 83 °F / 28 °C | 70 °F / 21 °C | |
| Min Temperature | 75 °F / 23 °C | 70 °F / 21 °C | 55 °F / 12 °C | |
| **Degree Days** | Max | Avg | Min | Sum |
| Heating Degree Days (base 65) | 0 | 0 | 0 | 0 |
| Cooling Degree Days (base 65) | 24 | 18 | 6 | 545 |
| Growing Degree Days (base 50) | 40 | 33 | 20 | 1014 |
| **Dew Point** | Max | Avg | Min | |
| Dew Point | 79 °F / 26 °C | 70 °F / 21 °C | 48 °F / 8 °C | |
| **Precipitation** | Max | Avg | Min | Sum |
| Precipitation | 1.09 in / 2.8 cm | 0.11 in / 0.2 cm | 0.00 in / 0.0 cm | 2.19 in / 5.56 cm |
| Snowdepth | - | - | - | - |
| **Wind** | Max | Avg | Min | |
| Wind | 22 mph / 35 km/h | 3 mph / 5 km/h | 0 mph / 0 km/h | |
| Gust Wind | 29 mph / 47 km/h | 19 mph / 30 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | Max | Avg | Min | |
| Sea Level Pressure | 30.18 in / 1022 hPa | 29.93 in / 1013 hPa | 29.74 in / 1007 hPa | |










Print this calendar

« Previous Month « 1998 August 1999 2000 » Next Month »

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Actual: 107 \| 72 | Actual: 97 \| 73 | Actual: 95 \| 70 | Actual: 93 \| 64 | Actual: 96 \| 63 | Actual: 98 \| 68 | Actual: 99 \| 70 |
| Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 | Precip: 0.00 |
| Average: 91 \| 69 | Average: 91 \| 70 | Average: 90 \| 70 | Average: 90 \| 69 | Average: 91 \| 69 | Average: 90 \| 70 | Average: 90 \| 70 |
| Precip: 0.32 | Precip: 0.27 | Precip: 0.12 | Precip: 0.19 | Precip: 0.15 | Precip: 0.19 | Precip: 0.09 |

A33

| Day | Actual | Precip | Average | Precip |
|---|---|---|---|---|
| 8 | 102 \| 73 | 0.00 | 91 \| 70 | 0.10 |
| 9 | 98 \| 72 | 0.00 | 91 \| 70 | 0.06 |
| 10 | 100 \| 69 | 0.00 | 91 \| 70 | 0.17 |
| 11 | 102 \| 73 | 0.00 | 89 \| 69 | 0.31 |
| 12 | 102 \| 71 | 0.00 | 89 \| 69 | 0.24 |
| 13 | 102 \| 69 | 0.00 | 88 \| 68 | 0.11 |
| 14 | 102 \| 75 | 0.00 | 88 \| 68 | 0.08 |
| 15 | 96 \| 72 | 0.00 | 90 \| 68 | 0.14 |
| 16 | 96 \| 73 | 0.49 | 90 \| 69 | 0.16 |
| 17 | 100 \| 72 | 0.00 | 90 \| 69 | 0.08 |
| 18 | 102 \| 70 | 0.00 | 91 \| 69 | 0.06 |
| 19 | 99 \| 72 | 0.15 | 91 \| 69 | 0.13 |
| 20 | 91 \| 69 | 1.09 | 91 \| 69 | 0.13 |
| 21 | 93 \| 66 | 0.00 | 90 \| 69 | 0.07 |
| 22 | 91 \| 68 | 0.00 | 89 \| 68 | 0.15 |
| 23 | 91 \| 69 | 0.45 | 90 \| 68 | 0.11 |
| 24 | 86 \| 72 | 0.01 | 90 \| 68 | 0.11 |
| 25 | 89 \| 69 | 0.00 | 90 \| 68 | 0.21 |
| 26 | 93 \| 72 | 0.00 | 90 \| 68 | 0.12 |
| 27 | 93 \| 69 | 0.00 | 90 \| 68 | 0.06 |
| 28 | 91 \| 69 | 0.00 | 90 \| 68 | 0.07 |
| 29 | 91 \| 73 | 0.00 | 89 \| 67 | 0.07 |
| 30 | 90 \| 70 | 0.00 | 89 \| 66 | 0.12 |
| 31 | 84 \| 55 | 0.00 | 88 \| 67 | 0.21 |

Month Precipitation - Actual month total: Average month total: 4.40 2.19

Calendar Key

Sunny Clear · Mostly Cloudy Partly Sunny · Partly Cloudy Mostly Sunny · Cloudy · Rain · Snow

Hail Flurries · Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown

Data Category: Condition · Actual: 90 | 58 (High Temp. · Lo Temp.) · Precip: 0.00 (Precip. (in inches)) · Average: 71 | 53 (Daily Avg. Temp.) · Precip: 0.03 · Temps in °F -60 -30 0 30 60 90 120

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| August | | | | | | | | | | | | | | | | | | | | |
| 1 | 107 | 90 | 72 | 78 | 71 | 56 | 96 | 62 | 19 | 29.91 | 29.86 | 29.82 | - | 8 | 4 | 9 | 3 | - | 0.00 | |
| 2 | 97 | 86 | 73 | 74 | 68 | 63 | 94 | 62 | 35 | 29.96 | 29.91 | 29.84 | - | 9 | 6 | 12 | 2 | - | 0.00 | |
| 3 | 95 | 83 | 70 | 72 | 68 | 63 | 93 | 62 | 37 | 30.03 | 29.99 | 29.93 | - | 9 | 7 | 9 | 1 | - | 0.00 | |
| 4 | 93 | 80 | 64 | 70 | 65 | 61 | 93 | 66 | 34 | 29.98 | 29.94 | 29.85 | - | 9 | 5 | 10 | 0 | 16 | 0.00 | |
| 5 | 96 | 80 | 63 | 71 | 63 | 62 | 100 | 71 | 33 | 29.91 | 29.89 | 29.82 | - | 7 | 1 | 9 | 0 | - | 0.00 | |
| 6 | 98 | 82 | 68 | 75 | 70 | 68 | 100 | 74 | 43 | 29.96 | 29.91 | 29.88 | - | 7 | 2 | 9 | 3 | - | 0.00 | |
| 7 | 99 | 84 | 70 | 78 | 73 | 63 | 100 | 74 | 31 | 30.01 | 29.96 | 29.92 | - | 6 | 1 | 12 | 3 | - | 0.00 | |
| 8 | 102 | 88 | 73 | 76 | 70 | 60 | 97 | 65 | 27 | 29.98 | 29.92 | 29.82 | - | 7 | 5 | 22 | 5 | 29 | 0.00 | |
| 9 | 98 | 85 | 72 | 72 | 70 | 67 | 87 | 64 | 38 | 29.86 | 29.83 | 29.74 | - | 9 | 6 | 9 | 3 | - | 0.00 | |
| 10 | 100 | 84 | 69 | 73 | 72 | 63 | 96 | 67 | 29 | 29.86 | 29.80 | 29.77 | - | 7 | 1 | 12 | 3 | 17 | 0.00 | |
| 11 | 102 | 86 | 73 | 76 | 72 | 63 | 100 | 63 | 30 | 29.89 | 29.84 | 29.80 | - | 7 | 2 | 13 | 4 | - | 0.00 | |
| 12 | 102 | 87 | 71 | 72 | 68 | 61 | 87 | 59 | 27 | 29.93 | 29.88 | 29.83 | - | 8 | 6 | 9 | 3 | - | 0.00 | |
| 13 | 102 | 87 | 69 | 77 | 70 | 63 | 93 | 63 | 29 | 29.93 | 29.89 | 29.82 | - | 6 | 2 | 12 | 0 | - | 0.00 | |
| 14 | 102 | 88 | 75 | 79 | 77 | 68 | 100 | 76 | 40 | 29.88 | 29.84 | 29.74 | - | 6 | 2 | 18 | 3 | - | 0.00 | |
| 15 | 96 | 84 | 72 | 75 | 71 | 70 | 97 | 74 | 46 | 30.06 | 29.93 | 29.86 | - | 8 | 5 | 16 | 6 | - | 0.00 | Rain , Thunderstorm |
| 16 | 96 | 84 | 73 | 77 | 74 | 72 | 100 | 87 | 47 | 30.18 | 30.08 | 30.07 | - | 6 | 1 | 10 | 3 | - | 0.49 | Rain , Thunderstorm |
| 17 | 100 | 86 | 72 | 75 | 74 | 67 | 100 | 77 | 36 | 30.14 | 30.07 | 29.94 | - | 7 | 2 | 10 | 1 | - | 0.00 | |
| 18 | 102 | 86 | 70 | 74 | 71 | 60 | 100 | 65 | 28 | 29.96 | 29.90 | 29.79 | - | 8 | 2 | 9 | 4 | - | 0.00 | |

With constant updates
The Wall Street Journal Online
is more than JUST the Journal online!
Click here to start
your free trial now.
WSJ .com THE WALL STREET JOURNAL ONLINE

# History for Augusta Bush, Georgia

## on Wednesday, September 1, 1999

Jump to data by:

Date: September 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | Monthly | Custom | Trip Planner | Next Month »

Summary

| | | | | |
|---|---|---|---|---|
| **Temperature** | **Max** | **Avg** | **Min** | |
| Max Temperature | 100 °F / 37 °C | 86 °F / 29 °C | 70 °F / 21 °C | |
| Mean Temperature | 84 °F / 28 °C | 73 °F / 22 °C | 62 °F / 16 °C | |
| Min Temperature | 73 °F / 22 °C | 59 °F / 14 °C | 42 °F / 5 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 2 | 0 | 0 | 5 |
| Cooling Degree Days (base 65) | 19 | 8 | 0 | 234 |
| Growing Degree Days (base 50) | 34 | 23 | 12 | 676 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 76 °F / 24 °C | 60 °F / 15 °C | 41 °F / 5 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.27 in / 3.2 cm | 0.17 in / 0.4 cm | 0.00 in / 0.0 cm | 4.57 in / 11.61 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 30 mph / 48 km/h | 3 mph / 5 km/h | 0 mph / 0 km/h | |
| Gust Wind | 38 mph / 61 km/h | 22 mph / 35 km/h | 16 mph / 26 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.17 in / 1022 hPa | 29.95 in / 1014 hPa | 29.55 in / 1001 hPa | |










Print this calendar

« Previous Month « 1998 September 1999 2000 » Next Month »

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1<br>Actual: 90 \| 51<br>Precip: 0.00<br>Average: 88 \| 67<br>Precip: 0.17 | 2<br>Actual: 96 \| 54<br>Precip: 0.00<br>Average: 88 \| 67<br>Precip: 0.07 | 3<br>Actual: 93 \| 62<br>Precip: 0.00<br>Average: 88 \| 67<br>Precip: 0.45 | 4<br>Actual: 96 \| 59<br>Precip: 0.00<br>Average: 87 \| 67<br>Precip: 0.20 |

A35

| Day | Actual | Precip | Average | Precip |
|---|---|---|---|---|
| 5 | 99 \| 62 | 0.00 | 86 \| 66 | 0.11 |
| 6 | 100 \| 66 | 0.00 | 87 \| 65 | 0.13 |
| 7 | 96 \| 64 | 0.01 | 87 \| 65 | 0.03 |
| 8 | 93 \| 66 | 0.00 | 88 \| 65 | 0.03 |
| 9 | 91 \| 66 | 0.36 | 87 \| 65 | 0.16 |
| 10 | 90 \| 64 | 0.00 | 87 \| 65 | 0.06 |
| 11 | 90 \| 61 | 0.00 | 87 \| 64 | 0.01 |
| 12 | 88 \| 55 | 0.00 | 87 \| 63 | 0.06 |
| 13 | 87 \| 55 | 0.00 | 86 \| 62 | 0.09 |
| 14 | 90 \| 57 | 0.00 | 86 \| 62 | 0.11 |
| 15 | 79 \| 73 | 0.00 | 88 \| 62 | 0.03 |
| 16 | 88 \| 55 | 0.00 | 86 \| 63 | 0.04 |
| 17 | 84 \| 48 | 0.00 | 85 \| 63 | 0.20 |
| 18 | 82 \| 53 | 0.00 | 84 \| 64 | 0.10 |
| 19 | 79 \| 57 | 0.06 | 86 \| 63 | 0.10 |
| 20 | 70 \| 63 | 0.82 | 86 \| 64 | 0.21 |
| 21 | 79 \| 64 | 0.09 | 86 \| 63 | 0.14 |
| 22 | 75 \| 50 | 0.00 | 85 \| 61 | 0.09 |
| 23 | 77 \| 42 | 0.00 | 84 \| 59 | 0.01 |
| 24 | 81 \| 45 | 0.00 | 82 \| 58 | 0.08 |
| 25 | 82 \| 52 | 0.00 | 82 \| 59 | 0.19 |
| 26 | 84 \| 55 | 0.79 | 82 \| 59 | 0.09 |
| 27 | 77 \| 70 | 1.27 | 82 \| 60 | 0.06 |
| 28 | 82 \| 71 | 1.02 | 81 \| 59 | 0.17 |
| 29 | 84 \| 72 | 0.15 | 81 \| 59 | 0.06 |
| 30 | 75 \| 50 | 0.00 | 79 \| 58 | 0.07 |

Month Precipitation - Actual month total: Average month total: 3.32 4.57

Calendar Key

Sunny Clear · Mostly Cloudy Partly Sunny · Partly Cloudy Mostly Sunny · Cloudy · Rain · Snow

Hail Flurries · Thunderstorms · Hazy Fog · Sleet · '?' denotes 'chance of' · Unknown

Actual: 90 | 58 · Precip: 0.00 · Average: 71 | 53 · Precip: 0.03 — Data Category, Condition, High Temp., Lo Temp., Precip. (in inches), Daily Avg. Temp., Temps in °F; -60 -30 0 30 60 90 120

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) high | avg | low | Dew Point (°F) high | avg | low | Humidity (%) high | avg | low | Sea Level Pressure (in) high | avg | low | Visibility (mi) high | avg | low | Wind (mph) high | avg | Gust Speed (mph) high | Precipitation (in) sum | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| September | | | | | | | | | | | | | | | | | | | | |
| 1 | 90 | 70 | 51 | 57 | 53 | 48 | 97 | 62 | 25 | 30.15 | 30.08 | 29.99 | - | 10 | 10 | 9 | 2 | - | 0.00 | |
| 2 | 96 | 74 | 54 | 61 | 55 | 53 | 100 | 66 | 29 | 30.07 | 30.00 | 29.89 | - | 10 | 6 | 9 | 0 | - | 0.00 | |
| 3 | 93 | 78 | 62 | 63 | 60 | 54 | 87 | 59 | 28 | 29.99 | 29.94 | 29.86 | - | 10 | 7 | 14 | 2 | - | 0.00 | |
| 4 | 96 | 78 | 59 | 65 | 59 | 55 | 81 | 59 | 26 | 29.97 | 29.90 | 29.81 | - | 10 | 10 | 17 | 2 | 22 | 0.00 | |
| 5 | 99 | 81 | 62 | 66 | 60 | 52 | 93 | 56 | 21 | 29.84 | 29.80 | 29.73 | - | 10 | 10 | 17 | 4 | 25 | 0.00 | |
| 6 | 100 | 84 | 66 | 68 | 62 | 54 | 93 | 54 | 22 | 29.82 | 29.79 | 29.73 | - | 9 | 6 | 15 | 6 | 23 | 0.00 | |
| 7 | 96 | 80 | 64 | 76 | 67 | 63 | 96 | 72 | 43 | 29.88 | 29.83 | 29.78 | - | 9 | 4 | 13 | 2 | - | 0.01 | Rain , Thunderstorm |
| 8 | 93 | 80 | 66 | 72 | 68 | 65 | 100 | 82 | 39 | 29.90 | 29.83 | 29.77 | - | 6 | 0 | 9 | 2 | - | 0.00 | Fog |
| 9 | 91 | 78 | 66 | 73 | 71 | 66 | 100 | 89 | 46 | 29.86 | 29.84 | 29.70 | - | 4 | 0 | 18 | 2 | 29 | 0.36 | Fog , Rain , Thunderstorm |
| 10 | 90 | 77 | 64 | 69 | 67 | 60 | 100 | 76 | 39 | 29.91 | 29.82 | 29.79 | - | 7 | 2 | 9 | 5 | - | 0.00 | |
| 11 | 90 | 76 | 61 | 64 | 60 | 52 | 97 | 69 | 29 | 30.07 | 29.97 | 29.90 | - | 9 | 5 | 9 | 0 | - | 0.00 | |
| 12 | 88 | 72 | 55 | 63 | 57 | 51 | 97 | 75 | 29 | 30.16 | 30.10 | 30.06 | - | 9 | 7 | 9 | 0 | - | 0.00 | |
| 13 | 87 | 70 | 55 | 60 | 58 | 54 | 100 | 73 | 33 | 30.14 | 30.09 | 29.99 | - | 8 | 1 | 13 | 0 | 16 | 0.00 | |
| 14 | 90 | 74 | 57 | 69 | 60 | 55 | 96 | 71 | 45 | 30.01 | 29.96 | 29.85 | - | 9 | 6 | 13 | 2 | 18 | 0.00 | |
| 15 | 79 | 76 | 73 | 70 | 69 | 60 | 88 | 77 | 60 | 29.87 | 29.72 | 29.55 | - | 10 | 9 | 30 | 10 | 38 | 0.00 | Rain |
| 16 | 88 | 73 | 55 | 59 | 47 | 41 | 75 | 40 | 20 | 29.97 | 29.78 | 29.58 | - | 10 | 10 | 20 | 16 | 26 | 0.00 | |
| 17 | 84 | 67 | 48 | 58 | 47 | 46 | 90 | 59 | 31 | 30.13 | 30.06 | 29.98 | - | 10 | 10 | 16 | 3 | 20 | 0.00 | |
| 18 | 82 | 68 | 53 | 64 | 55 | 53 | 100 | 74 | 38 | 30.14 | 30.09 | 30.02 | - | 8 | 3 | 10 | 0 | - | 0.00 | |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 99 | 84 | 72 | 76 | 72 | 70 | 100 | 78 | 41 | 29.96 | 29.86 | 29.84 | - | 5 | 2 | 15 | 3 | - | 0.15 | Rain , Thunderstorm |
| 20 | 91 | 78 | 69 | 77 | 70 | 62 | 96 | 79 | 56 | 30.00 | 29.96 | 29.88 | - | 8 | 2 | 21 | 12 | 25 | 1.09 | Rain , Thunderstorm |
| 21 | 93 | 78 | 66 | 75 | 66 | 65 | 96 | 76 | 47 | 29.98 | 29.94 | 29.89 | - | 9 | 5 | 9 | 2 | - | 0.00 | |
| 22 | 91 | 80 | 68 | 73 | 70 | 66 | 97 | 73 | 42 | 30.01 | 29.96 | 29.91 | - | 6 | 2 | 10 | 0 | - | 0.00 | |
| 23 | 91 | 80 | 69 | 74 | 70 | 68 | 97 | 81 | 52 | 30.02 | 30.00 | 29.92 | - | 6 | 1 | 13 | 2 | - | 0.45 | Rain , Thunderstorm |
| 24 | 86 | 79 | 72 | 75 | 72 | 71 | 100 | 88 | 63 | 29.99 | 29.95 | 29.89 | - | 7 | 2 | 13 | 0 | 20 | 0.01 | Rain |
| 25 | 89 | 78 | 69 | 76 | 73 | 70 | 100 | 85 | 63 | 29.97 | 29.94 | 29.85 | - | 7 | 0 | 9 | 4 | - | 0.00 | |
| 26 | 93 | 82 | 72 | 75 | 73 | 66 | 97 | 75 | 50 | 29.92 | 29.88 | 29.81 | - | 10 | 9 | 15 | 6 | 20 | 0.00 | Rain , Thunderstorm |
| 27 | 93 | 81 | 69 | 73 | 70 | 64 | 100 | 72 | 39 | 29.92 | 29.87 | 29.84 | - | 8 | 2 | 8 | 0 | - | 0.00 | Thunderstorm |
| 28 | 91 | 80 | 69 | 75 | 72 | 69 | 100 | 86 | 50 | 29.96 | 29.90 | 29.85 | - | 4 | 0 | 12 | 0 | - | 0.00 | Fog |
| 29 | 91 | 82 | 73 | 74 | 72 | 66 | 94 | 72 | 50 | 29.89 | 29.86 | 29.77 | - | 8 | 5 | 15 | 3 | 18 | 0.00 | |
| 30 | 90 | 82 | 70 | 66 | 62 | 50 | 69 | 52 | 36 | 30.06 | 29.90 | 29.77 | - | 9 | 8 | 17 | 8 | - | 0.00 | |
| 31 | 84 | 70 | 55 | 58 | 50 | 48 | 96 | 57 | 33 | 30.17 | 30.13 | 30.06 | - | 10 | 10 | 9 | 6 | 17 | 0.00 | |

Copyright © 2006 The Weather Underground, Inc.




# History for Augusta Bush, Georgia
## on Friday, October 1, 1999

Jump to data by:

Date: October 1 1999 Airport Code: Go

Latest visited Airport Codes: KAGS

« Previous Month | Daily | Weekly | Monthly | Custom | Trip Planner | Next Month »

Summary

| Temperature | Max | Avg | Min | |
|---|---|---|---|---|
| Max Temperature | 86 °F / 30 °C | 75 °F / 23 °C | 63 °F / 17 °C | |
| Mean Temperature | 74 °F / 23 °C | 63 °F / 17 °C | 48 °F / 8 °C | |
| Min Temperature | 68 °F / 20 °C | 51 °F / 10 °C | 30 °F / -1 °C | |
| **Degree Days** | **Max** | **Avg** | **Min** | **Sum** |
| Heating Degree Days (base 65) | 18 | 4 | 0 | 116 |
| Cooling Degree Days (base 65) | 10 | 2 | 0 | 61 |
| Growing Degree Days (base 50) | 24 | 13 | 0 | 416 |
| **Dew Point** | **Max** | **Avg** | **Min** | |
| Dew Point | 71 °F / 21 °C | 54 °F / 12 °C | 30 °F / -1 °C | |
| **Precipitation** | **Max** | **Avg** | **Min** | **Sum** |
| Precipitation | 1.35 in / 3.4 cm | 0.11 in / 0.2 cm | 0.00 in / 0.0 cm | 2.74 in / 6.98 cm |
| Snowdepth | - | - | - | - |
| **Wind** | **Max** | **Avg** | **Min** | |
| Wind | 21 mph / 34 km/h | 3 mph / 5 km/h | 0 mph / 0 km/h | |
| Gust Wind | 28 mph / 45 km/h | 20 mph / 32 km/h | 17 mph / 27 km/h | |
| **Sea Level Pressure** | **Max** | **Avg** | **Min** | |
| Sea Level Pressure | 30.37 in / 1028 hPa | 30.11 in / 1020 hPa | 29.64 in / 1004 hPa | |










Print this calendar

« Previous Month « 1998 **October 1999** 2000 » Next Month »

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1<br>Actual: 77 \| 46<br>Precip: 0.00 | 2<br>Actual: 81 \| 46<br>Precip: 0.00 |

A38

Average: 81 | 56
Precip: 0.14

Average: 81 | 55
Precip: 0.12

**3**
Actual: 86 | 60
Precip: 0.00
Average: 81 | 54
Precip: 0.12

**4**
Actual: 72 | 60
Precip: 1.35
Average: 81 | 54
Precip: 0.07

**5**
Actual: 75 | 61
Precip: 0.00
Average: 82 | 53
Precip: 0.03

**6**
Actual: 75 | 52
Precip: 0.00
Average: 80 | 52
Precip: 0.03

**7**
Actual: 77 | 46
Precip: 0.01
Average: 79 | 54
Precip: 0.02

**8**
Actual: 80 | 51
Precip: 0.00
Average: 77 | 53
Precip: 0.19

**9**
Actual: 84 | 60
Precip: 0.00
Average: 79 | 52
Precip: 0.10

**10**
Actual: 81 | 68
Precip: 0.00
Average: 77 | 52
Precip: 0.22

**11**
Actual: 81 | 68
Precip: 0.01
Average: 77 | 52
Precip: 0.13

**12**
Actual: 70 | 64
Precip: 1.23
Average: 78 | 51
Precip: 0.18

**13**
Actual: 70 | 62
Precip: 0.05
Average: 78 | 51
Precip: 0.10

**14**
Actual: 79 | 59
Precip: 0.00
Average: 79 | 50
Precip: 0.00

**15**
Actual: 75 | 57
Precip: 0.00
Average: 79 | 50
Precip: 0.06

**16**
Actual: 80 | 61
Precip: 0.00
Average: 78 | 50
Precip: 0.02

**17**
Actual: 78 | 61
Precip: 0.00
Average: 77 | 51
Precip: 0.09

**18**
Actual: 80 | 54
Precip: 0.00
Average: 76 | 49
Precip: 0.06

**19**
Actual: 73 | 57
Precip: 0.01
Average: 75 | 48
Precip: 0.07

**20**
Actual: 64 | 59
Precip: 0.05
Average: 74 | 47
Precip: 0.12

**21**
Actual: 69 | 44
Precip: 0.00
Average: 75 | 47
Precip: 0.05

**22**
Actual: 75 | 39
Precip: 0.00
Average: 74 | 47
Precip: 0.11

**23**
Actual: 64 | 43
Precip: 0.00
Average: 74 | 47
Precip: 0.10

**24**
Actual: 63 | 32
Precip: 0.00
Average: 74 | 48
Precip: 0.06

**25**
Actual: 66 | 30
Precip: 0.00
Average: 73 | 49
Precip: 0.11

**26**
Actual: 71 | 34
Precip: 0.00
Average: 74 | 48
Precip: 0.06

**27**
Actual: 77 | 36
Precip: 0.00
Average: 74 | 46
Precip: 0.04

**28**
Actual: 73 | 39
Precip: 0.00
Average: 74 | 46
Precip: 0.02

**29**
Actual: 75 | 37
Precip: 0.00
Average: 72 | 46
Precip: 0.04

**30**
Actual: 77 | 46
Precip: 0.02
Average: 72 | 48
Precip: 0.12

**31**
Actual: 79 | 53
Precip: 0.01
Average: 72 | 48
Precip: 0.13

2.75

**Month Precipitation** - Actual month total:Average month total:2.71

**Calendar Key**

Sunny Clear — Mostly Cloudy Partly Sunny — Partly Cloudy Mostly Sunny — Cloudy — Rain — Snow

Flurries — Hail — Thunderstorms — Hazy Fog — Sleet — '?' denotes 'chance of' — Unknown

Actual: 90 | 58 — Precip: 0.00 — Average: 71 | 53 — Precip: 0.03
Data Category — Condition — High Temp. — Lo Temp. — Precip. (in inches) — Daily Avg. Temp. — Temps in °F
-60 -30 0 30 60 90 120

« Previous Month « 1998 2000 » Next Month »

Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| October | | | | | | | | | | | | | | | | | | | | |
| 1 | 77 | 60 | 46 | 58 | 48 | 46 | 100 | 77 | 36 | 30.12 | 30.06 | 30.04 | - | 9 | 2 | 9 | 0 | - | 0.00 | |
| 2 | 81 | 64 | 46 | 68 | 58 | 47 | 100 | 82 | 54 | 30.19 | 30.13 | 30.11 | - | 8 | 2 | 9 | 0 | - | 0.00 | |
| 3 | 86 | 72 | 60 | 69 | 64 | 59 | 100 | 88 | 41 | 30.26 | 30.19 | 30.12 | - | 5 | 0 | 7 | 0 | - | 0.00 | Fog |
| 4 | 72 | 66 | 60 | 70 | 66 | 60 | 100 | 99 | 83 | 30.17 | 30.17 | 30.03 | - | 3 | 0 | 14 | 3 | 22 | 1.35 | Fog , Rain |
| 5 | 75 | 68 | 61 | 65 | 61 | 60 | 100 | 91 | 64 | 30.08 | 30.05 | 29.98 | - | 7 | 0 | 10 | 0 | - | 0.00 | Fog |
| 6 | 75 | 65 | 52 | 60 | 59 | 53 | 100 | 89 | 46 | 30.20 | 30.07 | 30.07 | - | 4 | 0 | 8 | 0 | - | 0.00 | Fog |
| 7 | 77 | 62 | 46 | 57 | 53 | 47 | 100 | 89 | 40 | 30.30 | 30.19 | 30.18 | - | 4 | 0 | 14 | 0 | 17 | 0.01 | Fog , Rain |
| 8 | 80 | 66 | 51 | 63 | 56 | 49 | 96 | 74 | 52 | 30.32 | 30.29 | 30.22 | - | 10 | 9 | 13 | 0 | - | 0.00 | |
| 9 | 84 | 72 | 60 | 67 | 64 | 62 | 97 | 71 | 51 | 30.23 | 30.18 | 30.11 | - | 10 | 6 | 12 | 4 | - | 0.00 | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 81 | 74 | 68 | 71 | 66 | 64 | 96 | 83 | 60 | 30.14 | 30.09 | 30.01 | - | 10 | 8 | 13 | 4 | - | 0.00 | Rain |
| 11 | 81 | 74 | 68 | 70 | 69 | 66 | 100 | 83 | 61 | 30.10 | 30.03 | 30.01 | - | 10 | 9 | 8 | 3 | - | 0.01 | Rain |
| 12 | 70 | 67 | 64 | 68 | 64 | 63 | 100 | 91 | 84 | 30.19 | 30.12 | 30.11 | - | 5 | 1 | 16 | 4 | - | 1.23 | Rain |
| 13 | 70 | 66 | 62 | 64 | 61 | 61 | 100 | 93 | 78 | 30.17 | 30.15 | 30.01 | - | 5 | 2 | 9 | 6 | - | 0.05 | Rain |
| 14 | 79 | 69 | 59 | 65 | 61 | 59 | 100 | 85 | 60 | 30.08 | 30.00 | 29.96 | - | 5 | 3 | 10 | 3 | - | 0.00 | |
| 15 | 75 | 66 | 57 | 63 | 58 | 51 | 94 | 76 | 50 | 30.17 | 30.09 | 30.07 | - | 9 | 5 | 13 | 0 | 18 | 0.00 | |
| 16 | 80 | 71 | 61 | 64 | 55 | 53 | 80 | 68 | 52 | 30.10 | 30.00 | 29.89 | - | 10 | 10 | 14 | 8 | 21 | 0.00 | |
| 17 | 78 | 72 | 61 | 67 | 64 | 63 | 93 | 79 | 66 | 29.88 | 29.75 | 29.64 | - | 10 | 10 | 21 | 13 | 28 | 0.00 | |
| 18 | 80 | 67 | 54 | 65 | 58 | 54 | 100 | 83 | 50 | 30.08 | 29.90 | 29.74 | - | 7 | 0 | 8 | 1 | - | 0.00 | Fog |
| 19 | 73 | 66 | 57 | 63 | 56 | 54 | 93 | 77 | 66 | 30.19 | 30.13 | 30.09 | - | 10 | 6 | 9 | 5 | - | 0.01 | Rain |
| 20 | 64 | 62 | 59 | 62 | 62 | 57 | 100 | 95 | 88 | 30.16 | 30.12 | 30.07 | - | 5 | 0 | 10 | 6 | - | 0.05 | Rain |
| 21 | 69 | 58 | 44 | 57 | 52 | 45 | 96 | 78 | 45 | 30.15 | 30.11 | 30.01 | - | 10 | 8 | 14 | 10 | - | 0.00 | |
| 22 | 75 | 57 | 39 | 50 | 42 | 39 | 100 | 69 | 32 | 30.01 | 29.85 | 29.70 | - | 9 | 2 | 13 | 0 | 20 | 0.00 | |
| 23 | 64 | 55 | 43 | 48 | 38 | 31 | 77 | 47 | 29 | 30.02 | 29.85 | 29.73 | - | 10 | 10 | 18 | 10 | 21 | 0.00 | |
| 24 | 63 | 48 | 32 | 41 | 34 | 30 | 97 | 63 | 34 | 30.22 | 30.13 | 30.03 | - | 10 | 10 | 12 | 4 | - | 0.00 | |
| 25 | 66 | 48 | 30 | 44 | 35 | 31 | 100 | 77 | 34 | 30.36 | 30.30 | 30.23 | - | 9 | 2 | 7 | 0 | - | 0.00 | |
| 26 | 71 | 52 | 34 | 50 | 38 | 34 | 100 | 90 | 33 | 30.30 | 30.28 | 30.14 | - | 4 | 0 | 10 | 1 | - | 0.00 | Fog |
| 27 | 77 | 56 | 36 | 53 | 42 | 36 | 100 | 84 | 29 | 30.25 | 30.16 | 30.14 | - | 5 | 0 | 10 | 0 | - | 0.00 | Fog |
| 28 | 73 | 57 | 39 | 54 | 45 | 40 | 100 | 82 | 35 | 30.37 | 30.27 | 30.25 | - | 7 | 0 | 7 | 0 | - | 0.00 | Fog |
| 29 | 75 | 56 | 37 | 58 | 45 | 38 | 100 | 79 | 33 | 30.36 | 30.33 | 30.26 | - | 7 | 2 | 7 | 0 | - | 0.00 | |
| 30 | 77 | 60 | 46 | 66 | 56 | 46 | 100 | 87 | 55 | 30.34 | 30.31 | 30.28 | - | 5 | 0 | 13 | 2 | - | 0.02 | Fog , Rain |
| 31 | 79 | 66 | 53 | 64 | 56 | 53 | 100 | 86 | 52 | 30.34 | 30.28 | 30.19 | - | 5 | 0 | 10 | 0 | - | 0.01 | Fog |

Copyright © 2006The Weather Underground, Inc.


USFS
W.D. Hooker
Contractor/Supervisor
Andy Cromer
Trapper
Goldman Eller
Dog Man
Mike Eller
Dog Man

SRS Wild Hog Contract
Technical Proposal

## Introduction

The following details represents how Georgia Bowhunters Supply Company would organize and implement the following programs to control the wild hog population at the Savannah River Site. This technical proposal describes the aspects of the program to be conducted above and in addition to the specifications defined in the requirements of the Government (USFS) statement of work. All requirements from the Government (USFS) defined in this statement are to be considered and included in this technical proposal, irregardless of any specific mention in this document.

## Contract Objectives

Georgia Bowhunters Supply objectives of the proposed program, are to be conducted in a safe, professional manner. We are to remove a minimum of 200 and up to a maximum 800 wild hogs from the populations of these animals found on Savannah River Site in a safe and efficient manner as possible. Georgia Bowhunters Supply will work in a manner which is responsive to the needs of the Government (USFS). The products provided by this program will be dead wild hogs removed from Savannah River Site population and accurate data and blood samples collected from those animals removed during this program.

## General Background of Organization

Georgia Bowhunters Supply Company has held for the last 6 years trapping contracts for the Government (USFS). We have had no time lost due to injuries, or accidents due to unsafe acts. We have trapped over 51 different locations on the Savannah River Site. We have performed hog trapping for over 3 years (R8-36-94-08). The personnel that I have assembled for this bid have over 60 years of experience hunting wild hogs. See attached resumes of personnel. All have valid state drivers licenses and are U. S. citizens. We have as project equipment available to us for use in this contract, 27 Bay dogs and Trails dogs, 4 trucks, three with dog boxes, 4 ATVs with trailers, 3 boats with trailers, one motor home used as office only, and 3 trailers for transporting dead hogs. The Government Hog contracts that Georgia Bowhunters Supply Company have held R8-36-94-08 (RFP). All contracts were completed on time with no lost time due to injuries and at present contract for 97 has not lost time for injuries or unsafe conditions. Again details for personnel are attached to this technical proposal.

## Contingency Plan for Replacement Personnel

I know and have hunted with other hog hunters in the local Georgia and South Carolina vicinity. I can readily provide experienced replacement personnel for anyone who cannot continue to work the contract for whatever reason.

## Project Organization

The project personnel organization chart for this program is attached at the back of the technical proposal. The program will be organized and managed by myself, W. D. Hooker. The program will be staffed by Andy Cromer, Mr. Eller Sr. and Mike Eller. Decisions on the number and location of traps and bait piles will be determined by myself based on discussions with the Savannah River Forest Station and the project personnel. Daily locations to be hunted with dogs will be determined by a general agreement among the project personnel present at the time. All project personnel will work on all tasks in the proposed program. The approximate percentage of time that each individual will be available for this project is as follows: W. D. Hooker - a minimum of 5 days during every week during the contract, Andy Cromer - 3 days during every week of the contract, Mr. Eller, Sr., and Mike Eller 3 days during every week of the contract. There are no consultant and/or subcontract efforts associated with this technical proposal. All work required for the completion of this contract will be provided by the project personnel identified above.

Proposal Task Technical Approac

The proposed starting date would be immediately following the awarding of this contract to Georgia Bowhunters Supply. All project personnel are prepared to begin work on this proposed program immediately following the starting date. Both methods will be used during each 7 day period of the entire 12 months. These task technical approaches will be operated in a flexible manner such that any specific control/removal needs of the Savannah River Forest Station can be met as necessary and as soon as possible. Specific details on how the both tasks within this technical proposal will be accomplished are provided below.

**Trapping** -The use of the traps will begin immediatly after the contract is awarded to Georgia Bowhunters Supply. The traps will be modified before use. The modification will be the construction of wood drop doors rather than the metal doors provided. The use of wood drop doors was taught to me by John Reiner in 1994. The location of the traps will depend on either initial direction from Savannah River Forest Station or areas cf recent hog activity. The initial areas to be searched for activity will include Hog Barn, Leigh-Banana Road, Watergap, Robbins Station, L Lake, area below Wackenhut office, and the roads behind Forestry Headquarters. At least 25 traps will be used. When ideal locations are identified to set traps, the traps will be set up within 40 feet of a road so they will be accessible with a trailer. Corn, soured in water with lye, will be used as bait. Traps will be prebaited for 5 days before setting. A pegged trip bar, connected by a string through pulleys to the drop door. will be used for the trigger. All traps which are set will be checked the next morning. This will increase the chance of finding a hog feeding on the bait outside of the trap. Instead of shooting hogs found at bait lines, dogs will be used to catch hogs feeding on the bait. This will eliminate any problems caused by trying to shoot the hog. Any hogs caught in the traps will not be dispatched in the trap. The hog will be run into a trailer and relocated to be dispatched with either bow and arrow or 22 cal. rifle. A collecting permit will be requested from Mike Caudell to catch and dispatch any raccoons caught eating corn at the traps. A similar permit was used during 1995, 1996 and 1997. This will eliminate losing corn to raccoons. The proposed staff hours the project personnel will be allocated are: Andy Comer - 274 hours, W. D. Hooker - 600 hours, and Goldman Eller - 181 hours.

**Dogs** - The use of dogs will begin immediately after the contract is awarded to Georgia Bowhunters Supply. As stated in the section on General Background of Organization, our total of 97 dogs includes trail dogs, combined trail and bay dogs, and catch dogs. All of these dogs have been trained and used successfully to hunt hogs. Most of the hunting with dogs will begin in the late morning after the traps and bait piles are checked or in the late afternoon. However, dogs will be carried at all times in the event hogs are found unexpectedly. The dogs will be hunted out of trucks or on foot in the woods. When hunted out of the truck, all dogs will be carried in the dog box until a hog or a fresh sign is identified, or one trail dog may be released to walk in front of the truck to find fresh signs or wind of a hog. The roads hunted with dogs will initially be the same ones searched for trapping locations. As more hog signs are identified, dogs will be used in these areas. Hunting on foot with dogs will be done in areas of known hog activities. ATVs will be used for hunting in the woods and areas where access is limited. Hogs caught by the dogs will be killed by using hunting knives rather than guns, this will reduce the chance of injuring the trained dogs. The proposed staff hours that the project personnel will be allocated for this task are: W. D. Hooker - 440 hours, Andy Cromer - 350 hours, Mike Eller 616 - hours, and Goldman Eller - 441 hours.

# RESUME

Name: William D. Hooker Sr. Age: 43

Citizenship: USA SSN: [redacted]

Address: 2603 Glenn Hills Dr.
Augusta, GA 30906

Education: High School Diploma 1971
6 1/2 years Augusta Technical School
"Q" Clearance at SRS

Training: Master Plumber # M007197 STATE GA.
3 years supervising Hog Trapping/Running Dogs on Contract R8-36-94-08 (RFP).

Skill/Experience in Wild Hog Control Techniques:

3 years of experiences watching other Hog contractors conduct hog hunting contracts at Savannah River Site S.C. for U.S.F.S. Have read numerous books on wild pigs, trapping tech., etc.

A. Trapping - under the guidance of John Riner I have learned to use the Root-Door as tool in trapping wild hogs prebait with sour corn. Savannah River Site 1993 and 1994.

B. Have 35 years of hunting experience.

C. Owner of GA. Bowhunter Supply Co. which has had 8 government contracts with no lost work days due to unsafe conditions, no unsafe act.

D. Certified Archery Instructor, State of Georgia.

E. Past Director of District #10 State Trapping Assoc. State of GA.

F. CPR Course - have taken 5 times at Local 150.

G. Completed 18 month course in Forestry & Conservation

H. Safety #1 priority

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

No past hunting violations in any state.

References available upon request

# RESUME

Name: Andy Cromer III

Age: 41

Citizenship: USA

SSN: [redacted]

Address: 3726 Cemetary Road
Augusta, GA 30906

Education: High School Diploma 1973
2 years College / Brenton Fartier College
4 years Technical School / Augusta Tech.
18 years Journeyman Electrician
"Q" Clearance at SRS

Training: Master Electrician CIC # High Voltage EN007356
Low Voltage LVUOO0613

Skill/Experience in Wild Hog Control Techniques:

3 years of experience Trapping / Running Dogs Contract R8-36-94-08 (RFP)

3 years of experiences watching other Hog contractors conduct business at Savannah River Site S.C. for U.S.F.S.

A. Trapping - experienced with J. Riner in Root-Door Corral Traps - Prebaited and then baited with sour corn. Savannah River Site 1993. Also caught and dispatched hogs with Mr. Riner.

B. Actively hunted for 37 years been hunting unsupervised for 27 years actively trapped for 20 years. No safety related incidence. Presently working for GA. Bowhunter Supply Co. (trapping 6 years) Bow Instructor, Hunting Advisor, Coordinator.

C. CPR Course (Have taken twice Local 1579)

D. Safety is my #1 priority.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

No hunting violations in any state.

References available upon request

RESUME

NAME: Goldman Edward Eller AGE: 70

CITIZENSHIP: USA SSN: [redacted]

ADDRESS: 302 Malson Street
Jackson,SC 29831

EDUCATION: Graduate Hiwassee High School - 1945
Military Army 1945 - 1948
Air Force 1948 - 1950

OBJECTIVE: An opportunity to progress with the Forestry Department in Control and eliminating wild boar on the SRS. Safety is my #1 priority

SKILL/EXPERIENCE IN WILD HOG CONTROL TECHNIQUES:

Instructor in First Aid, C.P.C., Emergency Medical Technician, Ambulance Driver

Was on the Dupont Pistol team 12 years. Was on the Governor's top 20 Shooter for 8 years.

Hunted Deer, Bear and Wild Boar with dogs in the Great Smokey mountains in North Carolina 1940 to 1960.

Hunted wild hogs with dogs in South Carolina from 1960 to present.

Hunted wild hogs with dogs on the SRS with Fox Enterprises in 1991, 1992 and 1993, Palmetto Wildlife 1994. Also worked for GA Bowhunters for past Contract # R8-36-94-08. 95, 96, 97.

I have 7 years of setting up traps for wild hogs, catching, baiting and killing hogs with 12 Ga. Shotgun/22 Cal. Rifle.

I have had training in ageing, weighting and checking hogs for preganacy.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

Currently have valid 1997, 1998, SC Hunting License - YES

No past hunting violations

References available upon request

# RESUME

NAME: Michael Edward Eller AGE: 40

CITIZENSHIP: USA SSN: [redacted]

ADDRESS: 204 Daniel Street
Jackson, SC 29831

EDUCATION: Jackson High School, Jackson SC
Attended Aiken Tech
2 years in Elector Mechanical Engineer

OBJECTIVE: An opportunity to progress with the Forestry Department in Control and eliminating wild hog on the SRS. Safety is my #1 priority

SKILL/EXPERIENCE IN WILD HOG CONTROL TECHNIQUES:

Hunted Deer & Bear in North Carolina and Canada

Hunted wild hog with dogs in South Carolina for the past 28 years.

Hunted and trapped wild hogs with dogs on the SRS for Fox Enterprises 1991-1992-1993, Weeks Farm near Spring Field, SC.

Palmetto Wildlife 1994 - have received training in weighing hogs and checking for pregnancy.

Trapped/Hunted hogs for GA Bowhunters Supply Co., 1995, 1996, 1997 contract # R8-36-94-08 (RFP).

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

Currently have valid 1997-1998 SC Hunting License - YES

No past hunting violations

References available upon request