STANDARD FORM 30

| AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT | | | 1.CONTRACT ID CODE | PAGE 1 of 1 PAGES |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 04 | 3. EFFECTIVE DATE 10/01/99 | 4.REQUISITION/PURCHASE REQ. # | | 5. PROJECT # (If applic.) |
| 6. ISSUED BY<br>USDA, FOREST SERVICE<br>SAVANNAH RIVER INSTITUTE<br>P.O. BOX 700<br>NEW ELLENTON, SC 29809-0700 | CODE | 7. ADMINISTERED BY (If other than Item 6) | | CODE |
| 8.NAME & ADDRESS OF CONTRACTOR (No. street, county, state & zip code)<br>GA BOWHUNTER SUPPLY CO.<br>5330 COLUMBIA ROAD<br>GROVETOWN, GA 30813 | | 9A. AMENDMENT OF SOLICITATION NO. | 9B. DATED (SEE ITEM 11)<br>August 9, 1999 | |
| 10A.MODIFICATION OF CONTRACT<br>53-4660-8-04 | 10B.DATED(SEE ITEM 13)<br>10/29/97 | .CODE | | FACILITY CODE |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATION**

[ ]The above numbered solicitation is amended as set forth in Item 14.The hour and date specified for receipt of Offers [ ] is extended, [] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (FAR 52.243-1) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14,PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a), FAR 52.217-9, AGAR Clause 452.217-8 |
| | D. OTHER (Specify type of modification and authority) Disclosure of the magnitude of construction projects. |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**CONTRACT IS EXTENDED TO OCTOBER 31, 1999, OR UNTIL A NEW CONTRACT IS AWARDED.**

EXCEPT AS PROVIDED HEREIN ALL TERMS AND CONDITIONS OF THE DOCUMENT REFERENCED IN 9A OR 10A AS HERETOFORE CHANGED REMAINS UNCHANGED AND IN FULL FORCE AND EFFECT.

| 15A. NAME AND TITLE OF SIGNER (Type/Print) | 15B. CONTRACTOR/OFFEROR (Person authorized to sign) | 15C. DATE SIGNED |
|---|---|---|
| W. D. Hocker owner | W. D. Hocker | 9/4/99 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type/Print) | 16B. UNITED STATES OF AMERICA BY:(Contracting Officer) | 16C. DATE SIGNED |
| HOMER R. GABARD, Contracting Officer | Homer R. Gabard | 9/7/99 |

STANDARD FORM 30

# GEORGIA BOWHUNTERS SUPPLY COMPANY

[illegible] PROPOSAL

[illegible]

[illegible] AND MAINTENANCE

[illegible] S AND OUTLETS

G-0587

# GEORGIA BOWHUNTERS SUPPLY COMPANY

## *ORGANIZATION CHART*

USDA FOREST SERVICE SRSFS

GEORGIA BOWHUNTER'S SUPPLY CO.

W.D. HOOKER
OWNER/SUPERVISOR

PROJECT PERSONNEL

ANDY CROMER

GOLDMAN KELLER

G-0588

SRS Beaver Contract
Technical Proposal

**Introduction**

The following details represent how Georgia Bowhunters Supply Company would organize and implement the following programs to control the Beaver population at the Savannah River Site. This technical proposal describes the aspects of the program to be conducted above and in addition to the specifications defined in the requirements of the Government (USFS) statement of work. All requirements from the Government (USFS) defined in this statement are to be considered and included in this technical proposal, irregardless of any specific mention in this document.

**Contract Objectives**

Georgia Bowhunters Supply objectives of the proposed program, are to be conducted in a safe, professional manner. We are to remove a minimum of 700 beavers from the populations of these animals found on Savannah River Site in as safe and efficient a manner as possible. Georgia Bowhunters Supply will work in a manner which is responsive to the needs of the Government (USFS). The products provided by this program will be dead beavers removed from Savannah River Site population and accurate data collected from those animals removed during this program.

**Culvert Maintenance**

Georgia Bowhunters shall assume responsibility for maintaining each culvert's inlet and outlet. Georgia Bowhunters will check the culverts when checking traps and snares, and will clean culverts as required by R8-36-99-05. Georgia Bowhunters has all approved safety equipment.

**General Background of Organization**

Georgia Bowhunters Supply Company has held for the last 7 years trapping contracts for the Government (USFS). We have had no time lost due to injuries, or accidents due to unsafe acts. We have trapped over 54 different locations on the Savannah River Site. We have performed Beaver trapping for over 7 years. The personnel that I have assembled for this bid have over 30 years of experience trapping. See attached resumes of personnel. All have valid state drivers licenses and are U.S. citizens. We have as project equipment available to us for use in this contract, 2 trucks, 2 ATVs with trailers, 3 boats with trailers, one motor home used as office only. All contracts were completed on time with no lost time due to injuries and at present contract for 98 has no lost time injuries or unsafe conditions. Again details for personnel are attached to this technical proposal.

G-0589

### Contingency Plan for Replacement Personnel

I know and have trapped with other trappers in the local Georgia and South Carolina vicinity. I can readily provide experienced replacement personnel for anyone who cannot continue to work the contract for whatever reason.

### Project Organization

The project personnel organization chart for this program is attached at the front of the technical proposal. The program will be organized and managed by myself, W.D. Hooker. The program will be staffed by Andy Cromer, Mr. Eller Sr. Decisions on the number and location of traps will be determined by myself based on discussions with the Savannah River Forest Station and the project personnel. Daily locations to be trapped will be determined by a general agreement among the project personnel present at the time. All project personnel will work on all tasks in the proposed program. The approximate percentage of time that each individual will be available for this project is as follows: W.D. Hooker - a minimum of 7 days during every week during the contract, Andy Cromer - 5 days during every week of the contract, Mr. Eller, Sr., as needed during every week of the contract. There are no consultant and/or subcontract efforts associated with this technical proposal. All work required for the completion of this contract will be provided by the project personnel identified above. Georgia Bowhunters has the names of other personnel that could be used if needed.

### Proposal Task Technical Approach

The proposed starting date would be immediately following the awarding of this contract to Georgia Bowhunters Supply. All project personnel are prepared to begin work on this proposed program immediately following the starting date. Both methods will be used during each 7 day period of the entire 12 months. These task technical approaches will be operated in a flexible manner such that any specific control/removal needs of the Savannah River Forest Station can be met as necessary and as soon as possible. Specific details on how both tasks within this technical proposal will be accomplished are provided below.

Trapping - The uses of the traps will begin immediately after the contract is awarded to Georgia Bowhunters Supply. The trap and snares will be prepped before use. The location of the traps will depend on either initial direction from Savannah River Forest Station or areas of recent beaver activity. The initial areas to be searched for activity will include Hog Barn, Leigh-Banana Road, Watergap, Robbins Station. At least 36 traps will be used. When ideal locations are identified to set traps, the traps will be set up. Beaver caster will be use to bait the traps. All traps which are set will be checked the next morning. Any beaver caught by a snare will be dispatched with a 22 rifle.

G-0590

# RESUME

Name: William D. Hooker SR. Age: 45

Citizenship: USA SSN: Redacted

Address: 5330 Columbia Road
Grovetown, GA 30813

Education: High School Diploma 1971
6 1/2 years Augusta Technical School
1 1/2 years School of Forestry and Wildlife Conservation

Training: Master Plumber #M007197 STATE GA.
7 years supervising/Beaver trapping for USFS Contracts 92,93,94,95,96,97,98
4 years supervising Hog Trapping/Running Dogs on Contract R8-36-94-08 (RFP).

Skill/Experience in Beaver Trapping Techniques:

A. Have 20 years of trapping experience.

B. Owner of Georgia Bowhunters Supply Co. which has had 9 government contracts with no lost work days due to unsafe conditions, no unsafe act.

C. Certified Archery Instructor, State of Georgia

D. Past Director of District #10 State Trapping Assoc. State of Georgia.

E. CPR Course-have taken 5 times.

F. Safety #1 priority.

Ability to Obtain Proper SC Trapping License/List of Hunting Violations:

No past hunting violations in any state.

References available upon request

# RESUME

Name: Andy Cromer III

Age: 43

Citizenship: USA

SSN: Redacted

Address: 3726 Cemetery Road
Augusta, GA 30906

Education: High School Diploma 1973
2 years College / Brewton Parker College
4 years Technical School / Augusta Tech.
18 years Journeyman Electrician

Training: Master Electrician CIC # High Voltage EN007356
Low Voltage LVU00613

A. Skill/Experience in Wild Hog Control/Beaver trapping for Georgia Bowhunters Supply Co. Actively hunted for 37 years been hunting unsupervised for 27 years actively trapped for 20 years. No safety related incidence. Presently working for Georgia Bowhunters Supply Co. (trapping 8 years) Bow Instructor, Hunting Advisor, Coordinator.

B. Owner Southern Wildlife Management Co. Specializing in wild animal control, nuisance animal control contractor for Georgia.

C. 4 years of experience Trapping/Running Dogs Contract at USFS.

D. CPR Course (Have taken twice Local 1579)

E. Safety is my #1 priority.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

No hunting violations in any state.

References available upon request.

G-0592

RESUME

Name: Goldman Edward Eller Age: 70

Citizenship: USA SSN: Redacted

Address: 302 Malson Street
Jackson,SC 29831

Education: Graduate Hiawassee High School - 1945
Military Army 1945 - 1948
Air Force 1948 - 1950

Objective: An opportunity to progress with the Forestry Department in Control and eliminating wild boar on the SRS. Safety is my #1 priority.

Skill/Experience in Wild Hog Control Techniques:

Instructor in First Aid, C.P.C., Emergency Medical Technician, Ambulance Driver

Was on the Dupont Pistol team 12 years. Was on the Governor's top 20 Shooter for 8 years.

Hunted Deer, Bear and Wild Boar with dogs in the Great Smokey mountains in North Carolina 1940 to 1960.

Hunted wild hogs with dogs in South Carolina from 1960 to present.

Hunted wild hogs with dogs on the SRS with Fox Enterprises in 1991, 1992 and 1993, Palmetto Wildlife 1994. Also worked for Georgia Bowhunters for past Contract #R8-36-94-08. 95,96,97,98.

I have 7 years of setting up traps for wild hogs, catching, baiting and killing hogs with 12 Ga. Shotgun/22 Cal. Rifle.

I have had training in ageing, weighting and checking hogs for pregnancy.

Ability to Obtain Proper SC Hunting License/List of Hunting Violations:

Currently have valid 1997, 1998, SC Hunting License - YES

No past hunting violations

References available upon request

G-0593

Sept 107617

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE |
| --- | --- | --- |
| 43-4660-9-0108 | | 10-1-99 |

NAME W. D. Hook

ADDRESS 5330 Columbia Road

CITY, STATE, ZIP Grovetown GA 30813

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | Beaver | | 45 00 |
| ~~41~~ 36 | Culverts | | ~~738 00~~ 648 00 |
| | Total | | ~~783.00~~ 693 00 |
| | * Balance Due Government from previous Invoice W D Hook | | -2295 00 |
| | Current Balance Due Government | | $1,602 00 |

Work Completed Accepted
Frankie Burke 11-8-99

Remit to:
GA Bowhunter Supply
5330 Columbia Road
VID 582135211 A
Grovetown, GA 30813

RECEIVED BY COVER

G-0576

SOLICITATION, OFFER AND AWARD



1. This contract is a rated order under DPAS(15 CFR 350) RATING:

| | | |
|---|---|---|
| 2. CONTRACT NO.<br>53-4660-9-06 | 3. SOLICITATION NO.<br>R8-36-99-05 | 4. TYPE OF SOLICITATION<br>[ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) |

| | |
|---|---|
| 5. DATE ISSUED 11/24/98 | 6. REQUISITION/PURCHASE REQ. NO. |
| 7. ISSUED BY CODE<br>USDA FOREST SERVICE<br>1-MILE INSIDE AIKEN BARRICADE, SRS<br>BLDG. 760-15G<br>AIKEN, SC 29802 | 8. ADDRESS OFFER TO<br>(If other than Item 7)<br>USDA FOREST SERVICE<br>SAVANNAH RIVER INSTITUTE<br>P.O. BOX 700<br>NEW ELLENTON, SC 29809 |

NOTE: In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder".

SOLICITATION

9. Sealed offers in original and 0 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Item 7, until 4:00 P.M. local time on 12/23/98. CAUTION-LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| | | |
|---|---|---|
| 10. FOR INFORMATION CALL: | A. NAME:<br>HOMER R. GABARD | B. TELEPHONE NO. (Include Area Code)<br>(NO COLLECT CALLS) (803)725-0239 |

C. EMAIL ADDRESS: hgabard/r8_savannahriver fs.fed.us

11. TABLE OF CONTENTS

| X | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHE^ULE | |
| | A | SOLICITATION/CONTRACT FORM | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | |
| | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | |
| | D | PACKAGING AND MARKING | |
| | E | INSPECTION AND ACCEPTANCE | |
| | F | DELIVERIES OR PERFORMANCE | |
| | G | CONTRACT ADMINISTRATION DATA | |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| | I | CONTRACT CLAUSES | |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | J | LIST OF ATTACHMENTS | |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |

G-0594

William D. Hook

OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provision at 52.214-16, Minimum Bid Acceptance Period.

EXCEPTION TO STANDARD FORM 33 (REV.9-97) Prescribed by GSA FAR (48 CFR) 53.214(c)

SOLICITATION, OFFER AND AWARD



12. In compliance with the above, the undersigned agrees, if this offer is accepted within 60 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | 60 CALENDAR DAYS |
|---|---|---|---|
| 2 % | 0 % | 0 % | 0 % |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| ~~NA~~ | ~~W.D.H. 12-11-98~~ | NO #1 | 12-15-98 W.D. Hooker |

15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY
Ga. Rawhunter Supply Co
5330 Columbia Road
Grovetown GA 30813

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
W. D. Hooker

15B. TELEPHONE NO. (Include Area Code)
706-869-8226 Home
706-792-9422 Office

15C. CHECK IF REMITTANCE ADDRESS IS [ ] DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE NA

17. SIGNATURE: William D. Hooker

18. OFFER DATE: 12-11-98

AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED: All

20. AMOUNT: Per task order

21. ACCOUNTING AND APPROPRIATION: Per task order

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c) ( ) [ ] 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM 08

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE
USDA FOREST SERVICE - SRFS
BLDG 760-G
1-MILE INSIDE AIKEN BARRICADE
AIKEN, SC 29802

26. NAME OF CONTRACTING OFFICER (Type or Print)
HOMER R. GABARD

27. UNITED STATES OF AMERICA
Homer R. Gabard
(Signature of Contracting Officer)

28. AWARD DATE
1/22/1999

IMPORTANT - Award will be made on this Form or on Standard Form 26, or by other authorized official written notice.

EXCEPTION TO STANDARD FORM 33 (REV.9-97)

G-0595

TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| SOLICITATION, OFFER AND AWARD. . . . . . . . . . . . . . . . . . . . | | 1 |
| TABLE OF CONTENTS. . . . . . . . . . . . . . . . . . . . . . . . . . | | 3 |
| PART I - THE SCHEDULE . . . . . . . . . . . . . . . . . . . . . . . | | 8 |
| SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS . . . . . . . . . . | | 8 |
| SECTION C - DESCRIPTION/SPECIFICATION /WORK STATEMENT . . . . . . . . . . . . . . | | 10 |
| C.1 | STATEMENT OF WORK/SPECIFICATIONS (AGAR 452.211-3) . . . . . (FEB 1988) | 10 |
| SECTION D - PACKAGING AND MARKING . . . . . . . . . . . . . | | 11 |
| | [For this Solicitation, there are NO clauses in this Section] . . | 11 |
| SECTION E - INSPECTION AND ACCEPTANCE . . . . . . . . . . . . . | | 12 |
| E.1 | CLAUSES INCORPORATED BY REFERENCE . . . . . . . . . . . . . (FAR 52.252-2) (FEB 1998) | 12 |
| E.2 | INSPECTION OF SERVICES--FIXED-PRICE . . . . . . . . . . . . (FAR 52.246-4) (AUG 1996) | 12 |
| SECTION F - DELIVERIES OR PERFORMANCE . . . . . . . . . . . . . . | | 14 |
| F.1 | CLAUSES INCORPORATED BY REFERENCE . . . . . . . . . . . . (FAR 52.252-2) (FEB 1998) | 14 |
| F.2 | PERIOD OF PERFORMANCE (AGAR 452.211-5) (FEB 1988) . . . . . | 14 |
| F.3 | STOP-WORK ORDER (FAR 52.242-15) (AUG 1989). . . . . . . . . . | 14 |
| SECTION G - CONTRACT ADMINISTRATION DATA . . . . . . . . . . . . | | 16 |
| | [For this Solicitation, there are NO clauses in this Section] . . | 16 |
| SECTION H - SPECIAL CONTRACT REQUIREMENTS . . . . . . . . . . . | | 17 |
| H.1 | POST AWARD CONFERENCE (AGAR 452.215-73) (NOV 1996). . . . . | 17 |
| H.2 | CONFIDENTIALITY OF INFORMATION (AGAR 452.224-70). . . . . . (FEB 1988) | 17 |
| H.3 | INSURANCE COVERAGE (AGAR 452.228-71) (NOV 1996) . . . . . . ALTERNATE I (NOV 1996) | 18 |
| H.4 | PERMITS AND RESPONSIBILITIES (FAR 52.236-7) . . . . . . . . . (NOV 1991) | 19 |
| H.5 | EMERGENCY RESPONSE (AGAR 452.236-77) (NOV 1996) . . . . . . | 19 |
| H.6 | KEY PERSONNEL (AGAR 452.237-74) (FEB 1988). . . . . . . . . | 19 |
| H.7 | RESTRICTIONS AGAINST DISCLOSURE (AGAR 452.237-75) . . . . . (FEB 1988) | 20 |
| H.8 | COMPLIANCE WITH AREA REGULATIONS. . . . . . . . . . . . . . | 21 |
| H.9 | SAFETY AND HEALTH . . . . . . . . . . . . . . . . . . . . . | 21 |
| H.10 | QUARANTINE RESTRICTIONS . . . . . . . . . . . . . . . . . . | 23 |
| H.11 | REQUIRED INSURANCE. . . . . . . . . . . . . . . . . . . . . | 24 |
| H.12 | LOSS OF TIMBER SALE LOCK KEY OR LOCK OR SECURITY BADGES . . | 24 |
| H.13 | USE OF PREMISES (AGAR 452.236-72) (NOV 1996) . . . . . . . . | 25 |
| H.14 | ARCHAEOLOGICAL OR HISTORIC SITES (AGAR 452.236-73) (FEB. . . | 25 |
| H.15 | RESPONSIBILITIES OF THE CONTRACTOR (AGAR 4G52.236-807) . . . (JUL 1986) | 25 |
| H.16 | USE OF UNDOCUMENTED WORKERS. . . . | 25 |
| H.17 | CRIMINAL LIABILITY. . . . . . . . . | 26 |


G-0596

TABLE OF CONTENTS PAGE

H.18 SITE ACCESS AUTHORIZATION FOR CONTRACTOR AND EMPLOYEES . . . 26

PART II - CONTRACT CLAUSES. . . . . . . . . . . . . . . . . . . . . . 28

SECTION I - CONTRACT CLAUSES . . . . . . . . . . . . . . . . . 28

I.1 CLAUSES INCORPORATED BY REFERENCE . . . . . . . . . . . . . 28
(FAR 52.252-2) (FEB 1998)

I.2 ANTI-KICKBACK PROCEDURES (FAR 52.203-7) (JUL 1995). . . . . 29

I.3 CANCELLATION, RESCISSION, AND RECOVERY OF . . . . . . . . . 31
FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (FAR 52.203-8)
(JAN 1997)

I.4 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN . . . . . . . . 32
FEDERAL TRANSACTIONS (FAR 52.203-12)
(JUN 1997) - (DEVIATION)

I.5 ORDERING (FAR 52.216-18) (OCT 1995) . . . . . . . . . . . . 37

I.6 ORDER LIMITATIONS (FAR 52.216-19) (OCT 1995). . . . . . . . 38

I.7 REQUIREMENTS (FAR 52.216-21) (OCT 1995) . . . . . . . . . . 38

I.8 OPTION TO EXTEND THE TERM OF THE CONTRACT . . . . . . . . . 39
(FAR 52.217-9) (MAR 1989)

I.9 LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14) (DEC 1996). . 39

I.10 CONTRACT WORK HOURS AND SAFETY. . . . . . . . . . . . . . . 40
STANDARDS ACT--OVERTIME COMPENSATION
(FAR 52.222-4) (JUL 1995)

I.11 SERVICE CONTRACT ACT OF 1965, AS AMENDED. . . . . . . . . . 41
(FAR 52.222-41) (MAY 1989)

I.12 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES . . . . . . 49
(FAR 52.222-42) (MAY 1989)

I.13 FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT . . . . . . . 50
ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND
OPTION CONTRACTS) (FAR 52.222-43) (MAY 1989)

I.14 DRUG-FREE WORKPLACE (FAR 52.223-6) (JAN 1997) . . . . . . . 51

I.15 EUROPEAN UNION SANCTION FOR SERVICES (FAR 52.225-19). . . . 53
(JAN 1996)

I.16 EXTRAS (FAR 52.232-11) (APR 1984) . . . . . . . . . . . . . 53

I.17 AVAILABILITY OF FUNDS FOR THE NEXT FISCAL . . . . . . . . . 53
YEAR (FAR 52.232-19) (APR 1984)

I.18 ASSIGNMENT OF CLAIMS (FAR 52.232-23) (JAN 1986) . . . . . . 54

I.19 PROMPT PAYMENT (FAR 52.232-25) (JUN 1997) . . . . . . . . . 54

I.20 DISPUTES (FAR 52.233-1) (OCT 1995) ALTERNATE I. . . . . . . 60
(DEC 1991)

I.21 PROTECTION OF GOVERNMENT BUILDINGS, . . . . . . . . . . . . 62
EQUIPMENT, AND VEGETATION
(FAR 52.237-2) (APR 1984)

I.22 CHANGES--FIXED-PRICE (FAR 52.243-1) (AUG 1987). . . . . . . 62
ALTERNATE I (APR 1984)

I.23 SUBCONTRACTS FOR COMMERCIAL ITEMS AND . . . . . . . . . . . 63
COMMERCIAL COMPONENTS (FAR 52.244-6) (APR 1998)

I.24 TERMINATION FOR CONVENIENCE OF THE. . . . . . . . . . . . . 64
GOVERNMENT (SERVICES) (SHORT FORM)
(FAR 52.249-4) (APR 1984)

I.25 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE). . . . . . . . . . 64
(FAR 52.249-8) (APR 1984)

I.26 AUTHORIZED DEVIATIONS IN CLAUSES. . . . . . 65
(FAR 52.252-6) (APR 1984)

G-0597

TABLE OF CONTENTS

| | | PAGE |
|---|---|---|
| PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | | 66 |
| SECTION J - LIST OF ATTACHMENTS | | 66 |
| PART IV - REPRESENTATIONS AND INSTRUCTIONS | | 67 |
| SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | | 67 |
| K.1 | CERTIFICATE OF INDEPENDENT PRICE DETERMINATION. (FAR 52.203-2) (APR 1985) | 67 |
| K.2 | CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO. INFLUENCE CERTAIN FEDERAL TRANSACTIONS (FAR 52.203-11) DEVIATION (APR 1991) | 68 |
| K.3 | TAXPAYER IDENTIFICATION (FAR 52.204-3) (JUN 1997) | 69 |
| K.4 | CERTIFICATION REGARDING DEBARMENT, SUSPENSION,. PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (FAR 52.209-5) (MAR 1996) | 70 |
| K.5 | TYPE OF BUSINESS ORGANIZATION (FAR 52.215-4) (OCT 1997) | 71 |
| K.6 | SMALL BUSINESS PROGRAM REPRESENTATIONS. (FAR 52.219-1) (OCT 1998) | 72 |
| K.7 | CERTIFICATION OF NONSEGREGATED FACILITIES (FAR 52.222-21) (APR 1984) | 74 |
| K.8 | PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FAR 52.222-22) (APR 1984) | 74 |
| K.9 | AFFIRMATIVE ACTION COMPLIANCE (FAR 52.222-25) (APR 1984) | 75 |
| K.10 | CLEAN AIR AND WATER CERTIFICATION (FAR 52.223-1). (APR 1984) | 75 |
| K.11 | CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (FAR 52.223-13) (OCT 1996) | 75 |
| K.12 | BUY AMERICAN CERTIFICATE. (FAR 52.225-1) (DEC 1989) | 76 |
| SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | | 78 |
| L.1 | SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FAR 52.252-1) (FEB 1998) | 78 |
| L.2 | INQUIRIES (AGAR 452.204-70) (FEB 1988). | 78 |
| L.3 | INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION (FAR 52.215-1) (OCT 1997) | 78 |
| L.4 | TYPE OF CONTRACT (FAR 52.216-1) (APR 1984). | 84 |
| L.5 | SINGLE OR MULTIPLE AWARDS (FAR 52.216-27) (OCT 1995). | 84 |
| L.6 | SIZE STANDARD AND SIC CODE INFORMATION (AGAR 452.219-70). (NOV 1996) | 84 |
| L.7 | SITE VISIT (FAR 52.237-1) (APR 1984). | 84 |
| L.8 | PRE-BID/PRE-PROPOSAL CONFERENCE (AGAR 452.237-71) (FEB 1988) | 84 |
| L.9 | SERVICE OF PROTEST (FAR 52.233-2) (AUG 1996). | 85 |
| L.10 | AUTHORIZED DEVIATIONS IN PROVISIONS (FAR 52.252-5) (APR 1984) | 85 |
| L.11 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION. OTHER THAN COST OR PRICING DATA (FAR 52.215-20) (OCT 1997) ALTERNATE IV (OCT 1997) | 86 |

G-0598

TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| SECTION M - EVALUATION FACTORS FOR AWARD | | 89 |
| M.1 | EVALUATION QUANTITIES--INDEFINITE DELIVERY CONTRACT (AGAR 452.216-72) (FEB 1988) | 89 |
| M.2 | EVALUATION OF OPTIONS (FAR 52.217-5) (JUL 1990) | 89 |
| M.3 | AWARD DETERMINATION | 89 |
| M.4 | EVALUATION FACTORS | 90 |


G-0599

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

SCHEDULE OF ITEMS

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 01 | TRAP BEAVER IN ACCORDANCE WITH THE SPECIFICATIONS AND ATTACHMENTS | 700 | EA | 45.00 | 31,500 |
| 02 | MAINTAIN CULVERT OUTLETS AND INLETS IN ACCORDANCE WITH SPECIFICATIONS AND ATTACHMENTS | 1100 | HR | 18.00 | 19,800 |

TOTAL BASE PERIOD: $ 51,300 WNH

OPTION PERIOD I

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 01 | TRAP BEAVER IN ACCORDANCE WITH THE SPECIFICATIONS AND ATTACHMENTS | 700 | EA | 45.00 | 31,500 |
| 02 | MAINTAIN CULVERT OUTLETS AND INLETS IN ACCORDANCE WITH SPECIFICATIONS AND ATTACHMENTS | 1100 | HR | 18.00 | 19,800 |

TOTAL OPTION PERIOD I: $ 51,300

TOTAL BASE PERIOD AND OPTION PERIOD: $ 102,600.00 WNH

NOTICE:

Savannah River Site is a restricted access Government facility and only United States citizens are authorized entry to the Site.

TASK ORDERS

G-0600

This is a requirements contract for the period from date of contract award to December 31, 1999 for the base period; and

January 1, 2000 to December 31, 2000 for Option Period I. Individual task orders will be placed against this contract when services are required. Orders shall be verbal or in writing and all verbal orders shall be confirmed in writing. The Contractor shall have 72 hours after receipt of the verbal or written task order to start work. Each task order shall include maps showing where work is to be performed. See exhibit in Section J for an example of a task order. All written task orders shall be signed by the Contracting Officer, the SRI Contract Specialist or the SRI Purchasing Agent. Only the following individuals are authorized to place orders on this contract:
Contracting Officer, Homer R. Gabard
Contract Specialist, Christopher D. Banks
Purchasing Agent, Cindy Possee
COR, Frankie Brooks (verbal orders only)

Estimated quantities are intended as a good faith estimate of quantities to be ordered. However, the Government is not obligated to order any work to be performed under the resulting contract for either the base period or the option period. Reference FAR Clause 52.216-21 "Requirements".

GENERAL SPECIFICATIONS

A. Scope of Contract
The contractor shall furnish all labor, materials, supervision, transportation, equipment, supplies (including safety), and safely perform all work necessary to remove beaver from problem areas and maintain open and free flowing culverts at the Savannah River Site (SRS). Problem areas include areas where beaver activity has resulted in severe flooding of timber, research sites, roads and railroads. The importance of beaver dams as a wetlands resource, particularly as an attractive habitat for waterfowl, is recognized by the Forest Service. Therefore, selective trapping will be conducted only in critical areas identified by the Savannah River Institute (SRI).

B. Description and Location
All areas are located within the boundaries of the Department of Energy's Savannah River Site near Aiken, SC in Aiken, Barnwell, and Allendale counties, South Carolina.

The contractor will choose 2 barricades to enter and leave the SRS during the contract period. The contractor will use only these barricades when entering and leaving the SRS. Perimeter gates or other barricades will not be utilized by the contractor during the contract period.

TECHNICAL SPECIFICATIONS

A. Beaver Trapping
The contractor must trap beaver from problem areas on-site during a twelve month period (from date of contract award to December 31, 1999) and during an additional 12 month period if the Government extends the term of the contract (1/01/2000 to 12/31/2000). The contractor will be on call during the year to trap beaver whenever problem sites are discovered. The contractor will only trap the areas designated by the Contracting Officer's Representative (COR), Inspector(s), or Contracting Officer (CO). The contractor may trap 24 hours a day, seven days a week.

**The contractor shall:**

1. Use Conibear #330 traps for trapping(recommended by South Carolina Department of Natural Resources (SCDNR)). These traps kill quickly, and are selective in the sense that they can be set in water. However, when the traps are placed in water, they must be readily identifiable to others. The contractor must not purposely trap any species other than beaver. The contractor will notify the COR, Inspector(s), or CO of otter, turtles, or other species trapped incidentally. When other animals are trapped the contractor shall follow the same procedures as stated below for beaver carcasses.

   Snares with .22 caliber weapons may be used in some locations, but only as directed by the COR or CO.

2. Tag each carcass prior to placing it in the SRI cooler. The tag shall show the date and location of capture as well as the date and time the carcass was placed in the cooler.

3. Deliver each whole beaver carcass (not field stripped) to the SRI work center cooler at the end of each workday in order to receive credit for payment. The contractor will not remove animals, dead or alive, from the SRS at any time.

4. Determine sex and weight of each beaver taken.

**G-0605**

5. Enter the following information on the data sheet/map for each carcass: the date and location of capture, sex, weight, and the date and time the carcass was placed in the SRI cooler.

6. Twice per week remove all beaver carcasses, not designated for research, from the SRI cooler and deliver them to the designated landfill at the SRS where the carcasses will be logged in with the landfill operator.

7. Thoroughly clean the SRI cooler by removing all beaver and other animal body parts, fluids, associated odor when necessary, or as directed by the COR or CO. Depending on the types of chemicals used to clean the cooler, the contractor may be required to provide a hazardous communication plan with a listing of appropriate personal protective equipment. The contractor will provide this information as directed by the COR.

8. If requested by the COR, cooperate with researchers' requests for data and/or information.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

I.6 ORDER LIMITATIONS (FAR 52.216-19) (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $100, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor--

(1) Any order for a single item in excess of 700 EA OR 1100 HR;

(2) Any order for a combination of items in excess of 700 EA AND 1100 HR; or

(3) A series of orders from the same ordering office within 3 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 3 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

I.7 REQUIREMENTS (FAR 52.216-21) (OCT 1995)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by

orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 1 MONTH.

I.8 OPTION TO EXTEND THE TERM OF THE CONTRACT (FAR 52.217-9) (MAR 1989)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 DAYS; provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 2 CALENDAR YEARS.

I.9 LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14) (DEC 1996)

(a) This clause does not apply to the unrestricted portion of a partial set-aside.

(b) By submission of an offer and execution of a contract, the

PART III - LIST OF DOCUMENTS, EXHIBITS
AND OTHER ATTACHMENTS

SECTION J - LIST OF ATTACHMENTS

LIST OF ATTACHMENTS

SPECIFICATIONS
VICINITY MAP
FIRE ANT MAP
WAGE DETERMINATION NO. 75-0208
TASK ORDER EXAMPLE

GENERAL SPECIFICATIONS

A. Scope of Contract
The contractor shall furnish all labor, materials, supervision, transportation, equipment, supplies (including safety), and safely perform all work necessary to remove beaver from problem areas and maintain open and free flowin culverts at the Savannah River Site (SRS). Problem areas include areas where beaver activity has resulted in sever flooding of timber, research sites, roads and railroads. The importance of beaver dams as a wetlands resource, p ticularly as an attractive habitat for waterfowl, is recognized by the Forest Service. Therefore, selective trapping v be conducted only in critical areas identified by the Savannah River Institute (SRI).

B. Description and Location
All areas are located within the boundaries of the Department of Energy's Savannah River Site near Aiken, SC in Aiken, Barnwell, and Allendale counties, South Carolina.

The contractor will choose 2 barricades to enter and leave the SRS during the contract period. The contractor will use only these barricades when entering and leaving the SRS. Perimeter gates or other barricades will not be utilized by the contractor during the contract period.

TECHNICAL SPECIFICATIONS

A. Beaver Trapping
The contractor must trap beaver from problem areas on-site during a twelve month period (from date of contract award to December 31, 1999) and during an additional 12 month period if the Government extends the term of the contract (1/01/2000 to 12/31/2000). The contractor will be on call during the year to trap beaver whenever problem sites are discovered. The contractor will only trap the areas designated by the Contracting Officer's Representative (COR), Inspector(s), or Contracting Officer (CO). The contractor may trap 24 hours a day, seven days a week.

**The contractor shall:**

1. Use Conibear #330 traps for trapping(recommended by South Carolina Department of Natural Resources (SCDNR)). These traps kill quickly, and are selective in the sense that they can be set in water. However, when the traps are placed in water, they must be readily identifiable to others. The contractor must not purposely trap any species other than beaver. The contractor will notify the COR, Inspector(s), or CO of otter, turtles, or other species trapped incidentally. When other animals are trapped the contractor shall follow the same procedures as stated below for beaver carcasses.

   Snares with .22 caliber weapons may be used in some locations, but only as directed by the COR or CO.

2. Tag each carcass prior to placing it in the SRI cooler. The tag shall show the date and location of capture as wel as the date and time the carcass was placed in the cooler.

3. Deliver each whole beaver carcass (not field stripped) to the SRI work center cooler at the end of each workday in order to receive credit for payment. The contractor will not remove animals, dead or alive, from the SRS at any time.

4. Determine sex and weight of each beaver taken.

5. Enter the following information on the data sheet/map for each carcass: the date and location of capture, sex, weight, and the date and time the carcass was placed in the SRI cooler.

6. Twice per week remove all beaver carcasses, not designated for research, from the SRI cooler and deliver them to the designated landfill at the SRS where the carcasses will be logged in with the landfill operator.

7. Thoroughly clean the SRI cooler by removing all beaver and other animal body parts, fluids, associated odor when necessary, or as directed by the COR or CO. Depending on the types of chemicals used to clean the cooler, the contractor may be required to provide a hazardous communication plan with a listing of appropriate personal protective equipment. The contractor will provide this information as directed by the COR.

8. If requested by the COR, cooperate with researchers' requests for data and/or information.

B. Culvert Maintenance
SRI engineering personnel will initially clean and open culverts blocked by beaver dams and debris. Initial cleaning shall remove dam and debris material to the bottom of the culvert. When possible, engineering personnel shall notify the COR of the date and time planned for cleaning the culvert(s), so the contractor can be present for the initia cleaning. If this is not possible, engineering personnel will notify the COR after completing the work, and the COR will inform the contractor of the location of the culvert(s).

1. The contractor shall have 72 hours from the time of the initial cleaning to assume responsibility for the culvert(s).

2. The contractor shall notify the COR or inspector(s) when he/she has begun cleaning the culvert(s). The contractor shall check the culvert(s) when checking traps or snares, and clean culverts as necessary.

3. The contractor shall assume responsibility for maintaining each culvert's inlet and outlet. Water shall flow through each culvert at the time beaver traps or snares are introducted into the area. The contractor shall continue to maintain the inlet and outlet of each culvert until beaver traps or snares are removed as directed by the COR.

C. Safety
Safety equipment the contractor shall be required to have and use is listed below. This list may not be all inclusive, and other equipment may be required as directed by SRI and DOE safety personnel and/or OSHA requirements. At least one safety inspection shall be conducted of the contractor's operations by SRI and/or DOE safety personnel to insure compliance with the OSHA regulations and safety requirements of this contract. All equipment shall be in proper working order.

1. First Aid Kits approved by a consulting physician.

2. A means of communication such as a CB radio, cellular phone, or 2-way radio shall be at site at all times where the contractor's personnel are working.

3. 8" lace-up boots with slip resistant soles for each employee.

4. Hard hat and eye protection for each employee.

No toxicological hazards are associated with trapping beaver at SRS; however, normal environmental and physical hazards such as snakes and uncertain footing do exist.

INSPECTION AND ACCEPTANCE

A. Inspection
Inspection of work performance under this contract shall be made by the COR or Inspector (s) at such intervals as are necessary to insure compliance with the contract specifications and provisions.

The COR and Inspector(s) shall periodically inspect culverts the contractor is maintaining. Any culvert(s) found with restricted water flow due to beaver dam or debris that has been allowed to accumulate for more than 48 hours shall be removed at the contractor's expense.

B. Unsatisfactory Work
In the event any of the work does not meet the specifications, through the fault or negligence of the contractor, such work shall, upon request of the COR or CO, be made to conform to the specifications by the contractor at his/her expense. Cost of re-inspection by the Government will be charged to the contractor.

C. Payment
**Line item 1, Beaver Trapping:** The contractor will be paid a bounty per beaver trapped and delivered to the SRI.

**Line item 2, Culvert Cleaning:** The COR and Inspector(s) shall know how many culverts the contractor is responsible for maintaining, and the approximate amount of time required to clean each culvert. The contractor shall be paid the hourly rate for time spent satisfactorily maintaining the inlet and outlet of the culverts so that water flows freely.

At the end of each month the contractor shall submit an invoice to the COR for the number of beaver trapped, and the total number of hours spent cleaning culverts.