GOVERNMENT PRINTING OFFICE 1989-246-570/00763

| USDA - FOREST SERVICE<br>WORK ORDER<br>AND<br>NOTICE OF NONCOMPLIANCE<br>(Reference FSH 6309.11) | CONTRACT NUMBER: 53-4660-9-06<br>PROJECT: Beaver Trapping |
|---|---|
| [X] WORK ORDER ☐ NOTICE OF NONCOMPLIANCE | NAME AND ADDRESS OF CONTRACTOR: Ga. Bowhunter Supply Co.<br>W. D. Hooker<br>5330 Columbia Rd.<br>Grovetown, Ga. 30813 |
| WORK ORDER or NOTICE NO: 1 — DATE ISSUED: Feb. 1, 1999 | |

[X] You are directed to perform the following work in connection with contract with no adjustment in contract time or price(s):

☐ You are advised that the following work being performed or material being supplied or installed does not conform to the contract requirements and may result in rejection.

Trap Beaver at sites 1 → 53 as directed by COR,

700 Beaver
1100 Hours Culvert Maintenance

This work is included in the contract as referenced below:

| SIGNATURE | TITLE |
|---|---|
| Homer R. Holland<br>Frankie A. Brooks | C.O.<br>COR |

ACKNOWLEDGEMENT— PLEASE ACKNOWLEDGE RECEIPT OF THIS NOTICE BY RETURNING ______ COPIES SIGNED IN THE SPACE BELOW:

Date 1-27-99

Ga. Bowhunter Supply co.
Contractor

By W. D. Hooker

Title Owner

G-0561

FS-6300-12(10/83)

Jan - 1999

ised 10/21/92

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JE 1202 | 1-29-99 | 42 | M | A | 169 | | | | | Dog | 1-29-99 |
| JE 1203 | 1-29-99 | 14 | M | S | 119 | | | | | Dog | 1-29-99 |
| JE 1204 | 1-29-99 | 14 | F | J | 41 | | | | | Dog | 1-29-99 |
| JE 1205 | 1-29-99 | 14 | M | S | 99 | | | | | Dog | 2-1-99 |
| JE 1206 | 1-29-99 | 14 | M | A | 155 | | | | | Dog | 2-1-99 |
| JE 1207 | 1-29-99 | 14 | F | S | 89 | | | | | Dog | 2-1-99 |

Jan
Feb

G-2024

ised 10/21/92

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 1187 | 1-23-99 | 16 | m | A | 214 | | | | | Dog | 1-23-99 |
| GE 1188 | 1-23-99 | 16 | m | S | 162 | | | | | Dog | 1-23-99 |
| GE 1189 | 1-23-99 | [illegible] | F | P | 14 | | | | | Dog | 1-23-99 |
| GE 1180 | 1-[illegible]-99 | 16 | m | P | 16 | | | | | Dog | 1-23-99 |
| GE [illegible]91 | 1-23-99 | 16 | m | S | [illegible]8 | | | | | Dog | 1-25-99 |
| GE 1192 | 1-23-99 | 16 | F | A | 123 | NO | | | yes | Dog | 1-25-99 |
| GE 1193 | 1-23-99 | 16 | m | P | 18 | | | | | Dog | 1-25-99 |
| GE 1194 | 1-23-99 | 16 | F | P | 16 | | | | | Dog | 1-25-99 |
| GE 1195 | 1-23-99 | 16 | F | P | 11 | | | | | Dog | 1-25-99 |
| GE 1196 | 1-25-99 | 16 | m | P | 1 | | | | | Dog | 1-25-99 |
| GE 1197 | 1-25-99 | 16 | m | P | 1 | | | | | Dog | 1-25-99 |
| GE 1198 | 1-25-99 | 16 | m | P | 1 | | | | | Dog | 1-25-99 |
| GE 1199 | 1-25-99 | 16 | F | P | 1 | | | | | Dog | 1-25-99 |
| GE 1200 | 1-28-99 | 42 | m | A | 161 | | | | | Dog | 1-28-99 |
| GE 1201 | 1-28-99 | 42 | m | S | 135 | | | | | Dog | 1-28-99 |

G-2025

isad 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YE 1172 | 1-20-99 | 16 | m | A | 187 | | | | | Dog | 1-21-98 |
| YE 1173 | 1-20-99 | 16 | m | S | 142 | | | | | Dog | 1-21-98 |
| YE 1174 | 1-20-99 | 16 | P | F | 3 | | | | | Dog | 1-21-98 |
| YE 1175 | 1-21-97 | 20 | m | Y | 105 | | | | | Dog | 1-25-99 |
| YE 1176 | 1-21-99 | 20 | F | J | 82 | yes | 5 | 3" | no | Dog | 1-25-99 |
| YE 1177 | 1-22-99 | 37 | m | P | 12 | | | | | Dog | 1-25-99 |
| YE 1178 | 1-22-99 | 37 | F | P | 2 | | | | | Dog | 1-25-99 |
| YE 1179 | 1-22-99 | 37 | m | P | 2 | | | | | Dog | 1-25-99 |
| YE 1180 | 1-22-99 | 37 | m | P | 2 | | | | | Dog | 1-25-99 |
| YE 1181 | 1-22-99 | 37 | F | P | 2 | | | | | Dog | 1-25-99 |
| YE 1182 | 1-22-99 | 37 | m | P | 2 | | | | | Dog | 1-25-99 |
| YE 1183 | 1-22-99 | 37 | m | P | 2 | | | | | Dog | 1-25-99 |
| YE 1184 | 1-22-99 | 37 | F | P | 2 | | | | | Dog | 1-22-99 |
| YE 1185 | 1-22-99 | 37 | F | P | 2 | | | | | Dog | 1-22-99 |
| YE 1186 | 1-22-99 | 37 | m | P | 2 | | | | | Dog | 1-22-99 |

G-2026

vised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1157 | 1-17-99 | 27 | M | Y | 70 | | | | | Dog | 1-18-99 |
| 1158 | 1-17-99 | 27 | F | A | 140 | | | | | Dog | 1-18-99 |
| 1159 | 1-17-99 | 27 | M | P | 8 | | | | | Dog | 1-18-99 |
| 1160 | 1-17-99 | 27 | M | P | 10 | | | | | Dog | 1-18-99 |
| 1161 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |
| 1162 | 1-17-99 | 27 | F | S | 120 | | | | | Dog | 1-18-99 |
| 1163 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |
| 1164 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1165 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1166 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1167 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |
| 1168 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |
| 1169 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1170 | 1-17-99 | 27 | F | P | 2 | | | | | Dog | 1-18-99 |
| 1171 | 1-17-99 | 27 | M | P | 2 | | | | | Dog | 1-18-99 |

G-2027

vised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JE 1142 | 1-15-99 | 34 | M | A | 235 | | | | | Dog | 1-15-99 |
| JE 1143 | 1-15-99 | 34 | F | Ø/ | 62 | | | | | Dog | 1-18-99 |
| JE 1144 | 1-15-99 | 34 | F | P | 2 | | | | | Dog | 1-18-99 |
| JE 1145 | 1-15-99 | 34 | F | P | 2 | | | | | Dog | 1-18-99 |
| JE 1146 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-99 |
| JE 1147 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-99 |
| JE 1148 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-99 |
| JE 1149 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-98 |
| JE 1150 | 1-15-99 | 34 | F | P | 2 | | | | | Dog | 1-18-99 |
| JE 1151 | 1-15-99 | 34 | M | P | 2 | | | | | Dog | 1-18-99 |
| JE 1152 | 1-16-99 | 44 | M | S | 118 | | | | | Dog | 1-18-98 |
| JE 1153 | 1-16-99 | 44 | M | S | 126 | | | | | Dog | 1-18-99 |
| 1154 | 1-17-99 | 27 | M | P | 10 | | | | | Dog | 1-18-99 |
| 1155 | 1-17-99 | 27 | F | P | 12 | | | | | Dog | 1-18-99 |
| 1156 | 1-17-99 | 27 | M | P | 18 | | | | | Dog | 1-18-99 |

G-2028

vised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127 | 1-11-99 | 27 | M | P | 10 | | | | | Trap | 1-11-99 |
| 1128 | 1-11-99 | 27 | M | P | 15 | | | | | Trap | 1-11-99 |
| 1129 | 1-11-99 | 27 | F | P | 30 | | | | | Trap | 1-11-99 |
| 1130 | 1-11-99 | 27 | F | P | 15 | | | | | Trap | 1-11-99 |
| 1131 | 1-13-99 | 33 | M | P | 1 | | | | | Dog | 1-13-99 |
| 1132 | 1-13-99 | 33 | M | P | 1 | | | | | Dog | 1-13-99 |
| 1133 | 1-14-99 | 30 | M | A | 187 | | | | | Dog | 1-14-99 |
| 1134 | 1-14-99 | 36 | M | J | 30 | | | | | Dog | 1-14-99 |
| 1135 | 1-14-99 | 27 | M | P | ? | | | | | Dog | 1-14-99 |
| 1136 | 1-14-99 | 27 | F | P | ? | | | | | Dog | 1-14-99 |
| 1137 | 1-14-99 | 27 | F | P | 3 | | | | | Dog | 1-14-99 |
| 1138 | 1-14-99 | 27 | F | J | 30 | | | | | Dog | 1-14-99 |
| 1139 | 1-14-99 | 27 | M | J | 35 | | | | | Dog | 44-99 |
| 1140 | 1-14-99 | 27 | M | P | 3 | | | | | Dog | 1-14-99 |
| 1141 | 1-14-99 | 27 | F | J | 30 | | | | | Dog | 1-14-99 |

G-2029

vised 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JE 1112 | 1-4-99 | 27 | F | P | 2 | | | | | Dog | 1-4-99 |
| JE 1113 | 1-4-99 | 27 | m | P | 2 | | | | | Dog | 1-4-99 |
| 1114 | 1-5-99 | 27 | M | P | 20 | | | | | Trap | 1-5-99 |
| 1115 | 1-5-99 | 27 | F | P | 30 | | | | | Trap | 1-5-99 |
| 1116 | 1-5-99 | 27 | M | P | 10 | | | | | Trap | 1-5-99 |
| 1117 | 1-5-99 | 27 | F | P | 14 | | | | | Trap | 1-5-99 |
| 1118 | 1-5-99 | 27 | m | P | 8 | | | | | Trap | 1-5-99 |
| 1119 | 1-5-99 | 27 | F | P | 8 | | | | | Trap | 1-5-99 |
| JE 1120 | 1-7-98 | 48 | M | A | 185 | | | | | Dog | 1-11-99 |
| JE 1121 | 1-7-98 | 41 | F | A | 178 | Y | 8 | 7" | NO | Dog | 1-11-99 |
| JL 1122 | 1-8-99 | 20 | F | A | 183 | Y | 7 | 5" | no | DOG | 1-8-99 |
| JL 1123 | 1-8-99 | 20 | F | A | 209 | NO | | | no | DOG | 1-8-99 |
| JL 1124 | 1-8-99 | 20 | m | A | 197 | | | | | DOG | 1-8-99 |
| JE 1125 | 1-11-99 | 20 | M | A | 245 | | | | | Dog | 1-11-99 |
| 1126 | 1-11-99 | 27 | F | P | 20 | | | | | Trap | 1-11-99 |

G-2030

JAN 1999

visad 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 1097 | 1-1-99 | 30 | F | Y | 105 | | | | no | Dog | 1-4-99 |
| GE 1098 | 1-1-99 | 30 | m | P | 1 | | | | | Dog | |
| GE 1099 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1100 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1101 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1102 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1103 | 1-1-99 | 30 | F | P | 1 | | | | | Dog | |
| GE 1104 | 1-3-99 | 20 | m | A | 194 | | | | | DoG | |
| GE 1105 | 1-4-99 | 27 | F | A | 203 | no | | | no | Dog | |
| GE 1106 | 1-4-99 | 27 | F | P | 2 | | | | | Dog | |
| GE 1107 | 1-4-99 | 27 | F | P | 2 | | | | | Dog | |
| GE 1108 | 1-4-99 | 27 | F | P | 2 | | | | | Dog | |
| GE 1109 | 1-4-99 | 27 | m | P | 2 | | | | | Dog | |
| GE 1110 | 1-4-99 | 27 | m | P | 2 | | | | | Dog | |
| GE 1111 | 1-4-99 | 27 | m | P | 2 | | | | | Dog | 1-4-99 |

G-2031

Feb. 1999

vised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JE 388 | 2-18-99 | 27 | M | P | 1 | | | | | Dog | 2-19-99 |
| JE 389 | 2-18-99 | 27 | F | P | 1 | | | | | Dog | 2-19-99 |
| JE 390 | 2-18-99 | 27 | F | P | 1 | | | | | Dog | 2-19-99 |
| JE 391 | 2-18-99 | 27 | F | P | 1 | | | | | Dog | 2-19-99 |
| JE 392 | 2-20-99 | 30 | F | S | 195 | NO | | | NO | Dog | [illegible] |
| DL 393 | 2-21-99 | 20 | F | P | 52 | NO | | | NO | DOG | [illegible] |
| DL 394 | 2-28-99 | 44 | M | A | 273 | | | | | DOG | 2-28-99 |
| DL 395 | 2-28-99 | 44 | F | A | 191 | NO | | | NO | DOG | 2-28-99 |
| DL 396 | 3-1-99 | 44 | M | S | 174 | | | | | DOG | |
| DL 397 | 3-1-99 | 44 | F | P | 11 | | | | | DOG | |
| DL 398 | 3-1-99 | 44 | F | P | 7 | | | | | DOG | |
| DL 399 | 3-1-99 | 44 | F | | 189 | | | | | DOG | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2032

# STIFS WILD HOG DATA SHEET

1992-1993 Contract Period

...d 10/21/92

Page Number

| ID ...mber | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HE 1253 | 2-11-99 | 13 | m | P | 2 | | | | | Dog | 2-12-99 |
| HE 1254 | 2-11-99 | 13 | F | P | 2 | | | | | Dog | 2-12-99 |
| HE 1255 | 2-11-99 | 13 | F | P | 2 | | | | | Dog | 2-12-99 |
| HE 1256 | 2-11-99 | 13 | m | A | 206 | | | | | TRAP | 2-12-99 |
| HE 1257 | 2-11-99 | 16 | m | A | 241 | | | | | DoG | 2-12-99 |
| HE 1258 | 2-11-99 | 16 | m | S | 189 | | | | | DoG | 2-12-99 |
| HE 1259 | 2-11-99 | 16 | m | S | 136 | | | | | DoG | 2-12-99 |
| HE 1260 | 2-12-99 | 48 | m | A | 217 | | | | | DoG | 2-16-99 |
| HE 1261 | 2-15-99 | 16 | F | P | 38 | | | | | Dog | 2-16-99 |
| HE 1262 | 2-15-99 | 16 | F | J | 53 | | | | | Dog | 2-16-99 |
| HE 383 | 2-16-99 | 9 | F | A | 177 | yes | 8 | 5" | | Dog | 2-16-99 |
| HE 384 | 2-16-99 | 9 | F | P | 23 | | | | | Dog | 2-16-99 |
| HE 385 | 2-18-99 | 27 | F | S | 159 | NO | | | yes | Dog | 2-19-99 |
| HE 386 | 2-18-99 | 27 | M | P | 22 | | | | | Dog | 2-19-99 |
| HE 387 | 2-18-99 | 27 | M | P | 1 | | | | | Dog | 2-19-99 |

G-2033

Revised 10/21/92

# SRES WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99E 1238 | 2-8-99 | 14 | F | J | 91 | | | | | Trap | 2-8-99 |
| 99E 1239 | 2-8-99 | 14 | m | J | 92 | | | | | Trap | 2-8-99 |
| 99E 1240 | 2-9-99 | 16 | m | A | 173 | | | | | Trap | 2-11-99 |
| 99E 1241 | 2-9-99 | 16 | m | J | 65 | | | | | Trap | 2-11-99 |
| 99E 1242 | 2-11-99 | 9 | m | A | 204 | | | | | Dog | 2-11-99 |
| 99E 1243 | 2-11-99 | 9 | m | S | 141 | | | | | Dog | 2-11-99 |
| 99E 1244 | 2-11-99 | 9 | F | P | 18 | | | | | Dog | 2-11-99 |
| 99E 1245 | 2-11-99 | 13 | F | P | 1 | | | | | Dog | 2-12-99 |
| 99E 1246 | 2-13-99 | 13 | F | P | 1 | | | | | Dog | 2-12-99 |
| 99E 1247 | 2-13-99 | 13 | F | P | 1 | | | | | Dog | 2-12-99 |
| 99E 1248 | 2-13-99 | 13 | F | P | 1 | | | | | Dog | 2-12-99 |
| 99E 1249 | 2-13-99 | 13 | m | P | 1 | | | | | Dog | 2-12-99 |
| 99E 1250 | 2-13-99 | 13 | m | P | 1 | | | | | Dog | 2-12-99 |
| 99E 1251 | 2-13-99 | 13 | m | P | 2 | | | | | Dog | 2-12-99 |
| 99E 1252 | 2-13-99 | 13 | m | P | 2 | | | | | Dog | 2-12-99 |

G-2034