Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JE 343 1223 | 2-5-99 | 30 | M | A | 206 | | | | | Dog | 2-5-99 |
| JE 344 1224 | 2-5-99 | 30 | M | S | 137 | | | | | Dog | 2-5-99 |
| JE 345 1225 | 2-5-99 | 20 | F | S | 92 | | | | | Dog | 2-6-99 |
| JE 346 1226 | 2-5-99 | 20 | F | P | 8 | | | | | Dog | 2-6-99 |
| JE 347 1227 | 2-5-99 | 20 | F | P | 10 | | | | | Dog | 2-6-99 |
| JE 348 1228 | 2-6-99 | 16 | M | P | 12 | | | | | Trap | 2-6-99 |
| JE 349 1229 | 2-6-99 | 16 | M | P | 12 | | | | | Trap | 2-6-99 |
| JE 350 1230 | 2-6-99 | 16 | F | P | 11 | | | | | Trap | 2-6-99 |
| JE 351 1231 | 2-6-99 | 16 | M | P | 13 | | | | | Trap | 2-6-99 |
| JE 352 1232 | 2-6-99 | 48 | M | A | 219 | | | | | DoG | 2-6-99 |
| JE 353 1233 | 2-6-99 | 48 | M | A | 174 | | | | | DoG | 2-6-99 |
| JE 354 1234 | 2-6-99 | 48 | M | A | 193 | | | | | DoG | 2-6-99 |
| JE 355 1235 | 2-6-99 | 48 | F | S | 112 | NO | | | NO | DoG | 2-6-99 |
| JE 356 1236 | 2-7-99 | 44 | M | A | 231 | | | | | Dog | 2-8-98 |
| JE 357 1237 | 2-8-99 | 14 | M | S | 116 | | | | | Trap | 2-8-99 |

G-2035

Revised 10/21/92 Feb 99

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 328 GE 1208 | 2-1-99 | 42 | M | P | 8 | | | | | Trap | 2-1-99 |
| 329 GE 1209 | 2-1-99 | 42 | F | P | 8 | | | | | Trap | 2-1-99 |
| 330 GE 1210 | 2-1-99 | 42 | M | P | 9 | | | | | Trap | 2-1-99 |
| 331 GE 12-11 | 2-1-99 | 42 | M | P | 9 | | | | | Trap | 2-1-99 |
| 332 GE 1212 | 2-1-99 | 42 | F | P | 8 | | | | | Trap | 2-1-99 |
| 333 GE 1213 | 2-1-99 | 42 | F | P | 7 | | | | | Trap | 2-1-99 |
| 334 GE 1214 | 2-1-99 | 42 | F | P | 8 | | | | | Trap | 2-1-99 |
| 335 1215 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 336 1-14 | 2-3-99 | 27 | F | P | 3 | | | | | Dog | 2-3-99 |
| 337 1217 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 338 1218 | 2-3-99 | 27 | F | P | 3 | | | | | Dog | 2-3-99 |
| 339 1219 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 340 1220 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 341 1221 | 2-3-99 | 27 | M | P | 3 | | | | | Dog | 2-3-99 |
| 342 1222 | 2-3-99 | 27 | F | P | 3 | | | | | Dog | 2-3-99 |

G-2036

Revised 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JE 458 | 3-22-99 | 44 | M | A | 204 | | | | | Clay | FB |
| JE 459 | 3-25-99 | 27 | M | J | 69 | | | | | Dog | FB |
| JE 460 | 3-25-99 | 27 | M | Y | 79 | | | | | Dog | FB |
| JE 461 | 3-27-99 | 36 | F | A | 163 | no | | | Yes | DoG | F |
| JE 462 | 3-29-99 | 42 | M | S | 146 | | | | | Trap | FB |
| JE 463 | 3-29-99 | 42 | M | Y | 96 | | | | | Trap | FB |
| JE 464 | 3-29-99 | 42 | F | P | 45 | | | | | Trap | FB |
| JE 465 | 3-29-99 | 42 | F | P | 39 | | | | | Trap | FB |
| JE 466 | 3-31-99 | 42 | M | P | 28 | | | | | Dog | FB |
| JE 467 | 3-31-99 | 42 | F | P | 27 | | | | | Dog | FB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2037

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9E 443 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | |
| 9E 444 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| 9E 445 | 3-1999 | 48 | m | P | 1 | | | | | Dog | |
| 9E 446 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | |
| 9E 447 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| 9E 448 | 3-19-99 | 48 | M | P | 1 | | | | | Dog | |
| 9E 449 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | |
| 9E 450 | 3-19-99 | 48 | m | P | 1 | | | | | Dog | |
| 9E 451 | 3-19-99 | 48 | F | S | 161 | | | | | Dog | FB |
| 9E 452 | 3-22-99 | 16 | M | J | 65 | | | | | Trap | |
| 9E 453 | 3-22-99 | 16 | F | J | 70 | | | | | Trap | |
| 9E 454 | 3-22-99 | 16 | m | J | 60 | | | | | Trap | |
| 9E 455 | 3-22-99 | 16 | m | J | 69 | | | | | Trap | |
| 9E 456 | 3-22-99 | 44 | M | A | 212 | | | | | Dog | |
| 9E 457 | 3-22-99 | 44 | F | S | 145 | | | | | Dog | |

G-2038

...d 10/21/92

# SHFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HE 428 | 3-12-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 429 | 3-12-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 430 | 3-12-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 431 | 3-12-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 432 | 3-12-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 433 | 3-13-99 | 48 | M | J | 109 | | | | | DoG | |
| HE 434 | 3-13-99 | 48 | F | P | 43 | | | | | DoG | |
| HE 435 | 3-19-99 | 48 | F | A | 194 | no | | | yes | Dog | FB |
| HE 436 | 3-19-99 | 48 | M | J | 47 | | | | | Dog | FB |
| HE 437 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| HE 438 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| HE 439 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| HE 440 | 3-19-99 | 48 | F | P | 1 | | | | | Dog | |
| HE 441 | 3-19-99 | 48 | M | P | 1 | | | | | Dog | |
| HE 442 | 3-19-99 | 48 | M | P | 1 | | | | | Dog | |

G-2039

evised 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No). | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ME 413 | 3-5-99 | 44 | m | P | 1 | | Have fetus Cannot | [illegible] | | Dog | FB |
| ME 414 | 3-5-99 | 44 | m | P | 1 | | These 5 | Fetus [illegible] | | Dog | FB |
| ME 415 | 3-5-99 | 44 | m | P | 1 | | | | | Dog | FB |
| ME 416 | 3-5-99 | 44 | F | P | 1 | | | | | Dog | FB |
| ME 417 | 3-5-99 | 44 | m | P | 1 | | | | | Dog | FB |
| ME 418 | 3-5-99 | 44 | F | P | 1 | | | | | Dog | FB |
| ME 419 | 3-5-99 | 44 | F | P | 1 | | | | | Dog | FB |
| ME 420 | 3-5-99 | 44 | m | P | 1 | | | | | Dog | FB |
| ME 421 | 3-5-99 | 44 | m | P | 1 | | | | | Dog | FB |
| ME 422 | 3-6-99 | 44 | F | P | 6 | | | | | Dog | FB |
| ME 423 | 3-6-99 | 44 | F | P | 5 | | | | | Dog | FB |
| ME 424 | 3-12-99 | 44 | m | A | 196 | | | | | Dog | FB |
| ME 425 | 3-12-99 | 44 | F | A | 186 | | | | | Dog | FB |
| ME 426 | 3-12-99 | 44 | m | Y | 88 | | | | | Dog | FB |
| ME 427 | 3-12-99 | 44 | F | P | 1 | | | | | Dog | FB |

G-2040

[illegible] 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 398 | 3-1-99 | 42 | m | A | 299 | | | | | Dog | FDP |
| GE 399 | 3-2-99 | 38 | M | A | 202 | | | | | Dog | FDP |
| GE 400 | 3.3.99 | 38 | F | S | 133 | | | | | Dog | FDP |
| GE 401 | 3-3-99 | 38 | F | P | 1 | | | | | Dog | FDP |
| GE 402 | 3-3-99 | 38 | F | P | 1 | | | | | Dog | [illegible] |
| GE 403 | 3-3-99 | 38 | F | P | 1 | | | | | Dog | [illegible] |
| GE 404 | 3-3-99 | 38 | M | P | 1 | | | | | Dog | [illegible] |
| GE 405 | 3-3-99 | 38 | M | P | 1 | | | | | Dog | FDP |
| GE 406 | 3-3-99 | 38 | M | P | 1 | | | | | Dog | [illegible] |
| GE 407 | 3-5-99 | 44 | M | P | 16 | | | | | Dog | |
| GE 408 | 3-5-99 | 44 | M | P | 16 | | | | | Dog | |
| GE 409 | 3-5-99 | 44 | F | S | 117 | | | | | Dog | |
| GE 410 | 3-5-99 | 44 | F | S | 131 | | | | | Dog | |
| GE 411 | 3-5-99 | 44 | F | P | 1 | | | | | Dog | |
| GE 412 | 3-5-99 | 44 | M | P | 1 | | | | | Dog | |

G-2041

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

evised 10/21/92

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98 543 | 4-26-99 | 42 | m | P | 26 | | | | | Trap | FB |
| 98E 544 | 4-26-99 | 42 | m | | 28 | | | | | Trap | FB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2042

Revised 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9E 528 | 4-23-99 | 5 | M | P | 31 | | | | | Dog | FB |
| 9E 529 | 4-23-99 | 5 | M | P | 7 | | | | | Dog | |
| 9E 530 | 4-23-99 | 5 | F | P | 21 | | | | | Dog | |
| 9E 531 | 4-23-99 | 5 | M | P | 23 | | | | | Dog | |
| 9E 532 | 4-23-99 | 5 | F | P | 28 | | | | | Dog | |
| 9E 533 | 4-23-99 | 5 | F | P | 13 | | | | | Dog | |
| 9E 534 | 4-23-99 | 5 | F | P | 1 | | | | | Dog | |
| 9E 535 | 4-23-99 | 5 | F | P | 1 | | | | | Dog | |
| 9E 536 | 4-23-99 | 5 | M | P | 1 | | | | | Dog | |
| 9E 537 | 4-23-99 | 5 | M | P | 1 | | | | | Dog | |
| 9E 538 | 4-23-99 | 5 | M | P | 1 | | | | | Dog | |
| 9E 539 | 4-23-99 | 5 | F | P | 1 | | | | | Dog | |
| 9E 540 | 4-23-99 | 5 | F | P | 16 | | | | | Dog | |
| 9E 541 | 4-23-99 | 5 | M | P | 1 | | | | | Dog | |
| 9E 542 | 4-23-99 | 5 | F | P | 1 | | | | | Dog | FB |

G-2043

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 5-13 | 4-18-99 | 16 | F | P | 22 | | | | | Trap | 6-22-99 FB |
| GE 5-14 | 4-18-99 | 16 | F | P | 22 | | | | | Trap | B |
| GE 5-15 | 4-18-99 | 16 | F | P | 24 | | | | | Trap | B |
| GE 5-16 | 4-20-99 | 16 | F | P | 20 | | | | | Trap | |
| GE 5-17 | 4-20-99 | 16 | F | P | 15 | | | | | Trap | |
| GE 5-18 | 4-20-99 | 18 | M | P | 2 | | | | | Dog | |
| GE 5-19 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| GE 5-20 | 4-20-99 | 18 | M | P | 2 | | | | | Dog | |
| GE 5-21 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| GE 5-22 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| GE 5-23 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| GE 5-24 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| GE 5-25 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | |
| GE 5-26 | 4-20-99 | 18 | F | P | 1 | | | | | Dog | FB 6-22-99 |
| GE 5-27 | 4-23-99 | 18 | F | P | 26 | | | | | Dog | FB |

G-2044

Revised 10/21/02

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] 498 | 4-16-99 | 29 | m | P | 1 | | | | | Dog | [illegible] |
| [illegible] 499 | 4-17-99 | 27 | F | P | 20 | | | | | TRAP | |
| [illegible] 500 | 4-17-99 | 27 | F | P | 17 | | | | | TRAP | |
| [illegible] 501 | 4-17-99 | 27 | F | P | 18 | | | | | TRAP | |
| [illegible] 502 | 4-17-99 | 27 | F | P | 18 | | | | | TRAP | |
| [illegible] 503 | 4-17-99 | 27 | F | P | 19 | | | | | TRAP | |
| [illegible] 504 | 4-17-99 | 27 | M | P | 45 | | | | | TRAP | |
| [illegible] 505 | 4-17-99 | 27 | M | P | 43 | | | | | TRAP | |
| [illegible] 506 | 4-17-99 | 27 | M | P | 10 | | | | | TRAP | |
| [illegible] 507 | 4-11-99 | 27 | M | P | 18 | | | | | TRAP | |
| [illegible] 508 | 4-17-99 | 27 | M | P | 17 | | | | | TRAP | |
| [illegible] 509 | 4-17-99 | 27 | M | P | 15 | | | | | TRAP | |
| [illegible] 510 | 4-17-99 | 27 | M | A | 176 | | | | | Trap | |
| | 4-17-99 | 27 | M | Y | 135 | | | | | Trap | [illegible] |
| | 4-18-99 | 16 | M | P | 24 | | | | | Trap | [illegible] |

G-2045

Revised 10/21/02

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HE 483 | 4-12-99 | 42 | M | P | 22 | | | | | Trap | 1 B 4-12-99 |
| HE 484 | 4-12-99 | 42 | M | P | 21 | | | | | Trap. | 1 B 4-12-99 |
| HE 485 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | FE 4-16-99 |
| HE 486 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | F B 4-16-99 |
| HE 487 | 4-16-99 | 29 | F | S | 122 | no | | | yes | Dog | FB |
| HE 488 | 4-16-99 | 29 | F | S | 127 | no | | | yes | Dog | |
| HE 489 | 4-16-99 | 29 | F | P | 2 | | | | | Dog | |
| HE 490 | 4-16-99 | 29 | F | P | 2 | | | | | Dog. | |
| " 491 | 4-16-99 | 29 | F | P | 1 | | | | | Dog | |
| HE 492 | 4-16-99 | 29 | F | P | 1 | | | | | Dog | |
| HE 493 | 4-16-99 | 29 | F | P | 1 | | | | | Dog | |
| HE 494 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | |
| HE 495 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | |
| HE 496 | 4-16-99 | 29 | M | P | 2 | | | | | Dog | |
| HE 497 | 4-16-99 | 29 | M | P | 1 | | | | | Dog | |

G-2046

vised 10/21/92 APRIL 1999

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ,

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9E 468 | 4-1-99 | 15 | F | P | 35 | | | | | Gun | FD |
| 9E 469 | 4-1-99 | 15 | m | J | 84 | | | | | Gun | |
| 9E 470 | 4-1-99 | 15 | F | P | 29 | | | | | Gun | |
| 9E 471 | 4-2-99 | 17 | M | A | 149 | | | | | DOG | |
| 9E 472 | 4-2-99 | 17 | F | S | 94 | NO | | | Yes | DOG | FD |
| 9E 473 | 4-9-99 | 17 | F | P | 1 | | | | | Dog | 4-12-99 |
| 9E 474 | 4-9-99 | 17 | m | P | 1 | | | | | Dog | |
| 9E 475 | 4-9-99 | 17 | m | P | 1 | | | | | Dog | |
| 9E 476 | 4-9-99 | 17 | m | P | 1 | | | | | Dog | |
| 9E 477 | 4-9-99 | 17 | m | P | 1 | | | | | Dog | |
| 9E 478 | 4-9-99 | 17 | F | P | 1 | | | | | Dog | |
| 9E 479 | 4-10-99 | 18 | m | J | 99 | | | | | Dog | FD |
| 9E 480 | 4-10-99 | 18 | F | Y | 85 | NO | | | yes | Dog | [illegible] |
| 9E 481 | 4-10-99 | 18 | m | Y | 84 | | | | | Dog | [illegible] |
| 9E 482 | 4-10-99 | 18 | m | Y | 94 | | | | | Dog | 4-12-99 FD |

Revised 10/21/92

May 1999

# SHES WILD HOG DATA SHEET

1992-1993 Contract Period

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Killed | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YE 545 | 5-7-99 | 48 | M | A | 244 | | | | | Dog | FB |
| YE 546 | 5-7-99 | 48 | F | P | 1 | | | | | | |
| YE 547 | 5-7-99 | 48 | M | P | 1 | | | | | | |
| YE 548 | 5-7-99 | 48 | F | P | 1 | | | | | | |
| YE 549 | 5-7-99 | 48 | F | P | 1 | | | | | | |
| YE 550 | 5-7-99 | 48 | M | P | 1 | | | | | | |
| YE 551 | 5-7-99 | 48 | M | P | 1 | | | | | | |
| YE 552 | 5-7-99 | 48 | F | P | 1 | | | | | | |
| YE 553 | 5-7-99 | 48 | F | P | 1 | | | | | | |
| YE 554 | 5-7-99 | 48 | F | P | 1 | | | | | Dog | FB |
| YE 555 | 5-11-99 | 30 | M | A | 130 | | | | | [illegible] | F7 |
| YE 556 | 5-11-99 | 30 | M | P | 30 | | | | | Dog | F7 |
| YE 557 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | |
| YE 558 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | |
| YE 559 | 5-14-99 | 50 | M | P | 1 | | | | | Dog | |

G-2048

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number 3

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98E 560 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | FB |
| 98E 561 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | |
| 98E 562 | 5-14-99 | 50 | F / m | P | 1 | | | | | Dog | |
| 98E 563 | 5-14-99 | 50 | m | P | 1 | | | | | Dog | |
| 98E 564 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | |
| 98E 565 | 5-14-99 | 50 | F | P | 1 | | | | | Dog | FB |
| 98E 566 | 5-14-99 | 50 | m | P | 32 | | | | | Dog | TB |
| 98E 567 | 5-21-99 | 20 | F | P | 9 | | | | | Trap | TB |
| 98E 568 | 5-21-99 | 20 | m | P | 8 | | | | | Trap | |
| 98E 569 | 5-21-99 | 20 | F | P | 8 | | | | | Trap | |
| 98E 570 | 5-21-99 | 20 | m | P | 13 | | | | | Trap | |
| 98E 571 | 5-21-99 | 20 | m | P | 14 | | | | | Trap | |
| 98E 572 | 5-21-99 | 20 | m | P | 8 | | | | | Trap | |
| 98E 573 | 5-21-99 | 20 | m | P | 14 | | | | | Trap | |
| 98E 574 | 5-21-99 | 20 | m | P | 10 | | | | | Trap | TB |

Revised 10/21/92

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE 75 | 5-21-99 | 20 | F | P | 10 | | | | | Trap | TB |
| GE 576 | 5-21-99 | 20 | M | P | 6 | | | | | Trap | |
| GE 577 | 5-22-99 | 44 | F | P | 4 | | | | | Dog | |
| GE 578 | 5-22-99 | 44 | M | P | 6 | | | | | Dog | |
| GE 579 | 5-22-99 | 44 | M | P | 13 | | | | | Dog | |
| GE 580 | 5-22-99 | 44 | M | P | 10 | | | | | Dog | |
| GE 581 | 5-22-99 | 44 | M | P | 8 | | | | | Dog | |
| GE 582 | 5-22-99 | 44 | F | P | 10 | | | | | Dog | |
| GE 583 | 5-22-99 | 36 | M | P | 1 | | | | | Dog | |
| GE 584 | 5-22-99 | 36 | M | P | 1 | | | | | Dog | |
| GE 585 | 5-22-99 | 36 | F | P | 2 | | | | | Dog | |
| GE 586 | 5-22-99 | 36 | F | P | 1 | | | | | Dog | TB |
| GE 587 | 5-27-99 | 20 | M | P | 10 | | | | | Dog | FB |
| GE 588 | 5-27-99 | 20 | M | P | 6 | | | | | Dog | / |
| 589 | 5-27-99 | 20 | M | P | 7 | | | | | Dog | |

G-2050

Revised 10/21/92

# STIFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9E 590 | 5-22-99 | 20 | M | P | 8 | | | | | Dog | FB |
| 9E 591 | 5-28-99 | 14 | F | P | 5 | | | | | Dog | |
| 9E 592 | 5-28-99 | 14 | F | P | 4 | | | | | Dog | |
| 9E 593 | 5-28-99 | 14 | F | P | 9 | | | | | Dog | |
| 9E 594 | 5-28-95 | 14 | M | P | 11 | | | | | Dog | FB |

G-2051

## WILD HOG DATA SHEET

[illegible] Contract Period

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HE 595 | 6-2-99 | 32 | F | P | 6 | | | | | Dog | FB 6-4-99 |
| HE 596 | 6-2-99 | 32 | F | P | 10 | | | | | Dog | 6-4-99 |
| HE 597 | 6-2-99 | 32 | M | P | 7 | | | | | Dog | 6-4-99 |
| HE 598 | 6-2-99 | 32 | F | P | 12 | | | | | Dog | 6-4-99 |
| HE 599 | 6-4-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 600 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 601 | 6-4-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 602 | 6-4-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 603 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 604 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 605 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 606 | 6-4-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 607 | 6-4-99 | 44 | F | P | 1 | | | | | Dog | FB |
| HE 608 | 6-5-99 | 44 | M | A | 187 | 1 | | | Nope | DOG | ON hog BARN ROAD ROTTEN |
| HE 609 | 6-5-99 | 44 | M | A | 208 | 1 | | | | DOG | |

G-2052

Rev 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 610 | 6-6-99 | 44 | M | J | 81 | | | | | DoG | |
| 611 | 6-6-99 | 44 | M | P | 18 | | | | | DoG | |
| 612 | 6-6-99 | 44 | F | P | 8 | | [illegible] | [illegible] | | DoG | |
| 613 | 6-6-99 | 44 | F | P | 7 | | | | | DoG | |
| 614 | 6-6-99 | 44 | M | P | 14 | | | | | DoG | |
| 615 | 6-6-99 | 44 | M | J | 45 | | | | | DoG | |
| 616 | 6-6-99 | 44 | F | J | 88 | | | | | DoG | |
| [illegible]17 | 6-[illegible]-99 | 44 | M | A | 228 | | | | | DoG | |
| 618 | 6-18-99 | 44 | M | P | 63 | | | | | DoG | |
| 619 | 6-18-99 | 44 | F | P | 53 | | | | | DoG | |
| 620 | 6-18-99 | 44 | F | P | 39 | | | | | DoG | |
| 621 | 6-19-99 | 44 | M | A | 278 | | | | | DoG | |
| 622 | 6-19-99 | 44 | M | A | 243 | | | | | TRAP | F14 |
| 623 | 6-25-99 | 44 | M | P | 8 | | | | | Dog | |
| 624 | 6-25-99 | 44 | M | P | 16 | | | | | Dog | |

[illegible]

G-2053

[illegible] 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

[illegible]

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HE 625 | 6-25-99 | 44 | M | J | 57 | | | | | Dog | (13) [illegible] |
| HE 626 | 6-25-99 | 44 | M | J | 60 | | | | | Dog | |
| HE 627 | 6-25-99 | 44 | F | A | 181 | | | | no | Dog | |
| HE 628 | 6-25-99 | 44 | m | P | 1 | | | | | Dog | |
| HE 629 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 630 | 6-25-99 | 44 | m | P | 1 | | | | | Dog | |
| HE 631 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 632 | 6-25-99 | 44 | m | P | 1 | | | | | Dog | |
| HE 633 | 6-25-99 | 44 | M | P | 1 | | | | | Dog | |
| HE 634 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 635 | 6-25-99 | 44 | m | P | 1 | | | | | Dog | |
| HE 636 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 637 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 638 | 6-25-99 | 44 | F | P | 1 | | | | | Dog | |
| HE 639 | 6-25-99 | 44 | m | P | 1 | | | | | Dog | FB [illegible] |

G-2054

sed 10/21/92

# SHFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JE ·0 | 6-25-99 | ·44 | F | P | 1 | | | | | Dog | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2055

Revised 10/21/92

# SRFS WILD HOG DATA SHEET
1992-1993 Contract Period

July 99

Page Number ___

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7-1-99 | 48 | F | P | 9 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | P | 8 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | P | 6 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | P | 8 | | | | | Trap | WD |
| | 7-1-99 | 48 | F | A | 86 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | J | 48 | | | | | Trap | WD |
| | 7-1-99 | 48 | M | Y | 85 | | | | | Trap | WD |
| | 7-1-99 | 48 | F | A | 140 | | | | No | Trap | WD |
| | 7-9-99 | ~~45~~ | | | | | | | | out side Trap | ~~Shot~~ LOST |
| | 7-9-99 | ~~45~~ | | | | | | | | " | Shot Lost |
| | 7-9-99 | ~~45~~ | | | | | | | | " | Shot LOST |
| | 7-9-99 | ~~45~~ | | | | | | | | " | Shot LOST |
| | 7-9-99 | 45 | M | Y | 80 | | | | | TRAP | FB |
| | 7-9-99 | 45 | M | Y | 80 | | | | | Trap | FB |
| | 7-9-99 | 45 | M | Y | 80 | | | | | Trap | FB |

G-2056

July 99

Revised 10/21/92

# SRFS WILD HOG DATA SHEET

1992-1993 Contract Period

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lactating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 641 | 7-9-99 | 45 | M | Y | 80 | | | | | Trap | FB |
| 642 | 7-9-99 | 45 | M | Y | 120 | | | | | Trap | FB |
| 643 | 7-9-99 | 45 | M | Y | 80 | | | | | Trap | FB |
| 644 | 7-9-99 | 45 | F | Y | 70 | | | | YES | Trap | FB |
| 645 | 7-13-99 | 45 | F | A | 120 | | | | | TRAP | FB |
| 646 | 7-13-99 | 45 | F | ? | 210 | | | | | TRAP | FB |
| 647 | 7-13-99 | 16 | M | A | 115 | | | | | TRAP | FB |
| 648 | 7-20-99 | 16 | M | A | 100 | | | | | Dog | FB |
| 649 | 7/30/99 | 45 | M | A | 160 | | | | | TRAP | FB |
| 650 | 7/30/99 | 44 | M | A | 140 | | | | | Dog | FB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2057

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

August. 99

Page Number 1

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant | | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes or No | No. of Fetuses | | | | |
| 651 | 8-5-99 | 44 | m | P | 22 | | | | | TRAP | FB |
| 652 | | | m | P | 22 | | | | | | |
| 653 | | | m | P | 20 | | | | | | |
| 654 | | | m | P | 20 | | | | | | |
| 655 | | | m | P | 18 | | | | | | |
| 656 | | | m | P | 15 ✓ | | | | | | |
| 657 | | | F | P | 23 ✓ | — | | | | | |
| 658 | | | F | P | 22 ✓ | — | | | | | |
| 659 | | | F | P | 18 ✓ | — | | | | | |
| 660 | | | F | P | 15 ✓ | — | | | | | |
| 661 | | | F | P | 15 ✓ | — | | | | | |
| 662 | | | F | P | 10 ✓ | — | | | | TRAP | |
| 663 | 8-7-99 | 45 | M | J | 70 | — | | | | TRAP | |
| 664 | 8-7-99 | 45 | M | J | 80 | — | | | | TRAP | |
| 665 | 8-7-99 | 45 | m | J | 80 | — | | | | TRAP | FB |

G-2058

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

August

Page Number 2

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 666 | 8-16-99 | 62 | F | J | 70 | — | — | | | Dog | |
| 667 | 8-20-99 | 62 | m | J | 70 | — | — | | | Dog | |
| 668 | 8-28-99 | 62 | | P | 20 | — | — | | | TRAP | |
| 669 | | 62 | | P | 20 | — | — | | | | |
| 670 | | 62 | | P | 20 | — | — | | | | |
| 671 | | 45 | | J | 40 | — | — | | | | |
| 672 | | | | J | 35 | — | — | | | | |
| 673 | | | | J | 40 | — | — | | | | |
| 674 | | | F | A | /160 | ? Y | | 5 Male 2 Femle 9" | | | |
| 675 | | | M | A | 200 | — | — | | | | |
| 676 | | | M | A | 200 | — | — | | | | |
| 677 | | | | | | | | | | | |
| 678 | | | | | | | | | | | |
| 679 | | | | | | | | | | | |
| 680 | | | | | | | | | | | |

Show new man How

FB FB FB FB

G-2059

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

Sept. 99

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 677 | 9/8/99 | 45 | F | J | 50 | Y | | 5-F 4-m 9.5" | No | Dog | FB |
| 678 | 9/8/99 | 45 | F | J | 55 | Y | | 8M 4/4F 6.75" | NO | Dog | FB |
| 679 | 9/8/99 | 35 | m | J | 85 | N | — | — | — | Dog | FB |
| 680 | 9/8/99 | 75 | M | J | 35 | N | | | — | Dog | FB |
| 681 | 9/8/99 | 75 | m | J | 35 | N | | | — | Dog | FB |
| 682 | 9/8/99 | 75 | | A | 140 | | | | Y | Dog | FB |
| 683 | 9/10/99 | 45 | m | A | 325 | | | | | TRAP | TB |
| Jim — 674 | 9/11/99 | " | F | J | 100 | Y | 3 | [illegible] | | BG Dog | TB |
| 685 | 9/12/99 | 57 | m | A | 300 | — | — | — | — | TRAP | TB |
| 686 | 9/19/99 | 57 | M | J | 90 | | | | | TRAP | TB |
| 687 | 9/19/99 | 57 | F | J | 85 | No | — | — | N | TRAP | TB |
| 688 | 9/9/99 | 57 | F | J | 90 | No | — | — | N | TRAP | TB |
| 689 | 9/23/99 | 57 | m | J | 60 | — | — | — | — | Dog | FB |
| 690 | 9/27/99 | 57 | F | J | 45 | | | | | TRAP | FB |
| 691 | 9/27/99 | 57 | M | J | 35 | | | | | TRAP | FB |

G-2060

A125

Sept - 44

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant | | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes or No | No. of Fetuses | | | | |
| 692 | 9/27/99 | 57 | M | J | 58 | | | | | TRAP | FB |
| 693 | 9/29/99 | 57 | F | P | 12 | — | — | — | — | Dog | FB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2061

October - 44

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant Yes or No | Pregnant No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 694 | 10/12/99 | 47 | m | J | 100 | | | | | TRAP | FAB |
| 695 | 10/21/99 | 47 | m | J | 70 | | | | | Dog | FAB |
| 696 | | 47 | m | J | 70 | | | | | | FAB |
| 697 | | 47 | m | J | 70 | | | | | | FAB |
| 698 | | 47 | m | J | 70 | | | | | | FAB |
| 699 | 10/21/99 | 47 | F | A | 300 | | | | | | FAB |
| 700 | 10/22/99 | 47 | m | A | 140 | | | | | Dog | FAB |
| 701 | 10/25/99 | 47 | m | A | 160 | | | | | TRAP | FAB |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

STILL IN WOODS COULD'T HANDLE BY MYSELF

In Ribbin

Revised 10/7/93

# SRFS WILD HOG DATA SHEET

1993-1994 Contract Period

Nov - 1999

Page Number ____

| ID Number | Date | Wildlife Comp. No. | Sex | Age Class | Weight | Pregnant: Yes or No | Pregnant: No. of Fetuses | Crown-Rump Length | Lacatating (Yes or No) | Method | Date Dumped |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-29-99 | | | | est 240 | | | | | Dog FDB | LEFT 11-29 IN WOODS |
| | 11-30-99 | | | | 100 | Y | | | | Dog FDB | 11/30 |
| | 11-3099 | | | | 100 | Y | | | | Dog FDB | 11/30 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

G-2063

A127-a