# BEAVER TRAPPING SITES FY-92--FY-97 - 98 - 99

| SITE NUMBER AND LOCATION | GRID |
|---|---|
| SITE 1--BEHIND SUB-STATION (2G) OFF ROAD F | N5-W1 |
| SITE 2--LEIGH ROAD | S3-W4 |
| SITE 3--BUSH BRABUM ROAD (TURTLE STUDY AREA) | S7-E1 |
| SITE 4--WILLIAMS ROAD | S2-W4 |
| SITE 5--OLD DUNBARTON ROAD AT TRESSLE (SREL SET ASIDE) | S5-E3 |
| SITE 6--PARKS CHURCH ROAD | S4-W4 |
| SITE 7--BANNANA ROAD (CULVERTS ALONG POWERLING) | S4-W4-N2-E2 |
| SITE 8--FIRE POND ROAD F | N2-E2 |
| SITE 9--POWER LINE FROM K-REACTOR (PEN BRANCH) | S3-W2 |
| SITE 10--ROAD B PAST RAILROAD YARD TOWARD PAR POND | S2=E6 |
| SITE 11--FIRE POND #1 ROAD F PAST Z AREA | N3-E1 |
| SITE 12--MEYERS MILL (SREL SET ASIDE) | S5-E2 |
| SITE 13--ROAD H | N1-E4 |
| SITE 14--MILL CREEK SET ASIDE | N6-E2 |
| SITE 15--HWY 278 NEAR BARRICADE 3 | N8-E8 |
| SITE 16--RISHER POND ROAD (CULVERTS ALONG POWERLINE) | S5-W5 |
| SITE 17--NORTH BY-PASS AT RAILROAD | S2-W7 |
| SITE 18--K TO L WATERLINE | S3-W1 |
| SITE 19--BEAVER POND ON STEED POND ROAD | N4-W6 |
| SITE 20--TNX | S3-W7 |
| SITE 21-- CYPRESS BRIDGE ROAD | S9-E1 |
| SITE 22--FOUR MILE DELTA--CONTACT MIKE REED (SREL) | S6-W7 |
| SITE 23--ROBBINS STATION | S7-W2 |

G-0530

| | |
|---|---|
| SITE 24--400-D POWERHOUSE--(DAVID COLE) | S4-W7 |
| SITE 25-- H.P. MONITOR STATION #52 | N2-W1 |
| SITE 26--MILL CREEK OFF NAVY SITE ROAD | N5-E3 |
| SITE 27--WOODWARD ROAD AT MILL CREEK | N2-E3 |
| SITE 28--STEEL CREEK BAY (BOBBY KENNEMER)(TRAP AT CULVERT ONLY) | S6-E1 |
| SITE 29--INDIAN GRAVE BRANCH---K-OUTFALL | S3-W3 |
| SITE 30--FOURMILE BRANCH BELOW H AREA ON POWERLINE | N2-W2 |
| SITE 31--POND ON PROPERTY LINE EAST OF LAURA WEEKS ROAD | N7-E9 |
| SITE 32--WHERE INDIAN GRAVE AND K-CANAL MEET | S3-W3 |
| SITE 33--WATER GAP -- JUST BEFORE ROCK ROAD | S8-W2 |
| SITE 35--C AREA OUTFALL | W3-S1 |
| SITE 36--P AREA OUTFALL | E3-S2 |
| SITE 37-- PEN BRANCH DELTA | S7-W4 |
| SITE 38--MEMORIAL BEACH ROAD | N8-E2 |
| SITE 39--ROAD C--BETWEEN LANDFILL AND BRIDGE | N3-W4 |
| SITE 40--ACROSS FROM H-AREA (HP-52) | W1-N2 |
| SITE 41--PATTERSON MILL ROAD AT CREEK (CULVERT) | E8-S4 |
| SITE 42--YOUMAN RD. | S2-E1 |
| SITE 43--3-700 AREA BEHIND MOTOR POOL AREA | N6-W6 |
| SITE 44--4 MILE CREEK AT RD. C CULVERT # 603-48G | N2-W3 |
| SITE 45--H-AREA | N3-W1 |
| SITE 46--ROAD C--BEFORE THREE RUNS CREEK | N3-W4 |
| SITE 47--COMPT. 16 TIMMS BRANCH | N4-W5 |
| SITE 48--COMPT.1 CRACKERNECK ROAD CULVERT AND POND | N1-W10 |
| SITE 49--ROAD C AT FOURMILE | N2-W2 |
| Site 50-- CHIPS Rd. | N1-W3 |
| Site 51- Atta Range | |
| Site 52- GAP Study | |
| Site 53 - Rd 4 - near "C" Hwy. | |

G-0531

Jan - 1999

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | HP |
|---|---|---|---|---|---|
| 696 | 20-99 | M | 40 | 7 | ✓ |
| 697 | 20-99 | F | 40 | 2 | ✓ |
| 698 | 20-99 | M | 40 | 2 | ✓ |
| 699 | 20-99 | M | 50 | 12 | ✓ |
| 700 | 20-99 | F | 40 | 43 | ✓ |
| 701 | 21-99 | F | 18 | 37 | ✓ |
| 702 | 21-99 | M | 38 | 37 | ✓ |
| 703 | 21-99 | F | 40 | 37 | ✓ |
| 704 | 21-99 | F | 40 | 37 | ✓ |
| 705 | 21-99 | F | 40 | 37 | ✓ |
| 706 | 21-99 | M | 35 | 24 | ✓ |
| 707 | 21-99 | F | 40 | 24 | ✓ |
| 708 | 21-99 | F | 40 | 24 | ✓ |
| 709 | 21-99 | M | 45 | 24 | ✓ |
| 710 | 22-99 | M | 2 | 24 | ✓ Dumped |
| 711 | 22-99 | M | 2 | 24 | ✓ |
| 712 | 22-99 | M | 2 | 24 | ✓ |
| 713 | 22-99 | M | 2 | 24 | ✓ |
| 714 | 22-99 | F | 50 | 24 | ✓ |
| 715 | 22-99 | F | 50 | 20 | ✓ |
| 716 | 22-99 | M | 40 | 30 | ✓ |
| 717 | 22-99 | F | 40 | 30 | ✓ |
| 718 | 22-99 | F | 20 | 42 | ✓ |
| 719 | 22-99 | F | 20 | 42 | ✓ |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 720 | 23-99 | M | 20 | 52 | ✓ |
| 721 | 23-99 | F | 14 | 52 | ✓ |
| 722 | 24-99 | M | 14 | 52 | ✓ |
| 723 | 24-99 | F | 51 | 51 | ✓ |
| 724 | 24-99 | M | 40 | 51 | ✓ |
| 725 | 25-99 | F | 2 | 51 | ✓ |
| 726 | 25-99 | F | 2 | 51 | ✓ |
| 727 | 26-99 | F | 2 | 51 | ✓ |
| 728 | 27-99 | F | 2 | 51 | ✓ |
| 729 | 27-99 | M | 14 | 45 | ✓ |
| 730 | 28-99 | F | 20 | 44 | ✓ |
| 731 | 28-99 | F | 30 | 47 | ✓ |
| 732 | 29-99 | M | 35 | 47 | ✓ |
| 733 | 29-99 | F | 20 | 47 | ✓ |
| 734 | 30-99 | F | 35 | 47 | ✓ |
| 735 | 30-99 | M | 60 | 47 | ✓ |
| 736 | 31-99 | F | 45 | 44 | ✓ |
| 737 | 31-99 | F | 20 | 45 | ✓ |
| 738 | 31-99 | M | 15 | 47 | ✓ |

Jane 1999

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED HP |
|---|---|---|---|---|---|
| 1 | 2-1-99 | M | 20 | 20 | ✓ Davenport 2-8-99 |
| 2 | 2-1-99 | F | 30 | 20 | ✓ |
| 3 | 2-2-99 | M | 35 | 14 | ✓ |
| 4 | 2-2-99 | M | 20 | 19 | ✓ |
| 5 | 2-2-99 | F | 25 | 26 | ✓ |
| 6 | 2-2-99 | m | 14 | 33 | ✓ |
| 7 | 2-2-99 | F | 14 | 20 | ✓ |
| 8 | 2-3-99 | m | 35 | 39 | ✓ |
| 9 | 2-3-99 | m | 30 | 38 | ✓ |
| 10 | 2-4-99 | F | 35 | 38 | ✓ |
| 11 | 2-4-99 | M | 30 | 29 | ✓ |
| 12 | 2-4-99 | F | 25 | 29 | ✓ |
| 13 | 2-4-99 | F | 40 | 37 | ✓ |
| 14 | 2-5-99 | M | 40 | 37 | ✓ |
| 15 | 2-5-99 | F | 7 | 37 | ✓ |
| 16 | 2-5-99 | M | 7 | 37 | ✓ |
| 17 | 2-5-99 | F | 7 | 37 | ✓ |
| 18 | 2-5-99 | F | 7 | 37 | ✓ |
| 19 | 2-6-99 | M | 35 | 21 | ✓ |
| 20 | 2-6-99 | F | 35 | 19 | ✓ |
| 21 | 2-6-99 | F | 20 | 20 | ✓ |
| 22 | 2-7-99 | m | 50 | 33 | ✓ |
| 23 | 2-7-99 | m | 45 | 33 | ✓ |
| 24 | 2-7-99 | F | 50 | 33 | ✓ |

| BEAVER NO. | DATE | SEX | WEIGHT | SIZE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 25 | 2-7-99 | m | 4 | 33 | [illegible] 2-8-99 |
| 26 | 2-7-99 | F | 4 | 33 | ✓ |
| 27 | 2-7-99 | m | 4 | 33 | ✓ |
| 28 | 2-7-99 | F | 4 | 33 | ✓ |
| 29 | 2-8-99 | F | 26 | 37 | ✓ |
| 30 | 2-9-99 | F | 30 | 37 | ✓ |
| 31 | 2-9-99 | m | 20 | 37 | ✓ |
| 32 | 2-9-99 | F | 14 | 37 | ✓ |
| 33 | 2-10-99 | m | 14 | 37 | ✓ |
| 34 | 2-10-99 | m | 20 | 37 | ✓ |
| 35 | 2-11-99 | m | 23 | 37 | FB |
| [illegible] | [illegible] | [illegible] | [illegible] | 1 | FB |
| [illegible] | [illegible] | [illegible] | [illegible] | 2 | TB |
| 38 | 2-18-99 | F | 25 | 14 | TB |
| 39 | 2-26-99 | m | 31 | 53 | FB |
| 40 | 2-26-99 | F | 15 | 53 | FB |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 41 | [illegible] | m | [illegible] | 14 | ✓ [initials] |
| 42 | [illegible] | [illegible] | 35 | 14 | ✓ [initials] |
| 43 | 3-[illegible] | m | 40 | 14 | ✓ [initials] |
| 44 | 3-3-99 | M | 15 | 20 | |
| 45 | 3-3-99 | F | 30 | 20 | |
| 46 | 3-4-99 | M | 30 | 20 | |
| 47 | 3-4-99 | M | 35 | 20 | |
| 48 | 3-5-99 | F | 25 | 20 | |
| 49 | 3-5-99 | M | 50 | 37 | |
| 50 | 3-5-99 | F | 20 | 37 | |
| 51 | 3-5-99 | M | 25 | 22 | |
| 52 | 3-6-99 | F | 35 | 22 | |
| 53 | 3-6-99 | F | 40 | 23 | |
| 54 | 3-6-99 | F | 40 | 23 | |
| 55 | 3-6-99 | M | 20 | 37 | |
| 56 | 3-7-99 | M | 45 | 23 | |
| 57 | 3-7-99 | M | 50 | 14 | |
| 58 | 3-7-99 | F | 20 | 14 | |
| 59 | 3-8-99 | F | 30 | 22 | |
| 60 | 3-8-99 | M | 25 | 24 | |
| 61 | 3-8-99 | F | 2 | 24 | |
| 62 | 3-9-99 | F | 2 | 24 | |
| 63 | 3-9-99 | F | 2 | 24 | |
| 64 | 3-10-99 | F | 2 | 24 | [initials] |

June 6, 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 65 | 3-11-99 | M | 60 | 24 | [illegible] |
| 66 | 3-12-99 | F | 40 | 20 | |
| 67 | 3-13-99 | M | 50 | 20 | |
| 68 | 3-13-99 | F | 20 | 1 | |
| 69 | 3-14-99 | M | 25 | 1 | |
| 70 | 3-14-99 | F | 60 | 30 | |
| 71 | 3-15-99 | F | 30 | 25 | |
| 72 | 3-16-99 | F | 20 | 20 | |
| 73 | 3-17-99 | M | 35 | 20 | |
| 74 | 3-18-99 | M | 20 | 42 | |
| 75 | 3-19-99 | F | 35 | 3 | |
| 76 | 3-20-99 | M | 40 | 3 | |
| 77 | 3-21-99 | F | 50 | 7 | |
| 78 | 3-22-99 | M | 25 | 20 | |
| 79 | 3-23-99 | F | 14 | 7 | |
| 80 | 3-23-99 | F | 60 | 41 | |
| 81 | 3-24-99 | F | 35 | 43 | |
| 82 | 3-25-99 | M | 40 | 4 | [illegible] |
| 83 | 3-26-99 | F | 20 | 2 | [illegible] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

paid 1st

April 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 84 | 4-1-99 | M | 40 | 2 | FK |
| 85 | 4-1-99 | M | 35 | 1 | |
| 86 | 4-3-99 | F | 40 | 50 | |
| 87 | 4-4-99 | M | 35 | 41 | |
| 88 | 4-4-99 | F | 40 | 43 | |
| 89 | 4-5-99 | M | 40 | 42 | |
| 90 | 4-5-99 | F | 25 | 1 | |
| 91 | 4-5-99 | M | 40 | 7 | |
| 92 | 4-6-99 | M | 40 | 2 | |
| 93 | 4-6-99 | F | 25 | 9 | |
| 94 | 4-7-99 | M | 20 | 20 | |
| 95 | 4-7-99 | F | 15 | 20 | |
| 96 | 4-8-99 | M | 15 | 20 | |
| 97 | 4-8-99 | F | 30 | 20 | |
| 98 | 4-8-99 | F | 35 | 20 | |
| 99 | 4-9-99 | M | 35 | 20 | |
| 100 | 4-9-99 | M | 30 | 37 | |
| 101 | 4-10-99 | M | 35 | 29 | |
| 102 | 4-10-99 | M | 40 | 29 | |
| 103 | 4-10-99 | M | 40 | 37 | |
| 104 | 4-11-99 | F | 25 | 37 | |
| 105 | 4-11-99 | M | 20 | 23 | |
| 106 | 4-11-99 | F | 20 | 23 | FB |
| 107 | 4-20-99 | M | 40 | 7 | [illegible] |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 108 | 4-20-99 | F | 95 | 7 | [illegible] |
| 109a | 5-3-99 | m | 30 | 12 | |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED HP |
|---|---|---|---|---|---|
| 109b | 5-1-99 | M | 30 | 1 | |
| 110 | 5-1-99 | F | 25 | 12 | |
| 111 | 5-2-99 | M | 30 | 5 | |
| 112 | 5-2-99 | F | 35 | 14 | |
| 113 | 5-3-99 | M | 17 | 7 | |
| 114 | 5-3-99 | F | 17 | 12 | |
| 115 | 5-4-99 | M | 17 | 1 | |
| 116 | 5-4-99 | F | 14 | 16 | |
| 117 | 5-4-99 | F | 35 | 17 | |
| 118 | 5-5-99 | M | 40 | 8 | |
| 119 | 5-5-99 | M | 20 | 20 | |
| 120 | 5-6-99 | F | 10 | 20 | |
| 121 | 5-6-99 | F | 8 | 10 | |
| 122 | 5-7-99 | M | 7 | 21 | |
| 123 | 5-8-99 | M | 25 | 23 | |
| 124 | 5-8-99 | F | 30 | 2 | |
| 125 | 5-9-99 | M | 40 | 14 | |
| 126 | 5-9-99 | F | 25 | 24 | |
| 127 | 5-10-99 | F | 26 | 23 | |
| 128 | 5-10-99 | M | 30 | 7 | |
| 129 | 5-11-99 | M | 35 | 43 | |
| 130 | 5-11-99 | M | 40 | 20 | |
| 131 | 5-12-99 | F | 20 | 4 | |
| 132 | 5-12-99 | M | 10 | 20 | |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 133 | 5-13-99 | M | 25 | 42 | May 99 |
| 134 | 5-14-99 | F | 30 | 51 | |
| 135 | 5-14-99 | M | 35 | 2 | |
| 136 | 5-15-99 | M | 30 | 42 | |
| 137 | 5-16-99 | F | 40 | 51 | |
| 138 | 5-16-99 | F | 20 | 1 | |
| 139 | 5-17-99 | M | 50 | 43 | |
| 140 | 5-18-99 | F | 20 | 39 | |
| 141 | 5-18-99 | M | 20 | 28 | |
| 142 | 5-19-99 | F | 14 | 38 | |
| 143 | 5-20-99 | F | 30 | 3 | |
| 144 | 5-21-99 | F | 7 | 21 | |
| 145 | 5-21-99 | M | 17 | 23 | |
| 146 | 5-22-99 | M | 27 | 27 | |
| 147 | 5-23-99 | F | 18 | 2 | |
| 148 | 5-24-99 | F | 30 | 24 | |
| 149 | 5-25-99 | M | 40 | 8 | |
| 150 | 5-26-99 | M | 25 | 38 | |
| 151 | 5-27-99 | F | 30 | 23 | |
| 152 | 5-28-99 | F | 40 | 7 | |
| 153 | 5-28-99 | F | 25 | 31 | |
| 154 | 5-29-99 | F | 20 | 5 | |
| 155 | 5-30-99 | F | 20 | 5 | |
| 156 | 5-30-99 | M | 28 | 4 | |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 157 | 5-31-99 | m | 35 | 14 | |

June 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 158 | 6-1-99 | M | 35 | 1 | |
| 159 | 6-1-99 | F | 30 | 20 | |
| 160 | 6-2-99 | M | 35 | 2 | |
| 161 | 6-2-99 | F | 28 | 8 | |
| 162 | 6-3-99 | F | 35 | 25 | |
| 163 | 6-3-99 | F | 35 | 29 | |
| 164 | 6-3-99 | M | 30 | 25 | |
| 165 | 6-3-99 | M | 25 | 25 | |
| 166 | 6-3-99 | F | 30 | 38 | |
| 167 | 6-4-99 | M | 28 | 36 | |
| 168 | 6-5-99 | F | 30 | 5 | |
| 169 | 6-5-99 | M | 35 | 42 | |
| 170 | 6-6-99 | M | 35 | 29 | |
| 171 | 6-6-99 | M | 40 | 36 | |
| 172 | 6-7-99 | F | 45 | 5 | |
| 173 | 6-7-99 | F | 25 | 42 | |
| 174 | 6-8-99 | F | 19 | 42 | |
| 175 | 6-9-99 | F | 35 | 35 | |
| 176 | 6-10-99 | M | 26 | 43 | |
| 177 | 6-10-99 | [illegible] | 30 | 33 | |
| 178 | 6-11-99 | F | 20 | 7 | |
| 179 | 6-12-99 | [illegible] | 28 | 31 | |
| 180 | 6-12-99 | [illegible] | 30 | 43 | |
| 181 | 6-13-99 | [illegible] | 40 | 33 | |

BEAVER CONTROL ... 11

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 182 | 6-14-99 | F | 40 | 26 | |
| 183 | 6-15-99 | M | 40 | 26 | |
| 184 | 6-16-99 | [illegible] | 7 | 26 | |
| 185 | 6-16-99 | [illegible] | 7 | 26 | |
| 186 | 6-16-99 | M | 7 | 26 | |
| 187 | 6-17-99 | F | 7 | 26 | |
| 188 | 6-17-99 | F | 25 | 21 | |
| 189 | 6-18-99 | M | 30 | 21 | |
| 190 | 6-18-99 | M | 21 | 21 | |
| 191 | 6-19-99 | M | 15 | 20 | |
| 192 | 6-19-99 | F | 14 | 20 | |
| 193 | 6-20-99 | M | 30 | 14 | |
| 194 | 6-20-99 | F | 40 | 14 | |
| 195 | 6-21-99 | [illegible] | 60 | 18 | |
| 196 | 6-21-99 | M | 45 | 7 | |
| 197 | 6-22-99 | [illegible] | 20 | 18 | |
| 198 | 6-22-99 | [illegible] | 20 | 18 | |
| 199 | 6-23-99 | [illegible] | 35 | 10 | |
| 200 | 6-24-99 | [illegible] | 40 | 5 | |
| 201 | 6-24-99 | [illegible] | 20 | 5 | |
| 202 | 6-25-99 | [illegible] | 10 | 4 | |
| 203 | 6-25-99 | [illegible] | 14 | 6 | |
| 204 | 6-26-99 | [illegible] | 20 | 23 | |
| 205 | 6-26-99 | [illegible] | 35 | 23 | |

BEAVER CONTROL FY- 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED HP |
|---|---|---|---|---|---|
| 206 | 6-27-99 | M | 35 | 16 | |
| 207 | 6-28-99 | F | 20 | 26 | |
| 208 | 6-29-99 | M | 35 | 1 | |
| 209 | 6-29-99 | F | 7 | 23 | |
| 210 | 6-30-99 | F | 7 | 23 | |
| 211 | 6-30-99 | F | 7 | 23 | |
| 212 | 6-30-99 | F | 7 | 23 | |

August 99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED [redacted] |
|---|---|---|---|---|---|
| X 213 | 8-1-99 | F | 35 LBS | 1 | FB |
| 214 | 8-3-99 | M | 50 | 23 | FB |
| 215 | 8-12-99 | F | 30 LBS | 23 | FB |
| 216 | 8-15-99 | F | 30 | 23 | FB |
| 217 | 8-16-99 | — | — | BAFFLE [illegible] | FB |
| 218 | 8-26-99 | M | 20 | Baffle | FB |

[illegible] ______

Sept-99

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 219 | 9/2/99 | m | 35 | Beaver Baffle | FB |
| | | | | | |

| BEAVER NO. | DATE | SEX | WEIGHT | SITE NO. | CHECKED BY |
|---|---|---|---|---|---|
| 230 | 12/8/99 | M | 20 | ROBBIN STATION | PART. EATON BOBCAT FB |
| 231 | 12/25/99 | M | 20 | chips | FB |
| 232 | 12/25/99 | M | 30 | chips | FB |

# Work Clearance Permit

"WCP Must Be Reviewed (Section 4) and Authorized (Section 5) Prior to Start of Work"

**Section 1 - Job Description** (Initiator completes blocks 1A, 1B, 1C, 1D, 1E, 1G, and Shift Manager completes block 1F).

1A. WCP Initiator (Name, Signature, Job Title, Phone/Pager)
TIM L. MCCORMICK, [signature] MANAGER, 557-4756/18627

1B. Equipment/Component Identification
FOUR MILE CREEK BRIDGE

1E. MWB No./Work Package No./Procedure No.

1C. Location
FOUR MILE CREEK AND ROAD 4

1F. Authorized Duration 2/22/99 1200 (Date/Time) to 3/22/99 1500 (Date/Time)

Extended to ______ (Date/Time/Initials) ______ (Date/Time/Initials)

1D. L/T Plan No.
N/A

1G. Describe The Work To Be Performed On The Permit

ENTER FOUR MILE CREEK NEAR ROAD 4 BRIDGE TO INSTALL BEAVER TRAPS.

NOTE: PERSON ENTERING CREEK IS RAD II QUALIFIED AND A SUBCONTRACTOR TO SAVANNAH RIVER INSTITUTE

AFTER ENTERING CREEK RAD CON OPS. WILL SURVEY PROTECTIVE EQUIPMENT, WADERS, GLOVES, ECT.

(Standby person required + personal flotation device)

(Use water ... to rinse off waders + ... plastic ... RCO survey)

**Section 2 - Hazards Screen** (To be completed by Initiator. Check activities involved in job. A numerical listing of potentially applicable Safety Requirements/Compensatory Measures to be evaluated in Section 3 are provided in the brackets. Reviewers may add items).

| | Hazard | 8Q | Other Manuals |
|---|---|---|---|
| Common Hazards | Hazardous Energy [1, 2, 3, 4, 5, 7, 8, 9, 10, 21, 33, 60, 63, 65] | 32 | 18Q, 2S |
| | Electrical [1, 2, 15, 16, 17, 18, 19, 20, 21, 25, 29, 33, 40, 63, 65] | 25 | 18Q |
| | Power Source Fully De-energized, Job and Proximity | | |
| | Job De-energized, Voltage in Proximity | | |
| | Working on Energized Equipment | | |
| | Proximity (Railroad, Plant Roadway Clearances) [1, 25, 33, 39, 44, 65] | 34 | |
| | System Access (e.g., Intitial Line Break, Process Vent, Alteration)[1,6,7,8, 9,10,11,12,13,14,15,33,44,60,62,63,65] | 36 | 4Q, IH-302,105 |
| | Pressurized Material—Type ______ Pipe Diameter ______ Temp ______ | | |
| | Compressible Material ______ psi Noncompressible Material ______ psi | | |
| | Hazardous Material Nonhazardous Material Radiological Concern | | |
| | Confined Space [1, 2, 7, 8, 9, 10, 33, 54, 55, 60, 63, 65] | 33 | 4Q, IH-105 |
| | Confined Space Entry Permit (OSR 20-15) No. ______ | | |
| | Confined Space Hazard Evaluation (OSR 20-170) No. ______ | | |
| | Welding, Cutting, Grinding, Open Flame [1, 2, 7, 8, 9, 33, 44, 54, 55, 56, 60, 63, 65] | 12 | 2Q, 5.4, 4Q, IH-105 |
| | Hot Work Permit No. ______ | | |
| | Elevated Work [1,15, 26, 27, 28, 29, 30, 33, 35, 63, 65] | 10, 18, | |
| | Scaffold Ladder (Type) ______ Other ______ | 31 33 | |
| | Weather Conditions [1, 31, 32, 33, 34, 35, 36, 38, 65] | | |
| | Visibility Rain Freezing/Icing Conditions Heat/Sun Wind | | |
| | Wall and Floor Penetrations (Fire Safety Review Checklist, OSR 20-168) [1, 15, 18, 19, 22, 29, 40, 65] | 17 | 5?? ... |
| | Oper of Equip Near Overhead Power Lines [1, 2, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 33, 35, 39, 44, 53, 65] | 13 | 13Q, TM-90-7 |
| | Laser Activities [1, 33, 37, 44, 63, 65] | | 4Q, IH-501 |
| | Hazardous Material [1, 33, 35, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 57, 58, 59, 60, 61, 62, 63, 65] | 12, | 1S, 2Q, 3Q, 4Q, 5Q, |
| | Asbestos, Mercury, Radiological, Paint/Solvent (OSR 20-168), Carcinogen, Cryogenic, Flammables (OSR 20-168), Other ______, Lead, Benzene, Combustibles (OSR 20-168) | 31 | 20Q |
| Impairments | Authorization Basis (AB) -Tech Spec, Oper Safety Reqd, Tech Safety Reqd [1, 41, 42, 64] | | 2Q, 5.3, Facility Spec; |
| | Emergency Systems (Fire Safety Review Checklist, OSR 20-168) [1, 48, 64] | 12, 52 | 2Q, 5.8 |
| | FA/Safety Alarm System, Fire Detection and Alarm System (nonAB), Egress Path, Emergency Lights, Standby Diesel/Power Supply (nonAB), Alarms, Eyewash/Safety Shower, Fire Suppression System (nonAB), Fire Water | | |
| | Service Systems [1, 64] | 12, 37 | 2Q, 5.3, ET |
| | HVAC, Domestic Water, Steam, Demineralized Water, Air System (Breathing, Instrument), Cooling Water, Power Supply | | |

G-0988

# Work Clearance Permit (Cont)

**Section 2 - Hazards Screen - continued**

| | | References BQ | Other Manuals |
|---|---|---|---|
| Construction | Excavation and Trenching [1, 2, 15, 18, 19, 35, 39, 43, 44, 60, 63, 65] | 34 | 4Q, IH-105 |
| | Excavation/Trenching Checklist (OSR 18-125) | | |
| | Cranes, Lifting, Rigging [1, 21, 22, 23, 24, 25, 27, 35, 44, 62, 65] | | TM-90-7 |
| | Ordinary Lift; Critical Lift; Rigging Authority Approval | | |
| | Qualified Rigger; Qualified Crane Operator; Incidental Rigger/Operator | | |
| | Decommission [1, 58, 60, 63, 65] | 51 | 2Q, 3Q, 4Q, 5Q, 7E |
| | Vehicle/Heavy Equipment - Type ______ [1, 44] | 11 | 19Q, TM-90-7 |
| | Structural Alteration, Renovation, or New Facility [1, 2, 15, 39, 43, 44, 60, 65] | 12, 51 | 2Q, 11Q, 3.10, SRS Eng Std |
| | Demolition [1, 58, 60, 63, 65] | 51, 104 | |
| Environmental | Environmental Protection [1, 35, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 57, 58, 59, 60, 61, 62, 63, 65] | 61 | 3Q, 4Q, 5Q, 20Q |
| | Liquids; Gases; Solids | | |
| | Environmental Restoration [1, 35, 44, 47, 48, 50, 51, 52, 57, 58, 59, 60, 61, 62, 63, 65] | 61 | 3Q, 5Q |
| | Erosion Control Plan; Wetlands | | |
| | Waste Disposal [1, 35, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 57, 58, 59, 60, 61, 62, 63, 65] | 61 | 1S, 4Q, 5Q, 20Q |
| | Clean; Low Level Radioactive; TRU; Hazardous; Mixed | | |
| Other | ______ [______] | | |
| | ______ [______] | | |
| | ______ [______] | | |

**Section 3 - [Safety Requirements/Compensatory Measures Checklist]** (Check each box that applies to ensure safe job performance.)

1. Pre-job Briefing
2. Hazardous Energy Controlled by Single LT Plan
3. Double Boundary Isolation (175° F, 500 psi)
4. Stored Energy Released
5. Restraint/Blocking Device/Blank Flange Needed
6. Access Point Identified (Visible within 25')
7. Lines Drained and Depressurized
8. System Cooled Down
9. System Vented
10. System Flushed
11. Floor Drains Blocked
12. Contents Collected For Disposal
13. First Line Supv Present for Initial Haz Line Break
14. Operations Rep Present for Initial Haz Line Break
15. Power Source(s) De-energized
16. Voltage Checks Required Prior to Work
System Volt. at Component - Amt ______
Minimum Clearance Required ______
17. Proximity Volt Chkd - Amt ______ Loc ______
Minimum Clearance Required ______
18. Conductive Apparel Removed (e.g., jewelry, etc.)
19. Insulating Blankets/Tools Provided
20. E&I Representative Present
21. Electrical Grounding Applied
22. Crane Properly Positioned
Minimum Clearance Required ______
23. 20' Clearance from Electric Lines Required
24. Nonconducting Tag Lines Used
25. Signalperson Stationed
26. Scaffold Inspected
27. Equipment Inspected and Tagged (as needed)
28. Ladder Positioned Correctly and Secured
29. Standby Person Stationed
30. Fall Protection Plan Reviewed
31. Deicer Applied
32. Portable Heaters/Heat Tracing Used
33. Lighting Adequate
34. Temp Huts/Wind-Sun Breaks Erected
35. Daylight Work Only
36. Freeze Protection Plan
37. Flashing Warning Light
38. Heat Stress Survey Reviewed
39. Nonobtrusive Survey (GPR) Reqd
40. Drill Stop Used
41. LCO Number ______
42. Retest/Surveillance Required
43. Excavation Clearance Verified
44. Area Barricaded / Warning Tags Posted
45. Containment Device Installed
46. Spill Control Materials Available
47. Storm/Sewer Drains Isolated
48. Eyewash/Safety Shower Operable
49. Leak Check Completed
50. Clean Waste Segregated
51. Facility Waste Cert. Plan
52. Fac Gen Cert Official Alerted
53. Sat. and/or Staging Area Stor Identified
54. Fire Watch or Fire Patrol Required
55. Standby Fire Ext Present? Type ______
56. Fireproof Curtains Installed
57. Proper Lifting Techniques Reviewed
58. Health And Safety Plan Required
59. Testing Required (See CSR 20-15)
Oxygen/Combustible Gas
Frequency ______
Toxic Materials ______
Frequency ______
60. Other Permits Required (Copy with WCP)
Site Use Permit No.
Site Clearance Permit No
SCDHEC - Environmental or Asbestos
SRWP
RWP
Other ______
61. MSDS Available
62. New Chemical Notify Chemical Coordinator
63. Task-Specific Required Training Completed
64. List Mitigations Not Listed Elsewhere
______
______
______
______
______
65. Personal Protective EquipReqd (specify type)
Respiratory ______
Eye or Face: Safety Glasses
Clothing ______
Hand: Rubber gloves
Foot ______
Trunk ______
Head ______
Fall Protection ______
Hearing Protection ______
Other: Waders, Flotation device + WADER BELT
[illegible]

G-0989

# Work Clearance Permit (Contd)

**Section 4 - Review Signatures for items noted in Section 1, 2 and 3** (Shift Manager enter NA when review is not required)

| | | |
|---|---|---|
| Shift Manager/Date (Required) | Mechanical Maintenance/Date N/A | E&I/Date N/A |
| Work Group Supervisor/Date (Required) | WSRC or BSRI Safety/Date N/A | L2 Mgr Operating Department/Date N/A |
| Utilities Service Group (Power)/Date N/A | Fire Protection Coordinator/Date N/A | Security/Date N/A |
| Engineering/Technical/Date N/A | IH/Date (Reqd for Nonradiological Respiratory Protection) N/A 2/22/99 | RC&HP/Date N/A 2/22/99 |
| Rigging/Cranes/Date N/A | Subcontract Technical Representative/Date N/A | Subcontractor/Date N/A |
| EPD/Date N/A | HVAC Coordinator/Date N/A | Construction/Date N/A |
| Other (WSI, etc.)/Date | Other/Date | Other/Date |
| Other/Date | Other/Date | Other/Date |

**Section 5 — Work Clearance Authorization Signatures** (indicate items in Section 1, 2 and 3 are understood and will be complied with during the job.)

| | | | | | |
|---|---|---|---|---|---|
| Shift Manager | | | | Date 2-23-99 | Shift 3-5 |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |
| Work Group Supervisor | Date | Shift | Work Group Supervisor | Date | Shift |

Operations Control Room Notified Prior to Start of Work Yes No N/A

**Section 6 — Worker Acceptance Signatures** - All personnel working on this WCP shall read this permit, initial, print their name and department below after receiving a supervisor pre-job briefing if they concur that the safety requirements/compensatory measures are understood and will be complied with during the job.

| Initials/Printed Name/Department | Initials/Printed Name/Department | Initials/Printed Name/Department | Initials/Printed Name/Department |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

G-0990