
SAVANNAH RIVER SITE
INSET OF 3/700 AREA
94x00577.01.AIL
A340
New Ellenton
Williston
Jackson
Snelling
TO AIKEN
TO AUGUSTA
TO BARNWELL
TO ALLENDALE
TO MILLHAVEN
Barricade 1
Barricade 2
Barricade 3
Barricade 4
Barricade 5
Gate 2
Savannah River Forest Station
3/700 Area (See Inset)
AIKEN CO.
BARNWELL CO.
BURKE CO.
ALLENDALE CO.
SCREVEN CO.
SOUTH CAROLINA
GEORGIA
PAR POND
L Lake
Pond B
Pond C
Pond 5
Pump House
TNX
CS
Barnwell County Industrial Park
Vogtle Electric Generating Plant
Telfair Pond
SAVANNAH RIVER
Tinker Creek
Upper Three Runs
Tims Branch
Fourmile Branch
Pen Branch
Steel Creek
Meyers Branch
Lower Three Runs
Salkehatchie River
Hollow Creek
Rosemary Cr.
Sweetwater Creek
Daniels Br.
Beaverdam Cr.
CSX
F Line
C Line
K Line
L Line
M Line
Z Line
Main Line
A-13
A-14
A-17
A-18
B-4
B-6
C-3
D-1
E-2
2-1
0 1 2 3 4 MILES
1 2 3 4 5 6 KILOMETERS


SAVANNAH RIVER SITE AND ENVIRONS
0 1 2 3 4 5 6 7 8 9 10 KILOMETERS
0 1 2 3 4 5 6 7 8 9 10 MILES
SAVANNAH RIVER SITE
AUGUSTA
North Augusta
Aiken
Waynesboro
Hephzibah
Grovetown
Jackson
New Ellenton
Williston
Barnwell
Blackville
Allendale
Springfield
Kitchings Mill
Beech Island
Savannah River Research Campus
SREL Conference Center
Vogtle Electric Generating Plant
3/700 Area (See inset on reverse side)
FORT GORDON MILITARY RESERVATION
SOUTH CAROLINA
GEORGIA
SAVANNAH RIVER
Par Pond
L Lake
Steel Cr.
Upper Three Runs
TO ATLANTA
TO I-20 & COLUMBIA
TO I-168 & SAVANNAH
TO WALTERBORO & I-95
94X00577.02.AIL
A341