IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a, GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 03-1501C, 04-1126C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant, the United States, respectfully submits this status report in response to the Court's inquiry regarding whether we have any objections to reinstatement of paragraphs 19 through 23 of the complaint in No. 04-1126C (the "Hog Complaint"), which appears to have been erroneously dismissed in an order issued by this Court on August 26, 2005.

In paragraphs 19 through 23 of the Hog Complaint, Mr. Hooker sought readjustment of the contract price, based upon alleged contamination of the Savannah River Site ("SRS"). Mr. Hooker has asserted that this readjustment claim should not have been dismissed. We understand that it is Mr. Hooker's contention that the Court should have instead dismissed a claim contained in his first amended complaint in No. 03-1501C. That claim relates to additional contamination-related costs that he allegedly incurred in connection with the Beaver Contract.

We have no objection to Mr. Hooker's request to reinstate paragraphs 9 to 23 of the Hog Complaint, provided that our consent is deemed to be without prejudice to ability to contest

them. Indeed, because this Court had dismissed the claim contained in paragraphs 19 through 23 of the Hog Complaint, we did not fully address the merits of that claim in our recent cross-motion for summary judgment and opposition to Mr. Hooker's motion for summary judgment.

Consequently, we respectfully propose that the Government be granted leave to submit, in or with our reply brief, additional argument and, if necessary, additional evidence, supporting a grant of summary judgment in favor of the Government upon the reinstated claim. We believe that Mr. Hooker then should be provided an opportunity to submit a surreply confined solely to his reinstated claim. Finally, if, upon reviewing Mr. Hooker's surreply brief, we conclude that we need to file a response thereto, we would request leave to do so at that time. Plaintiff's counsel has indicated that she consents to this proposed procedure.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Todd M. Hughes*
*by Steven J. Gillingham*

TODD M. HUGHES
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 20, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 20th day of September 2006, a copy of the foregoing “DEFENDANT’S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder