ROBBIE M. NICHOLS
Attorney at Law

206 Carolina Building
Post Office Box 7925
Hilton Head Island, SC 29938

Tel. (843) 686-5884
Fax: (843) 842-3933
E-mail: robbie@hargray.com

April 5, 2006

Lindsay E. Williams, Esq.
Commercial Litigation Branch
U. S. Department of Justice
1100 L Street, NW
Washington, DC 20530

In re: Hooker v. United States

Dear Ms. Williams:

Please find enclosed Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories and Request for Production of Documents. Under separate cover in a mailing tube we are providing copies of the maps discussed at deposition along with a beaver trapping site map marked to show areas most frequently trapped. I am also enclosing a replacement check for the photos.

Our deadline for completing depositions is May 5. I am available the week of April 17 as well as May 2, 3 or 4. Mr. Hooker and Mr. Cromer are also available. I am interested in deposing the following individuals: Robert Crais, USFS Safety Officer; Kenneth Crase, Ph.D. from Westinghouse, Dave Wilson, SRI manager, and either David Sanders or Larry Thebo. Please let me know your preference for the above dates.

Very truly yours,

Robbie M. Nichols

RMN:hos
Encl.