IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a, GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 03-1501C, 04-1126C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AND TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of three days, from October 27, 2006, through and including October 30, 2006, for the Government to file its response to plaintiff's motion to strike the declarations of Brian Hennessey and Kenneth Crase. Defendant further requests and enlargement of time, until 21 days after this Court issues a decision upon plaintiff's motion to strike, for the Government to file its reply to plaintiff's response to the Government's cross-motion to dismiss. This is our first request for an enlargement of time for these purposes. Plaintiff's counsel has not yet returned undersigned counsel's telephone calls to discuss these motions.

The Government has worked diligently upon its response to the motion to strike. However, before filing our response, it must be completed and submitted for internal review, and any changes that result from such review must be incorporated into

the response. Accordingly, a brief enlargement of time is sought.

With respect to our request for an enlargement of time to file the Government's reply, there are four possible outcomes to the motion to strike: The Court could deny the motion; grant the motion and strike both declarations; partially grant the motion and strike one declaration; or partially grant the motion and strike the other declaration. Therefore, the content of our reply will be determined, in part, by how the Court resolves the motion to strike. Accordingly, an enlargement of time is necessary.

However, notwithstanding the motion to strike, the Government currently is working upon its reply, so as to minimize the time that will be required to complete the reply after the Court decides the motion to strike. In our reply, we will address, in addition to the matters discussed by plaintiff in its response to our cross-motion, plaintiff's previously-dismissed claim, which the Court reinstated on October 13, 2006.

Further, in addition to this case, undersigned counsel is responsible for numerous other matters that have required, or will require, his attention, including, among others: (1) <u>Hoh River Timber Co. v. United States</u>, Fed. Cl. No. 06-418C (answer and counterclaim filed October 16, 2006); (2) <u>Oak Environmental Consultant's Inc. v. United States</u>, Fed. Cl. No. 06-113C (Government's motion for summary judgment filed October 21,

2006); (3) China Processed Food Import & Export Co. v. United States, CIT No. 04-503 (anticipate filing Government's supplemental brief regarding plaintiff's motion for judgment upon agency record on or before November 3, 2006); and (4) Patrick v. Department of Veterans Affairs, Fed. Cir. No. 06-7254 (Government's brief due November 2, 2006; enlargement of time necessary).

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including October 30, 2006, for the Government to file its response to plaintiff's motion to strike, and until 21 days after the Court decides the motion to strike for the Government to file its reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Todd M. Hughes*

TODD M. HUGHES
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 27, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 27th day of July 2006, a copy of the foregoing **"DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AND TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder