# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: October 30, 2006)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 27, 2006, defendant filed a motion for an extension of time of 3 days to file its response to plaintiff's motion to strike and for an extension of time of 21 days after the court issues a decision on the motion to strike to file its reply to plaintiff's response to defendant's cross-motion to dismiss. That motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly, the court adopts the following revised schedule:

1. On October 30, 2006, defendant shall file its response to plaintiff's motion to strike.

2. On or before November 3, 2006, defendant shall file its reply to plaintiff's response to defendant's cross-motion to dismiss.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge