**U.S. Department of Justice**

Civil Division

PDK:DMC:RSchroeder
DJ No. 154–03-1501

Telephone: (202) 305-7788
Facsimile: (202) 353-7988

*Washington, D.C. 20530*

May 30, 2006

Robbie M. Nichols
206 Carolina Building
P.O. Box 7925
Hilton Head Island, SC 29938

**Re: Hooker v. United States, Fed. Cl. No. 03-1501**

Dear Ms. Nichols:

This will confirm our recent telephone conversation in which we scheduled depositions for June 1 and June 2, 2006 in the above-referenced action.

Pursuant to our discussion, the deposition of David Sanders will commence on June 1 at 2 PM. Because Mr. Sanders is employed by the Washington Savannah River Co. ("WSRC"), we have arranged for his appearance as a courtesy. However, as we explained during our telephone conversation, you should reconfirm with WSRC's counsel, Mike Wamsted ((803) 557-9006), or Mr. Wamsted's paralegal, Adrian Smith ((803) 557-6521), that WSRC will be producing him.

This will also confirm that you will be producing William Hooker and Andy Croemer on June 2, beginning at 9:30 AM. As I indicated in our telephone conference, I have no preference regarding the order of their depositions. Therefore, you may schedule those witnesses in the order that is the most convenient for them.

Finally, enclosed is the original $75.00 check (check no. 2524) that you sent to Lindsay Williams, my predecessor on this case. It is my understanding that the check, dated February 10, 2006 and payable to the "Department of Energy - Savannah River Op.," was for a CD of photographs. Because I have been advised that you subsequently issued a replacement check for the same purpose, we are returning the original.

Thank you for your consideration in this matter.

Very Truly Yours,

Richard P. Schroeder
Trial Attorney
Commercial Litigation Division

cc: Mark Simpson
Mary-Ellen Noone