IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a, GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 03-1501C, 04-1126C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of six days, from November 3, 2006, through and including November 9, 2006, for the Government to file its reply to plaintiff's response to the Government's cross-motion to dismiss. This is our second request for an enlargement of time for this purpose. The Court previously has enlarged this deadline for a total of seven days (once at the Court's initiative). Plaintiff's counsel has indicated that she does not oppose this motion.

On October 30, 2006, we filed our response to plaintiff's motion to strike declarations. We anticipated filing our reply by the November 3, 2006 deadline. Unfortunately, counsel was required to be out of the office from October 31, 2006 through November 2, 2006, due to illness, and anticipates leaving early on November 3, 2006 for the same reason. These unanticipated

circumstances have prevented counsel from completing the reply. Counsel hopes to be back in the office on November 6, 2006.

Counsel apologizes for any inconvenience caused by this request, which is a result of matters beyond counsel's control. Counsel will make complying with the proposed November 9, 2006 deadline a priority upon his return to the office.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including November 9, 2006, for the Government to file its reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Todd M. Hughes*

TODD M. HUGHES
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

November 3, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 3rd day of November 2006, a copy of the foregoing **"DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder