IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Nos. 03-1501C, 04-1126<br>(Judge Allegra) |

SECOND DECLARATION OF FRANKIE BROOKS

I, Frankie Brooks, make the following declaration pursuant to the provisions of 28 U. S. C. Section 1746:

1. I am making this second declaration to supplement my declaration dated September 2006 and to respond to matters Mr. Hooker raised in his Response and Reply filed October 10, 2006, hereafter Hooker Response.

2. Mr. Hooker alleges in his brief that "work orders stopped". Hooker Response pp. 5-6. Mr. Hooker is mistaken. I gave Mr. Hooker a written work order each month for his beaver contract, including the months of July, August, September, October, November and December, 1999.

3. Mr. Hooker implies that he did not know why the beaver trapping sites were reduced in July, 1999. Hooker Response p. 2. I told Mr. Hooker that I was limiting beaver trapping sites because of the drought. There were no beaver to be trapped at many of the sites. It would have been a waste of his time for him to try to trap sites with no water and no beaver. Mr. Hooker did not complain about having the number of beaver sites reduced.

4. Mr. Hooker claims that I contradicted myself when I said I was not involved in the investigation but I was present at the meeting with Mr. Hooker and Mr. Eller. Hooker Response pp.8-9. I was not involved in the investigation of the domestic piglets. brought to the. Site law enforcement did that investigation. However, I was at the meeting with Mr. Hooker and Mr. Eller where Mr. Gabard told Mr. Hooker that Mr. Eller was removed from the hog contract. I remember that Mr. Hooker was mad at Mr. Eller for ruining Mr. Hooker's good name.

5. Mr. Hooker alleges that I failed to elaborate on "problems with Mr. Eller" in my first declaration. Hooker Response p.6. The problems I was referring to were the attempts by Mr. Hooker's agent to pass off fetal pigs and domestic piglets as wild hogs..

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of November, 2006.

Frankie Brooks

Frankie Brooks