# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: November 28, 2006)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 10, 2006, plaintiff moved to strike two affidavits appended to defendant's cross-motion for summary judgement and response to plaintiff's motion for summary judgment. Plaintiff so moved pursuant to RCFC 56, on the basis that "[i]t would be fundamentally unfair at this point in the litigation to allow declaration testimony by witnesses who were not identified as such during discovery." Earlier today, November 28, 2006, the court held a telephonic oral argument on plaintiff's motion. Participating in the argument were Berta (Robbie) Nicols for plaintiff and Richard P. Shroeder for defendant.

As discussed during the argument, the court considers plaintiff's motion to be one seeking sanctions under RCFC 37(c)(1) for defendant's failure to make disclosures required under RCFC 26. Viewed in that fashion, and for the reasons discussed at the oral argument, the court hereby **GRANTS,** in part, and **DENIES,** in part, plaintiff's motion. Accordingly:

1. On or before January 12, 2007, plaintiff shall depose Dr. Crase and Mr. Hennessey, with travel costs and other incidental costs incurred by plaintiff's counsel in deposing Mr. Hennessey to be borne by defendant.

2. On or before January 19, 2007, the parties shall file a joint status report, indicating how this case should proceed.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge