IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER,d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1501C, 04-1126<br>Judge Allegra |

JOINT STATUS REPORT

Pursuant to the Court's order of November 28, 2006, the parties submit this joint status report indicating how the parties believe this case should proceed.

Plaintiff conducted depositions of Brian Hennessey and Kenneth Crase in Hilton Head on January 9, 2007. Plaintiff believes that these depositions added no new information requiring further discovery. Based upon the deposition testimony, plaintiff should be allowed to file a revised response to the Government's proposed findings of uncontroverted fact within 28 days, making plaintiff's revised response due on February 16, 2007. If, upon reviewing plaintiff's revised response, the Government determines that it needs to file additional briefing or otherwise respond, it should be permitted to file such additional response on or before March 9, 2007.

Once the additional filings are complete, the parties agree that the cross motions for summary judgment should be scheduled for hearing or decided upon the motions, as the Court shall prefer.

Respectfully submitted,

s/ Berta E. (Robbie) Nichols

BERTA E. (ROBBIE) NICHOLS
206 Carolina Bldg., P. O. Box 7925
Hilton Head Isl., SC 29938

Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Todd M. Hughes by SJG***

TODD M. HUGHES
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

January 19, 2007