# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: February 22, 2007)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Oral argument on the parties' cross-motions for summary judgment will be held in this case on Thursday, April 19, 2007, at 10:00 a.m (EST) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge