# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: March 28, 2007)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on the parties' cross-motions for summary judgment that was originally scheduled for April 19, 2007, has been rescheduled for April 17, 2007, at 10:00 a.m (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge