# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: April 17, 2007)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 17, 2007, oral argument on the parties' cross-motions for summary judgment was held in this case. Participating in the argument were Berta (Robbie) Nichols for plaintiff and Richard P. Schroeder for defendant. As discussed at the argument, the court has determined that the presence of numerous issues of material fact preclude summary judgment at this juncture. The parties cross-motions for summary judgment are hereby **DENIED**.

Accordingly, on or before May 1, 2007, the parties shall file a joint status report indicating how this case should proceed, specifically:

1. Whether expert discovery is needed and, if so, a proposed schedule for such discovery.

2. If no expert discovery is needed, the parties shall provide three mutually agreed upon time periods for trial in this case, a location for trial, and an estimate of trial length.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge