IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff<br>Vs<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1501C, 04-1126<br>Judge Allegra |

JOINT STATUS REPORT

Pursuant to the Court's order of April 17, 2007, the parties submit this joint status report indicating how the parties believe this case should proceed to trial.

1. The parties have discussed settlement without success.
2. Defendant has indicated that it intends to designate one independent expert witness and likely will seek to designate three individuals from Washington Savannah River Co. ("WSRC"), a Government contractor, as expert witnesses. The three WSRC employees would not be separately paid by the Government because they are paid by WSRC. Of these three WSRC experts, two were previously disclosed as fact witnesses. The third is a meteorologist. The Government intends to submit an expert report only from the independent expert, to whom the Government will be paying a fee. The Government proposes to provide this report to plaintiff on or before June 28, 2007. Plaintiff has indicated that he will not depose any of these experts, although the Government will make them available should plaintiff change his mind.
3. The parties do not anticipate that the designation of experts will delay the trial, even if further depositions are taken by plaintiff. Therefore, the parties propose,

as alternative dates for trial, the weeks of September 17, 2007, September 24, 2007, or October 1, 2007. It is anticipated that the trial will take no longer than one five day week.

4. Most of the witnesses reside in or around Aiken, South Carolina. Therefore, the parties suggest the Federal Courthouse in Aiken, South Carolina as the venue for trial.

Respectfully submitted,

s/ Berta E. (Robbie) Nichols

206 Carolina Bldg., P. O. Box 7925
Hilton Head Isl., SC 29938

May 1, 2007

Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Todd M. Hughes***

TODD M. HUGHES
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

May 1, 2007