# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: May 31, 2007)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 31, 2007, a telephonic status conference was held in this case. Participating in the conference were Berta E. (Robbie) Nicols, on behalf of plaintiff, and Richard P. Schroeder, on behalf of defendant. In accordance with the discussions held therein, the court adopts the following schedule in this matter:

1. On or before June 28, 2007, expert reports shall be exchanged by the parties.

2. On or before July 2, 2007, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b);

3. On or before July 16, 2007, plaintiff shall file:

   (a) His Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4. On or before August 17, 2007, defendant shall file:

   (d) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

   (e) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

   (f) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

5. A telephonic pre-trial conference will be held on August 28, 2007, at 10:00 a.m. (EST).

6. Trial in this case will commence at 10:00 a.m. (EST) on Wednesday, September 12, 2007, at a location to be determined (likely, Aiken, South Carolina). If trial cannot be completed by the afternoon of September 14, 2007, trial will continue on Wednesday, September 26, 2007.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge