IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER,d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff<br>Vs<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1501C, 04-1126<br>Judge Allegra |

**PLAINTIFF'S EXHIBIT LIST**

1. Wild Hog Contract No. 53-4660-8-04
2. Wild Hog Contract No. 53-4660-8-04 Modification No. 4
3. Beaver Contract No. 53-4660-9-06
4. WSRC S1 60-69 Site Specific Health and Safety Plan for Investigation of the Savannah River Swamp and Fourmile Branch Integrator Operable Units
5. WSRC S1 156-163 Site Specific Health and Safety Plan for Fourmile Branch Integrator Operable Unit Investigation
6. WSRC S1 1338-9 Mail for Jim Stafford – Author Sandra Hyman
7. WSRC S1 1340-41 Mail for Jim Stafford- Author Sandra Hyman
8. WSRC S1 1342 Mail for Jim Stafford- Author Sandra Hyman
9. WSRC S1 1343-50 Mail for Jim Stafford- Author Greg Tunno
10. WSRC S1 1351-2 Mail for Jim Stafford- Author Greg Tunno
11. WSRC S1 1353-4 Standards/Requirements Identification Document

12. DOE S1 1666-7 Interoffice Memorandum to C. C. Cabbil and H.J. Stafford from G. Tunno
13. DOE S1 1668-72 Survey Decision Protocols for Assessment of Areas with Residual Soil Radioactivity at the Savannah River Site- Author Kenneth W. Crase, Ph.D
14. WSRC S1 2670-72 Interoffice Memorandum from R.S. Howell to M.D. Matheny
15. WSRC S1 2681-4 Radioactivity Concentration Guides for Soil Contamination Areas at SRS
16. WSRC S1 2685-6 Interoffice Memorandum to C.C. Cabbil from M.D. Matheny
17. WSRC S1 2688 Implementation Guide for use with Title 10, Code of Federal Regulations, part 835. Occupational Radiation Protection
18. EPA Fax Cover Sheet: Fax from Vernon Osteen to Frankie Brooks dated 5/13/99 (Plaintiff's Supplemental Production Response)
19. WSRC S1 3219 Mail for Sandra Hyman – Author P. Fledderman
20. WSRC S1 3218 Untitled
21. WSRC S1 208 Site Specific Health and Safety Plan for Integrator Operable Unit Investigation (U) Project No. 3151
22. WSRC S1 775 Characterization Report for Preliminary Characterization of Warner's Pond and HP-52 Ponds (U)
23. WSRC S1 2667 Interoffice Memorandum to C.C. Cabbil and H. J. Stafford from G. G. Tunno
24. DOE S1 1905-13 Letter to Cynthia V. Anderson from Richard R. Harbert- Environmental Risk Impacts at Steed Pond

25. Westinghouse Savannah River Company document dated 2/23/98 entitled “RWI or RWII (Exhibit K-Pl. Mot. Summary Judgment)
26. A127a G02963 Wild Hog Data Sheet (Def. App. Mot. Summary Judgment)
27. A142-146 Beaver Control FY-99 (Def.App. Mot. Summary Judgment)
28. Letter to Regions Bank from Homer R. Gabard dated July 20, 1999
29. A156 SRS Monthly Precipitation
30. Lists of Beaver Trapped by Month and Site for 1999 (Ex.Q Pl. Mot. Summary Judgment)
31. List of Beaver Trapping Sites with Notations as to whether site had radiological posting or not (Ex.N Pl. Mot. Summary Judgment)
32. Work Clearance Permit-(Ex. I Pl.Mot. Summary Judgment)
33. Letter from Lawrence Mazzuckelli to William D. Hooker –NIOSH Report dated December 27, 2000 (Ex.L Pl. Mot. Summary Judgment)
34. Letter to William D. Hooker from Dianne E. Saylor dated Oct.30, 2000 (Ex.K Pl. Mot. Summary Judgment)
35. Contract Daily Diary of Frankie Brooks dated 5/21/99
36. Contract Daily Diary of Frankie Brooks dated 5/26/99
37. Specifications for RFQ EAZ 33-03-2010-RFQ (Ex.AA Pl. Mot. Summary Judgment)
38. Contract Daily Diary of Frankie Brooks dated 2/25/99
39. Weather records for July, August, September, October, 1999 (Ex.R Pl.Mot. Summary Judgment)
40. DOE S1 587 Letter to William D. Hooker from Homer Gabard dated February 14, 2000.

41. Summary of Call signed by Homer Gabard (Ex.S Pl. Mot. Summary Judgment)
42. Letters from Goldman Eller to Dave Wilson; from Goldman Eller to Homer Gabard; and from Michael Eller to Homer Gabard (Ex.U Pl. Mot.Summary Judgment)
43. Letter from W. D. Hooker to Homer Gabard dated 2/2/00 (Ex.Y Pl. Mot. Summary Judgment)
44. Letter from Homer Gabard to W. D. Hooker dated November 24, 1999 (Ex. X Pl. Mot . Summary Judgment)
45. All exhibits filed with Plaintiff's Motion for Summary Judgment.
46. WRSCS1 1342 Mail for Jim Stafford- Author Sandra Hyman
47. WSRC S1 1343-50 Author Greg Tunno
48. EPA Fax Cover Sheet: Fax from Vernon Osteen to Frankie Brooks dated 5/13/99 (Plaintiff's Supplemental Response Production)
49. WSRC S1 156 Site Specific Health and Safety Plan for Fourmile Branch Integrator Operable Unit Investigation (U) Project No. 3151
50. WSRC S1 3219 Mail for Sandra Hyman- Author P. Fledderman
51. WSRC S1 3218 Untitled
52. DOE S1 1666-7 Interoffice Memorandum to C.C. Cabbil and H. J. Stafford from G. G. Tunno
53. WSRC S1 2688 Implementation Guide for use with Title 10, Code of Federal Regulations, Part 835. Occupational Radiation Protection
54. WSRC S1 Site Specific Health and Safety Plan for Investigation of the Savannah River Swamp and Fourmile Branch Integrator Operable Units (U) Project No. 3151
55. WSRC S1 1338-39 Mail for Jim Stafford- Author Sandra Hyman

56. WSRC S1 1340 Mail for Jim Stafford- Author Sandra Hyman
57. WSRC S1 1353-4 Standards/Requirements Identification Document
58. WSRC S1 208 Site Specific Health and Safety Plan for Integrator Operable Unit Investigation (U) Project No. 3151
59. WSRC S1 775 Characterization Report for Preliminary Characterization of Warner's Pond and HP-52 Ponds (U)
60. WSRC S1 1351 Mail for Jim Stafford – Author Greg Tunno
61. WSRC S1 2670 Interoffice Memorandum to M. D. Matheny from R. S. Howell
62. WSRC S1 2667 Interoffice Memorandum to C.C. Cabbil and H. J. Stafford from G. G. Tunno
63. DOE S1 1668 Survey Decision Protocols for Assessment of Areas with Residual Soil Radioactivity at the Savannah River Site- Author Kenneth W. Crase, Ph.D.
64. DOE S1 1905-6 Letter to Cynthia V. Anderson from Richard R. Harbert- Environmental Risk Impacts at Steed Pond dated August 5, 1997
65. Interoffice Memorandum dated March 30, 2000 to Mark Schmitz from Sandy Hyman titled Review of Beaver Trapper Health Concerns.

Respectfully submitted,

s/ Berta E. (Robbie) Nichols
206 Carolina Bldg., P.O. Box 7925
Hilton Head Isl., SC 29938

Attorney for Plaintiff

July 16, 2007