IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER,d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff<br>Vs<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1501C, 04-1126<br>Judge Allegra |

**PLAINTIFF'S WITNESS LIST**

Plaintiff, William D. Hooker, may or will call the following witnesses to testify at trial:

1. William Hooker, the plaintiff : Will testify as to the facts and circumstances of the beaver and hog contracts.

His direct testimony is expected to last 90 minutes.

2. John A. Cromer: Mr. Cromer was formerly a partner in Georgia Bowhunters, then was an employee. He will testify as to the facts and circumstances of the beaver and hog contracts.

His direct testimony is expected to last 30 minutes.

3. Frankie Brooks: Ms. Brooks was the Contracting Officer's Representative on both the hog and beaver contracts. She is expected to testify as to the facts and circumstances of the beaver and hog contracts.

Her direct testimony is expected to last 30 minutes.

4. Homer Gabard: Mr. Gabard was the Contracting Officer for both the hog and beaver contracts. He is expected to testify as to the facts and circumstances of the beaver and hog contracts.

His direct testimony is expected to last one hour.

5. Margaret Yeaton: Ms. Yeaton is the current Contracting Officer for the hog contracts. She is expected to testify as to the current hog contract.

Her direct testimony is expected to last 30 minutes.

6. Michael Eller: Former employee of plaintiff. Will testify as to the facts and circumstances of the hog investigation as well as the current hog contract.

His direct testimony is expected to last 30 minutes.

7. Goldman Eller: Will testify as to the facts and circumstances of the hog investigation.

His direct testimony is expected to last 30 minutes.

8. Kenneth Crase: Dr. Crase and the following present and former government employees will be expected to testify as to the facts and circumstances surrounding the soil contamination areas on the Savannah River Site, and the procedures and policies in effect as to health protection and access.

His direct testimony is expected to last 1 hour.

9. D. V. (Vernon) Osteen (Plaintiff requests contact information on this witness for subpoena service)

His direct testimony is expected to last 30 minutes.

10. Diane Saylor (Plaintiff requests contact information on this witness for subpoena service)

11. Greg Tunno: Mr. Tunno is expected to testify as to the facts and circumstances surrounding the NIOSH and DOE internal investigation of Mr. Hooker's complaints, as well as the policies and procedures in place at the time of these investigations. (Plaintiff requests contact information on this witness for subpoena service)

His direct testimony is expected to last one hour.

12. Sandra Hyman: Ms. Hyman is expected to testify as to the facts and circumstances surrounding the NIOSH and DOE internal investigation of Mr. Hooker's complaints, as well as the policies and procedures in place at the time of these investigations. (Plaintiff requests contact information on this witness for subpoena service)

Her direct testimony is expected to last 90 minutes.

13. Jim Stafford: Mr. Stafford is expected to testify as to the facts and circumstances surrounding the NIOSH and DOE internal investigation of Mr. Hooker's complaints, as well as the policies and procedures in place at the time of these investigations (Plaintiff requests contact information on this witness for subpoena service)

His direct testimony is expected to last one hour.

14. Bill Brummer : Mr. Brummer is expected to testify as to the Health and Safety Plans for Investigation of the Savannah River Swamp and Fourmile Branch Integrator Operable Units.(Plaintiff requests contact information on this witness for subpoena service)

His direct testimony is expected to last one hour.

15. M. D. Matheny: Mr. Matheny is expected to testify as to recommendations for posting soil contamination areas .(Plaintiff requests contact information on this witness for subpoena service)

His direct testimony is expected to last 30 minutes.

16. Cynthia V. Anderson: Ms. Anderson is expected to testify as to the environmental risk impacts at Steed Pond. (Plaintiff requests contact information on this witness for subpoena service)

Her direct testimony is expected to last 15 minutes.

17.Richard R. Harbert: Mr. Harbert is expected to testify as to the environmental risk impacts at Steed Pond . (Plaintiff requests contact information on this witness for subpoena service)

His direct testimony is expected to last 15 minutes.

Respectfully submitted,

/s/ Berta E.(Robbie) Nichols
206 Carolina Bldg., P. O. Box 7925
Hilton Head Isl., SC 29938

July 16, 2007

Attorney for Plaintiff