# In The United States Court of Federal Claims

Nos. 03-1501C, 04-1126C

(Filed: August 9, 2007)

WILLIAM D. HOOKER, d/b/a,
GEORGIA BOWHUNTERS SUPPLY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Pursuant to RCFC 40.1(b), and with the concurrence of Judge Robert H. Hodges, Jr., it is **ORDERED** that these consolidated actions shall be transferred to Judge Robert H. Hodges, Jr. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge