# In the United States Court of Federal Claims

* * * * * * *

WILLIAM D. HOOKER, d/b/a, *
GEORGIA BOWHUNTERS SUPPLY,
*
Plaintiff, Nos. 03-1501C, 04-1126C
*
v. Filed: August 17, 2007
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * *

**AMENDED SCHEDULING ORDER**

During a telephonic status conference held August 17, the court orally granted defendant's request for an enlargement of time to August 24 to file its response to plaintiff's memorandum of contentions of fact and law and its witness and exhibit lists for trial. Plaintiff indicated that it did not oppose. This order amends the May 31 scheduling order accordingly. Defendant will file on or before August 24 those items identified in paragraph four (4) of the May 31 order.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge