IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a GEORGIA BOWHUNTERS SUPPLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1501C, 04-1126 Judge Hodges |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Court's May 31, 2007, Order, and in accordance with Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant submits the following list of witnesses it expects to call at trial. This list does not include all witnesses that the defendant may choose to use for impeachment. See RCFC, App. A ¶ 15(a). Defendant reserves the right to amend this listing as described in the Court's rules or in response to the Court's rulings upon any motions in limine filed by plaintiff. Defendant also reserves the right to call all witnesses listed on plaintiffs' witness list. Finally, defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff in response to the exhibit list served in this case.

**Government Employees (Present and Former)**

1. **Tona Berret (Segar) –** Inspector
United States Department of Agriculture – Forest Service (USFS)
Care of: Lucy Knowles
Savannah River Operations Office
P.O. Box #A
Aiken, SC 29802

Ms. Berret assisted Ms. Brooks with her responsibilities as Contracting Officer Representative (COR) for the beaver contract. She will testify about the administration of Mr. Hooker's beaver contracts.

2. **Elizabeth (Beth) LeMaster**
United States Department of Agriculture – Forest Service (USFS)
Tyger Office
3357 Whitemore Hwy.
Union, SC 29379

Ms. LeMaster was the Savannah River Site Deputy Forest Manager at the time in issue. She is expected to testify to her involvement in the NIOSH investigation of Mr. Hooker's occupation health claim and her involvement in the administration of Mr. Hooker's beaver and wild hog contracts.

3. **Lawrence F. Mazzuckelli - Toxicologist**
National Institute for Occupational Safety and Health
Robert A. Taft Laboratories
4676 Columbia Parkway
Cincinnati, OH 45226-1998

Mr. Mazzuckelli is a toxicologist with the National Institute for Occupational and Health Safety (NIOSH). He is expected to testify about the NIOSH investigation of Mr. Hooker's occupation health claim.

4. **Margaret Yeaton – Contracting**
United States Department of Agriculture – Forest Service (USFS)
<u>Care of:</u> Lucy Knowles
Savannah River Operations Office
P.O. Box #A
Aiken, SC 29802

Ms. Yeaton is a United States Forest Service (USFS) Contracting Officer. She is expected to testify about her Contracting Officer decisions and other aspects of Mr. Hooker's beaver and hog contracts.

5. **Homer Gabard – Retired – former Contracting Officer**
1219 Old Jackson Hwy
Jackson, SC 29831

Mr. Gabard was the Forest Service's Contracting Officer for the hog and beaver contracts for the relevant period. He is expected to testify to the terms of Mr. Hooker's wild hog control and beaver contract. Mr. Gabard is also expected to testify about Mr. Hooker's claims associated with the two contracts.

6. **Frankie Brooks – Retired Contracting Officer Representative**
725 Jackson Road
Jackson, SC 29831

Ms. Brooks was the Contracting Officer Representative during the relevant time period. Ms. Brooks is expected to testify about the administration of the wild hog control and beaver contracts generally, including the process by which problem areas were determined and subsequently assigned to Mr. Hooker. She is also expected to testify about the reduced stream flow in the summer of 1999 and the associated reduction of beaver trapping sites as well as other issues raised by Mr. Hooker's complaints.

7. **David E. Sanders – Washington Savannah River Co. (WSRC) (RAD-CON)**
Care of: Lucy Knowles
Savannah River Operations Office
P.O. Box #A
Aiken, SC 29802

Mr. Sanders is a WSRC RAD-CON Supervisor. He is expected to testify to his knowledge and responsibilities of RAD-CON protection at the Savannah River Site and to the postings and RAD-CON signage on the Site.

8. **Brian Hennessey – Physical Scientist**
U.S. Department of Energy
Care of: Lucy Knowles
Savannah River Operations Office
P.O. Box #A
Aiken, SC 29802

Mr. Hennessey is expected to testify to the general layout and history of the Savannah River Site. He is also expected to testify about DOE's comprehensive monitoring program for hazardous chemicals and radioactivity in the environment, including air, soil, water and wildlife as well as the DOE RCRA/CERCLA site remediation program.

9. **James (Jim) Segar – Supervisor Forest Technician**
United States Department of Agriculture – Forest Service (USDA – FS)
Care of: Lucy Knowles
Savannah River Operations Office
P.O. Box #A
Aiken, SC 29802

Mr. Segar is expected to testify that he trapped nuisance beaver at the Savannah River Site subsequent to Mr. Hooker. He is also expected to testify to the population of nuisance beaver at the Site during his two year tenure of trapping.

10. **Bob Crais - Retired - Natural Resources**
405 Keys Lane
Hephzibah, GA 30815

Mr. Crais is expected to testify about the administration of Mr. Hooker's beaver contract and wild hog control contract.

11. **Dave Wilson – (retired Forest Manager)**
216 Platinum Drive
Lexington, SC 29072

Mr. Wilson is expected to testify about the administration of Mr. Hooker's hog and beaver contracts and about the NIOSH investigation of Mr. Hooker's claims.

12. **John C. Kilgo**
United States Department of Agriculture – Forest Service (USFS)
Care of: Lucy Knowles
Savannah River Operations Office
P.O. Box #A
Aiken, SC 29802

Mr. Kilgo was acting Assistant Manager for Wildlife from January to April 2000. He is expected to testify about wild hog and beaver populations at SRS and other issues relating to the administration of Mr. Hooker's contracts.

13. **Don Imm – former Ph.D. SEMP Tech,**
Infusion Coordinator Savannah River Ecology Laboratory,
University of Georgia BLDG. 5889,
Harmony Church Complex, 1st Div. Rd.,
Fort Benning, GA 31905

On at least two occasions during the relevant time period, Mr. Imm was acting Fishery, Wildlife & Botany staff officer. He is expected to testify to his involvement in the investigation and identification of domestic hogs substituted for wild hogs and other issues concerning wild hog and beavers at SRS.

14. **Dianne Saylor –former DOE-SR Employee Concerns Manager**
Care of: Lucy Knowles
Savannah River Operations Office
P.O. Box #A
Aiken, SC 29802

Ms. Saylor will testify about the DOE-SR Employee Concerns investigation about Mr. Hooker's health concerns and claims related to his beaver and hog trapping contracts.

**Retained Expert**

1. **Dr. Cham Dallas, PhD – Toxicologist**
University of Georgia
CDC Center for Mass Destruction Defense
Athens, Georgia 30603

Dr. Dallas will give an expert opinion on Mr. Hooker's claim that he was exposed to toxicological hazards in the course of trapping beaver and hogs at SRS.

**Fact Witness/Expert Witness**

1. **Dr. Charles (Chuck) Hunter – WSRC - Savannah River National Laboratory**
   Care of: Lucy Knowles
   Savannah River Operations Office
   P.O. Box #A
   Aiken, SC 29802

Mr. Hunter is expected to testify to the meteorological monitoring at the Savannah River Site in 1998 and 1999; any relevant weather occurrences, such as drought conditions; and, the reduction in stream flow associated with such occurrences.

2. **Dr. Kenneth Crase – WSRC Technical Advisor**
   Care of: Lucy Knowles
   Savannah River Operations Office
   P.O. Box #A
   Aiken, SC 29802

Dr. Crase is a Technical Advisor with WSRC on health protection. He is expected to testify to all the health protection issues raised by Mr. Hooker's complaints and about the procedures and criteria for determining if a given site requires sampling and posting as a Soil Contamination Area (SCA). He is expected to testify regarding his participation in the NIOSH investigation. He is also expected to testify to the outcome of his organization's investigation of Mr. Hooker's claim back in early 2000.

3. **Dr. John (Jack) Mayer – WSRC**
   Care of: Lucy Knowles
   Savannah River Operations Office
   P.O. Box #A
   Aiken, SC 29802

Dr. Mayer is a wildlife ecologist who was employed with Washington Savannah River

Company (WSRC) during the relevant time period. He will provide expert testimony on matters concerning wild hogs, domestic piglets and beavers raised by this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Todd M. Hughes***
TODD M. HUGHES
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 24, 2007

Of Counsel:

Lucy M. Knowles, Chief Counsel
Mary-Ellen Noone, Attorney
U.S. Department of Energy
Savannah River Operations Office
P.O. Box A
Aiken, SC 29809
Telephone: (803) 952-7618

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 24th day of August 2007, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder