IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER, d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff,<br><br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1501C, 04-1126C<br>Judge Robert C. Hodges |

DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's May 31, 2007 Order, and in accordance with Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits its list of trial exhibits (by exhibit number). In addition to the exhibits below, we reserve the right to offer into evidence any documents in plaintiffs' exhibit list, to the extent they are not introduced, or are not introduced in full, during Plaintiff's direct case. The exhibit numbers, below, will be preceded by the marking "DX" for Defendant's Exhibit.

1. Georgia Bowhunters Supply Company's Wild Hog Technical Proposal, [Bates No.G-0587].

2. Wild Hog Contract Number 53-4660-8-04, (Issued: September 9, 1997).

3. Wild Hog Contract Number 53-4660-8-04, Modification No. 4, (Effective Date: October 1, 1999).

4. Georgia Bowhunters Supply Company Technical Proposal for R8-36-99-05, (RFP), [Bates No. G-0587].

5. Beaver Contract Number 53-4660-9-06, (January 22, 1999).

6. Work Order and Notice of Noncompliance, Beaver trapping, [Bates No.G-0561] (January 27, 1999).

7. Hog Data Sheet, (January 1999-November 1999).

8. Data Sheet for Piglets trapped on the SRS site between 1995 and 1999, [Bates No. WSRC S1-449], (June 10, 1999).

9. Beaver Trapping Sites, FY 92, FY 97-99 [Bates No.G-0530].

10. Beaver Control Sheets, (1999).

11. Beaver Trapping Sites FY-92, FY-93 (Site Number and Location) with notations by Frankie Brooks.

12. Work Clearance Permit, [Bates No. G-0988], (February 22, 1999).

13. Letter to Frankie Brooks from W.D. Hooker, [Bates No. G-0521], (May 6, 1999).

14. Contracting Officer's Letter, re: Contract 53-4660-8-04, Wild Hog Control, (June 30, 1999).

15. Contract Daily Diary of Frankie Brooks, re: Hog Control, [Bates No. G-0323] (December 17, 1998).

16. Wackenhut Security Incorporated- Savannah River Site Investigations Report, (July 6, 1999).

17. Savannah River Site's Monthly Precipitation, (1970-2000).

18. Beaver Invoice, [Bates No.G-0576], (October 1, 1999).

19. Beaver Invoice, [Bates No. G-0574], (November 3, 1999).

20. Record of Phone Conversation, Contracting Officer and William Hooker, [Bates No. G-0971], (November 12, 1999).

21. Letter from Homer R. Gabard, Contracting Officer, to William D. Hooker, re: Contract 53-4660-09-06, Beaver Trapping and Maintenance of Culverts, [Bates No. G-0970], (November 29, 1999).

22. Beaver Trapping, Jim Segar, FY; 2000.

23. Beaver Trapping, Jim Segar, FY; 2001.

24. Exhibits from the declaration of Brian Hennessey (Attached to the Motion for Summary Judgment), (August 28, 2006).

25. Letter from William D. Hooker to Larry Elliot, Center for Disease Control (00/06/00).

26. Employee Concern No. SR20000-02-003, re: Alleged Exposure to Hazardous Substances on Beaver Contract, [Bates No.G-1271], (October 30, 2000).

27. Letter from Lawrence Mazzuckelli to William D. Hooker, re: National Institute for Occupational Health and Safety and Health Investigation Report, [Bates No.G-2727], (December 27, 2000).

28. Clarification for Equitable Adjustment, [Bates No. G-2398], (October 23, 2000).

29. Clarification for Equitable Adjustment, [Bates No.G-2400], (October 26, 2000).

30. Clarification for Equitable Adjustment, [Bates No. G-2402], (October 26, 2000).

31. Claim for Beaver Contract 53-4660-9-06 (Four Mile Branch) (Attachments Omitted), [Bates No. G-2352].

32. Letter from William D. Hooker, Sr., to Homer Gabard, re: Claim for Beaver Contract 53-4660-9-06 (Attachments Omitted), [Bates No. G-2144], (April 8, 2002).

33. Letter from William D. Hooker, Sr. to Homer Gabard, re: Claim for Beaver Contract While Working for Georgia Bowhunter's Supply Co. on Property owned by the Department of Energy, [Bates No. 2153], (April 8, 2002).

34. Contracting Officer's Letter, re: Requests for Equitable Adjustment for Wild Hog Control and Beaver Control and Beaver Control Contracts, (July 29, 2002).

35 Letter from William D. Hooker, Sr., to Homer Gabard, Re: Request for Equitable Adjustment (Claim for Contract Number 53-5660-9-04), (April 7, 2004).

36. Contracting Officer's letter, re: Request for Equitable Adjustment, Contract 53- 4660-9-04, (June 10, 2004).

37. Solicitation Amendment No. 1 dated August 30, 1999.

38. Definition of Radiological Controls and Postings, (July 28, 2006).

39. Incident Report, re: Miscellaneous/Fishing Without Consent (9011), (September 27, 1995).

40. Request for Controlled Articles for William D. Hooker (renewal) and Mark David Lubert (renewal), signed by Marvin Bracy, USDA Forest Service, [Bates No.G-1915], (October 29, 1999).

41. Memorandum from Homer R. Gabard, Contracting Officer, to William D. Hooker, Subject: Contract 53-4660-8-04, Wild Hog Control, with Two Attachments: (1) USDA- Forest Service Contract Daily Diary signed by Frankie Brooks, (January, 5, 2000) and (2) Final Invoice Number 107624, for $165.00 for Three Hogs, [Bates No. G-1894], (February 14, 2000).

42. 2004-2005 South Carolina Commercial Furbearer Harvest Summary, re: Numbers of Harvested Furbearers in South Carolina by Season, 1974-2005.

43. Report by Charles Hunter, re: Assessment of Drought Conditions at SRS During 1999.

44. Chronology of SR Actions on Mr. William Hooker [Bates No. WSRC S1-1188].

45. Savannah River Site Map.

46. Expert Report of Dr. Cham Dallas, re: Allegation of Potential Exposure and Toxicity (June 27, 2007) and documents relied upon.

47. Beaver trapping report, 1999 (Bates No. S1-274).

48. Turkey/Beaver Monitoring Data Sheet dated 3/3/98 (1 pg. Bates DOE S1-354).

49. Forest Service Contract Daily Diary, Contract No. 43-4660-0108, dated 8/4/99 (Bates No. DOE S1-1659).

50. Forest Service Contract Daily Diary, Contract No. 53-1660-9-06, dated 5/26/99 (Bates No. DOE S1-1660).

51. Forest Service Contract Daily Diary, Contract No. 53-1660-9-06, dated 5/21/99 (Bates No. DOE S1-1661).

52. Forest Service Contract Daily Diary, Contract No. 53-1660-9-06, dated 2/25/99 (Bates No. DOE S1-1662).

53. DOE Region 3 Radiological Assistance Program Team Deployment Report, dated 9/6/01.

54. Photographs of signs posted at SRS.

55. Mr. Hooker's List of Training.

56. Beaver Trapping at the Savannah River Site by Beth LeMaster, dated 2/20/00.

57. Employee Concern Report.

58. Exhibit - Beaver Trapping Sites with Postings and Hazards Shown.

59. Plaintiff's Damages Exhibit.

60. Letter, Gabard to Hooker, Extension of Offer of Acceptance Period and Request for Best and Final Offer, dated 11/24/99.

61. Mr. Hooker's Best and Final Offer.

62. Mr. Hooker's Best and Final Offer Extension dated 11/27/99.

63. Mr. Hooker's Bid Extension dated 2/2/00.

64. Letter from W.D. Hooker to Larry, re: HE#2000-0117 (March 23, 2000).

65. Letter from Lawrence F. Mazzuckelli to William D. Hooker, re: HETA20040401 (January 10, 2005).

66. Beaver Trapping Sites FY 92 & FY 93.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/Todd M. Hughes*
TODD M. HUGHES
Deputy Director

*s/Richard P. Schroeder*
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 24th day of August 2007, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder