# In the United States Court of Federal Claims

* * * * * * *

WILLIAM D. HOOKER, d/b/a, *
GEORGIA BOWHUNTERS SUPPLY,
*
Plaintiff, Nos. 03-1501C, 04-1126C
*
v. Filed: August 28, 2007
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * *

**ORDER**

This Order will confirm that trial in this case will be held in the Aiken County Courthouse, 109 Park Avenue, Aiken, SC. We will meet September 12 - 14 beginning at 10:00 a.m. on the first day of trial.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge