# In the United States Court of Federal Claims

**03-1501C & 04-1126C**

**Filed: October 17, 2007**

**WILLIAM D. HOOKER, d/b/a**
**GEORGIA BOWHUNTERS SUPPLY**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (2 Volumes)**
**Held in Aiken, South Carolina**
**September 12, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.