# In the United States Court of Federal Claims

**No. 03-1501 C**

**WILLIAM HOOKER d/b/a GEORGIA BOWHUNTERS SUPPLY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Order and Opinion, filed November 28, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**November 30, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.