#0096005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 24 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM D. HOOKER,d/b/a<br>GEORGIA BOWHUNTERS SUPPLY,<br><br>Plaintiff<br>vs<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1501C<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that William D. Hooker d/b/a Georgia Bowhunters Supply in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order and Opinion entered in this action on November 30, 2007.

Respectfully submitted,

Berta E Nichols

Berta E. (Robbie) Nichols
206 Carolina Bldg., P. O. Box 7925
Hilton Head Isl., SC 29938

January 23,2008

Attorney for Appellant